| FILL IN THIS INFORMATION TO IDENTIFY THE CASE: | |
|---|---|
| DEBTOR NAME: RED LOBSTER MANAGEMENT LLC, *ET AL.* | |
| UNITED STATES BANKRUPTCY COURT FOR THE: MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION | ☐ CHECK IF THIS IS AN AMENDED FILING |
| CASE NUMBER (IF KNOWN): | |

OFFICIAL FORM 204

## CHAPTER 11 OR CHAPTER 9 CASES: LIST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS                    12/15

A LIST OF CREDITORS HOLDING THE 30 LARGEST UNSECURED CLAIMS MUST BE FILED IN A CHAPTER 11 OR CHAPTER 9 CASE. INCLUDE CLAIMS WHICH THE DEBTOR DISPUTES. DO NOT INCLUDE CLAIMS BY ANY PERSON OR ENTITY WHO IS AN INSIDER, AS DEFINED IN 11 U.S.C. § 101(31). ALSO, DO NOT INCLUDE CLAIMS BY SECURED CREDITORS, UNLESS THE UNSECURED CLAIM RESULTING FROM INADEQUATE COLLATERAL VALUE PLACES THE CREDITOR AMONG THE HOLDERS OF THE 30 LARGEST UNSECURED CLAIMS.

| | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER, AND EMAIL ADDRESS OF CREDITOR CONTACT | NATURE OF THE CLAIM (FOR EXAMPLE, TRADE DEBTS, BANK LOANS, PROFESSIONAL SERVICES, AND GOVERNMENT CONTRACTS) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, OR DISPUTED | TOTAL CLAIM, IF PARTIALLY SECURED | DEDUCTION FOR VALUE OF COLLATERAL OR SETOFF | UNSECURED CLAIM |
|---|---|---|---|---|---|---|---|
| 1 | KENNETH O LESTER COMPANY INC (PERFORMANCE FOOD GROUP) 12500 WEST CREEK PARKWAY RICHMOND, VA 23238 UNITED STATES | ATTN: BRENT KING TITLE: GENERAL COUNSEL PHONE: 804-484-7700 EMAIL: BKING@PFGC.COM | TRADE PAYABLE | | | | $ 24,403,926 |
| 2 | RUBIN POSTAER AND ASSOCIATES 2525 COLORADO AVE SANTA MONICA, CA 90404 UNITED STATES | ATTN: BILL HAGELSTEIN TITLE: PRESIDENT PHONE: 310-633-6189 EMAIL: BILLHAGELSTEIN@RPA.COM | TRADE PAYABLE | | | | $ 13,375,603 |
| 3 | THE WASSERSTROM COMPANY 4500 E. BROAD ST. COLUMBUS, OH 43213 UNITED STATES | ATTN: BRAD WASSERSTROM TITLE: PRESIDENT PHONE: 614-235-4571 EMAIL: BRADWASSERSTROM@WASSERSTROM.COM | TRADE PAYABLE | | | | $ 1,598,250 |
| 4 | GORDON FOOD SERVICE CANADA LTD 199 BAY STREET SUITE 5300 COMMERCE COURT WEST TORONTO, ON M5L 1B9 CANADA | ATTN: DEAN NOBLE TITLE: CHIEF OPERATING OFFICER PHONE: 616-530-7000 EMAIL: DEAN.NOBLE@GFS.COM | TRADE PAYABLE | | | | $ 1,200,311 |
| 5 | IPSOS INSIGHT LLC 200 PARK AVENUE 11TH FLOOR NEW YORK, NY 10016 UNITED STATES | ATTN: MICHAEL LINK TITLE: PRESIDENT PHONE: 212-265-3200 EMAIL: MICHAEL.LINK@IPSOS.COM | TRADE PAYABLE | | | | $ 1,051,719 |
| 6 | MERKLE INC 7001 COLUMBIA GATEWAY DR COLUMBIA, MD 21046 UNITED STATES | ATTN: SUSAN ZOCH TITLE: GLOBAL CHIEF COUNSEL PHONE: 443-542-4000 EMAIL: SUSAN.ZOCH@DENTSU.CO.JP | TRADE PAYABLE | | | | $ 837,255 |
| 7 | DOORDASH INC 303 2ND STREET SOUTH TOWER 8TH FLOOR SAN FRANCISCO, CA 94107 UNITED STATES | ATTN: PRABIR ADARKAR TITLE: PRESIDENT PHONE: 650-487-3970 EMAIL: PRABIR.ADARKAR@DOORDASH.COM | TRADE PAYABLE | | | | $ 732,984 |
| 8 | PAINT FOLKS 105 MAIN ST 3RD FLOOR HACKENSACK, NJ 07601 UNITED STATES | ATTN: MIKE ROSE TITLE: CHIEF EXECUTIVE OFFICER PHONE: 888-888-7870 EMAIL: MROSE@ACADEMYSG.COM FAX: 201-336-9180 | TRADE PAYABLE | | | | $ 453,390 |
| 9 | DINOVA INC 6455 E JOHNS CROSSING #220 JOHNS CREEK, GA 30097 UNITED STATES | ATTN: VIC MACCHIO TITLE: FOUNDER AND CHIEF STRATEGY OFFICER PHONE: 470-275-4125 EMAIL: VICMACCHIO@DINOVA.COM | TRADE PAYABLE | | | | $ 450,059 |
| 10 | PRESTO AUTOMATION INC 985 INDUSTRIAL ROAD SAN CARLOS, CA 94070 UNITED STATES | ATTN: RYAN ZUCCOLO TITLE: PRESIDENT PHONE: 650-817-9012 EMAIL: RYAN@PRESTOAUTOMATION.COM | TRADE PAYABLE | | | | $ 368,181 |
| 11 | ENVIRO MASTER SERVICES LLC 5200 77 CENTER DRIVE SUITE 500 CHARLOTTE, NC 28217 UNITED STATES | ATTN: TOD BIERLING TITLE: PRESIDENT PHONE: 704-302-1016 EMAIL: TBIERLING@ENVIRO-MASTER.COM | TRADE PAYABLE | | | | $ 348,403 |
| 12 | BAKER & HOSTETLER LLP 200 SOUTH ORANGE AVENUE SUITE 2300 ORLANDO, FL 32801 UNITED STATES | ATTN: KEVIN W. SHAUGHNESSY TITLE: PARTNER PHONE: 407-649-4014 EMAIL: KSHAUGHNESSY@BAKERLAW.COM | TRADE PAYABLE | | | | $ 331,340 |

| | NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER, AND EMAIL ADDRESS OF CREDITOR CONTACT | NATURE OF THE CLAIM (FOR EXAMPLE, TRADE DEBTS, BANK LOANS, PROFESSIONAL SERVICES, AND GOVERNMENT CONTRACTS) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, OR DISPUTED | AMOUNT OF UNSECURED CLAIM IF THE CLAIM IS FULLY UNSECURED, FILL IN ONLY UNSECURED CLAIM AMOUNT. IF CLAIM IS PARTIALLY SECURED, FILL IN TOTAL CLAIM AMOUNT AND DEDUCTION FOR VALUE OF COLLATERAL OR SETOFF TO CALCULATE UNSECURED CLAIM. | | |
|---|---|---|---|---|---|---|---|
| | | | | | TOTAL CLAIM, IF PARTIALLY SECURED | DEDUCTION FOR VALUE OF COLLATERAL OR SETOFF | UNSECURED CLAIM |
| 13 | ORACLE AMERICA INC<br>2300 ORACLE WAY<br>AUSTIN, TX 78741<br>UNITED STATES | ATTN: SAFRA ADA CATZ<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 737-867-1000<br>EMAIL: SAFRA.CATZ@ORACLE.COM | TRADE PAYABLE | | | | $ 303,114 |
| 14 | CREDERA ENTERPRISES COMPANY LLC<br>15303 DALLAS PARKWAY<br>SUITE 300<br>ADDISON, TX 75001<br>UNITED STATES | ATTN: JUSTIN BELL<br>TITLE: CHIEF EXECUTIVE OFFICER<br>PHONE: 972-692-0010<br>EMAIL: JBELL@CREDERA.COM | TRADE PAYABLE | | | | $ 300,440 |
| 15 | PEPSI CO. INC<br>PO BOX 10<br>WINSTON SALEM, NC 27102<br>UNITED STATES | ATTN: MATTHEW NEIBART<br>TITLE: FINANCE MANAGER<br>PHONE: N/A<br>EMAIL: MATTHEW.NEIBART@PEPSICO.COM | CONTRACT CLAIM | CONTINGENT, UNLIQUIDATED | | | UNDETERMINED |
| 16 | PROCTOR & GAMBLE DISTRIBUTING LLC<br>ONE PROCTOR & GAMBLE PLAZA<br>CINCINNATI, OH 45202<br>UNITED STATES | ATTN: SUSAN STREET WHALEY<br>TITLE: CHIEF LEGAL OFFICER AND SECRETARY<br>PHONE: 513-983-1100<br>EMAIL: WHALEY.SS@PG.COM | CONTRACT CLAIM | CONTINGENT, UNLIQUIDATED | | | UNDETERMINED |
| 17 | A O SMITH WATER PRODUCTS<br>12024 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>UNITED STATES | ATTN: STEPHEN SHAFER<br>TITLE: PRESIDENT<br>PHONE: 651-733-2204<br>EMAIL: STEPHENSHAFER@AOSMITH.COM | TRADE PAYABLE | CONTINGENT, UNLIQUIDATED | | | UNDETERMINED |
| 18 | BDG SUFKA LLC<br>300 ROBBINS LANE<br>SYOSETT, NY 11791<br>UNITED STATES | ATTN: EDWARD BLUMENFELD<br>TITLE: PRESIDENT<br>PHONE: 516-624-1900<br>EMAIL: EBLUMENFELD@BDG.NET | LITIGATION | CONTINGENT, UNLIQUIDATED, AND DISPUTED | | | UNDETERMINED |
| 19 | MARSHALL, DEZZIE RAY<br>C/O LAW OFFICE OF MATTHEW STRUGAR<br>3435 WLSHIRE BLVD<br>STE 2910<br>LOS ANGELES, CA 90010<br>UNITED STATES | ATTN: MATTHEW STRUGAR<br>TITLE: LAW OFFICE OF MATTHEW STRUGAR<br>PHONE: 323-696-2299<br>EMAIL: MATTHEW@MATTHEWSTRUGAR.COM | LITIGATION | CONTINGENT, UNLIQUIDATED, AND DISPUTED | | | UNDETERMINED |
| 20 | RAINBOW INVESTMENT COMPANY<br>C/O SELTZER CAPLAN MCMAHON VITEK<br>750 B STREET<br>STE 2100<br>SAN DIEGO, CA 92101-8177<br>UNITED STATES | ATTN: SELTZER CAPLAN MCMAHON VITEK<br>TITLE: PLAINTIFF COUNSEL<br>PHONE: 619-685-3100<br>EMAIL: WILLIAMS@SCMV.COM;<br>HICKINGBOTTOM@SCMV.COM | LITIGATION | CONTINGENT, UNLIQUIDATED, AND DISPUTED | | | UNDETERMINED |
| 21 | HESSLER, KATHRYN<br>C/O KINGSLEY & KINGSLEY, APC<br>16133 VENTURA BLVD<br>STE 1200<br>ENCINO, CA 91436<br>UNITED STATES | ATTN: DARREN COHEN<br>TITLE: KINGSLEY & KINGSLEY, APC<br>PHONE: 818-990-8300<br>EMAIL: DCOHEN@KINGSLEYKINGSLEY.COM<br>FAX: 818-990-2903 | LITIGATION | CONTINGENT, UNLIQUIDATED, AND DISPUTED | | | UNDETERMINED |
| 22 | NAME ON FILE | ADDRESS ON FILE | DEFERRED COMPENSATION AND SEVERANCE PAYABLE | UNLIQUIDATED | | | UNDETERMINED |
| 23 | NAME ON FILE | ADDRESS ON FILE | DEFERRED COMPENSATION PAYABLE | UNLIQUIDATED | | | UNDETERMINED |
| 24 | NAME ON FILE | ADDRESS ON FILE | DEFERRED COMPENSATION PAYABLE | UNLIQUIDATED | | | UNDETERMINED |
| 25 | NAME ON FILE | ADDRESS ON FILE | DEFERRED COMPENSATION PAYABLE | UNLIQUIDATED | | | UNDETERMINED |
| 26 | NAME ON FILE | ADDRESS ON FILE | DEFERRED COMPENSATION PAYABLE | UNLIQUIDATED | | | UNDETERMINED |
| 27 | NAME ON FILE | ADDRESS ON FILE | DEFERRED COMPENSATION PAYABLE | UNLIQUIDATED | | | UNDETERMINED |

| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER, AND EMAIL ADDRESS OF CREDITOR CONTACT | NATURE OF THE CLAIM (FOR EXAMPLE, TRADE DEBTS, BANK LOANS, PROFESSIONAL SERVICES, AND GOVERNMENT CONTRACTS) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, OR DISPUTED | AMOUNT OF UNSECURED CLAIM IF THE CLAIM IS FULLY UNSECURED, FILL IN ONLY UNSECURED CLAIM AMOUNT. IF CLAIM IS PARTIALLY SECURED, FILL IN TOTAL CLAIM AMOUNT AND DEDUCTION FOR VALUE OF COLLATERAL OR SETOFF TO CALCULATE UNSECURED CLAIM. | | |
|---|---|---|---|---|---|---|
| | | | | TOTAL CLAIM, IF PARTIALLY SECURED | DEDUCTION FOR VALUE OF COLLATERAL OR SETOFF | UNSECURED CLAIM |
| 28  NAME ON FILE | ADDRESS ON FILE | DEFERRED COMPENSATION PAYABLE | UNLIQUIDATED | | | UNDETERMINED |
| 29  NAME ON FILE | ADDRESS ON FILE | DEFERRED COMPENSATION PAYABLE | UNLIQUIDATED | | | UNDETERMINED |
| 30  NAME ON FILE | ADDRESS ON FILE | DEFERRED COMPENSATION PAYABLE | UNLIQUIDATED | | | UNDETERMINED |

NOTE: UNSECURED AMOUNTS CONTAIN PROJECTED ESTIMATES OF PRE-PETITION LIABILITY AS OF THE PETITION DATE AND ARE SUBJECT TO CHANGE AS ACCRUED LIABILITIES BECOME INVOICED.