UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                                                 Chapter 11 Cases

RED LOBSTER MANAGEMENT LLC,[1]          Case No. 6:24-bk-02486-GER
RED LOBSTER RESTAURANTS LLC,             Case No. 6:24-bk-02487-GER
RLSV, INC.,                              Case No. 6:24-bk-02488-GER
RED LOBSTER CANADA, INC.,                Case No. 6:24-bk-02489-GER
RED LOBSTER HOSPITALITY LLC,             Case No. 6:24-bk-02490-GER
RL KANSAS LLC,                           Case No. 6:24-bk-02491-GER
RED LOBSTER SOURCING LLC,                Case No. 6:24-bk-02492-GER
RED LOBSTER SUPPLY LLC,                  Case No. 6:24-bk-02493-GER
RL COLUMBIA LLC,                         Case No. 6:24-bk-02494-GER
RL OF FREDERICK, INC.,                   Case No. 6:24-bk-02495-GER
RED LOBSTER OF TEXAS, INC.,              Case No. 6:24-bk-02496-GER
RL MARYLAND, INC.,                       Case No. 6:24-bk-02497-GER
RED LOBSTER OF BEL AIR, INC.,            Case No. 6:24-bk-02498-GER
RL SALISBURY, LLC,                       Case No. 6:24-bk-02499-GER
RED LOBSTER INTERNATIONAL HOLDINGS LLC,  Case No. 6:24-bk-02500-GER

        Debtors.                                (Joint Administration Pending)
_____/

**NOTICE OF PRELIMINARY HEARING**

NOTICE IS HEREBY GIVEN THAT:

1.  The Honorable Grace E. Robson will conduct a preliminary hearing in this case on **Tuesday, May 21, 2024, at 1:30 p.m.** at the George C. Young Federal Courthouse, 400 W. Washington Street, Courtroom 6D, Orlando, Florida 32801, on the following matters:

*   **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Top Thirty Unsecured Creditors; and (II) Authorizing the Debtors to Suppress Certain Personally Identifiable Information for Individual Creditors, Employees and Parties in Interest [ECF No. 8]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

13010221-1

- **Corrected Emergency Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Executive Officer, and Chief Restructuring Officer, and Certain Additional Personnel, (II) Designate Jonathan Tibus as Chief Executive Officer, and (III) Designate Nicholas Haughey as Chief Restructuring Officer for the Debtors, in Each Case Effective as of the Petition Date [ECF No. 11]**

- **Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Epiq Corporate Restructuring, LLC as Notice, Claims and Solicitation Agent Effective as of the Petition Date [ECF No. 13]**

- **Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim [ECF No. 15]**

- **Debtors' Emergency Motion for an Order Establishing Certain Notice Procedures [ECF No. 17]**

- **Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs and (III) for Related Relief [ECF No. 19]**

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Section 503(b)(9) Claims in the Ordinary Course of Business, and (II) Granting Related Relief [ECF No. 21]**

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants in the Ordinary Course of Business, and (II) Granting Related Relief [ECF No. 23]**

- **Debtors' Emergency Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 366(b) and Local Rule 2081-1(g)(7): (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [ECF No. 25]**

- **Emergency Motion of Debtors for an Order Authorizing Red Lobster Management LLC to Act as Foreign Representative of the Debtors [ECF No. 27]**

- **Debtors' First Omnibus Emergency Motion for Order Authorizing Rejection of Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties [ECF No. 29]**

- **Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, Foreign, and Other Taxes and Similar Obligations [ECF No. 30]**

13010221-1

- **Debtors' Second Omnibus Emergency Motion for Order Authorizing (A) Rejection of Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties [ECF No. 33]**

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief [ECF No. 34]**

- **Debtors' Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Use Existing Cash Management System, (II) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, (III) Honor Certain Related Prepetition and Postpetition Obligations, and (IV) Perform Intercompany Transactions, (B) Granting a Waiver of Certain Investment and Deposit Guidelines, and (C) Granting Related Relief [ECF No. 37]**

- **Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, Surety Bonds and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief [ECF No. 39]**

- **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the New Insurance Program, (II) Authorizing Assumption of the Existing Insurance Program, and (III) Granting Related Relief [ECF No. 41]**

- **Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief [ECF No. 43]**

2.      All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Robson's Hearing Procedures, available at https://www.flmb.uscourts.gov/judges/robson. Unrepresented parties who do not have a device that enables them to access the procedures should call the Courtroom Deputy at 407-237-8141 not later than 3 p.m. one business day before the date of the hearing to arrange to participate.

3.      Any party opposing the relief sought at this hearing must appear at the hearing, or any objections or defenses may be deemed waived.

4.      The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

3

13010221-1

Dated:    May 20, 2024

W. Austin Jowers (*pro hac vice* pending)
Jeffrey R. Dutson (*pro hac vice* pending)
Christopher K. Coleman (*pro hac vice* pending)
Brooke L. Bean (*pro hac vice* pending)
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone:   (404) 572-4600
Email:   ajowers@kslaw.com
            jdutson@kslaw.com
            christopher.coleman@kslaw.com
            bbean@kslaw.com


– and –

Michael Fishel (*pro hac vice* pending)
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone:   (713) 751-3200
Email: mfishel@kslaw.com

Respectfully submitted,

*/s/ Paul Steven Singerman*
Paul Steven Singerman
Florida Bar No. 378860
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone:   (305) 755-9500
Email:   singerman@bergersingerman.com


-  and –

Nicolette C. Vilmos
Florida Bar No. 469051
**BERGER SINGERMAN LLP**
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801
Telephone: (407) 749-7900
Email: nvilmos@bergersingerman.com


*Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Paul Steven Singerman attests that concurrence in the filing of this paper has been obtained.*

4

13010221-1