UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| | |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| | |
| Debtors. | (Joint Administration Pending) |

_____/

**NOTICE OF FILING DECLARATION OF JONATHAN TIBUS IN SUPPORT OF THE
CORRECTED EMERGENCY APPLICATION OF THE DEBTORS PURSUANT TO 11
U.S.C. §§ 105(a) AND 363(b) TO (I) RETAIN ALVAREZ & MARSAL NORTH AMERICA,
LLC TO PROVIDE THE DEBTORS A CHIEF EXECUTIVE OFFICER, A CHIEF
RESTRUCTURING OFFICER, AND CERTAIN ADDITIONAL PERSONNEL, (II)
DESIGNATE JONATHAN TIBUS AS CHIEF EXECUTIVE OFFICER, AND (III)
DESIGNATE NICHOLAS HAUGHEY AS CHIEF RESTRUCTURING OFFICER FOR
THE DEBTORS, IN EACH CASE, EFFECTIVE AS OF THE PETITION DATE**

The above-captioned debtors and debtors-in-possession (each a "Debtor" and,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

.

collectively, the "<u>Debtors</u>"), by and through undersigned counsel, hereby file the attached *Declaration of Jonathan Tibus* ("Declaration") in support of the *Corrected Emergency Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Executive Officer, and Chief Restructuring Officer, and Certain Additional Personnel, (II) Designate Jonathan Tibus as Chief Executive Officer, and (III) Designate Nicholas Haughey as Chief Restructuring Officer for the Debtors, in Each Case Effective as of the Petition Date* [ECF No. 11] ("Application").  The attached Declaration is filed for the sole purpose of replacing Mr. Tibus' conformed signature on the Declaration attached to the Application as Exhibit C, with a wet signature instead.

Dated:   May 20, 2024

Respectfully submitted,

W. Austin Jowers (*pro hac vice* pending)
Jeffrey R. Dutson (*pro hac vice* pending)
Sarah L. Primrose (FL Bar No. 98742)
Christopher K. Coleman (*pro hac vice* pending)
Brooke L. Bean (*pro hac vice* pending)
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone:  (404) 572-4600
Email:  ajowers@kslaw.com
            jdutson@kslaw.com
            sprimrose@kslaw.com
            christopher.coleman@kslaw.com
            bbean@kslaw.com

– and –

Michael Fishel (*pro hac vice* pending)
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone:  (713) 751-3200
Email:  mfishel@kslaw.com

*/s/ Paul Steven Singerman*
Paul Steven Singerman
Florida Bar No. 378860
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email:  singerman@bergersingerman.com

- and –

Nicolette C. Vilmos
Florida Bar No. 469051
**BERGER SINGERMAN LLP**
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801
Telephone: (407) 749-7900
Email:  nvilmos@bergersingerman.com

*Filer's Attestation:  Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Paul Steven Singerman attests that concurrence in the filing of this paper has been obtained.*

*Proposed Counsel for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[6] | Case No. 6:24-bk-_____ |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-_____ |
| RLSV, INC., | Case No. 6:24-bk-_____ |
| RED LOBSTER CANADA, INC. | Case No. 6:24-bk-_____ |
| RED LOBSTER HOSPITALITY LLC | Case No. 6:24-bk-_____ |
| RL KANSAS LLC | Case No. 6:24-bk-_____ |
| RED LOBSTER SOURCING LLC | Case No. 6:24-bk-_____ |
| RED LOBSTER SUPPLY LLC | Case No. 6:24-bk-_____ |
| RL COLUMBIA LLC | Case No. 6:24-bk-_____ |
| RL OF FREDERICK, INC. | Case No. 6:24-bk-_____ |
| RED LOBSTER OF TEXAS, INC. | Case No. 6:24-bk-_____ |
| RL MARYLAND, INC. | Case No. 6:24-bk-_____ |
| RED LOBSTER OF BEL AIR, INC. | Case No. 6:24-bk-_____ |
| RL SALISBURY, LLC, | Case No. 6:24-bk-_____ |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-_____ |
| Debtors. | (Joint Administration Pending) |
| _____/ | |

**DECLARATION OF JONATHAN TIBUS IN SUPPORT OF THE EMERGENCY
APPLICATION OF THE DEBTORS PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) TO
(I) RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC TO PROVIDE THE
DEBTORS A CHIEF EXECUTIVE OFFICER, A CHIEF RESTRUCTURING OFFICER,
AND CERTAIN ADDITIONAL PERSONNEL, (II) DESIGNATE JONATHAN TIBUS AS
CHIEF EXECUTIVE OFFICER, AND (III) DESIGNATE NICHOLAS HAUGHEY
AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS,
IN EACH CASE, EFFECTIVE AS OF THE PETITION DATE**

I, Jonathan Tibus, hereby state as follows:

---

[6]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply
LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308);
RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185);
Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada,
Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450
S. Orange Avenue, Suite 800, Orlando, FL 32801.

1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its professional service provider affiliates (all of which are wholly owned by its parent company and employees), its wholly owned subsidiaries and independent contractors, "A&M"), a restructuring advisory services firm with numerous offices throughout the world.  I submit this declaration on behalf of A&M (the "Declaration") in support of the *Emergency Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Executive Officer, and Chief Restructuring Officer, and Certain Additional Personnel, (II) Designate Jonathan Tibus as Chief Executive Officer, and (III) Designate Nicholas Haughey as Chief Restructuring Officer for the Debtors, in Each Case Effective as of the Petition Date* (the "Application")[7] on the terms and conditions set forth in the Application and the Engagement Letter, dated March 26, 2024, entered into between the Debtors and A&M and attached to the Application as **Exhibit B**.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.[8]

## I.

## DISINTERESTEDNESS AND ELIGIBILITY

2.      A&M, together with its affiliates (collectively, the "Firm"), utilizes certain procedures (the "Firm Procedures") to determine its relationships, if any, to parties that may have a connection to any of the Debtors in the Chapter 11 Cases.  In implementing the Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors and to determine the Firm's relationship with such parties:

---

[7]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

[8]   Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided to me by such professionals.

a.      A&M requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "Potential Parties in Interest").[9] The list of Potential Parties in Interest which A&M reviewed is annexed hereto as **Schedule A**. The Potential Parties in Interest reviewed include, among others, the Debtors and their non-Debtor affiliates, prepetition and proposed post-petition lenders, current and former officers and directors, significant unsecured creditors of the Debtors (on a consolidated basis), parties holding ownership interests in the Debtors, various professionals related to the engagement, and members of the Court staff.

b.      A&M then compared the names of each of the Potential Parties in Interest to the names in the master electronic database of the Firm's current and former clients (the "Client Database"). The Client Database generally includes the name of each client of A&M, the name of each party who is or was known to be adverse to such client of the Firm in connection with the matter in which the Firm is representing such client, the name of each party that has, or has had, a substantial role with regard to the subject matter of the Firm's retention, and the names of engagement personnel who are or were primarily responsible for matters for such clients.

c.      An email was issued to all Firm professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or the Firm on the one hand, and certain significant Potential Parties in Interest or the Debtors, on the other hand;[10] (ii) any known connection or representation by the respondent and/or the Firm of any of those Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or reason why the Firm may be unable to represent the Debtors.

---

[9]   As may be necessary, A&M will supplement this Declaration if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or would otherwise require disclosure.

[10]   In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any Firm personnel or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain A&M personnel have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest, or (b) has engaged in any ordinary course consumer transaction with any party in interest. If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates. It is also noted that in the course of our review it came to A&M's attention that A&M personnel hold de minimis investments, representing not more than 0.01% of the equity interests in the related entity, in various parties in interest, including but not limited to Comcast, Microsoft, and Wells Fargo.

      d.      Known connections between former or recent clients of the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Declaration.  These connections are listed in **Schedule B** annexed hereto.

3.      As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, A&M:

      a.      is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services)[11] or an equity security holder of the Debtors;

      b.      is not and has not been, within 2 years before the date of the filing of the petition, a director, officer (other than by virtue of A&M employees serving in the roles as Engagement Personnel (pre- and postpetition) as described in the Application), or an employee of the Debtors; and

      c.      does not have any interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

4.      As can be expected with respect to any international professional services firm such as the Firm, the Firm provides services to many clients with interests in the Chapter 11 Cases.  To the best of my knowledge, except as indicated below, the Firm's services for such clients do not relate to the Chapter 11 Cases.

5.      In addition to the disclosures on Schedule B, I note the following:

      a.      Wells Fargo Bank, N.A., together with certain of its affiliates (collectively, "Wells Fargo") are Potential Parties in Interest. Under a credit facility (the "Credit Facility") to A&M's parent company Alvarez & Marsal Holdings, LLC ("A&M Holdings"): Wells Fargo is administrative agent, swingline lender and issuing lender, and one of the joint lead arrangers and joint book runners. In addition to Wells Fargo's receipt of interest in its capacity as a lender under the Credit Facility, Wells Fargo, receives certain customary and negotiated fees and reimbursement of expenses in connection with its roles under the Credit Facility.

      b.      Lawrence Hirsh is on the Debtors' board of directors.  Mr. Hirsh is a former A&M Managing Director (leaving A&M in or about 2020)

---

[11]   *See* paragraph 11 below.

and a current client of A&M's affiliate, Alvarez & Marsal Tax, LLC. He also is, or was, on the board of other A&M clients or former clients or their affiliates in wholly unrelated matters. From time to time, Mr. Hirsh may assist A&M and its affiliates in business development activities, and A&M may compensate Mr. Hirsh for those activities if and when successful. However, Mr. Hirsh (for the avoidance of doubt) has not been paid and is not entitled to be paid any compensation by A&M or its affiliates in connection with the Debtors' engagement of A&M or any other matters related to the Debtors.

c.      Alvarez & Marsal Inc. ("A&M Inc."), an entity controlled by Bryan Marsal and Antonio Alvarez II, is the majority owner of Alvarez & Marsal Holdings, LLC ("A&M Holdings"). A&M Holdings is the sole owner of A&M. Messrs. Marsal and Alvarez comprise the Board of Managers of A&M Holdings and two of the Board of Managers of A&M. Messrs. Marsal and Alvarez, together with A&M Inc., indirectly control a significant interest in the general partner of A&M Capital, a private equity investment firm affiliated with A&M through its common management and ownership, and participation of employees described herein which manages various funds (the "A&M Capital Funds"). Also, certain A&M employees have invested in limited partnership interests in the A&M Capital Funds and, indirectly, their general partners and, from time to time, A&M and/or its professional service provider affiliates provide services to the A&M Capital Funds. The investments of the A&M Capital Funds are private equity investments in companies (all of whom are unrelated to the Debtors and these chapter 11 cases except as set forth herein). A&M Capital is operationally separate from A&M.

d.      In February 2024, A&M Capital acquired a majority interest in Georgia Air & Refrigeration, a vendor to the Debtors. There is no balance owed to Georgia Air & Refrigeration by the Debtors at this time.

6.      Further, as part of its diverse practice, the Firm appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Chapter 11 Cases. Further, A&M has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of which may be involved in these proceedings. Based on

our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which the Firm is to be employed, and none are in connection with these cases.

7.      If any new material relevant facts or relationships are discovered or arise, A&M will promptly file a supplemental declaration.

## II.

## <u>COMPENSATION</u>

8.      Subject to Court approval of the Application and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines, and the Local Rules for the United States Bankruptcy Court for the Middle District of Florida, A&M will seek from the Debtors payment for compensation on an hourly basis for all Engagement Personnel, and reimbursement of actual and necessary expenses incurred by A&M.  A&M's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application.  These hourly rates are adjusted annually.

9.      To the best of my knowledge, (a) no commitments have been made or received by A&M with respect to compensation or payment in connection with these cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (b) A&M has no agreement with any other entity to share with such entity any compensation received by A&M in connection with the Chapter 11 Cases.

10.     By reason of the foregoing, I believe A&M is eligible for retention by the Debtors pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Dated:  May 19, 2024

By: _____
        Jonathan Tibus
        Managing Director

**Schedule A** [List of Potential Parties in Interest]

## SCHEDULE A

**DISTRICT COURT JUDGES**
ANNE CONWAY
CARLOS MENDOZA
DANIEL IRICK
DAVID BAKER
EMBRY KIDD
GREGORY PRESNELL
JOHN ANTOON II
JULIE SNEED
LESLIE HOFFMAN PRICE
PATRICIA FAWSETT
PAUL BYRON
ROBERT NORWAY
ROY DALTON JR

**BANKS/LENDERS/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS**
FIRST INSURANCE FUNDING
FIRST INSURANCE FUNDING OF CANADA
FORTRESS CREDIT CORP.
GREAT AMERICA FINANCIAL SERVICES CORPORATION
WELLS FARGO

**DEBTORS**
RED  LOBSTRER CANADA, INC.
RED LOBSTER HOSPITALITY LLC
RED LOBSTER MANAGEMENT LLC
RED LOBSTER OF BEL AIR, INC.
RED LOBSTER OF TEXAS, INC.
RED LOBSTER RESTAURANTS LLC
RED LOBSTER SOURCING LLC
RED LOBSTER SUPPLY LLC
RL COLUMBIA LLC
RL KANSAS LLC
RL MARYLAND INC.
RL OF FREDERICK, INC.
RL SALISBURY, LLC
RLSV, INC.

**DEBTORS PROFESSIONALS**
BERGER SINGERMAN LLP
EAST HIGHLANDS GROUP, LLC
EPIQ
HILCO
KEEN SUMMIT
KING AND SPALDING LLP
STEPHANIE MEDLEY

**DIRECTOR/OFFICERS**
 ANA GULACSY
ANGELA WANG
ARLENE MUSSENDEN

AURINELIS INFANTE
CARLOS PENA
CARRIE BARNER
CHARLES BRALEY
DANIEL MCLEOD
DAVID CIFELLI
DAVID MICHAEL MARTIN
ELIZABETH CRAGO
FUNG YAN
JARRETT WHITLOW
JEF MATRAY
JEFF MATRAY
JEFFREY PEETE
JOANN DASHIELL
JONATHAN TIBUS
JOSEPH BROWN
JOYCE ZHANG
KATE ACOSTA
KATHY WOOD
LAWRENCE HIRSH
LUDOVIC GARNIER
MATT LIVESAY
MEERA PEREIRA
MICHAEL GREENBERG
MICHAEL SJUGGERUD
MICHELLE CARR
MICHELLE RHOADES
MIRANDA FARREN
MONICA ZHOU
NICHOLAS HAUGHEY
NORMA RIVERA
PATRICK BARTELS
RAVINDER SINGH
RAYMOND BLANCHETTE, III
RIBEIRO HUI SERVICES LTD
RICHARD FUNG
RITTIRONG BOONMECHOTE
ROBERT KNOPP
SHAWN HARRS
SUSAN PAVEL
THIRAPHONG CHANSIRI
TIM BREEN
TIMOTHY ALEXANDER SIBLEY
TONYA HERON
TRIN TAPANYA

**EQUITY HOLDERS**
DOUBLE P CONSULTANTS CO. LTD.
EMPLOYEE SHARE TRUST
FUNG YAN
FWM ASIA HOLDINGS LIMITED
FWM DRAGON HOLDINGS LIMITED
FWM F&B HOLDINGS LIMITED

## SCHEDULE A

GGCOF RL BLOCKER, LLLC
INTERO INVESTMENT GMBH
KANYA RUENGPRATEEPSANG
PAUL KENNY
RED LOBSTER HONG KONG LTD.
RED LOBSTER MASTER HOLDINGS GP, LLC
RED LOBSTER SHANGHAI LIMITED (CN)
RIT THIRAKOMEN
RL CO-INVESTOR BLOCKER LLC
RL MANAGEMENT HOLDINGS LLC
RL MANAGEMENT INVESTORS LLC
SEAFOOD ALLIANCE LIMITED
SHANGHAI HONGLONG WEI HUI F&B
MANAGEMENT CO. LTD
SHANGHAI RED LOBSTER F&B MANAGEMENT
COMPANY
STEFAN LEICHT
TERRANCE TAN KONGHWA
THAI UNION GROUP PUBLICL COMPANY LIMITED
THAI UNION INVESTMENTS NORTH AMERICA LLC
THAI UNION NORTH AMERICA, INC.
VINELAND VENTURES LIMITED

### FORMER DIRECTOR/OFFICER
HORACE G. DAWSON, III
KELLI VALADE

### INDEMNITY/GUARANTEE PARTIES
ARCP ACQUISITIONS, LLC
ARCP RL PORTOLIO I, LLC
ARCP RL PORTOLIO II, LLC
ARCP RL PORTOLIO III, LLC
ARCP RL PORTOLIO IV, LLC
ARCP RL PORTOLIO IX, LLC
ARCP RL PORTOLIO V, LLC
ARCP RL PORTOLIO VI, LLC
ARCP RL PORTOLIO VII, LLC
ARCP RL PORTOLIO VIII, LLC
ARCP RL PORTOLIO X, LLC
BROADSTONE RL PORTOLIO, LLC

### INSURANCE
0510 KLN LLOYD'S SYNDICATE
ACE AMERICAN INSURANCE COMPANY
AIG
ALLIED WORLD INSURANCE COMPANY
AMERICAN GUARANTEE AND LIABILITY
AMERICAN INTERNATIONAL
ARCH INSURANCE COMPANY
ASCOT SPECIALTY INSURANCE COMPANY
AXIS INSURANCE COMPANY
AXIS SURPLUS INSURANCE COMPANY
BOWRING MARSH BERMUDA

COLUMBIA CASUALTY COMPANY
CONTINENTAL INSURANCE
ENDURANCE ASSURANCE CORPORATION
EVEREST INDEMNITY INSURANCE CO
EVEREST NATIONAL INSURANCE COMPANY
FEDERAL INSURANCE COMPANY (SUBSIDARY OF
CHUBB)
FIREMAN'S FUND INSURANCE COMPANY
HARTFORD FIRE INSURANCE CO.
LANDMARK AMERICAN INSURANCE COMPANY
LLOYD'S OF LONDON
MARKEL BERMUDA
OHIO CASULTY CO
OHIO INSURANCE AGENTS ASSOCIATION INC
RETRO GROUP
PALMS INSURANCE COMPANY, LIMITED
STARSTONE SPECIALTY INSURANCE COMPANY
SWISS RE CORPORATE SOLUTIONS ELITE
TALBOT SYNDICATE TAL1183
TRAVELERS PROPERTY & CASUALTY COMPANY
OF AMERICA
WESTCHESTER FIRE INSURANCE COMPANY
(SUBSIDARY OF CHUBB)
ZURICH AMERICAN INSURANCE COMPANY
ZURICH CANADA
ZURICH NORTH AMERICA

### KNOWN AFFILIATES - JV
RED LOBSTER ASIA HOLDINGS LIMITED
RED LOBSTER CARES, INC.
RED LOBSTER CHINA OPERATIONS CO. LIMITED
RED LOBSTER HOLDINGS LLC
RED LOBSTER HONG KONG
RED LOBSTER INTERMEDIATE HOLDINGS LLC
RED LOBSTER INTERNATIONAL HOLDINGS LLC
RED LOBSTER MASTER HOLDINGS, L.P.
RED LOBSTER SEAFOOD CO., LLC
RL BILLINGS, INC.
RL OF JON ESBORO, NC.
SHANGHAI HONGLNG WEI HUI F&B
MANAGEMENT CO.

### LANDLORDS
100 IH 35 NORTH OWNER LLC
10010 STATION LLC
10920 MOORPARK LLC
112 RLT LLC
1120 SOUTH WALTON PARTNERS LLC
1229 RICHMOND LLC
1359 SN OWNERS LLC
13612 HARBOR BOULEVARD LLC
1420 NOBLE AVE LLC
1601 DAHILL PROPERTIES INC
170 WOLF ROAD LLC

## SCHEDULE A

1726 NC LLC
1846 JONESBORO ROAD OWNER LLC
1885 LTD
20 TOWNE CENTER OWNER LLC
2300 RESTAURANT CORP
2325 EAST FLAMINGO LLC
2328 COMMERCIAL WAY PROPERTIES LLC
237 UPTOWN INC
2525 BOWLING GREEN LLC
2620 MCFARLAND BLVD EAST LLC
27TH MESA LLC
29 OCEAN PARKWAY LLC
3087 ASSOCIATES LLC
32 BLANDING BOULEVARD OWNER LLC
3301669 NOVA SCOTIA COMPANY
39401 FREMONT BOULEVARD LLC
411 LENOX REALTY INC
416 COMMERCE CENTER DRIVE LLC
4230 BROADWAY REALTY CO INC
454 W 22 ST LLC
6091 SAWMILL ROAD LLC
6701 18TH AVENUE ASSOCIATES LLC
684 MYRTLE AVE REALTY LLC
684 MYRTLE AVENUE REALTY LLC
698000 ALBERTA LTD.
714 YONGE STREET INC
801 RED LOBSTER LLC
8040 KINGSTON PIKE ROAD OWNER LLC
828 EASTERN BYPASS OWNER LLC
8407 LITTLE ROAD OWNER LLC
9069 VANTAGE POINT DRIVE OWNER LLC
95METCALF PROPERTIES INC
99 YEAR LEASE
AARK USA LLC
AASTHI LLC
ACKRIK ASSOCIATES, LP
ADMNS MEADOWLANDS INVESTMENT
CORPORATION
ADVANCED HOUSING DEVELOPERS INC
AFLI2 LLC
AIB MANAGEMENT I LP
AIB SHENANDOAH I, LLC
AJ CHEN LLC
ALAMO CROSSING COMMERCIAL ASSOCIATION
ALDO GUIDOTTI
ALEXANDRIA SEAFOOD LLC
ALMADEN PLAZA SHOPPING CENTER, INC.
ALR RACANELLI LLC
ALVA INVESTMENT CORP
AMERICAN FINANCE OPERATING PARTNERSHIP
LP
AMERICAN REALTY CAPITAL PROPERTIES, INC.
AMJ WOLF CORP

ANDYHARRIS LLC
ANNA BUECHELER INVESTMENT PARTNERSHIP
ANNAPOLIS MALL SHOPPING CENTER COMPANY,
LLP
ANNAPOLIS MALL SHOPPING CTR CO
ANNE MOHR AS TRUSTEE OF THE HORST MOHR
TRUST
APACHE MALL, LLC
ARC CLORLFL001, LLC
ARMEL LLC
ARTHUR WEIGOLD
ARUNDEL MILLS LIMITED PARTNERSHIP
ARVIG4 LLC
ASHBY, INC.
AT HOME HOLDING III INC
ATHERTON DEVELOPMENT COMPANY LP
AUCALLUTIM LLC
AUGUST AMERICA LLC
AVIANA COMPANY LTD LLC
AVR CPC ASSOCIATES LLC
B&L STORAGE
B33 YUMA PALMS III LLC
BARLAS RLR LLC
BAY CITY MALL PARTNERS LLC
BAY PLAZA WEST LLC
BAY PLAZA WEST, LLC C\O PRESTIGE PROPERTIES
& DEVELOPMENT CO.,INC.
BELOS EXCHANGE LLC
BELUZ PROPERTIES X LTD
BENJAMIN MARKS
BERTHA AIKEN LLC
BHAGAT MD LLC
BIG RED LLC
BISHWENDU K PAUL
BLACK SAND CAPITL SERIES 1 MB, LLC
BLACKSTOCK WESTSIDE ASSOCIATES LLC
BLUE TREE PROPERTIES OH LLC
BLUESTRIPES INVESTMENTS LLC
BOISE TOWNE PLAZA LLC C/O GENERAL GROWTH
PROPERTIES
BPR FF LLC
BPW INC
BRE DDR RETAIL HOLDINGS III LLC
BRIARHOLM INC
BRIXMOR OPERATING PARTNERSHIP LP
BROADRIDGE APARTMENTS LLC
BROADSTONE RL PORTFOLIO LLC
BROADWAY & NEVADA LLC
BROADWAY & PEARL ASSOCIATES, LLC
BROADWAY AND PEARL ASSOCIATES LLC
BROCK ASSOCIATES LLC
BROOKS SHOPPING CENTERS LLC
BROOKSIDE IMPROVEMENTS LLC

## SCHEDULE A

BROWN-BELKIN RL LLC
BRYAN RENTAL INC
BUDD STREET, LLC
BUILDINGS FOR BABIES FOUNDATION
BURKHARDT DEVELOPMENT GROUP INC
BVA DEERBROOK SPE LLC
CALIFORNIA PROPERTY OWNER I, LLC
CALTAMP REALTY ASSOCIATES LLC
CAMPBELL BLACKLIDGE PLAZA DE LLC
CAMWOOD CONSTRUCTION LTD
CARNEGIE MANAGEMENT & DEVELOPMENT CORP
CASSCO LAND COMPANY INC
CATALINA PARTNERS L.P. C/O GLIMCHER
COLONIAL PARK MALL, INC.
CAUSEWAY ASSOCIATES C/O GREATER LAKESIDE
CORP.
CBL & ASSOCIATES LIMITED PARTNERSHIP
CBL RM-WACO, LLC
CENTER POINTE ASSOCIATES, LP
CENTERPOINTCAP I LLC
CENTURY PLAZA COMMERCIAL LLC
CG WATERTOWN LLC
CH GRESHAM LLC
CHANNEL ISLANDS MARKETPLACE, LP
CHARLES & CO. REALTY LLC
CHEUNG K TOM LEUNG
CHILLICOTHE MALL INC
CHRISTEL KELLEY
CITY OF DANBURY
CITY OF NORTH CHARLESTON
CJ & J CORPORATION
CLOUD ENTERPRISES CORPORATION INC
CODDING ENTERPRISES
CODDING ENTERPRISES LP
COLTRANE REAL ESTATE INVESTMENTS LLC
COMPASS COMMERCIAL INC
CONROE MARKETPLACE S C, LP
CONWAY INN CORP
COOKEVILLE TN INVESTMENT PARTNERS
CORNHUSKER PROJECT GI2 LLC
COUNTRY LLC
COUNTRY ORCHARD ESTATES INC
CPP RIVER FALLS LLC
CPP RIVER FALLS LLC & CPP RIVER FALLS II LLC
AS TENANTS IN COMMON
CR KINGSTON ASSOCIATES LLC
CRI OUTPARCELS LLC
CUMBERLAND MALL REALTY HOLDING LLC
CURRY INVESTMENT COMPANY
CURTIS C. CURRY Q TIP TRUST
D J W PROPERTIES LLC
DACF INVEST-4 LLC

DAMIAN CHARLES
DAN C INC
DANVILLE MALL LLC
DAVRICH REALTY CORP
DDR HOMESTEAD LLC
DEES SUGAR HOUSE CENTER LLC
DEL AMO ASSOCIATES LLC
DENNIS LAPIDUS
DEVELOPMENTS WEST CORPORATION
DIADON LLC
DIAJEFF LLC C/O KIN PROPERTIES, INC.
DIXIE PARTNERS V LP
DOUGLAS V HALE
DR J  ROLAND MCKINNEY &  MRS MARTHA
MCKINNEY
DRURY DEVELOPMENT CORPORATION
DTC DEVELOPMENT MSP LLC
EAST LAMPETER ASSOCIATES LP
EAST WEST CROSSINGS LLC
EASTRIDGE LP
EDMARK I LLC
EDWARD F SELBY
EDWARD F. SELBY AND LINDA L. SELBY, AS
TRUSTEES OF THE EDWARD AND LINDA SELBY
TRUST DATED MAY 29, 2012
EGE5 LLC
EIRREK RLF LLC
ELHIO LLC
EMILY KO LEE
EMPIRE MALL, LLC
ENAYAT ABRISHAMI
ESUE LLC
FAB-RITE LLC
FAIR OAKS COMMUNITY DEVELOPMENT
CORPORATION
FAR HORIZONS TRAILER VILLAGE LLC
FEDERAL REALTY OP LP
FIMA DEVELOPMENT
FIRST & MAIN LLC
FIRST AND MAIN, LLC C/O NORWOOD LIMITED,
INC.
FIRST ARIZONA RL ASSOCIATES LLC
FIRST AVE./WETMORE OFFICE PLAZA DE LLC
FK PROPERTIES LLC
FLAMINGO EASTERN LLC
FNW REALTY CORP
FORMOSA DEVELOPERS INC
FORTIFIED BELTWAY LANHAM LLC
FOUR CORNERS OPERATING PARTNERSHIP LP
FOUR HAND REALTY LLC
FOX RIVER SHOPPING CENTER LLP C/O GENERAL
GROWTH PROP. INC.
FOX RIVER SHOPPING CTR LLP

## SCHEDULE A

FR WHITE MARSH, LLC
FRANK MINEO
FRANKIE FESKO
FRISCO 3056 PRESTON LLC
FSLRO 10700 PARALLEL KANSAS CITY LLC
FT SHERI REALTY LLC A NEW YORK LIMITED
LIABILITY COMPANY
G&I X CROSSROADS MZL LLC
GALLERIA AT WOLFCHASE LLC
GALO PROPERTIES INC
GATEWAY CENTER PROPERTIES, LLC
GCFP LIMITED PARTNERSHIP
GELLY LLC
GENEVA RL VENTURE LLC
GEOFFREY M KUNZ
GEORGE DUNAIANS AND FLORA DUNAIANS
REVOCABLE TRUST
GERALD L SPANDE
GERALD MESSURI
GERALDINE APRAHAMIAN
GGP LIMITED PARTNERSHIP
GGP MALL OF LOUISIANA LLC
GINA EL SINEITTI ESTATE
GIRARDEAU P2 LLC
GLR PROPERTY MANAGEMENT LLC
GPG CLOVIS HOLDINGS LLC
GREENTREE APARTMENTS LLC
GREENWAY PROPERTY LLC
GREENWOOD MALL REALTY HOLDING LLC
GRI EQY SPARKLEBERRY SQUARE LLC
GRUPO TFJ PROPERTIES
GSMS 2001-GC5 EAST BROADWAY BOULEVARD,
LLC
GTL PROPERTIES
GUIDOTTI PROPERTIES
GUIMA BRAZIL USA LLC
HAASIS/MCGRATH JOINT VENTURE ACC NO 1036-
7826
HAI YUE TX LLC
HANABI
HANABI A CALIFORNIA GENERAL PARTNERSHIP
HANDY HARDEES LLC
HARBOR PLAZA LLC
HARCO CAPITAL LLC
HARMON MEADOW OWNER LLC
HAWAIIAN PROPERTIES LTD
HCL GOODYEAR CENTERPOINTE LLC
HCL INGLEWOOD VILLAGE LLC
HCL INGLEWOOD VILLAGE, LLC C/O HAAGEN
COMPANY, LLC
HENDRIE FAMILY PROPERTIES LLC
HERZMAN NIECES EXEMPT TRUST

HERZMAN NIECES EXEMPT TRUST U/D/T
DECEMBER 15, 1972
HICKORY GROVE COMMUNITY LLC
HIGHLAND LAKES PROPERTY LLC
HKT ENTERPRISES LLC
HOFFMAN 4101 VETERANS MEMORIAL LLC
HOFFMAN 4101 VETERANS MEMORIAL LLC,  C/O
WOODSON DEVELOPMENT CO.
HORLBECK, LLC, ALEXANDER G. THOMPSON,
RUTH ANN CURRY, TRUSTEE
HUNTER EQUITIES 309 LLC
HUNTER EQUITIES 326 LLC
ID SEAFOOD LLC
ILENE FLAUM
ILLIANA REALTY
IMPERIAL PARKING CANADA CORP
INDIANA LAND TRUST COMPANY - TRUST #3518
INLAND SOUTHEAST KING'S GRANT, L.L.C.
INTERSTATE MANAGEMENT LLC
IRONWOOD 1 LLC
IRONWOOD I, LLC
IVISION HOLDINGS LLC
J T JACKSON COMPANY
JAKS LLC
JAL ENTERPRISES INC
JAMES CAMPBELL COMPANY LLC
JAMES F. MCGRATH
JAMES KHEZRIE
JCC CALIFORNIA PROPERTIES LLC
JEANNE JACKSON AS ADMINISTRATRIX
JEANNETTE D GERMANN
JFCF INVEST-3 LLC
JINA FARZINPOUR
JO-LYN MANAGEMENT CORP
JOE AMATO EAST END CENTRE LP
JOHNSONS TRAILER PARKS LLC
JOSE PEREZ
JOSEPH EL SINEITTI
JOSEPH GAROFALO
JPS REALTY MANAGEMENT LLC
JSSA VENTURES INC
JTN-RL LLC.
JUAN SMYRNA OWNER LLC
K.I.R. COPIAGUE L.P. C\O KIMCO REALTY
CORPORATION
KANNAN NATARAJAN CO-TRUSTEE
KATY MILLS MALL LP
KB RIVERDALE LLC
KEFAYAT NAVID
KELSO RL PROPERTY LLC
KENNEDY MALL LTD
KENNEDY MALL, LTD. D/B/A GREAT EAST PLAZA
ANNEX

<u>SCHEDULE A</u>

KENSINGER PROPERTIES LTD., C/O KENSINGER & COMPANY, LLC
KEYSTONE FIESTA PLAZA LLC
KIMCO REALTY CORPORATION
KIN PROPERTIES INC
KING OF PRUSSIA PA RETAIL LLC
KIR COPIAGUE LP
KISAN B CHAVAN
KITE REALTY GROUP LP
KIU ND HOLDINGS LLC
KNOX & AMERICAN I LLC
KOLEE 59 TRUST
KPLP II LLC
KRISHNAMOORTI FAMILY LIMITED PARTNERSHIP
KS AOB TORONTO INC
KS SEAFOOD LLC
L B BILLINGSLEY INVESTMENT CO
L W RIVERDALE LLC
L&S TOLUCA PROPERTIES
LA FRONTERA LANDLORD LLC
LA JOLLA GROUP B LLC
LAKE PARK INVESTORS LLC
LAKES MALL REALTY LLC
LANGSTON SEAWRIGHT
LANSING RETAIL CENTER LLC
LARCO MANAGEMENT LLC
LAUREL LAKES LLC
LAUREL LAKES, LLC C/O MARYLAND FINANCIAL INVESTORS, INC.
LBX DEPTFORD TH LLC
LEBCON ASSOCIATES LTD
LEDGEWOOD OUTPARCEL INVESTORS LLC
LEHIGH VALLEY ASSOCIATES
LEHIGH VALLEY MALL LLC
LEIBCO REALTY LIMITED
LELAND W POLLARD
LEVINE FAMILY TRUST
LEVY FAMILY LIMITED PARTNERSHIP
LIMESTONE REDCAN ULC
LIMESTONE REDLOB LLC
LINCOLN CENTER LLC
LINCOLN CENTER LLC C/O SHORENSTEIN PROPERTIES LLC
LINCOLN HOLDINGS LLC
LO BROTHERS INVESTMENT CO LTD
LO BROTHERS INVESTMENT CO, LTD C/O ARCHIGRAPH INC.
LOBSTER BUILDING
LOBZONA LLC
LOD JACKSONVILLE LLC
LOUIS JOLIET REALTY LLC
LOUIS WINTERMEYER
LOWES HOME CENTERS INC

LOYAL PLAZA SC REALTY FUND LLC
LPRE HOLDINGS LLC
LTH INVESTMENTS LLC
LUFKIN MALL REALTY HOLDING LLC
LUXONE LLC
LYN-JO WASHINGTON LLC
MACERICH LAKEWOOD, LLC C/O MACERICH MANAGEMENT COMPANY
MACWH LP
MACYS INC
MADDEN FAMILY LLC NO 3
MADISON EAST TOWNE LLC
MAIN & MAIN DEL PASO LLC
MALL OF LOUISIANA, LLC
MALL OF SOUTH CAROLINA OUTPARCEL LP
MALL OF SOUTH CAROLINA OUTPARCEL LP C/O CBL & ASSOC. MGMT. INC.
MANHATTAN 338 CORP
MARINE IRON & SHIP BLDG CO INC
MARINE IRON & SHIP BUILDING COMPANY
MARION PLAZA ASSOCIATES LP
MARION PLAZA ASSOCIATES LP C/O MADISON ACQUISITIONS, LLC
MARK J FREITAG TRUST OF 1988
MARK SAYDAH
MARLAND LIMITED PARTNERSHIP
MARVIN H GEISTLINGER
MCD 6 LLC
MEILE INVESTMENT LLC
MEILE INVESTMENT, LLC D/B/A DOUBLETREE BY HILTON MONROVIA-PASADENA
METRO NORTH CROSSING LLC
MGA VENTURES INC
MI CLAW LLC
MID-ATLANTIC PROPERTY JT LLC
MIDAMERICA HOTELS CORPORATION
MIDDLETOWN I RESOURCES L P
MIDWAY SHOPPING CENTER, L.P.
MILLCREEK PLAZA COMPANY LIMITED PARTNERSHIP
MILPITAS TOWN CENTER 2008 LP
MIR QUEENS PLACE LLC
MISSION SAN JOSE LLC
MKN PROPERTY INC.
MONICA INC
MONTGOMERY CROSS RETAIL GROUP LLC
MONTVISTA LLC
MOORLAND MEDICINE LLC
MORGUARD BOYNTON TOWN CENTER INC
MOUNT HUNGER HOLDINGS LLC
MPNT MICHIGAN LLC
NADG NNN RLOB MAY NJ LP
NAPLES LEASING 416 LLC

## SCHEDULE A

NEW PLAN HAMPTON VILLAGE LLC
NEW TOWNE MALL REALTY HOLDING LLC
NEXT TECH DEVELOPMENT LLC
NEXTGEN WOODSIDE REALTY LLC
NORENE BRINK
NORTHTOWN SQUARE LLC
NORTHTOWN SQUARE, LLC C/O STEJER
DEVELOPMENT, LLC
NORTHWEST PROMENADE LLC
NWCC CENTER PLAZA LLC - 0010448
NWCC INVESTMENTS II LLC
OAKDALE VILLAGE LLC
OAKTREE INVESTMENTS 4 LLC
OAKWOOD PLAZA LIMITED PARTNERSHIP
OAKWOOD PLAZA LP
OBEACH LLC
OCRE INVESTMENTS LLC
OFFICE COMPLEX ENTERPRISES INC
OLESEN AL LLC
OMAHA CAVE PARTNERSHIP LP
OMAHA CAVE PARTNERSHIP, L.P. C/O ST. LOUIS
COUNTY REALTY CO.
ONTARIO MILLS LTD PARTNERHIP
OUTER BANKS LIMITED PARTNERSHIP
OVM DELAWARE LLC
OWNED
OXFORD DEVELOPMENT COMPANY - MORAINE
PACIFIC PREMIER RETAIL TRUST LLC
PANOBSTER LLC
PARED MOTEL ASSOCIATES LLC
PARK EAST LLC
PARK MALL LLC
PATRICIA A WEATHERBY
PAUL A BUTERA
PECONIC LLC
PERSAM WETHERSFIELD LLC
PETER MOON HONG
PFA-C SILVER SPRING LC
PHEASANT REALTY LLC
PHILIP VELKA
PHOENIX PARTNERS LLC
PIEDMONT CNL TOWERS ORLAND LLC
PIERRE BOSSIER MALL REALTY HOLDING LLC
PINE BLUFF INCOME PROPERTIES LLC
PINE RIDGE MALL JC, LLC
PINE VIEW ENTERPRISES LLC
PINLEN LUBBOCK LLC
PIQRED LLC
PK II EL CAMINO NORTH LP
PLAZA SPEEDWAY LLC
POTTSTOWN CENTER LP
POTTSTOWN CENTER LP C/O LONGVIEW
MANAGEMENT

PRAN MCCAIN LLC
PRATT GOLDSMITH INC
PREFERRED ASSOCIATES LLC
PROLOGIS LP
PROVENDER HALL I LLC
PRSS LLC
PUMA INDUSTRIES 307 LLC
PVSC COMPANY
QR RUSHMORE LLC
QUEENSBURY PLAZA I, LLC
R&H PROPERTIES LP
RAI SAWAK LLC
RAMCO JACKSONVILLE LLC
RAYMARC RE LLC
RB SANDRINI FARMS LP
RCG-PSC CAMP CREEK OWNER, LLC
RDHW MANAGEMENT LLC
REAL ESTATE SERVICES INC
REALTY INCOME CORPORATION X 2293
RED GARDEN LLC
RED LOBSTER OF LAKELAND LLC
RED LOBSTER ST CLOUD MN LLC
RED OLIVE PROPERTIES LLC
RED SUMMIT FAIR LLC
REDLOB SHEPPARD AVENUE LIMITED
PARTNERSHIP
REDLOB SHEPPARD AVENUE LP
REEP-RTL DTC VA LLC
RELATED RETAIL MANAGEMENT CORPORATION
RENEE L FERRERO
RETAIL OPPORTUNITY INVESTMENTS
PARTNERSHIP LP
RFH1 LLC
RGLI LLC
RH TACOMA PLACE ASSOCIATES LLC
RH TACOMA PLACE ASSOCIATES, LLC AND H.I.R. 3
RHYL REALTY INC
RIDGE LINE INC
RIOCAN (REIT) WEST
RIVER OAKS EL PASO, LLC
RIVER OAKS PROPERTIES LTD
RIVER PRAIRIE LLC
RIVERSIDE INCOME FUND I LP
RJP RL I DRIVE LLC
RL 4010 LLC
RL ARIZONA LLC
RL ELIZABETHTOWN LLC
RL ENTERPRISES LLC
RL JENSEN BEACH LLC
RL KAF LLC
RL KOKOMO LLC
RL MADISON HEIGHTS LLC

## SCHEDULE A

RL SCHAUMBURG LLC
RL.PTX LLC C/O RON DEMILT
RL12580 LLC
RLCA PROPERTIES INC
RLFL, LLC
ROBBIE'S INC. C/O CHARLES ROBERTSON
ROBBIES INC
ROBERT D PARHAM
ROBERT D. PARHAM & JUDY J. PARHAM
ROBERT J SCULLIN
ROBERT MASCALL AND SUSAN WOODELL
MASCALL
ROGER J JANOW
ROIC CALIFORNIA, LLC
ROUND ROCK RL LLC
ROUSE PROPERTIES LLC
ROUSE PROPERTIES REIT INC
ROY TIMOTHY YOUNG
RPRL UNION 22 LLC
RPT REALTY LP
RSC ASSOCIATES LLC
RVM GLIMCHER LLC
RXR 5TS HOLDINGS JV LLC
RXR 5TS OWNER LLC
RYG REALTY INC
RYNAKO LP
SAGA LLC
SAINT ANTHONY REAL ESTATE LLC
SALINAS SHOPPING CENTER ASSOCIATES LP &
HARDEN RANCH PLAZA ASSOCIATES LLC
SALISBURY MALL REALTY HOLDING LLC
SAN BERNARDINO RESTAURANT ASSO C/O THE
GRAYMONT GROUP
SAN BRUNO TOWNE CENTER PARTNERSHIP
SANMARCO COMPANY
SANTA FE MALL REALTY HOLDING LLC
SARAH KRANC
SARL JV
SAYAGE VALDOSTA LLC
SC HEIGHTS LLC
SCF RC FUNDING IV LLC.
SCULLIN REAL ESTATE VII LLC
SEARS, ROEBUCK & CO.
SERG 13 LLC
SHADES CREEK R&I CORP TUTWILE PROPERTIES
LTD
SHANTINATH CS LLC
SHASHIKANT PATIL
SHOP TOWNE CENTER INC
SILVER SPRING SERIES, A SERIES OF OWL'S NEST
PROPERTIES, LLC
SILVER SPRINGS SERIES, A SERIES OF OWL'S NEST
PROPERTIES, LLC

SIMON PROP GRP (TX) LP
SIMON PROPERTY GROUP (TEXAS), L.P.  C/O
SIMON PROPERTY GROUP
SIMON PROPERTY GROUP L.P.
SIMONIAN FAMILY 2008 TRUST
SKYHY PROPERTY LLC
SM MESA MALL, LLC
SMBSIRIS LLC
SMITH BROS.-ZIEGLER
SMITH FAMILY TRUST DATED 1-7-1982
SMITH LEGACY LLC
SMITH RANCHES
SMS AMBASSADORS CORP
SNOWDEN SQUARE PHASE II RETAIL CENTER
ASSOCIATION INC
SOCRATES INVESTMENTS INC
SOLANO TOWN CENTER OWNER LLC
SOON CHUN NANCI PAK
SOUTH FORKS ASSOCIATES
SOUTHEAST REALTY ASSOCIATES, LLC C/O WIN
PROPERTIES, INC.
SOUTHLANDS COLORADO LLC
SPADEA INC
SPEEDWAY95 LLC
SPENCER DEVELOPMENT LLC
SPIRIT REALTY L.P.
SPM ACQUISITION LLC
SPORTS ARENA VILLAGE LTD
SPORTS ARENA VILLAGE, LTD COMMERCIAL
SPACE COORDINATOR
SPOTSYLVANIA TOWNE CENTER
SSS NORTHWEST CROSSING LLC
STAR-WEST GREAT NORTHERN MALL LLC
STAUNTON EM 2 LLC
STEMMONS CROSSROADS ASSOC
STEVE KORONEOS
STEVE LIN
STEVEN E BREITMAN
STONE LAND, LLC
SUNBEAM DEVELOPMENT CORPORATION
SUNRISE HILLS
SUPERIOR STEEL STUDS INC
SWB-LYNN HOLDINGS LLC
SWIFT CREEK ASSOCIATES LP
SWIFT CREEK ASSOCIATES, L.P. C/O BET
INVESTMENTS
SWR - LV, L.L.C. C/O REDD REALTY SERVICES
SWR-LV LLC
TAAG VENTURES LLC
TAITZ RL MOBILE LLC
TAMPA PALMS NORTH OWNERS ASSOCIATION
TANGER OUTLETS DEER PARK, LLC
TANGER PROPERTIES LIMITED PARTNERSHIP

## SCHEDULE A

TARGET STORES
TAYLOR & MONROE LLC
TECH ONE ASSOCIATES
TED AND MARIAS PLAZA LLC
TEHAN'S REALTY COMPANY C/O TEHAN'S
CATALOG SHOWROOMS, INC
TEHANS REALTY COMPANY
THE EVELYN D BENEDETTO FAMILY
PARTNERSHIP LLP
THE EVELYN DIBENEDETTO FAMILY
PARTNERSHIP LP
THE GEORGE FAMILY TRUST
THE GERRARD FAMILY LIMITED PARTNERSHIP
LLLP
THE HARRY AND JEANETTE WEINBERG
FOUNDATION INCORPORATED
THE JEAN ANN BECKER REVOCABLE TRUST
DATED 10-19-2007
THE KISAN B. CHAVAN & KUNDAN K. CHAVAN
LIVNG TRUST
THE P SMITH REALTY LLC
THE PRADO SC, LLC
THE PROMENADE DIBERVILLE LLC
THE RAPHAEL FAMILY WOOSTER STREET
COMPANY LLC
THE SHOPPES AT SOLANA, LLC
THE STEVE HONGDUR LIN AND CAROL YAO LIN
REVOCABLE TRUST DTD 7/22/94
THE STORAGE BIN INC
THE WOODS OF EAST BRUNSWICK PROPERTY
OWNERS ASSOCIATION INC
THF CHESTERFIELD DEV LLC
THF CHESTERFIELD DEVELOPMENT, LLC
THF MAPLEWOOD OUTPARCEL DEVELOPMENT
LLC
THF ST CLAIRSVILLE DEVELOP LP
THF ST. CLAIRSVILLE DEVELOPMENT, L.P.
THOMPSON & COMPANY INC
TILDE MARIANI GIACCHE
TMP SRE I, LLC
TN OAK RIDGE RUTGERS LLC
TOM & LEE HOLDING CO LLC
TOM & LEE HOLDING COMPANY, LLC AND TOM
FAMILY TRUST OF 1984
TOM BASS
TORNIG GA LLC
TPI 1960 RETAIL LLC
TR UWO FRED ZIESS
TRIBELLA PROPERTIES LLC
TRINITY PROPERTY SERVICES - ITF - ADMNS
TRIPLE BAR YORK MARKETPLACE LLC
TWELVE OAKS MALL LTD PARTNRSHP
TWO D HOLDINGS LLC
TWOVM INVESTMENTS LLC

UB MIDWAY LLC
UNIVERSITY VENTURE CORP
URBAN EDGE PROPERTIES LP
US CENTENNIAL MALLS JV LLC
UT HEIGHTS LLC
V2 ASSOCIATES LLC
VALLEY STREAM GREEN ACRES LLC
VAN VLIET ACQUISITION IV LLC
VERA CRUZ PROPERTIES LP
VERA LLC
VEREIT
VEREIT OPERATING PARTNERSHIP LP
VESTAR BOWLES CROSSING LLC
VESTAR CROSSROADS GILBERT LLC
VILLAGE AT BURLINGTON OWNERS ASSOCIATION
VILLAGES / ACORN INVESTMENTS LTD
VINSUE CORP
VNO 7000 HADLEY ROAD LLC C/O VORNADO
REALTY TRUST
WALSTER LLC
WASHINGTON MALL - JCP ASSOCIATES, LTD.
WASHINGTON MALL- JCP ASSOC LTD
WASHINGTON PRIME PROPERTY LP
WATERFORD LAKES TOWN CENTER LLC
WAYNE A BELLEAU
WEATHERBY ENTERPRISES
WEINGARTEN I-4 CLERMONT LANDING LLC
WESTRIDGE PARK INVESTORS L P
WESTRIDGE PARK INVESTORS LIMITED
PARTNERSHIP
WHITEHORSE 3 LLC
WHRL STONY BROOK LLC
WIDEWATERS GROUP INC
WIDEWATERS LAKEWOOD VILLAGE CENTER
COMPANY, LLC
WILD REALTY 1, LLC
WILD REALTY 3, LLC
WILKINSON DEKALB LAND COMPANY LLC
WILLIAM C FISHER JR AND JANET FISHER
WILLIAM KUNZ
WINCHESTER SEAFOOD LLC
WINDSOR REALTY LTD PARTNERSHIP
WOODBRIDGE HEIGHTS ASSOCIATES LLC
WORLD CLASS INVESTMENTS LLC
WPE INVESTMENT 10 LLC
YASMON 19 GROUP LLC
YAVAPAI PRESCOTT INDIAN TRIBE
ZURICHA CAPITAL LTD

### LITIGATION
2355 NORTH HIGHWAY 41 ASSOCIATES LLC
3909 SUNSET DRIVE OWNER, LLC
ANNA HURLSTON

## SCHEDULE A

BDG SUFKA, LLC
CARRIE ROBERTSON
DEZZIE RAY MARSHALL (CLASS ACTION)
DIANE TUCKER
E. O. MAGDALIA COLON
ECOLAB INC.
ELEASIA BLACKMAN
ELTON GARRETT
EMMA SCHELLER
ERICH WHITEFORD
ESPERANZA CARR
GLENDA SAVERY
HECTOR SANCHEZ
IPSOS-INSIGHT, LLC
JOSE SANTOYO
KENNETH SCHEBEN
LARRY THURSTON
LINDA GUCCINI
LOUIS R. OLIVEIRA AND GAREN A. OLIVEIRA
FAMILY TRUST
DATED APRIL 15, 2020
LUXONE, LLC
MARIA DASILVA
MELISSA RANDAZZO
NADINA HUJIC, N.B. (NADIA HUJIC'S MINOR SON),
AND MONIQUE LEWIS
OP OAKHURST REALTY, LLC AS SUCCESSOR TO
GGC REAL ESTATE INVESTMENTS I, L.P.
PROVENDER HALL IV LLC
RAINBOW INVESTMENT CO., LP
ROBERT WALKER
ROWORTH ENTERPRISES, LLC
SHARON WEINAND AND FRANK OLSSON
TRACY WALKER

**MATERIAL CONTRACT COUNTERPARTIES**
CONTINENTAL MILLS, INC.
FCPT HOLDINGS, LLC
KENNETH O. LESTER COMPANY INC.
PEPSI-COLA ADVERTISING AND MARKETING, INC.
PEPSICO SALES, INC.
PFG CUSTOMIZED DISTRIBUTION
SPIRIT MASTER FUNDING IX, LLC

**NON-DEBTOR PROFESSIONALS**
ALIX PARTNERS
PROSKAUER
WEIL, GOTSHAL & MANGES LLP

**SURETY & LETTERS OF CREDIT**
AIKEN ELECTRIC COOPERATIVE, INC.
ALABAMA POWER COMPANY
ARIZONA PUBLIC SERVICE

BALTIMORE GAS AND ELECTRIC COMPANY
BIRMINGHAM WATER WORKS BOARD
BOWLING GREEN MUNICIPAL UTILITIES BGMU
BROWNSVILLE PUBLIC UTILITIES BOARD
CARROLL ELECTRIC
CENTRAL ARKANSAS WATER
CENTRAL FLORIDA GAS COMPANY
CITY OF BAYTOWN
CITY OF BLOOMINGTON
CITY OF CARTERSVILLE WATER DEPT.
CITY OF CLEARWATER
CITY OF COOKEVILLE
CITY OF DECATUR
CITY OF DOTHAN, ALABAMA
CITY OF EAST POINT - (2777 EAST POINT STREET
EAST POINT, GA 30344)
CITY OF FARMINGTON
CITY OF FAYETTEVILLE
CITY OF FORT MYERS
CITY OF FORT WORTH WATER DEPARTMENT
CITY OF HOUSTON, PUBLIC WORKS &
ENGINEERING DEPT.
CITY OF HUNTSVILLE
CITY OF HUNTSVILLE, ALABAMA
CITY OF LAKE CITY FL
CITY OF LAKELAND FLORIDA
CITY OF MESQUITE
CITY OF OAK RIDGE UTILITIES BUSINESS OFFICE
CITY OF OCALA
CITY OF PASADENA
CITY OF PERU
CITY OF RICHMOND
CITY OF ROCKY MOUNT
CITY OF TALAHASSEE
CITY OF WINTER HAVEN
CLARKSVILLE DEPARTMENT OF ELECTRICITY
CLAY ELECTRIC COOPERATIVE, INC.
COAST ELECTRIC POWER ASSOCIATION
COLLEGE STATION UTILITIES
COMMISSIONER OF PUBLIC WORKS
COWETA - FAYETTE ELECTRIC MEMBERSHIP
CORPORATION
DECATUR UTILITIES
DELMARVA POWER AND LIGHT COMPANY
DUKE ENERGY CAROLINAS, LLC
DUKE ENERGY FLORIDA, INC. DBA DUKE ENERGY
DUKE ENERGY OHIO, INC.
DUKE ENERGY PROGRESS, INC.
ELECTRIC POWER BOARD OF CHATTANOOGA
ELECTRIC POWER BOARD OF THE METROPOLITAN
GOVERNMENT OF NASHVILLE AND DAVIDSON
COUNTY, TENNESSEE
ELIZABETHTOWN GAS

## SCHEDULE A

ELK RIVER PUBLIC UTILITY DISTRICT
EMERALD COAST UTILITIES AUTHORITY
FLORENCE UTILITIES, CITY OF FLORENCE, ALABAMA
FLORIDA POWER & LIGHT COMPANY
FLORIDA PUBLIC UTILITIES
FORT PIERCE UTILITIES AUTHORITY
GEORGIA POWER COMPANY
GREYSTONE POWER CORPORATION
GULF POWER COMPANY
HARTFORD FINANCIAL SERVICES GROUP
HILLSBOROUGH COUNTY PUBLIC UTILITIES DEPARTMENT
JACKSON ELECTRIC MEMBERSHIP CORPORATION
JACKSON ENERGY AUTHORITY
JEA, A BODY POLITIC
JEFFERSON COUNTY DEPT OF REVENUE
JOHNSON CITY POWER BOARD
KANSAS CITY POWER AND LIGHT
KANSAS DEPARMENT OF REVENUE
KANSAS GAS SERVICE
KCMO WATER SERVICES DEPARTMENT
KENTUCKY UTILITIES COMPANY
KEYSPAN GAS EAST CORPORATION D/B/A NATIONAL GRID
KISSIMMEE UTILITY AUTHORITY
KITCHENER-WILMOT HYDRO COMMISSION
KNOXVILLE UTILITIES BOARD
LAKE APOPKA NATURAL GAS DISTRICT
LANSING BOARD OF WATER & LIGHT
LAS VEGAS VALLEY WATER DISTRICT
LIBERTY MUTUAL GROUP
LIBERTY UTILITIES GEORGIA
LONG ISLAND LIGHTING COMPANY DBA LIPA
LOUISVILLE GAS AND ELECTRIC
MANATEE COUNTY PUBLIC WORKS
MARIETTA BOARD OF LIGHTS AND WATER
MISHAWAKA UTILITIES
MISSISSIPPI POWER COMPANY
MOBILE GAS SERVICE CORPORATION
MODESTO IRRIGATION DISTRICT
MONTGOMERY WATER WORKS
MURFREESBORO ELECTRIC DEPARTMENT
NEBRASKA PUBLIC POWER DISTRICT
NEW YORK STATE ELECTRIC AND GAS (NYSEG)
NORTH LITTLE ROCK ELECTRIC
OAK RIDGE UTILITY DISTRICT - 120 S. JEFFERSON CIRCLE - OAK RIDGE TN
OKALOOSA COUNTY GAS DISTRICT
ORANGE COUNTY UTILITIES SERVICE
ORLANDO UTILITIES COMMISSION
PACIFIC GAS AND ELECTRIC COMPANY
PECO AN EXELON COMPANY

PORTLAND GENERAL ELECTRIC COMPANY
POTOMAC ELECTRIC POWER COMPANY
PUGET SOUND ENERGY
SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT
SEBRING GAS SYSTEM, INC. FL
SEVIER COUNTY ELECTRIC SYSTEM, SEVIERVILLE, TN
SEVIER COUNTY UTILITY DISTRICT (SCUD), TN
SHAWNEE MUNICIPAL AUTHORITY
SOUTH CAROLINA ELECTRIC & GAS
SOUTH CAROLINA PUBLIC SERVICE AUTHORITY (SANTEE COOPER)
SOUTHEAST ALABAMA GAS DISTRICT
SOUTHERN CALIFORNIA EDISON
SOUTHWESTERN ELECTRIC POWER COMPANY / AMERICAN ELECTRIC POWER CO.
STATE OF MISSISSIPPI
STATE OF NEVADA
STATE OF OKLAHOMA
STATE OF OKLAHOMA CITY TAX COMMISSION
SUMTER ELECTRIC COOPERATIVE, INC.
SYRACUSE NY - KEYSPAN GAS EAST CORPORATION DBA NATIONAL GRID CREDIT & COLLECTION - 300 ERIE
TAMPA ELECTRIC COMPANY
TECO PEOPLES GAS
TENNESSEE DEPARTMENT OF REVENUE
TEXAS GAS SERVICE, TX
THE BOARD OF WATER, LIGHT AND SINKING FUND COMMISSIONERS OF THE CITY OF DALTON DBA DALTON UTILITIES
THE BROOKLYN UNION GAS COMPANY D/B/A NATIONAL GRID NY
THE EMPIRE DISTRICT COMPANY
THE REGIONAL MUNICIPALITY OF DURHAM
TRAVELERS
TUCSON ELECTRIC POWER COMPANY
TULLAHOMA UTILITIES BOARD
TUPELO WATER & LIGHT DEPARTMENT
TUSCON ELECTRIC POWER COMPANY
U.S. CUSTOMS AND BORDER PROTECTION
UGI UTILITIES, INC.
UTAH DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL
VILLAGE OF BOLINGBROOK
VILLAGE OF FORSYTH
VILLAGE OF ORLAND PARK
VIRGINIA ELECTRIC AND POWER COMPANY
WALTON EMC AND WALTON EMC NATURAL GAS
WELLS FARGO
WEST VIRGINIA ALCOHOL BEVERAGE CONTROL ADMINISTRATION

## <u>SCHEDULE A</u>

WITHLACOOCHEE RIVER ELECTRIC
COOPERATIVE, INC.

### <u>UNIONS</u>
ED FOOD AND COMMERCIAL WORKERS CANADA
LOCAL  1006A
UNITED FOOD AND COMMERCIAL WORKERS OF
CANADA

### <u>U.S. TRUSTEE OFFICE</u>
ALLYSAN MCGUIRE-GONZALEZ
ANA ROSA RODRIGUEZ
AUDREY ALESKOVSKY
BRYAN BUENAVENTURA
DANIEL MUNOZ
DONNA MURRAY
ILERAINE F. SALLOUM
J. LEILA SINGH
JILL KELSO
LORI LUCE
MAUREEN E. GIMENEZ
MAXIE SELLERS
MICHAEL W. APONTE
PATRICIA A. SINCLAIR
ROBERT LYNCH
SCOTT E. BOMKAMP
WILLIAM J. SIMONITSCH

### <u>UTILITIES</u>
ALABAMA POWER
AMEREN
APS
ATMOS ENERGY
BP ENERGY RETAIL COMPANY LLC
CENTERPOINT ENERGY
CENTURY LINK
COLUMBIA GAS
COMCAST
CON EDISON
CONSUMERS ENERGY
DIRECT ENERGY
DOMINION ENERGY
DOMINION VA/NC POWER
DTE ENERGY
DUKE ENERGY
DYNEGY ENERGY SERVICES
ENBRIDGE GAS INC
ENERGY HARBOR
ENTERGY
FPL - FLORIDA POWER & LIGHT COMPANY
GEORGIA POWER
GFL ENVIRONMENTAL INC
HUDSON ENERGY CANADA CORP

INTERCONN RESOURCES LLC
PACIFIC GAS & ELECTRIC
PSE&G-PUBLIC SERVICE ELEC & GAS CO
PSEGLI
SHELL ENERGY SOLUTIONS - CA
SHELL ENERGY SOLUTIONS NE
SMARTESTENERGY US LLC
SOUTHERN CALIFORNIA EDISON
SOUTHERN CALIFORNIA GAS (THE GAS CO.)
SOUTHWEST GAS
SYMMETRY ENERGY SOLUTION LLC
TECO: PEOPLES GAS
WASTE CONNECTIONS
WASTE MANAGEMENT NATIONAL SERVICES INC
XCEL ENERGY

### <u>VENDORS</u>
1420 NOBLE AVE LLC
1561 EAST 13TH STREET LLC
2 GIRLS ENTERPRISES LLC
2355 NORTH HIGHWAY 41 ASSOCIATES LLC
2474 VALENTINE REALTY LLC
2629574 ONT INC
3B2 SOLUTIONS LLC
A CLOSER LOOK LLC
A GFS CANADA COMPANY
A O SMITH WATER PRODUCTS
ACCURATE BACKGROUND LLC
ACI WORLDWIDE CORP
ADOBE INC
ADP INC
AEROFUND HOLDINGS INC
AETNA LIFE INSURANCE COMPANY
AFCO CREDIT CORPORATION
AIRE RITE AIR CONDITIONING & REFRIGERATION
INC
ALIXPARTNERS HOLDINGS LLP
ALMADEN PLAZA MERCHANTS ASSOC
ALSCO INC
ALVAREZ & MARSAL HOLDINGS LLC
AMERICAN CHAIR & SEATING
AMERICAN FAST FREIGHT INC
AMERITECH FACILITY SERVICES LLC
AMW CONTRACTING INC
ANALYTIC PARTNERS LP
AP SERVICES LLC
APEX SYSTEMS INC
APPROVED MAINTENANCE LLC
ARAMARK UNIFORM AND CAREER APPAREL
GROUP INC
ARCH PAINTING INC
ATLANTIC BUILDING & REMODELING INC
B & T FLOOR CARE LLC

## SCHEDULE A

BAKER & HOSTETLER LLP
BAR HARBOR LOBSTER CO INC
BARKER NESTOR INC
BARKLEY INC
BBI LOGISTICS LLC
BEER STORE
BEVERAGE-AIR CORPORATION
BIX PRODUCE CO
BLACKHAWK NETWORK INC
BLODGETT OVEN CO INC
BOWRING MARSH BERMUDA LTD
BREAKTHRU BEVERAGE
BREWERS RETAIL INC
BRINKS INC
BROTHERS PRODUCE OF AUSTIN
BROTHERS PRODUCE OF DALLAS INC
BUNTIN ADVERTISING INC
C & S PRESS INC
C H ROBINSON COMPANY
CAJUN AIR INC
CAREPRO PAINTING INC
CARLOS PENA
CAUDLES CATCH SEAFOOD LTD
CB PORTFOLIO LLC
CHERNOFF SALES INC
CHICO PRODUCE INC
CINTAS CORPORATION NO 2
CITY PRODUCE OF FT WALTON BEACH INC
COASTAL SUNBELT PRODUCE
COBBS ALLEN CAPITAL LLC
COMM WORKS INVESTMENT HOLDING COMPANY
LLC
COMMONWEALTH OF PA-LIQ CTRL BRD
CONSTRUCTION OPERATIONS AND RENOVATION
EXPERTS
CONTINENTAL AMERICAN INSURANCE COMPANY
CORNERSTONE ON DEMAND INC
COSTA DO SOESTO LLC
CREATION GARDENS
CREDERA ENTERPRISES COMPANY LLC
CRI OUTPARCELS LLC
CURTIS R BARTELLS
DALE HARDEN
DAVACO LP
DDI GENERAL CONTRACTING LLC
DEPENDABLE BUILDING MAINTENANCE
SERVICES LLC
DINOVA INC
DIRECTIONS RESEARCH INC
DIRECTV
DISASTER RESTORATION SYSTEM LLC
DIXIE PRODUCE INC
DMC SERVICES LLC

DOHME PRODUCE CO INC
DONTSLOWMEDOWN INC
DOORDASH INC
DRAFT BEER INTELLIGENCE LLC
E LA CARTE INC
ECO RESTORATION & CLEANING SERVICES
ECOLAB INC
ECOLAB PEST ELIMINATION
ELASTICSEARCH INC
EMERALD ACQUISITION INC
EMPLOYMENTGROUP INC
ENGIE INSIGHT SERVICES INC
ENTERPRISE FM TRUST
ENVIRO MASTER SERVICES LLC
EPLUS TECHNOLOGY INC
EVENTURES UNLIMITED INC
FACILITIES MAINTENANCE LLC
FBMWW OPCO LLC
FEDERAL EXPRESS CORPORATION
FEDERAL HEATH SIGN COMPANY LLC
FIFTH THIRD BANK
FIRST AMERICAN EXCHANGE COMPANY LLC
FIRST DATA CORPORATION
FORESTWOOD FARM INC
FOURTH ENTERPRISES LLC
FRANKLIN MACHINE PRODUCTS INC
FRESHPOINT INC
FRESHPOINT NORTH CAROLINA
FRONTIER PRODUCE INC
FSF MANUFACTURING INC
GARTNER INC
GEORGIA AIR & REFRIGERATION INC
GET FRESH PRODUCE INC
GFS CANADA LTD
GLACIER REFRIGERATION & AIR INC
GORDON FOOD SERVICE CANADA LTD
GREEN FARMS INC
GREEN FARMS OF NEVADA INC
GREENHEAD LOBSTER LLC
GUGGENHEIM SECURITIES LLC
GUIDEPOINT SECURITY LLC
GULF COAST PRODUCE DISTRIBUTORS INC
HELLOWORLD INC
HOBART CORP
I D ASSOCIATES INC
IF&P HOLDING COMPANY LLC
INDEED INC
INDEPENDENCE PROPERTIES 348 LLC
INFINITE TALENT INC
INFOSYS BPM LIMITED
INGENICO INC
INTERACTIVE COMMUNICATIONS
INTERNATIONAL INC

## SCHEDULE A

INTERCEPTOR MANAGEMENT SYSTEMS INC
INTRALINKS INC
IPFS CORPORATION  OF CALIFORNIA
IPSOS INSIGHT LLC
ITW FOOD EQUIPMENT GROUP LLC
JADE SECURITY INC
JOHNSON CONTROLS US HOLDINGS LLC
K2 ROOFING & SHEET METAL FLORIDA INC
KANTOR & SMITH LLC
KAUTZ CONSTRUCTION COMPANY
KEGELS PRODUCE INC
KENNETH O LESTER COMPANY INC
KEPLER GROUP LLC
KESSIMAKIS PRODUCE CO INC
KFORCE INC
KIMBALL & THOMPSON PRODUCE CO INC
KINETICO INCORPORATED
KING APPLIANCE LLC
KORE WIRELESS INC
KPMG LLP
KUELAP LAND HOLDINGS LLC
L&D MAINTENANCE CO
LA GRASSO BROS INC
LAKE FOREST BANK AND TRUST COMPANY N A
LATINA BOULEVARD FOODS LLC
LIBERTY FRUIT CO INC
LIQUOR CONTROL BOARD OF ONTARIO
LOCKTON COMPANIES
LOGAN CLARK III
LOOMIS
LUKES LOBSTER ME LLC
LUXONE LLC
M SQUARED ONSTAGE INC
MAKE-A-WISH FOUNDATION OF AMERICA
MANNINGTON MILLS INC
MARRIOTT HOTEL SERVICES INC
MARSH USA INC
MCCARTNEY PRODUCE
MECHANICAL SOURCE SOLUTIONS LLC
MERKLE INC
MESA VALLEY HOUSING ASSOCIATES II LIMITED
PARTNERSHIP
MICHIGAN DEPARTMENT OF COMMERCE
MICROSOFT CORPORATION
MICROSTRATEGY SERVICES CORPORATION
MIDDLEBY MARSHALL INC
MIKE GLUCKMAN
MIR QUEENS PLACE LLC
MOBO SYSTEMS INC
MOOD MEDIA NORTH AMERICA HOLDINGS CORP
MOVABLE INC
MULTI-FRESH INC
NAVID BYPASS TRUST 07262020

NAVID QTIP TRUST 07262020
NEI GLOBAL RELOCATION
NUCO2 INC
ODP BUSINESS SOLUTIONS LLC
ONEDINE LLC
OP OAKHURST REALTY LLC
ORACLE AMERICA INC
PAINT FOLKS
PARK EAST LLC
PEGNATO ROOF INTELLIGENCE NETWORK
PERLICK COMPANY INC
PIEDMONT CNL TOWERS ORLAND LLC
PITCO FRIALATOR INC
PK I EL CAMINO NORTH LP
PLAINFIELD FRUIT AND PRODUCE CO INC
PLATINUM ROOFING SOLUTIONS INC
PORT MCDONALD INC
POTATO SPECIALTY CO INC
PPINC LLC
PREMIER PRODUCE CENTRAL FLORIDA INC
PRESIDIO NETWORKED SOLUTIONS LLC
PRESTO AUTOMATION INC
PRICEWATERHOUSE COOPERS LLP
PRO AIR MECHANICAL INC
PROGRESSIVE FLOORING SERVICES INC
PROVENDER HALL IV LLC
PUBLICIS CANADA INC
PULEO INVESTMENTS INC
QSR AUTOMATIONS INC
QUICK SERVANT COMPANY INC
QWEST MECHANICAL CORP
RAINMAKER THINKING INC
RED DAWN SEI BUYER INC
RESTAURANT EQUIPMENT MAINTENANCE CO LLC
RETAIL TECHNOLOGY GROUP INCORPORATED
RING CENTRAL INC
ROWORTH ENTERPRISES LLC
ROYAL FOODSERVICE INC
RR DONNELLEY
RUBEN CORTEZ CORPORATION
RUBICON GLOBAL LLC
RUBIN POSTAER AND ASSOCIATES
RYAN LLC
RYAN SCOTT DAWSON
SALESFORCE.COM INC
SANDY ALEXANDER INC
SCHOENMANN PRODUCE COMPANY INC
SCHOOX INC
SEGOVIAS DISTRIBUTING INC
SENN BROS DISTRIBUTORS
SERVICE SOLUTIONS OF TEXAS LLC
SHB ANALYTICS LLC
SHEER ENTERPRISES INC

## SCHEDULE A

SHEPHERD MECHANICAL LLC
SHOP TOWNE CENTER INC
SIRNA & SONS INC
SLADE GORTON & CO INC
SLM WASTE & RECYCLING SERVICES INC
SMARTBEAR SOFTWARE INC
SOUTH MIDTOWN PROPERTIES LLC
SPADA PROPERTIES INC
SPECTRUM BRANDS PET LLC
SPIRIT REALTY LP
SPRINKLR INC
STAPLES INC
STAR INTERNATIONAL HOLDINGS INC
STAR-WEST GREAT NORTHERN MALL LLC
STATE INDUSTRIES INC
STRATEGIC SOLUTIONS INC
SUN LIFE ASSURANCE COMPANY OF CANADA
SYNQ3 RESTAURANT SOLUTIONS LLC
SYRACUSE BANANA CO INC
TDN2K LLC
TEKSYSTEMS INC
TENFOLD LLC
THE WALDINGER CORPORATION
THE WASSERSTROM COMPANY
THELAB LLC
THERMAL REFRIGERATION INC
TOTAL QUALITY LOGISTICS LLC

TOUCHPOINT INC
TOWN CENTER REFRIGERATION INC
TRANE US INC
TRAP-ZAP ENVIRONMENTAL SYSTEMS INC
TWC SERVICES INC
UNITED PARCEL SERVICE INC
UNITED SALAD OF WASHINGTON INC
URBAN AIRSHIP INC
US BANK/FIRSTAR
USA CONSTRUCTION & PROJECT MGMT
EXCHANGE LLC
USP APOLLO LLC
VA DEPT OF ALCOHOLIC BEVERAGE CONTROL
BOARD
VACO ORLANDO LLC
VANCO COMMERCIAL SERVICE  LLC
WA STATE DEPARTMENT OF LABOR &
INDUSTRIES
WEATHERITE CORPORATION
WELLS FARGO BANK NA
WEX BANK
WILDWOOD MARKETING INC
WILLIE ITULE
WORKERS COMPENSATION BOARD ONT
WV LONESTAR OWNER LLC
YOUNG & CO LLC
YOUR MAINTENANCE DEPT INC
ZAFAR PRODUCE INC

**Schedule B** [Potential connections or related parties]

**Red Lobster**

<u>**Current and Former Clients of A&M and/or its Affiliates**</u> [1]

0510 KLN Lloyd's Syndicate
A GFS Canada Company
Ace American Insurance Company
Adobe Inc
ADP Inc
Aetna Life Insurance Company
AIG
A O Smith Water Products
Alabama Power Company
ALSCO Inc
Ameren
American Fast Freight Inc
American Guarantee and Liability
American Realty Capital Properties, Inc.
AP Services LLC
Aramark Uniform and Career Apparel Group Inc.
Arch Insurance Company
At Home Holding Iii Inc
Atmos Energy
Axis Insurance Company
Baker & Hostetler LLP
Blackhawk Network Inc
Boise Towne Plaza Llc C/O General Growth Properties
Brinks Inc
Brooklyn Union Gas Company, The, D/B/A National Grid NY
Centerpoint Energy
Century Link
C H Robinson Company
Columbia Casualty Company
Columbia Gas
Cobbs Allen Capital LLC
Comcast
Con Edison
Direct Energy

DirecTV
Duke Energy Carolinas, LLC
E LA Carte Inc
EmploymentGroup Inc.
Enbridge Gas Inc
Endurance Assurance Corporation
Energy Harbor
Engie Insight Services Inc
Entergy
Epiq
ePlus Technology Inc
Everest Indemnity Insurance Co
Federal Express Corporation
Fifth Third Bank
Fireman's Fund Insurance Company
First Data Corporation
Florida Power & Light Company
Formosa Developers Inc
Fortress Credit Corp.
Gartner Inc
Georgia Power Company
GFL Environmental Inc
Gordon Food Service Canada Ltd
Guggenheim Securities, LLC
Hartford Fire Insurance Co.
Helloworld Inc
Hilco
Hobart Corp
Hudson Energy Canada Corp
Infosys BPM Limited
Ingenico Inc.
Intralinks Inc
ITW Food Equipment Group LLC
Johnson Controls US Holdings LLC
Kansas City Power and Light
Kansas Gas Service
Keyspan Gas East Corporation D/B/A National Grid
KPMG LLP
Liberty Mutual Group
Loomis
Lowes Home Centers Inc
Macys Inc
Markel Bermuda
Marriott Hotel Services Inc
Marsh USA Inc
Merkle, Inc.

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

1

**Red Lobster**

Microsoft Corporation
Microstrategy Services Corporation
Mobile Gas Service Corporation
Mood Media North America
NADG NNN RLOB May NJ LP
NUCO2 Inc
Oaktree Investments 4 LLC
Oakwood Plaza LP
Oracle America Inc
Pacific Gas and Electric Company
Palms Insurance Company, Limited
PECO an Exelon Company
Pepsico Sales, Inc.
Proskauer
Presidio Networked Solutions LLC
Pricewaterhouse Coopers LLP
Prologis
PSE&G-Public Service Elec & Gas Co
Realty Income Corporation X 2293
Salesforce.com, Inc.
Sears, Roebuck & Co.
Shell Energy Solutions - CA
Silver Springs Series, A Series of Owl's
   Nest Properties, LLC
Smartbear Software, Inc.
Southern California Gas (The Gas Co.)
Southwestern Electric Power Company /
   American Electric Power Co.
Spectrum Brands Pet LLC
Spirit Realty LP
Sun Life Assurance Company of Canada
Staples Inc.
Star International Holdings Inc
Swiss Re Corporate Solutions Elite
Talbot Syndicate TAL1183
Target Stores
Texas Gas Service, TX
Trane US Inc
Travelers Property & Casualty Company of
   America
Tucson Electric Power Company
United Parcel Service Inc
US Bank/Firstar
VNO 7000 Hadley Road LLC c/o Vornado
   Realty Trust
Vanco Commercial Service LLC

Washington Prime Property LP
Waste Connection
Waste Management National Services Inc
Weil, Gotshal & Manges LLP
Wells Fargo
Wex Bank Inc.
Xcel Energy
Zurich American Insurance Company

**Significant Equity Holders of Current
and Former A&M Clients**[2]
0510 KLN Lloyd's Syndicate
A GFS Canada Company
Adobe Inc
ADP Inc
Aerofund Holdings Inc
Aetna Life Insurance Company
AIG
Alix Partners
Brooklyn Union Gas Company, The, D/B/A
   National Grid NY
Brinks Inc
Carroll Electric
Century Link
Clay Electric Cooperative, Inc.
Comcast
DirecTV
DTE Energy
Duke Energy Carolinas, LLC
Employee Share Trust
Enbridge Gas Inc
Engie Insight Services Inc
Entergy
Eventures Unlimited Inc
Everest Indemnity Insurance Co
Fifth Third Bank
First Data Corporation
Florida Power & Light Company
Fortress Credit Corp.
GFL Environmental Inc

---

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

**Red Lobster**

Gordon Food Service Canada Ltd
Hilco
Infosys BPM LIMITED
Ironwood I, LLC
Johnson Controls US Holdings LLC
Keyspan Gas East Corporation D/B/A
  National Grid
Liberty Mutual Group
Lin, Steve
Macys Inc
Marsh USA Inc
Microsoft Corporation
Oaktree Investments 4 LLC
Pepsico Sales, Inc.
Salesforce.com, Inc.
Shell Energy Solutions - CA
Simon Property Group L.P
Southern California Gas (The Gas Co.)
Spectrum Brands Pet LLC
Sun Life Assurance Company of Canada
Swift Creek Associates, L.P. C/O Bet
Investments
Swiss Re Corporate Solutions Elite
Tampa Electric Company
Target Stores
Trane US Inc
Travelers Property & Casualty Company of
  America
United Parcel Service Inc
US Bank/Firstar
VNO 7000 Hadley Road LLC c/o Vornado
  Realty Trust
Waste Connection
Waste Management National Services Inc
Wells Fargo
Xcel Energy
Zurich American Insurance Company

**Professionals & Advisors**[3]
Alix Partners

Baker & Hostetler LLP
Berger Singerman LLP
Broadridge Apartments LLC
Epiq
Federal Express Corporation
First Data Corporation
Guggenheim Securities, LLC
Hilco
Intralinks Inc
Keen-Summit
King & Spalding LLP
KPMG LLP
Lockton Companies
Markel Bermuda
Marsh USA Inc
Oaktree Investments 4 LLC
Pricewaterhouse Coopers LLP
Proskauer
Ribeiro Hui Services Ltd
Ryan, LLC
Wells Fargo
Weil, Gotshal & Manges LLP

**Significant Joint Venture Partners**[4]
Adobe Inc
Johnson Controls US Holdings LLC
Microsoft Corporation
United Parcel Service Inc

**Board Members/Officers/Employees**[5]
Bartels, Patrick

**Government and Regulatory**[6]
Birmingham Water Works Board

---

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[5] These parties or their affiliates are or were board members. officers or members of management of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

[6] A&M and/or an affiliate is currently providing or has provided certain consulting or interim management services to these government entities or regulatory agencies in wholly unrelated matters.

**Red Lobster**

City of East Point - (2777 East Point Street
  East Point, Ga 30344)
City of Huntsville
City of Mesquite
City of Richmond
Orlando Utilities Commission
South Carolina Public Service Authority
  (Santee Cooper)
State of Mississippi
State of Nevada
State of Oklahoma
WA State Department of Labor & Industries

**A&M Vendors**[7]
0510 KLN Lloyd's Syndicate
Ace American Insurance Company
Adobe Inc
ADP Inc
Aetna Life Insurance Company
AIG
Alix Partners
Aramark Uniform and Career Apparel
  Group Inc
Baker & Hostetler LLP
Comcast
Con Edison
Engie Insight Services Inc
Federal Express Corporation
Federal Insurance Company (Subsidiary of
  Chubb)
Gartner Inc
Great America Financial Services
  Corporation
Guggenheim Securities, LLC
GuidePoint Security LLC
Indeed, Inc.
Intralinks Inc
King & Spalding LLP
KPMG LLP
Liberty Mutual Group

Marriott Hotel Services Inc
Marsh USA Inc
Meile Investment, LLC D/B/A Doubletree
  By Hilton Monrovia-Pasadena
Microsoft Corporation
Microstrategy Services Corporation
Oracle America Inc
Pacific Gas and Electric Company
Presidio Networked Solutions LLC
Pricewaterhouse Coopers LLP
Proskauer
Salesforce.com, Inc.
Staples Inc.
Swiss Re Corporate Solutions Elite
United Parcel Service Inc
Vaco Orlando LLC
Weil, Gotshal & Manges LLP
Wells Fargo
Zurich American Insurance Company

---

[7] These parties or their affiliates provide or have
provided products, goods and/or services (including
but not limited to legal representation) to A&M
and/or its affiliates