UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE

| | |
|---|---|
| RED LOBSTER MANAGEMENT LLC, | Case No. 6:24-bk-02486-GER |
| | Lead Case |
| | |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

                Debtors.                                        Chapter 11
_____/

**UNITED STATES TRUSTEE'S
LIMITED OMNIBUS OBJECTION AND RESERVATIONS
OF RIGHTS TO DEBTORS' EMERGENCY FIRST DAY MOTIONS**

The United States Trustee for Region 21, Mary Ida Townson (the "United States Trustee"), through the undersigned counsel files this Limited Omnibus Objection and Reservation of Rights to the following motions filed by Red Lobster Management, LLC and its related debtor-entities as captioned above ("Debtors"): (i) *Declaration of Jonathan Tibus in Support of Debtors' Chapter 11 Petitions and First Day Relief* (Doc. No. 6) ("Declaration"); (ii) *Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File (A) a*

*Consolidated Creditor Matrix and (B) a Consolidated List of the Top Thirty Unsecured Creditors; and (II) Authorizing the Debtors to Suppress Certain Personally Identifiable Information For Individual Creditors, Employees and Parties in Interest* (Doc. No. 8); (iii) *Emergency Application to Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Executive Officer, a Chief Restructuring Officer, and Certain Additional Personnel* (Doc. No. 11); (iv) *Emergency Application to Employ Epiq Corporate Restructuring, LLC as Notice, Claims and Solicitation Agent Effective as of the Petition Date* (Doc. No. 13); (v) *Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim* (Doc. No. 15); (vi) *Emergency Motion for an Order Establishing Certain Notice Procedures* (Doc. No. 17); (vii) *Emergency Motion for Authority to Pay Pre-Petition Wages , Salaries, Employee Benefits, and Other Employee Obligations, Maintain Employee Benefit Programs, and For Related Relief* (Doc. No 19); (viii) *Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Section 503(b)(9) Claims in the Ordinary Course of Business, and (II) Granting Related Relief* (Doc No. 21); (ix) *Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants in the Ordinary Course of Business, and (II) Granting Related Relief* (Doc. No. 23); (x) *Emergency Motion to Determine Adequate Assurance for Payment of Utility Services or, in the Alternative, Establishing the Procedure for Determining Adequate Assurance (Motion for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* (Doc. No. 25); (xi) *Emergency Motion for Interim and Final Orders Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, Foreign, and Other Taxes and Similar*

*Obligations* (Doc. No. 30); (xii) *Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief* (Doc. No. 34); (xiii) *Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts, for Continued Use of Existing Cash Management System, to Continue Use of Existing Business Forms and Checks, and to Honor Certain Related Prepetition and Postpetition Obligations, to Perform Intercompany Transactions, for a Waiver of Certain Investment and Deposit Guidelines, and Granting Related Relief* (Doc. No. 37); (xiv) *Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, Surety Bonds and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief* (Doc. No. 39); (xv) *Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the New Insurance Program, (II) Authorizing Assumption of the Existing Insurance Program, and (III) Granting Related Relief* (Doc. No. 41); (xvi) *Emergency Motion for Approval of Post-Petition Financing , in addition to Emergency Motion to Use Cash Collateral, Granting Liens and Providing Superpriority Administrative Expense Status, Granting Adequate Protection, Modifying Automatic Stay, Scheduling a Final Hearing, and Granting Related Relief* (Doc. No. 43); (xvii) *Motion for Entry of an Order (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into Stalking Horse Agreement and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption*

*and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (Doc. No. 49); and (xviii) *Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals* (Doc. No. 52) (collectively, the "First Day Motions"). In support, the United States Trustee states as follows:

## BACKGROUND

1.  On May 19, 2024 ("Petition Date"), the Debtors voluntarily filed chapter 11 petitions to initiate multiple bankruptcy cases in the Middle District of Florida, Orlando Division, seeking their cases to be jointly administered in the lead case for procedural purposes only. (Doc. No. 5).[1]

2.  Presently, the Debtors are authorized to remain in possession of their properties and are further authorized to be operating and managing their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code (Doc. No. 59). No request has been made for the appointment of a trustee or examiner in these Chapter 11 cases and no committee has been appointed yet.

3.  On Petition Date, the Debtors filed the Declaration in support of the petitions and the First Day Motions (Doc. No. 6).

4.  On May 20, 2024, the Debtors filed the First Day Motions, which overwhelmingly seek the Court to consider on an emergency basis.

5.  The Court has set a preliminary hearing on the First Day Motions for Tuesday May 21, 2024, at 1:30 p.m. (Doc. No. 60) (the "Hearing").

---

[1] The Court has since granted the Joint Administration of these cases designating debtor, Red Lobster Management LLC, Case No.: 6:24-bk-02486-GER. as the lead case (Doc. No. 62).

4

6. Prior to filing, counsel for Debtors provided the United States Trustee the opportunity to review drafts of some of the First Day Motions to address any issues or concerns.

7. The United States Trustee remains in communication with Debtors' counsel and will endeavor to make every reasonable effort to address the issues she may have with the First Day Motions, however; it is unlikely the United States Trustee will complete her review prior to the Hearing.

8. The United States Trustee therefore files this Limited Omnibus Objection to preserve her rights to any and all objections to the relief sought within the First Day Motions and requests that, should the Court grant any of the First Day Motions defined herein, such relief should be granted on an interim basis and should be limited to what is absolutely necessary for the Debtors to operate without disruption and allow for the United States Trustee to raise any objections to the First Day Motions or amendments thereof accordingly.

**Reservation of Rights**

9. The United States Trustee therefore fully reserves all her rights with respect to the First Day Motions, including the related proposed orders, and any and all documents related thereto.

WHEREFORE, the United States Trustee requests that (1) should the Court grant any of the First Day Motions, that such relief should be granted on an interim basis and be limited to only such relief that is absolutely necessary for the Debtors to operate without disruption; (2) preserve the United States Trustee's right to raise any and all objections she may have to the First Day Motion or any amendments thereof at future hearings; and (3) take such other action as the Court deems reasonable.

Dated:  May 20, 2024.	Respectfully Submitted,

Mary Ida Townson
United States Trustee Region 21

*/s/   Bryan Edgar Buenaventura*
Bryan E. Buenaventura, Trial Attorney
FL Bar # 1022175
Scott Bomkamp, Trial Attorney
Indiana Bar No.: 28475-49
Office of the United States Trustee
U.S. Department of Justice
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.:   (407) 648-6069
Facsimile No.:   (407) 648-6323
Email: Bryan.Buenaventura@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing objection has been served electronically through the CM/ECF on May 20, 2024, to all parties having appeared electronically in the instant matter.

*/s/  Bryan Edgar Buenaventura*
Bryan E. Buenaventura, Trial Attorney

6