

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/21/2024 01:30 PM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | FILING DATE: |
|---|---|
| **6:24-bk-02486-GER**       11 | **05/19/2024** |

**Chapter 11**

**DEBTOR:**       Red Lobster Management LLC

**DEBTOR ATTY:**   Taeyeong Kim

**TRUSTEE:**       NA

**HEARING:**

EMERGENCY HEARINGS:
1)   (Debtor) Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Top Thirty Unsecured Creditors; and (II) Authorizing the Debtors to Suppress Certain Personally Identifiable Information For Individual Creditors, Employees and Parties in Interest (Doc #8)
-US Trustee's Limited Objection (Doc #86)
-US Trustee's Objection (Doc #89)
2)   (Debtor) Emergency Application to Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Executive Officer, a Chief Restructuring Officer, and Certain Additional Personnel, (II) Designate Jonathan Tibus as Chief Executive Officer, and (III) Designate Nicholas Haughey as Chief Restructuring Officer For the Debtors, in Each Case, Effective as of the Petition Date (CORRECTED APPLICATION) (Doc #11)
-(Debtor) Notice of Filing Declaration of Jonathan Tibus in Support of the Corrected Emergency Application (Doc #68) SUPPLEMENTAL (Doc #94)
-US Trustee's Limited Objection (Doc #86)
3)   (Debtor) Emergency Application to Employ Epiq Corporate Restructuring, LLC as Notice, Claims and Solicitation Agent Effective as of the Petition Date (Doc #13)
-US Trustee's Limited Objection (Doc #86)
4)   (Debtor) Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim (Doc #15)
-US Trustee's Limited Objection (Doc #86)
5)   (Debtor) Emergency Motion for an Order Establishing Certain Notice Procedures (Doc #17)
-US Trustee's Limited Objection (Doc #86)
6)   (Debtor) Emergency Motion for Authority to Pay Pre-Petition Wages , Salaries, Employee Benefits, and Other Employee Obligations, Maintain Employee Benefit Programs, and For Related Relief (Doc #19)
-US Trustee's Limited Objection (Doc #86)
7)   (Debtor) Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Section 503(b)(9) Claims in the Ordinary Course of Business, and (II) Granting Related Relief (Doc #21)
-US Trustee's Limited Objection (Doc #86)
8)   (Debtor) Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants in the Ordinary Course of Business, and (II) Granting Related Relief (Doc #23)

-US Trustee's Limited Objection (Doc #86)
9) (Debtor) Emergency Motion to Determine Adequate Assurance for Payment of Utility Services or, in the Alternative, Establishing the Procedure for Determining Adequate Assurance (Motion for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief) (Doc #25)
-US Trustee's Limited Objection (Doc #86)
10) (Debtor) Emergency Motion of Debtors for an Order Authorizing Red Lobster Management LLC to Act as Foreign Representative of the Debtors (Doc #27)
11) (Debtor) Emergency Motion to Reject Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties (First Omnibus) (Doc #29)
12) (Debtor) Emergency Motion for Interim and Final Orders Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, Foreign, and Other Taxes and Similar Obligations (Doc #30)
-US Trustee's Limited Objection (Doc #86)
13) (Debtor) Emergency Motion to Reject Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties (Second Omnibus) (Doc #33)
14) (Debtor) Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief (Doc #34)
-US Trustee's Limited Objection (Doc #86)
15) (Debtor) Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts , for Continued Use of Existing Cash Management System, to Continue Use of Existing Business Forms and Checks, and to Honor Certain Related Prepetition and Postpetition Obligations, to Perform Intercompany Transactions, for a Waiver of Certain Investment and Deposit Guidelines, and Granting Related Relief (Doc #37)
-US Trustee's Limited Objection (Doc #86)
-US Trustee's Objection (Doc #92)
16) (Debtor) Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, Surety Bonds and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief (Doc #39)
-US Trustee's Limited Objection (Doc #86)
17) (Debtor) Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the New Insurance Program, (II) Authorizing Assumption of the Existing Insurance Program, and (III) Granting Related Relief (Doc #41)
-US Trustee's Limited Objection (Doc #86)
18) (Debtor) Emergency Motion for Approval of Post-Petition Financing , in addition to Emergency Motion to Use Cash Collateral , Granting Liens and Providing Superpriority Administrative Expense Status, Granting Adequate Protection, Modifying Automatic Stay, Scheduling a Final Hearing, and Granting Related Relief (Doc #43) CORRECTIVE (Doc #79)
-US Trustee's Limited Objection (Doc #86)
-US Trustee's Objection (Doc #90)
EXHIBITS:
Debtor's Exhibits (Doc #88, 91)
PENDING (TO BE SCHEDULED):
(Debtor) Motion for Entry of an Order (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into Stalking Horse Agreement and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Doc #49)
(Debtor) Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals (Doc #52)
(Debtor) Motion to Reject Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties (Third Omnibus) (Doc #53)
(Debtor) Motion to Reject Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties (Fourth Omnibus) (Doc #54)
(Debtor) Declaration re: Declaration of Jonathan Tibus in Support of Debtors' Chapter 11 Petitions and First Day Relief (Doc #6)

-US Trustee's Limited Objection (Doc #86)
(Debtor) Motion for Entry of Order Approving Retention and Employment of Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date (Doc #93)

Note:
Plan/DS Due: 9/16/24
Case Summary (Doc #55)
Future Hearing:
Notice of Deficient Filing. Certificate Authorizing Debtor to File Bankruptcy Petition Not Filed. Summary of Assets Not Filed, Schedules A/B,D,E/F,G and H Not Filed. Statement of Financial Affairs Not Filed (Doc #65)

**APPEARANCES:**:   Lara Fernandez, Charles Dale (Fortress Credit Atty); Paul Singerman, Austin Jowers, Jeffrey Dutson, Christopher Coleman, Brook Bean, Erin Hoskins, Nicolette Vilmos (Debtor Attys); James Timkco (Landlord Atty); Eric Golden (Wells Fargo Atty); Scott Bomkamp, William Simonitsch (US Trustee Atty); Ruel Smith (Landlord Atty); Scott Andron (Broward County Tax Collector Atty); Steven Soloman, Robert LeHan (Blumenfeld Develop. Group Atty); Melissa VanEck Pennsylvania Attorney General Atty); Phillip Hudson (Zurich Atty); Ivan Gold (Landlord Atty); Andrew Sorkin (Thi Union   Atty);

**WITNESSES:**    Jonathan Tibus ;

**EVIDENCE:**    Debtor Exhibits: 1, 4-6 Admitted ;

**RULING:**
EMERGENCY HEARINGS:

1)   (Debtor) Emergency Motion for Entry of an Order (I) Authorizing the Debtors to File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Top Thirty Unsecured Creditors; and (II) Authorizing the Debtors to Suppress Certain Personally Identifiable Information For Individual Creditors, Employees and Parties in Interest ( Doc #8) - Granted as discussed and modified in open court:Order by Vilmos;

2)   (Debtor) Emergency Application to Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Executive Officer, a Chief Restructuring Officer, and Certain Additional Personnel, (II) Designate Jonathan Tibus as Chief Executive Officer, and (III) Designate Nicholas Haughey as Chief Restructuring Officer For the Debtors, in Each Case, Effective as of the Petition Date (CORRECTED APPLICATION)   (Doc #11) - cont. to June 14, 2024 at 9:30 am (AOCNFNG);

3)   (Debtor) Emergency Application to Employ Epiq Corporate Restructuring, LLC as Notice, Claims and Solicitation Agent Effective as of the Petition Date ( Doc #13) - Approved:Order by Hoskins;

-US Trustee's Limited Objection    (Doc #86) - Overruled:Order by Hoskins;

4)   (Debtor) Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim    (Doc #15) - Granted as discussed in open court:Order by Vilmos;

5)   (Debtor) Emergency Motion for an Order Establishing Certain Notice Procedures   (Doc #17) - Granted as modified in open court:Order by Vilmos;

6)   (Debtor) Emergency Motion for Authority to Pay Pre-Petition Wages , Salaries, Employee Benefits, and Other Employee Obligations, Maintain Employee Benefit Programs, and For Related Relief ( Doc #19) - Granted on an Interim basis to 6/14/24, cont. to June 14, 2024 at 9:30 am:Order by Singerman;

7)   (Debtor) Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Section 503(b)(9) Claims in the Ordinary Course of Business, and (II) Granting Related Relief    (Doc #21) - Granted:Order by Singerman;

8)   (Debtor) Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants in the Ordinary Course of Business, and (II) Granting Related Relief    (Doc #23) - Granted:Order by Singerman;

9)   (Debtor) Emergency Motion to Determine Adequate Assurance for Payment of Utility Services or, in the Alternative, Establishing the Procedure for Determining Adequate Assurance (Motion for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing

Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief)   (Doc #25) - Granted:Order by Coleman;

10)   (Debtor) Emergency Motion of Debtors for an Order Authorizing Red Lobster Management LLC to Act as Foreign Representative of the Debtors   (Doc #27) - Granted:Order by Hoskins;

11)   (Debtor) Emergency Motion to Reject Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties (First Omnibus)   (Doc #29) - Granted as modified in open court:Order by Bean;

12)   (Debtor) Emergency Motion for Interim and Final Orders Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, Foreign, and Other Taxes and Similar Obligations   (Doc #30) - Granted on an interim basis to 6/14/24; cont. to June 14, 2024 at 9:30 am:Order by Bean;

13) (Debtor) Emergency Motion to Reject Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties (Second Omnibus)   (Doc #33) - Granted as modified in open court:Order by Bean;

14)   (Debtor) Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief   (Doc #34) - Granted:Order by Coleman;

15) (Debtor) Emergency Motion for Authority to Maintain Pre-Petition Bank Accounts , for Continued Use of Existing Cash Management System, to Continue Use of Existing Business Forms and Checks, and to Honor Certain Related Prepetition and Postpetition Obligations, to Perform Intercompany Transactions, for a Waiver of Certain Investment and Deposit Guidelines, and Granting Related Relief   (Doc #37) - Granted as discussed in open court on an interim basis to 6/14/24; cont. to June 14, 2024 at 9:30 am.:Order by Coleman;

16) (Debtor) Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, Surety Bonds and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief   (Doc #39) - Granted:Order by Bean;

17)   (Debtor) Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into the New Insurance Program, (II) Authorizing Assumption of the Existing Insurance Program, and (III) Granting Related Relief   (Doc #41) - Granted:Order by Dutson;

18)   (Debtor) Emergency Motion for Approval of Post-Petition Financing , in addition to Emergency Motion to Use Cash Collateral , Granting Liens and Providing Superpriority Administrative Expense Status, Granting Adequate Protection, Modifying Automatic Stay, Scheduling a Final Hearing, and Granting Related Relief   (Doc #43)   CORRECTIVE (Doc #79) - Granted as modified in open court on an interim basis to 6/14/24; cont. to June 14, 2024 at 9:30 am.:Order by Jowers; (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.