**ORDERED.**

**Dated: May 24, 2024**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| | |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER<br>Lead Case |
| | |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

| | |
|---|---|
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

Debtors.
_____/

## ORDER ESTABLISHING CERTAIN NOTICE PROCEDURES

**THIS CASE** came before the Court on May 21, 2024, at 1:30 p.m., in Orlando, Florida for a hearing (the "Hearing")[2], upon the *Emergency Motion for an Order Establishing Certain Notice Procedures* (the "Motion") [ECF No. 17]. The Motion seeks entry of an order establishing orderly and efficient noticing procedures in the Debtors' chapter 11 cases. The Court, having considered the Motion, finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (c) this matter is core pursuant to 28 U.S.C. § 157(b)(2); (d) the Court may enter a final order consistent with Article III of the United States Constitution; (e) notice of the Motion and the Hearing thereon was sufficient under the circumstances and no other or further notice need be provided; (f) the Court having determined that the legal and factual bases set forth in the Motion, the First Day Declaration and at the Hearing establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor. Accordingly, it is **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    Any creditor, equity interest holder, or party in interest that wishes to receive notices in these chapter 11 cases and is not otherwise entitled to notice pursuant to the Notice

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Procedures, shall file a notice of appearance (a "Notice of Appearance") and request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b).  Each Notice of Appearance shall include the following information: (i) the party's name and address; (ii) the name of the client, if applicable; (iii) an email address at which the requesting party may be served; (iv) an address by which the requesting party may be served by U.S. mail, hand delivery, and overnight delivery; and (v) a facsimile number for the requesting party. Notwithstanding Bankruptcy Rules 2002 and 9010(b), no request for service filed in these chapter 11 cases shall be honored unless the foregoing requirements are satisfied.

      3.      The following Notice Procedures shall govern all aspects of the Debtors' chapter 11 cases:

    (i)    The Debtors shall create and maintain a master service list (the "Master Service List") that would include the following parties or their counsel, if requested:

(1)    the Debtors and the Debtors' counsel;

(2)    the Office of United States Trustee for Region 21 (the "U.S. Trustee");

(3)    the Debtors' consolidated list of their top 100 unsecured creditors whose claims are unrelated to the Debtors' deferred compensation plan, including any member of, and counsel for, any official committee of unsecured creditors appointed in these chapter 11 cases, if any, from and after its appointment (the "Creditors' Committee");

(4)    the Debtors' prepetition administrative agents and counsel thereto;

(5)    the holders of UCC liens against the Debtors' property;

(6)    the Office of the United States Attorney for the Middle District of Florida;

(7)    the Internal Revenue Service;

(8)    the United States Treasury;

(9)    Information Officer;

(10) the office of the attorneys general for the states in which the Debtors operate;

(11) the state secretaries of state for the states in which the Debtors operate;

(12) the state departments of revenues for the states in which the Debtors operate;

(13) the Securities and Exchange Commission;

(14) all statutory committees appointed in this case;

(15) all parties requesting notice under Bankruptcy Rule 2002; and

(16) all parties on whom the Court orders notice.

The Debtors' initial Master Service List is attached to the Motion as **Exhibit B**. The Debtors will update the Master Service List to include those persons or parties that have made a written request to be included on the Master Service List: (i) every fifteen (15) days during the first thirty (30) calendar days of this case, and (ii) monthly thereafter throughout the pendency of this case. Such updated Master Service List will be filed with the Court and circulated to all parties appearing thereon only in the event that there is a change to the Master Service List.

Upon completion of noticing any particular matter, the Debtors' proposed claims and noticing agent, Epiq Corporate Restructuring, LLC ("Claims Agent") or the Debtors or their agent shall file with the Court either an affidavit or certification of service and an attached list of parties receiving notice and the manner in which notice was provided.

(ii) Current and Former Employees. All Pertinent Employee Docketings will be served on any current and former Employees via electronic mail. If any emails are returned to the Claims Agent as undeliverable, and to the extent that any of the current or former Employees do not have personal email addresses in order to effectuate service electronically, the Debtors, through their Claims Agent, will provide service of the Pertinent Employee Docketings to those affected Employees by U.S. mail.

(iii) Service by Electronic Mail. Except as otherwise provided herein, all pleadings and other documents, other than a summons and complaint in an adversary proceeding or documents filed under seal, shall be served by email on the parties identified in the Master Service List in accordance with the Notice Procedures. Separate service by email or otherwise shall not be required on any party whose attorney has filed a notice of appearance on its behalf by using the Court's case management/electronic case filing (CM/ECF) system ("ECF Party"). ECF Party. All documents served by email shall include access to an attached file containing the entire document, including, as may be applicable, the proposed form(s) of orders and any exhibits, attachments, and other relevant materials, in ".pdf" format, readable by Adobe Acrobat or an equivalent program. Notwithstanding

the foregoing, if a document cannot be attached to an email (because of its size, technical difficulties, or otherwise), the serving party may, in its sole discretion, (a) serve the entire Document by U.S. mail or overnight delivery, including the proposed form(s) of orders and any exhibits, attachments, and other relevant materials, or (b) email the party being served and include a notation that the document cannot be attached and will be mailed only if specifically requested. Service by email shall be effective as of the date the document is sent by email to the address provided by a party. When a party serves documents by email, such party shall not be required to serve a paper copy of documents on interested parties by fax or regular mail. Except as otherwise provided herein, email service shall satisfy the Court's rules for service.

(iv)  Alternative Service Methods. If a party entitled to notice of a pleading or document does not have an email address or if the email address of a party is not available, that party shall be served by first-class U.S. mail or overnight mail, (i.e., Federal Express or similar service, and such service being referred to as an "Courier Service") (the choice being in the serving party's sole discretion).

(v)  Parties filing pleadings and other documents with the Clerk of the Court shall serve the parties on the Master Service List by first-class U.S. mail or Courier Service.  Parties may, alternatively, serve all pleadings or other documents by email or facsimile upon parties listed on the Master Service List if the Master Service List includes the party's email or facsimile information.  For the avoidance of doubt, the Debtors shall not be obligated to serve any pleading or other document filed by another party unless specifically ordered by the Court.

(vi)  The proceedings with respect to which notice would be limited to the Master Service List shall include all matters covered by Bankruptcy Rule 2002, with the exception of the following, as applicable,: (i) notice of the first meeting of creditors pursuant to Bankruptcy Code section 341; (ii) the time fixed for filing proofs of claim pursuant to Bankruptcy Rule 3003(c); (iii) the time fixed for filing objections to, and the hearings to consider, approval of a disclosure statement and confirmation of a plan of reorganization;  (iv) notice and transmittal of ballots for accepting or rejection a plan of reorganization; and (v) notice in connection with a sale of substantially all assets.  Notice of the foregoing matters would be given to all parties-in-interest listed on the Debtors' creditor matrix (the "Creditor Matrix") by first-class U.S. mail, email, or facsimile.

(vii)  Additionally, with respect to parties not listed on the Master Service List but whose rights may be directly affected by a particular filing (an "Affected Party"), the Debtors will serve that filing on the Affected Party by first-class U.S. mail, email, or facsimile.

(viii)  First Day Notice Parties. The Debtors will serve all First Day Filings[3] and any subsequent orders or filings in conjunction therewith, on the Master Service List and any Affected Parties (collectively, the "First Day Notice Parties") via

---

[3] The term "First Day Filings" shall mean all filings described in the Part V of the First Day Declaration.

5

electronic mail, as available, and via U.S. mail following the first day hearings. For the avoidance of doubt, Employees are not considered to be First Day Notice Parties. Service by the Debtors on First Day Notice Parties shall not alter any of the Notice Procedures herein for all subsequent filings and shall not require any party responding to any First Day Filings to provide notice to First Day Notice Parties.

4.  The Debtors shall serve a printed copy of this Order upon all parties on the Master Service List attached to the Debtors' Motion as **Exhibit B** on the date this Order is entered or as soon thereafter as is practicable.

5.  To the extent the Notice Procedures set forth in this Order conflict with the Bankruptcy Code, Bankruptcy Rules, or Local Rules, or any other order entered by this Court, the Notice Procedures shall supersede such rules or orders.

6.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8.  The Debtors may amend the Notice Procedures from time to time throughout the Debtors' chapter 11 cases and shall present such amendments to the Court by motion in accordance with this Order.

9.  The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

# # #

*(Attorney Paul Steven Singerman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*