## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
### www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| | |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| | |
| Debtors. | (Jointly Administered) |
| | |
| | **Ref. Docket Nos. 19, 37, 79, 125-127** |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 22, 2024, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

a. "Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs and (III) for Related Relief," dated May 19, 2024 [Docket No. 19], (the "Wages Motion"),

b. "Debtors' Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Use Existing Cash Management System, (II) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, (III) Honor Certain Related Prepetition and Postpetition Obligations, and (IV) Perform Intercompany Transactions, (B) Granting a Waiver of Certain Investment and Deposit Guidelines, and (C) Granting Related Relief," dated May 19, 2024 [Docket No. 37], (the "Cash Management Motion"),

c. "Corrected Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief," dated May 20, 2024 [Docket No. 79], (the "DIP Motion"),

d. "Interim Order Granting Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs, and (III) for Related Relief," dated May 21, 2024 [Docket No. 125], (the "Interim Wages Order"),

e. "Interim Order Granting Debtors' Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Use Existing Cash Management System, (II) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, (III) Honor Certain Related Prepetition and Postpetition Obligations, and (IV) Perform Intercompany Transactions, (B) Granting A Waiver of Certain Investment and Deposit Guidelines, and (C) Granting Related Relief," dated May 21, 2024 [Docket No. 126], (the "Interim Cash Management Order"), and

f. "Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral on a Limited Basis, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief," dated May 21, 2024 [Docket No. 127], (the "Interim DIP Order"),

by causing true and correct copies of the:

i. Wages Motion, Cash Management Motion, DIP Motion, Interim Wages Order, Interim Cash Management Order, and Interim DIP Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    ii.    DIP Motion and Interim DIP Order to be enclosed securely in separate postage pre-paid envelopes delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    Wages Motion and Interim Wages Order to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>,

    iv.    Wages Motion, Interim Wages Order, Cash Management Motion, Interim Cash Management Order, DIP Motion, and Interim DIP Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, and

    v.    DIP Motion and Interim DIP Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>,

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>*s/ Wing Lai-Chan*</u>
Wing Lai-Chan

**EXHIBIT A**

| Claim Name | Address Information |
| --- | --- |
| A O SMITH WATER PRODUCTS | 12024 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST MONTGOMERY AL 36130 |
| ALASKA DEPT OF REVENUE | 550 W 7TH AVE STE 500 ANCHORAGE AK 99501-3555 |
| ARIZONA DEPT OF REVENUE | 1600 W. MONROE PHOENIX AZ 85007-2650 |
| ARKANSAS DEPT OF FINANCE & ADMIN | OFFICE OF STATE REVENUE ADMIN. 1509 W 7TH ST LITTLE ROCK AR 72201 |
| AULD, DANA M | ADDRESS ON FILE |
| BAKER & HOSTETLER LLP | 200 SOUTH ORANGE AVE, STE 2300 ORLANDO FL 32801 |
| BALLARD SPAHR LLP | (COUNSEL TO ARC CLORLFL001, LLC, BRIXMOR OPERATING PARTNERSHIP LP, BROADSTONE RL PORTFOLIO, LLC, FR WHITE MARSH, LLC, SCF RC FUNDING IV, LLC, THE MACERICH COMPANY & UE LEDGEWOOD LLC) ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN & MARGARET A. VESPER 919 N. MARKET STREET, 11TH FLOOR WILMINGTON DE 19801 |
| BALLARD SPAHR LLP | (COUNSEL TO ARC CLORLFL001, LLC, BRIXMOR OPERATING PARTNERSHIP LP, BROADSTONE RL PORTFOLIO LLC, FR WHITE MARSH, LLC, SCF RC FUNDING IV, LLC, THE MACERICH COMPANY & UE LEDGEWOOD LLC) ATTN: CRAIG SOLOMON GANZ & MICHAEL S. MYERS 1 EAST WASHINGTON STREET, SUITE 2300 PHOENIX AZ 85004-2555 |
| BALLARD SPAHR LLP | (COUNSEL TO ARC CLORLFL001, LLC, BRIXMOR OPERATING PARTNERSHIP LP, BROADSTONE RL PORTFOLIO, LLC, FR WHITE MARSH, LLC, SCF RC FUNDING IV, LLC THE MACERICH COMPANY & UE LEDGEWOOD LLC) ATTN: DUSTIN P. BRANCH, NAHAL ZARNIGHIAN & SARA SHAHBAZI 2029 CENTURY PARK EAST, SUITE 1400 LOS ANGELES CA 90067-2915 |
| BDG SUFKA LLC | 300 ROBBINS LANE SYOSETT NY 11791 |
| BEEM, MARK G | ADDRESS ON FILE |
| BROWARD COUNTY | ATTN: ANDREW J. MEYERS & SCOTT ANDRON GOVERNMENTAL CENTER, SUITE 423 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BURR & FORMAN LLP | (COUNSEL TO WELLS FARGO BANK) ATTN: KELSEY E. BURGESS 200 S. ORANGE AVENUE, SUITE 800 ORLANDO FL 32801 |
| BURR & FORMAN LLP | (COUNSEL TO DACF INVEST-4 LLC, FK PROPERTIES LLC JFCF INVEST-3 LLC) ATTN: CHRISTOPHER R. THOMPSON 200 S. ORANGE AVENUE, SUITE 800 ORLANDO FL 32801 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94267-0001 |
| COLORADO DEPT OF REVENUE | 1881 PIERCE ST, ENTRANCE B LAKEWOOD CO 80214 |
| CONNECTICUT DEPT OF REVENUE SERVICES | 450 COLUMBUS BLVD., STE 1 HARTFORD CT 06103 |
| CREDERA ENTERPRISES COMPANY LLC | 15303 DALLAS PARKWAY SUITE 300 ADDISON TX 75001 |
| DC OFFICE OF TAX AND REVENUE | 1101 4TH STREET, SW SUITE 270 WEST WASHINGTON DC 20024 |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST WILMINGTON DE 19801 |
| DINOVA INC | 6455 EAST JOHNS CROSSING 220 JOHNS CREEK GA 30097 |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: BRIAN L. SCHWALB 400 6TH STREET, NW WASHINGTON DC 20001 |
| DOORDASH INC | 303 2ND STREET SOUTH TOWER 8TH FLOOR SAN FRANCISCO CA 94107 |
| ENTERPRISE FLEET MANAGEMENT CANADA INC | 709 MILNER AVE SCARBOROUGH ON M1B 6B6 CANADA |
| ENTERPRISE FLEET MANAGEMENT CANADA INC | 77 BELFIELD RD, STE 100 TORONTO ON M9W 1G6 CANADA |
| ENVIRO MASTER SERVICES LLC | 5200 77 CENTER DRIVE SUITE 500 CHARLOTTE NC 28217 |
| FLORIDA DEPT OF REVENUE | 5050 W TENNESSEE ST TALLAHASSEE FL 32399-0100 |
| FORTRESS CREDIT CORP | AS COLLATERAL AGENT 1345 AVENUE OF THE AMERICAS 45TH FL NEW YORK NY 10105 |
| FORTRESS CREDIT CORP. | C/O PROSKAUER ROSE LLP ATTN: DYLAN J. MARKER ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| FORTRESS CREDIT CORP. | ATTN: GENERAL COUNSEL, CREDIT 1345 AVENUE OF THE AMERICAS 46TH FLOOR NEW YORK NY 10105 |
| FORTRESS CREDIT CORP. | ATTN: CONSTANTINE DAKOLIAS 1345 AVENUE OF THE AMERICAS 46TH FLOOR NEW YORK NY 10105 |
| FORTRESS CREDIT CORP. | C/O PROSKAUER ROSE LLP ATTN: CHARLES A. DALE ONE INTERNATIONAL PLACE BOSTON MA 02110-2600 |
| FORTRESS CREDIT CORP. | ATTENTION: MORGAN M. MCCLURE 3290 NORTHSIDE PARKWAY NW SUITE 350 ATLANTA GA 30327 |
| FRANKGECKER LLP | (COUNSEL TO PEPSICO SALES, INC. AND PEPSI-COLA ADVERTISING AND MARKETING, |

| Claim Name | Address Information |
|---|---|
| FRANKGECKER LLP | INC.) ATTN: JOSEPH D. FRANK & JEREMY C. KLEINMAN 1327 WEST WASHINGTON BLVD., SUITE 5 G-H CHICAGO IL 60607 |
| FTI CONSULTING CA, INFORMATION OFFICER | C/O FASKEN MARTINEAU DUMOULIN LLP BAY ADELAIDE CENTRE 333 BAY STREET, SUITE 2400, PO BOX 20 TORONTO ON M5H 2T6 CANADA |
| GEORGIA DEPT OF REVENUE | 1800 CENTURY CENTER BLVD., NE STE 12000 ATLANTA GA 30345-3205 |
| GORDON FOOD SERVICE CANADA LTD | 199 BAY STREET SUITE 5300 COMMERCE COURT WEST TORONTO ON CANADA |
| GRAYROBINSON, P.A. | (COUNSEL TO BLUMENFELD DEVELOPMENT GROUP, KITE REALTY GROUP, REALTY INCOME CORPORATION, REGENCY CENTERS, L.P., TANGER PROPERTIES & WIN PROPERTIES INC. ATTN: STEVEN J. SOLOMON 333 SE 2ND AVENUE, SUITE 3200 MIAMI FL 33131 |
| GREATAMERICAN FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401 |
| HAHN LOESERS & PARKS LLP | (COUNSEL TO LINCOLN HOLDINGS, LLC) ATTN: CHRISTOPHER S. BAXTER 65 EAST STATE STREET, SUITE 2500 COLUMBUS OH 43215 |
| HAHN LOESERS & PARKS LLP | (COUNSEL TO LINCOLN HOLDINGS, LLC) ATTN: DANIEL A. DEMARCO 200 PUBLIC SQUARE, SUITE 2800 CLEVELAND OH 44114 |
| HAHN LOESERS & PARKS LLP | (COUNSEL TO LINHOLN HOLDINGS, LLC) ATTN: JOEL W. HYATT 2400 FIRST STREET, SUITE 300 FORT MYERS FL 33901 |
| HAWAII DEPT OF TAXATION | DIRECTOR OF TAXATION ROOM 221 830 PUNCHBOWL STREET HONOLULU HI 96813-5094 |
| HESSLER, KATHRYN | ADDRESS ON FILE |
| HILL WARD HENDERSON | (COUNSEL TO WPG LEGACY, LLC) ATTN: PATRICK M. MOSLEY 101 E. KENNEDY BLVD., SUITE 3700 TAMPA FL 33602 |
| HILL WARD HENDERSON | (COUNSEL TO CINTAS CORPORATION NO.2) ATTN: PATRICK M. MOSLEY 101 E. KENNEDY BLVD., SUITE 3700 TAMPA FL 33602 |
| HINSHAW & CULBERTSON LLP | (COUNSEL TO KIMCO REALTY CORPORATION D/B/A LARGO PLAZA) ATTN: RUEL W. SMITH 100 SOUTH ASHLEY DRIVE, SUITE 1310 TAMPA FL 33602 |
| HUNTON ANDREWS KURTH LLP | (COUNSEL TO DARDEN RESTAURANTS, INC.) ATTN: JASON W. HARBOUR & JENNIFER E. WUEBKER 951 EAST BYRD STREET RICHMOND VA 23219 |
| HUNTON ANDREWS KURTH LLP | (COUNSEL TO DARDEN RESTAURANTS, INC.) ATTN: JAMIE ZYSK ISANI 333 SE 2ND AVENUE, SUITE 2400 MIAMI FL 33131 |
| HUSEMAN, BRYAN J | ADDRESS ON FILE |
| IDAHO STATE TAX COMMISSION | 1111 N 8TH AVE POCATELLO ID 83201-5789 |
| ILLINOIS DEPT OF REVENUE | WILLARD ICE BLDG 101 W JEFFERSON ST. SPRINGFIELD IL 62702 |
| INDIANA DEPARTMENT OF REVENUE | 100 N SENATE IGCN RM N105 INDIANAPOLIS IN 46204 |
| INFORMATION OFFICER | FTI CONSULTING CANADA, INC. ATTN: JEFFREY ROSENBERG 79 WELLINGTON STREET WEST, SUITE 2010 TORONTO ON M5K 1G8 CANADA |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPT OF REVENUE | 1305 E WALNUT ST, 4TH FL DES MOINES IA 50319 |
| IPSOS INSIGHT LLC | 200 PARK AVENUE 11TH FLOOR NEW YORK NY 10016 |
| JOHNSTON, ANN B | ADDRESS ON FILE |
| KANSAS DEPARTMENT OF REVENUE | 120 SE 10TH AVE TOPEKA KS 66612-1588 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO BLUMENFELD DEVELOPMENT GROUP, KITE REALTY GROUP, REALTY INCOME CORPORATION, REGENCY CENTERS, L.P., TANGER PROPERTIES & WIN PROPERTIES INC. ATTN: ROBERT L. LEHANE, JENNIFER D. RAVIELE & STEVEN L. YACHIK 3 WORLD TRADE CENTER 175 GREENWICH STREET NEW YORK NY 10007 |
| KENNETH O LESTER COMPANY INC | (PERFORMANCE FOOD GROUP) 12500 WEST CREEK PARKWAY RICHMOND VA 23238 |
| KENTUCKY DEPARTMENT OF REVENUE | 501 HIGH ST, STATION 38 FRANKFORT KY 40601-2103 |
| KURTZMAN STEADY LLC | (COUNSEL TO BT HULL, LLC) ATTN: JEFFREY KURTZMAN 101 N. WASHINGTON AVENUE, SUITE 4A MARGATE NJ 08402 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO CITY OF FRISCO, TARRANT COUNTY, LEWISVILLE ISD, DALLAS COUNTY) ATTN: JOHN KENDRICK TURNER 2777 N. STEMMONS FREEWAY, SUITE 1000 DALLAS TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO CYPRESS-FAIRBANKS ISD) PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | (COUNSEL TO NUECES CONTY, CITY OF MCALLEN, VICTORIA COUNTY, CAMERON COUNTY, |

| Claim Name | Address Information |
|------------|---------------------|
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | SAN MARCOS CISD, HIDALGO COUNTY & MCLENNAN COUNTY) PO BOX 17428 AUSTIN TX 78760-7428 |
| LOCKE, DANIEL H | ADDRESS ON FILE |
| LOUISIANA DEPARTMENT OF REVENUE | 617 N THIRD ST BATON ROUGE LA 70802 |
| MAINE REVENUE SERVICES | 51 COMMERCE DRIVE AUGUSTA ME 04330 |
| MANATEE COUNTY TAX COLLECTOR | ATTN: MICHELLE LEESON 1001 3RD AVE W, SUITE 240 BRADENTON FL 34205-7863 |
| MARSHALL, DEZZIE RAY | ADDRESS ON FILE |
| MARTYN AND ASSOCIATES CO. | (COUNSEL TO C.H. ROBINSON WORLDWIDE, INC. D/B/A ROBINSON FRESH) ATTN: MARK A. AMENDOLA 820 W. SUPERIOR AVENUE, TENTH FLOOR CLEVELAND OH 44113 |
| MARYLAND OFFICE OF THE COMPTROLLER | REVENUE ADMINISTRATION CENTER TAXPAYER SERVICES DIVISION 110 CARROL ST ANNAPOLIS MD 21411-0001 |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES 100 CAMBRIDGE ST, 6TH FL BOSTON MA 02114-9569 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | (COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, CITY OF WACO AND WACO INDEPENDENT SCHOOL DISTRICT, DENTON COUNTY, HAYS COUNTY, TAYLOR COUNTY CENTRAL APPRAISAL DISTRICT AND WILLIAMSON COUNTY) PO BOX 1269 ROUND ROCK TX 78680-1269 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | (COUNSEL TO BOWIE CENTRAL APPRAISAL DISTRICT & BRAZOS COUNTY) ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUND ROCK TX 78680-1269 |
| MCKEATING, JAMES | ADDRESS ON FILE |
| MERKLE INC | 7001 COLUMBIA GATEWAY DR COLUMBIA MD 21046 |
| MICHIGAN DEPARTMENT OF TREASURY | LANSING MI 48922 |
| MINNESOTA DEPARTMENT OF REVENUE | 600 N ROBERT ST. N SAINT PAUL MN 55101 |
| MISSISSIPPI STATE TAX COMMISSION | 500 CLINTON CTR DR CLINTON MS 39056 |
| MISSOURI DEPARTMENT OF REVENUE | 301 W HIGH ST, RM 102 JEFFERSON CITY MO 65101 |
| MONTANTA DEPARTMENT OF REVENUE | PO BOX 5805 HELENA MT 59604-5805 |
| N.D. OFFICE OF STATE TAX COMMISSIONER | 600 E BLVD AVE DEPT 127 BISMARCK ND 58505-0599 |
| NEBRASKA DEPT OF REVENUE | 301 CENTENNIAL MALL S LINCOLN NE 68508 |
| NEVADA DEPT OF TAXATION | 3850 ARROWHEAD DRIVE 2ND FLOOR CARSON CITY NV 89706 |
| NEW HAMPSHIRE DEPT OF REVENUE ADMIN | 109 PLEASANT ST CONCORD NH 03301 |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION PO BOX 211 TRENTON NJ 08625-0211 |
| NEW MEXICO TAXATION & REVENUE DEPT | 1200 S ST FRANCIS DRIVE SANTA FE NM 87504-0630 |
| NEW YORK DEPT. OF FINANCE | CORRESPONDENCE UNIT ONE CENTRE ST, 22ND FL NEW YORK NY 10007 |
| NORTH CAROLINA DEPT OF REVENUE | 501 N WILMINGTON ST RALEIGH NC 27604 |
| OFFICE OF SEC. OF STATE OF ALABAMA | HON. WES ALLEN PO BOX 5616 MONTGOMERY AL 36103-5616 |
| OFFICE OF SEC. OF STATE OF ALASKA | HON. NANCY DAHLSTROM LIEUTENANT GOVERNOR -E PO BOX 110015 JUNEAU AK 99811-0001 |
| OFFICE OF SEC. OF STATE OF ARIZONA | HON. ADRIAN FONTES 1700 W WASHINGTON ST, FL 7 PHOENIX AZ 85007-2808 |
| OFFICE OF SEC. OF STATE OF ARKANSAS | HON. JOHN THURSTON STATE CAPITOL 500 WOODLANE ST, STE 256 LITTLE ROCK AR 72201 |
| OFFICE OF SEC. OF STATE OF CALIFORNIA | HON. SHIRELY N WEBER 1500 11TH ST SACRAMENTO CA 95814 |
| OFFICE OF SEC. OF STATE OF COLORADO | HON. JENA GRISWOLD 1700 BROADWAY, STE 550 DENVER CO 80290 |
| OFFICE OF SEC. OF STATE OF CT. | HON. STEPHANIE THOMAS PO BOX 150470 STE 1000 HARTFORD CT 06115-0470 |
| OFFICE OF SEC. OF STATE OF D.C. | HON. KIMBERLY A BASSETT 1350 PENNSYLVANIA AVE, NW STE 419 WASHINGTON DC 20004 |
| OFFICE OF SEC. OF STATE OF DELAWARE | HON. JEFFREY W. BULLOCK 820 N FRENCH ST, 10TH FL WILMINGTON DE 19801 |
| OFFICE OF SEC. OF STATE OF DELAWARE | HON. JEFFREY W. BULLOCK 401 FEDERAL ST DOVER DE 19901 |
| OFFICE OF SEC. OF STATE OF FLORIDA | HON. CORD BYRD R.A. GRAY BLDG 500 S BRONOUGH ST TALLAHASSEE FL 32399 |
| OFFICE OF SEC. OF STATE OF GEORGIA | HON. BRAD RAFFENSPERGER 214 STATE CAPITOL ATLANTA GA 30334 |
| OFFICE OF SEC. OF STATE OF HAWAII | HON. SYLVIA LUKE LIEUTENANT GOVERNOR -E STATE CAPITOL HONOLULU HI 96813 |
| OFFICE OF SEC. OF STATE OF IDAHO | HON. PHIL MCGRANE 450 N 4TH ST BOISE ID 83702 |
| OFFICE OF SEC. OF STATE OF ILLINOIS | HON. ALEXI GIANNOULIAS 213 STATE CAPITOL SPRINGFIELD IL 62756 |
| OFFICE OF SEC. OF STATE OF INDIANA | HON. DIEGO MORALES 200 W WASHINGTON ST, ROOM 201 INDIANAPOLIS IN 46204 |
| OFFICE OF SEC. OF STATE OF IOWA | HON. PAUL D. PATE LUCAS BLDG, 1ST FL 321 E 12TH ST DES MOINES IA 50319 |
| OFFICE OF SEC. OF STATE OF KANSAS | HON. SCOTT SCHWAB MEMORIAL HALL - 1ST FL 120 SW 10TH AVE TOPEKA KS 66612 |

| Claim Name | Address Information |
| --- | --- |
| OFFICE OF SEC. OF STATE OF KENTUCKY | HON. MICHAEL G ADAMS 700 CAPITAL AVE, STE 152 FRANKFORT KY 40601 |
| OFFICE OF SEC. OF STATE OF LOUISIANA | HON. R. KYLE ARDOIN PO BOX 94125 BATON ROUGE LA 70804-9125 |
| OFFICE OF SEC. OF STATE OF MA. | HON. WILLIAM FRANCIS GALVIN 1 ASHBURTON PLACE BOSTON MA 02108 |
| OFFICE OF SEC. OF STATE OF MAINE | HON. SHENNA BELLOWS 148 STATE HOUSE STATION AUGUSTA ME 04333-0148 |
| OFFICE OF SEC. OF STATE OF MARYLAND | HON. SUSAN C LEE 16 FRANCIS ST ANNAPOLIS MD 21401 |
| OFFICE OF SEC. OF STATE OF MICHIGAN | HON. JOCELYN BENSON 3315 E MICHIGAN AVE LANSING MI 48912 |
| OFFICE OF SEC. OF STATE OF MINNESOTA | HON. STEVE SIMON 180 STATE OFFICE BLDG 100 REV DR MLK JR BLVD ST. PAUL MN 55155-1299 |
| OFFICE OF SEC. OF STATE OF MISSOURI | HON. JOHN R. ASHCROFT 600 W MAIN ST JEFFERSON CITY MO 65101 |
| OFFICE OF SEC. OF STATE OF MONTANA | HON. CHRISTI JACOBSEN PO BOX 202801 HELENA MT 59620-2801 |
| OFFICE OF SEC. OF STATE OF MS. | HON. MICHAEL WATSON 125 S CONGRESS ST JACKSON MS 39201 |
| OFFICE OF SEC. OF STATE OF N.C. | HON. ELAINE F. MARSHALL PO BOX 29622 RALEIGH NC 27626 |
| OFFICE OF SEC. OF STATE OF N.H. | HON. DAVID M. SCANLAN 107 N MAIN ST CONCORD NH 03301 |
| OFFICE OF SEC. OF STATE OF NEBRASKA | HON. ROBERT B EVNEN PO BOX 94608 LINCOLN NE 68509-4608 |
| OFFICE OF SEC. OF STATE OF NEVADA | HON. FRANCISCO V. AGUILAR NEVADA STATE CAPITOL BLDG 101 N CARSON ST, STE 3 CARSON CITY NV 89701 |
| OFFICE OF SEC. OF STATE OF NEW JERSEY | HON. SHEILA Y. OLIVER LIEUTENANT GOVERNOR -E PO BOX 001 TRENTON NJ 08625 |
| OFFICE OF SEC. OF STATE OF NEW MEXICO | HON. MAGGIE TOULOUSE OLIVER NEW MEXICO CAPITOL ANNEX NORTH 325 DON GASPAR, STE 300 SANTA FE NM 87501 |
| OFFICE OF SEC. OF STATE OF NEW YORK | HON. ROBERT J RODRIGUEZ ONE COMMERCE PLAZA 99 WASHINGTON AVE, STE1100 ALBANY NY 12231 |
| OFFICE OF SEC. OF STATE OF NORTH DAKOTA | HON. MICHAEL HOWE 600 E BLVD AVE DEPT 108 BISMARCK ND 58505-0500 |
| OFFICE OF SEC. OF STATE OF OHIO | HON. FRANK LAROSE 22 N FOURTH ST, 16TH FL COLUMBUS OH 43215 |
| OFFICE OF SEC. OF STATE OF OKLAHOMA | HON. DAVE LOPEZ 2300 N LINCOLN BLVD ROOM 122 OKLAHOMA CITY OK 73105-4897 |
| OFFICE OF SEC. OF STATE OF OREGON | HON. SHEMIA FAGAN 255 CAPITAL ST NE STE 151 SALEM OR 97310-0722 |
| OFFICE OF SEC. OF STATE OF PENNSYLVANIA | HON. AL SCHMIDT 302 N OFFICE BLDG 401 N ST HARRISBURG PA 17120 |
| OFFICE OF SEC. OF STATE OF RHODE ISLAND | HON. GREGG M AMORE 148 W RIVER ST PROVIDENCE RI 02904 |
| OFFICE OF SEC. OF STATE OF S.C. | HON. MARK HAMMOND 1205 PENDLETON ST, STE 525 COLUMBIA SC 29201 |
| OFFICE OF SEC. OF STATE OF S.D. | HON. MONAE L JOHNSON 500 E CAPITOL AVE, STE 204 PIERRE SD 57501-5070 |
| OFFICE OF SEC. OF STATE OF TENNESSEE | HON. TRE HARGETT STATE CAPITOL NASHVILLE TN 37243-1102 |
| OFFICE OF SEC. OF STATE OF TEXAS | HON. JANE NELSON 1100 CONGRESS CAPITOL BLDG, ROOM 1E.8 AUSTIN TX 78701 |
| OFFICE OF SEC. OF STATE OF UTAH | HON. DEIDRE HENDERSON 350 N STATE ST, STE 220 PO BOX 142325 SALT LAKE CITY UT 84114-2325 |
| OFFICE OF SEC. OF STATE OF VERMONT | HON. COPELAND HANZAS 128 STATE ST MONTPELIER VT 05633-1101 |
| OFFICE OF SEC. OF STATE OF VIRGINIA | HON. KAY COLE JAMES PO BOX 1475 RICHMOND VA 23218 |
| OFFICE OF SEC. OF STATE OF W.V. | HON. MAC WARNER STATE CAPITAL BUILDING CHARLESTON WV 25305-0770 |
| OFFICE OF SEC. OF STATE OF WASHINGTON | HON. KIM WYMAN PO BOX 40220 OLYMPIA WA 98504-0220 |
| OFFICE OF SEC. OF STATE OF WISCONSIN | HON. DOUGLAS LA FOLLETTE STATE CAPITAL BUILDING ROOM B41W MADISON WI 53703 |
| OFFICE OF SEC. OF STATE OF WYOMING | HON. CHUCK GRAY HERSCHLER BUILDING EAST 122 W 25TH ST, STE 100 CHEYENNE WY 82002-0020 |
| OFFICE OF THE UNITED STATES TRUSTEE | GEORGE C. YOUNG FEDERAL BLDG. 400 WEST WASHINGTON STREET, SUITE 1100 ORLANDO FL 32801 |
| OHIO DEPARTMENT OF TAXATION | PO BOX 182131 COLUMBUS OH 43218-2131 |
| OKLAHOMA TAX COMMISSION | 300 N BROADWAY AVE OKLAHOMA CITY OK 73102 |
| ORACLE AMERICA INC | 2300 ORACLE WAY AUSTIN TX 78741 |
| OREGON DEPARTMENT OF REVENUE | 955 CENTER ST NE SALEM OR 97301 |
| PAINT FOLKS | 105 MAIN ST 3RD FLOOR HACKENSACK NJ 07601 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | HARRISBURG DISTRICT OFFICE 1131 STRAWBERRY SQ HARRISBURG PA 17128-0101 |
| PEPSI CO. INC | PO BOX 10 WINSTON SALEM NC 27102 |
| PERDUE, BRANDON, FIELDER, COLLINS & | (COUNSEL TO BROWNSVILLE INDEPENDENT SCHOOL DISTRICT) ATTN: HIRAM GUTIERREZ |

| Claim Name | Address Information |
|---|---|
| MOTT, L.L.P. | 2805 FOUNTAIN PLAZA BLVD., SUITE B EDINBURG TX 78539 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | (COUNSEL TO LUBBOCK CENTRAL APPRAISAL DISTRICT) ATTN: LAURA J. MONROE PO BOX 817 LUBBOCK TX 79408 |
| PRESTO AUTOMATION INC | 985 INDUSTRIAL ROAD ATTN: JEFFREY DITOLLA SAN CARLOS CA 94070 |
| PROCTOR & GAMBLE DISTRIBUTING LLC | ONE PROCTOR & GAMBLE PLAZA CINCINNATI OH 45202 |
| RAINBOW INVESTMENT COMPANY | C/O SELTZER CAPLAN MCMAHON VITEK 750 B STREET STE 2100 SAN DIEGO CA 92101-8177 |
| RHODE ISLAND DIVISION OF TAXATION | ONE CAPITOL HILL PROVIDENCE RI 02908-5800 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 300 N HOGAN ST, STE 700 JACKSONVILLE FL 32202 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 W WASHINGTON ST, STE 3100 ORLANDO FL 32801 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 N TAMPA ST, STE 3200 TAMPA FL 33602 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 35 SE 1ST AVE, STE 300 OCALA FL 34471 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 2110 FIRST ST, STE 3-137 FT. MYERS FL 33901 |
| RONALD M. TUCKER | (COUNSEL TO SIMON PROPERTY GROUP, INC.) 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| RUBIN POSTAER AND ASSOCIATES | 2525 COLORADO AVE SANTA MONICA CA 90404 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| SEYFARTH SHAW LLP | (COUNSEL TO SLADE GORTON & CO., INC.) ATTN: JAMES B. SOWKA 233 S. WACKER DRIVE, SUITE 8000 CHICAGO IL 60606 |
| SHUTTS & BOWEN LLP | (COUNSEL TO 2355 NORTH HIGHWAY 41 ASSOCIATES LLC, L.O.D. JENSEN BEACH, LLC, RL KOKOMO LLC, RL ELIZABETHTOWN LLC & RL MADISON LLC) ATTN: RYAN C. REINERT & BRIDGET M. DENNIS 4301 W. BOY SCOUT BLVD., SUITE 300 TAMPA FL 33607 |
| SMITH, SEAN W | ADDRESS ON FILE |
| SOUTH CAROLINA DEPT OF REVENUE | 300A OUTLET POINTE BOULEVARD COLUMBIA SC 29210 |
| SOUTH DAKOTA DEPT OF REVENUE | 445 E CAPITOL AVE PIERRE SD 57501 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR 1031 W 4TH AVE, STE 200 ANCHORAGE AK 99501-1994 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES 2005 NORTH CENTRAL AVENUE PHOENIX AZ 85004-2926 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN 323 CENTER ST, STE 200 LITTLE ROCK AR 72201-2610 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL DENVER CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG 165 CAPITOL AVENUE HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS CARVEL STATE BUILDING 820 N FRENCH ST WILMINGTON DE 19801 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR 40 CAPITOL SQUARE, SW ATLANTA GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ 425 QUEEN ST HONOLULU HI 96813 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY 1885 N THIRD ST BATON ROUGE LA 70802 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY 6 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN 200 ST PAUL PLACE BALTIMORE MD 21202 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |

| Claim Name | Address Information |
|---|---|
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL G. MENNEN WILLIAMS BLDG 525 W OTTAWA ST – PO BOX 30212 LANSING MI 48909 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY SUPREME CT BLDG, 207 W HIGH ST PO BOX 899 JEFFERSON CITY MO 65102 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS 2115 STATE CAPITOL PO BOX 98920 LINCOLN NE 68509 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA NH DEPT OF JUSTICE 33 CAPITOL ST CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST 30 E BROAD ST, 14TH FL COLUMBUS OH 43215 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: DONNA HOPE 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM 1162 COURT ST, NE SALEM OR 97301-4096 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA 150 S MAIN ST PROVIDENCE RI 02903 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON REMBERT C. DENNIS OFFICE BLDG 1000 ASSEMBLY ST, ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY 1302 EAST HIGHWAY 14, STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES 350 N STATE ST, STE 230 SALT LAKE CITY UT 84114-2320 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: CHARITY R. CLARK 109 STATE ST MONTPELIER VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON 1125 WASHINGTON ST SE OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26 1900 KANAWHA BLVD. E CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| TEEL, RICHARD S | ADDRESS ON FILE |
| TENNESSEE DEPT OF REVENUE | ANDREW JACKSON STATE OFFICE BLDG. 500 DEADERICK STREET NASHVILLE TN 37242 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 |
| THE WASSERSTROM COMPANY | 4500 EAST BROAD STREET COLUMBUS OH 43213 |
| TRAVIS COUNTY | ATTN: JASON A. STARKS PO BOX 1748 AUSTIN TX 78767 |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & | MULLIS, P.A. (COUNSEL TO FORTRESS CREDIT CORP) ATTN: LARA ROESKE FERNANDEZ 101 E. KENNEDY BOULEVARD, SUITE 2700 TAMPA FL 33602 |
| UNITED STATES DEPARTMENT OF JUSTICE | OFFICE OF THE UNITED STATES TRUSTEE (COUNSEL TO MARY IDA TOWNSON, UST FOR REGION 21) ATTN: SCOTT BOMKAMP GEORGE C. YOUNG FEDERAL BUILDING 400 W. WASHINGTON ST, SUITE 1100 ORLANDO FL 32801 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO MARY IDA TOWNSON, UST REGION 21) ATTN: BRYAN EDGAR BUENAVENTURA OFFICE OF THE UNITED STATES TRUSTEE TIMBERLAKE FEDERAL ANNEX BUILDING 501 EAST POLK STREET, SUITE 1200 TAMPA FL 33602 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |

| Claim Name | Address Information |
|---|---|
| US TRUSTEE (ORLANDO) | (COUNSEL TO NUECES COUNTY, CITY OF MCALLEN, VICTORIA COUNTY, CAMERON COUNTY, SAN MARCOS CISD, HIDALGO COUNTY & MCLENNAN COUNTY) GEORGE C YOUNG FEDERAL BUILDING 400 W WASHINGTON STREET, SUITE 1100 ORLANDO FL 32801 |
| US TRUSTEE (ORLANDO) | (COUNSEL TO CYPRESS-FAIRBANKS ISD) GEORGE C YOUNG FEDERAL BUILDING 400 W. WASHINGTON STREET, SUITE 1100 ORLANDO FL 32801 |
| UTAH STATE TAX COMMISSION | 210 N 1950 W SALT LAKE CITY UT 84134 |
| VASILAKIS, DIMITRIOS | ADDRESS ON FILE |
| VERMONT DEPT OF TAXES | 133 STATE ST MONTPELIER VT 05602 |
| VIRGINIA DEPT OF TAXATION | 1957 WESTMORELAND STREET RICHMOND VA 23230 |
| WASHINGTON STATE DEPT OF REVENUE | EXECUTIVE OFFICE PO BOX 47450 OLYMPIA WA 98504-7450 |
| WELLS FARGO BANK, NA | AS ADMINISTRATIVE AGENT 1800 CENTURY PARK E, STE 1100 LOS ANGELES CA 90067 |
| WELLS FARGO BANK, NA | AS AGENT 1800 CENTURY PARK E, STE 1100 LOS ANGELES CA 90067 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | DANIELLE BALDINELLI, MANAGING DIRECTOR WELLS FARGO CAP FINANCE RETAIL FINAN DIV 125 HIGH STREET, 11TH FLOOR BOSTON MA 02110-2704 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: KIM DEL POZZO, EXEC. DIR 171 17TH STREET NW BUILDING 100, 2ND FLOOR ATLANTA GA 30363 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O BURR & FORMAN LLP ATTN: ERIC S. GOLDEN 200 SOUTH ORANGE AVENUE, SUITE 800 ORLANDO FL 32801 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O GOLDBERG KOHN LTD. ATTN: RANDALL KLEIN 55 E MONROE ST STE 3300 CHICAGO IL 60603 |
| WEST VIRGINIA STATE TAX DEPT | THE REVENUE CENTER 1001 LEE ST EAST CHARLESTON WV 25301 |
| WILLIAM J. SIMONITSCH | (COUNSEL TO MARY IDA TOWNSON, UST FOR REGION 21) UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF THE UNITED STATES TRUSTEE GEORGE C. YOUNG FEDERAL BUILDING 400 W. WASHINGTON ST., SUITE 1100 ORLANDO FL 32801 |
| WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A. | (COUNSEL TO CRI OUTPARCELS, LLC) ATTN: RYAN E. DAVIS 329 PARK AVENUE NORTH, SECOND FLOOR WINTER PARK FL 32789 |
| WISCONSIN DEPT OF REVENUE | 2135 RIMROCK RD MADISON WI 53713 |
| WYOMING DEPARTMENT OF REVENUE | 122 WEST 25TH ST, STE E301 HERSCHLER BUILDING EAST CHEYENNE WY 82002-0110 |

**Total Creditor count  249**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA | ATTN: CHRISTOPHER HOLTZ 620 S TRYON STREET CHARLOTTE NC 28255 |
| BANK OF HAWAII | 111 S KING ST HONOLULU HI 96813 |
| CITY NATIONAL BANK OF FLORIDA | ATTN: JACKSON YOUNG 390 N ORANGE AVENUE SUITE 100 ORLANDO FL 32801 |
| FIFTH THIRD BANK | ATTN: JOHN MARIAN 201 E KENNEDY BLVD SUITE 2000 TAMPA FL 33602 |
| HSBC | ATTN: PATRICK J. GARCIA 1441 BRICKELL AVE, 16TH FLOOR SUITE 1600 MIAMI FL 33131 |
| ORLANDO FEDERAL CREDIT UNION | 945 SOUTH ORANGE AVENUE ORLANDO FL 32806 |
| ROYAL BANK OF CANADA | ATTN: FATIMA DOMINGUES 200 BAY STREET 19TH FL SOUTH TOWER TORONTO ON M5J 2J5 CANADA |
| US BANK | ATTN: L. SHAWN BRESKOW 333 COMMERCE STREET SUITE 900 NASHVILLE TN 37201 |
| WELLS FARGO | ATTN: PETER (PETE) SCHUEBLER 125 HIGH STREET 11TH FLOOR BOSTON MA 02110 |

**Total Creditor count  9**

**EXHIBIT B**

RED LOBSTER MANAGEMENT LLC
First Class Mail Recipients

TCW
ATTN: BEN MCARTHUR, VP
PRIVATE CREDIT GROUP
1251 AVE OF THE AMERICAS, STE 4700
NEW YORK NY 10020

BLUE TORCH CAPITAL OPERATIONS
150 E. 58TH STREET, 39TH FLOOR
NEW YORK NY 10155

**EXHIBIT C**

RED LOBSTER MANAGEMENT LLC
First Class Mail Recipient

ADP LLC
ONE ADP BOULEVARD
ROSELANDNJ 07068

**EXHIBIT D**

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER

Email Service List - Core

| Creditor Name | Email Address |
|---|---|
| A O SMITH WATER PRODUCTS | stephenshafer@aosmith.com |
| ARKANSAS DEPT OF FINANCE & ADMIN | mandy.endsley@dfa.arkansas.gov |
| AULD, DANA M | EMAIL ADDRESS ON FILE |
| BAKER & HOSTETLER LLP | kshaughnessy@bakerlaw.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com; shahbazis@ballardspahr.com; ganzc@ballardspahr.com; myersm@ballardspahr.com |
| BERGER SINGERMAN LLP | singerman@bergersingerman.com |
| BDG SUFKA LLC | eblumenfeld@bdg.net |
| BEEM, MARK G | EMAIL ADDRESS ON FILE |
| BROWARD COUNTY | sandron@broward.org |
| BRYAN EDGAR BUENAVENTURA | Bryan.Buenaventura@usdoj.gov |
| BURR & FORMAN LLP | kburgess@burr.com; mlucca-cruz@burr.com; egolden@burr.com; crthompson@burr.com |
| COLORADO DEPT OF REVENUE | dor_taxpayerservice@state.co.us |
| CONNECTICUT DEPT OF REVENUE SERVICES | drs@ct.gov |
| CREDERA ENTERPRISES COMPANY LLC | jbell@credera.com |
| DINOVA INC | vicmacchio@dinova.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DOORDASH INC | prabir.adarkar@doordash.com |
| ENVIRO MASTER SERVICES LLC | tbierling@enviro-master.com |
| FLORIDA DEPT OF REVENUE | emaildor@floridarevenue.com |
| FORTRESS CREDIT CORP. | dean@fortress.com |
| FORTRESS CREDIT CORP. | mmcclure@fortress.com |
| FORTRESS CREDIT CORP. | gc.credit@fortress.com |
| FORTRESS CREDIT CORP. | cdale@proskauer.com |
| FORTRESS CREDIT CORP. | dmarker@proskauer.com |
| FRANKGECKER LLP | jfrank@fgllp.com; jkleinman@fgllp.com |
| FTI CONSULTING CA, INFORMATION OFFICER | sbrotman@fasken.com; mstephenson@fasken.com; mlicari@fasken.com |
| GORDON FOOD SERVICE CANADA LTD | dean.noble@gfs.com |
| GRAYROBINSON, P.A. | steven.solomon@gray-robinson.com |
| HAHN LOESER & PARKS LLP | jhyatt@hahnlaw.com; dademarco@hahnlaw.com; cbaxter@hahnlaw.com |
| HESSLER, KATHRYN | EMAIL ADDRESS ON FILE |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com |
| HINSHAW & CULBERTSON LLP | rsmith@hinshawlaw.com; cdyson@hinshawlaw.com |
| HUNTON ANDREWS KURTH LLP | jisani@huntonAK.com; jharbour@huntonAK.com; jwuebker@huntonAK.com |
| HUSEMAN, BRYAN J | EMAIL ADDRESS ON FILE |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER

Email Service List - Core

| Creditor Name | Email Address |
| --- | --- |
| IDAHO STATE TAX COMMISSION | taxcompliancecobbankruptcy@tax.idaho.gov |
| INDIANA DEPARTMENT OF REVENUE | tnichols@dor.in.gov |
| INFORMATION OFFICER | jeffrey.rosenberg@fticonsulting.com; hrvoje.muhek@fticonsulting.com; adsaran.vithiyananthan@fticonsulting.com |
| IPSOS INSIGHT LLC | michael.link@ipsos.com |
| JOHNSTON, ANN B | EMAIL ADDRESS ON FILE |
| KANSAS DEPARTMENT OF REVENUE | kdor_tac@ks.gov |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com; syachik@kelleydrye.com |
| KENNETH O LESTER COMPANY INC | bking@pfgc.com |
| KING & SPALDING LLP | sprimrose@kslaw.com |
| KURTZMAN STEADY LLC | kurtzman@kurtzmansteady.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | dallas.bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com |
| LOCKE, DANIEL H | EMAIL ADDRESS ON FILE |
| MAINE REVENUE SERVICES | taxpayerassist@maine.gov |
| MARSHALL, DEZZIE RAY | EMAIL ADDRESS ON FILE |
| MARTYN AND ASSOCIATES CO. | mamendola@martynlawfirm.com |
| MANATEE COUNTY TAX COLLECTOR | legal@taxcollector.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | jparsons@mvbalaw.com; |
| MCKEATING, JAMES | EMAIL ADDRESS ON FILE |
| MERKLE INC | susan.zoch@dentsu.co.jp |
| MISSOURI DEPARTMENT OF REVENUE | businesstaxregister@dor.mo.gov |
| N.D. OFFICE OF STATE TAX COMMISSIONER | taxinfo@nd.gov |
| NEBRASKA DEPT OF REVENUE | rev.bnc@nebraska.gov |
| OFFICE OF SEC. OF STATE OF ALABAMA | wes.allen@sos.alabama.gov |
| OFFICE OF SEC. OF STATE OF COLORADO | administration@coloradosos.gov |
| OFFICE OF SEC. OF STATE OF D.C. | secretary@dc.gov |
| OFFICE OF SEC. OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| OFFICE OF SEC. OF STATE OF IDAHO | govsvc@sos.idaho.gov |
| OFFICE OF SEC. OF STATE OF IOWA | sos@sos.iowa.gov |
| OFFICE OF SEC. OF STATE OF KANSAS | kssos@ks.gov |
| OFFICE OF SEC. OF STATE OF MA. | cis@sec.state.ma.us |
| OFFICE OF SEC. OF STATE OF MAINE | sos.office@maine.gov |
| OFFICE OF SEC. OF STATE OF MINNESOTA | secretary.state@state.mn.us |
| OFFICE OF SEC. OF STATE OF MISSOURI | info@sos.mo.gov |
| OFFICE OF SEC. OF STATE OF MONTANA | sosbusiness@mt.gov |
| OFFICE OF SEC. OF STATE OF N.C. | corpinfo@sosnc.gov |
| OFFICE OF SEC. OF STATE OF N.H. | corporate@sos.nh.gov |
| OFFICE OF SEC. OF STATE OF NEVADA | sosmail@sos.nv.gov |
| OFFICE OF SEC. OF STATE OF NEW MEXICO | business.services@sos.nm.gov |
| OFFICE OF SEC. OF STATE OF NEW YORK | info@dos.ny.gov |
| OFFICE OF SEC. OF STATE OF OKLAHOMA | executivelegislative@sos.ok.gov |
| OFFICE OF SEC. OF STATE OF RHODE ISLAND | secretaryamore@sos.ri.gov |
| OFFICE OF SEC. OF STATE OF TENNESSEE | tre.hargett@tn.gov |
| OFFICE OF SEC. OF STATE OF WASHINGTON | secretaryofstate@sos.wa.gov |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Email Service List - Core

| Creditor Name | Email Address |
| --- | --- |
| OFFICE OF SEC. OF STATE OF WISCONSIN | statesec@wi.gov |
| OFFICE OF SEC. OF STATE OF WYOMING | secofstate@wyo.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustp.region21@usdoj.gov |
| ORACLE AMERICA INC | safra.catz@oracle.com |
| OREGON DEPARTMENT OF REVENUE | questions.dor@oregon.gov |
| PAINT FOLKS | mrose@academysg.com |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ra-rv-bet-hbg-ta-em@pa.gov |
| PEPSI CO. INC | matthew.neibart@pepsico.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | lmbkr@pbfcm.com; edinburgbankruptcy@pbfcm.com |
| PRESTO AUTOMATION INC | jditolla@presto.com |
| PROCTOR & GAMBLE DISTRIBUTING LLC | whaley.ss@pg.com |
| RAINBOW INVESTMENT COMPANY | williams@scmv.com; hickingbottom@scmv.com |
| Red Lobster Canada, Inc. | nhaughey@redlobster.com |
| Red Lobster Hospitality LLC | nhaughey@redlobster.com |
| Red Lobster International Holdings LLC | nhaughey@redlobster.com |
| RED LOBSTER MANAGEMENT LLC | nhaughey@redlobster.com |
| RED LOBSTER MANAGEMENT LLC | ajowers@kslaw.com; jdutson@kslaw.com; christopher.coleman@kslaw.com; bbean@kslaw.com |
| RED LOBSTER MANAGEMENT LLC | nvilmos@bergersingerman.com |
| RED LOBSTER MANAGEMENT LLC | singerman@bergersingerman.com |
| RED LOBSTER MANAGEMENT LLC | mfishel@kslaw.com |
| Red Lobster of Bel Air, Inc. | nhaughey@redlobster.com |
| Red Lobster of Texas, Inc. | nhaughey@redlobster.com |
| Red Lobster Restaurants LLC | nhaughey@redlobster.com |
| Red Lobster Sourcing LLC | nhaughey@redlobster.com |
| Red Lobster Supply LLC | nhaughey@redlobster.com |
| RL Columbia LLC | nhaughey@redlobster.com |
| RL Kansas LLC | nhaughey@redlobster.com |
| RL Maryland, Inc. | nhaughey@redlobster.com |
| RL of Frederick, Inc. | nhaughey@redlobster.com |
| RL Salisbury, LLC | nhaughey@redlobster.com |
| RLSV, Inc. | nhaughey@redlobster.com |
| RONALD M. TUCKER, ESQ. | rtucker@simon.com |
| RUBIN POSTAER AND ASSOCIATES | billhagelstein@rpa.com |
| SCOTT E. BOMKAMP, ESQ | scott.e.bomkamp@usdoj.gov |
| SEYFARTH SHAW LLP | jsowka@seyfarth.com |
| SHUTTS & BOWEN LLP | rreinert@shutts.com; bdennis@shutts.com |
| SMITH, SEAN W | EMAIL ADDRESS ON FILE |
| SOUTH DAKOTA DEPT OF REVENUE | bustax@state.sd.us |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER

Email Service List - Core

| Creditor Name | Email Address |
|---|---|
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | bankruptcy@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MINNESOTA ATTORNEY GENERAL | attorney.general@ag.state.mn.us |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | agbankcal@ag.tn.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |
| STATE OF UTAH ATTORNEY GENERAL | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | emailmailoag@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojbankruptcynoticegroup@doj.state.wi.us |
| TEEL, RICHARD S | EMAIL ADDRESS ON FILE |
| TENNESSEE DEPT OF REVENUE | tdor.bankruptcy@tn.gov |
| TRAVIS COUNTY | Jason.Starks@traviscountytx.gov |
| THE WASSERSTROM COMPANY | bradwasserstrom@wasserstrom.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MU | lfernandez@trenam.com |
| UTAH STATE TAX COMMISSION | taxmaster@utah.gov |
| VASILAKIS, DIMITRIOS | EMAIL ADDRESS ON FILE |
| WASHINGTON STATE DEPT OF REVENUE | dormedia@dor.wa.gov |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | egolden@burr.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | randall.klein@goldbergkohn.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | danielle.m.baldinelli@wellsfargo.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | kim.delpozzo@wellsfargo.com |
| WEST VIRGINIA STATE TAX DEPT | taxhelp@wv.gov |
| WILLIAM J. SIMONITSCH, ESQ | William.j.simonitsch@usdoj.gov |
| WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A. | rdavis@whww.com |
| WISCONSIN DEPT OF REVENUE | dorincome@wisconsin.gov |
| WYOMING DEPARTMENT OF REVENUE | directorofrevenue@wyo.gov |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER

Email Service List - Banks

| Creditor Name | Email Address |
| --- | --- |
| BANK OF AMERICA | CHRISTOPHER.HOLTZ@BOFA.COM |
| BANK OF HAWAII | CMSREQUEST@BOH.COM |
| CITY NATIONAL BANK OF FLORIDA | JACKSON.YOUNG@CITYNATIONAL.COM |
| FIFTH THIRD BANK | JOHN.MARIAN@53.COM |
| HSBC | PATRICK.X.GARCIA@US.HSBC.COM |
| ORLANDO FEDERAL CREDIT UNION | SUPPORT@ORLANDOCREDITUNION.ORG |
| ROYAL BANK OF CANADA | FATIMA.DOMINGUES@RBC.COM |
| US BANK | SHAWN.BRESKOW@USBANK.COM |
| WELLS FARGO | CARL.SCHMITT@WELLSFARGO.COM |

**EXHIBIT E**

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER

Email Service List - DIP

| Creditor Name | Email Address |
| --- | --- |
| BLUE TORCH CAPITAL | O@bluetorchcapital.com |
| TCW | ben.mcarthur@tcw.com |