**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| Debtors | (Jointly Administered) |
| | **Ref. Dockets Nos. 5, 6, 7, 13, 15, 17, 19, 21, 23, 25, 27, 29, 30, 33, 34, 37, 39, 41, 49, 52-55, 59, 61, 62, 64, 67-69, 79, 93, 98, 99, 125-128, 135, 136, 139, 140, 143, 150, 151, 153-156, 159, 160, 163, 192 & 193** |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

2. On May 22, 2024, I caused to be served the:

   a. "Debtors' *Ex Parte* Motion for Joint Administration," dated May 19, 2024 [Docket No. 5],

   b. "Declaration of Jonathan Tibus in Support of Debtors' Chapter 11 Petitions and First Day Relief," filed on May 19, 2024 [Docket No. 6],

   c. "Debtors' *Ex Parte* Motion for Authorization to File Consolidated Chapter 11 Case Management Summary," dated May 19, 2024 [Docket No. 7],

   d. "Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Epiq Corporate Restructuring, LLC as Notice, Claims and Solicitation Agent Effective as of the Petition Date," dated May 19, 2024 [Docket No. 13],

   e. "Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim," dated May 19, 2024 [Docket No. 15],

   f. "Debtors' Emergency Motion for an Order Establishing Certain Notice Procedures," dated May 19, 2024 [Docket No. 17],

   g. "Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs and (III) for Related Relief," dated May 19, 2024 [Docket No. 19],

   h. "Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Section 503(b)(9) Claims in the Ordinary Course of Business, and (II) Granting Related Relief," dated May 19, 2024 [Docket No. 21],

   i. "Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants in the Ordinary Course of Business, and (II) Granting Related Relief," dated May 19, 2024 [Docket No. 23],

   j. "Debtors' Emergency Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 366(b) and Local Rule 2081-1(g)(7): (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief," dated May 19, 2024 [Docket No. 25],

k.  "Emergency Motion of Debtors for an Order Authorizing Red Lobster Management LLC to Act as Foreign Representative of the Debtors," dated May 19, 2024 [Docket No. 27],

l.  "Debtors' First Omnibus Emergency Motion for Order Authorizing (A) Rejection of Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties," dated May 19, 2024 [Docket No. 29],

m.  "Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, Foreign, and Other Taxes and Similar Obligations," dated May 19, 2024 [Docket No. 30],

n.  "Debtors' Second Omnibus Emergency Motion for Order Authorizing (A) Rejection of Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties," dated May 19, 2024 [Docket No. 33],

o.  "Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief," dated May 19, 2024 [Docket No. 34],

p.  "Debtors' Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Use Existing Cash Management System, (II) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, (III) Honor Certain Related Prepetition and Postpetition Obligations, and (IV) Perform Intercompany Transactions, (B) Granting a Waiver of Certain Investment and Deposit Guidelines, and (C) Granting Related Relief," dated May 19, 2024 [Docket No. 37],

q.  "Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, Surety Bonds and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief," dated May 19, 2024 [Docket No. 39],

r.  "Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the New Insurance Program, (II) Authorizing Assumption of the Existing Insurance Program, and (III) Granting Related Relief," dated May 19, 2024 [Docket No. 41],

s. "Motion of the Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into Stalking Horse Agreement and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief," dated May 20, 2024 [Docket No. 49],

t. "Debtors' Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals," dated May 20, 2024 [Docket No. 52],

u. "Debtors' Third Omnibus Motion for Order Authorizing (A) Rejection of Unexpired Leases of Non-Residential Real Property Effective as of the Rejection Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties," dated May 20, 2024 [Docket No. 53],

v. "Debtors' Fourth Omnibus Motion for Order Authorizing (A) Rejection of Unexpired of Non-Residential Real Property *Effective as of* the Rejection Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties," dated May 20, 2024 [Docket No. 54],

w. "Consolidated Chapter 11 Case Management Summary," dated May 20, 2024 [Docket No. 55],

x. "Order Authorizing Debtor−in−Possession to Operate Business," dated May 20, 2024 [Docket No. 59],

y. "Order Granting Debtors' *Ex Parte* Motion for Authorization to File Consolidated Chapter 11 Case Management Summary," dated May 20, 2024 [Docket No. 61],

z. "Order Granting Debtors' *Ex Parte* Motion for Joint Administration," dated May 20, 2024 [Docket No. 62],

aa. "Debtors' *Ex Parte* Motion to Allow Kate Mailloux From Epiq Corporate Restructuring, LLC as Proposed Notice, Claims and Solicitation Agent, to Appear and Testify via Zoom at First Day Hearings," dated May 20, 2024 [Docket No. 64],

bb. "Order Granting Debtors' *Ex Parte* Motion to Allow Kate Mailloux From Epiq Corporate Restructuring, LLC as Proposed Notice, Claims and Solicitation Agent, to Appear and Testify via Zoom at First Day Hearings," dated May 20, 2024 [Docket No. 67],

cc. "Declaration of Jonathan Tibus in Support of the Corrected Emergency Application of the Debtors Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Executive Officer, a Chief Restructuring Officer, and Certain Additional Personnel, (II) Designate Jonathan Tibus as Chief Executive Officer, and (III) Designate Nicholas Haughey as Chief Restructuring Officer for the Debtors, in Each Case, Effective as of the Petition Date," dated May 19, 2024 [Docket No. 68],

dd. "Debtors' Application for Approval of the Employment of Paul Steven Singerman and the Law Firm of Berger Singerman LLP as Co-Counsel to the Debtors, Effective as of the Petition Date," dated May 19, 2024 [Docket No. 69],

ee. "Corrected Emergency Motion for Interim and Final Orders (I) Approving Postpetition Financing, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief," dated May 20, 2024 [Docket No. 79],

ff. "Debtors' Motion for Entry of Order Approving Retention and Employment of Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date," dated May 20, 2024 [Docket No. 93],

gg. "Debtors' Application for Approval of the Employment of the Law Firm of King & Spalding LLP as Co-Counsel to the Debtors-in-Possession, Effective as of the Petition Date," dated May 19, 2024 [Docket No. 98],

hh. "Order Granting Motion to Redact," dated May 21, 2024 [Docket No. 99],

ii. "Interim Order Granting Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs, and (III) for Related Relief," dated May 21, 2024 [Docket No. 125],

jj. "Interim Order Granting Debtors' Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Use Existing Cash Management System, (II) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, (III) Honor Certain Related Prepetition and Postpetition Obligations, and (IV) Perform Intercompany Transactions, (B) Granting a Waiver of Certain Investment and Deposit Guidelines, and (C) Granting Related Relief," dated May 21, 2024 [Docket No. 126],

kk. "Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral on a Limited Basis, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief," dated May 21, 2024 [Docket No. 127],

ll. "Debtors' Application for Approval of Employment of Keen-Summit Capital Partners LLC, as Real Estate Advisor and Consultant for the Debtors-in-Possession, Effective as of the Petition Date," dated May 21, 2024 [Docket No. 128],

mm. "Debtors' Notice of Filing Corrected Exhibits A-1 and A-2 to Debtors' Motion for Entry of Order Approving Retention and Employment of Professionals Utilized in the Ordinary Course of Business, Effective as of the Petition Date [ECF No. 93]," dated May 22, 2024 [Docket No. 135],

nn. "Order Granting Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Honor Prepetition Obligations Related Thereto and (II) Granting Related Relief," dated May 22, 2024 [Docket No. 136],

oo. "Order Conditionally Granting Debtors' Emergency Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 366(b) and Local Rule 2081-1(g)(7): (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services, (II) Deeming Utilities Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of payment, and (IV) Granting Related Relief," dated May 22, 2024 [Docket No. 139],

pp. "Notice of Initial Status Conference," dated May 22, 2024 [Docket No. 140],

qq. "Notice of Preliminary Hearing," dated May 22, 2024 [Docket No. 143],

rr. "Order Granting Debtors' Emergency Motion for Approval of Form of Notice of Commencement and Proof of Claim," dated May 22, 2024 [Docket No. 150],

ss.  "Order Granting Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, Surety Bonds and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief," dated May 22, 2024 [Docket No. 151],

tt.  "Order Authorizing Red Lobster Management LLC to Act as Foreign Representative of the Debtors," dated May 22, 2024 [Docket No. 153],

uu.  "Order (I) Authorizing the Debtors to Enter into the New Insurance Program, (II) Authorizing Assumption of the Existing Insurance Program, and (III) Granting Related Relief," dated May 22, 2024 [Docket No. 154],

vv.  "Interim Order Granting Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Property, Foreign and Other Taxes and Similar Obligations," dated May 22, 2024 [Docket No. 155],

ww.  "Order Granting Debtors' Emergency Application for Entry of Order Authorizing Debtors to Employ and Retain Epiq Corporate Restructuring, LLC, as Notice, Claims and Solicitation Agent Effective as of the Petition Date," dated May 22, 2024 [Docket No. 156],

xx.  "Order Granting Debtors' First Omnibus Emergency Motion for Order Authorizing (A) Rejection of Unexpired Leases of Non-Residential Real Property Effective as of the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties," dated May 22, 2024 [Docket No. 159],

yy.  "Order Granting Debtors' Second Omnibus Emergency Motion for Order Authorizing (A) Rejection of Unexpired Leases of Non-Residential Real Property *Effective as of* the Petition Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties," dated May 22, 2024 [Docket No. 160],

zz.  "Order Granting Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Lien Claimants in the Ordinary Course of Business, and (II) Granting Related Relief," dated May 23, 2024 [Docket No. 163],

aaa.  "Order Granting Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Pay Certain Section 503(b)(9) Claims in the Ordinary Course of Business, and (II) Granting Related Relief," dated May 24, 2024 [Docket No. 192], and

bbb.  "Order Establishing Certain Notice Procedures," dated May 24, 2024 [Docket No. 193],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>*s/ Arnold Nguyen*</u>
Arnold Nguyen

# EXHIBIT A

# RED LOBSTER
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 1420 NOBLE AVE LLC | ATTN: MAURICE RUSSELL GREY, CO-OWNER DBA 3909 SUNSET DRIVE OWNER LLC 740 ST NICHOLSON AVENUE NEW YORK NY 10031 |
| 2 GIRLS ENTERPRISES LLC | ATTN: VALERIE WILSON, MANAGER DBA WILSON EQUIPMENT ETC 13040 W COLONIAL DR WINTER GARDEN FL 34787-3919 |
| 2355 NORTH HIGHWAY 41 ASSOCIATES LLC | ATTN: JEFF MANDELBAUM, MANAGER 354 EISENHOWER PARKWAY, SUITE 1900 LIVINGSTON NJ 07039 |
| 2629574 ONT INC | ATTN: KRISTIAN GRANT, ADMINISTRATOR O/A RCI HVAC AND AUTOMATION 39 GLENWOOD DRIVE BARRIE ON L4N 1R3 CANADA |
| 3B2 SOLUTIONS LLC | ATTN: BILL FITZPATRICK, OWNER 35B CONCOURSE WAY GREER SC 29650 |
| ADP INC | ATTN: MARIA BLACK, PRESIDENT AND CEO 1 ADP BLVD ROSELAND NJ 07068 |
| ALONSO EXCAVATION & CONSTRUCTION CO INC | ATTN: MESHACH ALONSO, VP/GM DBA ALONSO SERVICE COMPANY PO BOX 33998 SAN ANTONIO TX 78265-3998 |
| ALPHA MECHANICAL SERVICE LLC | ATTN: CRAIG A STEINKE, CEO DBA ALPHA ENERGY SOLUTIONS 7200 DISTRIBUTION DRIVE LOUISVILLE KY 40258-2827 |
| ANALYTIC PARTNERS LP | ATTN: JEFF DRISKILL, CFO 1441 BRICKELL AVE STE 1220 MIAMI FL 33131-3429 |
| APEX SYSTEMS INC | ATTN: SEAN CASEY, PRESIDENT 3750 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| ARCH PAINTING INC | ATTN: RICHARD KILGANNON, PRESIDENT 1 PRESIDENTIAL WAY STE 109 WOBURN MA 01801-1071 |
| ARES HOLDINGS LLC | ATTN: LUIS ORBEGOSO, PRESIDENT & CEO 1045 S JOHN RODES BLVD MELBOURNE FL 32904-2006 |
| B & B INSTALLATIONS INC | ATTN: VALJEAN ROSSMANN, PRESIDENT 429 ELKHORN ROAD MONONGAHELA PA 15063 |
| BLACKHAWK NETWORK INC | ATTN: DAVID MCLAUGHLIN, CFO 6220 STONERIDGE MALL ROAD PLEASANTON CA 94588 |
| BLODGETT OVEN CO INC | ATTN: ERICA HAVERS, VP & CONTROLLER 2511 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| BUNTIN ADVERTISING INC | ATTN: JEFFREY BUNTIN, JR., CEO DBA BUNTIN GROUP 1001 HAWKINS ST NASHVILLE TN 37203 |
| C H ROBINSON COMPANY | ATTN: DAVID BOZEMAN, JR, CEO 2345 RICE STREET, SUITE 230 ROSEVILLE MN 55113 |
| CB PORTFOLIO LLC | ATTN: GRAHAM CARTER, PARTNER 5515 BALCONES DRIVE AUSTIN TX 78731 |
| COASTAL SUNBELT PRODUCE | ATTN: DAVID WHITLOCK, PRESIDENT 9001 WHISKEY BOTTOM RD LAUREL MD 20723 |
| CORNERSTONE ON DEMAND INC | ATTN: HIMANSHU PALSULE, CEO 1601 CLOVERFIELD BLVD, SUITE 600 SOUTH SANTA MONICA CA 90404 |
| COSTA DO SOESTO LLC | ATTN: PABLO GUSTAVO LEIS, MANAGER C/O WILLIAM H ALBORNOZ PA 901 PONCE DE LEON BLVD., SUITE 204 CORAL GABLES FL 33134-3070 |
| CR KINGSTON ASSOCIATES LLC | ATTN: HAROLD SUTTON, LEASING MANAGER C/O CENTURION REALTY LLC 500 5TH AVE 39TH FLOOR NEW YORK NY 10110-3899 |
| CREATION GARDENS | ATTN: MATT KENNY, MANAGING PARTNER 2055 NELSON MILLER PKWY LOUISVILLE KY 40223-2185 |
| CURTIS R BARTELLS | ATTN: CURTIS R BARTELLS, OWNER DBA BARTELLS CONSTRUCTION 17186 DEERWOOD LANE JORDAN MN 55352 |
| DDI GENERAL CONTRACTING LLC | ATTN: MICHAEL NOVELLANO, PRESIDENT 830 E BAY DRIVE WEST ISLIP NY 11795 |
| DEPENDABLE BUILDING MAINTENANCE SVCS LLC | ATTN: JAMES WINTERS, PRESIDENT 4645 138TH ST CRESTWOOD IL 60418-1930 |
| DIRECTV | ATTN: BRIAN REGAN, SVP & AGC 2260 EAST IMPERIAL HIGHWAY EL SEGUNDO CA 92045 |
| ECOLAB INC | ATTN: SCOTT KIRKLAND, CFO 1 ECOLAB PLACE ST. PAUL MN 55102 |
| FAR HORIZONS TRAILER VILLAGE LLC | ATTN: CHARLES HAYS JR, PARTNER 7682 CALLAWAY DR RANCHO MURIETA CA 95683-9268 |
| FEDERAL EXPRESS CORPORATION | ATTN: SCOTT TEMPLE, PRESIDENT AND CEO 3630 HACKS CROSS RD FL 2 MEMPHIS TN 38125-8800 |
| FIFTH THIRD BANK | ATTN: LORI G. HEILMAN, AGC 1160 DUBLIN ROAD, SUITE 400 CINCINNATI OH 43215 |
| FRANKLIN MACHINE PRODUCTS INC | ATTN: JOE GRATO, PRESIDENT 101 MT HOLLY BYPASS LUMBERTON NJ 08048 |
| FSF MANUFACTURING INC | ATTN: JACQUELINE M AMRHEIN, MANAGER 575 ECON RIVER PLACE OVIEDO FL 32765-7343 |
| GARTNER INC | ATTN: EUGENE A. HALL, CEO 56 TOP GALLANT RD STAMFORD CT 06902-7700 |
| GET FRESH PRODUCE INC | ATTN: GINO ALIMONDI, PRESIDENT 1441 BREWSTER CREEK BLVD BARTLETT IL 60103 |
| GLACIER REFRIGERATION & AIR INC | ATTN: YVETTE G. MONTIJO, CEO 1200 VALLEY VIEW SELMA CA 93662 |

| Claim Name | Address Information |
|---|---|
| GREENHEAD LOBSTER LLC | ATTN: HUGH REYNOLDS, OWNER & FOUNDER 38 OCEAN ST. PO BOX 670 STONINGTON ME 04681-0670 |
| GUIDEPOINT SECURITY LLC | ATTN: MICHAEL ANNESSA, PARTNER & CFO 2201 COOPERATIVE WAY SUITE 225 HERNDON VA 20171 |
| IG IGLOO HOLDINGS INC | ATTN: BERT BEAN, CEO DBA INSIGHT GLOBAL LLC 1224 HAMMOND DRIVE, SUITE 1500 ATLANTA GA 30346 |
| INTERACTIVE COMMUNICATIONS INTL INC | ATTN: M. BROOKS SMITH, CEO DBA INCOMM PO BOX 935359 ATLANTA GA 31193-5359 |
| INTRALINKS INC | ATTN: REID DOWNEY, EVP & CRO 2970 10TH STREET STE 1 GERING NE 69341 |
| KEGELS PRODUCE INC | ATTN: SUZANNE V MYERS, PRESIDENT 1336 LOOP RD LANCASTER PA 17601 |
| KINETICO INCORPORATED | ATTN: TOBY THOMAS, CEO DBA KINETICO QUALITY WATER SYSTEMS 9765 BASIL WESTERN ROAD CANAL WINCHESTER OH 43110 |
| LA GRASSO BROS INC | ATTN: TOM LAGRASSO JR, PRESIDENT 5001 BELLEVUE PO BOX 2638 DETROIT MI 48202-2638 |
| LUXONE LLC | ATTN: MIRCEA VOSKERICIAN, OWNER 572 CHIMALUS DR PALO ALTO CA 94306 |
| MESA VALLEY HOUSING ASSOCIATES II LP | ATTN: STUART KATZ, MEMBER 3 CHARTER OAK PL HARTFORD CT 06106-1915 |
| MOOD MEDIA NORTH AMERICA HOLDINGS CORP | ATTN: MALCOM MCROBERTS, CEO DBA MOOD MEDIA PO BOX 602777 CHARLOTTE NC 28260-2777 |
| MOVABLE INC | ATTN: VIVEK SHARMA, CEO DBA MOVABLE INK PO BOX 200338 PITTSBURGH PA 15251-0338 |
| NUCO2 INC | ATTN: SUSAN STEVENSON, PRESIDENT 2800 S.E. MARKET PLACE STUART FL 34997 |
| OP OAKHURST REALTY LLC | ATTN: PRIYANK SINGHAL, LANDLORD 46 FLEMMING DR HILLSBOROUGH NJ 08844-5281 |
| PLAINFIELD FRUIT AND PRODUCE CO INC | ATTN: GARY HAMRAH JR, VICE PRESIDENT 82 EXECUTIVE AVENUE EDISON NJ 08817 |
| PLATINUM ROOFING SOLUTIONS INC | ATTN: CODY PERKINS, CEO 1515 N ASHLEY ST STE C VALDOSTA GA 31602-3371 |
| PREECHA NARKSUWAN | ATTN: PREECHA NARKSUWAN, OWNER DBA 99 TROPICAL 1001 W IMPERIAL HWY 3762 LA HABRA CA 90632-7194 |
| PREMIER PRODUCE CENTRAL FLORIDA INC | ATTN: DEMETRIOS CHLEBOGIANNIS, PRESIDENT PREMIER PRODUCE CENTRAL FLORIDA INC PO BOX 7829 CAROL STREAM IL 60197-7829 |
| PRESIDIO NETWORKED SOLUTIONS LLC | ATTN: BOB CAGNAZZI, CEO PENN 1 1 PENNSYLVANIA PLAZA, SUITE 2501 NEW YORK NY 10119 |
| PRO AIR MECHANICAL INC | ATTN: ANDREW MEADOWS, PRESIDENT 285 N US HIGHWAY 17-92 LONGWOOD FL 32750-4424 |
| PROGRESSIVE FLOORING SERVICES INC | ATTN: NINO A. CERVI, PARTNER 100 HERITAGE DRIVE ETNA OH 43062-8042 |
| PROVENDER HALL IV LLC | ATTN: JOANNE FOX , GENERAL MANAGER 301 MISSION STREET, SUITE 29-C SAN FRANCISCO CA 94105 |
| QWEST MECHANICAL CORP | ATTN: CHRISTOPHER J. FREEMAN 33940 E ROYALTON RD COLUMBIA STATION OH 44028-9164 |
| ROWORTH ENTERPRISES LLC | ATTN: MELINDA ROWORTH, MEMBER 99-129 HOLO PLACE AIEA HI 96701 |
| ROYAL FOODSERVICE INC | ATTN: CRAIG FLEMING, PRESIDENT 3720 ZIP INDUSTRIAL BOULEVARD SE ATLANTA GA 30354 |
| RUBEN CORTEZ CORPORATION | ATTN: RUBEN CORTEZ, CEO DBA RCS MECHANICAL SERVICES 4161 INGOT STREET FREMONT CA 94538 |
| SERVICE SOLUTIONS OF TEXAS LLC | ATTN: SUSAN BROWN, SENIOR VICE PRESIDENT 3022 COWLING RD SANGER TX 76266-7477 |
| SHL US LLC | ATTN: STEPHANIE HODGES, HEAD OF US OPS 1175 PEACHTREE STREET, SUITE 790 ATLANTA GA 30361 |
| SILVER STATE REFRIGERATION & HVAC LLC | ATTN: SHANE THOMPSON, OWNER 4535 COPPER SAGE ST LAS VEGAS NV 89115-1878 |
| SIRNA & SONS INC | ATTN: JOE SIRNA, CEO MAINLINE PRODUCE 7176 STATE ROUTE 88 RAVENNA OH 44266 |
| SMARTBEAR SOFTWARE INC | ATTN: JOUKO KAASILA, FOUNDER& CEO C/O DEPT 3247 PO BOX 123247 DALLAS TX 75312-3247 |
| SOUTH MIDTOWN PROPERTIES LLC | ATTN: WEIYE LIN, MANAGER 1155 SWEETWATER DRIVE RENO NV 89509-5250 |
| STAPLES INC | ATTN: CRISTINA GONZALEZ, CLO DBA DEX IMAGING LLC PO BOX 17299 CLEARWATER FL 33762-0299 |
| STAR-WEST GREAT NORTHERN MALL LLC | ATTN: MARIE HAUER, MANAGER CT CORPORATION SYSTEM 111 8TH AVENUE, 13TH FL NEW YORK NY 10011 |
| SYNQ3 RESTAURANT SOLUTIONS LLC | ATTN: STEVE BIGARI, CEO 5061 N 30TH ST COLORADO SPRINGS CO 80919 |

| Claim Name | Address Information |
|---|---|
| THE WALDINGER CORPORATION | ATTN: DEREK HILEMAN, PRESIDENT 1800 LEVEE RD NORTH KANSAS CITY MO 64116-4405 |
| TOUCHPOINT INC | ATTN: LAWRENCE MILLER, DIRECTOR 405 W CLOVERHURST AVE ATLANTA GA 30606 |
| UB MIDWAY LLC | ATTN: RICHARD STEINBERG, OWNER C/O MIDWAY SHOPPING CENTER 321 RAILROAD AVENUE GREENWICH CT 06830 |
| USP APOLLO LLC | ATTN: DREW GREENWALD, DIRECTOR C/O GRID PROPERTIES INC 2309 FREDERICK DOUGLASS BOULEVARD NEW YORK NY 10027 |
| VEREIT OPERATING PARTNERSHIP LP | ATTN: MICHAEL J. BARTOLOTTA, CFO 2325 E CAMELBACK RD FL 9 PHOENIX AZ 85016-9080 |
| WEATHERITE CORPORATION | ATTN: STEVEN J SMITH, MANAGER 21211 COMMERCE POINT DRIVE WALNUT CA 91789-3056 |
| WV LONESTAR OWNER LLC | ATTN: MICHAEL K. FEDERMAN, PRINCIPAL C/O FEDERMAN STEIFMAN LLP 220 EAST 42ND STREET 29TH FLOOR NEW YORK NY 10017 |
| ZIPRECRUITER INC | ATTN: IAN SIEGEL, CEO 604 ARIZONA AVE. SANTA MONICA CA 90401 |

**Total Creditor count  79**

**EXHIBIT B**

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486 (GER)
Email Service List

| Name | Email Address |
|---|---|
| A O SMITH WATER PRODUCTS | stephenshafer@aosmith.com |
| ARKANSAS DEPT OF FINANCE & ADMIN | mandy.endsley@dfa.arkansas.gov |
| AULD, DANA M | EMAIL ADDRESS ON FILE |
| BAKER & HOSTETLER LLP | kshaughnessy@bakerlaw.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com; shahbazis@ballardspahr.com; ganzc@ballardspahr.com; myersm@ballardspahr.com |
| BERGER SINGERMAN LLP | singerman@bergersingerman.com |
| BDG SUFKA LLC | eblumenfeld@bdg.net |
| BEEM, MARK G | EMAIL ADDRESS ON FILE |
| BROWARD COUNTY | sandron@broward.org |
| BRYAN EDGAR BUENAVENTURA | bryan.buenaventura@usdoj.gov |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BURR & FORMAN LLP | kburgess@burr.com; mlucca-cruz@burr.com; egolden@burr.com; crthompson@burr.com |
| COLORADO DEPT OF REVENUE | dor_taxpayerservice@state.co.us |
| CONNECTICUT DEPT OF REVENUE SERVICES | drs@ct.gov |
| CREDERA ENTERPRISES COMPANY LLC | jbell@credera.com |
| DEAN, MEAD, EGERTON, BLOODWORTH, CAPOUANO & BOZARTH, P.A. | jtimko@deanmead.com; mgodek@deanmead.com |
| DINOVA INC | vicmacchio@dinova.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DOORDASH INC | prabir.adarkar@doordash.com |
| ENVIRO MASTER SERVICES LLC | tbierling@enviro-master.com |
| FLORIDA DEPT OF REVENUE | emaildor@floridarevenue.com |
| FORTRESS CREDIT CORP. | dean@fortress.com |
| FORTRESS CREDIT CORP. | mmcclure@fortress.com |
| FORTRESS CREDIT CORP. | gc.credit@fortress.com |
| FORTRESS CREDIT CORP. | cdale@proskauer.com |
| FORTRESS CREDIT CORP. | dmarker@proskauer.com |
| FRANKGECKER LLP | jfrank@fgllp.com; jkleinman@fgllp.com |
| FROST BROWN TODD LLP | rgold@fbtlaw.com; eseverini@fbtlaw.com; sodonnell@fbtlaw.com |
| FTI CONSULTING CA, INFORMATION OFFICER | sbrotman@fasken.com; mstephenson@fasken.com; mlicari@fasken.com |
| GORDON FOOD SERVICE CANADA LTD | dean.noble@gfs.com |
| GRAYROBINSON, P.A. | steven.solomon@gray-robinson.com |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486 (GER)
Email Service List

| Name | Email Address |
|---|---|
| HAHN LOESER & PARKS LLP | jhyatt@hahnlaw.com; dademarco@hahnlaw.com; cbaxter@hahnlaw.com |
| HARRIS COUNTY | taxbankruptcy.cao@harriscountytx.com |
| HESSLER, KATHRYN | EMAIL ADDRESS ON FILE |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com |
| HILLSBOROUGH COUNTY TAX COLLECTOR | fitzgeraldb@hcfl.gov; stroupj@hcfl.gov; connorsa@hcfl.gov |
| HINSHAW & CULBERTSON LLP | rsmith@hinshawlaw.com; cdyson@hinshawlaw.com |
| HUNTON ANDREWS KURTH LLP | jisani@huntonak.com; jharbour@huntonak.com; jwuebker@huntonak.com |
| HUSEMAN, BRYAN J | EMAIL ADDRESS ON FILE |
| IDAHO STATE TAX COMMISSION | taxcompliancecobbankruptcy@tax.idaho.gov |
| INDIANA DEPARTMENT OF REVENUE | tnichols@dor.in.gov |
| INFORMATION OFFICER | jeffrey.rosenberg@fticonsulting.com; hrvoje.muhek@fticonsulting.com; adsaran.vithiyananthan@fticonsulting.com |
| IPSOS INSIGHT LLC | michael.link@ipsos.com |
| JOHNSTON, ANN B | EMAIL ADDRESS ON FILE |
| KANSAS DEPARTMENT OF REVENUE | kdor_tac@ks.gov |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com; syachik@kelleydrye.com |
| KENNETH O LESTER COMPANY INC | bking@pfgc.com |
| KING & SPALDING LLP | sprimrose@kslaw.com |
| KURTZMAN STEADY LLC | kurtzman@kurtzmansteady.com |
| LATHAM, LUNA, EDEN & BEAUDINE LLP | bknotice@lathamluna.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | dallas.bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com |
| LOCKE, DANIEL H | EMAIL ADDRESS ON FILE |
| MAINE REVENUE SERVICES | taxpayerassist@maine.gov |
| MARSHALL, DEZZIE RAY | EMAIL ADDRESS ON FILE |
| MARTYN AND ASSOCIATES CO. | mamendola@martynlawfirm.com |
| MANATEE COUNTY TAX COLLECTOR | legal@taxcollector.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | jparsons@mvbalaw.com; |
| MCKEATING, JAMES | EMAIL ADDRESS ON FILE |
| MERKLE INC | susan.zoch@dentsu.co.jp |
| MISSOURI DEPARTMENT OF REVENUE | businesstaxregister@dor.mo.gov |
| N.D. OFFICE OF STATE TAX COMMISSIONER | taxinfo@nd.gov |
| NEBRASKA DEPT OF REVENUE | rev.bnc@nebraska.gov |
| OFFICE OF SEC. OF STATE OF ALABAMA | wes.allen@sos.alabama.gov |
| OFFICE OF SEC. OF STATE OF COLORADO | administration@coloradosos.gov |
| OFFICE OF SEC. OF STATE OF D.C. | secretary@dc.gov |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486 (GER)
Email Service List

| Name | Email Address |
| --- | --- |
| OFFICE OF SEC. OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| OFFICE OF SEC. OF STATE OF IDAHO | govsvc@sos.idaho.gov |
| OFFICE OF SEC. OF STATE OF IOWA | sos@sos.iowa.gov |
| OFFICE OF SEC. OF STATE OF KANSAS | kssos@ks.gov |
| OFFICE OF SEC. OF STATE OF MA. | cis@sec.state.ma.us |
| OFFICE OF SEC. OF STATE OF MAINE | sos.office@maine.gov |
| OFFICE OF SEC. OF STATE OF MINNESOTA | secretary.state@state.mn.us |
| OFFICE OF SEC. OF STATE OF MISSOURI | info@sos.mo.gov |
| OFFICE OF SEC. OF STATE OF MONTANA | sosbusiness@mt.gov |
| OFFICE OF SEC. OF STATE OF N.C. | corpinfo@sosnc.gov |
| OFFICE OF SEC. OF STATE OF N.H. | corporate@sos.nh.gov |
| OFFICE OF SEC. OF STATE OF NEVADA | sosmail@sos.nv.gov |
| OFFICE OF SEC. OF STATE OF NEW MEXICO | business.services@sos.nm.gov |
| OFFICE OF SEC. OF STATE OF NEW YORK | info@dos.ny.gov |
| OFFICE OF SEC. OF STATE OF OKLAHOMA | executivelegislative@sos.ok.gov |
| OFFICE OF SEC. OF STATE OF RHODE ISLAND | secretaryamore@sos.ri.gov |
| OFFICE OF SEC. OF STATE OF TENNESSEE | tre.hargett@tn.gov |
| OFFICE OF SEC. OF STATE OF WASHINGTON | secretaryofstate@sos.wa.gov |
| OFFICE OF SEC. OF STATE OF WISCONSIN | statesec@wi.gov |
| OFFICE OF SEC. OF STATE OF WYOMING | secofstate@wyo.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ustp.region21@usdoj.gov |
| ORACLE AMERICA INC | safra.catz@oracle.com |
| OREGON DEPARTMENT OF REVENUE | questions.dor@oregon.gov |
| PAINT FOLKS | mrose@academysg.com |
| PAPERNICK & GEFSKY, LLC. | rmurphy@papernick-gefsky.com |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ra-rv-bet-hbg-ta-em@pa.gov |
| PEPSI CO. INC | matthew.neibart@pepsico.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | lmbkr@pbfcm.com; edinburgbankruptcy@pbfcm.com |
| PRESTO AUTOMATION INC | jditolla@presto.com |
| PROCTOR & GAMBLE DISTRIBUTING LLC | whaley.ss@pg.com |
| QUATTLEBAUM, GROOMS & TULL PLLC | gtreece@qgtlaw.com |
| RAINBOW INVESTMENT COMPANY | williams@scmv.com; hickingbottom@scmv.com |
| RED LOBSTER CANADA, INC. | nhaughey@redlobster.com |
| RED LOBSTER HOSPITALITY LLC | nhaughey@redlobster.com |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC | nhaughey@redlobster.com |
| RED LOBSTER MANAGEMENT LLC | nhaughey@redlobster.com |
| RED LOBSTER MANAGEMENT LLC | ajowers@kslaw.com; jdutson@kslaw.com; christopher.coleman@kslaw.com; bbean@kslaw.com |
| RED LOBSTER MANAGEMENT LLC | nvilmos@bergersingerman.com |
| RED LOBSTER MANAGEMENT LLC | singerman@bergersingerman.com |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486 (GER)
Email Service List

| Name | Email Address |
|---|---|
| RED LOBSTER MANAGEMENT LLC | mfishel@kslaw.com |
| RED LOBSTER OF BEL AIR, INC. | nhaughey@redlobster.com |
| RED LOBSTER OF TEXAS, INC. | nhaughey@redlobster.com |
| RED LOBSTER RESTAURANTS LLC | nhaughey@redlobster.com |
| RED LOBSTER SOURCING LLC | nhaughey@redlobster.com |
| RED LOBSTER SUPPLY LLC | nhaughey@redlobster.com |
| RL COLUMBIA LLC | nhaughey@redlobster.com |
| RL KANSAS LLC | nhaughey@redlobster.com |
| RL MARYLAND, INC. | nhaughey@redlobster.com |
| RL OF FREDERICK, INC. | nhaughey@redlobster.com |
| RL SALISBURY, LLC | nhaughey@redlobster.com |
| RLSV, INC. | nhaughey@redlobster.com |
| RONALD M. TUCKER, ESQ. | rtucker@simon.com |
| RUBIN POSTAER AND ASSOCIATES | billhagelstein@rpa.com |
| SCOTT E. BOMKAMP, ESQ | scott.e.bomkamp@usdoj.gov |
| SEYFARTH SHAW LLP | jsowka@seyfarth.com |
| SHUTTS & BOWEN LLP | rreinert@shutts.com; bdennis@shutts.com |
| SMITH, SEAN W | EMAIL ADDRESS ON FILE |
| SOUTH DAKOTA DEPT OF REVENUE | bustax@state.sd.us |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | bankruptcy@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MINNESOTA ATTORNEY GENERAL | attorney.general@ag.state.mn.us |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486 (GER)
Email Service List

| Name | Email Address |
| --- | --- |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | agbankcal@ag.tn.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |
| STATE OF UTAH ATTORNEY GENERAL | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | emailmailoag@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojbankruptcynoticegroup@doj.state.wi.us |
| TEEL, RICHARD S | EMAIL ADDRESS ON FILE |
| TENNESSEE DEPT OF REVENUE | tdor.bankruptcy@tn.gov; stuart.wilson-patton@ag.tn.gov |
| TRAVIS COUNTY | jason.starks@traviscountytx.gov |
| THE WASSERSTROM COMPANY | bradwasserstrom@wasserstrom.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A. | lfernandez@trenam.com |
| TUCKER ELLIS LLP | jason.torf@tuckerellis.com; edet.nsemo@tuckerellis.com |
| UNDERWOOD MURRAY, P.A. | mmurray@underwoodmurray.com |
| UTAH STATE TAX COMMISSION | taxmaster@utah.gov |
| VASILAKIS, DIMITRIOS | EMAIL ADDRESS ON FILE |
| WASHINGTON STATE DEPT OF REVENUE | dormedia@dor.wa.gov |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | egolden@burr.com |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486 (GER)
Email Service List

| Name | Email Address |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | randall.klein@goldbergkohn.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | danielle.m.baldinelli@wellsfargo.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | kim.delpozzo@wellsfargo.com |
| WEST VIRGINIA STATE TAX DEPT | taxhelp@wv.gov |
| WILLIAM J. SIMONITSCH, ESQ | william.j.simonitsch@usdoj.gov |
| WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A. | rdavis@whww.com |
| WISCONSIN DEPT OF REVENUE | dorincome@wisconsin.gov |
| WYOMING DEPARTMENT OF REVENUE | directorofrevenue@wyo.gov |