**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER<br>Lead Case |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

Debtors.
_____/

**DEBTORS' NOTICE OF FILING VERIFIED STATEMENT OF NICHOLAS HAUGHEY, PROPOSED CHIEF RESTRUCTURING OFFICER TO THE DEBTORS, RED LOBSTER MANAGEMENT LLC, *ET AL.*, IN SUPPORT OF DEBTORS' APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF PAUL STEVEN SINGERMAN AND THE LAW FIRM OF BERGER SINGERMAN LLP AS CO-COUNSEL TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

Red Lobster Management LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), by and through their

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

13073194-1

proposed undersigned counsel, hereby file the attached *Verified Statement of Nicholas Haughey, Proposed Chief Restructuring Officer to the Debtors, Red Lobster Management LLC, et al. in Support of Debtors' Application for Approval of the Employment of Paul Steven Singerman and the Law Firm of Berger Singerman LLP as Co-Counsel to the Debtors, Effective as of the Petition Date*, in support of the *Debtors' Application for Approval of the Employment of Paul Steven Singerman and the Law Firm of Berger Singerman LLP as Co-Counsel to the Debtors, Effective as of the Petition Date* [ECF No. 69].

| | |
|---|---|
| Dated:   June 12, 2024 | Respectfully submitted, |
| | /s/ Paul Steven Singerman |
| W. Austin Jowers (admitted *pro hac vice*)<br>Jeffrey R. Dutson (admitted *pro hac vice*)<br>Sarah L. Primrose (FL Bar No. 98742)<br>Christopher K. Coleman (admitted *pro hac vice*)<br>Brooke L. Bean (admitted *pro hac vice*)<br>Taeyeong Kim (admitted *pro hac vice*)<br>**KING & SPALDING LLP**<br>1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309<br>Telephone:  (404) 572-4600<br>Email:   ajowers@kslaw.com<br>           jdutson@kslaw.com<br>           sprimrose@kslaw.com<br>           christopher.coleman@kslaw.com<br>           bbean@kslaw.com<br>           tkim@kslaw.com<br><br>– and –<br><br>Michael Fishel (admitted *pro hac vice*)<br>**KING & SPALDING LLP**<br>1100 Louisiana, Suite 4100<br>Houston, TX 77002<br>Telephone:  (713) 751-3200<br>Email:   mfishel@kslaw.com | Paul Steven Singerman<br>Florida Bar No. 378860<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone: (305) 755-9500<br>Email:   singerman@bergersingerman.com<br><br>- and –<br><br>Nicolette C. Vilmos<br>Florida Bar No. 469051<br>**BERGER SINGERMAN LLP**<br>111 N. Magnolia Avenue<br>Suite 1450<br>Orlando, FL 32801<br>Telephone: (407) 749-7900<br>Email:   nvilmos@bergersingerman.com<br><br>*Filer's Attestation:  Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Paul Steven Singerman attests that concurrence in the filing of this paper has been obtained.* |

*Proposed Counsel for Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER<br>Lead Case |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

Debtors.
_____/

**VERIFIED STATEMENT OF NICHOLAS HAUGHEY, PROPOSED CHIEF RESTRUCTURING OFFICER TO THE DEBTORS, RED LOBSTER MANAGEMENT LLC, *ET AL.*, IN SUPPORT OF DEBTORS' APPLICATION FOR APPROVAL OF THE EMPLOYMENT OF PAUL STEVEN SINGERMAN AND THE LAW FIRM OF BERGER SINGERMAN LLP AS CO-COUNSEL TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

13063128-6

I, Nicholas Haughey, being duly sworn, depose and declare under penalty of perjury:

1. I am over 18 years of age, and am competent to testify as to the matters set forth in this verified statement (the "Verified Statement") based upon my own personal knowledge and if called upon to testify, could and would do so.

2. I am a Senior Director with Alvarez & Marsal North American Commercial Restructuring, and am the proposed Chief Restructuring Officer of the Debtors. In connection with my role as proposed Chief Restructuring Officer of the Debtors, I, along with other members of the Debtors' senior management, am responsible for retaining and supervising outside counsel, and monitoring and controlling legal costs in these chapter 11 cases. I am familiar with the markets for professionals both in and out of bankruptcy, and, in particular, the preeminent restructuring practice of Berger Singerman LLP ("Berger Singerman") and its work as restructuring counsel to numerous chapter 11 debtors and distressed companies that successfully restructured in and out of court.

3. I make this Verified Statement in support of the *Debtors' Application for Approval of the Employment of Paul Steven Singerman and the Law Firm of Berger Singerman LLP as Co-Counsel to the Debtors, Effective as of the Petition Date* [ECF No. 69] (the "Berger Singerman Retention Application"), filed by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") in these chapter 11 cases, and in compliance with Section D.2. of the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*.

4. The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that their bankruptcy professionals are subject to the same client-driven market forces, security, and accountability as professionals in

2

nonbankruptcy engagements. The Debtors engaged Berger Singerman in March 2024, to advise the Debtors in connection with the execution of their duties as debtors and debtors in possession. The Debtors chose Berger Singerman based upon Berger Singerman's extensive experience and knowledge in Florida and its recognized expertise in the field of debtor protections, creditor rights, and business reorganization under chapter 11 of the Bankruptcy Code, as well as in other areas of law related directly or indirectly to these chapter 11 cases.

5. Berger Singerman has informed the Debtors that its billing rates and the material terms of the engagement are the same as (a) Berger Singerman's standard rates and the material terms for non-bankruptcy engagements and lower than (b) the billing rates and terms of other comparably skilled counsel. I have reviewed paragraph 14 of the *Declaration of Paul Steven Singerman on Behalf of Berger Singerman LLP, as Proposed Co-Counsel for the Debtors-in-Possession, Effective as of the Petition Date*, a copy of which is attached to the Berger Singerman Retention Application as Exhibit A, and it reflects the current hourly rates for (a) attorneys ($415.00 to $850.00), (b) partners that will be principally responsible for the representation of the Debtors ($715.00 to $850.00), (c) of-counsel and associate attorneys who will work on this matter ($415.00 to $625.00), and (d) legal assistants and paralegals ($95.00 to $325.00). It is my understanding that Berger Singerman reviews and adjusts its billing rates annually. Berger Singerman has advised me that it will inform the Debtors of any adjustments to its existing rate structure.

6. The following represent the procedures that I, on behalf of the Debtors, have established to supervise Berger Singerman's fees and expenses and to manage costs:

  a. Prior to the commencement of the Debtors' chapter 11 cases, Berger Singerman developed a prospective budget and staffing plan for these chapter 11 cases which

3

13063128-6

reflects the (i) total number of timekeepers expected to work on the matter during the Budget Period (May 19, 2024 - August 23, 2024), and (ii) average hourly rate for each professional and paraprofessional. The Debtors recognize that in a large chapter 11 case such as this, it is possible that there may be unforeseen fees and expenses that need to be addressed by the Debtors and Berger Singerman.

        b.      I will review each and every application for compensation filed by Berger Singerman, both interim and final, and compare them against the Staffing Plan.

        c.      The Debtors do not usually attempt to negotiate rates with outside counsel, but do request that, to the extent practicable, that matters be delegated to professionals with lower hourly rates. Here, because chapter 11 work is specialized, the Debtors, together with Berger Singerman, will utilize the budgeting process to provide guidance on the period of time involved and the level of attorneys and professionals that will work on various matters, as well as the projection of average hourly rates for the attorneys and professionals for such matters.

<u>28 U.S.C. § 1746 Declaration</u>

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 11, 2024.

_____
Nicholas Haughey, as proposed Chief Restructuring
Officer of the Debtors, Red Lobster Management
LLC, *et al.*

4

13063128-6