**ORDERED.**

**Dated: June 14, 2024**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC, | Case No. 6:24-bk-02486-GER<br>Lead Case |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

    Debtors.
_____/

**ORDER APPROVING THE EMPLOYMENT OF PAUL STEVEN
SINGERMAN AND THE LAW FIRM OF BERGER SINGERMAN LLP AS
CO-COUNSEL TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE**

**THIS CASE** came before the Court for a hearing on June 14, 2024, at 9:30 a.m., in Orlando, Florida (the "Hearing"), upon the *Debtors' Application for Approval of the Employment of Paul Steven Singerman and the Law Firm of Berger Singerman LLP as Co-Counsel to the Debtors, Effective as of the Petition Date* [ECF No. 69] (the "Application") and the *Declaration of Paul Steven Singerman, on Behalf of Berger Singerman LLP, as Proposed Co-Counsel to the Debtors, Effective as of the Petition Date* (the "Singerman Declaration") attached to the Application as Exhibit A.  The Application requests entry an order approving the Debtors' employment of Berger Singerman LLP to represent them as co-counsel in these chapter 11 cases. The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334(b).  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue is proper before this Court pursuant to 28 U.S.C. § 1408. The relief requested in the Application is in the best interests of the Debtors, their estates and creditors.  The Singerman Declaration makes relevant disclosures as required by Fed. R. Bankr. P. 2014 and Fed. R. Bankr. P. 2016.  The Singerman Declaration contains a verified statement as required by Fed. R. Bankr. P. 2014 demonstrating that Paul Steven Singerman and Berger Singerman LLP are disinterested as required by 11 U.S.C. § 327(a).  Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a), the Court is authorized to grant the relief requested in the Application.  The Court having reviewed the Application,  the Singerman Declaration, and the *Verified Statement of Nicholas Haughey, Proposed Chief Restructuring Officer to the Debtors, Red Lobster Management LLC, et al., in Support of Debtors' Application for Approval of the Employment of Paul Steven Singerman and the Law Firm of Berger Singerman LLP as Co-Counsel to the Debtors, Effective as of the Petition*

*Date* filed under a Notice of Filing on June 12, 2024 [ECF No. 347], and, for the reasons stated on the record at the Hearing, all of which are incorporated herein, determines that good and sufficient cause exists to grant the relief requested in the Application. Accordingly, it is

    **ORDERED** that:

1. The Application is **APPROVED.**

2. The Debtors are authorized to employ and retain Berger Singerman LLP as co-counsel in these chapter 11 cases in accordance with the terms and conditions set forth in the Application and the Engagement Letter[1], effective as of the Petition Date.

3. Berger Singerman LLP shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtors. Berger Singerman LLP shall comply with the U.S. Trustee's *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* and this Court's *Order Granting Debtors' Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals*.

4. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #

*(Attorney Paul Steven Singerman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.