**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
<u>www.flmb.uscourts.gov</u>

IN RE:                                                          Chapter 11 Case

RED LOBSTER MANAGEMENT LLC,                 Case No. 6:24-bk-02486-GER

    Debtor.
_____/


<u>**SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL
AFFAIRS**</u>

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC, [1] | Case No. 6:24-bk-02486-GER<br>Lead Case |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

Debtors.
_____/

**GLOBAL NOTES AND**
**STATEMENTS OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING THE DEBTORS'**
**SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENTS OF FINANCIAL AFFAIRS**

Red Lobster Management LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement" and, collectively, the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

"Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the Middle District of Florida. The Debtors, with the assistance of their legal and financial advisors, prepared the unaudited Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes and statements of limitations, methodology, and disclaimers regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, each of the Schedules and Statements, and should be referred to, and referenced in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone, unconsolidated basis. The financial information contained in the Schedules and Statements is limited in scope, covers a limited time period, and is presented on a preliminary and unaudited basis. As such, the Schedules and Statements have not been subject to procedures that would typically be applied to financial statements prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP") and do not include all of the information and footnotes required by GAAP. Upon the application of such procedures, the financial information could be subject to changes, which could be material. The Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors historically prepared consolidated quarterly and annual financial statements. Solely to comply with their obligations in chapter 11 to prepare and file the Schedules and Statements, the Debtors have prepared the Schedules and Statements using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. The Schedules and Statements generally reflect operations and financial information of the Debtors on a non-consolidated basis, in a form not maintained by the Debtors in the ordinary course of their business, and are not intended to fully reconcile to the consolidated financial statements prepared by the Debtors. Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the historical consolidated financial reports. Because the Debtors' accounting systems, policies, and practices were developed to produce consolidated financial statements, rather than financial statements by legal entity, it is possible that not all assets, liabilities, income, or expenses have been recorded on the correct legal entity.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the

---

[2] The Global Notes supplement, and are in addition to, any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors prepared any of the Global Notes that relates to an individual Debtor and its Schedules and Statements and not to another Debtor and its Schedules and Statements should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements. Each of the Global Notes applies to all Debtors' Schedules and Statements.

Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their directors, managers, officers, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their directors, managers, officers, agents, attorneys, and financial advisors are advised of the possibility of such damages.

The Schedules and Statements have been signed by Nicholas Haughey, the Debtors' Chief Restructuring Officer and an authorized signatory for each of the Debtors. Mr. Haughey was assisted by the review and verification all of the Schedules and Statements by certain other members of the Debtors' management team. In reviewing the Schedules and Statements, Mr. Haughey and other members of the Debtors' management team have relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and other professionals. Given the scale of the Debtors' business, Mr. Haughey has not (and, practically, could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, amounts owed by specific Debtors, any classification of such amounts, and creditor addresses.

Any audit, any future analysis of the information contained in the Schedules and Statements (or the data there underlying), or any subsequent receipt of any information may result in material changes in information requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors. The Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate; *provided* that the Debtors, their agents, and their advisors expressly do not undertake any obligation to amend, modify, recategorize, revise, supplement, or update any of the information provided herein or to notify any third party should the information be amended, modified, recategorized, revised, supplemented, or updated, except to the extent required by applicable law.

The Schedules and Statements should not be relied upon by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the information (including results of operations) contained therein are not necessarily indicative of results which may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. The Schedules and Statements present the Debtors' best estimates regarding the information presented therein, but there can be no assurance that such information is complete, and the Schedules and Statements may be subject to

material revision.

## Global Notes and Overview of Methodology

1. **Description of the Cases**.  The Debtors commenced these voluntary cases under chapter 11 of the Bankruptcy Code on May 19, 2024 (the "Petition Date").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   On May 20, 2024, the Court entered an order authorizing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 62].  On May 31, 2024, the United States Trustee for the Middle District of Florida (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "Committee") [Docket No. 250]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The asset information provided in the Schedules and Statements represents the Debtors' asset data as of April 28, 2024, the date of the end of the Debtors' fiscal month immediately preceding the commencement of these chapter 11 cases, and the Debtors' liability data is as of the close of business on the Petition Date, in each case except as otherwise noted.

2. **Global Notes Control**.  Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.  In the event that the Schedules and Statements differ from any of the Global Notes, the Global Notes shall control.

3. **Reservation of Rights**.  Commercially reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.   The Debtors reserve all rights to amend, modify, recategorize, revise, supplement, or update the Schedules and Statements as may be necessary or appropriate but do not undertake any obligation to do so, except to the extent required by applicable law.  Nothing contained in the Schedules, Statements, or Global Notes shall constitute a waiver of rights with respect any issue in these chapter 11 cases, including, but not limited to, any rights under the Bankruptcy Code (including with respect to the automatic stay) and rights or claims the Debtors may hold against any third party or issues involving substantive consolidation, defenses, statutory or equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.   Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

   a. **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission, concession, or stipulation of the validity of any claim against any Debtors, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

b.  **Claims Description**.  Certain of the Debtors' Schedules identify creditors and set forth the Debtors' estimates of the claims of creditors as of the Petition Date. While the Debtors believe they were diligent in their efforts to include all such required claims and creditors, it is possible that certain claims and creditors may have been inadvertently excluded.  Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission, concession, or stipulation by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules and Statements on any grounds, including, but not limited to, amount, liability, priority, status, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."  The listing of a claim does not constitute an admission, concession, or stipulation as to any liability by the Debtors, and the Debtors reserve the right to amend the Schedules and Statements accordingly.

c.  **Recharacterization**.  The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  Nevertheless, due to the complexity of the Debtors' business, the Debtors may not have accurately characterized, classified, categorized, or designated certain items and/or may have omitted certain items.  Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired on a postpetition basis.

d.  **Classifications**.  The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F as either "priority" or "unsecured priority," or (iii) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission, concession, or stipulation by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Court, including, without limitation, the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral on a Limited Basis, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 393] (the "DIP Order"), the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

e.  **Estimates and Assumptions**.  As noted above, the Debtors have historically prepared financial statements on a consolidated basis, and it is on this basis that the Debtors continue to prepare and report financials in the ordinary course of their business.  To prepare these Schedules and Statements and report information on a legal-entity-by-legal-entity basis, the Debtors were required to make certain reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities, and the reported amounts of revenues and expenses as of the Petition Date.  Actual results could differ from such estimates.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

f.  **Causes of Action**.  Despite commercially reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors have not performed or prepared all potential analyses of potential avoidance actions arising under chapter 5 of the Bankruptcy Code or actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable, directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise.  Causes of action also include:  (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on, relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims pursuant to sections 362 or any section of chapter 5 of the Bankruptcy Code; (v) such Claims and defenses as fraud, mistake, duress, and usury, and any other defenses set forth in section 558 of the Bankruptcy Code; and (vi) any avoidance actions arising under chapter 5 of the Bankruptcy Code or under similar local, state, federal, or foreign statutes and common law, including, without limitation, fraudulent transfer laws, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions, or in any way prejudice or impair the assertion of such claims or causes of action.

g.  **Intellectual Property Rights**.  Exclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission, concession, or stipulation that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property on the Schedules and Statements shall not be construed to be an admission, concession, or stipulation that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property attributed to one Debtor's ownership may, in fact, be owned by another Debtor.  Accordingly, the Debtors reserve all rights with respect to the legal status of any and all intellectual property rights.

h.  **Insiders**.  The Debtors have attempted to include all payments made on or within twelve months before the Petition Date to any individual (and their relatives) or entity who, in the Debtors' good faith belief, may be deemed an "insider."   As to each Debtor, an individual or entity is designated as an "insider" for the purposes of the Schedules and Statements if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to dictate corporate policy and the disposition of corporate assets.   The Debtors have also considered the requirements of potential GAAP and potential Securities and Exchange Commission (the "SEC") reporting standards and their public disclosures with respect to designating certain individuals and entities as "insiders" herein.

The listing or omission of a party as an "insider" for the purposes of the Schedules and Statements is for informational purposes only and is not intended to be, nor should be construed as, an admission, concession, or stipulation that such parties are insiders for purposes of section 101(31) of the Bankruptcy Code. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for:  (i) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual or entity exercises or exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual or entity (or the Debtors) could successfully argue that it is not or was not an insider under applicable law, including, without limitation, the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.   Furthermore, certain of the individuals or entities identified as insiders may not have been insiders for the entirety of the twelve-month period before the Petition Date; nevertheless, the Debtors have included such individuals or entities herein out of an abundance of caution.   The Debtors reserve all rights with respect thereto.

## 4. **Methodology**

a.  **Basis of Presentation**.  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates.  Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under GAAP.  Therefore, as noted above, these Schedules and Statements neither purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, these Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each separate Debtor, as reasonably determined or estimated by the Debtors.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the proper Debtor entity.  Nevertheless, due to limitations within Debtors' accounting systems, it is possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements.  Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, a Debtor may report more assets than liabilities.  Such report shall not constitute an admission, concession, or stipulation that such Debtor was solvent on the Petition Date or at any time prior to or after the Petition Date.  Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission, concession, or stipulation that such Debtor was insolvent on the Petition Date or at any time prior to or after the Petition Date.  For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.  The Schedules and Statements contain unaudited information that is subject to further review and potential revisions.

b.  **Reporting Date**.  The asset information provided herein, except as otherwise noted, represents the Debtors' asset data as of April 28, 2024, the date of the end of the Debtors' fiscal month immediately preceding the commencement of these chapter 11 cases and the date of the Debtors' month-end closure to their balance sheet, and the Debtors' liability data is as of the close of business on the Petition Date, adjusted for authorized payments under the First Day Orders (as defined herein).

c.  **Confidentiality or Sensitive Information**.  Consistent with the *Order Granting Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to*

*File (A) a Consolidated Creditor Matrix and (B) a Consolidated List of the Top Thirty Unsecured Creditors; and (II) Authorizing the Debtors to Suppress Certain Personally Identifiable Information for Individual Creditors, Employees, and Parties in Interest* [Docket No. 201] (the "Creditor Matrix Order"), the Schedules and Statements intentionally redact certain information due to concerns for the privacy of an individual. In certain instances, the Schedules and Statements may intentionally omit or redact certain information due to concerns about the confidential or commercially sensitive nature of certain information. Any alterations or redactions in the Schedules and Statements are limited only to what the Debtors believe is necessary to protect the Debtors or the applicable third party, and the Debtors have provided interested parties with sufficient information to discern the nature of the listing. The Debtors may also be authorized or required to redact certain information from the public record pursuant to orders of the Court authorizing the Debtors to redact, seal, or otherwise protect such information from public disclosure.

d.  **Consolidated Entity Accounts Payable and Disbursement Systems**. Receivables and payables among the Debtors and among the Debtors and their non-Debtor affiliates are reported on Statement 4, Schedule A/B, and Schedule E/F, respectively, per the Debtors' unaudited books and records. As described more fully in the *Debtors' Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Use Existing Cash Management System, (II) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, (III) Honor Certain Related Prepetition and Postpetition Obligations, and (IV) Perform Intercompany Transactions, (B) Granting a Waiver of Certain Investment and Deposit Guidelines, and (C) Granting Related Relief* [Docket No. 37] (the "Cash Management Motion"), the Debtors utilize an integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated from their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Cash Management System is supported by over 700 bank accounts.

The listing of any amounts with respect to receivables and payables is not, and should not be construed as, an admission, concession, or stipulation regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables.

Prior to the Petition Date, the Debtors and certain non-Debtor affiliates engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims"). The Debtors maintain records of the Intercompany Claims. Pursuant to the *Final Order Granting Debtors' Emergency Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Use*

*Existing Cash Management System, (II) Maintain Bank Accounts and Continue Use of Existing Business Forms and Checks, (III) Honor Certain Related Prepetition and Postpetition Obligations, and (IV) Perform Intercompany Transactions, (B) Granting a Waiver of Certain Investment and Deposit Guidelines, and (C) Granting Related Relief* [Docket No. 394] (the "Cash Management Order"), the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein.  Thus, intercompany balances as of the Petition Date, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

In addition, in the ordinary course of business, certain of the Debtors act on behalf of other Debtors.  More specifically, Debtor Red Lobster Management LLC ("Red Lobster Management") makes payments on behalf of other Debtors, resulting in an intercompany charge and a liability to Red Lobster Management owed by the corresponding other Debtor.  Due to historical accounting practices, the Debtors are unable to ascertain with precision certain intercompany balances among specific Debtors and among Debtors and non-Debtor affiliates. Commercially reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.  Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission, concession, or stipulation that any Debtor entity is an obligor with respect to any such payment.  The Debtors reserve all rights to recharacterize or reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

e.    **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

f.    **Net Book Value of Assets**.  In many instances, current market valuations are not maintained by or readily available to the Debtors.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  As such, unless otherwise indicated, net book values set forth in these Schedules and Statements are presented as of the Petition Date for all assets.  When necessary, the Debtors have indicated that the value of certain assets is "Unknown" or "Undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The

omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights the Debtors have with respect to such asset. Nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be, an admission, concession, or stipulation that any Debtor was solvent or insolvent as of the Petition Date or any time prior to or after the Petition Date.

g.  **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated. The Debtors converted foreign-currency amounts to U.S. dollars using exchange rates from the Federal Reserve as of the close of business on May 19, 2024.

h.  **Payment of Prepetition Claims Pursuant to First Day Orders**. Following the Petition Date, the Court entered various orders authorizing, but not directing, the Debtors to, among other things, pay certain prepetition: (i) service fees and charges assessed by the Debtors' banks; (ii) insurance and surety obligations; (iii) employee wages, salaries, and related items (including, but not limited to, employee benefit programs and supplemental workforce obligations); (iv) taxes, license fees, and other assessments of governmental units; (v) customer program obligations; and (vi) certain vendor obligations (collectively, the "First Day Orders"). As such, outstanding liabilities may have been reduced by Court-approved postpetition payments made on account of prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements, unless otherwise indicated. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to an order of the Court (including the First Day Orders).

i.  **Other Paid Claims**. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, including, without limitation, filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

j.  **Setoffs**. The Debtors routinely incur setoffs in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes, including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates and other vendor payments, returns, warranties, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors. In accordance with Debtors' agreements with their vendors and other contract counterparties, these amounts are set off on a reoccurring basis against future revenues (or as a reduction to certain costs, as the case may be) in a normal-course reconciliation process with these partners.

Certain of these ordinary-course setoffs are not independently accounted for, and, as such, may be excluded from the Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted against them, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code.

k.      **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  Certain intangibles are listed in the asset schedules for the applicable Debtors.  While the Debtors have endeavored to attribute ownership of such property and equipment to the appropriate Debtor, such treatment may not reflect actual legal ownership.

The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Statements or Schedules is or shall be construed as an admission, concession, determination, or stipulation as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including, but not limited to, the recharacterization thereof.

l.      **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen's, or similar liens that may attach (or have attached) to such inventories, property, and equipment, and the Debtors reserve all rights with respect to such liens (if any).  Any liens under the Uniform Commercial Code, as adopted in any relevant jurisdiction, are listed on Schedule D as of the Petition Date.

m.      **Excluded Assets and Liabilities**.  In their efforts to prepare the Schedules and Statements, the Debtors have excluded certain assets and liabilities otherwise included in their financial statements or books and records.  Certain liabilities resulting from accruals, liabilities recognized in accordance with GAAP, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific rights to payment or other claims as of the Petition Date and are not otherwise set forth in the Schedules.  Additionally, certain deferred assets, charges, accounts, or reserves recorded for GAAP reporting purposes only, and certain assets with a net book value of zero, are not included in the Schedules.  Other excluded categories of assets and liabilities include, but are not limited to, deferred tax assets and liabilities, deferred income, deferred charges, self-insurance reserves, favorable lease rights, and unfavorable lease liabilities.  In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to the First Day Orders or other orders that may be entered by the Court.  Other immaterial assets and liabilities may also have been excluded.

n.     **Undetermined Amounts**.   The description of an amount as "unknown," "undetermined," or any similar characterization is not intended to reflect upon the materiality of such amount.

o.     **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown," "undetermined," or any similar characterization.  If there are unknown or undetermined amounts that represent valid, viable, or valuable assets or liabilities, the actual totals may be materially different from the listed totals.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

p.     **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or other adjustments due from such creditors to the Debtors or (ii) be net of accrued credits, allowances, rebates, trade debits, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and postpetition payments, if applicable.  The Debtors reserve all rights with regard to such credits, allowances, and other adjustments, including, but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

q.     **Guarantees and Other Secondary Liability Claims**.  The Debtors exercised their commercially reasonable efforts to locate and identify guarantees and other secondary liability claims (the "Guarantees") in their secured financings, debt instruments, leases, and other agreements.   Nevertheless, a review of these agreements, specifically the Debtors' unexpired leases and executory contracts, is ongoing.   Where such Guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor or Debtors. The Debtors have reflected the obligations under the Guarantees for both the primary obligor and the guarantors with respect to their secured financings, debt instruments, leases, and other such agreements on Schedule H.   Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, leases, and other agreements inadvertently may have been omitted.   The Debtors may identify additional Guarantees as they continue their review of their books and records and contractual agreements. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional Guarantees are identified.

r.     **Leases**.  The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements.  To the extent that there was an amount outstanding on account of such lease as of the Petition Date, the

creditor has been included on Schedule E/F of the Schedules. In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other property interests, and/or equipment from third-party lessors for use in the daily operation of their business. Any such prepetition obligations that are known to the Debtors have been listed on Schedule F, the underlying lease agreements are listed on Schedule G or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A/B. Nothing in the Schedules and Statements is, or shall be construed to be, an admission, concession, determination, or stipulation as to the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

s.    **Executory Contracts**.  Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

t.    **Allocation of Liabilities**.  The Debtors, in consultation with their advisors, have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend and/or supplement the Schedules and Statements as they deem appropriate in this regard.

u.    **Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

v.    **Umbrella or Master Agreements**.  Contracts and leases listed in the Schedules and Statements may be umbrella, master, or national agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only for the Debtor entity that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate. The master service agreements or other ancillary documents have been listed in Schedule G, but do not reflect any decision by the Debtor as to whether or not such agreements are executory in nature.

**<u>Notes Specific to Certain of the Debtors' Schedules of Assets and Liabilities</u>**

Schedules A/B, D, E/F, G, and H may contain explanatory or qualifying notes that pertain to the information provided in the Schedules. Those Schedule-specific notes are incorporated

herein by reference.  Unless otherwise noted, the asset totals listed on the Schedules are derived from amounts included in the Debtors' books and records as of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different from the total listed.

1. **Schedule A/B**

    a.    **Part 1**.  The cash amounts listed are as of the Petition Date for the corresponding Debtor and reflect the bank balance, not the net book value.  The Debtors have excluded "Change Funds" from question 2, which represent small amounts of cash (approximately $1,000) maintained at each of the Debtors' restaurants and used to provide change to customers.

    b.    **Part 2**.  The Debtors maintain certain deposits in the ordinary course of their business operations.  These deposits are included in the Schedules for the appropriate legal entity.  Types of deposits include, among other things, security deposits and utility deposits.  Certain prepaid or amortized assets are not listed in Part 2 in accordance with the Debtors' accounting policies.  The amounts listed in Part 2 do not necessarily reflect values that the Debtors will be able to collect or realize.

    c.    **Part 3**.  The Debtors' accounts receivable information includes receivables from the Debtors' customers, vendors, or third parties, which are calculated net of any amounts that, as of the Petition Date, may be owed to such parties in the form of offsets or other price adjustments pursuant to the Debtors' customer programs and day-to-day operations or may, in the Debtors' opinion, be difficult to collect from such parties due to the passage of time or other circumstances.  The accounts receivable balances in this section exclude intercompany receivables and credit card receivables, which the Debtors historically have treated (and treat for purposes of the Schedules and Statements) as cash equivalents.

    d.    **Part 4**.  Part 4 identifies only subsidiaries owned directly by the Debtor entity.  Subsidiaries owned indirectly by the Debtor entity are not listed.  Ownership interests in subsidiaries, partnerships, and joint interests have been listed in Schedule A/B, Question 15 as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

    e.    **Part 7**.  Actual realizable values may vary significantly relative to net book values as of the Petition Date.  From time to time, the Debtors liquidate certain assets, including furniture, fixtures, and equipment, in connection with the closure of certain restaurant locations.  Certain of such liquidations are reported on Statement 13 of the applicable Debtor's Statements.  The Debtors have historically accounted for (and continue to account for in the ordinary course of business) furniture, fixtures, and certain leasehold improvements on a combined basis.  Due to this historical accounting treatment and associated record-keeping practices, the Debtors are unable to separately disclose furniture, fixtures, and

certain leasehold improvements and have listed them as a combined entry in the Schedules.

f.     **Part 8**.  Property leased by the Debtors is listed in Schedule G and is not listed in Part 8 of Schedule A/B, with the exception of any lease or security deposits for such property, which is listed on Schedule A/B.  Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.

g.     **Part 9**.  Property leased by the Debtors is listed in both Part 9 of Schedule A/B and Schedule G.  Furthermore, property values are scheduled in accordance with the Debtors' books and records, which may not comport with the legal owner of record.  Actual realizable values of the assets identified may vary significantly relative to net book values as of the Petition Date.  The Debtors reserve all rights to recharacterize their interests in real property at a later date.  Due to the large volume of leasehold improvements across various locations, it is not practicable nor feasible for the Debtors to list each individually.

h.     **Part 10**.  Part 10 identifies the various trademarks, patents, environmental permits, and website domains owned and maintained by the Debtors.  The Schedules may not list the value of such intangible assets as no recent appraisals have been performed.  Various software licenses the Debtors use for its operations, which are easily obtainable and hold minimal value, are not included.

i.     **Part 11**.  The Debtors maintain various insurance policies administered by multiple third-party insurance carriers and various surety bonds provided by multiple third-party sureties.  The insurance policies provide coverage for, among other things, the Debtors' property, general liability, automobile liability, transportation liability, cyber liability, umbrella coverage, casualty liability, fiduciary liability, pollution liability, and directors' and officers' liability (including tail coverage).  The Debtors more fully describe such policies in the *Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, Surety Bonds and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief* [Docket No. 39] and the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Enter into the New Insurance Program, (II) Authorizing Assumption of the Existing Insurance Program, and (III) Granting Related Relief* [Docket No. 41] (collectively, the "Insurance Motions").  Any policies owned by suppliers to which Debtor entities may have been added as a beneficiary are not included.

In addition, the Debtors have attempted to list known causes of action and other claims.  Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission, concession, or stipulation that such cause of action,

16

claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

## 2. **Schedule D**

a. The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. To the best of the Debtors' knowledge, all claims listed on Schedule D arose, or were incurred before the Petition Date.

b. Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (b) the descriptions provided on Schedule D and herein are intended to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Detailed descriptions of the Debtors' prepetition debt contained on Schedule D are contained in the *Declaration of Jonathan Tibus in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 6] (the "First Day Declaration").

c. The DIP Order approved the satisfaction of certain prepetition secured claims and a "roll-up" of certain other prepetition secured claims, converting such claims into principal obligations under the Debtors' postpetition financing facility. The claims set forth on Schedule D do not take into account the claims that have been satisfied or rolled-up in accordance with the DIP Order and instead reflect the full amount outstanding under the Debtors' prepetition secured credit facilities as of the Petition Date.

d. The liens identified herein were identified based on lien searches conducted by the Debtors or their professionals in May 2024. However, the Debtors have not confirmed the validity of these liens or the underlying amounts owed in all cases. Therefore, certain of these liabilities are listed in undetermined amounts and marked as contingent, unliquidated, and disputed in order to preserve the rights of the Debtors, and the Debtors expressly retain their rights to deem any such obligations as reinstated and rendered unimpaired.

e. Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.

f.   Schedule D does not include beneficiaries of letters of credit. Although the claims of such parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

g.   The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, any of the Debtors, or through judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown.

**3.   Schedule E/F**

a.   **Part 1**. The claims listed on Part 1 arose and were incurred on various dates. A determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Part 1. To the best of the Debtors' knowledge, all claims listed on Part 1 arose or were incurred before the Petition Date.

The Debtors have not listed any wage or wage-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for wages, salaries, expenses, benefits, and other compensation as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

The Debtors also have not listed any tax-related obligations that the Debtors have paid pursuant to the First Day Orders on Part 1. The Debtors believe that all such claims for taxes as described in the First Day Orders have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted to the Debtors in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Part 1 are entitled to priority claims under the Bankruptcy Code.

b.   **Part 2**. The Debtors have exercised commercially reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for all Debtors should be reviewed in these cases for a complete understanding of the unsecured claims against the Debtors. More specifically, because, as noted above, the Debtors have historically prepared financial statements on a consolidated basis, and it is on this basis that the Debtors continue to prepare and report financials in the ordinary course of their business, certain estimates and prorations were used to determine the amounts of prepetition unsecured claims for each Debtor. Where applicable, Part 2 reflects prepetition liabilities on a respective Debtor's balance sheet. In other cases, the Debtors have made commercially reasonable efforts to

estimate prepetition liabilities attributable to a respective Debtor and adjusted information reflected in the Debtors' consolidated financial systems accordingly. For the avoidance of doubt, demand letters received from potential litigants that do not list a specific Debtor are listed on the Schedules of Red Lobster Management.

Certain creditors listed on Part 2 may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Part 2 may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and/or recoupment rights that may be asserted against the Debtors by a creditor, including, but not limited to, any and all rights preserved pursuant to section 558 of the Bankruptcy Code. Additionally, certain trade payables associated with vendors who may have offsetting rebate balances are listed in the asset schedules for Red Lobster Management. This treatment may not reflect actual entity obligations. Additionally, certain creditors may assert mechanics' or other similar liens against the Debtors for amounts listed on Part 2. The Debtors reserve all rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of any Debtor. In addition, certain claims listed on Part 2 may potentially be entitled to administrative expense priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have made commercially reasonable efforts to include all unsecured creditors on Part 2 including, but not limited to, vendors, software companies, landlords, utility companies, affiliates, consultants, and other service providers. Nonetheless, the possibility exists that there are instances where creditors have not been included on Part 2, including, but not limited to, instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and have not been included on Part 2.

Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of the Petition Date. The Debtors have excluded workers' compensation claims from the Schedules because the Debtors are fully insured for and continue to honor their workers' compensation obligations in the ordinary course in accordance with (i) the *Final Order Granting Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs, and (III) for Related Relief* [Docket No. 382] (the "Wages Order") and (ii) the *Order Granting Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, Surety Bonds and Related Agreements; (II) Honor Certain Obligations in Respect Thereof; and (III) for Related Relief* [Docket. No. 151].

Part 2 does not include certain balances, such as deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

Part 2 does not include reserves for liabilities that may have arisen under litigation or threatened litigation in which a Debtor is a defendant unless there is a final judgment or a settlement agreement.

Part 2 includes certain intercompany claims. As noted above, in the ordinary course of business, Red Lobster Management makes payments on behalf of other Debtors, resulting in an intercompany charge and a liability to Red Lobster Management owed by the corresponding other Debtor. As a result of the Debtors' centralized cash management system described in the Cash Management Motion, there are frequent and voluminous intercompany charges reflected in intercompany balances maintained by each of the Debtors. Because these intercompany balances do not affect the Debtors' consolidated operations or financial reporting, they are rarely, if ever, reconciled or cleared. Due to historical accounting practices, the Debtors are unable to ascertain with precision certain intercompany balances among specific Debtors and among Debtors and non-Debtor affiliates. For purposes of Part 2, the Debtors have disclosed the intercompany balances between Red Lobster Management and each of the other Debtors (as well as their non-Debtor affiliates, where applicable), in each case as of April 28, 2024, the date of the end of the Debtors' fiscal month immediately preceding the commencement of these chapter 11 cases.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtors reserve all rights with respect to any such credits and/or allowances, including, but not limited to, the right to assert objections and/or setoffs or recoupments with respect to same.

The Court has authorized the Debtors to pay, in their discretion, certain non-priority unsecured claims pursuant to the First Day Orders. To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments made under some or all of the First Day Orders. Each Debtor's Schedule E/F will reflect some of that Debtor's payment of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to the First Day Orders and other orders of the Court and the Debtors reserve all rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claims. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

For the avoidance of doubt, the names, addresses, and emails of individual creditors have been redacted pursuant to the Creditor Matrix Order. Such customers and members have been sent and will be sent individualized notices as appropriate in these chapter 11 cases.

4. **Schedule G.** Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements") as of the filing of the Statements and Schedules, the Debtors' collection and review process of the Agreements is ongoing and inadvertent errors, omissions, or over- or under-inclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, master service agreements, and confidentiality agreements which may not be set forth in Schedule G. Omission of a contract or agreement from Schedule G does not constitute an admission, concession, or stipulation that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors have made reasonable efforts to identify the Debtor entity for each contract, and, in instances where this could not be determined, the contract is listed on Red Lobster Management's Schedules.

Schedule G may be amended at any time to add any omitted Agreements. Likewise, the listing of an Agreement on Schedule G does not constitute an admission, concession, or stipulation that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not independently set forth on Schedule G.

5. **Schedule H.**

The Debtors are party to various debt agreements that were executed by multiple Debtors. The guaranty obligations under prepetition secured credit agreements are noted on Schedule H for each individual Debtor.

In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. Some of these matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. To the extent such claims are listed elsewhere in the Schedules of each applicable Debtor, they have not been set forth individually on Schedule H.

In the event that two or more Debtors are co-obligors with respect to a scheduled debt or guaranty, such debt or guaranty is listed in the Schedules and Statements of each such Debtor at the full amount of such potential claim.

No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors.

To the extent the Global Notes include notes specific to Schedules D-G, such Global Notes also apply to the co-Debtors listed in Schedule H.  The Debtors reserve all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

### Notes Specific to Certain of the Debtors' Statements of Financial Affairs

6.  **Statement 1 and Statement 2.**  In the ordinary course of business, the Debtors receive rebates and other payments from vendors in connection with the Debtors' business relationship with such vendors.  Consistent with GAAP, the Debtors have historically accounted for such payments not as revenue but as a reduction to the costs associated with such payments.  Accordingly, the Debtors do not include such amounts as revenue on Statement 1 or Statement 2.

    In addition, the Debtors received certain benefits in connection with relief programs designed to combat the effects of the COVID-19 pandemic, including Payroll Protection Program ("PPP") federal government loans in the United States and rent and wage subsidies from the Canadian government.  Consistent with GAAP (and Internal Revenue Service guidance with respect to PPP loans), the Debtors do not treat such amounts as revenue or income.  Accordingly, the Debtors do not include such amounts as revenue on Statement 1 or Statement 2.

7.  **Statement 3.**  As described in the Cash Management Motion, the Debtors utilize their integrated, centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.

    The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from February 19, 2024, through May 19, 2024.  Amounts still owed to creditors will appear on the Schedules for each Debtor, as applicable.

    The response to Statement 3 excludes regular salary payments and disbursements or transfers for this period, which are listed, to the extent required, on Statement 4.  The response to Statement 3 excludes payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy for this period, which are listed on Statement 11.

    As described in detail in the Wages Motion and the Cash Management Motion, the Debtors participate in an employee emergency assistance program maintained by non-Debtor Red Lobster Cares, Inc. ("RL Cares"), a Florida not-for-profit corporation.  Pursuant to such

program, employees may elect to donate (through paycheck deductions) to RL Cares for grants to employees experiencing hardship meeting certain criteria. Prior to the Petition Date, in certain cases, employee donations for a given payroll period to RL Cares were netted against grants made by RL Cares during the same payroll period, after which Red Lobster Management made direct payments to the employees receiving grants and paid the balance of employee donations to RL Cares. This practice was terminated prior to the Petition Date; Red Lobster Management currently makes no direct grant payments, and all such payments are made by RL Cares. Nonetheless, certain direct grant payments made by Red Lobster Management prior to the Petition Date may be included in Statement 3.

8. **Statement 4.** As described in the Cash Management Motion, certain Debtor cash accounts are zero-balance accounts or receipt accounts. Balances in these accounts are swept on at least a daily basis to Debtor concentration accounts. These transfers are ordinary course and voluminous and, for those reasons, have not been included on Statement 4.

**Payments to Individuals.** The listing or omission of a party as an "insider" for the purposes of Statement 4 or otherwise in the Schedules and Statements is for informational purposes only and is not, is not intended to be, and should not be construed as an admission, concession, or stipulation that such parties are insiders for purposes of section 101(31) of the Bankruptcy Code.

Payments made to Alvarez & Marsal North America LLC ("Alvarez & Marsal") are reflected in the Debtors' responses to Statement 11. Payments made by Alvarez & Marsal to the Debtors' Chief Executive Officer Jonathan Tibus and the Debtors' Chief Restructuring Officer Nicholas Haughey are not listed in response to Statement 4. None of the Debtors have made or currently make payments directly to Mr. Tibus or Mr. Haughey.

As described more fully in the Cash Management Motion and authorized in the Cash Management Order, the Debtors provide certain employees (including certain employees listed as "insiders" for purposes of Statement 4) with corporate credit cards or purchasing cards for business expenses. While these cards may be issued in the individual employees' names, the Debtors' bank accounts are automatically debited to pay any outstanding balances. Expenses charged to such credit cards and any corresponding payments by the Debtors to the card issuers are not included on Statement 4.

As described more fully in the *Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtors to (I) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Employee Obligations, (II) Maintain Employee Benefit Programs and (III) for Related Relief* [Docket No. 16] (the "Wages Motion"), the Debtors historically offered a performance unit incentive benefit program to certain of their employees (including certain employees listed as "insiders" for purposes of Statement 4, although the relief sought in the Wages Motion and granted by the Wages Order does not include the payment of any amount under such benefit program to any insider). Awards under the performance unit policy are payable in cash based on the value of the award on the vest date, and such cash amounts are included on Statement 4.

**Payments to Certain Affiliates.**  In the ordinary course of business, Red Lobster Management contracts with Kenneth O Lester Company, Inc. (d/b/a PFG Customized Distribution, "PFG") to provide custom distribution services.  Under the arrangements with PFG, (1) the Debtors direct PFG to purchase food products (including food products produced exclusively for use in Red Lobster restaurants) from specific suppliers (the "Suppliers") determined by the Debtors (including the Debtors' indirect owner Thai Union Group and certain of its subsidiaries, such as Chicken of the Seas Frozen Foods (collectively, "Thai Union")); (2) PFG purchases products from these Debtor-determined suppliers; and (3) PFG sells and delivers such products to the Debtors on an as-needed basis.

The Debtors typically do not pay the Suppliers directly for products; rather, the Debtors pay PFG for products when such products are delivered to the Debtors' restaurants.  For purposes of Statement 4 and in the interest of full disclosure, the Debtors have endeavored to include any amounts paid to PFG that benefited Thai Union.  Because the Debtors do not make payments directly to Thai Union under their arrangements with PFG, the dates for payments for the benefit of Thai Union included in Statement 4 may reflect the date of receipt for the food products purchased by the Debtors.  In addition, any such amounts paid to PFG within 90 days before the Petition Date are also included in the Debtors' response to Statement 3.

**Remittance of Employee Charitable Contributions.**  As described in detail in the Wages Motion and the Cash Management Motion, certain of the Debtors' employees may elect to donate (through paycheck deductions) to RL Cares for grants to employees experiencing hardship meeting certain criteria.  While such donations by employees do not represent payments of any property of the Debtors' estates, Red Lobster Management withholds the appropriate deductions and remits the employee donations to RL Cares, and Statement 4 includes such remittances out of an abundance of caution and in the interest of full disclosure.

**Intercompany Claims.**  Due to historical accounting practices, the Debtors are unable to ascertain with precision certain intercompany balances among specific Debtors and among Debtors and non-Debtor affiliates.  More specifically, in the ordinary course of business, Red Lobster Management makes payments on behalf of other Debtors, resulting in an intercompany charge and a liability to Red Lobster Management owed by the corresponding other Debtor.  As a result of the Debtors' centralized cash management system described in the Cash Management Motion, there are frequent and voluminous intercompany charges reflected in intercompany balances maintained by each of the Debtors.  Because these intercompany balances do not affect the Debtors' consolidated operations or financial reporting, they are rarely, if ever, reconciled or cleared.  For purposes of Statement 4, the Debtors have disclosed the net increase or decrease in the intercompany balances between Red Lobster Management and each of the other Debtors (as well as their non-Debtor affiliates, where applicable), in each case within one year before the filing of these chapter 11 cases.  The Debtors have not disclosed certain notional cash movements or "sweeps" pursuant to intercompany automated clearing house and zero-balance-account credits and debits.

9. **Statement 7**. Information provided on Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum. While the Debtors believe they were diligent in their efforts to include all such information on Statement 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Statement 7. The Debtors reserve all rights to amend or supplement their response to Statement 7.

10. **Statement 9**. For the avoidance of doubt, Statement 9 excludes de minimis charitable contributions. Statement 9 includes certain donations to RL Cares and to Make-a-Wish Foundation of America ("Make-a-Wish"). Such donations reflect remittances of (in the case of RL Cares) donations made by certain of the Debtors' employees and deducted from such employees' paychecks and (in the case of Make-a-Wish) donations made by certain of the Debtors' customers and added to such customers' dining bills. While such remittances do not represent payments of any property of the Debtors or their estates, Statement 9 includes such remittances out of an abundance of caution and in the interest of full disclosure. The Debtors historically have made and, in the ordinary course of business, continue to make food donations that are facilitated by Food Donation Connection LLC, an organization that coordinates and manages food donation programs for restaurant and food service companies. Statement 9 lists the ultimate recipient of various such food donations that are coordinated through Food Donation Connection.

11. **Statement 10**. The Debtors have made reasonable efforts to identify the Debtor entity for each loss, and, in instances where this could not be determined, the loss is listed on Red Lobster Management's Schedules. The Debtors do not track or account for losses from inventory shrinkage. Historically, the Debtors have conducted inventories approximately each month, and such inventories are reflected on the Debtors' responses to Statement 27.

12. **Statement 11**. All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement 11. Due to the nature of certain of the Debtors' professionals' work, distinguishing payments related to the Debtors' bankruptcy proceedings from payments for services unrelated to the Debtors' bankruptcy proceedings can be difficult. The Debtors have therefore included some payments related to non-bankruptcy-related services on Statement 11 out of an abundance of caution. Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

   In addition, the Debtors have listed payments made to professionals retained by the Debtors but not payments made to advisors of their prepetition and postpetition secured lenders or other parties.

13. **Statement 13.** While in certain cases the Debtors may attempt to sell furniture, fixtures, equipment, and other assets when closing a restaurant location (and such sales, as applicable, are reflected on Statement 13), in other cases the Debtors may abandon furniture, fixtures, equipment, and other assets when leaving a leased property due to their

limited value.  The Debtors do not track abandoned property and, accordingly, have not reported it in Statement 13.

14. **Statement 20**.  The locations listed for off-premises storage in Statement 20 do not include cloud-based storage of electronic data.

15. **Statement 26**.  The Debtors provide certain parties such as banks, auditors, potential investors, vendors, and financial advisors with financial statements that may not be part of a public filing.  The Debtors do not maintain detailed records tracking such disclosures and do not list such parties in Statement 26.

16. **Statement 30**.  Please refer to the "Methodology" section and other provisions of the Global Notes regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name    Red Lobster Management LLC

United States Bankruptcy Court for the:    Middle District of Florida, Orlando Division

Case number (If known):    24-02486

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**

      Copy line 88 from *Schedule A/B* ...................................................................................................... | $ | 3,340,704.95

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B* ...................................................................................................... | $ | 354,942,025.04*

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B* ...................................................................................................... | $ | 358,282,729.99*

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .......................................... | $ | 280,205,857.73*

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................................ | $ | 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................................................... | **+** $ | 118,777,666.52*

4. **Total liabilities** ..................................................................................................................................

   Lines 2 + 3a + 3b | $ | 398,983,524.25*

---

**\*Plus Undetermined Amounts**

| Fill in this information to identify the case: |
| --- |

Debtor name    Red Lobster Management LLC

United States Bankruptcy Court for the:    Middle District of Florida, Orlando Division

Case number (If known)    24-02486

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**    $                    0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1  See Attached Rider | | ___ ___ ___ ___ | $    27,491,689.19 |
| 3.2 | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1  None | | $    0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $    27,491,689.19

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.    Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
| --- | --- |
| 7.1  See Attached Rider | $    3,958,566.04 |
| 7.2 | $ |

Debtor    Red Lobster Management LLC          Case number (if known) 24-02486
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  See Attached Rider _____    $    8,103,461.25

   8.2  _____    $    _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                    $    12,062,027.29

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐  No. Go to Part 4.

    ☑  Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 11. **Accounts receivable** | | | |
| 11a. 90 days old or less: | 723,980.63 — face amount | 0.00 doubtful or uncollectible accounts | = ...... → $ 723,980.63 |
| 11b. Over 90 days old: | 0.00 face amount | 0.00 doubtful or uncollectible accounts | = ...... → $ 0.00 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $    723,980.63

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐  No. Go to Part 5.

    ☑  Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 None | | $ 0.00 |
| 14.2 | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 See Attached Rider | % | | $ Undetermined |
| 15.2 | % | | $ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| Describe: | | |
|---|---|---|
| 16.1 None | | $ 0.00 |
| 16.2 | | $ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                    $    Undetermined

*Plus Undetermined Amounts

Debtor    Red Lobster Management LLC
          Name                                                    Case number (if known) 24-02486

## Part 5:    Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑  No. Go to Part 6.
☐  Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **20.  Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23.  **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24.  **Is any of the property listed in Part 5 perishable?**

☐  No
☐  Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐  No
☐  Yes. Book value  $ _____    Valuation method _____    Current value  $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐  No
☐  Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑  No. Go to Part 7.
☐  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops–either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

Debtor ___Red Lobster Management LLC___ Case number (if known) _24-02486_
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.  $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value  $ _____    Valuation method _____    Current value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38 **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| Office Furniture | $ 9,054.81 | Net Book Value | $ 9,054.81 |
| 40. **Office fixtures** | | | |
| None | $ _____ | | $ 0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $ 15,634,666.55 | | $ 15,634,666.55 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | $ _____ | | $ 0.00 |
| 42.2 | $ _____ | | $ _____ |
| 42.3 | $ _____ | | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.  $ 15,643,721.36

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Debtor | Red Lobster Management LLC | Case number (If known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General Description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $ | | $               0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $ | | $               0.00 |
| 48.2 | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $ | | $               0.00 |
| 49.2 | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attached Rider | $         786,363.25 | | $         786,363.25 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $         786,363.25 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Red Lobster Management LLC                                      Case number (if known)  24-02486
             Name

## Part 9:    Real property

54.  **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.

☒  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1  See Attached Rider | | $       3,340,704.95 | | $       3,340,704.95 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.        $       3,340,704.95

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐  No

☒  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒  No

☐  Yes

## Part 10:    Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐  No. Go to Part 11.

☒  Yes. Fill in the information below.

| General Description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of debtor's<br>interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $       Undetermined | | $       Undetermined |
| 61.  **Internet domain names and websites** | | | |
| None | $ | | $       0.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| None | $ | | $       0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| Red Lobster Customer Rewards Program | $ | N/A | $ |
| 64.  **Other intangibles, or intellectual property** | | | |
| None | $ | | $       0.00 |
| 65.  **Goodwill** | | | |
| Goodwill | $       Undetermined | N/A | $       Undetermined |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.        $       Undetermined

**\*Plus Undetermined Amounts**

Debtor    Red Lobster Management LLC    Case number (if known) 24-02486
_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | | | | **Current value of debtor's interest** |

71. **Notes receivable**

Description (include name of obligor)

None _____ — _____ = → $ 0.00

| | Total Face Amount | Doubtful or uncollectible Amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None | Tax Year _____ | $ 0.00 |
| _____ | Tax Year _____ | $ |
| _____ | Tax Year _____ | $ |

73. **Interests in insurance policies or annuities**

See Attached Rider                                          $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See Attached Rider                                          $ Undetermined

**Nature of Claim** _____

**Amount Requested** $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See Attached Rider                                          $ Undetermined

**Nature of Claim** _____

**Amount Requested** $ _____

76. **Trusts, equitable or future interests in property**

None                                                        $ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attached Rider                                          $ 298,234,243.32

                                                            $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $ 298,234,243.32*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

*Plus Undetermined Amounts

| Debtor | Red Lobster Management LLC | | Case number (If known) | 24-02486 |
| | Name | | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $      27,491,689.19 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $      12,062,027.29 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $      723,980.63 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $      Undetermined | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $      0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $      0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $      15,643,721.36 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $      786,363.25 | |
| 88. | **Real property.** *Copy line 56, Part 9.* . .............................................................. → | | $3,340,704.95 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $      Undetermined | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $      298,234,243.32* | |
| 91. | **Total.** Add lines 80 through 90 for each column.............................91a. | $      354,942,025.04* | + 91b. $3,340,704.95 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................................................. | | $      358,282,729.99* |

**\*Plus Undetermined Amounts**

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| City National Bank of Florida | Petty Cash Account | 3548 | $30,112.65 |
| HSBC | Petty Cash Account | 5645 | $2,882.19 |
| Orlando Federal Credit Union | Liquor Accounts | 8510 | $47,458.25 |
| US Bank | Short Term Investment Account | 0450 | $0.00 |
| Wells Fargo | Adequate Assurance Account | 6463 | $0.00 |
| Wells Fargo | AP Disbursements Account – ZBA | 5282 | $0.00 |
| Wells Fargo | Brokerage Account | 6161 | $12,619.23 |
| Wells Fargo | Checks Receipts Account - ZBA | 0920 | $0.00 |
| Wells Fargo | Credit Card Collateral Account | 9816 | $0.00 |
| Wells Fargo | Delivery Account - ZBA | 4562 | $0.00 |
| Wells Fargo | LC Cash Collateral Account | 0008 | $16,021,091.00 |
| Wells Fargo | Money Market Account | 6434 | $3,539,170.84 |
| Wells Fargo | Payroll Account - ZBA | 0722 | $0.00 |
| Wells Fargo | Restaurant Master Depository Account | 1036 | $523,139.10 |
| Wells Fargo | Special Disbursement Account - ZBA | 0912 | $0.00 |
| Wells Fargo | U.S. Disbursement Account | 6978 | $6,659,218.76 |
| Wells Fargo | U.S. Master Concentration Account | 1044 | $655,997.17 |
| | TOTAL | | **$27,491,689.19** |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Deposits, including security deposits and utility deposits<br>*(Description, including name of holder of deposit)* | Current value of debtor's interest |
|---|---|
| ADP Pay Cards | $81,860.13 |
| ADP Tip Deposit | $1,805,766.31 |
| ADP Tuition Reimbursement | $1,807.60 |
| Utility Deposit | $4,132.00 |
| Zurich Loss Reserve | $2,065,000.00 |
| **TOTAL** | **$3,958,566.04** |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent  *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepaid - Directors & Officers Insurance | $1,023,548.01 |
| Prepaid - Miscellaneous | $1,952,716.13 |
| Prepaid - Other Insurance | $1,125,639.57 |
| Prepaid - POS Equip Maint | $5,993.01 |
| Prepaid - Property Insurance | $1,124,945.21 |
| Prepaid - Rent | $218,621.40 |
| Prepaid - Software Licenses | $2,170,395.46 |
| Prepaid - Software Maintenance | $478,602.46 |
| Tax Prepayment - Florida Sales and Use Tax (RED LOBSTER MANAGEMENT) | $3,000.00 |
| **TOTAL** | **$8,103,461.25** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| RL Kansas LLC | 100 | Market Value | Undetermined |
| Red Lobster Sourcing LLC | 100 | Market Value | Undetermined |
| Red Lobster of Texas, Inc. | 100 | Market Value | Undetermined |
| RL Maryland, Inc. | 96 | Market Value | Undetermined |
| RL Salisbury, LLC | 20 | Market Value | Undetermined |
| RL Columbia LLC | 90 | Market Value | Undetermined |
| Red Lobster Hospitality LLC | 100 | Market Value | Undetermined |
| Red Lobster of Bel Air, Inc. | 70 | Market Value | Undetermined |
| RLSV, Inc. | 100 | Market Value | Undetermined |
| Red Lobster Canada, Inc. | 100 | Market Value | Undetermined |
| Red Lobster Restaurants LLC | 100 | Market Value | Undetermined |
| RL of Frederick, Inc. | 100 | Market Value | Undetermined |
| Red Lobster International Holdings LLC | 100 | Market Value | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Red Lobster Management LLC                                      Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| Office equipment, including all computer equipment and communication systems equipment and software | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Administrative Equipment | $280,001.82 | Net Book Value | $280,001.82 |
| Software | $13,663,780.23 | Net Book Value | $13,663,780.23 |
| IT Projects | $1,690,884.50 | Net Book Value | $1,690,884.50 |
| | | **TOTAL** | **$15,634,666.55** |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Construction in Process - New Restaurants Furniture and Fixtures | $515,427.28 | Net Book Value | $515,427.28 |
| Restaurant Equipment | $247,403.57 | Net Book Value | $247,403.57 |
| Restaurant Furniture | $3,774.48 | Net Book Value | $3,774.48 |
| Restaurant Fixtures | $19,757.92 | Net Book Value | $19,757.92 |
| | | **TOTAL** | **$786,363.25** |

Debtor Name:  Red Lobster Management LLC                                                  Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Leasehold Improvements | Leased Restaurants | $1,088,958.25 | Net Book Value | $1,088,958.25 |
| Construction in Process - Existing restaurants combined furniture, fixtures and leasehold improvements | Leased Restaurants | $2,251,746.70 | Net Book Value | $2,251,746.70 |
| | | | **TOTAL** | **$3,340,704.95** |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Red Lobster<br>Country - Australia<br>Application Number - 458241<br>Application Date - 01/09/1987<br>Registration Number - 458241<br>Registration Date - 02/07/1990 | Undetermined | N/A | Undetermined |
| Trademark - Cheddar Bay Biscuits<br>Country - United States - (US)<br>Application Number - 76526845<br>Application Date - 07/02/2003<br>Registration Number - 2912222<br>Registration Date - 12/21/2004 | Undetermined | N/A | Undetermined |
| Trademark - Lobsterfest  (Stylized)<br>Country - United States - (US)<br>Application Number - 73753498<br>Application Date - 09/22/1988<br>Registration Number - 1538644<br>Registration Date - 05/09/1989 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster Quality Since 1968 & Design<br>Country - United States - (US)<br>Application Number - 73798924<br>Application Date - 05/10/1989<br>Registration Number - 1579587<br>Registration Date - 01/23/1990 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster<br>Country - Lebanon<br>Application Number - 2730<br>Application Date - 04/16/2010<br>Registration Number - 127973<br>Registration Date - 04/16/2010 | Undetermined | N/A | Undetermined |
| Trademark - For The Seafood Lover In You<br>Country - United States - (US)<br>Application Number - 73344806<br>Application Date - 01/07/1982<br>Registration Number - 1235024<br>Registration Date - 04/12/1983 | Undetermined | N/A | Undetermined |
| Trademark - Crabfest<br>Country - United States - (US)<br>Application Number - 86141553<br>Application Date - 12/12/2013<br>Registration Number - 4568220<br>Registration Date - 07/15/2014 | Undetermined | N/A | Undetermined |
| Trademark - Lobster In Paradise<br>Country - United States - (US)<br>Application Number - 78597930<br>Application Date - 03/30/2005<br>Registration Number - 3068279<br>Registration Date - 03/14/2006 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster<br>Country - United States - (US)<br>Application Number - 73655453<br>Application Date - 04/15/1987<br>Registration Number - 1502609<br>Registration Date - 08/30/1988 | Undetermined | N/A | Undetermined |
| Trademark - Bottomless Bucket Of Crab<br>Country - United States - (US)<br>Application Number - 76438655<br>Application Date - 08/07/2002<br>Registration Number - 2794010<br>Registration Date - 12/16/2003 | Undetermined | N/A | Undetermined |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Brownie Overboard<br>Country - United States - (US)<br>Application Number - 86/925697<br>Application Date - 03/02/2016<br>Registration Number - 5049780<br>Registration Date - 09/27/2016 | Undetermined | N/A | Undetermined |
| Trademark - Tip-A-Cop<br>Country - United States - (US)<br>Application Number - 76375439<br>Application Date - 02/25/2002<br>Registration Number - 276685<br>Registration Date - 09/23/2003 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster & Design<br>Country - Lebanon<br>Application Number - 4355<br>Application Date - 05/27/2010<br>Registration Number - 128893<br>Registration Date - 06/02/2010 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster Logo<br>Country - United Arab Emirates - (AE)<br>Application Number - 141267<br>Application Date - 04/14/2010<br>Registration Number - 141267<br>Registration Date - 10/07/2012 | Undetermined | N/A | Undetermined |
| Trademark - Cops & Lobsters<br>Country - United States - (US)<br>Application Number - 76214690<br>Application Date - 02/26/2001<br>Registration Number - 2510260<br>Registration Date - 11/20/2001 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster & Design (Right)<br>Country - Sweden<br>Application Number - 1995-10131<br>Application Date - 09/07/1995<br>Registration Number - 310172<br>Registration Date - 03/15/1996 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster<br>Country - Austria<br>Application Number - AM755/88<br>Application Date - 02/23/1988<br>Registration Number - 120651<br>Registration Date - 08/04/1988 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster Logo<br>Country - Lebanon<br>Application Number - 2729<br>Application Date - 04/16/2010<br>Registration Number - 127972<br>Registration Date - 04/16/2010 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster<br>Country - United States - (US)<br>Application Number - 86281764<br>Application Date - 05/15/2014<br>Registration Number - 4788412<br>Registration Date - 08/11/2015 | Undetermined | N/A | Undetermined |
| Trademark - Ultimate Feast<br>Country - United States - (US)<br>Application Number - 78631177<br>Application Date - 05/17/2005<br>Registration Number - 3372867<br>Registration Date - 01/22/2008 | Undetermined | N/A | Undetermined |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Red Lobster Fresh Fish-Live Lobster & Design<br>Country - United States - (US)<br>Application Number - 86281766<br>Application Date - 05/15/2014<br>Registration Number - 4788414<br>Registration Date - 08/11/2015 | Undetermined | N/A | Undetermined |
| Trademark - Design Of Lobster<br>Country - United States - (US)<br>Application Number - 85182072<br>Application Date - 11/22/2010<br>Registration Number - 4196638<br>Registration Date - 08/28/2012 | Undetermined | N/A | Undetermined |
| Trademark - Come See What's Fresh Today<br>Country - United States - (US)<br>Application Number - 77164455<br>Application Date - 04/24/2007<br>Registration Number - 3427843<br>Registration Date - 05/13/2008 | Undetermined | N/A | Undetermined |
| Trademark - Lobster Lover's Dream<br>Country - United States - (US)<br>Application Number - 75598207<br>Application Date - 03/30/2005<br>Registration Number - 3068286<br>Registration Date - 03/14/2006 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster Fresh Fish-Love Lobster & Lobster Logo (Color)<br>Country - United States - (US)<br>Application Number - 86281765<br>Application Date - 05/15/2014<br>Registration Number - 4788413<br>Registration Date - 08/11/2015 | Undetermined | N/A | Undetermined |
| Trademark - Lobster Tails<br>Country - United States - (US)<br>Application Number - 73086551<br>Application Date - 05/10/1976<br>Registration Number - 1060751<br>Registration Date - 03/08/1977 | Undetermined | N/A | Undetermined |
| Trademark - Endless Shrimp<br>Country - United States - (US)<br>Application Number - 78816059<br>Application Date - 02/16/2006<br>Registration Number - 3187206<br>Registration Date - 12/19/2006 | Undetermined | N/A | Undetermined |
| Trademark - Lobsterfest<br>Country - United States - (US)<br>Application Number - 76558577<br>Application Date - 11/12/2003<br>Registration Number - 2906002<br>Registration Date - 11/30/2004 | Undetermined | N/A | Undetermined |
| Trademark - Fudge Overboard<br>Country - United States - (US)<br>Application Number - 73480400<br>Application Date - 05/14/1984<br>Registration Number - 1333484<br>Registration Date - 04/30/1985 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster<br>Country - Switzerland<br>Application Number - 363992<br>Application Date - 02/09/1988<br>Registration Number - 363992<br>Registration Date - 02/09/1988 | Undetermined | N/A | Undetermined |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark - Sea Food Differently<br>Country - United States - (US)<br>Application Number - 85271223<br>Application Date - 03/18/2011<br>Registration Number - 4427327<br>Registration Date - 11/05/2013 | Undetermined | N/A | Undetermined |
| Trademark - Shrimpwreck Mary<br>Country - United States - (US)<br>Application Number - 73446806<br>Application Date - 10/05/1983<br>Registration Number - 1305217<br>Registration Date - 11/13/1984 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster & Design Label<br>Country - United States - (US)<br>Application Number - 73605677<br>Application Date - 06/23/1986<br>Registration Number - 1438742<br>Registration Date - 05/05/1987 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster & Design (Outline)<br>Country - United States - (US)<br>Application Number - 74732044<br>Application Date - 09/18/1995<br>Registration Number - 2015236<br>Registration Date - 11/12/1996 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster<br>Country - United States - (US)<br>Application Number - 73780197<br>Application Date - 02/13/1989<br>Registration Number - 1557991<br>Registration Date - 09/26/1989 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster<br>Country - United Arab Emirates - (AE)<br>Application Number - 141266<br>Application Date - 04/14/2010<br>Registration Number - 141266<br>Registration Date - 10/07/2012 | Undetermined | N/A | Undetermined |
| Trademark - Red Lobster<br>Country - Switzerland<br>Application Number - 3726<br>Application Date - 02/01/1993<br>Registration Number - 410079<br>Registration Date - 04/01/1993 | Undetermined | N/A | Undetermined |
| Trademark - Go Overboard<br>Country - United States - (US)<br>Application Number - 76139961<br>Application Date - 10/04/2000<br>Registration Number - 2698356<br>Registration Date - 03/18/2003 | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | PROPERTY | CX D95041413 001 | Undetermined |
| ALLIED WORLD INSURANCE COMPANY | FIRST EXCESS CYBER | 0311-5731 | Undetermined |
| AMERICAN INTERNATIONAL REINSURANCE COMPANY, LTD. | FIRST EXCESS EMPLOYMENT PRACTICES | 16153196 | Undetermined |
| ARCH INSURANCE COMPANY | ARCH ESSENTIAL EXCESS POLICY | ABX1000391-00 | Undetermined |
| AXA XL | EXCESS DIRECTORS AND OFFICERS LIABILITY | ELU 196981-24 | Undetermined |
| AXA XL | EXCESS DIRECTORS AND OFFICERS LIABILITY - RUN OFF POLICY | ELU 196981-24 | Undetermined |
| AXIS EXCESS INSURANCE | SECOND EXCESS CYBER | P-001-001294526-01 | Undetermined |
| AXIS INSURANCE COMPANY | SECOND EXCESS DIRECTORS AND OFFICERS LIABILITY | P-001-000411104-03 | Undetermined |
| COLUMBIA CASUALTY COMPANY | CYBER | 596488025 | Undetermined |
| COLUMBIA CASUALTY COMPANY | PROPERTY | RMP 7035039490 | Undetermined |
| ENDURANCE ASSURANCE CORPORATION | DIRECTORS AND OFFICERS DIFFERENCE IN CONDITIONS LIABILITY | ADL30052880900 | Undetermined |
| EVEREST INDEMNITY INSURANCE COMPANY | PROPERTY | RP5P000227-231 | Undetermined |
| EVEREST NATIONAL INSURANCE COMPANY | DIRECTORS AND OFFICERS LIABILITY | PC5EX00582-221 | Undetermined |
| FEDERAL INSURANCE COMPANY | EMPLOYED LAWYERS LIABILITY & CRIME | 8255-3603 | Undetermined |
| FIREMAN'S FUND INSURANCE COMPANY | LAYERED EXCESS LIABILITY | USL026022232 | Undetermined |
| FLORIDA BLUE | STOP LOSS INSURANCE | BCFL1073 | Undetermined |
| HARTFORD FIRE INSURANCE COMPANY | BUSINESS TRAVEL ACCIDENT | 10-GTA-101873 | Undetermined |
| LLOYD'S OF LONDON | TERRORISM AND SABOTAGE INSURANCE | B0509BOWTN2350802 | Undetermined |
| LLOYD'S UNDERWRITER SYNDICATE 1 - KLN 510 | PROPERTY | B0509BOWPN2352678 | Undetermined |
| MARKEL BERMUDA LIMITED | PRIMARY EMPLOYMENT PRACTICES LIABILITY INSURANCE | MKLB25GPL0005043 | Undetermined |
| PALMS INSURANCE COMPANY, LIMITED | PROPERTY | 23-PQP-0009 | Undetermined |
| QBE | EXCESS DIRECTORS AND OFFICERS LIABILITY | 130007168 | Undetermined |
| QBE | EXCESS DIRECTORS AND OFFICERS LIABILITY – RUN OFF POLICY | 130007168 | Undetermined |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| STARSTONE SPECIALTY INSURANCE COMPANY | PROPERTY | U87784230CSP | Undetermined |
| SWISS RE CORPORATE SOLUTIONS ELITE INSURANCE CORPORATION | PROPERTY | NAP 2005752-00 | Undetermined |
| THE OHIO CASUALTY INSURANCE COMPANY | SECOND EXCESS LIABILITY | ECO(23) 59038503 | Undetermined |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | THIRD EXCESS LIABILITY | EX-1W48163A-22-NF | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | MANAGEMENT LIABILITY | G71828128 003 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | COMMERCIAL AUTO | BAP 0176235 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | COMMERCIAL GENERAL LIABILITY | GLO 0378588-03 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | FOREIGN CASUALTY | ZE 3320827-09 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | GLO 0176236 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | UMBRELLA LIABILITY | AUC 281999-03** | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | WORKER'S COMPENSATION | WC 0176233 | Undetermined |
| ZURICH AMERICAN INSURANCE COMPANY | WORKER'S COMPENSATION (RETRO) | WC 0176234 | Undetermined |
| ZURICH CANADA | COMMERCIAL AUTO | AC 9801814 | Undetermined |
| ZURICH CANADA | PROPERTY | 8843326 | Undetermined |
| ZURICH NORTH AMERICA | PROPERTY | PPR 0176332-09 | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Red Lobster Management LLC                                                 Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Party - Kenny, Paul | Any claims or causes of action related to, arising from, or in connection with Party's role as an officer, director, or in any other capacity, of the Debtors and/or of any of the Debtors' affiliates including, but not limited to, claims and causes of action pertaining to breach of fiduciary duties, fraudulent transfers or corporate waste. | Undetermined | Undetermined |
| Party - Thai Union Group Public Company Ltd and any Subsidiaries or Other Affiliates and Other Parties | Any claims or causes of action related to, arising from, or in connection with Party's direct or indirect ownership of and/or commercial relationship with the Debtors and any of the Debtors' affiliates and/or Party's provision of any officer, director or person in another capacity for the Debtors or any of the Debtors' affiliates including, but not limited to, claims and causes of action pertaining to breach of fiduciary duties, fraudulent transfers or corporate waste. | Undetermined | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 11, Question 75:** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

| Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Anti Trust Class Actions | Television Advertising Purchaser Antitrust Litigation - MDL 2:22-CV-02301; No, 2867 No. 18 C 6785 U.S.D N. District lll, Eastern Division | Undetermined | Undetermined |
| Pre-litigation dispute | Scott and Rebecca Cater; Litman Construction; North Star Painting - Property damage caused by burst pipe | Undetermined | Undetermined |
| Pre-litigation dispute | NWCC Center Plaza LLC c/o Puget Sound Retail, LLC - Breach of Lease Terms | Undetermined | Undetermined |
| Commercial Tort Claims | Interior Molded Doors Antitrust Litigation - Case No. 3:18-cv-00718 | Undetermined | Undetermined |
| Anti Trust Class Actions | EMV/Chip Fraud Liability Shift Antitrust Litigation, B & R Supermarket, Inc, et al. v. Visa Inc., et al. - 17-cv-02738 (U.S. District Court. N. Y., E.D.) | Undetermined | Undetermined |
| Anti Trust Class Actions | Broiler Chicken Antitrust Litigation - Civil No. 1:15-cv-08637 | Undetermined | Undetermined |
| Pre-litigation dispute | Apply on the Go, LLC - Breach of Contract | Undetermined | Undetermined |
| Anti Trust Class Actions | Domestic Airline Travel Antitrust Litigation - MDL No. 2656, No.1:15-mc-01404 U.S.D., District of Columbia | Undetermined | Undetermined |
| Commercial Tort Claims | Cathode Ray Tube (CRT) Antitrust Litigation - Case No. 3:07-cv-05944 MDL No. 1917 | Undetermined | Undetermined |
| Anti Trust Class Actions | Pork Antitrust Litigation - Civil No. 18-cv-01776 | Undetermined | Undetermined |
| Commercial Tort Claims | WA state LCD Indirect class action claim - State of Washington v. LG Electronics, Inc., et al., 70298-0 (Wash. Ct. App. 2015) | Undetermined | Undetermined |
| Pre-litigation dispute | Krista Software, Inc. - Mutual breach of contract dispute | Undetermined | Undetermined |
| Anti Trust Class Actions | Beef Antitrust Litigation - Civil No. 20-cv-001319 / 19-cv-02720 | Undetermined | Undetermined |
| Anti Trust Class Actions | Payment Card Interchange Fee and Merchant Discount Antitrust Litigation - MDL No. 1720 (MKB) (JO), Civil No. 05-5075 (MKB) (JO) (E.D.N.Y.) | Undetermined | Undetermined |
| Anti Trust Class Actions | Blue Cross Blue Shield Subscriber Settlement - MDL No. 2406 | Undetermined | Undetermined |
| | | TOTAL | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Red Lobster Management LLC                                                      Case Number:  24-02486

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples:* Season tickets, country club membership | Current value of debtor's interest |
|---|---|
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from RL Kansas LLC | $2,745,518.47 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from RL Maryland, Inc. | $876,509.77 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from Red Lobster Intermediate Holdings LLC | $683,353.92 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from RL of Jonesboro, Inc. | $202,370.82 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from Red Lobster Restaurants LLC | $96,456,506.10 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from RL Columbia LLC | $1,149,659.55 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from RL of Frederick, Inc. | $435,177.36 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from Red Lobster Sourcing LLC | $24,854,784.93 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from Red Lobster International Holdings LLC | $5,823,485.40 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from Red Lobster of Texas, Inc. | $401,541.55 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from RL Billings, Inc. | $41,938.51 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from Red Lobster Canada, Inc. | $13,192,404.72 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from Red Lobster of Bel Air, Inc. | $556,778.22 |
| Intercompany Receivable to the benefit of Red Lobster Management LLC  from Red Lobster Hospitality LLC | $150,814,214.00 |
| **TOTAL** | **$298,234,243.32** |

**Fill in this information to identify the case:**

Debtor name    Red Lobster Management LLC

United States Bankruptcy Court for the:    Middle District of Florida, Orlando Division

Case number (If known):    24-02486

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name**<br>FORTRESS CREDIT CORP. | **Describe debtor's property that is subject to a lien**<br>Substantially All Assets Of The Debtor | | |
| --- | --- | --- | --- |
| | | $    264,722,258.55 | $    Undetermined |
| **Creditor's mailing address**<br>ATTENTION: CONSTANTINE DAKOLIAS<br>1345 AVENUE OF THE AMERICAS<br>46TH FLOOR<br>NEW YORK, NY 10105 | **Describe the lien**<br>Prepetition Term Loan Credit Agreement dated January 22, 2021 | | |
| **Creditor's email address, if known**<br>DEAN@FORTRESS.COM | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**    Undetermined | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number**    N/A | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

**2.2**

| **Creditor's name**<br>GREATAMERICA FINANCIAL SVCS | **Describe debtor's property that is subject to a lien**<br>Specific Equipment | | |
| --- | --- | --- | --- |
| | | $    Undetermined | $    Undetermined |
| **Creditor's mailing address**<br>PO BOX 660831<br>DALLAS, TX 75266-0831 | **Describe the lien**<br>Lien claim for specific equipment file #2018 7641869 | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**    11/05/2018 | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number**    1869 | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>    ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>    ☐ Yes. The relative priority of creditors is specified on lines | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 280,205,857.73

+ Undetermined Amounts

Debtor    Red Lobster Management LLC
          Name                                                     Case number (If known): 24-02486

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
GREATAMERICA FINANCIAL SVCS

**Describe debtor's property that is subject to a lien**
Specific Equipment

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**
PO BOX 660831
DALLAS, TX 75266-0831

**Describe the lien**
Lien claim for specific equipment file #20224057311

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    05/13/2022

**Last 4 digits of account number**    7311

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

**2.4**

**Creditor's name**
WELLS FARGO BANK, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**
Substantially All Assets Of The Debtor

$ _____ 15,483,599.18   $ _____ Undetermined

**Creditor's mailing address**
ATTENTION BRYAN WEI
1800 CENTURY PARK EAST
SUITE 1100
LOS ANGELES, CA 90067

**Describe the lien**
ABL Facility Agreement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Red Lobster Management LLC

Case number (If known):    24-02486

Name

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**

WELLS FARGO BANK, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

Substantially All Assets Of The Debtor

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

ATTENTION BRYAN WEI
1800 CENTURY PARK EAST
SUITE 1100
LOS ANGELES, CA 90067

**Describe the lien**

Letter Of Credit To The Benefit Of Constellation Newenergy, Inc In The Amount Of $325,000.00

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**        Undetermined

**Last 4 digits of account number**        N/A

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

WELLS FARGO BANK, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

Substantially All Assets Of The Debtor

$ _____ Undetermined    $ _____ Undetermined

**Creditor's mailing address**

ATTENTION BRYAN WEI
1800 CENTURY PARK EAST
SUITE 1100
LOS ANGELES, CA 90067

**Describe the lien**

Letter Of Credit To The Benefit Of Engie Resources Llc In The Amount Of $273,080.00

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**        Undetermined

**Last 4 digits of account number**        N/A

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor    Red Lobster Management LLC
Name                                                    Case number (If known):  24-02486

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.7**

**Creditor's name**

WELLS FARGO BANK, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

Substantially All Assets Of The Debtor

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTENTION BRYAN WEI
1800 CENTURY PARK EAST
SUITE 1100
LOS ANGELES, CA 90067

**Describe the lien**

Letter Of Credit To The Benefit Of Liberty Mutual Insurance Co. In The Amount Of $5,730,736.00

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**

WELLS FARGO BANK, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

Substantially All Assets Of The Debtor

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTENTION BRYAN WEI
1800 CENTURY PARK EAST
SUITE 1100
LOS ANGELES, CA 90067

**Describe the lien**

Letter Of Credit To The Benefit Of Ss Small Mouth Parkersburg Llc In The Amount Of $222,583.00

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Red Lobster Management LLC | Case number (If known): 24-02486 |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

WELLS FARGO BANK, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

Substantially All Assets Of The Debtor

$    Undetermined   $    Undetermined

**Creditor's mailing address**

ATTENTION BRYAN WEI
1800 CENTURY PARK EAST
SUITE 1100
LOS ANGELES, CA 90067

**Describe the lien**

Letter Of Credit To The Benefit Of Txu Retail Energy In The Amount Of $175,000.00

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

**2.10**

**Creditor's name**

WELLS FARGO BANK, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

Substantially All Assets Of The Debtor

$    Undetermined   $    Undetermined

**Creditor's mailing address**

ATTENTION BRYAN WEI
1800 CENTURY PARK EAST
SUITE 1100
LOS ANGELES, CA 90067

**Describe the lien**

Letter Of Credit To The Benefit Of Western Surety Company In The Amount Of $150,000.00

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☒ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

Debtor    Red Lobster Management LLC
Name

Case number (If known):  24-02486

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.11**

**Creditor's name**

WELLS FARGO BANK, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

Substantially All Assets Of The Debtor

$_____Undetermined  $_____Undetermined

**Creditor's mailing address**

ATTENTION BRYAN WEI
1800 CENTURY PARK EAST
SUITE 1100
LOS ANGELES, CA 90067

**Describe the lien**

Letter Of Credit To The Benefit Of Zurich American Insurance Co. In The Amount Of $1,500,000.00

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**      N/A

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.12**

**Creditor's name**

WELLS FARGO BANK, NATIONAL ASSOCIATION

**Describe debtor's property that is subject to a lien**

Substantially All Assets Of The Debtor

$_____Undetermined  $_____Undetermined

**Creditor's mailing address**

ATTENTION BRYAN WEI
1800 CENTURY PARK EAST
SUITE 1100
LOS ANGELES, CA 90067

**Describe the lien**

Letter Of Credit To The Benefit Of Zurich American Insurance Co. In The Amount Of $20,900,000.00

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**      Undetermined

**Last 4 digits of account number**      N/A

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Red Lobster Management LLC | Case number (If known): | 24-02486 |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

Debtor _____ Red Lobster Management LLC _____

United States Bankruptcy Court for the: _____ Middle District of Florida, Orlando Division _____

Case number _____ 24-02486 _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | $ | $ |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

| **2.2** | **Priority creditor's name and mailing address** | $ | $ |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

| **2.3** | **Priority creditor's name and mailing address** | $ | $ |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) 6:24-bk-02486-GER |
|--------|---------------------------|------------------------------------------|
| | Name | |

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1**
**Nonpriority creditor's name and mailing address**
2411495 ONTARIO INC
50 EDGEHILL AVE
STOUFFVILLE, ON L4A 1S6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,130.00

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.2**
**Nonpriority creditor's name and mailing address**
2411495 ONTARIO INC
SHABRI SECURITY SERVICES
UNIT 206 1585 MARKHAM RD
TORONTO, ON M1B 2W1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 169.50

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.3**
**Nonpriority creditor's name and mailing address**
2FUTURE LLC
DBA THE GREENSH
2000 PALM BEACH LAKES BLVD
WEST PALM BEACH, FL 33409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 475.00

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.4**
**Nonpriority creditor's name and mailing address**
3B2 SOLUTIONS LL
35 B CONCOURSE WAY
DBA 1-800GOT JUNK
GREER, SC 29650-4704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 765.00

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.5**
**Nonpriority creditor's name and mailing address**
3B2 SOLUTIONS LLC
35 B CONCOURSE WAY
GREER, SC 296504704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 329,850.52

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.6**
**Nonpriority creditor's name and mailing address**
3B2 SOLUTIONS LLC
35 B CONCOURSE WAY
GREER, SC 29650-4704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 3,671.09

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 553.73 |
|---|---|---|---|

A ACORN LOCK & SAFE INC
803 SHOTGUN RD
SUNRISE, FL 33326

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

A CLEAN CUT LAWN & LANDSCAPE
C/O A CLEAN CUT LAWN & LANSCAPE ATTN: KEVIN BEENE 1112 N. 155TH AVE.
OMAHA, NE 68154

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 370.88 |
|---|---|---|---|

A-1 ARTISTIC CLEANING SERVICE INC
11 N ORCHARD STREET
BROOKVILLE, OH 45309

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 594.92 |
|---|---|---|---|

AC BEVERAGE OF SOUTH FL INC
106 E MCNAB RD STE 106
DBA GREGS MAINT COMMERCIAL CLE
POMPANO BEACH, FL 33060-9240

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,428.00 |
|---|---|---|---|

AC DC ELECTRIC INC
PO BOX 51745
DBA SOUTHERN GLAZERS OF NY UPS
PHOENIX, AZ 85076

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14,895.22 |
|---|---|---|---|

ACI WORLDWIDE CORP
13594 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0001

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | | $ 1,668.37 |
|---|---|---|---|

ACTION COMMERCIAL SERVICE INC
6 SIMMONS LN STE 2
ALBANY, NY 12204-2700

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | | $ 114.94 |
|---|---|---|---|

ADCO CLEANING SERVICE INC
5760 GROVE DRIVE
DBA FISH WINDOW CLEANING
KNOXVILLE, TN 37918

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | | $ 299.60 |
|---|---|---|---|

ADEWUYI MAJARO
DBA OGOMITAN DEEP CLEANING SRV
1995 BAY DR UNIT 3
MIAMI BEACH, FL 33141

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ADP INC
PO BOX 830272
PHILADELPHIA, PA 19182-0382

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** **Nonpriority creditor's name and mailing address**

ADVANCED ELECTRIC SERVICE INC
121 CEDAR PINE LANE
DBA GREGS MAINT COMMERCIAL CLE
MADISON, MS 39110-8868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 3,787.92

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

ADVANCED PLUMBING SYSTEMS
1416 CALEDONIA ST
LA CROSSE, WI 54603-2411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2,614.63

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

ADVENTIST HEALTH SYSTEM/SUNBELT INC
901 NORTH LAKE DESTINY RD SUIT
MAITLAND, FL 32751-4891

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 375.50

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

AGUILAR, MAGALY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.13

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**

AIRE MASTER OF AMERICA
MISSOURI DIVISION
PO BOX 2310
NIXA, MO 65714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 98.85

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**

AJS RESTAURANT SERVICE BY A TECH
2901 CHAPMAN AVE
DBA PACIFIC LANDSCAPE MANAGEME
SPRINGDALE, AR 72762-6005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 466.27

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

AKEHURST LANDSCAPE SERVICE INC
712 PHILADELPHIA ROAD
JOPPA, MD 210853123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 798.84

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

ALABAMA STATE TREASURY
UNCLAIMED PROPERTY DIVISION
RSA UNION BLDG
100 N UNION ST STE 636
MONTGOMERY, AL 36104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 11,431.29

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

ALCIUS, LOCTAMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 36.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

ALCIUS, LOCTAMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 11.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300.00 |
|---|---|---|---|

ALCOHOLIC BEVERAGE COMMISSION
226 CAPITOL BLVD SUITE 300
NASHVILLE, TN 37243-0755

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38.74 |
|---|---|---|---|

ALDERSON, AMANDA
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Undetermined |
|---|---|---|---|

ALEJANDRO RIOS
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - General Liability

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 182.50 |
|---|---|---|---|

ALL DRAIN LLC
PO BOX 535
DAYTON, OH 45404-0535

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 842.69 |
|---|---|---|---|

ALL SERVICE KITCHEN EQUIPMENT CORP
PO BOX 310
NEW HYDE PARK, NY 11040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

ALLIED BEVERAGE GROUP
PO BOX 7000
ELIZABETH, NJ 07207-7000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 684.02

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.33** **Nonpriority creditor's name and mailing address**

ALSCO CANADA CORP
14630-123RD AVENUE
EDMONTON, ON T5L 2Y4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 4,750.62

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.34** **Nonpriority creditor's name and mailing address**

ALSCO INC
DBA ALSCO CORPORATE ACCOUNTS
3101 CHARLOTTE AVE
NASHVILLE, TN 37209-4053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,307.04

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.35** **Nonpriority creditor's name and mailing address**

ALTAMIRANO, AGUSTIN
DBA ADJ LANDSCAPING SERVICE
2791 SW 26TH ST
MIAMI, FL 33133-2113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,561.25

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.36** **Nonpriority creditor's name and mailing address**

ALVAREZ, JUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 9.84

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.37** **Nonpriority creditor's name and mailing address**

ALVEAR, ENRIQUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - ADA Dispute

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

AMAZON.COM
C/O AMAZON WEB SERVICES INC
PO BOX 84023
SEATTLE, WA 98124-8423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10,333.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**

AMERICAN ARBITRATION ASSOCIATION INC
120 BROADWAY FL 21
NEW YORK, NY 10271-2700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 750.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

AMERICAN INTERSTATE MAINTENANCE INC
PO BOX 350331
DBA GREGS MAINT COMMERCIAL
CLEANING, NY 11235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 64.24

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

AMERICAN INTERSTATE MAINTENANCE INC
PO BOX 350331
DBA GREGS MAINT COMMERCIAL CLE
BROOKLYN, NY 11235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 321.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

AMERICAN INTERSTATE MAINTENANCE INC
DBA GREGS MAINT COMMERCIAL
CLEANING
BROOKLYN, NY 11235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 64.24

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

AMERICAN PROFESSIONAL LOCKSMITH SERVICES
DBA DRISCOLLS LOCK & KEY
67 WEST CENTRAL AVENUE
PEARL RIVER, NY 10965

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 173.40

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

AMERICAN PUMPING
2522 E STATE ROAD 218
CAMDEN, IN 46917-9568

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 295.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

AMERICAN RESIDENTIAL SERVICES LLC
DBA AKSARBEN PLUMBING SEWER
& DRN 7070 SOUTH 108TH ST
OMAHA, NE 68128-5748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 181.90

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

AMSTER, CARMEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.81

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.47** | **Nonpriority creditor's name and mailing address**

ANALYTIC PARTNERS LP
1441 BRICKELL AVE STE 1220
MIAMI, FL 33131-3429

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 135,483.87

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

ANGEL MORALES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**

ANHEUSER-BUSCH INBEV WORLDWIDE INC
1700 BEECHWOOD AVENUE DBA
ANHEUSER-BUSCH SALES OF OKLAHO
OKLAHOMA CITY, OK 73149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 138.65

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

ANT BRANS CORPORATION D/B/A/ KRISTA SOFTWARE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

ANTIS, KIMBERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.11

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

ANYBILL FINANCIAL SERVICES INC
C/O ACCOUNTS RECEIVABLE
PO BOX 34781
BETHESDA, MD 20827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,606.44

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**

ANYBILL FINANCIAL SERVICES INC
PO BOX 34781
DBA GREGS MAINT COMMERCIAL CLE
C/O ACCOUNTS RECEIVABLE
BETHESDA, MD 20827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,692.90

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

APEX SYSTEMS INC
3750 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 56,460.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

APPCAST INC
PO BOX 392472
PITTSBURGH, PA 15251-9472

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29,186.44

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

APPOGEE LLC
418 EVANS ST STE 201
GREENVILLE, NC 27858-1834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,266.27

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** **Nonpriority creditor's name and mailing address**

AQUAHOLICS INC
123 HIGHWOOD RD
DENVILLE, NJ 07834-3019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 197.26

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**

AQUAHOLICS INC
DBA AQUAHOLICS AQUARIUM SERVIC
123 HIGHWOOD RD
DENVILLE, NJ 07834-3019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 389.19

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** **Nonpriority creditor's name and mailing address**

ARC DOCUMENT SOLUTIONS LLC
PO BOX 953466
SAINT LOUIS, MO 63195-3466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**

ARCINIEGA, MARJORIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 7.12

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61** **Nonpriority creditor's name and mailing address**

ARIZONA DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY UNIT
PO BOX 29026
PHOENIX, AZ 29096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,762.91

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.62** | **Nonpriority creditor's name and mailing address**

ARKANSAS ALCOHOLIC BEV CONTROL
100 MAIN ST
LITTLE ROCK, AR 72201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

ARKANSAS ALCOHOLIC BEV CONTROL
ORLANDO, FL 32809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

ARKANSAS STATE AUDITOR
UNCLAIMED PROPERTY DIVISION
1401 W CAPITOL AVE, STE 325
LITTLE ROCK, AR 72201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,019.92

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address**

ARMSTRONG, JO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.69

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address**

AROUND THE CLOCK PLUMBING LLC
PO BOX 2074
HUNTSVILLE, AL 35804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 170.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.67** | **Nonpriority creditor's name and mailing address**

ARUNASALAM, MANOKAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 8.05

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address**

ATB FURNISHED HOUSING SF INC
1480 SW 3RD ST STE C6
POMPANO BEACH, FL 33069-3225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 11,761.13

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address**

AUGUSTA COUNTY EMERGENCY SERVICES
PO BOX 590
DBA SERVICEMASTER RESTORE BY R
VERONA, VA 24482-0590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 4,721.69

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address**

AUTOMATED DATA PROCESSING TECHNICIANS INC
DBA ADAPT INC
5610 ROWLAND ROAD SUITE 160
MINNETONKA, MN 55343-8984

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 292.55

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address**

B & B BEVERAGE COMPANY
DBA GEORGIA BEVERAGE DISTRIBUT
6401 WEST HAMILTON PARK DR
DR COLUMBUS, GA 31909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 207.60

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.72 | **Nonpriority creditor's name and mailing address**

BABCOCK INC
4716 N ELLEN CT
DBA OFFICE OF LICENSING & PERM
PEORIA HTS, IL 61616 | **As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property | $                   260.00 |
| | **Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number** | **Is the claim subject to offset?**
☒ No
☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address**

BAILEY, VERONICA
ADDRESS ON FILE | **As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property | $                   16.65 |
| | **Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number** | **Is the claim subject to offset?**
☒ No
☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address**

BAKER & HOSTETLER LLP
PO BOX 70189
CLEVELAND, OH 44190-0189 | **As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable | $                   512,167.39 |
| | **Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number** | **Is the claim subject to offset?**
☒ No
☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address**

BAKER, BRYSON
ADDRESS ON FILE | **As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property | $                   2.82 |
| | **Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number** | **Is the claim subject to offset?**
☒ No
☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address**

BAKER, KEOTA
ADDRESS ON FILE | **As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property | $                   77.00 |
| | **Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number** | **Is the claim subject to offset?**
☒ No
☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.77** | **Nonpriority creditor's name and mailing address**
BALAL NIAKI, SADEGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 25.70

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**
BALSBAUGH, CARIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 59.33

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**
BAY AREA SIGNS AND ELETRICAL LLC
2218 OBOE TRL
LEAGUE CITY, TX 77573-2708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 366.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**
BB PLUMBING LLC
215 INTERSTATE BLVD
SARASOTA, FL 34240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 21.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address**
BECKS FLORIST INC
105 E WASHINGTON ST
EAST PEORIA, IL 61611-2527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 101.80

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.82 | **Nonpriority creditor's name and mailing address**<br>BELL, DEJEUNE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 23.40 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address**<br>BENT CARYL & KROLL LLP<br>6300 WILSHIRE BLVD SUITE 1415<br>LOS ANGELES, CA 90048 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,013.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address**<br>BERNARD KERSHNER<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Litigation - Personal Injury | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address**<br>BEST BRANDS INCORPORATED<br>PO BOX 290155<br>NASHVILLE, TN 37229 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 90.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address**<br>BIG BEND GASKET INC<br>1400 VILLAGE SQUARE BLVD  SUIT<br>TALLAHASSEE, FL 32312 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 726.84 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.87**

**Nonpriority creditor's name and mailing address**

BIG SIGN LLC
PO BOX 884
DBA 1-800GOT JUNK
SHEFFIELD, AL 35660-0884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 171.18

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88**

**Nonpriority creditor's name and mailing address**

BIX SERVICES LLC
PO BOX 611
BIXBY, OK 74008-0611
BIXBY, OK 74008-0611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 450.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89**

**Nonpriority creditor's name and mailing address**

BLACK SUTHERLAND LLP
130 ADELAIDE STREET WEST SUITE 3425
PO BOX 34
TORONTO, M5H 3P5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,593.30

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**

BLACK SUTHERLAND LLP
130 ADELAIDE STREET WEST
SUITE 3425 PO BOX 34
TORONTO, ON M5H 3P5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 768.40

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**

BLIND EXPRESS INC
1100-1102 ABBEY COURT
ALPHARETTA, GA 30004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 192.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.92** | **Nonpriority creditor's name and mailing address**

BLUEFORD, FRED
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 360.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**

BOLDEN, MEGAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 57.51

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**

BOLSER, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.74

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**

BOROUGH OF POTTSTOWN
100 EAST HIGH STREET
POTTSTOWN, PA 19464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 30.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**

BOSSIER SIGN CO INC
1401 E TEXAS STREET
BOSSIER CITY, LA 71111-4198

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.75

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97**

**Nonpriority creditor's name and mailing address**

BOTTLING GROUP LLC
DBA PEPSI BEVERAGES COMPANY
PO BOX 75948
CHICAGO, IL 60675-5948

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 369.53

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**

BOYLAN, BREEA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 7.09

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99**

**Nonpriority creditor's name and mailing address**

BOZZO, TONI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.04

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**

BRABAND, BRETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 25.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101**

**Nonpriority creditor's name and mailing address**

BRETT BEHRENS
DBA NATURAL SETTINGS
PO BOX 441009
INDIANAPOLIS, IN 46244-1009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1,000.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** | **Nonpriority creditor's name and mailing address**

BRIAN S HARRIS
DBA A REEF CONNECTION
20734 4TH AVENUE
DES MONIES, WA 98198

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 295.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address**

BRINKS INC
PO BOX 101031
ATLANTA, GA 30392-1031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 767.76

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**

BRITTANY NICHOLE GRANT
4814 EAGLES LNDG
DBA MIRACLE MAID OF WICHITA FA
WICHITA FALLS, TX 76310-2849

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 312.41

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address**

BRITTANY WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - General Liability

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**

BROWN, DEENA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.83

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107**

**Nonpriority creditor's name and mailing address**
BROWN, DUSTIN.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 27.32

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**
BROWN, PHILIP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 145.36

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**
BRYSON, HANNAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 3.67

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**
BUCK, GREGG A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 162.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**
BUECHEL, LEAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 30.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.112** **Nonpriority creditor's name and mailing address**

BULLSEYE CODE LLC
1186 BLACK WALNUT CT
WINTER SPRINGS, FL 32708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 260.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.113** **Nonpriority creditor's name and mailing address**

BUNTIN ADVERTISING INC
DBA BUNTIN GROUP
1001 HAWKINS ST
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 55,798.43

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.114** **Nonpriority creditor's name and mailing address**

BURKHARDT DEVELOPMENT GROUP INC
6721 BONETA ROAD
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8,333.33

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.115** **Nonpriority creditor's name and mailing address**

BUSINESS EXPRESS COURIER SERVICES INC
504 N HUDSON ST
ORLANDO, FL 32835-1163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 512.91

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.116** **Nonpriority creditor's name and mailing address**

BUSSES LOCK SERVICE INC
2003 WAKE FOREST RD
RALEIGH, NC 27608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 617.05

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.117** | **Nonpriority creditor's name and mailing address**

BUSSES LOCK SERVICE LLC
2003 WAKE FOREST RD
RALEIGH, NC 27608-2733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                                                                655.47

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address**

BUTLER, CHASITY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                                                                733.35

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**

BUYER ADVERTISING INC
175 HIGHLAND AVE STE 407
NEEDHAM, MA 02494-3048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                                             2,100.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**

BYERS, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                                                                    6.80

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**

C & A PLUMBING LLC
PO BOX 603
DBA GREGS MAINT COMMERCIAL CLE
BROWNSVILLE, KY 42210-0603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                                                                135.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.122** Nonpriority creditor's name and mailing address

C & S PRESS INC
405 27TH STREET
ORLANDO, FL 32806-4452

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 21,959.95

Date or dates debt was incurred      Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.123** Nonpriority creditor's name and mailing address

C H ROBINSON COMPANY
DEPARTMENT OF LABOR&INDUSRTRY
651 BOAS STREET ROOM 1600
HARRISBURGE, PA 17121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

$ 227.81

Date or dates debt was incurred      Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.124** Nonpriority creditor's name and mailing address

C&C CLEAN TEAM ENTERPRISES LLC
1776 TENNESSEE AVE
DBA WIDMERS CARPET CLEANERS
CINCINNATI, OH 45229-1202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

$ 377.31

Date or dates debt was incurred      Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.125** Nonpriority creditor's name and mailing address

CALGARY HEALTH REGION
PO BOX 1980 STN M
CALGARY, AB T2P 4Z7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

$ 500.00

Date or dates debt was incurred      Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.126** Nonpriority creditor's name and mailing address

CALGARY POLICE
ALARM BYLAW UNIT 609
5111 47 STREET NE
CALGARY, AB T3J 3R2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

$ 20.00

Date or dates debt was incurred      Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.127** **Nonpriority creditor's name and mailing address**

CALIFORNIA STATE CONTROLLER'S OFFICE
UNCLAIMED PROPERTY DIVISION
300 CAPITOL MALL, STE 1850
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 10,595.95

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** **Nonpriority creditor's name and mailing address**

CAMACHO, ISAIAH D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 140.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** **Nonpriority creditor's name and mailing address**

CAMANCHACA INC
7200 NW 19TH STREET SUITE 410
MIAMI, FL 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,915.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** **Nonpriority creditor's name and mailing address**

CANADIAN LINEN
BOX 51055 RPO TYNDALL
WINNIPEG, MB R2X 3C6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 28.25

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** **Nonpriority creditor's name and mailing address**

CANDACE CLARKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - General Liability

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.132** **Nonpriority creditor's name and mailing address**

CARLSON, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11.69

---

**3.133** **Nonpriority creditor's name and mailing address**

CASH, MARC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120.00

---

**3.134** **Nonpriority creditor's name and mailing address**

CASTRO CONTRACTING SERVICES LLC
2 CONDON AVE UPPR
DBA ONE CALL SERVICES LLC
BUFFALO, NY 14207-1512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,156.44

---

**3.135** **Nonpriority creditor's name and mailing address**

CEILING PRO OF MIDWEST IN
1641 EAST 236TH STREET
ARCADIA, IN 46030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 515.00

---

**3.136** **Nonpriority creditor's name and mailing address**

CELERITY IS INC
6 LIBERTY SQ PMB 496
BOSTON, MA 02109-5800

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,512.50

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.137 Nonpriority creditor's name and mailing address**

CENTRAL FLORIDA COPY CTR
DBA XEROGRAPHIC DIGITAL PRINTING
1948 33RD STREET
ORLANDO, FL 32839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 512.50

---

**3.138 Nonpriority creditor's name and mailing address**

CENTRAL HEATING AND PLUMBING CO INC
925 MORAVIA STREET
NEW CASTLE, PA 16101-3916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 111.00

---

**3.139 Nonpriority creditor's name and mailing address**

CERAMI LAWNS LLC
1790 LAKEWOOD ROAD
TOMS, NJ 08755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79.97

---

**3.140 Nonpriority creditor's name and mailing address**

CERTIFIED CARPET
UPHOLSTREY CLEANERS
2538 HENDERSON HIGHWAY
WINNIPEG, MB R2E 0C3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 513.45

---

**3.141 Nonpriority creditor's name and mailing address**

CERTIFIED RECYCLING LLC
14305 EWING AVE
BURNSVILLE, MN 55306-5299

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 95.00

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 44.40 |
|---|---|---|---|

CHACON-BLAHUT, KARLE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2.20 |
|---|---|---|---|

CHANG, TIEN TSAI
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 69.79 |
|---|---|---|---|

CHANG, TIEN TSAI
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CHRISINE SALAMATIN
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 813.45 |
|---|---|---|---|

CIACCIO ROOFING CORPORATION
4420 IZARD STREET
OMAHA, NE 68131-1018

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** **Nonpriority creditor's name and mailing address**

CINTAS CANADA LIMITED
255 HARRY WALKER PKWY SOUTH
NEW MARKET, VA L3Y 8Z5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,417.73

---

**3.148** **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION NO 2
DBA CINTAS LOCATION #346
PO BOX 630910
CINCINNATI, OH 452630910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 350,186.53

---

**3.149** **Nonpriority creditor's name and mailing address**

CITY OF AUSTIN
PO BOX 1088
AUSTIN, TX 78767-1088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5.00

---

**3.150** **Nonpriority creditor's name and mailing address**

CITY OF BRIDGETON
11955 NATURAL BRIDGE ROAD
BRIDGETON, MO 63044-2068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 700.00

---

**3.151** **Nonpriority creditor's name and mailing address**

CITY OF BRISTOL
300 LEE STREET
DBA GREGS MAINT COMMERCIAL CLE
BRISTOL, VA 24201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,534.00

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** | **Nonpriority creditor's name and mailing address**

CITY OF CORAL SPRINGS FLORIDA
2801 CORAL SPRINGS DR
CORAL SPRINGS, FL 33065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 25.00

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.153** | **Nonpriority creditor's name and mailing address**

CITY OF EAST POINT
2757 E POINT ST
EAST, GA 30344-3207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 200.00

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.154** | **Nonpriority creditor's name and mailing address**

CITY OF ELIZABETHTOWN
C/O CITY ABC ADMINISTRATOR
PO BOX 550
ELIZABETH TOWN, KY 42702-0550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 106.00

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.155** | **Nonpriority creditor's name and mailing address**

CITY OF HARRISON
409 S MAIN ST
DBA PEPSI-COLA BOTTLING COMPAN
COMMISSIONER OF THE REVENUE
HARRISONBURG, VA 22801-3610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 4,003.14

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.156** | **Nonpriority creditor's name and mailing address**

CITY OF JACKSONVILLE
231 E FORSYTH STREET STE 141
JACKSONVILLE, FL 32202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 20.00

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

CITY OF KEARNEY
PO BOX 1180
KEARNEY, NE 68848

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 763.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

CITY OF LIVONIA
33000 CIVIC CENTER DRIVE
LIVONIA, MI 48154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 100.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

CITY OF MEDFORD
PO BOX 2327
PORTLAND, OR 97208-2327

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

CITY OF MERIDIAN
33 E BROADWAY AVENUE
SUITE 102
MERIDIAN, MS 83642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 35.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

CITY OF NAPLES
275 13TH ST NORTH
NAPLES, FL 34120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 144.70

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

CITY OF NAPLES
355 RIVERSIDE CIRCLE
NAPLES, FL 34102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 10.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

CITY OF NEWNAN
PO BOX 1193
NEWNAN, GA 30264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 5,000.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

CITY OF NORTH CHARLESTON
PO BOX 190016
ATTN: E WARREN NEWTON FINANCE
NORTH CHARLESTON, SC 29419

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1,900.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**

CITY OF NORTH LAS VEGAS
2250 LAS VEGAS BLVD N STE 710
NORTH LAS VEGAS, NV 89030-5875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 640.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

CITY OF OAKDALE MN
1584 HADLEY AVENUE NORTH
DBA GREGS MAINT COMMERCIAL CLE
OAKDALE, MN 55128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 750.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.167** | **Nonpriority creditor's name and mailing address**

CITY OF OLATHE
FALSE ALARM REDUCTION UNIT
PO BOX 768
OLATHE, KS 66051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 50.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address**

CITY OF PALMDALE
ATTN ACCOUNTS RECEIVABLE
38300 SIERRA HWY STE D
PALMDALE, CA 93550-4611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 315.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address**

CITY OF PEORIA
8401 W MONROE ST ROOM 130
PEORIA, AZ 85345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 425.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address**

CITY OF PHILADELPHIA
PO BOX 1942
PHILADELPHIA, PA 19105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 50.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address**

CITY OF SALINAS
65 WEST ALISAL STREET
SALINAS, CA 93901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 84.53

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

CITY OF SALISBURY
PO BOX 4118
SALISBURY, MD 21803-4118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 80.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

CITY OF SAN JOSE
200 EAST SANTA CLARA STREET
SAN JOSE, CA 95113-1903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 276.25

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

CITY OF SAVANNAH
WATER RECLAMATION
1400 E  PRESIDENT STREET
SAVANNAH, GA 31404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 300.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

CITY OF ST CLOUD
400 2ND ST SO
ST CLOUD, MN 56301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 750.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

CITY OF VANCOUVER WASHINGTON
PO BOX 1995
VANCOUVER, WA 98668-1995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.177** **Nonpriority creditor's name and mailing address**

CLEARWATER SPRINKLER INC
1425 16TH AVENUE
LEWISTON, ID 83501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 128.32

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178** **Nonpriority creditor's name and mailing address**

COAST CLEANING SERVICES LLC
DBA COAST SERVICES
1100 SIXTH AVE
NEPTUNE, NJ 07753-5150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 342.90

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179** **Nonpriority creditor's name and mailing address**

COLAMCO INC
224 W CENTRAL PKWY 1006
ALTAMONTE SPRINGS, FL 32714-2545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,131.20

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180** **Nonpriority creditor's name and mailing address**

COLORADO BUREAU OF INVEST
DO NOT MAIL
ORLANDO, FL 32809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 154.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181** **Nonpriority creditor's name and mailing address**

COLORADO BUREAU OF INVEST
DO NOT MAIL -ORLANDO, FL 3280
ORLANDO, FL 32809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 75.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ | 1,455.07 |
|---|---|---|---|---|

COLORADO STATE TREASURY
UNCLAIMED PROPERTY DIVISION
200 E COLFAX AVE, STE 141
DENVER, CO 80203-1722

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.183 | **Nonpriority creditor's name and mailing address** | | $ | 5,000.00 |
|---|---|---|---|---|

COLUMBUS CONSOLIDATED GVMT
PO BOX 1397
OCCUPATIONAL TAX SECTION
COLUMBUS, GA 31902-1397

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.184 | **Nonpriority creditor's name and mailing address** | | $ | 533.83 |
|---|---|---|---|---|

COMCAST HOLDINGS CORPORATION
DBA COMCAST CABLE COMMUNICATIO
PHILADELPHIA, PA 19176-0284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.185 | **Nonpriority creditor's name and mailing address** | | $ | 34,058.48 |
|---|---|---|---|---|

COMM WORKS INVESTMENT HOLDING COMPANY LLC
DBA COMM WORKS LLC
PO BOX 734592
CHICAGO, IL 60673-4592

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.186 | **Nonpriority creditor's name and mailing address** | | $ | 270.00 |
|---|---|---|---|---|

COMMERCIAL APPL PARTS & SVC INC
DBA COMMERCIAL APPLIANCE SVC
8416 LAUREL FAIR CIRCLE STE 11
TAMPA, FL 33610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187** **Nonpriority creditor's name and mailing address**

COMMONWEALTH OF PENNSYLVANIA
BUREAU OF FOODS & CHEMISTRY 23
HARRISBURG, PA 17110-9408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 82.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188** **Nonpriority creditor's name and mailing address**

COMPSYCH CORPORATION
455 N CITYFRONT PLAZA DRIVE
CHICAGO, IL 606115322

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 14,389.60

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.189** **Nonpriority creditor's name and mailing address**

COMPTROLLER OF MARYLAND
UNCLAIMED PROPERTY
301 W PRESTON ST, RM 310
BALTIMORE, MD 21201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,277.62

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190** **Nonpriority creditor's name and mailing address**

COOK, KIRA ANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 3.87

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191** **Nonpriority creditor's name and mailing address**

CORPORATE CREATIONS INTERNATIONAL INC
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408-3811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 128.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192** **Nonpriority creditor's name and mailing address**

CORPORATE PRIDE LLC
1809 E BROADWAY ST STE 170
OVIEDO, FL 32765-8597

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 388.25

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.193** **Nonpriority creditor's name and mailing address**

CORPORATE RELOCATION LLC
DBA CORPORATE RELOCATION INTERNATIONAL
1432 WAINWRIGHT WAY STE 100
CARROLLTON, TX 75007-4946

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,242.54

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.194** **Nonpriority creditor's name and mailing address**

COURCHESNE, CASSANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.24

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.195** **Nonpriority creditor's name and mailing address**

COWARD, ANDREW NEIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 56.25

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.196** **Nonpriority creditor's name and mailing address**

COWBOYS LANDSCAPING LLC
805 W 2000 N
LOUIES PROPERTY MAINTENANCE
PROVO, UT 8604-1222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 622.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

COWBOYS LANDSCAPING LLC
805 W 2000 N
PROVO, UT 84604-1222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 553.00

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.198** **Nonpriority creditor's name and mailing address**

COZZINI BROTHERS INC
8430 W BRYN MAWR AVE STE 800
CHICAGO, IL 60631-3497

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 383.40

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.199** **Nonpriority creditor's name and mailing address**

COZZINI BROTHERS INC
350 HOWARD AVENUE
DES PLAINES, IL 60018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 384.31

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.200** **Nonpriority creditor's name and mailing address**

CRAWFORD, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 264.00

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.201** **Nonpriority creditor's name and mailing address**

CREATIVE RESTAURANT SOLUTIONS INC
401 E GORDON DRIVE
EXTON, PA 19341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 727.00

**Date or dates debt was incurred**      Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|--------|---------------------------|--------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.202** **Nonpriority creditor's name and mailing address**
CREDERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.203** **Nonpriority creditor's name and mailing address**
CREDERA ENTERPRISES COMPANY LLC
15303 DALLAS PKWY STE 300
ADDISON, TX 75001-6775

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   300,440.00

---

**3.204** **Nonpriority creditor's name and mailing address**
CREDERA ENTERPRISES COMPANY, LLC
15303 DALLAS PKWY  STE 300
ADDISON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.205** **Nonpriority creditor's name and mailing address**
CRYSTAL LAWN INC
1717 3RD AVE
MANKATO, MN 56001-2911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   386.37

---

**3.206** **Nonpriority creditor's name and mailing address**
CRYSTAL LAWN INC
1717 3RD AVE ,
DBA GREENCARE
MANKATO, MN 56001-2911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   262.50

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.207**

**Nonpriority creditor's name and mailing address**
CUAYCONG, KEENAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 105.63

---

**3.208**

**Nonpriority creditor's name and mailing address**
CULLIGAN WATER TREATMENT
244 LYNDEN ROAD
BRANTFORD, ON N3R 8A3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 253.12

---

**3.209**

**Nonpriority creditor's name and mailing address**
CUMMINS, ANDREW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 277.50

---

**3.210**

**Nonpriority creditor's name and mailing address**
CUNNINGHAM, CURTIS
DBA CENTRAL WINDOW CLEANERS
PO BOX 347154
CLEVELAND, OH 44134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.52

---

**3.211**

**Nonpriority creditor's name and mailing address**
CURTIS RESTAURANT EQUIPMENT
PO BOX 7307
EUGENE, OR 97401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** Nonpriority creditor's name and mailing address

CUSTOM FOODS OF AMERICA INCORPORATED
3600 PLEASANT RIDGE ROAD
KNOXVILLE, TN 37921

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 36,863.66

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.213** Nonpriority creditor's name and mailing address

D & E PUMP SALES & SERVICE INC
3833 SOUTH HOPKINS AVENUE
TITUSVILLE, FL 32780

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

$ 385.88

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.214** Nonpriority creditor's name and mailing address

DAIGLE, DANNY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

$ 92.23

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.215** Nonpriority creditor's name and mailing address

DAMARYS GUZMAN-PIZZARO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation - Personal Injury

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.216** Nonpriority creditor's name and mailing address

DARDEN CORPORATION
DBA DARDEN
PO BOX 695012
ORLANDO, FL 32869

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| --- | --- | --- | --- |
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
| --- | --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.217** | **Nonpriority creditor's name and mailing address**

DARDEN RESTAURANTS, INC.
1000 DARDEN CENTER DR
ORLANDO, FL 32837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential lease guarantee subrogation (various leases)

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address**

DATAWORKS INC
DBA RED BOOK SOLUTIONS
33270 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 96.74

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address**

DATAWORKS INC
33270 COLLECTION CENTER DRIVE
DBA FULLER WELDING CO
CHICAGO, IL 60693-0332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 275.15

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address**

DAVID M MCNABB
DBA D SIGNS & WONDERS LLC
362080 OLD HIGHWAY 62
PADEN, OK 74860

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 166.60

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address**

DAVID M WEISS
228 SAINT JAMES STREET DBA
DAVES CARPET CARE & JANITORIAL
MARION, OH 43302-5135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 311.03

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222** **Nonpriority creditor's name and mailing address**

DAVID MESSIMER
DBA AQUARIUM XPRESS
519 E SIMPSON ST
MECHANICSBURG, PA 17055-6578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 750.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.223** **Nonpriority creditor's name and mailing address**

DAVIDSON, JAMES
3302 NODDING PINES ST
DBA 1-800GOT JUNK
SPRING, TX 77380-1240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 200.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224** **Nonpriority creditor's name and mailing address**

DAVIS, ERICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 13.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** **Nonpriority creditor's name and mailing address**

DE ROOS, TRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 27.90

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** **Nonpriority creditor's name and mailing address**

DEBASITIS, THERESA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 40.22

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.227** **Nonpriority creditor's name and mailing address**

DEBOBEN, KURT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1.62

---

**3.228** **Nonpriority creditor's name and mailing address**

DEESE, CAROL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 828.00

---

**3.229** **Nonpriority creditor's name and mailing address**

DELAWARE DEPARTMENT OF FINANCE
OFFICE OF UNCLAIMED PROPERTY
PO BOX 8931
WILMINGTON, DE 19899-8931

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21,916.28

---

**3.230** **Nonpriority creditor's name and mailing address**

DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
ATTN APOSTILLE SECTION
TALLAHASSEE, FL 32314-6800

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20.00

---

**3.231** **Nonpriority creditor's name and mailing address**

DEPT OF REVENUE - JEFFERSON CTY
PO BOX 830710
BIRMINGHAM, AL 35283-0710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 93.00

---

| Debtor | Red Lobster Management LLC | | Case number (if known) | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.232** **Nonpriority creditor's name and mailing address**

DEPT OF REVENUE - JEFFERSON CTY
C/O TRAVIS A HULSEY
PO BOX 830710
BIRMINGHAM, AL 35283-0710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 115.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.233** **Nonpriority creditor's name and mailing address**

DES MOINES WINDOW & BLDG MT INC
PO BOX 31070
DES MOINES, IA 50310-9407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 281.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.234** **Nonpriority creditor's name and mailing address**

DES MOINES WINDOW & BLDG MT INC
PO BOX 31070
DES MOINES,, IA 50310-9407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 106.45

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235** **Nonpriority creditor's name and mailing address**

DESERT NOVA CORPORATION
726 S SUNSET AVENUE ROSWELL
ROSWELL, NM 88203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 165.44

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236** **Nonpriority creditor's name and mailing address**

DEX IMAGING
DBA GREATAMERICA FINANCIAL SERVICES CORPORATION
PO BOX 660831
DALLAS, TX 75266-0831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,262.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237** **Nonpriority creditor's name and mailing address**

DEZZI RAE MARSHALL
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Class Action

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address**

DEZZIE RAY MARSHALL (CLASS ACTION)
ADDRESS ON FILE

$     Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Advertising Dispute

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**

DIGITAL ACCESSIBILITY CNTR LTD
SUITE 18 LLAN COED HOUSE
DARCY BUSINESS PARK
LLANDARCY, SA10 6FG

$     3,310.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**

DINOVA INC
6455 EAST JOHNS CROSSING
SUITE 220
JOHNS CREEK, GA 30097-1559

$     569,955.81

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.241** **Nonpriority creditor's name and mailing address**

DINOVA INC
6455 E JOHNS CROSSING STE 220
JOHNS CREEK, GA 30097-1559

$     1,342.14

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.242** **Nonpriority creditor's name and mailing address**

DINOVA, INC.
6455 E JOHNS CROSSING #220
JOHNS CREEK, GA 30097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Collection Action

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243** **Nonpriority creditor's name and mailing address**

DIRECTIONS RESEARCH INC
M/L 520
PO BOX 145400
CINCINNATI, OH 452505400

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                          24,860.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244** **Nonpriority creditor's name and mailing address**

DIRECTOR OF REVENUE
PO BOX 778
JEFFERSON CITY, MO 65102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.245** **Nonpriority creditor's name and mailing address**

DIRECTOR OF REVENUE
PO BOX 778
JEFFERSON CITY, MO 65102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                          500.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246** **Nonpriority creditor's name and mailing address**

DIRECTV
PO BOX 5006
CAROL STREAM, IL 60197-5006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                          76,749.48

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247** **Nonpriority creditor's name and mailing address**

DIRK POTHIER, JESSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 20.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**

DISCOUNT PLUMBING SERVICES INC
13046 COUNTY ROAD 8
FORT LUPTON, CO 80621-8345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1,588.78

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.249** **Nonpriority creditor's name and mailing address**

DOBBIES FLORIST LTD
5144 VICTORIA AVE
NIAGARA FALLS, ON L2E 4E3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 380.81

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.250** **Nonpriority creditor's name and mailing address**

DOBSONS BEVERAGE SERVICES
89697 GILMOUR LINE
WINGHAM, ON N0G 2W0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 63.55

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251** **Nonpriority creditor's name and mailing address**

DOHINA, ALFREDO JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 5.27

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.252** **Nonpriority creditor's name and mailing address**

DOOLEYS STEAM WAY CARPET CARE INC
1120 5TH ST
MERIDIAN, MS 39301-5308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 850.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.253** **Nonpriority creditor's name and mailing address**

DOORDASH INC
PO BOX 735240
DALLAS, TX 75373-5240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,057,204.51

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

DOWDEN, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 170.91

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255** **Nonpriority creditor's name and mailing address**

DOWDEN, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 313.36

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256** **Nonpriority creditor's name and mailing address**

DRAINS ETC
PO BOX 2386
VALRICO, FL 33595

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 313.05

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 163.91 |
|---|---|---|---|

DRAUGHT LOGISTICS
BOX 544 STATION MAIN
MILTON, ON L9T 4Z1

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.258 | **Nonpriority creditor's name and mailing address** | | $ 240.97 |
|---|---|---|---|

DUAL ELECTRIC & REFRIGERATION
3280 ODESSA DR
TECUMSEH, ON N8N 2M1

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.259 | **Nonpriority creditor's name and mailing address** | | $ 143.52 |
|---|---|---|---|

DUBS, CONNIE
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.260 | **Nonpriority creditor's name and mailing address** | | $ 2,205.00 |
|---|---|---|---|

DUN AND BRADSTREET INC
PO BOX 931197
ATLANTA, GA 31193-1197

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.261 | **Nonpriority creditor's name and mailing address** | | $ 0.20 |
|---|---|---|---|

DUPUIS, MICHAEL
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.262** | **Nonpriority creditor's name and mailing address**

E LA CARTE, INC.
C/O SUSAN SHINOFF  985 INDUSTRIAL ROAD  SUITE 205
SAN CARLOS, CA 94071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Contract Dispute

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address**

E V JACOBSON TRUCKING & ESCAV
1191 LANSING AVENUE
SUDBURY, ON P3A 4C4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 4,976.69

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address**

E. O. MAGDALIA COLON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address**

E2F INC
3655 NOBEL DR STE 520
SAN DIEGO, CA 92122-1051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 558.23

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**

EAST COAST OVEN REPAIR LLC
PO BOX 157
SUITE 3600
MIDDLEBURG, FL 32050-0157

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 80.25

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.267** **Nonpriority creditor's name and mailing address**

E-COLLECT
804 FAYETTE STREET
CONSHOHOCKEN, PA 19428

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 34.50

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268** **Nonpriority creditor's name and mailing address**

EDS ELECTRIC INC
5203 S RANGELINE RD
JOPLIN, MO 64804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 263.76

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269** **Nonpriority creditor's name and mailing address**

EDSON, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 41.72

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270** **Nonpriority creditor's name and mailing address**

EDWIN BUFARD COOL III
DBA B COOL WINDOW CARE
1500 N COALTER ST APT D4
STAUNTON, VA 24401-2546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 80.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.271** **Nonpriority creditor's name and mailing address**

EFAX CORPORATE
C/O J2 CLOUD SERVICES INC
PO BOX 51873
LOS ANGELES, CA 90051-6173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 226.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272 Nonpriority creditor's name and mailing address**

ELASTICSEARCH INC
PO BOX 894466
LOS ANGELES, CA 90189-4466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30,979.64

---

**3.273 Nonpriority creditor's name and mailing address**

ELEASIA BLACKMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.274 Nonpriority creditor's name and mailing address**

ELLIS, MARYJANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14.17

---

**3.275 Nonpriority creditor's name and mailing address**

ELLIS, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42.92

---

**3.276 Nonpriority creditor's name and mailing address**

ENRIQUE ALVEAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Regulatory

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277** **Nonpriority creditor's name and mailing address**

ENVIRO MASTER INTERNATIONAL FRANCHISE LL
PO BOX 12350
CHARLOTTE, NC 28220-2350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 94.39

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278** **Nonpriority creditor's name and mailing address**

ENVIRO-MASTER SERVICES, LLC
C/O ANNE CAIOLA
CAIOLA & ROSE 125 CLAIREMONT AVE SUITE 240
DECATUR, GA 30030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.279** **Nonpriority creditor's name and mailing address**

ERGONOMIC SERVICES CORPORATION
PO BOX 161
REX, GA 30273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 455.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280** **Nonpriority creditor's name and mailing address**

ERICH WHITEFORD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.281** **Nonpriority creditor's name and mailing address**

ERIKA COODY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.282** **Nonpriority creditor's name and mailing address**

ERNST & YOUNG LLP
ERNST & YOUNG US LLP WELLS FARGO BANK NA
PO BOX 933514
ATLANTA, GA 311933514

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283** **Nonpriority creditor's name and mailing address**

ESEQUIEL SOLORIO
914 14TH ST
DBA OCCUPATIONAL INJURY LAW
MODESTO, CA 95354-1011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                753.71

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284** **Nonpriority creditor's name and mailing address**

ESPERANZA CARR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Personal Injury

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.285** **Nonpriority creditor's name and mailing address**

EXPERT REPAIR LLC
4700 N HIATUS RD SUITE 154
DBA NORTHGATE PARK I
SUNRISE, FL 33351-7904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                470.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.286** **Nonpriority creditor's name and mailing address**

EXPRESS PLUMBING INC
PO BOX 1993
DBA NEALE W TOWNSEND
LAKE CITY, FL 32056-1993

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                900.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.287** **Nonpriority creditor's name and mailing address**

EXTREME CLEANING LLC
303 OKALOOSA RD NE
FORT WALTON BEACH, FL 32548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 95.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288** **Nonpriority creditor's name and mailing address**

FACILITIES MAINTENANCE LLC
681 S BLUFORD AVENUE
OCOEE, FL 34761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 615.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.289** **Nonpriority creditor's name and mailing address**

FARRENS, BRIAN G
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 338.49

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**

FASKEN MARTINEAU DUMOULIN LLP
333 BAY STREET SUITE 2400
TORONTO, M5H 2T6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,372.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**

FASKEN MARTINEAU DUMOULIN LLP
333 BAY STREET SUITE 2400
TORONTO, ON M5H 2T6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 780.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.292 Nonpriority creditor's name and mailing address**

FAZIO, FRANCO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 152.99

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.293 Nonpriority creditor's name and mailing address**

FBMWW OPCO LLC
DBA MWW GROUP LLC
1 MEADOWLANDS PLAZA
EAST RUTHERFORD, NJ 07073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 699.85

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.294 Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS CORPORATION
PO BOX 660481
DALLAS, TX 752660481

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 77,933.40

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.295 Nonpriority creditor's name and mailing address**

FELIPE FLORES COETO
DBA MAYRAS LAWN CARE
107 10TH AVE
CHATSWORTH, GA 30705-2731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.296 Nonpriority creditor's name and mailing address**

FELIX, KIMBERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 4.27

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.297** **Nonpriority creditor's name and mailing address**

FELIX, KIMBERLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 12.92

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298** **Nonpriority creditor's name and mailing address**

FERRELL, LAQUEND0
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 32.32

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299** **Nonpriority creditor's name and mailing address**

FERRELL, LAQUENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 93.36

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300** **Nonpriority creditor's name and mailing address**

FIDENCIO GUERRERO CASTRO
17104 GLENEAGLE DR S
DBA FIDEYCO
CONROE, TX 77385-4616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 350.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301** **Nonpriority creditor's name and mailing address**

FIFTH THIRD BANK
PO BOX 636045
CINCINNATI, OH 452636045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 86,813.76

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.302** **Nonpriority creditor's name and mailing address**

FIRE DEPT-CITY OF NEW YORK
PO BOX 840 CHURCH ST STATION
NEW YORK, NY 10008-0840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 151.66

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303** **Nonpriority creditor's name and mailing address**

FIRST DATA CORPORATION
DBA FDS HOLDINGS INC
PO BOX 2025
ENGLEWOOD, CO 80150-2025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,362.65

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304** **Nonpriority creditor's name and mailing address**

FIR-SURE TROPICAL FOLIAGE COMPANY INC
PO BOX 441
COBDEN, IL 62920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,320.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.305** **Nonpriority creditor's name and mailing address**

FISHBACK, JOSEPH
DBA FISHBACK PLUMBING LLC PO B
COOKEVILLE, TN 38503-1234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 125.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.306** **Nonpriority creditor's name and mailing address**

FLORENCE, MATT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 378.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| | | |
|---|---|---|
| **3.307** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | FLORENCE, MATT<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount of claim: $ 378.50

| | | |
|---|---|---|
| **3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | FLORES CASTRO, JEYDALIS<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount of claim: $ 919.18

| | | |
|---|---|---|
| **3.309** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | FLORIDA FISH & WILDLIFE CONSERVATION COM<br>PO BOX 6150<br>DBA LOUIES PROPERTY MAINTENANC<br>TALLAHASSEE, FL 32314 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount of claim: $ 90.00

| | | |
|---|---|---|
| **3.310** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | FLORIDA STATE TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>200 E GAINES ST<br>TALLAHASSEE, FL 32399-0358 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount of claim: $ 3,536.16

| | | |
|---|---|---|
| **3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | FOGLE, BRITNEY<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Amount of claim: $ 1.93

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.312** Nonpriority creditor's name and mailing address

FOUR CORNERS OPERATING PARTNERSHIP LP
DBA FCPT HOLDINGS LLC
PO BOX 936705
ATLANTA, GA 31193-6705

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Potential Accrual for Rent

$ Undetermined

Date or dates debt was incurred     Undetermined

Last 4 digits of account number     N/A

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.313** Nonpriority creditor's name and mailing address

FOURTH ENTERPRISES LLC
DBA HOTSCHEDULES RED BOOK SOLUTIONS
RED BOOK CONNECT LLC
PO BOX 18364
PALATINE, IL 60055-8364

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 198.87

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.314** Nonpriority creditor's name and mailing address

FRANK A SMITH BEVERAGES INC
180 SHOEMAKER ROAD
DBA PACIFIC LANDSCAPE MANAGEME
POTTSTOWN, PA 19464

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 180.53

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.315** Nonpriority creditor's name and mailing address

FRANK A SMITH BEVERAGES INC
180 SHOEMAKER ROAD
DBA KINETICO WATER SYSTEMS OF
POTTSTOWN, PA 19464

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 911.74

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.316** Nonpriority creditor's name and mailing address

FRANK A SMITH BEVERAGES INC
180 SHOEMAKER ROAD
DBA SERVICEMASTER RESTORE BY R
POTTSTOWN, PA 19464

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 923.63

Date or dates debt was incurred     Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.317** | **Nonpriority creditor's name and mailing address**

FRIENDS WITH FLOWERS LTD
699 WILKINS STREET UNIT 17
LONDON, ON N6C 5C8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70.00

---

**3.318** | **Nonpriority creditor's name and mailing address**

FRIENDS WITH FLOWERS, LTD
699 WILKINS STREET UNIT 17
LONDON
ON N6C 5C8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47.54

---

**3.319** | **Nonpriority creditor's name and mailing address**

FRONTIER SUPPLY CHAIN SOLUTIONS INC
310-555 HERVO STREET
WINNIPEG, MB R3T 3L6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27.37

---

**3.320** | **Nonpriority creditor's name and mailing address**

FUSION PRO SERVICES
137-1140 BURNHAMTHORPE ROAD
UNIT 176
MISSISSAUGA, ON L5C 0A3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 158.20

---

**3.321** | **Nonpriority creditor's name and mailing address**

GABRIEL CAMPOS
DBA PLUMBING EXPERTS
9961 MCCOMBS ST
EL PASO, TX 79924-5009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 443.82

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.322** | **Nonpriority creditor's name and mailing address**

GALLEY SOLUTIONS, INC.
C/O SNELL & WILMER ATTN: BROOKE BARNES 12230 EL CAMINO REAL, STE. 300
SAN DIEGO, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Contract Dispute

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address**

GARTNER INC
PO BOX 911319
DALLAS, TX 753911319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      101,796.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address**

GASHI, NAIM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$      6.72

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address**

GAULT, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$      0.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address**

GELIN, IBENSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$      0.09

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.327 Nonpriority creditor's name and mailing address**

GEM PRODUCTIONS
106 DELLA ST
DBA THE TAP GUY
BRANSON GUEST CARD
BRANSON, MO 65616-2204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 300.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.328 Nonpriority creditor's name and mailing address**

GENERAL, BETTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 4,017.09

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.329 Nonpriority creditor's name and mailing address**

GEORGE, MYERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 3.74

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.330 Nonpriority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY PROGRAM
4125 WELCOME ALL RD STE 701
ATLANTA, GA 30349-1824

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 4,957.65

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.331 Nonpriority creditor's name and mailing address**

GILARRANZ, SHANTHALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 34.85

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.332** **Nonpriority creditor's name and mailing address**

GILES LOCK & SECURITY SYSTEMS INC
1211 HARTNELL AVENUE
REDDING, CA 96002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 11.05

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.333** **Nonpriority creditor's name and mailing address**

GLUBE, DAVID MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 4.11

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.334** **Nonpriority creditor's name and mailing address**

GNC CONSULTING INC
21195 S LAGRANGE RD
FRANKFORT, IL 60423-2044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 77.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335** **Nonpriority creditor's name and mailing address**

GOLDEN ARROWHEAD
404 PROSPECT ST
BYERS, TX 76357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.336** **Nonpriority creditor's name and mailing address**

GOLDEN-TECH INTERNATIONAL INC
11120 NE 2ND ST STE 200
BELLEVUE, WA 98004-8337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,819.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.337** **Nonpriority creditor's name and mailing address**
GOUDREAU, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 14.13

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.338** **Nonpriority creditor's name and mailing address**
GRANMAR PRODUCTS INC
PO BOX 228014
MIAMI, FL 33222-8014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,235.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.339** **Nonpriority creditor's name and mailing address**
GREAT BAY DISTRIBUTING INC
2750 EAGLE AVE N
ST. PETERSBURG, FL 33716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 157.83

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340** **Nonpriority creditor's name and mailing address**
GREAT LAKES ELECTRICAL CONTRACTING INC
440 ARCO DR
TOLEDO, OH 43607-2909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2,942.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.341** **Nonpriority creditor's name and mailing address**
GREATER KINGSTON CHAMBER OF COMMERCE
204-299 CONCESSION STREET
KINGSTON, ON K7K 2B9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 508.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.342** **Nonpriority creditor's name and mailing address**

GREEN CABBAGE MARKETING LLC
DBA GREEN CABBAGE LLC
125 EMERYVILLE DR STE 330
CRANBERRY TOWNSHIP, PA 16066-5020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 8,146.07

---

**3.343** **Nonpriority creditor's name and mailing address**

GREENBERG, MICHAEL A
9309 WILD BEES LN
DBA PETERSON PLUMBING
COLUMBIA, MD 21045-1827

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,500.00

---

**3.344** **Nonpriority creditor's name and mailing address**

GREENWAY PROPERTY, LLC
5230 E SHANGRI-LA
SCOTTSDALE, AZ 85254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Landlord Breach of Contract

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.345** **Nonpriority creditor's name and mailing address**

GRIFFIN, LESLIE
229 HIGHWAY 49 LOT Y
DBA PEPSI-COLA BOTTLING COMPAN
MACON, GA 31211-7841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,000.00

---

**3.346** **Nonpriority creditor's name and mailing address**

GROVES, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - ADA Dispute

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.347** | **Nonpriority creditor's name and mailing address**

GROW PRO LLC
5513 WEST 11000 N STE 232
HIGHLAND, UT 84003-8012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 907.72

---

**3.348** | **Nonpriority creditor's name and mailing address**

GUIDEPOINT SECURITY LLC
PO BOX 844716
BOSTON, MA 02284-4716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,920.25

---

**3.349** | **Nonpriority creditor's name and mailing address**

GULFCOAST ELECTRIC & LIGHTING
4301 39TH ST S
SAINT PETERSBURG, FL 33711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 615.73

---

**3.350** | **Nonpriority creditor's name and mailing address**

GW INTERNATIONAL INC
1426 HARVEST AVE SE
OLYMPIA, WA 98501-8620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,862.80

---

**3.351** | **Nonpriority creditor's name and mailing address**

HAB-BPT
325 A NORTH POTTSTOWN PIKE
EXTON, PA 193412290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352** **Nonpriority creditor's name and mailing address**

HALL, KAITLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 9.56

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.353** **Nonpriority creditor's name and mailing address**

HANLEY, EARNEST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 300.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.354** **Nonpriority creditor's name and mailing address**

HANSON, JACOB
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 353.56

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355** **Nonpriority creditor's name and mailing address**

HAQ CORPORATION
3068 CHAPEL HILL ROAD
DBA CHAPMAN PLUMBING
C/O RIAZ HAQ
DOUGLASVILLE, GA 30135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 700.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.356** **Nonpriority creditor's name and mailing address**

HARDER, RICHARD
DBA RICHARDS PLUMBING & DRAIN
PO BOX 973
SUMNER, WA 98390-0180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 154.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.357** | **Nonpriority creditor's name and mailing address**

HARTFORD FINANCIAL SERVICES GROUP
ONE HARTFORD PLAZA
HARTFORD, CT 06155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #20BSBIZ8521

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   8521

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address**

HATCHER, TROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 14.26

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address**

HAWK LANDSCAPING INC
1626 SAINT FRANCIS LANE
ALTOONA, PA 16602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 769.67

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address**

HAYDO LLC
2228 E ENTERPRISE PARKWAY
DBA GREGS MAINT COMMERCIAL CLE
TWINSBURG, OH 44087-2393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 192.15

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address**

HAYES, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 6.73

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.362**   **Nonpriority creditor's name and mailing address**

HEART OF FLORIDA UNITED WAY*
1940 TRAYLOR BLVD
ORLANDO, FL 328044714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 893.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.363**   **Nonpriority creditor's name and mailing address**

HELLOWORLD INC
A MERKLE INC COMPANY
3000 TOWN CENTER STE 2100
SOUTHFIELD, MI 48075-1313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 454,139.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.364**   **Nonpriority creditor's name and mailing address**

HENDERSON, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 100.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.365**   **Nonpriority creditor's name and mailing address**

HENDRICKS COUNTY
GOVT CENTER
DBA SERVICEMASTER RESTORE BY R
DANVILLE, IN 46122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 300.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.366**   **Nonpriority creditor's name and mailing address**

HENLEYS KEY SERVICE INC
117 E BOULDER
COLORADO SPRINGS, CO 80903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 271.64

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.367** **Nonpriority creditor's name and mailing address**

HENNY PENNY CORPORATION
1219 U.S. 35 WEST P.O. BOX 60
EATON, OH 45320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.368** **Nonpriority creditor's name and mailing address**

HENWOOD, MIKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 29.25

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.369** **Nonpriority creditor's name and mailing address**

HERITAGE FOOD SRVC GRP OF CAN
145-8528 GLENLYON PKWY
BURNABY, BC V5J 0B6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,400.74

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.370** **Nonpriority creditor's name and mailing address**

HERITAGE WINE CELLARS LLC
6600 W HOWARD ST
NILES,, IL 60714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 47.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.371** **Nonpriority creditor's name and mailing address**

HERNANDEZ, EYUREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 188.99

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.372** **Nonpriority creditor's name and mailing address**

HIBBS, AMANDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 25.84

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address**

HICKORY GROVE COMMUNITY LLC
2158 NORTHGATE PARK LN STE 199
DBA GREGS MAINT COMMERCIAL CLE
CHATTANOOGA, TN 37415-6911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 387.02

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.374** **Nonpriority creditor's name and mailing address**

HIGH LIFE SALES COMPANY
CENTRALSTATES BEVERAGE COMPANY
PO BOX 484873
KANSAS CITY, MO 64148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 137.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375** **Nonpriority creditor's name and mailing address**

HILL PLUMBING & ELECTRIC CO INC
438 NORTH MAIN STREET
SUMTER, SC 29150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 251.50

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376** **Nonpriority creditor's name and mailing address**

HODGMAN, HEATHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.377** | **Nonpriority creditor's name and mailing address**

HOLDER, ALMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.65

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address**

HOLLIS, KEITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.22

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address**

HP INC
PO BOX 101149
ATLANTA, GA 30392-1149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 67,720.31

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address**

HRIDI, NUSRAT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.18

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address**

HUNTERDON BEVERAGE COMPANY LLC
PO BOX 1050
DBA ALPHAGRAPHICS 379
WHITEHOUSE STATION, NJ 8889

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 143.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.382** | **Nonpriority creditor's name and mailing address**

HYGIENE MASTERS INC
13869 BERENGER LN
DBA ENVIRO MASTER SERVICES OF
CARMEL, IN 46032-9415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 192.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address**

HYGINIX LLC
3830 VALLEY CTR DR #705
SAN DIEGO,, CA 92130-3307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 769.58

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address**

IBARRA DE CUYA, VILMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1.49

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address**

IBARRA DE CUYA, VILMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 10.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address**

IDAHO STATE TREASURER
UNCLAIMED PROPERTY DIVISION
304 N 8TH ST STE 208
BOISE, ID 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 72.28

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.387** | **Nonpriority creditor's name and mailing address**

ILLINOIS SECRETARY OF STATE
DEPARTMENT OF BUSINESS SVCS
LIMITED LIABILITY DIVISION
501 S SECOND ST RM 351
SPRINGFIELD, IL 62756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 75.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address**

IMBLER HOLDING CORP
FISH WINDOW CLEANING OF TALLAH
PO BOX 13595
TALLAHASSEE, FL 32308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 40.85

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address**

INCONTACT INC
DBA NICE NICE INCONTACT THE NICE GROUP
LOCKBOX 0268
PO BOX 7247
PHILADELPHIA, PA 19170-0268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18,972.73

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address**

INDIANA ALCOHOL
302 W WASHINGTON ROOM E114
DBA KINETICO WATER SYSTEMS OF
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,235.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address**

INDIANA ALCOHOL AND TOBACCO COMMISSION
302 W WASHINGTON ROOM E114
DBA NORTHGATE PARK I
INDIANAPOLIS, IN, 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,200.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 55.00 |
|---|---|---|---|
| | INDUSTRIAL GROUNDS MAINTENANCE<br>102 NEVERSINK ST<br>READING, PA 19602 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 29.95 |
|---|---|---|---|
| | INFORMA MEDIA INC<br>PO BOX 2100<br>SKOKIE, IL 60076-7800 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 175.00 |
|---|---|---|---|
| | INFOSEA CO<br>DBA CHANG INTERNATIONAL INC<br>3010 77TH AVE SE STE 204<br>MERCER ISLAND, WA 98040-2842 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 13,483.85 |
|---|---|---|---|
| | INFOSYS BPM LIMITED<br>BOA LOCKBOX SERVICES<br>13539 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 262.50 |
|---|---|---|---|
| | INHOUSE CREATIVE GROUP LLC<br>16202 APALACHEE CIR<br>CLERMONT, FL 34711-6205 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.397** **Nonpriority creditor's name and mailing address**

INNISS, NATASH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 591.60

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.398** **Nonpriority creditor's name and mailing address**

INS BROKERS INC
DBA VIATEK SOLUTIONS
11399 47TH ST N
CLEARWATER, FL 33762-4963

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 166.20

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.399** **Nonpriority creditor's name and mailing address**

INSIDE OUT CLEANING SERVICES LLC
12122 BUCK HALL LN
DBA KINETICO WATER SYSTEMS OF
FREDERICKSBURG, VA 22407-6686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 475.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.400** **Nonpriority creditor's name and mailing address**

INTEGRITY WATER SOLUTIONS LLC
DBA KINETICO OF DAYTON 3870 IN
DAYTON, OH 45440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 250.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.401** **Nonpriority creditor's name and mailing address**

INTERFACE SECURITY SYSTEMS LLC
8339 SOLUTIONS CENTER
CHICAGO, IL 606778003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,430.96

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.402**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL CIO LEADERSHIP ASSOCIATION LLC
DBA INSPIRE LEADERSHIP NETWORK
1 CONCOURSE PKWY STE 100
ATLANTA, GA 30328-5384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                5,000.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.403**

**Nonpriority creditor's name and mailing address**

IOWA PEACE OFFICERS ASSOCIATION
PO BOX 1355
ANKENY, IA 50021-0978

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                  750.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.404**

**Nonpriority creditor's name and mailing address**

IPSOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - ADA Dispute

$                Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.405**

**Nonpriority creditor's name and mailing address**

IPSOS INSIGHT LLC
PO BOX 36076
NEWARK, NJ 07188-6076

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$             1,047,719.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.406**

**Nonpriority creditor's name and mailing address**

IPSOS-INSIGHT, LLC
C/O STEVEN KAYMAN
ROTTENBERG LIPMAN RICH, P.C. THE HELMSLEY BUILDING 230 PARK
AVENUE, 18TH FLOOR
NEW YORK, NY 10169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Litigation - Collection Action

$                Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.407** | **Nonpriority creditor's name and mailing address**

IRAHETA, MARLENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 139.44**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address**

IRON MOUNTAIN INFORMATION MGMT INC
PO BOX 27128
NEW YORK, NY 100877128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 8,383.32**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address**

ITW FOOD EQUIPMENT GROUP LLC
DBA BERKEL COMPANY
4406 TECHNOLOGY DRIVE
SOUTH BEND, IN 46628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 101,642.18**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address**

J BRANDT RECOGNITION LTD
2816 WEST LANCASTER AVENUE
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 10,008.16**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address**

JACKS LAWN CARE INC
333 RT 9W
CONYERS, NY 10920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 1,264.19**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.412** **Nonpriority creditor's name and mailing address**

JACKSON COUNTY
ENVIRONMENTAL HEALTH DEPT 3490
OLD US 40 HWY
GRAIN VALLEY, MO 64029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 105.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.413** **Nonpriority creditor's name and mailing address**

JAMES F WITMYER
DEPT OF BUILDING INSPECTIONS
MANHASSETT, NY 11030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 750.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.414** **Nonpriority creditor's name and mailing address**

JAMES J SULLIVAN
DBA SULLIVISION INC
694 S KELLER PARK DR
APPLETON, WI 54914-8545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,783.78

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.415** **Nonpriority creditor's name and mailing address**

JARROD D STANGER
3460 N GREEN MEADOWS DR
DBA CRAFT BEER GUILD OF NY FIN
SOLSBERRY, IN 47459-8261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 540.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.416** **Nonpriority creditor's name and mailing address**

JDJP LLC
2555 N HILL FIELD RD
DBA CLEAN TAP LLC
LAYTON, UT 84041-4755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 436.03

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.417** **Nonpriority creditor's name and mailing address**

JEREL SCOTT FULLER
6723 KNOLL STREET
DBA FULLER WELDING CO
GOLDEN VALLEY, MN 55427

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 215.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.418** **Nonpriority creditor's name and mailing address**

JLS BUILDING SERVICES LLC
930 E WATER ST
CHILLICOTHE, OH 45601-2793

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 67.50

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.419** **Nonpriority creditor's name and mailing address**

JMC SERVICES INC
PO BOX 770279
WINTER GARDEN, FL 34777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 708.27

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.420** **Nonpriority creditor's name and mailing address**

JOHN PALMER ELECTRIC INC
5 S PROSPECT AVENUE
AVON PARK, FL 33825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 70.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.421** **Nonpriority creditor's name and mailing address**

JOHN R DOUGHERTY & FAM ENT
DBA ROTO-ROOTER
PO BOX 7580
7580 JACKSONVILLE, NC 28540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 848.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.422** **Nonpriority creditor's name and mailing address**

JOHN RAMALHO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.423** **Nonpriority creditor's name and mailing address**

JOHN T WALKUP
DBA WALKUP ELEC
3233 SOUTH CASHUA
FLORENCE, SC 29501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 495.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.424** **Nonpriority creditor's name and mailing address**

JOHNSON, CHRISTOPHER L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.425** **Nonpriority creditor's name and mailing address**

JOHNSON, MAKAYLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 481.64

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.426** **Nonpriority creditor's name and mailing address**

JONES LANG LASALLE AMERICAS INC
PO BOX 95028
CHICAGO, IL 60690-7217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 28,500.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|
| | JONES LANG LASALLE AMERICAS, INC. C/O UNITED AGENT GROUP INC. 801 US HIGHWAY 1 NORTH PALM BEACH, FL 33408 | ☑ Contingent ☐ Unliquidated ☑ Disputed | | |
| | | **Basis for the claim:** Litigation - Vendor Dispute | | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 76.39 |
|---|---|---|---|---|
| | JONES, MONA ADDRESS ON FILE | ☐ Contingent ☑ Unliquidated ☐ Disputed | | |
| | | **Basis for the claim:** Unclaimed Property | | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 55.00 |
|---|---|---|---|---|
| | JOSEPH C WATKINS PO BOX 5737 DBA ADAM COATES ENDICOTT, NY 13763 | ☐ Contingent ☑ Unliquidated ☐ Disputed | | |
| | | **Basis for the claim:** Unclaimed Property | | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 485.00 |
|---|---|---|---|---|
| | JOSEPH M KRESCANKO DBA VINYL REPAIRS & UPHOLSTERY 26693 RIVER BREEZE DRIVE MILLSBORO, DE 19966 | ☐ Contingent ☑ Unliquidated ☐ Disputed | | |
| | | **Basis for the claim:** Unclaimed Property | | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 179.40 |
|---|---|---|---|---|
| | JOSEPH MULLARKEY DISTRIBUTING 2200 RIDGE DRIVE DBA SCOTTS EQUIPMENT REPAIR GLENVIEW, IL 60025 | ☐ Contingent ☑ Unliquidated ☐ Disputed | | |
| | | **Basis for the claim:** Unclaimed Property | | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| | **Last 4 digits of account number** | | | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.432** **Nonpriority creditor's name and mailing address**

JUAREZ, ROGELIO A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.433** **Nonpriority creditor's name and mailing address**

JUDY WITT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 52.09

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.434** **Nonpriority creditor's name and mailing address**

JUST4USDC
1415 CONGRESS PL SE
WASHINGTON, DC 20020-2905

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 300.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.435** **Nonpriority creditor's name and mailing address**

JUSTIN ECHOLS
DBA ECHOLS LANDSCAPING
653 WALKER ST
BILOXI, MS 39530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 200.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.436** **Nonpriority creditor's name and mailing address**

KAIZEN CONSULTING INC
DBA DATANAUTIX INC
7335 WINDING LAKE CIRCLE
OVIEDO, FL 32765-5665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25,000.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.437** **Nonpriority creditor's name and mailing address**

KANAGARTNAM, KUGATHASAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 4.70

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.438** **Nonpriority creditor's name and mailing address**

KANIS, KATHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 3.78

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.439** **Nonpriority creditor's name and mailing address**

KANSAS STATE TREASURER
UNCLAIMED PROPERTY DIVISION
900 SW JACKSON, STE 201
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 433.09

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.440** **Nonpriority creditor's name and mailing address**

KENNETH SCHEBEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.441** **Nonpriority creditor's name and mailing address**

KENTUCKY STATE TREASURER
UNCLAIMED PROPERTY DIVISION
1050 US HIGHWAY 127 SOUTH, STE 100
FRANKFORT, KY 40601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,351.62

**Date or dates debt was incurred**     Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | | Case number (if known) | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.442** | **Nonpriority creditor's name and mailing address**

KEPLER GROUP LLC
6 E 32ND ST 9TH FLOOR
NEW, NY 10016-5415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.443** | **Nonpriority creditor's name and mailing address**

KEYSTONE FIESTA PLAZA LLC
3776 N 1ST AVE STE 200
TUCSON, AZ 85719-1610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Accrual for Rent

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    N/A

---

**3.444** | **Nonpriority creditor's name and mailing address**

KEYSTONE MUNICIPAL COLLECTIONS
1532 LINCOLN WAY
WHITE OAK, PA 15131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.445** | **Nonpriority creditor's name and mailing address**

KHAN, VASEEM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.88

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.446** | **Nonpriority creditor's name and mailing address**

KINETICO INCORPORATED
9765 BASIL WESTERN ROAD
CANAL WINCHESTER, OH 43110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 398.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.447** | **Nonpriority creditor's name and mailing address**
KIRKHAM, ANNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 23.86

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address**
KNEREM, MELINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 2.13

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address**
KORE WIRELESS INC. SUM
29396 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

$ 965.51

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address**
KOSITCH ENTERPRISES INC
5700 BOSCELL COMMON
FREMONT, CA 94538-5111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 375.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address**
KRS KITCHEN REPAIR SERVICES INC
DBA KITCHEN REPAIR SERVICE
27058 SW 140TH PSGE
NARANJA, FL 33032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 944.02

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452** | **Nonpriority creditor's name and mailing address**
KUNZ, GEOFFREY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 3,802.19

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address**
LAKING, CHRISTINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 14.72

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address**
LANGE, FLAME
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 100.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address**
LANTERN ELECTRIC
4393 RIDEAU RIVER RD
KEMPTVILLE, ON K0G 1J0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 222.10

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address**
LASHUK LLC
DBA STANLEY STEEMER OF MADISON
MADISON, WI 53718-6790

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 39.08

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.457** | **Nonpriority creditor's name and mailing address**

LAURENS COUNTY BOARD OF EDUCATION
467 FIRETOWER RD
DUBLIN, GA 31021-2682

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 135.92

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address**

LAWN BOYS LTD
2 MITCHELL BAY
ST ANDREWS, MB R1A 3A3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 813.75

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address**

LENS CARPET CARE & CONSULTANTS
3436 FRANETTE ROAD
DBA GREGS MAINT COMMERCIAL CLE
LANSING, MO 48906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 385.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address**

LEWIS, KARA
175 BEERS RD
DBA PEPSI-COLA BOTTLING COMPAN
DUBOIS, PA 15801-7203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 4.34

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Oil and Gas Lease Bond #070019420

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   9420

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| --- | --- | --- | --- |
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.462** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019593

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    9593

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019665

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    9665

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019569

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    9569

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019620

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    9620

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019449

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    9449

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.467** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019661

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9661 | ☑ No ☐ Yes |

**3.468** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015043280

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 3280 | ☑ No ☐ Yes |

**3.469** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018974

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8974 | ☑ No ☐ Yes |

**3.470** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018973

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8973 | ☑ No ☐ Yes |

**3.471** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019666

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9666 | ☑ No ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.472** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018983

$          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 8983 | ☑ No |
| | | ☐ Yes |

---

**3.473** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019450

$          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 9450 | ☑ No |
| | | ☐ Yes |

---

**3.474** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019662

$          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 9662 | ☑ No |
| | | ☐ Yes |

---

**3.475** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019009

$          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 9009 | ☑ No |
| | | ☐ Yes |

---

**3.476** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019543

$          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 9543 | ☑ No |
| | | ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.477** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015044764

$            Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4764 | ☑ No   ☐ Yes |

---

**3.478** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019668

$            Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9668 | ☑ No   ☐ Yes |

---

**3.479** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019653

$            Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9653 | ☑ No   ☐ Yes |

---

**3.480** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019624

$            Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9624 | ☑ No   ☐ Yes |

---

**3.481** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019551

$            Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9551 | ☑ No   ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.482**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070011465 (BDTO-130050-014)

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 1465 | ☑ No  ☐ Yes |

---

**3.483**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019667

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9667 | ☑ No  ☐ Yes |

---

**3.484**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019618

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9618 | ☑ No  ☐ Yes |

---

**3.485**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Other License-Permit Bond #070019422

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9422 | ☑ No  ☐ Yes |

---

**3.486**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019619

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9619 | ☑ No  ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.487** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019544

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9544 | ☑ No<br>☐ Yes |

---

**3.488** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Sales Tax Bond #070019011

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9011 | ☑ No<br>☐ Yes |

---

**3.489** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019419

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9419 | ☑ No<br>☐ Yes |

---

**3.490** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070018988

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8988 | ☑ No<br>☐ Yes |

---

**3.491** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #016244176

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4176 | ☑ No<br>☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.492** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015044751

$                          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4751 | ☑ No   ☐ Yes |

**3.493** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019007

$                          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9007 | ☑ No   ☐ Yes |

**3.494** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019451

$                          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9451 | ☑ No   ☐ Yes |

**3.495** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019004

$                          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9004 | ☑ No   ☐ Yes |

**3.496** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019563

$                          Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9563 | ☑ No   ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.497** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019643

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9643 | ☒ No  ☐ Yes |

---

**3.498** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019557

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9557 | ☒ No  ☐ Yes |

---

**3.499** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019642

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9642 | ☒ No  ☐ Yes |

---

**3.500** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019568

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9568 | ☒ No  ☐ Yes |

---

**3.501** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015044753

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4753 | ☒ No  ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.502 Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019616

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9616 | ☑ No  ☐ Yes |

**3.503 Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019656

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9656 | ☑ No  ☐ Yes |

**3.504 Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019586

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9586 | ☑ No  ☐ Yes |

**3.505 Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019555

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9555 | ☑ No  ☐ Yes |

**3.506 Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019458

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9458 | ☑ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.507** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019658

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9658

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015044754

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 4754

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019572

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9572

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018992

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 8992

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015033910

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 3910

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.512** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019629

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**      9629

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019461

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**      9461

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Other License-Permit Bond #070019426

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**      9426

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044752

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**      4752

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019560

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**      9560

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.517** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019466

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9466 | ☒ No  ☐ Yes |

---

**3.518** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015044761

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4761 | ☒ No  ☐ Yes |

---

**3.519** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Sales Tax Bond #015043256

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 3256 | ☒ No  ☐ Yes |

---

**3.520** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019008

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9008 | ☒ No  ☐ Yes |

---

**3.521** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015044757

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4757 | ☒ No  ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|--------|---------------------------|--------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.522** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Surety Bond - Utility Payment Bond #070019582

$      Undetermined

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | 9582 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.523** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Surety Bond - Utility Payment Bond #070018968

$      Undetermined

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | 8968 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.524** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Surety Bond - Utility Payment Bond #070019636

$      Undetermined

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | 9636 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.525** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Surety Bond - Utility Payment Bond #070019603

$      Undetermined

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | 9603 |

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.526** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Surety Bond - Liquor - Malt Beverage Bond #015044738

$      Undetermined

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | 4738 |

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.527** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019006

$ Undetermined

**Date or dates debt was incurred**    Undetermined
**Last 4 digits of account number**    9006

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.528** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019596

$ Undetermined

**Date or dates debt was incurred**    Undetermined
**Last 4 digits of account number**    9596

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.529** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019654

$ Undetermined

**Date or dates debt was incurred**    Undetermined
**Last 4 digits of account number**    9654

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.530** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019455

$ Undetermined

**Date or dates debt was incurred**    Undetermined
**Last 4 digits of account number**    9455

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.531** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - United States Customs Bond #140624009

$ Undetermined

**Date or dates debt was incurred**    Undetermined
**Last 4 digits of account number**    4009

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.532**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044739

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | 4739 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.533**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044768

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | 4768 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.534**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070018967

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | 8967 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.535**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044766

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | 4766 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.536**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044765

$ Undetermined

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | 4765 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.537** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018975

$                Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 8975

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019623

$                Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9623

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019577

$                Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9577

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018998

$                Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 8998

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.541** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019626

$                Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9626

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.542** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019463

$ Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 9463 | ☑ No   ☐ Yes |

**3.543** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018984

$ Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 8984 | ☑ No   ☐ Yes |

**3.544** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019635

$ Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 9635 | ☑ No   ☐ Yes |

**3.545** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Other License-Permit Bond #070019429

$ Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 9429 | ☑ No   ☐ Yes |

**3.546** Nonpriority creditor's name and mailing address

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018995

$ Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 8995 | ☑ No   ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Sales Tax Bond #070019010

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9010 | ☑ No ☐ Yes |

---

**3.548** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044737

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4737 | ☑ No ☐ Yes |

---

**3.549** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044756

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4756 | ☑ No ☐ Yes |

---

**3.550** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070018989

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8989 | ☑ No ☐ Yes |

---

**3.551** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070206719

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 6719 | ☑ No ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.552** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018981

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8981 | ☑ No ☐ Yes |

**3.553** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019443

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9443 | ☑ No ☐ Yes |

**3.554** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019547

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9547 | ☑ No ☐ Yes |

**3.555** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019625

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9625 | ☑ No ☐ Yes |

**3.556** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019651

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9651 | ☑ No ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.557**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019614

$     Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9614 | ☒ No  ☐ Yes |

---

**3.558**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019548

$     Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9548 | ☒ No  ☐ Yes |

---

**3.559**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070206718

$     Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 6718 | ☒ No  ☐ Yes |

---

**3.560**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019575

$     Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9575 | ☒ No  ☐ Yes |

---

**3.561**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018986

$     Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8986 | ☒ No  ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.562** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019590

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9590 | ☑ No  ☐ Yes |

---

**3.563** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #070219388

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9388 | ☑ No  ☐ Yes |

---

**3.564** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019442

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9442 | ☑ No  ☐ Yes |

---

**3.565** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019669

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9669 | ☑ No  ☐ Yes |

---

**3.566** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019592

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9592 | ☑ No  ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.567** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070011464
(BDTO-130049-014)

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 1464 | ☒ No ☐ Yes |

---

**3.568** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019647

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9647 | ☒ No ☐ Yes |

---

**3.569** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019438

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9438 | ☒ No ☐ Yes |

---

**3.570** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019587

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9587 | ☒ No ☐ Yes |

---

**3.571** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019657

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9657 | ☒ No ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.572** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015044736

$           Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4736 | ☑ No   ☐ Yes |

---

**3.573** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070215100

$           Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 5100 | ☑ No   ☐ Yes |

---

**3.574** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019436

$           Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9436 | ☑ No   ☐ Yes |

---

**3.575** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018972

$           Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8972 | ☑ No   ☐ Yes |

---

**3.576** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019675

$           Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9675 | ☑ No   ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.577** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019574

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9574 | ☑ No ☐ Yes |

**3.578** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018996

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8996 | ☑ No ☐ Yes |

**3.579** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019431

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9431 | ☑ No ☐ Yes |

**3.580** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019566

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9566 | ☑ No ☐ Yes |

**3.581** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018985

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8985 | ☑ No ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.582** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Sales Tax Bond #070019016

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9016

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.583** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019594

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9594

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.584** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018999

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 8999

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.585** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019542

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9542

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.586** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015044734

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 4734

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| --- | --- | --- | --- |
| | Name | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.587** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #44S015324

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   5324

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Other License-Permit Bond #070019424

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   9424

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018991

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   8991

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019441

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   9441

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Sales Tax Bond #070019014

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   9014

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.592** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019000

$                            Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | 9000 |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.593** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044740

$                            Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | 4740 |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.594** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019546

$                            Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | 9546 |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.595** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044746

$                            Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | 4746 |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.596** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #070206717

$                            Undetermined

| **Date or dates debt was incurred** | Undetermined |
| **Last 4 digits of account number** | 6717 |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | | Case number (if known) | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.597** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #070215094

$     Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 5094 | ☑ No   ☐ Yes |

**3.598** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Sales Tax Bond #070019013

$     Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 9013 | ☑ No   ☐ Yes |

**3.599** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019617

$     Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 9617 | ☑ No   ☐ Yes |

**3.600** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #024051547

$     Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 1547 | ☑ No   ☐ Yes |

**3.601** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044767

$     Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | 4767 | ☑ No   ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.602** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019545

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9545 | ☒ No   ☐ Yes |

**3.603** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019444

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9444 | ☒ No   ☐ Yes |

**3.604** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019452

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9452 | ☒ No   ☐ Yes |

**3.605** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019641

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9641 | ☒ No   ☐ Yes |

**3.606** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019576

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9576 | ☒ No   ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name |  |  |

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.607** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019588

$                   Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9588 | ☑ No ☐ Yes |

---

**3.608** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044755

$                   Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4755 | ☑ No ☐ Yes |

---

**3.609** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Sales Tax Bond #070019015

$                   Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9015 | ☑ No ☐ Yes |

---

**3.610** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Liquor - Malt Beverage Bond #015044735

$                   Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4735 | ☑ No ☐ Yes |

---

**3.611** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019433

$                   Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9433 | ☑ No ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.612** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #015044758

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4758 | ☑ No  ☐ Yes |

**3.613** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019631

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9631 | ☑ No  ☐ Yes |

**3.614** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019591

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9591 | ☑ No  ☐ Yes |

**3.615** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070018994

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8994 | ☑ No  ☐ Yes |

**3.616** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019440

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9440 | ☑ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|--------|---------------------------|--------------------------|----------|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.617** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Sales Tax Bond #070019012

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**  9012

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019460

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**  9460

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070211064

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**  1064

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019583

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**  9583

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.621** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Sales Tax Bond #070019418

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**  9418

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (*if known*) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.622** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019584

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9584 | ☒ No   ☐ Yes |

---

**3.623** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019454

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9454 | ☒ No   ☐ Yes |

---

**3.624** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070018987

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8987 | ☒ No   ☐ Yes |

---

**3.625** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Sales Tax Bond #070019417

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9417 | ☒ No   ☐ Yes |

---

**3.626** | **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Utility Payment Bond #070019615

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9615 | ☒ No   ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.627** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - United States Customs Bond #140624007

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 4007 | ☒ No ☐ Yes |

**3.628** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019005

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9005 | ☒ No ☐ Yes |

**3.629** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019633

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9633 | ☒ No ☐ Yes |

**3.630** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019663

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9663 | ☒ No ☐ Yes |

**3.631** **Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019650

$          Undetermined

| Date or dates debt was incurred | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 9650 | ☒ No ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|----------------------------|------------------------|----------|
|        | Name                       |                        |          |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.632 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019001

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** |

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019652

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9652

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** |

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019570

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9570

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** |

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019579

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9579

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** |

LIBERTY MUTUAL GROUP
175 BERKELEY ST
BOSTON, MA 02116

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Utility Payment Bond #070019003

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 9003

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 6,565.69 |
|---|---|---|---|

LIBERTY MUTUAL INSURANCE CO
PO BOX 1449
NEW YORK, NY 10116-1449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 4,007.55 |
|---|---|---|---|

LIFEWORKS US LTD
LBX# 1663 PO BOX 95000
PHILADELPHIA, PA 19195-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 8,792.55 |
|---|---|---|---|

LIMITLESS TECHNOLOGY LLC
1540 INTERNATIONAL PKWY STE 2000
LAKE MARY, FL 32746-5096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 100.00 |
|---|---|---|---|

LINDA ALBOLINO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $ 24,089.00 |
|---|---|---|---|

LINDER AND ASSOCIATES INC
DBA LINDER GLOBAL EVENTS
2150 WISCONSIN AVE NW
WASHINGTON, DC 20007-2203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.642 Nonpriority creditor's name and mailing address**

LINDSAY, RUTHIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 100.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.643 Nonpriority creditor's name and mailing address**

LIQUOR XPRESS
2618 ST JOSEPH BLVD SUITE 200
ORLEANS, ON K1C 1G3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 39.55

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.644 Nonpriority creditor's name and mailing address**

LIQUOR XPRESS
532 MONTREAL ROAD
SUITE 231  OTTAWA
ORLEANS, ON K1K 4R4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 37.29

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.645 Nonpriority creditor's name and mailing address**

LIQUOR XPRESS
532 MONTREAL ROAD SUITE 231
OTTAWA, ON K1K 4R4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 37.29

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.646 Nonpriority creditor's name and mailing address**

LIQUOR XPRESS
2618 ST JOSEPH BLVD
ORLEANS, ON K1C 1G3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 119.78

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.647** **Nonpriority creditor's name and mailing address**

LMG SYSTEMS INNOVATION LLC
2350 INVESTORS ROW
ORLANDO, FL 32837-8331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 399.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.648** **Nonpriority creditor's name and mailing address**

LOCKSMITHS INC
635 MARTIN LUTHER KING JR DR
MERIDIAN, MS 39301-5664

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                 217.16

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.649** **Nonpriority creditor's name and mailing address**

LODOVICO WINDOW CLEANING INC
PO BOX 341
MURRYSVILLE, PA 15668-0341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                 428.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.650** **Nonpriority creditor's name and mailing address**

LOGAN CLARK III
DBA FIRST LIGHT SEAFOOD INC
290 SHORE RD
BOURNE, MA 02532-4104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 2,633.93

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.651** **Nonpriority creditor's name and mailing address**

LOPEZ, JOSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                 3.45

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.652** **Nonpriority creditor's name and mailing address**

LOUISIANA DEPARTMENT OF THE TREASURY
UNCLAIMED PROPERTY DIVISION
LOUISIANA STATE CAPITOL BLDG
900 N THIRD ST, 3RD FL
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 61.15

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.653** **Nonpriority creditor's name and mailing address**

LPS OF AMERICA INC
DBA LANIER PARKING SOLUTIONS
460 BOONE AVENUE
ORLANDO, FL 32801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 487.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.654** **Nonpriority creditor's name and mailing address**

LT ELECTRIC
3200 MARQUIS DR
FORT WASHINGTON, MD 20744-2073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 907.50

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.655** **Nonpriority creditor's name and mailing address**

LUCEY, ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 57.35

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.656** **Nonpriority creditor's name and mailing address**

LY, THANH THUY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.18

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.657** **Nonpriority creditor's name and mailing address**

LYLES, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 158.51

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.658** **Nonpriority creditor's name and mailing address**

LYLES, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 376.08

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.659** **Nonpriority creditor's name and mailing address**

LYNN, MICHELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 27.90

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.660** **Nonpriority creditor's name and mailing address**

M C TECHNICAL SERVICES LTD
6068 NETHERHART RD #20
MISSISSAUGA, ON L5T 1N3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 325.44

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.661** **Nonpriority creditor's name and mailing address**

M. P. (MINOR)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.662** | **Nonpriority creditor's name and mailing address**

MABEE, WENDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 60.50

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.663** | **Nonpriority creditor's name and mailing address**

MACYS INC
DBA MACYS RETAIL HOLDINGS LLC
145 PROGRESS PL
SPRINGDALE, OH 45246-1717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Accrual for Rent

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    N/A

---

**3.664** | **Nonpriority creditor's name and mailing address**

MAGISTERIAL DISTRICT COURT 19 2 01
118 PLEASANT ACRES RD
YORK, PA 17402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 253.75

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.665** | **Nonpriority creditor's name and mailing address**

MAI, TIEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 14.01

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.666** | **Nonpriority creditor's name and mailing address**

MAINSAIL HOUSING PARTNERS LLC
DBA MAINSAIL CORPORATE HOUSING
4602 EISENHOWER BLVD
TAMPA, FL 33634-6359

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,887.65

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name |  |  |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.667** | **Nonpriority creditor's name and mailing address**

MALTMAN, DONNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 46.98

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address**

MANGA, CINDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.64

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address**

MANIER, SHARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Privacy Dispute

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address**

MAPPILAPARAMBIL, JOVY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address**

MARCUS ANDREW CHAPMAN
479 WILLISTON HWY
DBA CHAPMAN PLUMBING
BEECH ISLAND, SC 29842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 150.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.672** **Nonpriority creditor's name and mailing address**

MARIA C SANCHEZ
44450 MELKESIAN BLVD
DBA SANCHEZ CLEANING SERVICES
COACHELLA, CA 92203-3481

$ 450.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.673** **Nonpriority creditor's name and mailing address**

MARK DAVID HERRING
DBA PATCH OF HEAVEN LAWN AND H
18498 OLD PORT GIBSON ROAD
RAYMOND, MS 39154

$ 195.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.674** **Nonpriority creditor's name and mailing address**

MARK J DANIELS
1150 N MORELAND RD
DBA CLEAN TAP LLC
MORO, IL 62067-1522

$ 46.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.675** **Nonpriority creditor's name and mailing address**

MARK PETTORINI
PO BOX 9065
DBA WACO WINDOW CLEANING
WACO, TX 76714-9065

$ 102.85

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.676** **Nonpriority creditor's name and mailing address**

MARKS OFF ENTERPRISES INC
DBA MARKS OFF WINDOW KLEANING
6725 EAST POLELINE
POST FALLS, ID 83854

$ 140.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.677** **Nonpriority creditor's name and mailing address**

MARSH CANADA LIMITED
PO BOX 9741
POSTAL STATION A
TORONTO, ON M5W 1R6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.678** **Nonpriority creditor's name and mailing address**

MARTIN, BRANDON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,210.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.679** **Nonpriority creditor's name and mailing address**

MARTIN, JENNIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 113.92

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.680** **Nonpriority creditor's name and mailing address**

MASH ACQUISITION LLC
DBA GLACIER DESIGN SYSTEMS
240 GREAT CIRCLE RD STE 344
NASHVILLE, TN 37228-1721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 190.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.681** **Nonpriority creditor's name and mailing address**

MASONE, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 829.41

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.682 | **Nonpriority creditor's name and mailing address**<br>MATOSAS, JACQUELINE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 94.79 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.683 | **Nonpriority creditor's name and mailing address**<br>MATTERN, MARK<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 5.84 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.684 | **Nonpriority creditor's name and mailing address**<br>MATTHEWS, RONALD<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 28.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.685 | **Nonpriority creditor's name and mailing address**<br>MATTHYS INC<br>4606 CARMEL CIRCLE<br>PASADENA, TX 77505-5517 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 201.34 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.686 | **Nonpriority creditor's name and mailing address**<br>MCBRIDE RUSS, JANIE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 1.06 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.687** | **Nonpriority creditor's name and mailing address**

MCCANN, ELIZABETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 636.17

---

**3.688** | **Nonpriority creditor's name and mailing address**

MCNEER ELECTRICAL CONTRACTING INC
1505 HAMILTON ROAD
BOSSIER CITY, LA 71111-3811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 585.00

---

**3.689** | **Nonpriority creditor's name and mailing address**

MCPEAK PLUMBING LLC
PO BOX 1742
BOWLING GREEN, KY 42102-1742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 325.00

---

**3.690** | **Nonpriority creditor's name and mailing address**

MD SHAFIQUL ALAM
2228-30 DENTON AVE
SCARBOROUGH, ON M1L 4P2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 34.35

---

**3.691** | **Nonpriority creditor's name and mailing address**

MEDKOURI, OUNSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3.45

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.692** | **Nonpriority creditor's name and mailing address**

MELARA, BETSY
2515 COTTAGE AVE APT E
DBA SOUTHERN GLAZERS OF NY UPS
NORTH BERGEN, NJ 07047-2145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 23.35

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.693** | **Nonpriority creditor's name and mailing address**

MELISSA RANDAZZO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.694** | **Nonpriority creditor's name and mailing address**

MELS MECHANICAL
1831 WELLS BRANCH PKWY APT 626
AUSTIN, TX 78728-6936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 496.74

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.695** | **Nonpriority creditor's name and mailing address**

MELVIN SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.696** | **Nonpriority creditor's name and mailing address**

MERCHANT ADVISORY GROUP
4248 PARK GLEN ROAD
MINNEAPOLIS, MN 55416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,205.00

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.697** | **Nonpriority creditor's name and mailing address**

MERCHANT LINK LLC
C/O MERCHANT LINK LOCKBOX
26125 NETWORK PL
CHICAGO, IL 60673-1261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,388.45

---

**3.698** | **Nonpriority creditor's name and mailing address**

MERKLE INC
29432 NETWORK PL
CHICAGO, IL 60673-1294

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 391,365.00

---

**3.699** | **Nonpriority creditor's name and mailing address**

MERKLE INC.
7001 COLUMBIA GATEWAY DRIVE
COLUMBIA, MD 21046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.700** | **Nonpriority creditor's name and mailing address**

MESEHA, MARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5.00

---

**3.701** | **Nonpriority creditor's name and mailing address**

METRO FINANCE
DO NOT MAIL
ORLANDO, FL 32809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.702** | **Nonpriority creditor's name and mailing address**

METRO SWEEPING SERVICES INC
PO BOX 22468
ST LOUIS, MO 63126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 190.00

---

**3.703** | **Nonpriority creditor's name and mailing address**

MIAMI DADE POLICE DEPARTMENT
FALSE ALARM ENFORCEMENT
UNIT 9105 NW 25TH ST RM 1119
DORAL, FL 33172-1500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.00

---

**3.704** | **Nonpriority creditor's name and mailing address**

MIAMI DADE POLICE DEPARTMENT
FALSE ALARM ENFORCEMENT UNIT
9105 NW 25TH ST RM 1119
DORAL, FL 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 60.00

---

**3.705** | **Nonpriority creditor's name and mailing address**

MIAMI DADE POLICE DEPARTMENT
9105 NW 25TH ST RM 1119
DORAL, FL 33172-1500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25.00

---

**3.706** | **Nonpriority creditor's name and mailing address**

MIAMI-DADE COUNTY TAX COLLECTOR
FINANCE DEPARTMENT 140 WEST
FLAGLER ST 14TH FLOOR
MIAMI, FL 33130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 117.00

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.707** **Nonpriority creditor's name and mailing address**

MICHAEL A & BARRY A PRISAZNIK PARTNERS
330 WEST BROOKDALE STREET
DBA FULLER WELDING CO
ALLENTOWN, PA 18103-5007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98.00

---

**3.708** **Nonpriority creditor's name and mailing address**

MICHAEL HUGHES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 85.00

---

**3.709** **Nonpriority creditor's name and mailing address**

MICHAEL J HEINZ
DBA FISH GEEKS
5845 HILLSIDE LANE
MECHANICSBURG, PA 17050-2065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 222.00

---

**3.710** **Nonpriority creditor's name and mailing address**

MICHIGAN DEPARTMENT OF LABOR & ECONOMIC
373 VICTOR ST
HIGHLAND, MI 48203-3117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,585.58

---

**3.711** **Nonpriority creditor's name and mailing address**

MICHIGAN DEPARTMENT OF TREASURY
UNCLAIMED PROPERTY DIVISION
7285 PARSONS DR
DIMONDALE, MI 48821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,140.49

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.712 Nonpriority creditor's name and mailing address**

MINNESOTA DEPARTMENT OF COMMERCE
UNCLAIMED PROPERTY DIVISION
MAIN OFFICE, GOLDEN RULE BLDG
85 7TH PLACE E, STE 280
ST. PAUL, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 952.24

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.713 Nonpriority creditor's name and mailing address**

MINSTER, JEREMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 77.76

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.714 Nonpriority creditor's name and mailing address**

MISSOURI DEPT OF PUBLIC SAFETY
DIVISION OF FIRE SAFETY
PO BOX 1421
JEFFERSON CITY, MO 65102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.715 Nonpriority creditor's name and mailing address**

MISSOURI DEPT OF PUBLIC SAFETY
DIVISION OF FIRE SAFETY PO BOX
JEFFERSON CITY, MO 65102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 40.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.716 Nonpriority creditor's name and mailing address**

MISSOURI STATE TREASURER
UNCLAIMED PROPERTY DIVISION
PO BOX 210
JEFFERSON CITY, MO 65102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8,462.42

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.717** **Nonpriority creditor's name and mailing address**

MITCHELL, ROSIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 17.95

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.718** **Nonpriority creditor's name and mailing address**

MOLECULAR EPIDEMIOLOGY INC
DBA IEH LABORATORIES AND CONSULTING GROUP
15300 BOTHELL WAY NE
LAKE FOREST PARK, WA 98155-7634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 510.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.719** **Nonpriority creditor's name and mailing address**

MONCHE, JANESSA M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 63.64

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.720** **Nonpriority creditor's name and mailing address**

MONONGALIA COUNTY HEALTH DEPT
453 VAN VOORHIS ROAD
MORGANTOWN,, WV 26505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 500.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.721** **Nonpriority creditor's name and mailing address**

MONROE COUNTY
CHAMBER OF COMMERCE
PO BOX 626
MONROE, MI 48161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 400.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.722 Nonpriority creditor's name and mailing address**

MONROE, ANGELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 25.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.723 Nonpriority creditor's name and mailing address**

MONTANA DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY
PO BOX 5805
HELENA, MT 59604-5805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 625.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.724 Nonpriority creditor's name and mailing address**

MONTGOMERY CTY MD-DLC
201 EDISON PARK DRIVE
CONTROL-LIQUOR ACCT SECTION
GAITHERSBURG, MD 20878

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2,116.63

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.725 Nonpriority creditor's name and mailing address**

MOOD MEDIA NORTH AMERICA HOLDINGS CORP
DBA MOOD MEDIA
PO BOX 602777
CHARLOTTE, NC 28260-2777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 90,874.64

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.726 Nonpriority creditor's name and mailing address**

MOORE, MARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 300.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.727 Nonpriority creditor's name and mailing address

MOORE, VICENTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 200.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.728 Nonpriority creditor's name and mailing address

MOUNTAIN STATE BEVERAGE
300 GREENBRIER ROAD
DBA PENN BEER SALES & SERVICE
SUMMERSVILLE, WV 26651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 275.05

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.729 Nonpriority creditor's name and mailing address

MOUNTAIN TOP LAWN CARE INC
1300 E OAK ST
POCATELLO, ID 83201-3261

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 210.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.730 Nonpriority creditor's name and mailing address

MOVABLE INC
DBA MOVABLE INK
PO BOX 200338
PITTSBURGH, PA 15251-0338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 99,000.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

### 3.731 Nonpriority creditor's name and mailing address

MOVABLE INK
5 BRYANT PARK  9TH FLOOR
NEW YORK CITY, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Collection Action

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.732** **Nonpriority creditor's name and mailing address**

MULLIN PLUMBING WEST DIVISION INC
2936 N SHIELDS BLVD
MOORE, OK 73160-1003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 198.00

---

**3.733** **Nonpriority creditor's name and mailing address**

MUNICIPAL BACKFLOW LLC
DBA MUNICIPAL BACKFLOW 121
TERRACE ISLAND, IL 60042-9466

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 319.80

---

**3.734** **Nonpriority creditor's name and mailing address**

MYKOLYSHYN, ANGELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 80.00

---

**3.735** **Nonpriority creditor's name and mailing address**

N.D. UNCLAIMED PROPERTY DIVISION
1707 NORTH 9TH STREET
BISMARCK, ND 58501-1853

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 791.43

---

**3.736** **Nonpriority creditor's name and mailing address**

NACKARD BOTTLING COMPANY
4980 E RAILHEAD AVE
DBA GREGS MAINT COMMERCIAL CLE
FLAGSTAFF, AZ 86004-2420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 393.43

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.737** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

$ 89,653.80

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Severance

Date or dates debt was incurred    08/07/2023

Last 4 digits of account number    N/A

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.738** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

$ 230,769.20

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Severance

Date or dates debt was incurred    03/31/2024

Last 4 digits of account number    N/A

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.739** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

$ 67,200.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Severance

Date or dates debt was incurred    08/21/2023

Last 4 digits of account number    N/A

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.740** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

$ 28,439.65

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deferred Compensation

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    N/A

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.741** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

$ 659,718.58

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deferred Compensation

Date or dates debt was incurred    Undetermined

Last 4 digits of account number    N/A

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 376,192.35 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 188,286.04 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 99,313.97 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 117,058.89 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43,333.33 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.747** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 26,254.55

---

**3.748** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,961.77

---

**3.749** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,664.55

---

**3.750** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 149,221.55

---

**3.751** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,450.77

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 32,939.46 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 28,014.86 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 90,119.46 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 140,294.84 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 6,262.52 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 655,555.43 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.758 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24,275.27 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.759 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 193,821.68 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 61,255.92 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 260,107.04 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 164,523.79

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.763** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 171,838.57

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.764** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 63,306.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.765** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 413,659.44

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.766** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

$ 46,197.07

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.767 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Deferred Compensation | $ 9,862.47 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number**  N/A | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.768 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Deferred Compensation | $ 181,030.94 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number**  N/A | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.769 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Deferred Compensation | $ 50,179.11 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number**  N/A | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.770 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Deferred Compensation | $ 73,665.37 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number**  N/A | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.771 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Deferred Compensation | $ 9,310.80 |
|---|---|---|---|
| | **Date or dates debt was incurred**  Undetermined<br>**Last 4 digits of account number**  N/A | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11,386.51 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 128,739.46 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,687.63 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 332,508.59 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 41,657.73 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.777 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 47,342.38 |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.778 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 39,190.11 |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.779 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 80,820.59 |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.780 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 181,274.51 |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.781 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,690.62 |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 384,967.43 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,102.32 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,547.43 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,473.02 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| 3.786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 74,210.92 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.787** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 156,045.74

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No |
| | | ☐ Yes |

**3.788** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 26,253.96

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No |
| | | ☐ Yes |

**3.789** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 27,447.64

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No |
| | | ☐ Yes |

**3.790** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 129,690.48

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No |
| | | ☐ Yes |

**3.791** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 94,384.27

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No |
| | | ☐ Yes |

| Debtor | Red Lobster Management LLC | | Case number (if known) | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.792** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

$ 18,307.11

---

**3.793** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

$ 36,471.35

---

**3.794** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

$ 290,864.73

---

**3.795** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

$ 32,866.40

---

**3.796** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

$ 66,631.56

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.797** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 305,372.39

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | N/A | ☒ No ☐ Yes |

**3.798** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 3,509.67

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | N/A | ☒ No ☐ Yes |

**3.799** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 281,785.22

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | N/A | ☒ No ☐ Yes |

**3.800** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 49,676.59

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | N/A | ☒ No ☐ Yes |

**3.801** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 22,004.66

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | N/A | ☒ No ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.802** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 63,900.75

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No |
| | | ☐ Yes |

**3.803** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 99,284.02

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No |
| | | ☐ Yes |

**3.804** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 133,846.35

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No |
| | | ☐ Yes |

**3.805** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 182,380.52

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No |
| | | ☐ Yes |

**3.806** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 190,397.46

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No |
| | | ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.807** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 418,894.23

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

---

**3.808** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 55,606.09

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

---

**3.809** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 138,748.47

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

---

**3.810** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 104,872.26

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

---

**3.811** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 41,234.59

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.812 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 419,911.84

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No  ☐ Yes |

---

**3.813 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 319,194.36

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No  ☐ Yes |

---

**3.814 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 74,782.87

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No  ☐ Yes |

---

**3.815 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 18,597.88

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No  ☐ Yes |

---

**3.816 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 23,334.06

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.817** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 118,732.48

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

**3.818** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 11,082.27

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

**3.819** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 15,618.74

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

**3.820** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 663.70

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

**3.821** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 201,021.24

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No ☐ Yes |

Debtor  Red Lobster Management LLC
        Name

Case number (if known)    24-02486

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.822** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$                    19,727.29

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

**3.823** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$                    9,425.82

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

**3.824** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$                    105,743.09

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

**3.825** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$                    164,995.21

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

**3.826** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$                    28,311.86

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.827** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 9,696.47

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

---

**3.828** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 11,093.55

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

---

**3.829** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 135,040.38

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

---

**3.830** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 53,527.61

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

---

**3.831** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 279,401.27

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.832** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 64,743.36

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.833** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 124,049.21

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.834** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 106,860.41

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.835** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 53,499.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.836** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Deferred Compensation

$ 166,825.46

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    N/A

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.837** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | N/A |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 84,962.39

---

**3.838** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | N/A |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 58,943.39

---

**3.839** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | N/A |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 190,639.38

---

**3.840** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | N/A |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,126.18

---

**3.841** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | N/A |

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,254.11

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 286,776.16 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Deferred Compensation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number**    N/A | ☒ No<br>☐ Yes | |

| 3.843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 32,308.97 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Deferred Compensation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number**    N/A | ☒ No<br>☐ Yes | |

| 3.844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,491.46 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Deferred Compensation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number**    N/A | ☒ No<br>☐ Yes | |

| 3.845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 122,286.42 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Deferred Compensation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number**    N/A | ☒ No<br>☐ Yes | |

| 3.846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,648.89 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Deferred Compensation | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number**    N/A | ☒ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.847** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation

$ 147,535.75

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☒ No  ☐ Yes |

**3.848** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

**3.849** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,519.00

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

**3.850** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 39.87

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

**3.851** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.852** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                306.00

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.853** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$             81,112.34

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.854** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                 98.76

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.855** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                264.89

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.856** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                196.70

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.857** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.92

---

**3.858** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 190.61

---

**3.859** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.90

---

**3.860** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.78

---

**3.861** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 440.63

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.862** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 59.97

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.863** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 34.37

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.864** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 288.17

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.865** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.24

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.866** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 487.34

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.867** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 5.09

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.868** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 53.61

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.869** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 1,198.24

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.870** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 129.39

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.871** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 30.85

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.872** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8.61

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.873** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 188.67

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.874** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.90

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.875** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.876** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 897.76

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.877** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 56.03

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.878** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 20.65

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.879** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 29.89

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.880** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 12.90

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.881** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.18

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.882**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 143.52

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.883**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 104.65

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.884**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 602.06

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.885**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 6.21

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.886**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 99.11

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 115.28 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 68.52 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 133.74 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 188.36 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.02 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.892** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 25.94

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.893** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 843.71

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.894** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 318.97

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.895** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 332.77

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.896** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.16

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.897** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 237.92

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.898** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 43.79

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.899** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.12

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.900** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 16.01

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.901** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 5.76

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 75.90 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No<br>☐ Yes |

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.70 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No<br>☐ Yes |

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 76.02 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No<br>☐ Yes |

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 40.34 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No<br>☐ Yes |

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 13.39 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No<br>☐ Yes |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.907** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 518.44

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.908** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 204.11

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.909** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8.84

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.910** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 242.25

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.911** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2.43

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.912 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 22.58

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.913 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 175.62

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.914 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 29.25

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.915 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 101.16

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.916 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8.11

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.917** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 106.98

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.918** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 43.12

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.919** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 119.82

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.920** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 0.11

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.921** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

$ 536.89

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.922** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 610.61

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.923** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 265.16

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.924** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 348.47

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.925** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 49.88

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.926** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 446.19

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 754.82 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14.53 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.929 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 222.85 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.930 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.22 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 159.96 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.932 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 30.48

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.933 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 24.39

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.934 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2.70

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.935 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 66.56

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.936 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 66.60

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.937** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 354.57

---

**3.938** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 418.85

---

**3.939** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 65.08

---

**3.940** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 157.93

---

**3.941** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 52.75

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 6.02**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.943 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 13.63**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.944 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 64.89**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.945 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 92.84**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.946 Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 214.63**

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | | Case number (if known) | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10.68 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|

**Last 4 digits of account number**

| 3.948 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 86.04 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|

**Last 4 digits of account number**

| 3.949 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22.92 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|

**Last 4 digits of account number**

| 3.950 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12.21 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|

**Last 4 digits of account number**

| 3.951 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 47.19 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|---|

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.952** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 458.58

---

**3.953** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4.92

---

**3.954** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16.42

---

**3.955** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48.00

---

**3.956** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 37.43

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.957** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 0.77**

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.958** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 105.82**

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.959** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 317.86**

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.960** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 0.25**

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.961** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 103.93**

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.962** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 124.73

---

**3.963** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 6.99

---

**3.964** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 98.79

---

**3.965** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 4.85

---

**3.966** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 16.62

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.967**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$  59.07

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.968**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$  258.04

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.969**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$  186.09

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.970**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$  44.29

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.971**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$  99.77

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.972** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 7.62

**3.973** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 227.48

**3.974** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 11.90

**3.975** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 353.71

**3.976** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$ 48.12

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.977** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 114.30

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.978** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 41.55

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.979** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.980** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 192.72

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.981** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 17.73

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.982 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24.79 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10.29 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.984 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 445.44 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.985 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 66.59 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.986 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 205.50 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☑ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes | |
| | **Last 4 digits of account number** | | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.987** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109.63

---

**3.988** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35.90

---

**3.989** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 99.61

---

**3.990** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 69.79

---

**3.991** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 279.81

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.992** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.61

---

**3.993** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 787.27

---

**3.994** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11.73

---

**3.995** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 178.38

---

**3.996** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42.37

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 181.41 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | $ 264.34 |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | $ 122.43 |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1000 | **Nonpriority creditor's name and mailing address** | $ 55.68 |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1001 | **Nonpriority creditor's name and mailing address** | $ 48.09 |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.100 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 26.62

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 368.04

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 42.07

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 15.47

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 447.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|--------|---------------------------|--------------------------|----------|
|        | Name |  |  |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.100 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 406.06 |
|---|---|---|
| NAME ON FILE | ☐ Contingent | |
| ADDRESS ON FILE | ☑ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.100 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 39.19 |
|---|---|---|
| NAME ON FILE | ☐ Contingent | |
| ADDRESS ON FILE | ☑ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.100 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2.20 |
|---|---|---|
| NAME ON FILE | ☐ Contingent | |
| ADDRESS ON FILE | ☑ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.101 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9.82 |
|---|---|---|
| NAME ON FILE | ☐ Contingent | |
| ADDRESS ON FILE | ☑ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

**3.101 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 427.75 |
|---|---|---|
| NAME ON FILE | ☐ Contingent | |
| ADDRESS ON FILE | ☑ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | ☑ No | |
| **Last 4 digits of account number** | ☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 10.04

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 135.88

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 2.67

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 17.07

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 11.72

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.93

---

**3.101 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.93

---

**3.101 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.37

---

**3.102 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 78.03

---

**3.102 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 583.20

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.102 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.96

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 9.14

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 4.83

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 52.91

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 36.13

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 7** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 9.66

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102 8** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 263.74

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102 9** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 82.33

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103 0** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 13.95

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103 1** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 23.68

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.103 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.17

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.01

---

**3.103 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1.59

---

**3.103 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2.12

---

**3.103 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.02

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.103 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3.27

---

**3.103 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.79

---

**3.103 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 109.50

---

**3.104 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18.94

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 107.07

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.104 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1.00 |
|---|---|---|
| NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | **Basis for the claim:**  Unclaimed Property | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.104 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 61.18 |
|---|---|---|
| NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | **Basis for the claim:**  Unclaimed Property | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.104 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2.00 |
|---|---|---|
| NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | **Basis for the claim:**  Unclaimed Property | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.104 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2.80 |
|---|---|---|
| NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | **Basis for the claim:**  Unclaimed Property | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| **Last 4 digits of account number** | | |

**3.104 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7.62 |
|---|---|---|
| NAME ON FILE <br> ADDRESS ON FILE | ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | |
| | **Basis for the claim:**  Unclaimed Property | |
| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |
| **Last 4 digits of account number** | | |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.104 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 70.28

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.51

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 6.23

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 105.59

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 15.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.105 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 64.91 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.105 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 42.08 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.105 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 21.91 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.105 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 97.45 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.105 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.95 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.105 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 20.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 233.62

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 63.55

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 182.86

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 354.33

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.106 2** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 6.64

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.106 3** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 457.58

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.106 4** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 6.69

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.106 5** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 12.61

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.106 6** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 59.05

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.106 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 108.27

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 20.27

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1.06

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 133.13

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 83.51

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.107 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.60

---

**3.107 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 146.81

---

**3.107 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.14

---

**3.107 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 116.24

---

**3.107 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 72.64

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                231.47

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                219.90

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                280.19

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                521.08

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                55.98

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.108 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 113.85

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 211.47

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 10.61

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.98

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 35.97

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.108 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                0.07

---

**3.108 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              309.10

---

**3.108 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$               22.52

---

**3.109 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              111.39

---

**3.109 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              197.98

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.109 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 36.25

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 504.82

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.02

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.60

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 116.01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1097**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 212.20

---

**3.1098**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 143.27

---

**3.1099**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42.08

---

**3.1100**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13.08

---

**3.1101**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.70

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.110 2** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 178.13

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 3** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,332.15

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 4** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 30.49

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 5** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 491.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 6** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 373.70

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.110 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 231.34

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 623.92

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 11.23

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.09

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 84.80

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 2** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    231.82

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 3** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    7.70

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 4** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    249.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 5** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    138.54

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111 6** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    34.22

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1117**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.96

---

**3.1118**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3.62

---

**3.1119**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 136.37

---

**3.1120**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 290.42

---

**3.1121**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 450.37

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| **3.112 2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6.03 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.112 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 401.33 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.112 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 49.44 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.112 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 14.34 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| **3.112 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 61.63 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3.72

---

**3.112 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1.36

---

**3.112 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50.76

---

**3.113 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 168.91

---

**3.113 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9.11

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                3.91

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                0.34

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                39.77

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                184.80

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                95.37

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 142.87

---

**3.113 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.75

---

**3.113 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 258.78

---

**3.114 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150.65

---

**3.114 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 195.51

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 2** 

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2.11

---

**3.114 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17.26

---

**3.114 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 56.31

---

**3.114 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 457.61

---

**3.114 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 212.26

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 7** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69.19

---

**3.114 8** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.01

---

**3.114 9** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 394.73

---

**3.115 0** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42.72

---

**3.115 1** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.19

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.115.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45.79 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.115.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 84.66 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.115.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13.58 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.115.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.34 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.115.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 59.28 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Unclaimed Property | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.115 7 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 237.40 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.115 8 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 355.00 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.115 9 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 0.50 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.116 0 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 0.57 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.116 1 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 15.74 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 15.39

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 486.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 47.26

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 48.11

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 244.89

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | | Case number *(if known)* | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 57.26

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8.73

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 114.12

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 42.30

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 26.49

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.117 2 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $                4.12 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.117 3 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $                0.63 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.117 4 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $              350.34 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.117 5 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $              138.42 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.117 6 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $               81.86 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 7** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 525.59

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 8** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 462.54

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.117 9** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 118.72

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118 0** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 42.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118 1** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 93.39

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.118 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27.22 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | | $ 841.40 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | | $ 12.26 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | | $ 14.88 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.118 6 | **Nonpriority creditor's name and mailing address** | | $ 103.27 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.118 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 244.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.03

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 15.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 5.18

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 738.69

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 2** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 13.47

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 3** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 725.77

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 4** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 5.32

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 5** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 132.36

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 6** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 245.87

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    111.08

---

**3.119 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    137.68

---

**3.119 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    110.08

---

**3.120 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    499.91

---

**3.120 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    6.39

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.120 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 263.54

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 270.43

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.91

---

**3.120 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 259.38

---

**3.120 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 324.69

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.120 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 150.81

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 176.59

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 66.34

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 11.78

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 11.50

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.121 2

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.74

---

### 3.121 3

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.66

---

### 3.121 4

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.03

---

### 3.121 5

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7.24

---

### 3.121 6

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 114.29

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 577.60

---

**3.121 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3.95

---

**3.121 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99.14

---

**3.122 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.20

---

**3.122 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.33

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 2** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38.59

---

**3.122 3** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.77

---

**3.122 4** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.02

---

**3.122 5** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.14

---

**3.122 6** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 182.54

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 440.98

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 687.14

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 187.06

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.79

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 64.11

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.123 2 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unclaimed Property | $ 123.80 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.123 3 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unclaimed Property | $ 42.69 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.123 4 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unclaimed Property | $ 0.36 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.123 5 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unclaimed Property | $ 443.12 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.123 6 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Unclaimed Property | $ 13.31 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

---

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.123 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 35.04 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.123 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.97 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.123 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9.36 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.124 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48.84 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

| 3.124 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2.91 |
|---|---|---|---|
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Last 4 digits of account number** | | |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.124 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 951.56

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 892.66

---

**3.124 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47.57

---

**3.124 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,045.06

---

**3.124 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6.04

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.124 7** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 8** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 127.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124 9** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 140.26

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125 0** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 37.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125 1** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 98.86

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.125 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75.78

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6.98

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.61

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.38

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.91

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.125 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 460.98

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 179.44

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 181.55

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 518.58

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.36

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2.79

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 251.90

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 44.29

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 45.77

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 75.15

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 7** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13.45

---

**3.126 8** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47.72

---

**3.126 9** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2.66

---

**3.127 0** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25.63

---

**3.127 1** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 44.29

---

| Debtor | Red Lobster Management LLC | | Case number (if known) | 24-02486 |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.127 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6.55 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |

**Last 4 digits of account number**

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7.02 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |

**Last 4 digits of account number**

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 114.58 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |

**Last 4 digits of account number**

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24.46 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |

**Last 4 digits of account number**

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19.44 |
| --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
| --- | --- | --- |

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.14

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.48

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.79

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.25

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.50

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|--------|---------------------------|--------------------------|----------|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.128 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    12.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    309.66

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    66.11

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    252.19

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    0.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.128 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 65.66**

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 4.26**

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 5.55**

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 7.65**

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 699.82**

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.129 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6.94 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.129 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9.46 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.129 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 37.46 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 279.67 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.129 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 27.41 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.129 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    13.58

---

**3.129 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    562.04

---

**3.129 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    0.56

---

**3.130 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    51.72

---

**3.130 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    10.55

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                16.60

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                291.01

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                257.35

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                2.03

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.130 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                6.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1307**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 107.42

---

**3.1308**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 61.36

---

**3.1309**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 684.71

---

**3.1310**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 59.04

---

**3.1311**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35.90

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 2** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 42.99

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 3** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 150.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 4** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 137.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 5** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 45.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 6** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 285.56

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 7** 

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 26.85

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 67.26

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 150.99

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 2.30

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 42.64

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 101.86

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 225.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8.70

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 284.28

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.132 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 31.96

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.132 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 428.84 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**      Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.132 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 311.40 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**      Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.132 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.01 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**      Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.133 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 24.99 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**      Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.133 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 166.10 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**      Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24.66

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 49.55

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10.11

---

**3.133 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 262.93

---

**3.133 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 62.24

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 7** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4.25

---

**3.133 8** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.01

---

**3.133 9** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 106.99

---

**3.134 0** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2.88

---

**3.134 1** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27.93

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.134 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.02

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.35

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.68

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79.12

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1.05

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.134 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 365.45 |
|---|---|---|---|

**3.134 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 365.45

---

**3.134 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 91.20

---

**3.134 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2.76

---

**3.135 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24.07

---

**3.135 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33.50

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.135 2 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 565.90 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.135 3 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 55.09 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.135 4 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 0.01 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.135 5 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 485.90 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.135 6 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Unclaimed Property | $ 27.56 |
|---|---|---|---|
| | **Date or dates debt was incurred** Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.135 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 15.60

---

**3.135 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89.38

---

**3.135 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14.81

---

**3.136 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,723.65

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 372.02

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 2** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$ 39.86**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 3** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$ 0.53**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 4** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$ 146.53**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 5** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$ 9.32**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 6** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$ 16.20**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 20.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.10

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 161.83

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 22.29

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.137 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6.20 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|

☑ No
☐ Yes

**Last 4 digits of account number**

| 3.137 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1.19 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|

☑ No
☐ Yes

**Last 4 digits of account number**

| 3.137 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 56.44 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|

☑ No
☐ Yes

**Last 4 digits of account number**

| 3.137 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5.56 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|

☑ No
☐ Yes

**Last 4 digits of account number**

| 3.137 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 49.86 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|

☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137 7** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 262.95

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.137 8** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1.63

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.137 9** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 85.90

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.138 0** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 70.23

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.138 1** Nonpriority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 32.23

Date or dates debt was incurred  Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|--------|---------------------------|--------------------------|----------|
|        | Name                      |                          |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.55

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 3.80

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 354.03

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 17.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 88.52

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 7** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                42.28

---

**3.138 8** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                62.78

---

**3.138 9** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                7.35

---

**3.139 0** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                222.49

---

**3.139 1** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                16.53

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|----------------------------|------------------------|----------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.139 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7.40

---

**3.139 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5.11

---

**3.139 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.66

---

**3.139 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 699.45

---

**3.139 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2.89

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.139 7**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$                     6.94**

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 8**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$                     0.01**

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 9**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$                     69.14**

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140 0**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$                     42.37**

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140 1**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$                     5.07**

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.140.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5.47 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No   ☐ Yes |

| 3.140.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 25.13 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No   ☐ Yes |

| 3.140.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13.66 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No   ☐ Yes |

| 3.140.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 93.15 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No   ☐ Yes |

| 3.140.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 66.68 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No   ☐ Yes |

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 187.14

---

**3.140 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1.48

---

**3.140 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 340.57

---

**3.141 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.15

---

**3.141 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1.58

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.141 2** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 23.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 3** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2.35

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 4** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 6.54

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 5** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 11.54

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141 6** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.63

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.141 7** 

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.38

---

**3.141 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 83.85

---

**3.141 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 164.89

---

**3.142 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.28

---

**3.142 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 323.45

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79.19

---

**3.142 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 618.81

---

**3.142 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.80

---

**3.142 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 19.00

---

**3.142 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7.16

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 220.81

---

**3.142 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 395.19

---

**3.142 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 113.37

---

**3.143 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.90

---

**3.143 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8.74

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.143 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20.77

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 254.68

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41.73

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2.60

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.43

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.143 7** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 116.91

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 8** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 9** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 318.21

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144 0** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 181.17

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144 1** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 17.53

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.144 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 0.45

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 387.76

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 105.51

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,019.86

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 169.26

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.144 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 100.59

---

**3.144 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 171.25

---

**3.144 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 91.62

---

**3.145 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 174.14

---

**3.145 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 136.22

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.145 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 83.29 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.145 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 207.42 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.145 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.24 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.145 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.39 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.145 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 123.24 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:**  Unclaimed Property | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.145 7 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 0.75 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.145 8 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 68.62 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.145 9 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 53.54 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.146 0 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 45.16 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.146 1 | **Nonpriority creditor's name and mailing address**<br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Unclaimed Property | $ 68.22 |
|---|---|---|---|
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.146 2** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 204.67

---

**3.146 3** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.58

---

**3.146 4** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 45.98

---

**3.146 5** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.76

---

**3.146 6** Nonpriority creditor's name and mailing address
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43.82

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.146 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 448.82

---

**3.146 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.01

---

**3.146 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 273.40

---

**3.147 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 176.35

---

**3.147 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 35.56

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.147 2 | **Nonpriority creditor's name and mailing address** <br><br> NAME ON FILE <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 0.62 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.147 3 | **Nonpriority creditor's name and mailing address** <br><br> NAME ON FILE <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 1.43 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.147 4 | **Nonpriority creditor's name and mailing address** <br><br> NAME ON FILE <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 17.62 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.147 5 | **Nonpriority creditor's name and mailing address** <br><br> NAME ON FILE <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 97.33 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| 3.147 6 | **Nonpriority creditor's name and mailing address** <br><br> NAME ON FILE <br> ADDRESS ON FILE | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Unclaimed Property | $ 61.13 |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined <br><br> **Last 4 digits of account number** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1477**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 44.57

---

**3.1478**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 90.03

---

**3.1479**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.90

---

**3.1480**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46.41

---

**3.1481**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 69.47

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.148 2**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 118.19

---

**3.148 3**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3.85

---

**3.148 4**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3.79

---

**3.148 5**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 414.85

---

**3.148 6**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9.20

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.148 7**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    260.47

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    0.34

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    134.26

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    0.34

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                    13.24

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.149 2

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              0.65

---

### 3.149 3

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              1.37

---

### 3.149 4

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                           255.48

---

### 3.149 5

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              1.55

---

### 3.149 6

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              7.07

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1497**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                92.47

---

**3.1498**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                22.29

---

**3.1499**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                26.47

---

**3.1500**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                742.40

---

**3.1501**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                0.06

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.150 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

$ 1.33

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

$ 1.34

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

$ 24.39

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

$ 15.86

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| | | ☒ No |
| **Last 4 digits of account number** | | ☐ Yes |

$ 1.80

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.150 7** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 141.67

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 8** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 9.82

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150 9** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.69

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 0** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 46.48

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 1** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 7.21

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (*If known*) | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.151 2** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                                402.10

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 3** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                                  22.90

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 4** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                                    2.05

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 5** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                                  75.08

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 6** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                                    5.01

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.151 7** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    0.62

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 8** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    49.65

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151 9** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    10.61

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 0** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    158.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 1** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    22.82

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|--------|---------------------------|--------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152 2** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 295.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 3** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1.36

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 4** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 9.14

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 5** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 424.29

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152 6** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 412.06

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152 7** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 78.19

---

**3.152 8** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.09

---

**3.152 9** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98.75

---

**3.153 0** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17.10

---

**3.153 1** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 223.90

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 2** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16.60

---

**3.153 3** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20.83

---

**3.153 4** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.25

---

**3.153 5** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 28.07

---

**3.153 6** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 104.88

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 7**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6.68

---

**3.153 8**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.64

---

**3.153 9**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 203.34

---

**3.154 0**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 510.94

---

**3.154 1**

**Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.56

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.154 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 24.23

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 19.91

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 197.37

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 308.40

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8.02

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.154 7** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10.85

---

**3.154 8** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.02

---

**3.154 9** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1.35

---

**3.155 0** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.02

---

**3.155 1** **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5.41

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 19.34

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 559.61

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 10.61

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 286.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 48.82

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155 7** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14.55

---

**3.155 8** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 410.88

---

**3.155 9** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 168.31

---

**3.156 0** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.19

---

**3.156 1** | **Nonpriority creditor's name and mailing address**
NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 731.13

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.156 2**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.01

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

NANDOS SERVICES
907 W ADDITION STREET
MARTINSBURG, WV 25401-2201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

NASSAU CO POLICE HEADQUARTERS
ALARM PERMITS
1490 FRANKLIN AVE
MINEOLA, NY 11501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 200.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

NATIONAL RESTAURANT ASSOCIATION
PO BOX 824032
PHILADELPHIA, PA 19182-4032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13,146.20

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

NEBRASKA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
809 P ST
LINCOLN, NE 68508-1390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,095.61

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.156 7** | **Nonpriority creditor's name and mailing address**

NEHEMIAH VENTURES CORPORATION
DBA ALCO PRODUCTS
2480 SOUTHGATE BOULEVARD
MURFREESBORO, TN 37128-5551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**$                   14,028.48**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 8** | **Nonpriority creditor's name and mailing address**

NEI GLOBAL RELOCATION
PO BOX 241886
OMAHA, NE 681245886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**$                     3,822.20**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.156 9** | **Nonpriority creditor's name and mailing address**

NELSON EQUIPMENT INC
1739 KELLY ROAD
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$                         132.00**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 0** | **Nonpriority creditor's name and mailing address**

NEVADA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
GRANT SAWYER BUILDING
LAS VEGAS, NV 89101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**$                         194.92**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 1** | **Nonpriority creditor's name and mailing address**

NEVRON ELECTRICAL CONTRACTORS LLC
1114 OVERLOOK DRIVE
TOMS RIVER, NJ 08753

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**$                         172.28**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157 2**

**Nonpriority creditor's name and mailing address**

NEW CHEF FASHION INC
3223 EAST 46TH STREET
VERNON, CA 90058-2407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,437.15

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

NEW MEXICO TAXATION & REVENUE DEPT.
UNCLAIMED PROPERTY DIVISION
1200 S ST FRANCIS DR
SANTA FE, NM 87504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,347.02

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

NICHOLAS L KNIGHTS
671 SW 9TH CT
DBA ONE CALL SERVICES LLC
POMPANO BEACH, FL 33060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

NORTH CAROLINA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
PO BOX 20431
RALEIGH, NC 27619-0431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 703.90

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

NORTHERN DRAFT BAR SERVICES INC
5583 CEDARCREEK DR
CHILLIWACK, BC V2R 5K5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 47.25

---

| Debtor | Red Lobster Management LLC | | Case number (if known) | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.157 7**

**Nonpriority creditor's name and mailing address**

NORTHERN DRAFT BAR SERVICES INC
PMB 199 UNIT A WOROBETZ PLACE
SASKATOON, ON S7L 6R4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 47.25

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

NORTHERN LAWN SPRINKLERS
43 CHERRYWOOD
SUDBURY, ON P3B 4A2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 1,186.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

NORTHRUP, BREANNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 92.77

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 0**

**Nonpriority creditor's name and mailing address**

NORTHWEST NM VENTURES LLC
DBA SERVICEMASTER RESTORE BY R
PO BOX 6241
FARMINGTON, NM 87499-6241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 320.74

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 1**

**Nonpriority creditor's name and mailing address**

NORTHWEST NM VENTURES LLC
PO BOX 6241
DBA SERVICEMASTER RESTORE BY R
FARMINGTON, NM 87499-6241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 962.22

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.158 2**

**Nonpriority creditor's name and mailing address**

NUCO2 INC
PO BOX 9011
STUART, FL 34995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 264,617.95

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 3**

**Nonpriority creditor's name and mailing address**

NWT HOME SERVICES LLC
12320 BARKER CYPRESS RD STE 60
DBA GENERAL SIGN COMPANY
CYPRESS, TX 77429-8329

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 375.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 4**

**Nonpriority creditor's name and mailing address**

OCEAN FOAM
1256 LOCUST RD
DBA ROTO-ROOTER SEWER-DRAIN SV
POTTSBORO, TX 75076-6163

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 324.75

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 5**

**Nonpriority creditor's name and mailing address**

OCH SERVICES LLC
17640 SPARKLING RIVER RD
BOCA RATON, FL 33496-5639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.158 6**

**Nonpriority creditor's name and mailing address**

ODP BUSINESS SOLUTIONS LLC
DBA OFFICE DEPOT BUSINESS SOLUTIONS LLC
PO BOX 633211
CINCINNATI, OH 45263-3211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,107.44

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Red Lobster Management LLC

Name

Case number (if known)    24-02486

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.158 7** Nonpriority creditor's name and mailing address

OFFICE OF COMMISSIONER OF INSURANCE
DBA OFFICE OF INSURANCE AND SAFETY FIRE
PO BOX 935467
ATLANTA, GA 311935467

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 4.65

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.158 8** Nonpriority creditor's name and mailing address

OFFICE OF THE COUNTY CLERK
PO BOX 551601
LAS VEGAS, NV 891551601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 25.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.158 9** Nonpriority creditor's name and mailing address

OFFICE OF THE ILLINOIS STATE TREASURER
UNCLAIMED PROPERTY DIVISION
MARINE BANK BUILDING
1 EAST OLD STATE C APITOL PLAZA
SPRINGFIELD, IL 62701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 10,113.92

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.159 0** Nonpriority creditor's name and mailing address

OFFICE OF THE INDIANA ATTORNEY GENERAL
UNCLAIMED PROPERTY DIVISION
PO BOX 2504
GREENWOOD, IN 46142

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 8,237.36

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.159 1** Nonpriority creditor's name and mailing address

OFFICE OF THE MS. STATE TREASURER
UNCLAIMED PROPERTY DIVISION
PO BOX 138
JACKSON, MS 39205-0138

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 857.81

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.159 2**

**Nonpriority creditor's name and mailing address**

OFFICE OF THE N.Y. STATE COMPTROLLER
OFFICE OF UNCLAIMED FUNDS
110 STATE ST
ALBANY, NY 12236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 11,979.31

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

OFFICE OF THE STATE TREASURER (CT.)
UNCLAIMED PROPERTY DIVISION
PO BOX 5065
HARTFORD, CT 06102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 495.80

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159 4**

**Nonpriority creditor's name and mailing address**

OHIO DEPARTMENT OF COMMERCE
DIVISION OF UNCLAIMED FUNDS
77 SOUTH HIGH ST, 23RD FL
COLUMBUS, OH 43215-6133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 14,110.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159 5**

**Nonpriority creditor's name and mailing address**

OKLAHOMA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
9520 N MAY AVE, LOWER LEVEL
OKLAHOMA CITY, OK 73120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2,369.92

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.159 6**

**Nonpriority creditor's name and mailing address**

OMNICOM PRECISION MARKETING GROUP THE PARENT COMPANY OF
CREDERA ENTERPRISES COMPANY LLC
C/O ADAM KAGAN GENERAL COUNSEL 220 EAST 42ND ST.
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 320 of 382 |
|---|---|---|

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.159 7** **Nonpriority creditor's name and mailing address**

OPENTABLE INC
29109 NETWORK PL
CHICAGO, IL 60673-1291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,454.34

---

**3.159 8** **Nonpriority creditor's name and mailing address**

ORACLE AMERICA INC
500 ORACLE PARKWAY
REDWOOD SHORES, CA 94065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 303,113.54

---

**3.159 9** **Nonpriority creditor's name and mailing address**

ORACLE APPLICATIONS USERS GROUP
C/O MEETING EXPECTATIONS
ONE GLENLAKE PARKWAY NE
SUITE 1200
ATLANTA, GA 30328-7267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.160 0** **Nonpriority creditor's name and mailing address**

OREGON BACKFLOW TESTING LLC
PO BOX 230113
DBA SERVICEMASTER RESTORE BY R
TIGARD, OR 97281-0113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 220.00

---

**3.160 1** **Nonpriority creditor's name and mailing address**

OREGON DEPARTMENT OF STATE LANDS
UNCLAIMED PROPERTY DIVISION
900 COURT ST NE
SALEM, OR 97301-1279

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 646.72

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.160 2**

**Nonpriority creditor's name and mailing address**

ORLANDO MAGIC LTD
DBA ORLANDO EVENTS CENTER ENTERPRISE LLC
400 W CHURCH ST STE 250
ORLANDO, FL 32801-2515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13,200.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

OSBORNE, KEVIN
1960 SE ANECI ST
DBA CLEAR FLOW PLUMBING AND HE
PORT ST LUCIE, FL 34983-4558

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 22.15

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 4**

**Nonpriority creditor's name and mailing address**

OSLER HOSKINS & HARCOURT LLP
1 FIRST CANADIAN PLACE
PO BOX 50
TORONTO, M5X 1B8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 211.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

OSLER, HOSKIN & HARCOURT LLP
C/O OSLER, HOSKIN & HARCOURT LLP 1 FIRST CANADIAN PLACE P.O.
BOX 50
TORONTO, ON M5X 1B8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

OSVALDO REPAIR
139 HARVARD DR
DALTON, GA 30720-4097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 626.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.160 7**

**Nonpriority creditor's name and mailing address**
OUTLAND, SHANAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75.00

---

**3.160 8**

**Nonpriority creditor's name and mailing address**
PACIFIC GUARDIAN LIFE
PO BOX 1300
HONOLULU, HI 96807-1300

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 268.40

---

**3.160 9**

**Nonpriority creditor's name and mailing address**
PACLAND HOLDING
PO BOX 3767
DBA PACIFIC LANDSCAPE MANAGEME
SEATTLE, WA 98124-3767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 318.00

---

**3.161 0**

**Nonpriority creditor's name and mailing address**
PANO, VIRGILIO
DBA LAURAS STEAM CARPET
11617 209TH ST
LAKEWOOD, CA 90715-1318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 620.00

---

**3.161 1**

**Nonpriority creditor's name and mailing address**
PARK EAST LLC
220 WESTBURY AVENUE
PO BOX 348
CARLE PLACE, NY 115140348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Accrual for Rent

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   N/A

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.161 2**

**Nonpriority creditor's name and mailing address**

PARKINSON, SHARI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.20

---

**3.161 3**

**Nonpriority creditor's name and mailing address**

PAYLESS PLUMBING AND ROOTER SPECIALIST I
2550 E BELLE TERRACE
BAKERSFIELD, CA 93307-6967

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 330.78

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

PEGRAM, SERENITY
21406 CHESTERFIELD AVE
DBA SCOTTS EQUIPMENT REPAIR
SOUTH CHESTERFIELD, VA 23803-2408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.75

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

PENN BEER DISTRIBUTORS INC
2801 TOWNSHIP LINE RD
DBA GREGS MAINT COMMERCIAL
HATFIELD, PA 19440-1755

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32.12

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

PENNSYLVANIA STATE TREASURY
UNCLAIMED PROPERTY DIVISION
4TH FL, RIVERFRONT OFFICE CTR
1101 SOUTH FRONT ST
HARRISBURG, PA 17104-2516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,067.88

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.161 7**

**Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING CO LP
ATTN: LIZ MASCIOTTI
PO BOX 391
READING, PA 196030391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,064.50

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

PEPSI CO. INC
PO BOX 10
WINSTON SALEM, NC 27102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Contingent Contract Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

PEREZ GUERRERO, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100.00

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

PETERS, MELISSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5.07

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

PETERSON, MICHELLE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 127.11

---

| Debtor | Red Lobster Management LLC | Case number (*if known*) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.162 2**

**Nonpriority creditor's name and mailing address**

PETRO PLUMBING INC
160 VENETIAN WAY STE 102
MERRITT ISLAND, FL 32953-4036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 425.00

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

PHETSADA, SENG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 100.00

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

PHOENIX POLICE DEPARTMENT
620 W WASHINGTON ST
PHOENIX, AZ 85003-2187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17.00

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

PHOENIX SERVICES SOLUTIONS
4510 RHODES DRIVE UNIT 700
WINDSOR, ON N8W 5K5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 321.77

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

PICARD, ANDRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.162 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

PIEDMONT CNL TOWERS ORLAND LLC
PO BOX 743938
ATLANTA, GA 30374-3938

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.162 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 322.33 |
|---|---|---|---|

PINDERS SECURITY PRODUCTS
25 NIHAN DR
ST CATHARINES, ON L2N 1L2

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.162 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 161.05 |
|---|---|---|---|

PINE BLUFF INCOME PROPERTIES LLC
2504 ELMWOOD NORTH CIRCLE
DBA ENVIRO MASTER SERVICES OF
C/O THE PINES MALL OFFICE
WICHITA FALLS, TX 76308-3916

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.163 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 161.05 |
|---|---|---|---|

PINE BLUFF INCOME PROPERTIES LLC
C/O THE PINES MALL OFFICE-
2504 ELMWOOD NORTH CIRCLE
WICHITA FALLS, TX 76308-3916

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.163 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19.32 |
|---|---|---|---|

PINKERTON, KAITLYN
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.163
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 612.00 |
|---|---|---|
| PIPE WRENCH INC<br>42559 N 6TH STREET EAST<br>LANCASTER, CA 93535 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.163
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 93.63 |
|---|---|---|
| PLANT PROS OF OMAHA INC<br>6501 PARKER ST<br>OMAHA, NE 68104 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.163
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 93.63 |
|---|---|---|
| PLANT PROS OF OMAHA INC<br>6501 PARKER ST NE 681044755<br>OMAHA, NE 68104-4755 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.163
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 150.00 |
|---|---|---|
| PLS CARPENTRY<br>105 N SPARKMAN AVE<br>ORANGE CITY, FL 32763-5009 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.163
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,253.37 |
|---|---|---|
| POLK POWER SOLUTIONS INC<br>PO BOX 1595<br>DBA ALPHAGRAPHICS 379<br>AUBURNDALE, FL 33823-1595 | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Unclaimed Property | |
| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.163 7** **Nonpriority creditor's name and mailing address**
POLLYWOG TRANSPORT INC
1908 28TH AVE E
PALMETTO, FL 34221-9290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,770.35

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163 8** **Nonpriority creditor's name and mailing address**
POOLE, DERICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 33.96

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163 9** **Nonpriority creditor's name and mailing address**
PREMIER HEATING & AIR
1225 WHITE SPRINGS RD
GLENWOOD, GA 30428-2216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 883.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 0** **Nonpriority creditor's name and mailing address**
PREMIER PRODUCE CENTRAL FLORIDA INC
PREMIER PRODUCE CENTRAL FLORIDA INC
PO BOX 7829
CAROL STREAM, IL 601977829

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,509.18

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 1** **Nonpriority creditor's name and mailing address**
PRESIDIO NETWORKED SOLUTIONS LLC
PO BOX 822169
PHILADELPHIA, PA 191822169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 239,421.21

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.164 2** **Nonpriority creditor's name and mailing address**

PRESTO AUTOMATION INC
DBA E LA CARTE LLC
985 INDUSTRIAL RD STE 205
SAN CARLOS, CA 94070-4157

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 344,091.24

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 3** **Nonpriority creditor's name and mailing address**

PRESTO AUTOMATION INC.
C/O PRESTO AUTOMATION INC. ATTN: SUSAN SHINOFF 985
INDUSTRIAL RD., STE. 205
SAN CARLOS, CA 94070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 4** **Nonpriority creditor's name and mailing address**

PRESTO AUTOMATION, INC.
C/O SUSAN SHINOFF  985 INDUSTRIAL ROAD  SUITE 205
SAN CARLOS, CA 94070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Contract Dispute

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 5** **Nonpriority creditor's name and mailing address**

PRIME SERVICE CANADA
65 CEDAR POINT DRIVE SUITE 233
BARRIE, ON L4N 9R3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 347.83

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 6** **Nonpriority creditor's name and mailing address**

PRO AIR MECHANICAL INC
285 N US HIGHWAY 17-92
LONGWOOD, FL 32750-4424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,751.40

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.164 7** 

**Nonpriority creditor's name and mailing address**

PROCTOR & GAMBLE DISTRIBUTING LLC
ONE PROCTOR & GAMBLE PLAZA
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Contingent Contract Claim

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No  ☐ Yes |

---

**3.164 8**

**Nonpriority creditor's name and mailing address**

PROFESSIONAL HYGIENE INC. D/B/A ENVIRO-MASTER
C/O JAY UMANSKY THE LAW OFFICES OF JAY B. UMANSKY, P. C. 12460
OLIVE BLVD, SUITE 118
SAINT LOUIS, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Contract Dispute

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

---

**3.164 9**

**Nonpriority creditor's name and mailing address**

PRONESTOR APS
NORGAARDSVEJ 7 2 SAL
2800 KGS
LYNGBY,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 574.14

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

---

**3.165 0**

**Nonpriority creditor's name and mailing address**

PUBLIX SUPER MARKETS INC
CUSTOMER CHARGE
PO BOX 32009
LAKELAND, FL 338022009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

---

**3.165 1**

**Nonpriority creditor's name and mailing address**

PVG PLUMBING
3675 GAINSBOROUGH AVE
NIAGARA FALLS, ON L2J 2V1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 513.02

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.165 2** **Nonpriority creditor's name and mailing address**

PYRAMID ROOFING COMPANY INC
4001 E 138TH ST
GRANDVIEW, MO 64030-2837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 350.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 3** **Nonpriority creditor's name and mailing address**

QSR AUTOMATIONS INC
2700 BUDDEKE DR
LOUISVILLE, KY 40206-1051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,852.74

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 4** **Nonpriority creditor's name and mailing address**

QUEST SOFTWARE INC.
PO BOX 731381
DALLAS, TX 75373-1381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 5** **Nonpriority creditor's name and mailing address**

QUIGAO, JOEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 35.22

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165 6** **Nonpriority creditor's name and mailing address**

R & S MCCOY CORP
DBA CULLIGAN OF FLORIDA INC
1920 SW 37TH AVE
OCALA, FL 34474

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1657**

**Nonpriority creditor's name and mailing address**
RAFFA, DAN C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 35.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1658**

**Nonpriority creditor's name and mailing address**
RAISE RIGHT LLC
DBA SHOPWITHSCRIP
ATTN ACCOUNTING
2111 44TH ST SE
GRAND RAPIDS, MI 49508-5011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,067.74

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1659**

**Nonpriority creditor's name and mailing address**
RAMENTO, FERDINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1660**

**Nonpriority creditor's name and mailing address**
RAMENTO, FERDINAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 5.97

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1661**

**Nonpriority creditor's name and mailing address**
RAMIREZ, JOLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Privacy Dispute

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.166 2** 

**Nonpriority creditor's name and mailing address**

RANDALL K SCOTT
122 CHILDERS CIRCLE
DBA SCOTTS EQUIPMENT REPAIR
PIEDMONT, SC 29673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 80.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

RASIAH, THIYAGALINGAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2.17

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

RAUCH, ALICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 40.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

REAL CARPET SERVICES LLC
191 WOOLERY LN
DBA PACIFIC LANDSCAPE MANAGEME
DAYTON, OH 45415-1732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 504.07

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

REBRYNA, KELSEY MEGAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 8.05

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.166 7**

**Nonpriority creditor's name and mailing address**

RED DAWN SEI BUYER INC
DBA SERVICE EXPRESS LLC
DEPT 6306
PO BOX 30516
LANSING, MI 48909-8016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,762.85

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

RED LOBSTER INTERNATIONAL HOLDINGS LLC
450 S ORANGE AVENUE
SUITE 800
ORLANDO, FL 32801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential lease guarantee subrogation (various leases)

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

RED LOBSTER MASTER HOLDINGS LP
450 S ORANGE AVENUE
SUITE 800
ORLANDO, FL 32801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 400.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

RENAISSANCE HOLDINGS LLC
4012 BISHOP LANE
DBA GLENNS COMMERCIAL SERVICE
LOUISVILLE, KY 40218-4539

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 447.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 1**

**Nonpriority creditor's name and mailing address**

RENNER-GROGAN, SONJA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 81.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.167 2** | **Nonpriority creditor's name and mailing address**

RENTOKIL NORTH AMERICA INC
DBA JC EHRLICH
PO BOX 740608
CINCINNATI, OH 45274-0608

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 3,530.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 3** | **Nonpriority creditor's name and mailing address**

REPUBLIC NATIONAL DISTRIBUTING COMPANY LLC
5401 EUBANK RD
SANDSTON, VA 23150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 117.83

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 4** | **Nonpriority creditor's name and mailing address**

RETAIL CYBER INTELLIGENCE SHARING CENTER INC
C/O R-CISC MEMBERSHIP SERVICES
PO BOX 743565
ATLANTA, GA 30374-3565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 12,250.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 5** | **Nonpriority creditor's name and mailing address**

RETARUS INC
300 LIGHTING WAY STE 315
SECAUCUS, NJ 07094-3646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,229.56

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.167 6** | **Nonpriority creditor's name and mailing address**

RGL CAROLINA LLC
DBA 1-800-GOT-JUNK
4209 STUART ANDREW BLVD UNIT I
CHARLOTTE, NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 332.07

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.167 7** Nonpriority creditor's name and mailing address

RHODES & SALMON PC
1801 LOMAS BLVD NW
ALBUQUERQUE, NM 87104-1205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 970.87

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.167 8** Nonpriority creditor's name and mailing address

RICARDO ESTRADA
10867 OAKDALE DR
DBA ONE CALL SERVICES LLC
TYLER, TX 75707-5441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 658.16

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.167 9** Nonpriority creditor's name and mailing address

RICHMOND AQUARIUM LLC
3645 SPEEKS DRIVE
MIDLOTHIAN, VA 23112

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 125.00

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.168 0** Nonpriority creditor's name and mailing address

RICHMOND COUNTY HEALTH DEPT
1916 NORTH LEG ROAD  BUILDING
AUGUSTA, GA 30909

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  Unclaimed Property

$ 470.00

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.168 1** Nonpriority creditor's name and mailing address

RING CENTRAL INC
DEPT CH 19585
PALATINE, IL 60055-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 48,840.48

Date or dates debt was incurred    Undetermined

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.168 2**

**Nonpriority creditor's name and mailing address**

RIOUX, JEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                    2.44

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168 3**

**Nonpriority creditor's name and mailing address**

RL SALISBURY, LLC
450 S ORANGE AVENUE
SUITE 800
ORLANDO, FL 32801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable to the benefit of RL Salisbury, LLC

$             355,580.41

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   N/A

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168 4**

**Nonpriority creditor's name and mailing address**

RLSV, INC.
450 S ORANGE AVENUE
SUITE 800
ORLANDO, FL 32801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable to the benefit of RLSV, Inc.

$          82,852,382.34

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   N/A

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168 5**

**Nonpriority creditor's name and mailing address**

ROBBINS, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$                    8.62

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.168 6**

**Nonpriority creditor's name and mailing address**

ROBERT WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Personal Injury

$             Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.168 7**

**Nonpriority creditor's name and mailing address**

ROBERTS, KRISTEN
785 HOOKS ST
DBA PACIFIC LANDSCAPE MANAGEME
CLERMONT, FL 34711-3501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 727.07

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 8**

**Nonpriority creditor's name and mailing address**

ROBERTSON, CONNOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 52.69

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.168 9**

**Nonpriority creditor's name and mailing address**

ROBINSON AIR
10 SW H AVE
LAWTON, OK 73501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 179.17

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 0**

**Nonpriority creditor's name and mailing address**

ROCHA, ANAITA ALMEIDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 976.55

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 1**

**Nonpriority creditor's name and mailing address**

ROCKCRETE CONCRETE INC
PO BOX 474
HAGUE, SK S0K 1X0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 555.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.169 2**

**Nonpriority creditor's name and mailing address**

RODGER MARTIN
733 HIGHWAY 17
DBA KUIT RITE LAWN SERVICE
MONTEVALLO, AL 35115-9196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 920.00

---

**3.169 3**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, CECYMAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.85

---

**3.169 4**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, LINDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.50

---

**3.169 5**

**Nonpriority creditor's name and mailing address**

ROHRBACH BREWING COMPANY
97 RAILROAD STREET
DBA CLEAN TAP LLC
ROCHESTER, NY 14609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 159.00

---

**3.169 6**

**Nonpriority creditor's name and mailing address**

ROMERO, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36.59

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.169 7**

**Nonpriority creditor's name and mailing address**
ROWE, RYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.27

---

**3.169 8**

**Nonpriority creditor's name and mailing address**
ROYAL, SHEVIN
1057 INKBERRY CT
DBA PETERSON PLUMBING
ORLANDO, FL 32811-7934

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 523.60

---

**3.169 9**

**Nonpriority creditor's name and mailing address**
RRV OT INC
1310 55TH ST N
DBA 1-800GOT JUNK
FARGO, ND 58102-4623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 392.00

---

**3.170 0**

**Nonpriority creditor's name and mailing address**
RUBICON GLOBAL LLC
ATTN ACCOUNTS RECEIVABLE
ATTN RUBICON
PO BOX 936684
ATLANTA, GA 31193-6684

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,420.00

---

**3.170 1**

**Nonpriority creditor's name and mailing address**
RUBIN POSTAER AND ASSOCIATES
DBA RPA
PO BOX 2779
LOS ANGELES, CA 90051-0779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,231,837.38

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.170 2**

**Nonpriority creditor's name and mailing address**

RYAN LLC
13155 NOEL ROAD
SUITE 100
DALLAS, TX 75240-5050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    57,853.25

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 3**

**Nonpriority creditor's name and mailing address**

S & H SEWER & DRAIN LLC
55 WILDWAY
BRONXVILLE, NY 10708-5917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    1,557.94

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 4**

**Nonpriority creditor's name and mailing address**

SAAMAAN, MARSAIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    45.27

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

SAAVEDRA, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    1,150.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

SADOVSKI, AMIR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    78.45

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.170 7**

**Nonpriority creditor's name and mailing address**
SALGUERO, ANGELICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Privacy Dispute

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.170 8**

**Nonpriority creditor's name and mailing address**
SAMUELS, PRINCELEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    100.00

---

**3.170 9**

**Nonpriority creditor's name and mailing address**
SANDRA GILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Litigation - Personal Injury

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.171 0**

**Nonpriority creditor's name and mailing address**
SAPONKA, VICKY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    12.35

---

**3.171 1**

**Nonpriority creditor's name and mailing address**
SCHLOSSER, MARGARET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    99.33

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.171 2**

**Nonpriority creditor's name and mailing address**
SCHOOX INC
C/O VCFO
6836 AUSTIN CENTER BLVD
BLDG 1 SUITE 280
AUSTIN, TX 78731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 967.74

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 3**

**Nonpriority creditor's name and mailing address**
SCHULTZ, NATHANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 0.01

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 4**

**Nonpriority creditor's name and mailing address**
SCOTT SCRIVEN LLP
DBA SCOTT SCRIVEN & WAHOFF LLP
250 EAST BROAD STREET
SUITE 900
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 9,212.08

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 5**

**Nonpriority creditor's name and mailing address**
SEASTONE INTERNATIONAL LLC
20062 BEAUMONT CIR
HUNTINGTON BEACH, CA 92646-4912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 42,653.67

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171 6**

**Nonpriority creditor's name and mailing address**
SEDLAR VENTURES
47506 JEFFERSON AVE
CHESTERFIELD, MI 48047-2238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 20.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|----------------------------|------------------------|----------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1717**

**Nonpriority creditor's name and mailing address**
SEIB, HENRY ALLEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200.00

---

**3.1718**

**Nonpriority creditor's name and mailing address**
SELGJEKAJ, ARJETA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.00

---

**3.1719**

**Nonpriority creditor's name and mailing address**
SENIOR, SASHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.36

---

**3.1720**

**Nonpriority creditor's name and mailing address**
SEYFARTH SHAW LLP
3807 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,826.00

---

**3.1721**

**Nonpriority creditor's name and mailing address**
SHB ANALYTICS LLC
150 HILLTOP AVE
BARRINGTON, IL 60010-3402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,231.00

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.172 2**

**Nonpriority creditor's name and mailing address**

SHELLHAMMER, JULIA A
DBA WORKHORSE SECURITY 3640 S
LIMA, OH 45806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 90.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

SHERMAN, KELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 26.56

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

SHIMBERG, DAVID LAWRENCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 178.50

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

SHINEFLEW, CHARLES E
DBA CHUCKS NEIGHBORHOOD
PO BOX 8333
SPOKANE, WA 99203-0333

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 447.90

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

SHIPLEY, LUTHER H
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 275.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1727**

**Nonpriority creditor's name and mailing address**
SHL US LLC
PO BOX 358152
PITTSBURGH, PA 15251-5152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 46,620.00

---

**3.1728**

**Nonpriority creditor's name and mailing address**
SHORE POINT DISTRIBUTING CO INC
BOX 275
ADELPHIA, NJ 07710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 66.00

---

**3.1729**

**Nonpriority creditor's name and mailing address**
SHYANNE RIOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - General Liability

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1730**

**Nonpriority creditor's name and mailing address**
SILVERBEL LANDSCAPING SNOW PLOWING LTD
9A GARDEN AVE
BRAMPTON, ON L6X 1M4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 932.25

---

**3.1731**

**Nonpriority creditor's name and mailing address**
SINGH, NANDITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3.28

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.173 2** **Nonpriority creditor's name and mailing address**

SLM WASTE & RECYCLING SERVICES INC
PO BOX 782678
PHILADELPHIA, PA 19178-2678

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,860.70

---

**3.173 3** **Nonpriority creditor's name and mailing address**

SLM WASTE & RECYCLING SERVICES INC
5000 COMMERCE DRIVE
GREEN LANE, PA 18054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,000.00

---

**3.173 4** **Nonpriority creditor's name and mailing address**

SMARTBEAR SOFTWARE INC
C/O DEPT 3247
PO BOX 123247
DALLAS, TX 75312-3247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,370.62

---

**3.173 5** **Nonpriority creditor's name and mailing address**

SMITH & SON LAWNCARE INC
PO BOX 6151
SPRINGHILL, FL 34611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,385.00

---

**3.173 6** **Nonpriority creditor's name and mailing address**

SMITH BE, FRANK A
180 SHOEMAKER ROAD
DBA GREGS MAINT COMMERCIAL CLE
POTTSTOWN, PA 19464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 767.72

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

SML RELOCATION LLC
DBA SML RELOCATION SML
750 N SAINT PAUL ST STE 250
DALLAS, TX 75201-3206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 7,125.18

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

SMOKEY SPARKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

SNAGAJOB.COM INC
32978 COLLECTIONS CENTER DRIVE
CHICAGO, IL 606930329

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 37,499.33

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

SO-CAL ELECTRIC
PO BOX 10688
DBA WACO WINDOW CLEANING
PALM DESERT, CA 92255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 621.60

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

SO-CAL ELECTRIC
PO BOX 10688
PALM DESERT, CA 92255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,334.05

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.174 2**

**Nonpriority creditor's name and mailing address**

SOCRATIC TECHNOLOGIES INC
18 SHORELINE DR
STRATFORD, CT 06615-7704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 15,500.00**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 3**

**Nonpriority creditor's name and mailing address**

SOLORIO, ESEQUIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 753.71**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 4**

**Nonpriority creditor's name and mailing address**

SONIER, LYNNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 6.66**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 5**

**Nonpriority creditor's name and mailing address**

SOUTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 125
COLUMBIA, SC 29202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 3,050.00**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

SOUTH CAROLINA STATE TREASURY
UNCLAIMED PROPERTY PROGRAM
1200 SENATE ST, ROOM 214
COLUMBIA, SC 29201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 819.45**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.174 7** **Nonpriority creditor's name and mailing address**

SOUTH DAKOTA STATE TREASURY
UNCLAIMED PROPERTY DIVISION
SD STATE TREASURER
500 E CAPITOL AVE, STE 212
PIERRE, SD 57501-5070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 107.63

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 8** **Nonpriority creditor's name and mailing address**

SOUTHERN GLAZERS WINE AND SPIRITS LLC
DBA SOUTHERN GLAZERS OF OH
7800 COCHRAN ROAD
GLENWILLOW, OH 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 223.90

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 9** **Nonpriority creditor's name and mailing address**

SOUTHERN GLAZERS WINE AND SPIRITS LLC
PO BOX 3141
DBA GREGS MAINT COMMERCIAL CLE
HICKSVILLE, NY 11802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 589.77

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 0** **Nonpriority creditor's name and mailing address**

SOUTHERN GLAZERS WINE AND SPIRITS LLC
DBA SOUTHERN GLAZERS OF
OH COLUMBUS 4800 POTH ROAD
COLUMBUS, OH 43213-1332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 201.27

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 1** **Nonpriority creditor's name and mailing address**

SOUTHWEST MECHANICAL HVAC AND REFRIGERAT
21532 STATE HIGHWAY 86
CASSVILLE, MO 65625-4114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 305.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
|        | Name                      |                        |          |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.175 2** **Nonpriority creditor's name and mailing address**

SOUTHWEST REGIONAL TAX BUREAU
ONE CENTENNIAL WAY
SCOTTDALE, PA 15683

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        Undetermined

---

**3.175 3** **Nonpriority creditor's name and mailing address**

SPECS LIQUOR
1111 JACKSBORO HWY
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        38.60

---

**3.175 4** **Nonpriority creditor's name and mailing address**

SPRENGER, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Privacy Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        Undetermined

---

**3.175 5** **Nonpriority creditor's name and mailing address**

SPRINGETTSBURY TOWNSHIP
1501 MT ZION RD
YORK, PA 17402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        259.65

---

**3.175 6** **Nonpriority creditor's name and mailing address**

STALEY INCORPORATED
2547 RIBAULT SCENIC DR
JACKSONVILLE, FL 32208-2564

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$        100.00

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.175 7** | **Nonpriority creditor's name and mailing address**

STALEY INCORPORATED
1390 LAKESHORE DR
KLAMATH FALLS, OR 97601-9104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 175.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.175 8** | **Nonpriority creditor's name and mailing address**

STAPLES INC
DBA DEX IMAGING LLC
PO BOX 17299
CLEARWATER, FL 33762-0299

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 168,452.53

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.175 9** | **Nonpriority creditor's name and mailing address**

STAPLES, ANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 50.00

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.176 0** | **Nonpriority creditor's name and mailing address**

STARCOM MEDIAVEST GROUP INC
DBA STARCOM WORLDWIDE
12076 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.176 1** | **Nonpriority creditor's name and mailing address**

STARCOM WORLDWIDE CANADA
A DIVISION OF LEO BURNETT COMPANY LTD
PO BOX 11758 STATION
CENTRE-VILLE MONTREAL, H3C 6V6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.176 2** | **Nonpriority creditor's name and mailing address**

STATE OF NEW HAMPSHIRE TREASURY
UNCLAIMED PROPERTY DIVISION
25 CAPITOL ST, ROOM 121
CONCORD, NH 03301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    50.00

---

**3.176 3** | **Nonpriority creditor's name and mailing address**

STATE OF NEW JERSEY
BUREAU OF FIRE SAFETY
TRENTON, NJ 08625-0809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    974.00

---

**3.176 4** | **Nonpriority creditor's name and mailing address**

STATE OF NEW JERSEY
UNCLAIMED PROPERTY ADMINISTRATION
PO BOX 214
TRENTON, NJ 08635-0214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,201.72

---

**3.176 5** | **Nonpriority creditor's name and mailing address**

STATE OF NEW JERSEY
DEPT OF LABOR & WORKFORCE DEV
PO BOX 389
TRENTON, NJ 08625-0389

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    220.00

---

**3.176 6** | **Nonpriority creditor's name and mailing address**

STATE OF TENNESSEE
UNCLAIMED PROPERTY DIVISION
PO BOX 190693
NASHVILLE, TN 32719-0693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,975.78

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.176 7**

**Nonpriority creditor's name and mailing address**

STATE TREASURER OF IOWA
UNCLAIMED PROPERTY COMPLIANCE
GREATER IOWA TREASURE HUNT
LUCAS STATE OFFICE BLDG, 321 E 12TH ST, 1ST FL
DES MOINES, IA 50319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,254.58

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 8**

**Nonpriority creditor's name and mailing address**

STEPHENSON, DEBBIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 10.70

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

STEVENS ENTERPRISES INC
DBA POP A LOCK
PO BOX 18102
SHREVEPORT, LA 711380102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 0**

**Nonpriority creditor's name and mailing address**

STRATEGIC SOLUTIONS INC
122 W 22ND ST
OAK BROOK, IL 60523-1562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 17,776.94

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.177 1**

**Nonpriority creditor's name and mailing address**

STRINGER, MANUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 54.58

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.177 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 948.01 |
|---|---|---|---|

STUART TREE SERVICE INC
PO BOX 72
PERU, IL 61354-0072

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.177 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 45.00 |
|---|---|---|---|

STUEVER & SONS INC
330 W FAY AVENUE UNIT B
ADDISON, IL 60101-5008

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.177 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9.32 |
|---|---|---|---|

SUBRAMANIAM, PANCHALINGAM
ADDRESS ON FILE

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.177 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300.00 |
|---|---|---|---|

SUFFOLK COUNTY POLICE DEPT
30 YAPHANK AVENUE
YAPHANK, NY 11980-9641

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| 3.177 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 952.16 |
|---|---|---|---|

SUHA TECHNICAL SERVICES
72 AIDAN DRIVE
WOODBRIDGE, ON L4H 0C4

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177 7**

**Nonpriority creditor's name and mailing address**

SUPERIOR COURT OF JUSTICE
DBA SHERIFF OF COUNTY OF BRANT
70 WELLINGTON ST
BRANTFORD, ON N3T 2L9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 92.28

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

SUPERIOR KNIFE LLC
6235 W HOWARD ST
NILES, IL 60714-3403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 20.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

SUTPHIN, CHERYL
10 WILLIAMS ST
DBA 1-800GOT JUNK
COLLINSVILLE, VA 24078-2289

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 120.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

SWEENEY, JOSEPH M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 63.97

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

SYNERGY AQUATICS INC
13610 SE FEDERAL HWY
HOBE SOUND, FL 33455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 80.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.178 2**

**Nonpriority creditor's name and mailing address**

SYNQ3 RESTAURANT SOLUTIONS LLC
5061 N 30TH ST STE 103
COLORADO SPRINGS, CO 80919-3248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 210,769.35

---

**3.178 3**

**Nonpriority creditor's name and mailing address**

TABBERT, BRENT MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 122.55

---

**3.178 4**

**Nonpriority creditor's name and mailing address**

TALENTREEF INC
PO BOX 8027
CAROL STREAM, IL 60197-8027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.178 5**

**Nonpriority creditor's name and mailing address**

TAMELIA DOWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.178 6**

**Nonpriority creditor's name and mailing address**

TEMPLIN, THOMAS E
DBA K AND T LANDSCAPING LLC
1218 BARKER BLVD APT C
KENT, OH 44240-8620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 256.20

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.178 7**

**Nonpriority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
UNCLAIMED PROPERTY CLAIMS SECTION
LBJ BLDG
111 E 17TH ST
AUSTIN, TX 78711

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 13,795.10

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178 8**

**Nonpriority creditor's name and mailing address**

TEXAS STOREFRONT & GLASS
8242 ALICE CIR
QUINLAN, TX 75474-7828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 950.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178 9**

**Nonpriority creditor's name and mailing address**

THAI UNION GROUP PUBLIC COMPANY LIMITED
ATTENTION: LUDOVIC GARNIER
72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT, MUEANG
SAMUT SAKHON
SAMUT SAKHON, 74000
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Term Loan Subrogation Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

THAI UNION GROUP PUBLIC COMPANY LIMITED
ATTENTION: LUDOVIC GARNIER
72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT, MUEANG
SAMUT SAKHON
SAMUT SAKHON, 74000
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Commercial Dispute

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

THAI UNION GROUP PUBLIC COMPANY LIMITED
ATTENTION: LUDOVIC GARNIER
72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT, MUEANG
SAMUT SAKHON
SAMUT SAKHON, 74000
THAILAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Management Fee

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   N/A

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

THAI UNION NORTH AMERICA, INC.
2150 E. GRAND AVENUE
EL SEGUNDO, CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Term Loan Subrogation Claim

**$ Undetermined**

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | N/A | ☑ No ☐ Yes |

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

THE CITY OF PLANTATION
400 NW 73 AVENUE
PLANTATION, FL 33317

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 343.58**

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

THE FISH GUYS LLC
1254 GRASS FERN LN
SANFORD, FL 32771-9337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 374.50**

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

THE LIQUOR AND GAMING AUTHORITY OF
MANITOBA (LGA)
WINNIPEG, MB R3C 2X1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**$ 800.00**

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

THE NPD GROUP LP
24619 NETWORK PLACE
CHICAGO, IL 606731246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$ 28,100.00**

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.179 7** | **Nonpriority creditor's name and mailing address**

THE PLANT GUY
7337 DOUGLAS ST
OMAHA, NE 68114-4625

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179 8** | **Nonpriority creditor's name and mailing address**

THE PRINTING HOUSE LTD
1403 BATHURST STREET
TORONTO, ON M5R 3H8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 137.71

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179 9** | **Nonpriority creditor's name and mailing address**

THE ROOTER KING INC
457 S 5TH ST
DBA PETERSON PLUMBING
GRAND JUNCTION, CO 81501-7702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 728.94

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 0** | **Nonpriority creditor's name and mailing address**

THE SUDDATH COMPANIES
SUDDATH RELOCATION SYSTEM OF ORLANDO INC
815 S MAIN ST STE 444
JACKSONVILLE, FL 32207-9050

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,520.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 1** | **Nonpriority creditor's name and mailing address**

THELAB LLC
637 W 27TH ST FL 8
NEW YORK, NY 10001-1019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 38,761.14

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.180 2**

**Nonpriority creditor's name and mailing address**
THEODORE, JEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 58.40

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 3**

**Nonpriority creditor's name and mailing address**
THEVARAJAH, PRAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 148.21

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 4**

**Nonpriority creditor's name and mailing address**
THIBODEAN, BRADLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 179.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 5**

**Nonpriority creditor's name and mailing address**
THIYAGARAJAH, NILANI
3831 N FREMONT ST APT 314
DBA CLEAR FLOW PLUMBING AND HE
CHICAGO, IL 66013-3063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 150.91

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.180 6**

**Nonpriority creditor's name and mailing address**
THOMPSON, MICHAEL J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 378.44

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.180 7**

**Nonpriority creditor's name and mailing address**

THRASHER, EVAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 7.75

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

THREE CHIHUAHUAS LLC
19179 BLANCO RD STE 105-238
SAN, TX 78258-4042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 36.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

THREE CHIHUAHUAS LLC
19179 BLANCO RD STE 105-238
SAN ANTONIO, TX 78258-4042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 224.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

THUNDER ELECTRIC INC
704 RIVER RD  YAKIMA
YAKIMA, WA 98902-1324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 113.72

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

THURAISAMY, MAHENDRARAJ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 32.84

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

| 3.181.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,723.03 |
|---|---|---|---|

TODD DEVINE
DBA ANDYS PLUMBING
208 NW EUCLID AVE
LAWTON, OK 73507

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.181.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,690.00 |
|---|---|---|---|

TOP LANDSCAPING LTD
16223 62 STREET
EDMONTON, AB T5Y 3C9

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.181.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26,880.00 |
|---|---|---|---|

TOPTAL LLC
TASO DU VAL
2810 N CHURCH ST # 36879
WILMINGTON, DE 19802-4447

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.181.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 195.00 |
|---|---|---|---|

TORCH SERVICE COMPANY LLC
PO BOX 2218
OWASSO, OK 74055-9618

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.181.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 30,643.00 |
|---|---|---|---|

TOTAL QUALITY LOGISTICS LLC
PO BOX 634558
CINCINNATI, OH 452634558

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.181 7**

**Nonpriority creditor's name and mailing address**

TOUCHPOINT INC
PO BOX 935792
ATLANTA, GA 31193-5792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,233.01

---

**3.181 8**

**Nonpriority creditor's name and mailing address**

TOWN OF BABYLON
200 E SUNRISE HWY
LINDENHURST, NY 11757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 300.00

---

**3.181 9**

**Nonpriority creditor's name and mailing address**

TOWN OF BROOKHAVEN
3233 ROUTE 112
MEDFORD, NY 11763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 372.12

---

**3.182 0**

**Nonpriority creditor's name and mailing address**

TOWN OF NORTH HEMPSTEAD
DEPT OF BUILDING INSPECTIONS
220 PLANDOM RD
MANHASSETT, NY 11030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

---

**3.182 1**

**Nonpriority creditor's name and mailing address**

TOWN OF WETHERSFIELD
POLICE DEPARTMENT
250 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 06109-1702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25.00

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.182 2** **Nonpriority creditor's name and mailing address**

TOWNSHIP OF OCEAN
399 MONMOUTH ROAD
OAKHURST, NJ 07755-1589

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 100.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182 3** **Nonpriority creditor's name and mailing address**

TOWNSHIP OF WHITEHALL
PO BOX 810
WHITEHALL, PA 18052-0310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 35.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182 4** **Nonpriority creditor's name and mailing address**

TRACY WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Personal Injury

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182 5** **Nonpriority creditor's name and mailing address**

TRAVELERS
ONE TOWER SQUARE
HARTFORD, CT 06183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Liquor - Malt Beverage Bond #107758901

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**  8901

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.182 6** **Nonpriority creditor's name and mailing address**

TRI-STATE LOCK & SAFE INC
419 WEST 3RD STREET
TIFTON, GA 31794

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 80.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | | Case number (if known) | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.182 7** Nonpriority creditor's name and mailing address

TRITZ BEVERAGE SYSTEMS INC
888 E BELVIDERE ROAD #220
GRAYSLAKE, IL 60030

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 48.00

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.182 8** Nonpriority creditor's name and mailing address

TRU VUE WINDOW CLEANING INC
390 EDGELEY BOULEVARD UNIT 30
CONCORD, ON L4K 3Z6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 101.70

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.182 9** Nonpriority creditor's name and mailing address

TRUONG, SHEILA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 3.36

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.183 0** Nonpriority creditor's name and mailing address

TUKAIZ LLC
PO BOX 14470
SAINT LOUIS, MO 63178-4470

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,877.50

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.183 1** Nonpriority creditor's name and mailing address

TULSA FRUIT CO
DBA GOFRESH
1691 N 161ST E AVENUE
TULSA, OK 74116-4824

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,297.67

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.183 2**

**Nonpriority creditor's name and mailing address**

U S WATER BOYS INC
PO BOX 462 260 W NORTH STREET
MANHATTAN, IL 60442-0462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 95.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 3**

**Nonpriority creditor's name and mailing address**

U S WATER BOYS INC
PO BOX 462
DBA GREGS MAINT COMMERCIAL CLE
MANHATTAN, IL 60442-0462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 220.00

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 4**

**Nonpriority creditor's name and mailing address**

UB DISTRIBUTORS LLC
12 SOUTH PUTT CORNERS ROAD
DBA FULLER WELDING CO
NEW PALTZ, NY 12561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 181.14

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 5**

**Nonpriority creditor's name and mailing address**

UB DISTRIBUTORS LLC -DBA CRAFT BEER GUIL
12 SOUTH PUTT CORNERS ROAD
NEW PALTZ, NY 12561

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 66.38

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 6**

**Nonpriority creditor's name and mailing address**

ULRICH, SUSAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 53.24

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.183 7**

**Nonpriority creditor's name and mailing address**

ULSTER COUNTY HEALTH DEPARTMENT
PO BOX 1800
DBA NORTHGATE PARK I
KINGSTON,, NY 12401-0800

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 325.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 8**

**Nonpriority creditor's name and mailing address**

UMPHRESS, ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 209.11

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

UNDER WATER ESCA
NO ADDRESS PROVIDED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 289.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

UNIFORM SALES INC
1499 SW 30TH AVE UNIT 26
BOYNTON BEACH, FL 33426-9040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 5,566.36

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

UNIFORM SALES INC
1317 1/2 CENTRAL TERRACE
LAKE WORTH, FL 33460

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 270.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.184 2**

**Nonpriority creditor's name and mailing address**

UNITED PARCEL SERVICE INC
PO BOX 650116
DALLAS, TX 75265-0116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 172,137.15

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

UNITED STATES POSTAL SERVICE
PO BOX FEE #695011
DBA GREGS MAINT COMMERCIAL CLE
POSTMASTER
ORLANDO, FL 32869

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 450.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

UPROHR LLC
DBA MSS CLEANING
1135 W CUSTER PL
DENVER, CO 80223-2316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 295.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

URBAN AIRSHIP INC
DBA AIRSHIP
1225 W BURNSIDE ST STE 401
PORTLAND, OR 97209-4122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 31,060.51

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

US BANK/FIRSTAR
TREASURY MANAGEMENT SERVICES
CM/9581
ST PAUL, MN 551709581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32,916.03

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1847**

**Nonpriority creditor's name and mailing address**

UTAH STATE TREASURY
UNCLAIMED PROPERTY DIVISION
PO BOX 140530
SALT LAKE CITY, UT 84114-0530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,662.42

---

**3.1848**

**Nonpriority creditor's name and mailing address**

VACO ORLANDO LLC
PO BOX 667
BRENTWOOD, TN 37024-0667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,867.84

---

**3.1849**

**Nonpriority creditor's name and mailing address**

VANARKEL, CINDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12.77

---

**3.1850**

**Nonpriority creditor's name and mailing address**

VERITIV OPERATING COMPANY
PO BOX 409884
ATLANTA, GA 303849884

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,326.56

---

**3.1851**

**Nonpriority creditor's name and mailing address**

VERIZON
PO BOX 15043
ALBANY, NY 12212-5043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,753.52

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.185 2**

**Nonpriority creditor's name and mailing address**

VERIZON
PO BOX 660108
DALLAS, TX 752660108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Service Dispute

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

VILLAGE OF ASHWAUBENON
2155 HOLMGREN WAY
ASHWAUBENON, WI 54304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.00

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

VILLAGE OF ASHWAUBENON
2155 HOLMGREN WAY
ASHWAUBENON, WI 54304-4605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50.00

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

VINAYAGAMOORTHY, RANJITHKUMAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23.54

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF THE TREASURY
UNCLAIMED PROPERTY DIVISION
101 NORTH 14TH ST
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,392.73

---

| Debtor | Red Lobster Management LLC | Case number *(if known)* | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.185 7** | **Nonpriority creditor's name and mailing address**

W VENTURES I LLC D/B/A FISH WINDOW CLEANING

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Vendor Dispute

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

---

**3.185 8** | **Nonpriority creditor's name and mailing address**

WASHINGTON PRIME PROPERTY LP
180 E BROAD ST
DBA GEORGESVILLE SQUARE
COLUMBUS, OH 43215-3707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,815.00

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

---

**3.185 9** | **Nonpriority creditor's name and mailing address**

WASHINGTON STATE DEPT OF REVENUE
UNCLAIMED PROPERTY SECTION
PO BOX 47477
OLYMPIA, WA 98504-7477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 924.35

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

---

**3.186 0** | **Nonpriority creditor's name and mailing address**

WASHINGTON, ERICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Privacy Dispute

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

---

**3.186 1** | **Nonpriority creditor's name and mailing address**

WASHINGTON, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,581.21

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.186 2**

**Nonpriority creditor's name and mailing address**

WATER CONNECTION
11170 BONITA BEACH RD SE
DBA GREGS MAINT COMMERCIAL CLE
BONITA SPRINGS, FL 34135-5703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                 891.20

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186 3**

**Nonpriority creditor's name and mailing address**

WEBB, LORI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                  18.38

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186 4**

**Nonpriority creditor's name and mailing address**

WEGUARD INC
27201 TOURNEY RD STE 201
SANTA, CA 91355-1804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                 845.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186 5**

**Nonpriority creditor's name and mailing address**

WEI, VANI ALIAS VENNIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                  40.53

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186 6**

**Nonpriority creditor's name and mailing address**

WEISS, DAVID M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$               1,244.12

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.186 7**

**Nonpriority creditor's name and mailing address**

WELLMAN, JAMESON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 74.65

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186 8**

**Nonpriority creditor's name and mailing address**

WELLS FARGO BANK NA
ACCOUNT ANALYSIS
NW 7091 PO BOX 1450
MINNEAPOLIS, MN 55485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 80,010.90

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186 9**

**Nonpriority creditor's name and mailing address**

WEST PUBLISHING CORPORATION
DBA SERENGETI
PO BOX 6292
CAROL STREAM, IL 601976292

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 540.38

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.187 0**

**Nonpriority creditor's name and mailing address**

WEST VIRGINIA STATE TREASURER'S OFFICE
UNCLAIMED PROPERTY DIVISION
WV TREASURY BUILDING 2
322 70TH ST SE
CHARLESTON, WV 25304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,420.77

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.187 1**

**Nonpriority creditor's name and mailing address**

WEX BANK
PO BOX 6293
CAROL STREAM, IL 601976293

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 24,033.27

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.187 2**

**Nonpriority creditor's name and mailing address**

WHALEY FOODSERVICE REPAIRS INC
PO BOX 615
LEXINGTON, SC 29071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 169.90

---

**3.187 3**

**Nonpriority creditor's name and mailing address**

WHITAKER, SHAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6.77

---

**3.187 4**

**Nonpriority creditor's name and mailing address**

WHITMORE, LISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.87

---

**3.187 5**

**Nonpriority creditor's name and mailing address**

WICKER SMITH OHARA MCCOY & FORD PA
2800 PONCE DE LEON BLVD
SUITE 800
CORAL GABLES, FL 33134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 388.00

---

**3.187 6**

**Nonpriority creditor's name and mailing address**

WILLIAM DENNINGHAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1877**

**Nonpriority creditor's name and mailing address**

WILSON, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 146.58

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1878**

**Nonpriority creditor's name and mailing address**

WILSON, TIMOTHY M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 269.80

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1879**

**Nonpriority creditor's name and mailing address**

WINCHESTER CITY TREASURER
15 NORTH CAMERON STREET
DBA GENERAL SIGN COMPANY
WINCHESTER, VA 22604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 6,148.15

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1880**

**Nonpriority creditor's name and mailing address**

WINFIELD, NALESHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1.00

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1881**

**Nonpriority creditor's name and mailing address**

WISCONSIN OFFICE OF THE STATE TREASURER
PO BOX 8982
MADISON, WI 53708-8982

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2,144.74

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.188 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,105.00 |
|---|---|---|---|

WOMENS FOODSERVICE FORUM
5310 HARVEST HILL RD STE 299
DALLAS, TX 75230-5804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

| 3.188 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 200.00 |
|---|---|---|---|

WOOLDRIDGE, JOSEPH
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

| 3.188 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3.65 |
|---|---|---|---|

WOZNY, STEPHANIE
ADDRESS ON FILE

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

| 3.188 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 401.72 |
|---|---|---|---|

WUNDER ELECTRIC
152 LAKE AVENUE
COLONIA, NJ ,07067

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

| 3.188 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 605.66 |
|---|---|---|---|

WYOMING STATE TREASURER
UNCLAIMED PROPERTY DIVISION
HERSCHLER BUILDING EAST
122 W 25TH ST, STE E300
CHEYENNE, WY 82002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

| **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☒ No ☐ Yes |

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.188 7** **Nonpriority creditor's name and mailing address**

YARD BIRDS INC
22225 ADAMS ST
PORTER, TX 77365-5910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 745.12

---

**3.188 8** **Nonpriority creditor's name and mailing address**

YASH TECHNOLOGIES INC
841 AVENUE OF THE CITIES
EAST MOLINE, IL 61244-4134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 26,362.52

---

**3.188 9** **Nonpriority creditor's name and mailing address**

YES I DO COMPANY
135 EIGHTH ST
TORONTO, ON M8V 3C8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 508.50

---

**3.189 0** **Nonpriority creditor's name and mailing address**

YOUNGDAHL, DANA N
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 181.97

---

**3.189 1** **Nonpriority creditor's name and mailing address**

ZAVALA, FRIDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3.95

---

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.189 2**

**Nonpriority creditor's name and mailing address**

ZELMS ERLICH LLP
DBA ZELMS ERLICH LENKOV & MACK
PO BOX 25877
SCOTTSDALE, AZ 85255-0114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

ZIPRECRUITER INC
PO BOX 102827
PASADENA, CA 91189-0132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 61,291.23

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

ZOOM VIDEO COMMUNICATIONS INC
PO BOX 398843
SAN FRANCISCO, CA 94139-8843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$

| Debtor | Red Lobster Management LLC | Case number (if known): | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 3:  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line _____<br>☐ Not listed.  Explain | |
| 4.2 | | Line _____<br>☐ Not listed.  Explain | |
| 4.3 | | Line _____<br>☐ Not listed.  Explain | |
| 4.4 | | Line _____<br>☐ Not listed.  Explain | |
| 4.5 | | Line _____<br>☐ Not listed.  Explain | |
| 4.6 | | Line _____<br>☐ Not listed.  Explain | |
| 4.7 | | Line _____<br>☐ Not listed.  Explain | |
| 4.8 | | Line _____<br>☐ Not listed.  Explain | |
| 4.9 | | Line _____<br>☐ Not listed.  Explain | |

| Debtor | Red Lobster Management LLC | Case number (If known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**      **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.   $      0.00 |
| 5b. | **Total claims from Part 2** | 5b.   **+**   $      118,777,666.52 <br> + Undetermined Amounts |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.   $      118,777,666.52 <br> + Undetermined Amounts |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Red Lobster Management LLC |
| United States Bankruptcy Court for the: | Middle District of Florida, Orlando Division |
| Case number (if known): | 24-02486 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>11 TH HOUR BUSINESS CENTERS LLC DBA 11 TH HOUR BUSINESS SOLUTIONS<br>6300 HAZELTINE NATIONAL DR.<br>SUITE 100<br>ORLANDO, FL 32822 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>1-800-GOT-JUNK<br>325 2A 15 WOROBETZ PLACE<br>SASKATOON, SK S7L 6R4<br>CANADA |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>22SQUARED INC<br>1170 PEACHTREE ST NE<br>14TH FLOOR<br>ATLANTA, GA 30309 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>2537 S WABASH CHI LLC<br>777 S FIGUEROA ST FLOOR 41<br>LOS ANGELES, CA 90017-5800 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>3B2 SOLUTIONS LLC<br>35 B CONCOURSE WAY<br>GREER, SC 296504704 |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | MASTER SERVICE AGREEMENT<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 3CINTERACTIVE CORP<br>750 PARK OF COMMERCE BOULEVARD<br>SUITE 400<br>BOCA RATON, FL 33487 |
| 2.7 | MASTER SERVICE AGREEMENT<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 3CSTUDIOS INC<br>PO BOX 951434<br>LAKE MARY, FL 32795 |
| 2.8 | MASTER SERVICE AGREEMENT<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 3F CONSULTING LLC<br>618 ABERDEEN RD<br>CARY, IL 60013 |
| 2.9 | MASTER SERVICE AGREEMENT<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 4 CORNER RESOURCES LLC<br>135 E COLONIAL DRIVE<br>SUITE 200<br>ORLANDO, FL 32801 |
| 2.10 | MASTER SERVICE AGREEMENT<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 5NINE SOFTWARE INC.<br>1555 PALM BEACH LAKES BLVD<br>SUITE 750<br>WEST PALM BEACH, FL 33401 |
| 2.11 | SERVICES AGREEMENT<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | A ARNOLD MOVING COMPANY D.B.A A ARNOLD WORLD CLASS RELOCATION<br>5200 INTERCHANGE WAY<br>LOUSIVILLE, KY 2190 |
| 2.12 | MASTER SERVICE AGREEMENT<br><br>State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | A B CLOSING CORPORATION<br>DBA KAVALIRO<br>12612 CHALLENGER PKWY STE 400<br>ORLANDO, FL 32826-2759 |

Debtor    Red Lobster Management LLC                                  Case number (if known): 24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>A CLOSER LOOK LLC<br>PO BOX 936612<br>ATLANTA, GA 31193-6612 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>A&E TELEVISION NETWORKS (AKA LIFETIME) |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>A&G REALTY PARTNERS LLC<br>445 BROADHOLLOW RD STE 410<br>MELVILLE, NY 11747-3601 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITIES SERVICE AGREEMENT DATED 08/22/2007<br><br>AA JOHNNY<br>9709-60TH AVE.<br>EDMONTON, AB T6E 0C4<br>CANADA |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>AAJ COMPUTER SERVICES INC<br>DBA AAJ TECHNOLOGIES<br>500 W CYPRESS CREEK RD<br>STE 570<br>FORT LAUDERDALE, FL 33309-6157 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>AARON GORDON<br>ADDRESS ON FILE |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>ABBY USA SOFTWARE HOUSE INC.<br>890 HILLVIEW COURT<br>SUITE 300<br>MILPITAS, CA 95035 |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | ABC GROUP USA LLC 2655 LE JEUNE RD SUITE 905 CORAL GABLES, FL 33134 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | ABEN INC 12 WATER MARK WAY THE WOODLANDS, TX 77381-6618 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | ABISHEK SUNDARRAJ ADDRESS ON FILE |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | ABSOLUTE SOFTWARE CORPORATION SUITE 1400, FOUR BENTALL CENTRE 1055 DUNSMUIR STREET VANCOUVER, BC V7X 1K8 CANADA |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** **List the contract number of any government contract** | ACCERTIFY INC. 2 PIERCE PLACE SUITE 900 ITASCA, IL 60143 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** **List the contract number of any government contract** | ACCURATE BACKGROUND LLC 7515 IRVINE CENTER DRIVE IRVINE, CA 92618-2930 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** END USER AGREEMENT DATED 9/30/2016 **State the term remaining** **List the contract number of any government contract** | ACCURATE BACKGROUND, LLC 7515 IRVINE CENTER DRIVE IRVINE, CA 92618 |

Debtor    Red Lobster Management LLC _____    Case number (if known)   24-02486
                Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (PROPERTY) POLICY NUMBER CX D95041413 001 — ACE AMERICAN INSURANCE COMPANY<br>MARSH MCLENNAN<br>1717 ARCH STREET<br>SUITE 1100<br>PHILADELPHIA, PA 19103 |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT — ACE INSIGHTS LLC<br>3262 BEAZER DRIVE<br>OCOEE, FL 34761 |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM NO. 01 TO APPLICATION SERVICES MASTER AGREEMENT NO.D-349 DATED 04/14/2015 — ACI WORLDWIDE CORP<br>6060 COVENTRY DRIVE<br>ELKHORN, NE 68022 |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM NO. 9 TO APPLICATION SERVICES MASTER AGREEMENT NO. D-349 DATED 05/01/2017 — ACI WORLDWIDE CORP<br>6060 COVENTRY DRIVE<br>ELKHORN, NE 68022 |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APPLICATION SERVICES MASTER AGREEMENT NO. D-349 DATED 03/31/2015 — ACI WORLDWIDE CORP<br>6060 COVENTRY DRIVE<br>ELKHORN, NE 68022 |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM NO. 5 TO MASTER SERVICE AGREEMENT DATED 10/11/2016 — ACI WORLDWIDE CORP<br>6060 COVENTRY DRIVE<br>ELKHORN, NE 68022 |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 3 TO MASTER AGREEMENT NO. D-349 DATED 12/03/2020 — ACI WORLDWIDE CORP<br>6060 COVENTRY DRIVE<br>ELKHORN, NE 68022 |

Debtor    Red Lobster Management LLC

Case number (if known)    24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 7 TO APPLICATION SERVICES MASTER AGREEMENT NO D-349 DATED 03/10/2017 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE 2  TO APPLICATION SERVICES MASTER AGREEMENT NO. D349 DATED 03/31/2021 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO. 6 TO APPLICATION SERVICES MASTER AGREEMENT NO. D-349 DATED 02/02/2017 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 14 TO THE APPLICATION SERVICES MASTER AGREEMENT NO. D-349 DATED 09/11/2023 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 03 TO SCHEDULE 1 TO THE APPLICATION SERVICES MASTER AGREEMENT | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE 3  TO APPLICATION SERVICES MASTER AGREEMENT NO. D-349 DATED 03/31/2021 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO. 01 DATED 04/14/2015 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC
Name

Case number (If known)    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 12 DATED 12/13/2019 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 4 TO MASTER AGREEMENT NO. D-349 DATED 03/31/2021 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 13 TO APPLICATION SERVICES MASTER AGREEMENT NO. D-299 DATED 05/21/2023 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 02 TO SCHEDULE 1 TO THE APPLICATION SERVICES MASTER AGREEMENT | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 01 TO THE ACI APPLICATION SERVICES MASTER AGREEMENT NO. D-349 DATED 07/29/2015 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 1 TO MASTER AGREEMENT NO. D-340 DATED 07/30/2021 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 13 DATED 12/28/2022 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 10 DATED 03/01/2018 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO. 04 TO AGREEMENT NO. D-349 DATED 06/30/2016 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 11 TO THE APPLICATION SERVICES MASTER AGREEMENT NO. D-349 DATED 07/23/2019 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO. 02 TO SERVICE MASTERS AGREEMENT DATED 07/29/2015 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE 1  TO APPLICATION SERVICES MASTER AGREEMENT NO. D-34S DATED 03/31/2015 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT 2 TO MASTER AGREEMENT NO. D-349 DATED 05/05/2020 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM 8 TO THE APPLICATION SERVICE MASTER AGREEMENT NO. D-349 | ACI WORLDWIDE CORP 6060 COVENTRY DRIVE ELKHORN, NE 68022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC                                    Case number (If known):    24-02486
                Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | ACTIVE IDENTITY MANAGEMENT INC<br>DBA ACTIVEIDM<br>11954 NARCOOSSEE RD STE 403<br>ORLANDO, FL 32832-6998 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | ADO PROFESSIONAL SOLUTIONS INC.<br>10151 DEERWOOD PARK BLVD<br>BUILDING 200<br>SUITE 400<br>JACKSONVILLE, FL 32256 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES ORDER DATED 12/16/2021 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES ORDER DATED 08/28/2020 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES ORDER DATED 06/09/2022 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES ORDER DATED 08/26/2022 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES ORDER DATED 06/19/2023 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |

Debtor  Red Lobster Management LLC _____ Case number (If known): 24-02486
        Name

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER DATED 11/14/2022 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| **2.63** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER DATED 03/01/2023 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| **2.64** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER DATED 11/21/2023 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| **2.65** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER DATED 09/02/2021 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| **2.66** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER DATED 12/21/2022 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| **2.67** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER DATED 07/21/2021 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |
| **2.68** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ADOBE SALES ORDER DATED 11/24/2020 | ADOBE INC.<br>345 PARK AVENUE<br>SAN JOSE, CA 95110 |

Debtor    Red Lobster Management LLC
Name

Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.69** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT TO GLOBAL MASTER SERVICES AGREEMENT DATED 03/22/2023<br><br>ADP , INC.<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07058 |
| **2.70** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD AMENDMENT TO GLOBAL MASTER SERVICES AGREEMENT DATED 10/13/2021<br><br>ADP , INC.<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07058 |
| **2.71** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL MASTER SERVICE AGREEMENT DATED 03/24/2015<br><br>ADP LLC<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07058 |
| **2.72** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT<br><br>ADP,  LLC<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07058 |
| **2.73** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO GLOBAL MASTER SERVICES AGREEMENT DATED 07/01/2015<br><br>ADP, LLC<br>400 W. COVINA BLVD.<br>MS 208<br>SAN DIMAS, CA 91773 |
| **2.74** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO GLOBAL MASTER SERVICES AGREEMENT DATED 08/22/2019<br><br>ADP, LLC<br>ONE ADP BOULEVARD<br>ROSELAND, NJ 07058 |
| **2.75** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ADT-TYCO |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ADVERTEX COMMUNICATIONS DBA MACY'S MARKETING |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | AFAQ H SHAIK DBA SMIN TECH SOLUTIONS INC 3753 GRANDEWOOD BOULEVARD APARTMENT 418 ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | AFCO CREDIT CORPORATION 4501 COLLEGE BLVD STE 320 LEAWOOD, KS 66211-2328 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | Basis AD&D Group Insurance Contract Dated 7/28/2014 | AIG Insurance Company of Canada 145 Wellington Street West Toronto, ON M5J 1H8 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM NUMBER: Q-19484 DATED 01/20/2022 | AIRSHIP GROUP, INC. 1225 W BURNSIDE ST #401 PORTLAND, OR 97209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER DATED 10/06/2020 | AIRSHIP GROUP, INC. 1225 W BURNSIDE ST #401 PORTLAND, OR 97209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM NUMBER: Q-20505 DATED 04/29/2022 | AIRSHIP GROUP, INC. 1225 W BURNSIDE ST #401 PORTLAND, OR 97209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC                                     Case number (if known):    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.83** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-15851 DATED 05/20/2021<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.84** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-23325 DATED 09/15/2022<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.85** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-22343 DATED 09/19/2022<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.86** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-14498 DATED 05/26/2021<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.87** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-22345 DATED 09/14/2022<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.88** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-28324 DATED 07/26/2023<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.89** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-17878 DATED 10/01/2021<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |

Debtor    Red Lobster Management LLC
     Name

Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.90** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-27659 DATED 06/12/2023<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.91** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-25223 DATED 01/18/2023<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.92** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-18820 DATED 11/30/2021<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.93** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM NUMBER: Q-18304 DATED 12/09/2021<br><br>AIRSHIP GROUP, INC.<br>1225 W BURNSIDE ST #401<br>PORTLAND, OR 97209 |
| **2.94** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>ALASKA SEAFOOD MARKETING INSTITUTE<br>150 NICKERSON STREET<br>SUITE 310<br>SEATTLE, WA 98109 |
| **2.95** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ALEXZANDER GROUP |
| **2.96** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 2/23/2021<br><br>ALIGHT SOLUTIONS LLC<br>4 OVERLOOK POINT<br>LINCOLNSHIRE, IL 60069 |

Debtor    Red Lobster Management LLC

Case number (if known):    24-02486

Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | ALIXPARTNERS HOLDINGS LLP DBA ALIXPARTNERS LLP PO BOX 7410063 CHICAGO, IL 60674-5063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY (FIRST EXCESS CYBER) POLICY NUMBER 0311-5731 | ALLIED WORLD INSURANCE COMPANY 100 PINE STREET SUITE 1700 SAN FRANCISCO, CA 94111 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | ALOFT ORLANDO DOWNTOWN 500 SOUTH ORANGE AVENUE ORLANDO, FL 32801 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | ALSCO INC DBA ALSCO CORPORATE ACCOUNTS 3101 CHARLOTTE AVE NASHVILLE, TN 37209-4053 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | ALTERITY GROUP LLC 340 MADISON AVENUE NEW YORK, NY 10173 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | AMARANTA MARTINEZ DBA SUPERAMA 162 NE 25TH ST APT 814 MIAMI, FL 33137-5077 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | AMAZON.COM C/O AMAZON WEB SERVICES INC PO BOX 84023 SEATTLE, WA 98124-8423 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Red Lobster Management LLC                                    Case number (if known)    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.104** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (FIRST EXCESS EMPLOYMENT PRACTICES) POLICY NUMBER 16153196<br><br>AMERICAN INTERNATIONAL REINSURANCE COMPANY, LTD.<br>27 RICHMOND ROAD<br>PEMBROKE, HM 08<br>BERMUDA |
| **2.105** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>AMERICAN SOCIETY FOR TRAININD AND DEVELOPMENT INC.<br>1640 KING STREET<br>ALEXANDERIA, VA 22314 |
| **2.106** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTOR AGREEMENT FOR RESTAURANT #0191 DATED 09/30/2004<br><br>AMERICAN WASTE CONTROL INC.<br>PO BOX 21054<br>TULSA, OK 74121-1054 |
| **2.107** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>AMERIPRISE TRUST COMPANY<br>990 AMERIPRISE FINANCIAL CENTER<br>MINNEAPOLIS, MN 55474 |
| **2.108** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ANALYTIC PARTNERS LP<br>1441 BRICKELL AVE STE 1220<br>MIAMI, FL 33131-3429 |
| **2.109** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 02/06/2023<br><br>ANALYTIC PARTNERS, LP<br>1441 BRICKELL AVE<br>SUITE 1220<br>MIAMI, FL 33131 |
| **2.110** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ANALYTICS ACCELERATORS LLC<br>9238 BEAR CLAY WAY<br>MADISON, WI 53717 |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.111** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | ANALYTICS QUOTIENT SERVICES INDIA PVT LTD<br>23&24 AMR TECH PARK<br>BOMMANAHALLI<br>BANGALORE, 560068<br>INDIA |
| **2.112** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT CONTRACTS | ANT BRAINS CORPORATION<br>DBA KRISTA SOFTWARE INC<br>2633 MCKINNEY AVE STE 130-364<br>DALLAS, TX 75204-2581 |
| **2.113** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | ANTELOPE VALLEY SHOP LLC<br>PO BOX 103167<br>PASADENA, CA 91189-0155 |
| **2.114** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 08/22/2014 | ANYBILL<br>1801 PENNSYLVANIA NW, SUITE 700<br>WASHINGTON DC, 20009 |
| **2.115** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK 15 DATED 09/05/2023 | APEX SYSTEMS LLC<br>4400 COX ROAD<br>SUITE 200<br>GLEN ALLEN, VA 23060 |
| **2.116** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT TO IT SERVICES AGREEMENT- ATTACHMENT A-5 STATEMENT OF WORK DATED 07/19/2021 | APEX SYSTEMS LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.117** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXHIBIT A TO THE AGREEMENT DATED 02/02/2023 | APEX SYSTEMS LLC<br>4400 COX ROAD<br>SUITE 200<br>GLEN ALLEN, VA 23060 |

Debtor  Red Lobster Management LLC

Name

Case number (if known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT AND STATEMENT OF WORK DATED 05/13/2016 | APEX SYSTEMS LLC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | ATTACHMENT TO IT SERVICES AGREEMENT- ATTACHMENT A 11 STATEMENT OF WORK DATED 02/13/2023 | APEX SYSTEMS LLC 3750 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO THE SERVICE AGREEMENT. DATED 08/07/2023 | APEX SYSTEMS LLC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A TO THE AGREEMENT DATED 08/29/2016 | APEX SYSTEMS LLC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | ATTACHMENT TO IT SERVICES AGREEMENT ATTACHMENT A 16 STATEMENT OF WORK DATED 09/11/2023 | APEX SYSTEMS LLC 3750 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A TO THE AGREEMENT DATED 02/16/2023 | APEX SYSTEMS LLC 4400 COX ROAD SUITE 200 GLEN ALLEN, VA 23060 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | ATTACHMENT TO IT SERVICES AGREEMENT ATTACHMENT A 18 STATEMENT OF WORK DATED 09/11/2023 | APEX SYSTEMS LLC 3750 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Red Lobster Management LLC                                      Case number (if known):    24-02486
_____
Name

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| **2.125** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ATTACHMENT TO IT SERVICES AGREEMENT - ATTACHMENT A-3 STATEMENT OF WORK DATED 03/18/2019 | APEX SYSTEMS LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.126** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 2 TO THE SERVICE AGREEMENT DATED 09/05/2023 | APEX SYSTEMS LLC<br>4400 COX ROAD<br>SUITE 200<br>GLEN ALLEN, VA 23060 |
| **2.127** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT DATED 09/18/2023 | APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.128** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT DATED 09/27/2023 | APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.129** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT DATED 09/25/2023 | APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.130** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ATTACHMENT TO IT SERVICES AGREEMENT ATTACHMENT A-17 STATEMENT OF WORK. DATED 09/11/2023 | APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT DATED 07/25/2022 | APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |

Debtor    Red Lobster Management LLC                                    Case number (If known)    24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 08/28/2023<br><br>APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.133** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 04/03/2023<br><br>APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.134** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 02/01/2023<br><br>APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.135** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 02/22/2022<br><br>APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.136** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 08/21/2023<br><br>APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.137** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 10/10/2022<br><br>APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.138** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXHIBIT A TO THE AGREEMENT DATED 06/07/2017<br><br>APEX SYSTEMS, LLC<br>4400 COX ROAD<br>SUITE 200<br>GLEN ALLEN, VA 23060 |

Debtor | Red Lobster Management LLC
Name

Case number (If known):  24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.139** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 11/11/2020<br><br>APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.140** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 10/17/2022<br><br>APEX SYSTEMS, LLC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.141** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>APIAN STRATEGIES LLC<br>2875 S ORANGE AVENUE<br>SUITE 500#105<br>ORLANDO, FL 32806 |
| **2.142** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>APIS BUSINESS INTELLIGENCE LLC<br>DBA MARKETING VITALS<br>5055 W PARK BLVD STE 601<br>PLANO, TX 75093-2010 |
| **2.143** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>APP SOC INC.<br>6229 DOVETAIL CT<br>SAN JOSE, CA 95135 |
| **2.144** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSERTION ORDER DATED 6/1/2018<br><br>APPCAST, INC.<br>10 WATER STREET<br>SUITE 150<br>LEBANON HILL, NH 03766 |
| **2.145** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>APPLE STUDIOS LLC<br>8600 HYDEN PLACE<br>CULVER CITY, CA 90232 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IT CONTRACTS<br><br>APPLIED PREDICTIVE TECHNOLOGIES (APT) |
| **2.147** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>APPOGEE LLC<br>418 EVANS ST STE 201<br>GREENVILLE, NC 27858-1834 |
| **2.148** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 05/13/2020<br><br>APPOGEE LLC<br>418 EVANS ST. SUITE 201<br>GREENVILLE, NC 27858 |
| **2.149** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>APPS ASSOCIATES LLC<br>289 GREAT RD STE 308<br>ACTON, MA 01720-4768 |
| **2.150** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>ARAMARK UNIFORM AND CAREER APPAREL GROUP INC<br>ATTN: FINANCIAL COLLECTIONS MANAGER<br>1340 RUSSELL CAVE ROAD<br>LEXINGTON, KY 40505 |
| **2.151** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | INSURANCE POLICY (ARCH ESSENTIAL EXCESS POLICY) POLICY NUMBER ABX1000391-00<br><br>ARCH INSURANCE COMPANY<br>250 FILMORE STREET<br>SUITE 450<br>DENVER, CO 80206 |
| **2.152** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ARCHWAY MARKETING SERVICES INC<br>DEPARTMENT 4599<br>CAROL STREAM, IL 601224599 |

Debtor    Red Lobster Management LLC                                      Case number (If known):  24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.153** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — SERVICES AGREEMENT | ARLENE HARD<br>ADDRESS ON FILE |
| **2.154** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — QUOTE RENEWAL DATED 1/7/2024 | ARTICULATE<br>244 5TH AVENUE<br>SUITE 2960<br>NEW YORK, NY 10001 |
| **2.155** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — MASTER ORDER FORM AGREEMENT DATED 12/30/2016 | ASSET MANAGEMENT TECHNOLOGIES (AKA MRI)<br>17039 KENTON DRIVE<br>SUITE 200<br>CORNELIUS, NC 28031 |
| **2.156** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — MASTER SERVICE AGREEMENT | ASSET MANAGEMENT TECHNOLOGIES INC<br>17039 KENTON DRIVE SUITE 200<br>CORNELIUS, NC 28031 |
| **2.157** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — CUSTOMER ORDER DATED 07/12/2021 | ASTUTE INC.<br>4400 EASTON COMMONS<br>SUITE 250<br>COLUMBUS, OH 43219 |
| **2.158** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — MASTER AGREEMENT DATED 07/07/2014 | ASTUTE, INC<br>2400 CORPORATE EXCHANGE DR.<br>SUITE 150<br>COLUMBUS, OH 43231 |
| **2.159** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract — CUSTOMER ORDER DATED 02/09/2021 | ASTUTE, INC<br>4400 EASTON COMMONS<br>SUITE 250<br>COLUMBUS, OH 43219 |

Debtor    Red Lobster Management LLC
Name
_____    Case number (If known):  24-02486

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUSTOMER ORDER DATED 05/03/2021<br><br>ASTUTE, INC.<br>4400 EASTON COMMONS<br>SUITE 250<br>COLUMBUS, OH 43219 |
| **2.161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUSTOMER ORDER DATED 08/03/2020<br><br>ASTUTE, INC.<br>4400 EASTON COMMONS<br>SUITE 250<br>COLUMBUS, OH 43219 |
| **2.162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUSTOMER ORDER DATED 05/11/2021<br><br>ASTUTE, INC.<br>4400 EASTON COMMONS<br>SUITE 250<br>COLUMBUS, OH 43219 |
| **2.163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ATHOS GROUP LLC<br>600 E. LAS COLINAS BOULEVARD<br>SUITE 550<br>IRVING, TX 75039 |
| **2.164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>ATLANTIC LOGISTICS INC.<br>12058 SAN JOSE BLVD<br>SUITE 1001<br>JACKSONVILLE, FL 32223 |
| **2.165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>ATLAS VAN LINES INC<br>PO BOX 952340<br>ST LOUIS, MO 631952340 |
| **2.166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>AUDIO VISUAL INNOVATIONS INC<br>PO BOX 844612<br>BOSTON, MA 02284-4612 |

Debtor    Red Lobster Management LLC                                    Case number (if known): 24-02486
_____
Name

⬛    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.167 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>AUGEO CLO INC.<br>2561 TERRITORIAL ROAD<br>ST. PAUL, MN 55114 |
| 2.168 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | IDENTITY MANAGEMENT PLATFORM SUBSCRIPTION AGREEMENT DATED 06/25/2019<br><br>AUTH0, INC.<br>10800 NE 8TH STREET<br>SUITE 600<br>BELLEVUE, WA 98004 |
| 2.169 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER DATED 10/13/2020<br><br>AUTH0, INC.<br>10800 NE 8TH STREET<br>STE. 600<br>BELLEVUE, WA 98004 |
| 2.170 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SALES ORDER DATED 06/25/2019<br><br>AUTH0, INC.<br>10800 NE 8TH STREET<br>STE. 600<br>BELLEVUE, WA 98004 |
| 2.171 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>AUTOMATED DATA PROCESSING TECHNICIANS INC<br>DBA ADAPT INC<br>5610 ROWLAND ROAD SUITE 160<br>MINNETONKA, MN 55343-8984 |
| 2.172 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>AUTOMOX INC.<br>4845 PEARL EAST CIR<br>STE 118<br>PMB 80340<br>BOULDER, CO 80301 |
| 2.173 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>AVANADE INC.<br>1191 SECOND AVENUE<br>SUITE 1001<br>SEATTLE, WA 98101 |

Debtor    Red Lobster Management LLC

Name

Case number (if known)    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY (EXCESS DIRECTORS AND OFFICERS LIABILITY) POLICY NUMBER ELU 196981-24 | AXA XL - PROFESSIONAL INSURANCE 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD, CT 06103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY (EXCESS DIRECTORS AND OFFICERS LIABILITY - RUN OFF POLICY) POLICY NUMBER ELU 196981-24 | AXA XL - PROFESSIONAL INSURANCE 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD, CT 06103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY (SECOND EXCESS CYBER) POLICY NUMBER P-001-001294526-01 | AXIS EXCESS INSURANCE 10000 AVALON BLVD SUITE 00 ALPHARETTA, GA 30009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY (SECOND EXCESS DIRECTORS AND OFFICERS LIABILITY) POLICY NUMBER P-001-000411104-03 | AXIS INSURANCE COMPANY 111 SOUTH WACKER DRIVE SUITE 3500 CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | AXONIOUS, INC. 330 MADISON AVE 39 TH FLOOR NEW YORK, NY 10017-5006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | B LINGO COMMUNICATIONS SDN BHD UNIT NO. 2A-6-2 6TH FLOOR PLAZA SENTRAL JALAN STESEN SENTRAL 5 KUALA LAMPUR, 50470 MALAYSIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | BADIA SPICES INC. 1400 NW 93RD AVENUE MIAMI, FL 33172 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC
Case number (If known): 24-02486

Name

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | LICENSEE AGREEMENT DATED 7/28/2014 | BADIA SPICES, INC.<br>1400 NW 93RD AVENUE<br>MIAMI, FL 33172 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | BAIN & COMPANY, INC.<br>131 DARTMOUTH STREET<br>BOSTON, MA 02116 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | BALANCED PANTRY, LLC<br>607 N. MCDONALD AVE.<br>DELAND, FL 32724 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 4  EMV ADDENDUM - USER ACCEPTANCE AND REGRESSION TESTING DATED 02/27/2017 | BANC OF AMERICA  MERCHANT SERVICES, LLC<br>5565 GLENRIDGE CONNECTOR N.E.<br>ATLANTA, GA 30342 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 10 OF THE MASTER SERVICES AGREEMENT DATED 11/05/2018 | BANC OF AMERICA  MERCHANT SERVICES, LLC<br>5565 GLENRIDGE CONNECTOR N.E.<br>ATLANTA, GA 30342 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | THE PREMIUM GIFT CARD PROCESSING AGREEMENT DATED 10/15/2018 | BANC OF AMERICA  MERCHANT SERVICES, LLC<br>5565 GLENRIDGE CONNECTOR N.E.<br>ATLANTA, GA 30342 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 8 OF THE MASTER SERVICES AGREEMENT DATED 04/25/2018 | BANC OF AMERICA  MERCHANT SERVICES, LLC<br>5565 GLENRIDGE CONNECTOR N.E.<br>ATLANTA, GA 30342 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC

Name

Case number (If known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 12 EMV ADDENDUM - USER ACCEPTANCE AND REGRESSION TESTING DATED 05/17/2019 | BANC OF AMERICA  MERCHANT SERVICES, LLC 5565 GLENRIDGE CONNECTOR N.E. ATLANTA, GA 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 OF THE MASTER SERVICES AGREEMENT DATED 04/07/2015 | BANC OF AMERICA  MERCHANT SERVICES, LLC 5565 GLENRIDGE CONNECTOR N.E. ATLANTA, GA 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 1 USER ACCEPTANCE AND REGRESSION TESTING DATED 02/17/2022 | BANC OF AMERICA  MERCHANT SERVICES, LLC 5565 GLENRIDGE CONNECTOR N.E. ATLANTA, GA 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3  EMV ADDENDUM - USER ACCEPTANCE AND REGRESSION TESTING DATED 05/25/2016 | BANC OF AMERICA  MERCHANT SERVICES, LLC 5565 GLENRIDGE CONNECTOR N.E. ATLANTA, GA 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 6 TO THE MASTER SERVICES AGREEMENT DATED 07/06/2017 | BANC OF AMERICA  MERCHANT SERVICES, LLC 5565 GLENRIDGE CONNECTOR N.E. ATLANTA, GA 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | THE MASTER SERVICES AGREEMENT | BANC OF AMERICA  MERCHANT SERVICES, LLC 5565 GLENRIDGE CONNECTOR N.E. ATLANTA, GA 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 08/22/2014 | BANC OF AMERICA  MERCHANT SERVICES, LLC 5565 GLENRIDGE CONNECTOR N.E. ATLANTA, GA 30342 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Red Lobster Management LLC _____   Case number (If known):   24-02486
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.195** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 5 OF THE MASTER SERVICES AGREEMENT DATED 03/09/2017<br><br><br><br><br><br>BANC OF AMERICA  MERCHANT SERVICES, LLC<br>5565 GLENRIDGE CONNECTOR N.E.<br>ATLANTA, GA 30342 |
| **2.196** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 7 OF THE MASTER SERVICES AGREEMENT DATED 11/29/2017<br><br><br><br><br><br>BANC OF AMERICA  MERCHANT SERVICES, LLC<br>5565 GLENRIDGE CONNECTOR N.E.<br>ATLANTA, GA 30342 |
| **2.197** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PREMIUM GIFT CARD PROCESSING AGREEMENT DATED 07/28/2014<br><br><br><br><br><br>BANC OF AMERICA  MERCHANT SERVICES, LLC<br>5565 GLENRIDGE CONNECTOR N.E.<br>ATLANTA, GA 30342 |
| **2.198** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 7 OF THE MASTER SERVICES AGREEMENT DATED 11/29/2017<br><br><br><br>BANK OF AMERICA<br>9200 SHELBYVILLE ROAD<br>SUITE 200<br>KY6-225-0202<br>LOUISVILLE, KY 40222 |
| **2.199** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 4  EMV ADDENDUM - USER ACCEPTANCE AND REGRESSION TESTING DATED 02/27/2017<br><br><br><br>BANK OF AMERICA<br>9200 SHELBYVILLE ROAD<br>SUITE 200<br>KY6-225-0202<br>LOUISVILLE, KY 40222 |
| **2.200** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 5 OF THE MASTER SERVICES AGREEMENT DATED 03/09/2017<br><br><br><br>BANK OF AMERICA<br>9200 SHELBYVILLE ROAD<br>SUITE 200<br>KY6-225-0202<br>LOUISVILLE, KY 40222 |
| **2.201** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 2  DATA FILE MANAGER ADDENDUM TO MASTER SERVICES AGREEMENT DATED 06/30/2015<br><br><br>BANK OF AMERICA<br>9200 SHELBYVILLE ROAD<br>SUITE 200<br>KY6-225-0202<br>LOUISVILLE, KY 40222 |

Debtor    Red Lobster Management LLC

Name                                                    Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2  DATA FILE MANAGER ADDENDUM TO MASTER SERVICES AGREEMENT DATED 06/30/2015 | BANK OF AMERICA MERCHANT SERVICES, LLC. 150 N. COLLEGE STREET CHARLOTTE, NC 28255 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3  EMV ADDENDUM - USER ACCEPTANCE AND REGRESSION TESTING DATED 05/25/2016 | BANK OF AMERICA, N.A. 9200 SHELBYVILLE ROAD SUITE 200 KY6-225-0202 LOUISVILLE, KY 40222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 08/22/2014 | BANK OF AMERICA, N.A. 1231 DURRETT LANE LOUISVILLE, KY 40213 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 12 EMV ADDENDUM - USER ACCEPTANCE AND REGRESSION TESTING DATED 05/17/2019 | BANK OF AMERICA, N.A. 9200 SHELBYVILLE ROAD SUITE 200 KY6-225-0202 LOUISVILLE, KY 40222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 11 OF THE MASTER SERVICES AGREEMENT DATED 10/05/2023 | BANK OF AMERICA, N.A., 9200 SHELBYVILLE ROAD SUITE 200 KY6-225-0202 LOUISVILLE, KY 40222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 8 OF THE MASTER SERVICES AGREEMENT DATED 04/25/2018 | BANK OF AMERICA, NA 9200 SHELBYVILLE ROAD SUITE 200 KY6-225-0202 LOUISVILLE, KY 40222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 10 OF THE MASTER SERVICES AGREEMENT DATED 11/05/2018 | BANK OF AMERICA, NA 9200 SHELBYVILLE ROAD SUITE 200 KY6-225-0202 LOUISVILLE, KY 40222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Red Lobster Management LLC
_____
Name

Case number (if known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.209** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK NO. 1 USER ACCEPTANCE AND REGRESSION TESTING DATED 02/17/2022<br><br>BANK OF AMERICA, NA<br>9200 SHELBYVILLE ROAD<br>SUITE 200<br>KY6-225-0202<br>LOUISVILLE, KY 40222 |
| **2.210** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 6 TO THE MASTER SERVICES AGREEMENT DATED 07/06/2017<br><br>BANK OF AMERICA, NA<br>9200 SHELBYVILLE ROAD<br>SUITE 200<br>KY6-225-0202<br>LOUISVILLE, KY 40222 |
| **2.211** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BARCLAYS BANK PLC<br>5 THE NORTH COLONNADE<br>LONDON, E14 4BB<br>UNITED KINGDOM |
| **2.212** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BARKER NESTOR INC<br>600 W CERMAK RD STE 3C<br>CHICAGO, IL 60616-4880 |
| **2.213** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADVERTISING AGENCY SERVICES AGREEMENT DATED 07/01/2022<br><br>BARKLEY, INC.<br>1740 MAIN STREET<br>KANSAS CITY, MO 64108 |
| **2.214** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>BCD M&I LLC<br>500 W. MADISON STREET<br>SUITE 1200<br>CHICAGO, IL 60661 |
| **2.215** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BCD TRAVEL USA LLC<br>630 DUNDEE ROAD<br>SUITE 425<br>NORTHBROOK, IL 60062 |

Debtor    Red Lobster Management LLC                                          Case number (if known)    24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.216** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | BEACON HILL STAFFING GROUP, LLC 152 BOWDOIN STREET BOSTON, MA 02108 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.217** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | BEAUTIFUL DAY PRODUCTIONS LLC 100 UNIVERAL CITY PLAZA BUILDING 1440-12 UNIVERSAL CITY, CA 91608 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.218** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | BELL CANADA CUSTOMER PAYMENT CENTRE PO BOX 9000 STATION DON MILLS NORTH YORK, ON M3C 2X7 CANADA |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.219** State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICE AGREEMENT - PROGRAM SUMMARY DATED 09/08/2022 | BENEFITED, LLC 121 SOUTH 13TH STREET SUITE 100 LINCOLN, NE 68508 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.220** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | BENJAMIN M JOHNSON LLC 28686 MOUNTAIN VIEW RD CONIFER, CO 80433-7240 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.221** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | BENTON STOUT ADDRESS ON FILE |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.222** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | BERA 135 E 57TH STREET NEW YORK, NY 10022 |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 06/29/2016<br><br>BEYONDTRUST SOFTWARE INC<br>5090 NORTH 40TH STREET<br>SUITE 400<br>PHOENIX, AZ 85018 |
| **2.224** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BFT ENTERTAINMENT |
| **2.225** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BILLIE NARDOZZI<br>ADDRESS ON FILE |
| **2.226** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 06/01/2023<br><br>BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.227** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 02/19/2020<br><br>BLACK HILLS INFORMATION SECURITY LLC<br>115 WEST HUDSON ST.<br>SPEARFISH, SD 57783 |
| **2.228** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>BLACKBOARD INC. (AKA BBONE)<br>650 MASSACHUSETTS AVE<br>N.W.<br>6 TH FLOOR<br>WASHINGTON, DC 20001 |
| **2.229** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BLACKHAWK NETWORK INC<br>C/O WACHOVIA BANK<br>PO BOX 932859<br>ATLANTA, GA 31193-2859 |

Debtor    Red Lobster Management LLC      Case number (If known):   24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | US CARD PARITICIPATION AGREEMENT DATED 10/10/2017 | BLACKHAWK US <br> 6220 STONERIDGE MALL ROAD <br> PLEASANTON, CA 94588-3229 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | BLINDSTER INC <br> 3071 NORTH ORANGE BLOSSOM TRAIL <br> SUITE W <br> ORLANDO, FL 32804 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT | BLOOMBERG INDUSTRY GROUP INC. <br> 1801 S. BELL STREET <br> ARLINGTON, VA 22202 |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADMINISTRATIVE SERVICES AGREEMENT DATED 01/01/2018 | BLUE CROSS AND BLUE SHIELD OF FLORIDA INC <br> 4800 DEERWOOD CAMPUS PARKWAY <br> JACKSONVILLE, FL 32246 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT | BLUE WAVE RESOURCE PARTNERS LLC <br> 250 N. ORANGE AVE <br> SUITE 900 <br> ORLANDO, FL 32801 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT | BOILER & PROPERTY CONSULTING LLC <br> 5018 BRISTOL INDUSTRIAL WAY STE 203 <br> BUFORD, GA 30518-1776 |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT | BOLD ORANGE COMPANY LLC <br> 100 WASHINGTON AVE. SOUTH <br> SUITE 750 <br> MINNEAPOLIS, MN 55401 |

Debtor    Red Lobster Management LLC
Name

Case number (If known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.237** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BOYS & GIRLS CLUB OF FARMINGTON<br>1925 POSITIVE WAY<br>FARMINGTON, NM 87401 |
| **2.238** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT CONTRACTS<br><br>BRAND SYSTEMS INC.<br>637 W. 27 TH STREET # 8<br>NEW YORK, NY 10001 |
| **2.239** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>BRANDI MILLOY INC.<br>20 JAY STREET<br>BROOKLYN, NY 11201 |
| **2.240** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTOR AGREEMENT FOR RESTAURANT #0452 DATED 05/01/2009<br><br>BRASK ENTERPRISES, INC.<br>P.O. BOX 800335<br>HOUSTON, TX 77280-0335 |
| **2.241** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 01/25/2021<br><br>BRAVE SOFT TECH INC<br>301 E. LIBERTY ST<br>SUITE 650<br>ANN ARBOR, MI 48104 |
| **2.242** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-1: STATEMENT OF WORK DATED 01/25/2021<br><br>BRAVE SOFT TECH INC<br>301 E LIBERTY ST<br>SUITE 650<br>ANN ARBOR, MI 48104 |
| **2.243** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BRIGHT ROAD PRODUCTIONS, INC<br>6060 CENTER DRIVE<br>SUITE 400<br>LOS ANGELES, CA 90045 |

Debtor    Red Lobster Management LLC
_____
Name

Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | BRIGHTHOUSE NETWORKS LLC<br>65 S KELLER ROAD<br>ORLANDO, FL 32810 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SERVICES AGREEMENT DATED 08/01/2012 | BRINK'S, INCORPORATED<br>555 DIVIDEND DRIVE<br>COPPELL, TX 75019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | ACQUISITION AGREEMENT DATED 08/08/2014 | BRINKS CANADA LIMITED<br>1 ROBERT SPECK PKWY<br>SUITE 1000<br>MISSISSAUGA, ON L4Z 3M3<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | RIDER 2 DATED 09/12/2016 | BRINK'S CANADA LIMITED / BRINKS CANADA LIMITEE<br>ONE ROBERT SPECK PARKWAY<br>SUITE 1000<br>MISSISSAUGA, ON L4Z 3M3<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT DATED 08/01/2009 | BRINK'S U.S.<br>555 DIVIDEND DRIVE<br>COPPELL, TX 75217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 11/13/2014 | BRINK'S U.S.<br>555 DIVIDEND DRIVE<br>COPPELL, TX 75019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 11/13/2014 PLUS AMENDMENTS | BRINK'S US A DIVISION OF BRINKS INCORPORATED<br>555 DIVIDEND DR<br>COPPELL, TX 75019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>BRONIEC ASSOCIATES, INC.<br>4855 PEACHTREE INDUSTRIAL BLVD.<br>SUITE 215<br>BERKELEY LAKE, GA 30092 |
| **2.252** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BUDGET TRUCK RENTAL LLC<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 |
| **2.253** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>BULLESEY RECRUITING LLC<br>197 STATE ROUTE 18 SOUTH<br>SUITE 3000<br>EAST BRUNSWICK, NJ 08816 |
| **2.254** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BULLETIN INTELIGENCE LLC<br>11190 SUNRISE VALLEY DRIVE<br>SUITE 20<br>RESTON, VA 20191 |
| **2.255** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 10/4/2018<br><br>BULLSEYE RECRUITING LLC<br>197 STATE ROUTE 18 SOUTH<br>SUITE 3000<br>EAST BRUNSWICK, NJ 08816 |
| **2.256** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BUSINESS EXPRESS COURIER SERVICES INC<br>504 N HUDSON ST<br>ORLANDO, FL 32835-1163 |
| **2.257** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>BUSINESS FOR SOCIAL RESPONSIBLITY |

| Debtor | Red Lobster Management LLC | Case number (if known): | 24-02486 |
|--------|---------------------------|-------------------------|----------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | BUYATAB ONLINE INC. B1-788 BEATTY STREET VANCOUVER, BC V6B2M1 CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | BUYER ADVERTISING INC 175 HIGHLAND AVE STE 407 NEEDHAM, MA 02494-3048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | IT SERVICES AGREEMENT OCTOBER 9, 2017 | BUYER ADVERTISING, INC. 189 WELLS AVE. ATTN: CHARLES BUYER NEWTON, MA 02459 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 02/27/2017 | C&S PRESS, INC 405 27TH STREET ORLANDO, FL 32806 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | CAMERON HENDERSON ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | CARD CONNECT 1000 CINTINENTAL DRIVE SUITE 3000 KING OF PRUSSIA, PA 19406 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | CARDFREE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.265 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>CARDLYTICS INC.<br>675 PONCE DE LEON AVE<br>ATLANTA, GA 30308 |
| 2.266 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>CAREER ARC GROUP LLC<br>2600 WEST OLIVE AVENUE<br>SUITE 710<br>BURBANK, CA 91505 |
| 2.267 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>CARIBBEAN SUSTAINABLE FISHIRIES USA INC.<br>36 BROAD STREET<br>CHARLESTON, SC 29401 |
| 2.268 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>CARRIE M. BARNER<br>DBA BARNER MARKETING CONSULTING INC<br>107 LAKEN LANE<br>ORLANDO, FL 32804 |
| 2.269 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>CASHSTAR INC.<br>25 PEARL STREET<br>PORTLAND, ME 4101 |
| 2.270 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>CASTLES TECHNOLOGY |
| 2.271 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>CATAPULT SYSTEMS |

Debtor   Red Lobster Management LLC          Case number (if known):   24-02486

Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | CBRE INC<br>PO BOX 848844<br>LOS ANGELES, CA 90084-8844 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT | CBS TELEVISION STUDIOS |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 07/16/2021 | CCH A WOLTERS KLUWER BUSINESS<br>2700 LAKE COOK ROAD<br>RIVERWOODS, IL 60015 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | CENTRAL FLORIDA COPY CTR<br>DBA XEROGRAPHIC DIGITAL PRINTING<br>1948 33RD STREET<br>ORLANDO, FL 32839 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | CENTRAL FLORIDA PRESS |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | CENTRIC |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 01/21/2015 | CENTRIC ACTUARIAL SOLUTIONS, LLC<br>6800 COLLEGE BLVD. STE 245<br>OVERLAND PARK, KS 66211 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.279** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CENTURYLINK DBA LUMEN TECHNOLOGIES |
| **2.280** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CERNA SOLUTIONS |
| **2.281** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>CHAD BYERLY PHOTOGRAPHY |
| **2.282** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CHAIN BRANDS INC<br>129 S LA JOLLA AVE<br>LOS ANGELES, CA 90048-3529 |
| **2.283** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>CHANCEY'S TOWING |
| **2.284** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>CHARGEPOINT INC<br>DEPT LA 24104<br>PASADENA, CA 91185-4104 |
| **2.285** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CHASE PAYMENTECH |

Debtor    Red Lobster Management LLC
    Name

Case number (If known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.286** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>CHECK THE GATE PRODUCTIONS |
| **2.287** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>CHEESECAKE FACTORY INC<br>26901 MALIBU HILLS ROAD<br>CALABASAS, CA 91301 |
| **2.288** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CHEQUED.COM<br>513 BROADWAY<br>SARATOGA SPRINGS<br>NEW YORK, NY 12866 |
| **2.289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>CHEQUED.COM (NKA AND SEE OUTMATCH) |
| **2.290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 01/09/2018<br><br>CIC PLUS, INC.<br>7321 RIDGEWAY AVE.<br>SKOKIE, IL 60076 |
| **2.291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CINGULAR AT&T |
| **2.292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CINTAS CORPORATION NO 2<br>DBA CINTAS LOCATION #346<br>PO BOX 630910<br>CINCINNATI, OH 452630910 |

Debtor    Red Lobster Management LLC
Name

Case number (If known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CISION (FKA PR NEWSWIRE)<br>300 S RIVERSIDE PLAZA<br>CHICAGO, IL 60606 |
| **2.294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>CITRUS SPRINGS GROUP LLP<br>1600 PARK<br>370 PLACE<br>SUITE 9<br>HAZELWOOD, MO 63042 |
| **2.295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CLARITY CONSULTING INC<br>20 N WACKER DRIVE<br>SUITE 1450<br>CHICAGO, IL 60606 |
| **2.296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>CLASS ACTION CAPITAL RECOVERY LLC<br>49 MARBLE AVENUE<br>PLEASANT VILLE, NY 10570 |
| **2.297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 04/04/2019<br><br>CLIFTONLARSON ALLEN<br>220 SOUTH SIXTH STREET<br>SUITE 300<br>MINNEAPOLIS, MN 55402-1436 |
| **2.298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CLIFTONLARSONALLEN LLP<br>PO BOX 740863<br>ATLANTA, GA 303740863 |
| **2.299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CM SYSTEMS LLC<br>PO BOX 492182<br>LAWRENCEVILLE, GA 30049-0037 |

Debtor   Red Lobster Management LLC
_____
Name

Case number (If known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>CMS PAYMENTS INTELLIGENCE INC<br>111 WEST JACKSON<br>SUITE 1700<br>CHICAGO, IL 60604 |
| **2.301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>CNL PLAZA LTD<br>PO BOX 743938<br>ATLANTA, GA 303743938 |
| **2.302** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>COBBS ALLEN CAPITAL LLC<br>DBA CAC SPECIALTY<br>115 OFFICE PARK DR STE 200<br>MOUNTAIN BRK, AL 35223-2423 |
| **2.303** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>COGENSIA, LLC<br>100 W. HILLCREST BLVD.<br>SUITE 406<br>SCHAUMBURG, IL 60195 |
| **2.304** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>COLLABERA, INC.<br>110 ALLEN ROAD<br>BASKING RIDGE, NJ 7920 |
| **2.305** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (PROPERTY)<br>POLICY NUMBER RMP 7035039490<br><br>COLUMBIA CASUALTY COMPANY<br>MARSH USA LLC<br>3560 LENOX RD NE STE 2400<br>QSQ<br>ATLANTA, GA 30326-4266 |
| **2.306** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (CYBER)<br>POLICY NUMBER 596488025<br><br>COLUMBIA CASUALTY COMPANY<br>MARSH USA LLC<br>3560 LENOX RD NE STE 2400<br>QSQ<br>ATLANTA, GA 30326-4266 |

Debtor    Red Lobster Management LLC
Name

Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.307** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXIT INTERVIEW SERVICES AGREEMENTS<br><br>COMBINED RESOURCE SOLUTIONS, INC./CREATIVE RESTAURANT SOLUTIONS, INC. (CRS)<br>401 E GORDON DRIVE<br>EXTON, PA 19341 |
| **2.308** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 5 DATED 02/22/2022<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 6 DATED 05/17/2022<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.310** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 3 DATED 06/30/2021<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.311** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT DATED 09/15/2021<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.312** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 4 DATED 12/13/2021<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.313** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 2 DATED 02/25/2021<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |

Debtor    Red Lobster Management LLC
                                                              Case number (if known):  24-02486
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANAGED SERVICES DATED 04/11/2019<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MANAGED SERVICES DATED 10/12/2020<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.316** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 DATED 01/29/2021<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.317** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 7 DATED 06/14/2022<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.318** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/29/2019<br><br>COMCAST ENTERPRISE MANAGED SERVICES<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.319** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES ORDER FORM DATED 08/10/2023<br><br>COMCAST ENTERPRISE SERVICES<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |
| **2.320** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES ORDER FORM DATED 06/15/2022<br><br>COMCAST ENTERPRISE SERVICES<br>ONE COMCAST CENTER<br>1701 JFK BLVD<br>PHILADELPHIA, PA 19103 |

Debtor  Red Lobster Management LLC

Name

Case number (If known):  24-02486

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER FORM DATED 04/18/2022 | COMCAST ENTERPRISE SERVICES ONE COMCAST CENTER 1701 JFK BLVD PHILADELPHIA, PA 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | COMM WORKS INVESTMENT HOLDING COMPANY LLC DBA COMM WORKS LLC PO BOX 734592 CHICAGO, IL 60673-4592 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | COMMER BEVERAGE CONSULTING 2920 MERLIN DR. LEWISVILLE, TX 75056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | COMPETITRACK, INC. 36-36 33 STREET LONG ISLAND CITY, NY 11106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT DATED 03/05/2015 | COMPSYCH CORPORATION 455 N. CITYFRONT PLAZA DRIVE CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES AGREEMENT DATED 01/01/2015 | COMPSYCH CORPORATION 455 N. CITYFRONT PLAZA DRIVE 13TH FLOOR CHICAGO, IL 60611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | COMPUCOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | SERVICES AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | COMPUSENSE INC<br>PO BOX 1116<br>GUELPH, ON N1H 6N3<br>CANADA |
| 2.329 | MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | COMPUTER AID, INC (CAI)<br>1390 RIDGEVIEW DRIVE<br>ALLENTOWN, PA 18104 |
| 2.330 | SERVICES AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | COMPUWARE HOLDING CORP<br>DBA DYNATRACE LLC<br>PO BOX 74008118<br>CHICAGO, IL 60674-8118 |
| 2.331 | SERVICES AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | COMVOX SYSTEMS LLC<br>5570 403 FLORIDA MINING BLVD SOUTH<br>JACKSONVILLE, FL 322573256 |
| 2.332 | MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CONCEPTA TECHNOLOGIES LLC<br>121 S ORANGE AVE STE 1410<br>ORLANDO, FL 32801-3240 |
| 2.333 | MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CONNECTRIA CORPORATION<br>10845 OLIVE BLVD SUITE 300<br>CREVE COEUR, MO 63141 |
| 2.334 | MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | CONNOR CODDINGTON<br>ADDRESS ON FILE |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.335** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** **List the contract number of any government contract** | CONQUEST TECHNOLOGY SERVICES 4675 PONCE DE LEON BOULEVARD SUITE 302 CORAL GABLES, FL 33146 |
| **2.336** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** **List the contract number of any government contract** | CONSOLIDATED CATFISH PRODUCER LLC 299 SOUTH ST ISOLA, MS 38754 |
| **2.337** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | CONSTANT CONTACT 1601 TRAPELO ROAD, WALTHAM, MA 2451 |
| **2.338** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** **List the contract number of any government contract** | CONSTELLATION (ENERGY) PO BOX 4911 HOUSTON, TX 77210-4911 |
| **2.339** **State what the contract or lease is for and the nature of the debtor's interest** MASTER APPLICATION FOR GROUP ACCIDENTAL INJURY DATED 01/01/2019 **State the term remaining** **List the contract number of any government contract** | CONTINENTAL AMERICAN INSURANCE COMPANY P.O. BOX 427 COLUMBIA, SC 29202 |
| **2.340** **State what the contract or lease is for and the nature of the debtor's interest** MASTER APPLICATION FOR GROUP CRITICAL ILLNESS INSURANCE DATED 01/01/2019 **State the term remaining** **List the contract number of any government contract** | CONTINENTAL AMERICAN INSURANCE COMPANY PO BOX 427 COLUMBIA, SC 29202 |
| **2.341** **State what the contract or lease is for and the nature of the debtor's interest** GROUP MASTER APPLICATION DATED 07/28/2014 **State the term remaining** **List the contract number of any government contract** | CONTINENTAL AMERICAN INSURANCE COMPANY 2801 DEVINE STREET COLUMBIA, SC 29205 |

Debtor    Red Lobster Management LLC
_____    Case number (if known): 24-02486
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.342** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>CONTINENTAL MILLS INC<br>18100 ANDOVER PARK WEST<br>TUKWILA, WA 98188 |
| **2.343** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO THE LICENSE AGREEMENT DATED 12/16/2013<br><br>CONTINENTAL MILLS, INC.<br>18100 ANDOVER PARK WEST<br>TUKWILA, WA 98188 |
| **2.344** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER INTELLECTUAL PROPERTY LICENSE AGREEMENT DATED 08/05/2021<br><br>CONTINENTAL MILLS, INC.<br>18100 ANDOVER PARK WEST<br>TUKWILA, WA 8188 |
| **2.345** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT DATED 09/13/2012<br><br>CONTINENTAL MILLS, INC.<br>18100 ANDOVER PARK WEST<br>TUKWILA, WA 98188 |
| **2.346** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO THE LICENSE AGREEMENT DATED 02/27/2013<br><br>CONTINENTAL MILLS, INC.<br>18100 ANDOVER PARK WEST<br>TUKWILA, WA 98188 |
| **2.347** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT DATED 09/13/2012<br><br>CONTINENTAL MILLS, INC.<br>8100  ANDOVER PARK WEST<br>TUKWILA, WA 98188 |
| **2.348** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | END USER TERMS OF SERVICE DATED 05/14/2019<br><br>CONTRAST SECURITY, INC.<br>ATTENTION: LEGAL<br>240 3RD STREET<br>LOS ALTOS, CA 94022 |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CONVERSANT LLC<br>101 N. WACKER DR.<br>STE. 2300<br>CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | COOKDASH (DBA SUPERORDER) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | COOPERATIVE PURCHASING GROUP LLC<br>675 SEMINOLE AVE NE STE T04<br>ATLANTA, GA 30307-3409 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 08/11/2023 | CORNERSTONE ONDEMAND, INC.<br>1601 CLOVERFIELD BLVD<br>SUITE 600  SOUTH<br>SANTA MONICA, CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 09/26/2023 | CORNERSTONE ONDEMAND, INC.<br>1601 CLOVERFIELD BLVD<br>SUITE 600  SOUTH<br>SANTA MONICA, CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 08/08/2023 | CORNERSTONE ONDEMAND, INC.<br>1601 CLOVERFIELD BLVD<br>SUITE 600  SOUTH<br>SANTA MONICA, CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED 05/23/2023 | CORNERSTONE ONDEMAND, INC.<br>1601 CLOVERFIELD BLVD<br>SUITE 600  SOUTH<br>SANTA MONICA, CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.356**
State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK NO. 3 DATED 09/22/2023

State the term remaining

List the contract number of any government contract

CORNERSTONE ONDEMAND, INC.
1601 CLOVERFIELD BLVD
SUITE 600  SOUTH
SANTA MONICA, CA 90404

**2.357**
State what the contract or lease is for and the nature of the debtor's interest — REGISTERED AGENT SERVICES AGREEMENT DATED 09/15/2014

State the term remaining

List the contract number of any government contract

CORPORATE CREATIONS INTERNATIONAL INC.
11380 PROSPERITY FARMS ROAD #22IE
PALM BEACH GARDENS, FL 33410

**2.358**
State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT

State the term remaining

List the contract number of any government contract

COVINGLOR & BUFLING LLP
ONE CITYCENTCR
850 TENTH STREET NW
WASHINGTON, DC 20001-4956

**2.359**
State what the contract or lease is for and the nature of the debtor's interest — TELECOMMUNICATIONS AGREEMENT

State the term remaining

List the contract number of any government contract

COX COMMUNICATIONS LAS VEGAS

**2.360**
State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT

State the term remaining

List the contract number of any government contract

CREATIVE CIRCLE, LLC
5900 WILSHIRE BLVD.
11TH FLOOR
LOS ANGELES, CA 90036

**2.361**
State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT

State the term remaining

List the contract number of any government contract

CREATIVE FINANCIAL STAFFING LLC
PO BOX 95111
CHICAGO, IL 606945111

**2.362**
State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT

State the term remaining

List the contract number of any government contract

CREATIVE RESTAURANT SOLUTIONS INC
401 E GORDON DRIVE
EXTON, PA 19341

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.363** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT |
| | CREDERA ENTERPRISES COMPANY LLC |
| State the term remaining | 15303 DALLAS PKWY STE 300 |
| List the contract number of any government contract | ADDISON, TX 75001-6775 |

| **2.364** State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACTS |
|---|---|
| | CROWDLY, INC. |
| State the term remaining | 355 CONGRESS STREET |
| List the contract number of any government contract | FLOOR#2 |
| | BOSTON, MA 2210 |

| **2.365** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT |
|---|---|
| | CROWDTAP, INC. |
| State the term remaining | 625 BROADWAY |
| List the contract number of any government contract | 5TH FLOOR |
| | NEW YORK, NY 10012 |

| **2.366** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT |
|---|---|
| | CRYSTAL KENDALL DBA KENDALL COMMUNICATIONS |
| State the term remaining | ADDRESS ON FILE |
| List the contract number of any government contract | |

| **2.367** State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT |
|---|---|
| | CT CORPORATION SYSTEM |
| State the term remaining | 55 CHALLENGER ROAD |
| List the contract number of any government contract | SUITE 202 |
| | RIDGEFIELD PARK,, NJ 7660 |

| **2.368** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT |
|---|---|
| | CU SOLUTIONS GROUP INC |
| State the term remaining | DBA HR PERFORMANCE SOLUTIONS |
| List the contract number of any government contract | PO BOX 8054 |
| | PLYMOUTH, MI 48170-8054 |

| **2.369** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT |
|---|---|
| | CULINAIRE STAFFING LLC. |
| State the term remaining | 24509 WALNUT STREET |
| List the contract number of any government contract | STE 204 |
| | SANTA CLARITA, CA |

Debtor    Red Lobster Management LLC

_____    Case number (if known):    24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.370** MASTER SERVICE AGREEMENT<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CULINARY CONCEPTS GROUP, LLC<br>1381 HARBOR DRIVE<br>SARASOTA, FL 34239 |
| **2.371** SERVICES AGREEMENT<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CUMULUS BROADCASTING |
| **2.372** MASTER SERVICE AGREEMENT<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CURION LLC<br>DBA CURION<br>PO BOX 51105<br>NEWARK, NJ 07101-5205 |
| **2.373** MASTER SERVICE AGREEMENT<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CURLEY & PYNN PUBLIC RELATIONS MANAGEMENT INC.<br>258 SOUTHHALL LANE<br>SUITE 130<br>MAITLAND, FL 32751 |
| **2.374** SERVICES AGREEMENT<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CVENT, INC.<br>1765 GREENSBORO STATION PLACE<br>7TH FLOOR<br>TYSONS CORNER, VA 22102 |
| **2.375** LICENSE AGREEMENT<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | CYLANCE INC.<br>VON KARMAN<br>SUITE 700<br>IRVINE, CA 92612 |
| **2.376** SERVICES AGREEMENT<br>State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | DARDEN CORPORATION<br>DBA DARDEN<br>PO BOX 695012<br>ORLANDO, FL 32869 |

Debtor    Red Lobster Management LLC    Case number (If known):    24-02486
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.377** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>DARDEN CORPORATION<br>1000 DARDEN CENTER<br>ORLANDO, FL 32837 |
| **2.378** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>DARIO PIGNATELLI PHOTOGRAPHY |
| **2.379** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 01/16/2015<br><br>DATABANK IMX, LLC<br>620 FREEDOM BUSINESS CENTER #120<br>KING OF PRUSSIA, PA 19406 |
| **2.380** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>DATACETTE COMPANY<br>424 EAST CENTRAL BOULEVARD<br>NO 275<br>ORLANDO, FL 32801 |
| **2.381** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>DATASSENTIAL INC<br>PO BOX 844501<br>BOSTON, MA 02284-4501 |
| **2.382** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION AGREEMENT DATED 10/17/2021 PLUS AMENDMENTS<br><br>DATASSENTIAL, INC.<br>18 S. MICHIGAN<br>9TH FLOOR<br>CHICAGO, IL 60603 |
| **2.383** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>DATATRANS |

Debtor    Red Lobster Management LLC                                    Case number (if known)    24-02486
          Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.384** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>DAVACO INC<br>6688 N CENTRAL EXPY STE 1400<br>DALLAS, TX 75206-3925 |
| **2.385** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>DAVID DOBBS ENTERPRISES INC<br>DBA MENU DESIGNS<br>4600 US 1 NORTH<br>ST AUGUSTINE, FL 32095-5701 |
| **2.386** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>DAVID HIGGINS<br>ADDRESS ON FILE |
| **2.387** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 04/01/2024<br><br>DAWSON CONSULTING LLC<br>808 BRIGHTWATER CIRCLE<br>MAITLAND, FL 32751 |
| **2.388** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>DAYM GOOD ENTERTAINMENT INC.<br>44 OVERHILL AVE.<br>NEW BRITAIN, CT 6053 |
| **2.389** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT DATED 12/07/2015<br><br>DB ADVISOR LLC<br>1106 WHITE MOSS LN<br>CELEBRATION, FL 34747 |
| **2.390** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>DB PERFORMANCE INC<br>6220 VIREO COURT<br>LAKE WORTH, FL 334639338 |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>DC COLLECTIVE |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>DCM STAFFING LLC<br>DBA DEBELLIS, CATHERINE & MORREALE CORPORATE STAFFING<br>400 ESSJAY RD STE 220<br>WILLIAMSVILLE, NY 14221-8228 |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>DDN PICTURES, INC.<br>3621 S GRAMERCY P1<br>LOS ANGELES, CA 90018 |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>DEBORAH HARBIN<br>DBA DEBI HARBIN PHOTOGRAPHY<br>1103 ROBIE AVENUE<br>MT DORA, FL 32757 |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>DEEPWATCH, INC.<br>8116 ARLINGTON BLVD.<br>SUITE 252<br>FALLS CHURCH, VA 22042 |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | ENGAGEMENT LETTER DATED 04/10/2023<br><br>DELOITTE & TOUCHE LLP<br>1700 MARKET STREET<br>SUITE 2700<br>PHILADELPHIA, PA 19103 |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>DELOITTE & TOUCHE LLP<br>30 ROCKEFELLER PLAZA<br>NY, NY 10112 |

Debtor  Red Lobster Management LLC
Name

Case number (If known):  24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.398**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>DEMISTO INC.<br>10061 BUBB ROAD<br>STE 300<br>CUPERTINO, CA 95014 |
| **2.399**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>DEPENDABLE AUTO SHIPPERS, INC.<br>3020 HIGHWAY<br>80 EAST<br>MESQUITE, TX 75149 |
| **2.400**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>DESTINATION NASHVILLE<br>835 WREN ROAD<br>GOODLETTSVILLE, TN 37072 |
| **2.401**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>DETERMINISTICS INC.<br>9 LAKE BELLEVUE DRIVE<br>SUITE 116<br>BELLEVUE, WA 98005 |
| **2.402**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK A-L DATED 01/29/2021<br><br>DEX IMAGING, INC.<br>5109 W LEMON ST<br>TAMPA, FL 33609 |
| **2.403**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT SERVICES AGREEMENT DATED 01/29/2021<br><br>DEX IMAGING, INC.<br>5109 W LEMON ST<br>TAMPA, FL 33609 |
| **2.404**    **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>DIETRICH LLC<br>PO BOX 2587<br>SANDUSKY, OH 44870 |

Debtor    Red Lobster Management LLC _____    Case number (If known):    24-02486
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.405** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>DINOVA INC<br>6455 EAST JOHNS CROSSING<br>SUITE 220<br>JOHNS CREEK, GA 30097-1559 |
| **2.406** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CORPORATE DINING RESTAURANT AGREEMENT<br><br>DINOVA US<br>ATTN: NANCY LAWSON,VICE PRESIDENT, OPERATIONS<br>6455 EAST JOHNS CROSSING<br>SUIT 220<br>JOHNS CREEK, GA 30097 |
| **2.407** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>DIRECT SOURCE SEAFOOD |
| **2.408** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>DIRECTIONS RESEARCH INC<br>M/L 520<br>PO BOX 145400<br>CINCINNATI, OH 452505400 |
| **2.409** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DATED 07/09/2014<br><br>DIRECTIONS RESEARCH INC.<br>401 EAST COURT STREET<br>SUITE 200<br>CINCINNATI, OH 45202-1379 |
| **2.410** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL VIEWING AGREEMENT DATED 06/30/2013<br><br>DIRECTV, LLC<br>PO BOX 5006<br>CAROL STREAM, IL 60197-5006 |
| **2.411** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL VIEWING AGREEMENT DATED 04/02/2012<br><br>DIRECTV, LLC<br>PO BOX 5006<br>CAROL STREAM, IL 60197-5006 |

Debtor  Red Lobster Management LLC

Name

Case number (if known): 24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.412** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | MASTER SERVICE AGREEMENT  DISCOVER PRODUCTS INC. 2500 LAKE COOK RD. RIVERWOODS, IL 60015 |
| **2.413** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SERVICES AGREEMENT  DISCOVERY COMMUNICATIONS, LLC ONE DISCOVERY PLACE SILVER SPRING, MD 20910 |
| **2.414** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SERVICES AGREEMENT  DIVERSEY, INC. 1300 ALTURA ROAD SUITE 125 FORT MILL, SC 29708 |
| **2.415** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | SERVICES AGREEMENT  DIVERSIFIED COMMUNICATIONS P.O BOX 7437 PORTLAND, ME 04112-7437 |
| **2.416** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | MASTER SERVICE AGREEMENT  DMX LLC DBA MOOD MEDIA PO BOX 602777 CHARLOTTE, NC 282602777 |
| **2.417** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | ORDER FORM DATED 12/17/2020  DOCUSIGN, INC. 221 MAIN STREET SUITE 1000 SAN FRANCISCO, CA 94105 |
| **2.418** State what the contract or lease is for and the nature of the debtor's interest  State the term remaining  List the contract number of any government contract | ORDER FORM DATED 11/15/2011  DOCUSIGN, INC. 1301 2ND AVENUE SUITE 2000 SEATTLE, WA 98101 |

Debtor    Red Lobster Management LLC    Case number (if known)    24-02486
                Name

▐ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 12/27/2022 | DOCUSIGN, INC. 221 MAIN STREET SUITE 1000 SAN FRANCISCO, CA 94105 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 12/02/2021 | DOCUSIGN, INC. 221 MAIN STREET SUITE 1550 SAN FRANCISCO, CA 94105 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 12/17/2014 | DOCUSIGN, INC. 1301 2ND AVENUE SUITE 2000 SEATTLE, WA 98101 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 12/27/2023 | DOCUSIGN, INC. 221 MAIN STREET SUITE 1550 SAN FRANCISCO, CA 94105 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | DOIT INTERNATIONAL LTD. 2445 AUGUSTINE DR SANTA CLARA, CA 95054 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | DONNELLY COMMUNICATIONS 1776 PEACHTREE ST NE SUITE 700 N ATLANTA, GA 30309 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 6 TO DOORDASH AGREEMENT DATED 10/20/2023 | DOOR DASH INC. 303 2ND STREET, SOUTH TOWER SUITE 800 SAN FRANCISCO, CA 94107 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC                                 Case number (if known):    24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.426** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 8 TO THE DELIVERY & PROMOTION AGREEMENT DATED 03/26/2024 | DOOR DASH INC.<br>303 2ND STREET, SOUTH TOWER<br>SUITE 800<br>SAN FRANCISCO, CA 94107 |
| **2.427** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DELIVERY AND PROMOTION AGREEMENT | DOORDASH, INC.<br>303 2ND STREET, SOUTH TOWER<br>SUITE 800<br>SAN FRANCISCO, CA 94107 |
| **2.428** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELECTRONIC RECORD OF CONTRACTS DATED 10/21/2021 | DOORDASH, INC.<br>303 2ND STREET, SOUTH TOWER<br>SUITE 800<br>SAN FRANCISCO, CA 94107 |
| **2.429** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 7- ALCOHOL ADDENDUM DATED 11/07/2023 | DOORDASH, INC.<br>303 2ND STREET, SOUTH TOWER<br>SUITE 800<br>SAN FRANCISCO, CA 94107 |
| **2.430** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 2 TO DELIVERY AND PROMOTION AGREEMENT DATED 12/17/2020 | DOORDASH, INC.<br>303 2ND STREET<br>SOUTH TOWER<br>SUITE 800<br>SAN FRANCISCO, CA 94107 |
| **2.431** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 5 TO DELIVERY AND PROMOTION AGREEMENT DATED 09/28/2023 | DOORDASH, INC.<br>303 2ND STREET<br>SOUTH TOWER<br>SUITE 800<br>SAN FRANCISCO, CA 94107 |
| **2.432** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 4 TO DELIVERY AND PROMOTION AGREEMENT DATED 09/01/2023 | DOORDASH, INC.<br>303 2ND STREET, SOUTH TOWER<br>SUITE 800<br>SAN FRANCISCO, CA 94107 |

Debtor    Red Lobster Management LLC                         Case number (if known):    24-02486
        Name

   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.433** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> DELIVERY & PROMOTION AGREEMENT DATED 01/11/2018 | DOORDASH,INC <br> 901 MARKET STREET <br> SUITE 600 <br> ORLANDO <br> FL, CA 94103 |
| **2.434** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> MASTER SERVICE AGREEMENT | DOUBLE TEASE LLC <br> 17655 DEER ISLE CIRCLE <br> WINTER GARDEN, FL 34787 |
| **2.435** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> SERVICES AGREEMENT | DOWNTOWN DISCOUNT PRODUCE INC. <br> 7856 ELLIS ROAD <br> MELBOURNE, FL 32904 |
| **2.436** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> FOUNTAIN AGREEMENT DATED 06/30/2014 | DR PEPPER/SEVEN UP, INC. <br> 5301 LEGACY DRIVE <br> PLANO, TX 75024 |
| **2.437** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> AMENDMENT TO FOUNTAIN SUPPORT AGREEMENT DATED 01/23/2024 | DR. PEPPER SEVEN UP INC <br> 5301 LEGACY DRIVE <br> PLANO, TX 75024 |
| **2.438** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> SERVICES AGREEMENT | DRESS THE DRINK, LLC <br> 6275 S PEARL <br> ST #300-400 <br> LAS VEGAS, NV 89120 |
| **2.439** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> SERVICES AGREEMENT | DRIVEN ACQUISITION INC <br> DRIVEN TECHNOLOGIES <br> 3120 MEDLOCK BRIDGE RD STE B <br> PEACHTREE CORNERS, GA 30071-1469 |

Debtor   Red Lobster Management LLC
_____   Case number (If known):   24-02486
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.440** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>DRMG MEDIA LTD<br>240 WYECROFT ROAD<br>OAKVILLE, ON L6K 2G7<br>CANADA |
| **2.441** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>DUFF & PHELPS HOLDINGS CORPORATION<br>DBA KROLL LLC<br>12595 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.442** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>DUNBAR ARMORED INC<br>PO BOX 64115<br>BALTIMORE, MD 212644115 |
| **2.443** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 10/30/2020<br><br>DYNATA LLC<br>6 RESEARCH DRIVE<br>SHELTON, CT 06484 |
| **2.444** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>DYNATA, LLC<br>6 SEARCH DRIVE<br>SHELTON, CT 6484 |
| **2.445** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>EAN SERVICES LLC<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 |
| **2.446** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL CORPORATE SERVICES DATED 01/01/2015<br><br>EAN SERVICES, LLC<br>600 CORPORATE PARK DRIVE<br>ST. LOUIS, MO 63105 |

Debtor    Red Lobster Management LLC
Name
_____    Case number (if known)   24-02486

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.447** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>EBIQUITY INC.<br>110 WILLIAM ST.<br>SUITE 2401<br>NEW YORK, NY 10038 |
| **2.448** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOTAL ENERGY & SUSTAINABILITY SERVICE AGREEMENT<br><br>ECOVA INC.<br>1313 N. ATLANTIC STREET<br>SUITE 5000<br>SPOKANE, WA 99201 |
| **2.449** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO TOTAL ENERGY & SUSTAINABILITY SERVICE AGREEMENT DATED 07/01/2019<br><br>ECOVA, INC.<br>1313 N. ATLANTIC STREET<br>SUITE 5000<br>SPOKANE, WA 99201 |
| **2.450** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOTAL ENERGY & SUSTAINABILITY SERVICE AGREEMENT DATED 07/28/2019<br><br>ECOVA, INC.<br>1313 N. ATLANTIC STREET<br>SUITE 5000<br>SPOKANE, WA 99201 |
| **2.451** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TOTAL ENERGY & SUSTAINABILITY SERVICE AGREEMENT DATED 07/28/2014<br><br>ECOVA, INC.<br>1313 N. ATLANTIC STREET<br>SUITE 5000<br>SPOKANE, WA 99201 |
| **2.452** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>EDGEWATER TECHNOLOGY-ZERO2TEN INC<br>DBA FULLSCOPE<br>PO BOX 845183<br>BOSTON, MA 022845183 |
| **2.453** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>EDGEWOOD PARTNERS INSURANCE CENTER<br>PO BOX 734005<br>CHICAGO, IL 60673-4005 |

Debtor    Red Lobster Management LLC                                         Case number (If known):    24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.454** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>EGODITOR GMBH<br>AM LENKWERK 13<br>BIELEFELD, 33609<br>GERMANY |
| **2.455** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>EGS ENGGIST & GRANDJEAN SOFTWARE SA<br>ROUTE DE PIERRE-A-BOT 92 2000<br>NEUCHATEL,<br>SWITZERLAND |
| **2.456** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER CUSTOMER AGREEMENT DATED 08/30/2019<br><br>ELASTICSEARCH INC.<br>800 W. EL CAMINO REAL<br>SUITE 350<br>MOUNTAIN VIEW, CA 94040 |
| **2.457** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 05/27/2021<br><br>ELASTICSEARCH, INC<br>800 W EL CAMINO REAL<br>SUITE 350<br>MOUNTAIN VIEW, CA 94040 |
| **2.458** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 09/26/2023<br><br>ELASTICSEARCH, INC<br>88 KEARNY ST.<br>FLOOR 19<br>SAN FRANCISCO, CA 94108 |
| **2.459** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 01/17/2023<br><br>ELASTICSEARCH, INC<br>800 W EL CAMINO REAL<br>SUITE 350<br>MOUNTAIN VIEW, CA 94040 |
| **2.460** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION ADDENDUM DATED 08/30/2019<br><br>ELATICSEARCH INC.<br>800 W EL CAMINO REAL<br>SUITE 350<br>MOUNTAIN VIEW, CA 94040 |

Debtor    Red Lobster Management LLC                                        Case number (If known):    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.461** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ELEARNINGFORCE CORP. LLC<br>16192 COASTAL HIGHWAY<br>LEWES, DE 19958 |
| **2.462** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MONITORING AGREEMENT DATED 09/19/2022<br><br>ELECTRO WATCHMAN, INC.<br>ONE WEST WATER STREET<br>SUITE 110<br>ST. PAUL, MN 55107 |
| **2.463** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>EMAD MARWAN<br>ADDRESS ON FILE |
| **2.464** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>EMBARCADERO TECHNOLOGIES, INC.<br>10801 NORTH MOPAC EXPRESSWAY<br>BUILDING1<br>SUITE 100<br>AUSTIN, TX 78759 |
| **2.465** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>EMKAY |
| **2.466** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIXED PRICED ENGAGEMENT DATED 07/27/2023<br><br>EMPLIFI INC.<br>4200 REGENT STREET<br>SUITE 200<br>COLUMBUS, OH 43219 |
| **2.467** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES ORDER DATED 07/26/2023<br><br>EMPLIFI INC.<br>4200 REGENT STREET<br>SUITE 200<br>COLUMBUS, OH 43219 |

Debtor    Red Lobster Management LLC

Name _____    Case number (if known): 24-02486

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.468** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>EMPLOYMENTGROUP INC<br>DBA EG WORKFORCE SOLUTIONS<br>4651 W DICKMAN RD<br>BATTLE CREEK, MI 49037-7343 |
| **2.469** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED OCTOBER 18, 2021<br><br>EMPLOYMENTGROUP INC.<br>4651 W. DICKMAN ROAD<br>BATTLE CREEK, MI 49037 |
| **2.470** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>EMPOW CYBER SECURITY INC.<br>129 NEWBURY STREET<br>2ND FLOOR<br>BOSTON, MA 2116 |
| **2.471** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (DIRECTORS AND OFFICERS DIFFERENCE IN CONDITIONS LIABILITY) POLICY NUMBER ADL30052880900<br><br>ENDURANCE ASSURANCE CORPORATION<br>US COMMERCIAL MANAGEMENT LIABILITY<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| **2.472** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DATED 07/28/2014<br><br>ENGIE<br>1313 N. ATLANTIC STREET<br>SUITE 5000<br>SPOKANE, WA 99201 |
| **2.473** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>ENLIVEN, LLC<br>4322 HARDING PIKE<br>SUITE 417<br>NASHVILLE, TN 37205 |
| **2.474** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER EQUITY LEASE AGREEMENT DATED 08/18/2015<br><br>ENTERPRISE FLEET MANAGEMENT, INC<br>5442 HOFFNER ROAD<br><br>ATTN: DEREK JAMES, CONTROLLER<br>ORLANDO, FL 32812 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.475** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF POLICY AND PROCEDURES DATED 07/16/2015<br><br>ENTERPRISE FLEET MANAGEMENT, INC.<br>5442 HOFFNER ROAD<br><br>ATTN: DEREK JAMES, CONTROLLER<br>ORLANDO, FL 32812 |
| **2.476** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER EQUITY LEASE AGREEMENT DATED 08/18/2015<br><br>ENTERPRISE FM TRUST<br>5442 HOFFNER ROAD<br><br>ATTN: DEREK JAMES, CONTROLLER<br>ORLANDO, FL 32812 |
| **2.477** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER EQUITY LEASE AGREEMENT DATED 08/14/2015<br><br>ENTERPRISE FM TRUST,<br>5442 HOFFNER AVENUE<br>ORLANDO, FL 32765 |
| **2.478** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ENVIRO MASTER SERVICES LLC<br>PO BOX 12350<br>CHARLOTTE, NC 28220 |
| **2.479** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>ENVIRONMENTAL HEALTH TESTING LLC<br>DBA NATIONAL REGISTRY OF FOOD SAFETY PROFESSIONALS<br>PO BOX 628244<br>ORLANDO, FL 328628244 |
| **2.480** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTOR AGREEMENT FOR RESTAURANT #0186 DATED 02/23/2006<br><br>EPAX SYSTEMS, INC.<br>7767 LEMONA AVENUE<br>VAN NUYS, CA 91405 |
| **2.481** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 05/24/2023<br><br>EPLUS TECHNOLOGY<br>13595 DULLES TECHNOLOGY DRIVE<br>HERNDON, VA 20171 |

Debtor    Red Lobster Management LLC                                    Case number (If known):   24-02486
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.482** State what the contract or lease is for and the nature of the debtor's interest — LETTER AGREEMENT DATED 12/22/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | EPLUS TECHNOLOGY, INC. <br> 13595 DULLES TECHNOLOGY DRIVE <br> HERNDON, VA 20171 |
| **2.483** State what the contract or lease is for and the nature of the debtor's interest — LETTER AGREEMENT DATED 05/24/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | EPLUS TECHNOLOGY, INC. <br> 13595 DULLES TECHNOLOGY DRIVE <br> HERNDON, VA 20171 |
| **2.484** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | EPSILON DATA AKA RYAN |
| **2.485** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | EPSON AMERICA, INC. <br> 3840 KILROY AIRPORT WAY <br> ONG BEACH, CA 90806 |
| **2.486** State what the contract or lease is for and the nature of the debtor's interest — UNIVERSAL SERVICE AGREEMENT DATED APRIL 1, 2024 AND ALL AMENDMENTS <br><br> State the term remaining <br><br> List the contract number of any government contract | EQUIFAX WORKFORCE SOLUTIONS LLC <br> 11432 LACKLAND ROAD <br> SAINT LOUIS, MO 63146 |
| **2.487** State what the contract or lease is for and the nature of the debtor's interest — UNIVERSAL SERVICE AGREEMENT DATED JULY 1, 2014 AND ALL AMENDMENTS <br><br> State the term remaining <br><br> List the contract number of any government contract | EQUIFAX WORKFORCE SOLUTIONS LLC <br> 11432 LACKLAND ROAD <br> SAINT LOUIS, MO 63146 |
| **2.488** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED 04/01/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | EQUIFAX WORKFORCE SOLUTIONS LLC <br> 11432 LACKLAND ROAD <br> ST LOUIS, MO 63146 |

Debtor    Red Lobster Management LLC
           Name
                                                        Case number (if known)    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.489** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES ORDER DATED 11/28/2018<br><br>EQUINIX LLC<br>ONE LAGOON DRIVE<br>4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| **2.490** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES ORDER DATED 12/10/2014<br><br>EQUINIX LLC<br>ONE LAGOON DRIVE<br>4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| **2.491** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES ORDER DATED 10/14/2016<br><br>EQUINIX LLC<br>ONE LAGOON DRIVE<br>4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| **2.492** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GLOBAL TERMS AND CONDITIONS DATED 12/10/2014<br><br>EQUINIX LLC<br>ONE LAGOON DRIVE<br>4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| **2.493** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES ORDER DATED 01/01/2019<br><br>EQUINIX LLC<br>ONE LAGOON DRIVE<br>4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| **2.494** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 11/06/2014<br><br>ERNST & YOUNG<br>201 SOUTH BISCAYNE BOULEVARD<br>SUITE 3000<br>MIAMI, FL 33131 |
| **2.495** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>ERNST & YOUNG LLP<br>ERNST & YOUNG US LLP WELLS FARGO BANK NA<br>PO BOX 933514<br>ATLANTA, GA 311933514 |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.496** State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACTS | ETQ MANAGEMENT CONSULTANTS INC DBA ETQ INC 399 CONKLIN STREET SUITE 208 FARMINGDALE, NY 11735 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.497** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | EVANIOS LLC 1 SOUTH ORANGE AVENUE SUITE 405 ORLANDO, FL 32801 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.498** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | EVENTURES UNLIMITED INC 2813 S  HIAWASSEE ROAD SUITE 101 ORLANDO, FL 32835 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.499** State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY (PROPERTY) POLICY NUMBER RP5P000227-231 | EVEREST INDEMNITY INSURANCE COMPANY 28 STATE STREET 36TH FLOOR BOSTON, MA 02109 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.500** State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY (DIRECTORS AND OFFICERS LIABILITY) POLICY NUMBER PC5EX00582-221 | EVEREST NATIONAL INSURANCE COMPANY 461 FIFTH AVENUE 4TH FLOOR NEW YORK, NY 10017-6234 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.501** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | EVERGREEN SYSTEMS INC DBA POP-A-LOCK OF NORTHERN NJ 227 UNION AVE BLOOMINGDALE, NJ 07403 |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.502** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | EXCENTUS (AKA SHELL) |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC

Name    Case number (if known):    24-02486

| | |
|---|---|
| ▮ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | EXPRESS SCRIPTS (ESI) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 07/24/2019 | EZCATER, INC. 101 ARCH ST. SUITE 1510 BOSTON, MA 02110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO ATTACHMENT A-1 STATEMENT OF WORK DATED 02/14/2020 | EZCATER, INC. 101 ARCH ST. SUITE 1510 BOSTON, MA 02110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | FACEBOOK |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | FACTIVA 4300 ROUTE 1 NORTH MONMOUTH JUNCTION, NJ 08852 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | FASOLD GLOBAL CONSULTING LLC 205 N. PARK AVENUE SUITE 110 APOPKA, FL 32703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | FASTLY, INC. 475 BRANNAN ST. STE 300 SAN FRANCISCO, CA 94107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.510** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FEDERAL EXPRESS CORPORATION<br>PO BOX 660481<br>DALLAS, TX 752660481 |
| **2.511** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (EMPLOYED LAWYERS LIABILITY & CRIME) POLICY NUMBER 8255-3603<br><br>FEDERAL INSURANCE COMPANY<br>MARSH USA INC QUALIFIED SOLUTIONS GROUP<br>1166 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2708 |
| **2.512** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FERRARA JERUM INTERNATIONAL<br>339 EAST AVENUE<br>SUITE 4320<br>ROCHESTER, NY 14604 |
| **2.513** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>FIELDPRINT - FINGERPRINTING |
| **2.514** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FIFTH THIRD BANK<br>PO BOX 636045<br>CINCINNATI, OH 452636045 |
| **2.515** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FINANCIAL ENGINES ADVISORS |
| **2.516** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>FINKEL, MARTWICK & COLSON |

Debtor   Red Lobster Management LLC                                      Case number (if known):   24-02486

      Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.517** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>FIRECRACKER FILMS LIMITED |
| **2.518** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (LAYERED EXCESS LIABILITY) POLICY NUMBER USL026022232<br><br>FIREMAN'S FUND INSURANCE COMPANY<br>MARSH USA INC<br>3560 LENOX RD NE STE 2400<br>ALLIANCE CENTER TWO<br>ATLANTA, GA 303264266 |
| **2.519** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>FIRST ADVANTAGE - LEXIS NEXIS |
| **2.520** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK NO. 1 USER ACCEPTANCE AND REGRESSION TESTING DATED 02/17/2022<br><br>FIRST DATA MERCHANT SERVICES LLC<br>4000 NW 120TH AVENUE<br>MS/CON - MER-B<br>CORAL SPRINGS, FL 33065 |
| **2.521** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 11 OF THE MASTER SERVICES AGREEMENT DATED 10/05/2023<br><br>FIRST DATA MERCHANT SERVICES LLC<br>4000 NW 120TH AVENUE<br>MS/CON - MER-B<br>CORAL SPRINGS, FL 33065 |
| **2.522** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>FIRST INSURANCE FUNDING OF CANADA INC<br>20 TORONTO STREET 7TH FLOOR<br>TORONTO, ON M5C 2B8<br>CANADA |
| **2.523** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/22/2014<br><br>FISERV US (CREDIT CARDS)<br>ATTN: GENERAL COUNSELS OFFICE<br>4000 NW 120TH AVENUE<br>MS/CON-MER-B<br>CORAL SPRINGS, FL 33065 |

Debtor    Red Lobster Management LLC

Name    Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | FISHBOWL INC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | FITFORCOMMERCE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | FITNESS INTERACTIVE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | FLEETMODE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTH POLICY DATED 01/01/2018 | FLORIDA BLUE 4800 DEERWOOD CAMPUS PARKWAY JACKSONVILLE, FL 32246 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY (STOP LOSS INSURANCE) POLICY NUMBER BCFL1073 | FLORIDA BLUE 4800 DEERWOOD CAMPUS PARKWAY JACKSONVILLE, FL 32246 UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DATED 08/04/2023 | FOOD DONATION CONNECTION 12740 KINGSTON PIKE SUITE 201 KNOXVILLE, TN 37934 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Red Lobster Management LLC                                    Case number (If known):    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.531** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FOOD DONATION CONNECTION LLC<br>PO BOX 22787<br>KNOXVILLE, TN 379330787 |
| **2.532** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FOODIE TRIBE |
| **2.533** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FOODLOGIQ<br>2655 MARIDIAN PARKWAY<br>DURHAM, NC 27713 |
| **2.534** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | ORDER FORM DATED 02/11/2023<br><br>FOODLOGIQ<br>2655 MARIDIAN PARKWAY<br>DURHAM, NC 27713 |
| **2.535** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FOODORA |
| **2.536** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FOODSTYLING.COM INC<br>1888 CHECKERBERRY CT<br>OVIEDO, FL 32766 |
| **2.537** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>FORTRA LLC<br>PO BOX 735324<br>CHICAGO, IL 60673-5324 |

Debtor    Red Lobster Management LLC                                  Case number (if known)    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.538** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | FOUNDRY.AI |
| **2.539** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH ENTERPRISES LLC<br>DBA HOTSCHEDULES RED BOOK SOLUTIONS<br>RED BOOK CONNECT LLC<br>PO BOX 18364<br>PALATINE, IL 60055-8364 |
| **2.540** State what the contract or lease is for and the nature of the debtor's interest — SERVICES ORDER FORM<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH ENTERPRISES, LLC<br>6504 BRIDGE POINT PARKWAY<br>SUITE 300<br>AUSTIN, TX 78730 |
| **2.541** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | FREEDOMPAY |
| **2.542** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | FREEMAN EXPOSITIONS |
| **2.543** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | FREMANTLEMEDIA (DEADLIEST CATCH) |
| **2.544** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | FRONT RANGE PATROL |

Debtor    Red Lobster Management LLC                                  Case number (if known):   24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.545** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FRWD |
| **2.546** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FSV PAYMENT SYSTEMS INC.<br>6410 SOUTH POINT PARKWAY<br>SUITE 200<br>JACKSONVILLE, FL 32216 |
| **2.547** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>FTI CONSULTING<br>SUITE 1515<br>1500 WALNUT STREET<br>PHILADELPHIA,, PA 19102 |
| **2.548** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FULFILLMENT PARTNERS INC<br>DBA MILLENNIUM MARKETING GROUP<br>1978 STANHOME WAY<br>ORLANDO, FL 32804-5114 |
| **2.549** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>FUNDSTREAM INC<br>1441 CARRIE-DERICK<br>MONTREAL, QC H3C 4S9<br>CANADA |
| **2.550** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>FUTURES COMPANY WORLDWIDE |
| **2.551** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>GALE PARTNERS<br>ONE WORLD TRADE CENTER<br>67TH FLOOR<br>NEW YORK, NY 10007 |

Debtor    Red Lobster Management LLC                                      Case number (If known):    24-02486
            Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.552** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 09/13/2021<br><br>GALLEY  SOLUTIONS, INC.<br>PO BOX 1051<br>VENICE, CA 90294 |
| **2.553** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>GARDA CANADA SECURITY CORP<br>1390 BARRE STREET<br>MONTREAL, QC H3C 1N4<br>CANADA |
| **2.554** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>GARTNER INC<br>PO BOX 911319<br>DALLAS, TX 753911319 |
| **2.555** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GARTNER SERVICE ORDER DATED 8/31/2022<br><br>GARTNER INC.<br>56 TOP GALLANT ROAD<br>STAMFORD, CT 06902-7700 |
| **2.556** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>GAVRISH COLLECTIBLES LLC<br>3580 DEERWOOD TRL<br>MELBOURNE, FL 32934-8419 |
| **2.557** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>GAYLORD PALMS RESORT & CONVENTION CENTER<br>6000 W OSCEOLA PARKWAY<br>KISSIMMEE, FL 34746 |
| **2.558** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>GBT US (DBA AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL) |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 11/20/2017 | GBT US LLC D/B/A AMERICAN EXPRESS GLOBAL BUSINESS TRAVEL 200 VESEY STREET NEW YORK, NY 10285-3106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | GEORGE AKRAM ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | GEOTAG INC. 2591 DALLAS PARKWAY SUITE 505 FRISCO, TX 75034-8564 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | GERALD L LEDUC 21648 KING HENRY AVENUE LEESBURG, FL 347487900 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | GLADDING S. MARKUNAS LLC 1457 E. MERCER STREET SEATTLE, WA 98112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | GLOBAL CASH CARD, INC. 7 CORPORATE PARK SUITE 130 IRVINE, CA 92606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZED USE AGREEMENT DATED 09/21/1998 | GLOBAL CORE SOFTWARE, A TRADENAME OF GRANITE COMPLETE SOLUTIONS, LLC 225 SOUTHHAMPTON ST BOSTON, MA 02119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC                                      Case number (if known):   24-02486
          Name

| | |
|---|---|
| ███ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> GLOBAL GHOST GEAR INITIATIVE |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> GLOBAL SUSTAINABLE SEAFOOD INITIATIVE <br> CHURCHILLWEG 325 <br> 6708HA <br> WAGENINGEN <br> GELDERLAND, <br> NETHERLANDS |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> GLOBAL TRUSTED ADVISORS (SEAFOOD INSPECTOR) <br> RUA DR. COSTA LEITE 507 <br> CENTRO <br> BOTUCATU <br> SP, 18600-010 <br> BRAZIL |
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> GLOBIX SOLUTIONS LLC <br> 9167 PANZANI PL <br> WINDERMERE, FL 34786-8137 |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> GLOBOFORCE LIMITED DBA WORKHUMAN <br> 19 BECKETT WAY <br> PARK WEST BUSINESS PARK <br> DUBLIN 12, <br> IRELAND |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT SERVICES AGREEMENT DATED 10/07/2022 <br><br> GNC CONSULTING, INC. <br> 21195 SOUTH LA GRANGE ROAD <br> FRANKFORT, IL 60423 |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FORM OF ATTACHMENT TO IT SERVICES AGREEMENT DATED 04/05/2023 <br><br> GNC CONSULTING, INC. <br> 21195 S. LAGRANGE ROAD <br> FRANKFORT, IL 60423 |

Debtor    Red Lobster Management LLC                                    Case number (If known):    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.573** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>GOCHE CONSULTING LLC<br>10909 W. 123RD TERRACE<br>OVERLAND PARK, KS 66213 |
| **2.574** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>GOLDEN BARREL PRODUCTS (M SIMON ZOOK CO)<br>4960 HORSESHOE PIKE<br>HONEY BROOK, PA 19344 |
| **2.575** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>GOLDNER ASSOCIATES INC<br>231 VENTURE CIRCLE<br>NASHVILLE, TN 37228 |
| **2.576** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>GOODWIN & ASSOCIATES HOSPITALITY SERVICES LLC<br>DBA GOODWIN RECRUITING<br>46 CENTER ST<br>EXETER, NH 03833 |
| **2.577** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FEE AGREEMENTSTANDARDS DATED 10/28/2021<br><br>GOODWIN HOSPITALITY<br>DBA GOODWIN RECRUITING<br>46 CENTER ST<br>EXETER, NH 03833 |
| **2.578** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FEE AGREEMENT DATED 12/16/2014 AND ALL AMENDMENTS<br><br>GOODWIN HOSPITALITY<br>DBA GOODWIN RECRUITING<br>46 CENTER ST<br>EXETER, NH 03833 |
| **2.579** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>GOOGLE |

Debtor    Red Lobster Management LLC    Case number (if known):    24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.580** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>GOVDOCS INC<br>VB BOX 167<br>PO BOX 9202<br>MINNEAPOLIS, MN 55480-9202 |
| **2.581** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROGRAM SUBSCRIPTION LICENSE FROM 12/1/2023 - 11/30/2024<br><br>GOVDOCS INC.<br>355 RANDOLPH AVE SUITE 200<br>ST PAUL, MN 55102 |
| **2.582** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>GRAEBEL VAN LINES, INC.<br>16346 AIRPORT CIRCLE<br>AURORA, CO 80011 |
| **2.583** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>GRAND OLE OPRY LLC<br>2804 OPRYLAND DR<br>NASHVILLE, TN 37214 |
| **2.584** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTOR AGREEMENT FOR RESTAURANT #0329 DATED 10/29/2018<br><br>GREATAMERICA FINANCIAL SERVICES CORPORATION<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 |
| **2.585** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTOR AGREEMENT FOR RESTAURANT #0424 DATED 10/29/2018<br><br>GREATAMERICA FINANCIAL SERVICES CORPORATION<br>625 FIRST STREET SE<br>CEDAR RAPIDS, IA 52401 |
| **2.586** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTOR AGREEMENT FOR RESTAURANT #0424 DATED 10/29/2018<br><br>GREATAMERICA FINANCIAL SERVICES CORPORATION<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 |

Debtor   Red Lobster Management LLC
_____
Name

Case number (if known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.587** | State what the contract or lease is for and the nature of the debtor's interest | COMPACTOR AGREEMENT FOR RESTAURANT #0329 DATED 10/29/2018 | GREATAMERICA FINANCIAL SERVICES CORPORATION 625 FIRST STREET SE CEDAR RAPIDS, IA 52401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.588** | State what the contract or lease is for and the nature of the debtor's interest | COMPACTOR AGREEMENT FOR RESTAURANT #0557 DATED 10/29/2018 | GREATAMERICA FINANCIAL SERVICES CORPORATION 625 FIRST STREET SE CEDAR RAPIDS, IA 52401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.589** | State what the contract or lease is for and the nature of the debtor's interest | COMPACTOR AGREEMENT FOR RESTAURANT #0265 DATED 10/29/2018 | GREATAMERICA FINANCIAL SERVICES CORPORATION 625 FIRST STREET SE CEDAR RAPIDS, IA 52401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.590** | State what the contract or lease is for and the nature of the debtor's interest | COMPACTOR AGREEMENT FOR RESTAURANT #0265 DATED 10/29/2018 | GREATAMERICA FINANCIAL SERVICES CORPORATION PO BOX 609 CEDAR RAPIDS, IA 52406 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.591** | State what the contract or lease is for and the nature of the debtor's interest | COMPACTOR AGREEMENT FOR RESTAURANT #0605 DATED 10/29/2018 | GREATAMERICA FINANCIAL SERVICES CORPORATION 625 FIRST STREET SE CEDAR RAPIDS, IA 52401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.592** | State what the contract or lease is for and the nature of the debtor's interest | COMPACTOR AGREEMENT FOR RESTAURANT #6217 | GREATAMERICA FINANCIAL SERVICES CORPORATION 625 FIRST STREET SE CEDAR RAPIDS, IA 52401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.593** | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 04/24/2023 | GREEN CABBAGE MARKETING, LLC 125 EMERYVILLE ROAD SUITE 330 CRANBERRY TOWNSHIP, PA 16066 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC
Name                                                            Case number (If known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.594** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>GRUBFATHER INC<br>10 BAER COURT<br>HAUPPAUGE, NY 11788 |
| **2.595** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 09/25/2017<br><br>GRUBHUB HOLDINGS INC<br>111 W. WASHINGTON ST.<br>STE. 2100<br>CHICAGO, IL 60602 |
| **2.596** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 09/25/2017<br><br>GRUBHUB HOLDINGS INC.<br>111 W. WASHINGTON ST.,<br>STE. 2100,<br>CHICAGO, IL 60602 |
| **2.597** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 2 TO ATTACHMENT A-1 DATED 09/20/2021<br><br>GRUBHUB HOLDINGS INC.<br>111 W. WASHINGTON ST.<br>STE. 2100<br>CHICAGO, IL 60602 |
| **2.598** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO ATTACHMENT A-L STATEMENT OF WORK DATED 09/11/2018<br><br>GRUBHUB HOLDINGS INC.<br>111 W. WASHINGTON ST.<br>STE. 2100<br>CHICAGO, IL 60602 |
| **2.599** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>GUGGENHEIM SECURITIES LLC<br>330 MADISON AVE<br>NEW YORK, NY 10017-5001 |
| **2.600** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALES PROPOSAL DATED 12/13/2022<br><br>GUIDEPOINT SECURITY LLC<br>2201 COOPERATIVE WAY<br>SUITE 225<br>HERNDON, VA 20171 |

Debtor  Red Lobster Management LLC
_____
Name

Case number (if known):   24-02486

<table>
<tr><td colspan="2"><b>Additional Page if Debtor Has More Executory Contracts or Unexpired Leases</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.601** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RED LOBSTER SERVICES AGREEMENT DATED 11/17/2014 | GUIDEPOINT SECURITY LLC<br>11951 FREEDOM DR.<br>13TH FLOOR<br>SUITE 1331<br>RESTON, VA 20190 |
| **2.602** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THREAT & ATTACK SIMULATION SERVICES PROFESSIONAL SERVICES DATED 11/11/2020 | GUIDEPOINT SECURITY LLC<br>11951 FREEDOM DR.<br>13TH FLOOR<br>SUITE 1331<br>RESTON, VA 20190 |
| **2.603** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 11/17/2014 | GUIDEPOINT SECURITY LLC<br>11951 FREEDOM DR.<br>13TH FLOOR<br>SUITE 1331<br>RESTON, VA 20190 |
| **2.604** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT TO IT SERVICES AGREEMENT DATED 07/14/2016 | GUIDEPOINT SECURITY LLC<br>11951 FREEDOM DR.<br>13TH FLOOR<br>SUITE 1331<br>RESTON, VA 20190 |
| **2.605** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT TO IT SERVICES AGREEMENT DATED 07/14/2015 | GUIDEPOINT SECURITY LLC<br>11951 FREEDOM DR.<br>13TH FLOOR<br>SUITE 1331<br>RESTON, VA 20190 |
| **2.606** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-5: TO IT SERVICES AGREEMENT DATED 09/30/2020 | GUIDEPOINT SECURITY LLC<br>11951 FREEDOM DR.<br>13TH FLOOR<br>SUITE 1331<br>RESTON, VA 20190 |
| **2.607** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | HACKERONE INC<br>224TH STREET<br>5TH FLOOR<br>SAN FRANCISCO, CA 94103 |

Debtor    Red Lobster Management LLC                                    Case number (If known):    24-02486
          Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HALLMARK BUSINESS CONNECTIONS INC<br>121 SOUTH EIGHTH STREET<br>MINNEAPOLIS, MN 55402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HANNA23 LLC<br>DBA KATIE KNIGHT<br>3920 W BARCELONA ST<br>TAMPA, FL 33629-6803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HARRIS INSIGHTS & ANALYTICS LLC<br>300 N LASALLE DRIVE<br>SUITE 5575<br>CHICAGO, IL 60654 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE POLICY (BUSINESS TRAVEL ACCIDENT) POLICY NUMBER 10-GTA-101873 | HARTFORD FIRE INSURANCE COMPANY<br>ONE HARTFORD PLAZA<br>HARTFORD, CT 06155 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HARTFORD LIFE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HARTO INC<br>450 N. ROXBURY DR<br>8TH FLOOR<br>BEVERLY HILLS, CA 90210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | HAVI GLOBAL SOLUTIONS LLC<br>3075 HIGHLAND PARKWAY<br>SUITE 200<br>DOWNERS GROVE, IL 60565 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC                                    Case number (If known):    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.615** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | HEALTHTRUST PURCHASING GROUP LP<br>1100 DR MARTIN L. KING JR. BLVD<br>SUITE 1100<br>NASHVILLE, TN 37203 |
| **2.616** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | HEART OF FLORIDA UNITED WAY*<br>1940 TRAYLOR BLVD<br>ORLANDO, FL 328044714 |
| **2.617** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | HEI ST. LOUIS LLC (DBA THE WESTIN ST. LOUIS)<br>811 SPRUCE ST<br>SAINT LOUIS, MO 63102 |
| **2.618** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | HERC RENTALS |
| **2.619** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | HERO CONTENT<br>601 W. 26TH ST. SUITE 1770<br>NEW YORK, NY 10001 |
| **2.620** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | HEWITT ASSOCIATES (AONHEWITT) |
| **2.621** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 3 TO PRINT SERVICES AND SUPPORT SCHEDULE DATED 09/17/2020 | HEWLETT-PACKARD COMPANY<br>2580 S. DECKER LAKE BLVD.<br>STE. 200<br>SALT LAKE CITY, UT 84119 |

Debtor    Red Lobster Management LLC
Name

Case number (If known):    24-02486



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.622** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRINT SERVICES AND SUPPORT SCHEDULE DATED 04/30/2015 <br><br> HEWLETT-PACKARD COMPANY <br> 2580 S. DECKER LAKE BLVD. <br> STE. 200 <br> SALT LAKE CITY, UT 84119 |
| **2.623** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT NO. 2 DATED 06/08/2020 <br><br> HEWLETT-PACKARD COMPANY <br> 2580 S. DECKER LAKE BLVD. <br> STE. 200 <br> SALT LAKE CITY, UT 84119 |
| **2.624** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT NO. 1 TO PRINT SERVICES AND SUPPORT SCHEDULE DATED 04/03/2020 <br><br> HEWLETT-PACKARD COMPANY <br> 2580 S. DECKER LAKE BLVD. <br> STE. 200 <br> SALT LAKE CITY, UT 84119 |
| **2.625** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT NO. 4 TO PRINT SERVICES AND SUPPORT SCHEDULE DATED 03/02/2021 <br><br> HEWLETT-PACKARD COMPANY <br> 2580 S. DECKER LAKE BLVD. <br> STE. 200 <br> SALT LAKE CITY, UT 84119 |
| **2.626** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> HIPAAX LLC <br> DBA TASKWATCH <br> 5155 FINANCIAL WAY STE 5 <br> MASON, OH 45040-0055 |
| **2.627** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> HIZZONER |
| **2.628** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> HJW EXECUTIVE SEARCH LLC <br> 4 RESEARCH DR STE 402 <br> SHELTON, CT 06484-6242 |

Debtor    Red Lobster Management LLC    Case number (If known): 24-02486
_____    _____
Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | HODGES-MACE LLC<br>5775-E GLENRIDGE DRIVE NE<br>SUITE 500<br>ATLANTA, GA 30328 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | HOTEL APPRAISALS LLC<br>DBA HVS EXECUTIVE SEARCH<br>13727 SW 152ND ST PMB 1040<br>MIAMI, FL 33177-1106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | HOWROYD WRIGHT EMPLOYMENT AGENCY INC (DBA APPLE ONE)<br>327 W BROADWAY<br>GLENDALE, CA 91204 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | ATTACHMENT TO IT SERVICES AGREEMENT DATED 08/22/2017 | HP INC.<br>1501 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | ATTACHMENT TO IT SERVICES AGREEMENT DATED 11/06/2015 | HP INC.<br>1501 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | ATTACHMENT TO IT SERVICES AGREEMENT DATED 11/17/2017 | HP INC.<br>2601SE J STREET<br>BENTONVILLE, AR 72712 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | COUNTRY PARTICIPATION AGREEMENT DATED 12/22/2015 | HP INC.<br>1501 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC
Name

Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.636** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 11/06/2015<br><br>HP INC.<br>1501 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |
| **2.637** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT TO IT SERVICES AGREEMENT DATED 03/29/2017<br><br>HP INC.<br>1501 PAGE MILL ROAD<br>PALO ALTO, CA 94304 |
| **2.638** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>HRMALL INC (AFFILIATE OF IQ BACKOFFICE)<br>2ND LEVEL STREET MARKET<br>FORT BONIFACIO GLOBAL CITY<br>TAGUIG,<br>PHILIPPINES |
| **2.639** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYER ENROLLMENT AGREEMENT DATED 01/17/2018<br><br>HSA BANK<br>605 N 8TH ST 420<br>SHEBOYGAN, WI 53081 |
| **2.640** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HEALTH PLAN BUSINESS ASSOCIATE ADDENDUM DATED 12/20/2017<br><br>HSA BANK<br>605 N.8TH ST.<br>SHEBOYGAN, WI 53081 |
| **2.641** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EMPLOYER ENROLLMENT AGREEMENT DATED 12/20/2017<br><br>HSA BANK®<br>605 N 8TH ST 420<br>SHEBOYGAN, WI 53081 |
| **2.642** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>HSP EPI ACQUISITION (DBA ENTERTAINMENT) |

Debtor    Red Lobster Management LLC _____    Case number (if known): 24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.643** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> HUGHES NETWORK SYSTEMS LLC <br> 11717 EXPLORATION LANE <br> GERMANTOWN, MD 20876 |
| **2.644** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> HUMDINNER INC <br> 1579 ANSTRUTHER LAKE ROAD <br> UNIT #23 <br> APSLEY, ON K0L1A0 <br> CANADA |
| **2.645** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | EXECUTIVE SEARCH AGREEMENT DATED 10/3/2023 <br><br> HVS EXECUTIVE SEARCH <br> 21 SEAVIEW AVENUE <br> SUITE 105N <br> NEW ROCHELLE, NY 10801 |
| **2.646** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AGREEMENT DATED 01/01/2015 <br><br> HYATT LEGAL PLANS, INC. <br> 1111 SUPERIOR AVE <br> CLEVELAND, OH 44114-2507 |
| **2.647** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> HYATT REGENCY TAMAYA RESORT & SPA <br> 1300 TUYUNA TRAIL <br> SANTA ANA PBL, NM 87004 |
| **2.648** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> HYDE PARK GROUP LLC <br> 954 W WASHINGTON BLVD. <br> SUITE 335 <br> CHICAGO, IL 60607 |
| **2.649** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | LICENSE AGREEMENT <br><br> IANYWHERE SOLUTIONS INC <br> 3999 WEST CHESTER PIKE <br> NEWTOWN SQUARE, PA 19073 |

| Debtor | Red Lobster Management LLC | Case number (if known):   24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | TRANSACTION FINANCE AGREEMENT DATED 02/13/2019 | IBM CREDIT LLC 7100 HIGHLANDS PARKWAY SMYRNA, GA 30082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | NEW BUSINESS ORDER FORM DATED 05/30/2023 | ICIMS, INC 101 CRAWFORDS CORNER ROAD SUITE 3-100 HOLMDEL, NJ 07733 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK DATED 05/30/2023 | ICIMS, INC CRAWFORDS CORNER ROAD SUITE 3-100 HOLMDEL, NJ 07733 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT DATED 05/30/2023 | ICIMS, INC. 101 CRAWFORDS CORNER ROAD SUITE 3-100 HOLMDEL, NJ 07733 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ICON INTERNATIONAL INC ONE EAST WEAVER STREET GREENWICH, CT 06831 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 08/01/2017 | ICONTROL 6903 ROCKLEDGE DRIVE SUITE 1250 BETHESDA, MD 20817 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | ICONTROL SYSTEMS USA LLC 9710 TRAVILLE GATEWAY DR 306 ROCKVILLE, MD 20850-7408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC                                          Case number (if known):   24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.657** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | ICS LOGISTICS |
| **2.658** State what the contract or lease is for and the nature of the debtor's interest — LETTER OF UNDERSTANDING DATED 06/29/2005<br><br>State the term remaining<br><br>List the contract number of any government contract | ICS LOGISTICS, INC<br>2625 W. 5th Street<br>Jacksonville, FL 32254 |
| **2.659** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT ONE DATED 07/01/2005<br><br>State the term remaining<br><br>List the contract number of any government contract | ICS LOGISTICS, INC., NOW SEAONUS COLD STORAGE - JACKSONVILLE LLC<br>2625 W. 5th Street<br>Jacksonville, FL 32254 |
| **2.660** State what the contract or lease is for and the nature of the debtor's interest — Group Plan Agreement Dated 1/1/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | ID WatchDog Inc.<br>PO Box 297<br>Denver, CO 80201-0297 |
| **2.661** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | IDOCUMENTS LLC DBA ICERTAINTY LLC<br>12276 WILKINS AVE.<br>SUITE 115-1B<br>ROCKVILLE, MD 20852 |
| **2.662** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT DATED 07/17/2014<br><br>State the term remaining<br><br>List the contract number of any government contract | IMPACTWEATHER, INC.<br>P.O. BOX 751869<br>HOUSTON, TX 77275-1869 |
| **2.663** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | IMPRACTICAL PRODUCTIONS LLC<br>PSBM<br>235 PARK AVE SOUTH<br>9TH FLOOR<br>NEWYORK, NY 10003 |

Debtor    Red Lobster Management LLC _____    Case number (if known)    24-02486
_____
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CARD PARTICIPATION AGREEMENT DATED 07/09/2019 | INCOMM CARD PARTICIPATION<br>250 WILLIAMS ST, 5TH FLOOR, SUITE 5-2002<br>ATLANTA, GA 30303 |
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | INCONTACT INC<br>DBA NICE NICE INCONTACT THE NICE GROUP<br>LOCKBOX 0268<br>PO BOX 7247<br>PHILADELPHIA, PA 19170-0268 |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION SERVICE AGREEMENT DATED 3/31/2024 | INDEED, INC.<br>MAIL CODE 5160<br>P.O.BOX 660367<br>DALLAS, TX 75266-0367 |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT DATED 06/01/2022 | INFINITE TALENT, INC<br>2600 TOWER OAKS BLVD.<br>SUITE 700<br>ROCKVILLE, MD 20852 |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | INFLIGHT CORPORATION<br>DBA INFLIGHT CORPORATION A SUBSIDIARY OF SKUID INC<br>605 CHESTNUT ST STE 800<br>CHATTANOOGA, TN 37450-5507 |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE TO USE INFORMATICA SOFTWARE DATED 10/31/2014 | INFORMATICA CORPORATION<br>2100 SEAPORT BOULEVARD<br>REDWOOD CITY, CA 94063 |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DATED 05/12/2015 | INFOSYS<br>ELECTRONICS CITY, HOSUR ROAD<br>BANGALORE, 560 100<br>INDIA |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.671** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>INFOSYS BPM LIMITED<br>BOA LOCKBOX SERVICES<br>13539 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 |
| **2.672** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 03/18/2016<br><br>INGENICO INC<br>3025 WINDWARD PLAZA<br>SUITE 600<br>ALPHARETTA, GA 30005 |
| **2.673** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ACKNOWLEDGEMENT OF BILL AND HOLD TRANSACTION DATED 05/23/2023<br><br>INGENICO INC<br>3025 WINDWARD PLAZA<br>SUITE 600<br>ALPHARETTA, GA 30005 |
| **2.674** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AXIUM HARDWARE AND SOFTWARE SCHEDULE DATED 09/20/2023<br><br>INGENICO INC<br>3025 WINDWARD PLAZA<br>SUITE 600<br>ALPHARETTA, GA 30005 |
| **2.675** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 09/20/2023<br><br>INGENICO INC<br>3025 WINDWARD PLAZA<br>SUITE 600<br>ALPHARETTA, GA 30005 |
| **2.676** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 09/20/2023<br><br>INGENICO INC<br>3025 WINDWARD PLAZA<br>SUITE 600<br>ALPHARETTA, GA 30005 |
| **2.677** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE SCHEDULE DATED 09/20/2023<br><br>INGENICO INC<br>3025 WINDWARD PLAZA<br>SUITE 600<br>ALPHARETTA, GA 30005 |

Debtor    Red Lobster Management LLC                                     Case number (if known):   24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RESOLUTION OF OUTSTANDING ISSUES DATED 03/26/2018 <br><br> INGENICO INC <br> 3025 WINDWARD PLAZA <br> STE 600 <br> ALPHARETTA, GA 30005 |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | POS TERMINAL PURCHASE AGREEMENT DATED 03/18/2016 <br><br> INGENICO INC <br> 3025 WINDWARD PLAZA <br> SUITE 600 <br> ALPHARETTA, GA 30005 |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HARDWARE AND SOFTWARE SCHEDULE DATED 09/20/2023 <br><br> INGENICO INC <br> 3025 WINDWARD PLAZA <br> SUITE 600 <br> ALPHARETTA, GA 30005 |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> INHARVEST |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> INS BROKERS INC <br> DBA VIATEK SOLUTIONS <br> 11399 47TH ST N <br> CLEARWATER, FL 33762-4963 |
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> INSIGHT DIRECT USA INC <br> 2701 E. INSIGHT WAY <br> CHANDLER, AZ 85286 |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ATTACHMENT TO IT SERVICES AGREEMENT DATED 10/20/2015 <br><br> INSIGHT GLOBAL LLC <br> 4170 ASHFORD DUNWOODY RD <br> SUITE 250 <br> ATLANTA, GA 30319 |

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | ATTACHMENT A-5: STATEMENT OF WORK DATED 09/12/2019 | INSIGHT GLOBAL LLC 300 SOUTH ORANGE AVE STE 1500 ORLANDO, FL 32801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | IT SERVICES AGREEMENT DATED 12/18/2015 | INSIGHT GLOBAL LLC 4170 ASHFORD DUNWOODY RD SUITE 250 ATLANTA, GA 30319 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | ATTACHMENT TO IT SERVICES AGREEMENT DATED 08/26/2015 | INSIGHT GLOBAL LLC 4170 ASHFORD DUNWOODY RD SUITE 250 ATLANTA, GA 30319 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 03/01/2023 | INSIGHT GLOBAL LLC 4170 ASHFORD DUNWOODY RD SUITE 250 ATLANTA, GA 30319 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | ATTACHMENT TO IT SERVICES AGREEMENT DATED 07/01/2015 | INSIGHT GLOBAL LLC 4170 ASHFORD DUNWOODY RD SUITE 250 ATLANTA, GA 30319 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | ATTACHMENT A-7: STATEMENT OF WORK DATED 08/14/2023 | INSIGHT GLOBAL LLC 333 S GARLAND AVE SUITE 1200 ORLANDO, FL 32801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 07/01/2015 | INSIGHT GLOBAL LLC 4170 ASHFORD DUNWOODY RD SUITE 250 ATLANTA, GA 30319 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Red Lobster Management LLC

Name _____

Case number (if known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.692** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 07/01/2015<br><br>INSIGHT GLOBAL LLC<br>4170 ASHFORD DUNWOODY RD<br>SUITE 250<br>ATLANTA, GA 30319 |
| **2.693** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-8: STATEMENT OF WORK DATED 08/14/2023<br><br>INSIGHT GLOBAL LLC<br>333 S GARLAND AVE<br>SUITE 1200<br>ORLANDO, FL 32801 |
| **2.694** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>INSOURCE INC<br>565 EAST SWEDESFORD ROAD<br>SUITE 220<br>WAYNE, PA 19087 |
| **2.695** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>INTEGRIGY CORPORATION<br>14 WESTLAKE DR<br>NASHVILLE, TN 37205-5010 |
| **2.696** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>INTELEPEER CLOUD COMMUNICATIONS LLC<br>177 BOVET ROAD<br>SUITE 400<br>SAN MATEO, CA 94402 |
| **2.697** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>INTERACTIVE COMMUNICATIONS INTERNATIONAL INC<br>DBA INCOMM<br>PO BOX 935359<br>ATLANTA, GA 311935359 |
| **2.698** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT 2014 DATED 07/28/2014<br><br>INTERFACE  SECURITY SYSTEMS<br>3773 CORPORATE CENTER DRIVE<br>EARTH CITY, MO 63045 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.699** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK 14-3IBI4C3 DATED 07/21/2014<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>PO BOX 643600<br>PITTSBURGH, PA 15264 |
| **2.700** State what the contract or lease is for and the nature of the debtor's interest — CLIENT RELATIONSHIP AGREEMENT DATED 09/14/2017<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>1177 S BELT LINE RD<br>COPPELL, TX 76019-4642 |
| **2.701** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | INTRALINKS INC |
| **2.702** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | IPFS CORPORATION  OF CALIFORNIA<br>3 HUTTON CENTRE DR STE 630<br>SANTA ANA, CA 92707-8747 |
| **2.703** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | IPSOS INSIGHT LLC<br>PO BOX 36076<br>NEWARK, NJ 07188-6076 |
| **2.704** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | IPSWITCH INC<br>15 WAYSIDE ROAD<br>4TH FLOOR<br>BURLINGTON, MA 01803 |
| **2.705** State what the contract or lease is for and the nature of the debtor's interest — RENEWAL SCHEDULE A:  PROGRAM PRICING SCHEDULE DATED 07/28/2014<br><br>State the term remaining<br><br>List the contract number of any government contract | IRON MOUNTAIN  INFORMATION MANAGEMENT, LLC<br>1 FEDERAL STREET<br>BOSTON, MA 02110 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL SCHEDULE A: PROGRAM PRICING SCHEDULE DATED 07/28/2014 | IRON MOUNTAIN  INFORMATION MANAGEMENT, LLC<br>1 FEDERAL STREET<br>BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/28/2014 | IRON MOUNTAIN  INFORMATION MANAGEMENT, LLC<br>1 FEDERAL STREET<br>BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO. 1 DATED 12/01/2021 | IRON MOUNTAIN  INFORMATION MANAGEMENT, LLC<br>1 FEDERAL STREET<br>BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MASTER SERVICES AGREEMENT DATED 07/28/2014 | IRON MOUNTAIN  INFORMATION MANAGEMENT, LLC<br>1 FEDERAL STREET<br>BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL SCHEDULE A: PROGRAM PRICING SCHEDULE DATED 07/28/2014 | IRON MOUNTAIN  INFORMATION MANAGEMENT, LLC<br>1 FEDERAL STREET<br>BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MASTER SERVICES AGREEMENT DATED 09/20/2018 | IRON MOUNTAIN  INFORMATION MANAGEMENT, LLC<br>1 FEDERAL STREET<br>BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE MASTER SERVICES AGREEMENT DATED 09/13/2019 | IRON MOUNTAIN  INFORMATION MANAGEMENT, LLC<br>1 FEDERAL STREET<br>BOSTON, MA 02110 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Red Lobster Management LLC
Name
Case number (If known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.713** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO.3 TO THE MASTER SERVICES AGREEMENT DATED 12/01/2021 | IRON MOUNTAIN  INFORMATION MANAGEMENT, LLC<br>1 FEDERAL STREET<br>BOSTON, MA 02110 |
| **2.714** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO MASTER SERVICES AGREEMENT DATED 07/28/2014 | IRON MOUNTAIN CANADA OPERATIONS<br>DBA IRON MOUNTAIN CANADA<br>PO BOX 3527 STATION A<br>TORONTO, ON M5W 3G4<br>CANADA |
| **2.715** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO.3 TO THE MASTER SERVICES AGREEMENT DATED 12/01/2021 | IRON MOUNTAIN SECURE SHREDDING CANADA, INC.<br>1 FEDERAL STREET<br>BOSTON, MA 02210 |
| **2.716** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 08/06/2014 PLUS AMENDMENTS | ISPOS MMA, INC.<br>1271 AVENUE OF THE AMERICAS<br>15TH FLOOR<br>NEW YORK, NY 10020 |
| **2.717** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 08/06/2014 PLUS AMENDMENTS | ISPOS-INSIGHT, LLC<br>1271 AVENUE OF THE AMERICAS<br>15TH FLOOR<br>NEW YORK, NY 10020 |
| **2.718** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | ISPOT TV INC<br>DBA ACE METRIX<br>15831 NE 8TH ST STE 100<br>BELLEVUE, WA 98008-3916 |
| **2.719** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DATED 07/28/2014 | ITW FOOD EQUIPMENT GROUP<br>701 S. RIDGE AVE.<br>TROY, OH 45374 |

Debtor    Red Lobster Management LLC
          _____    Case number (if known)  24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.720** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>ITW FOOD EQUIPMENT GROUP LLC<br>DBA BERKEL COMPANY<br>4406 TECHNOLOGY DRIVE<br>SOUTH BEND, IN 46628 |
| **2.721** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>IUS JURIS LLC<br>5353 CONROY ROAD<br>SUITE 200<br>ORLANDO, FL 32811 |
| **2.722** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>J.R. SIMPLOT COMPANY<br>1099 W. FRONT STREET<br>BOISE, ID 83702 |
| **2.723** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>JAMES G SCELFO MD PA<br>DBA PERSONALIZED PRIMARY CARE<br>602 FRONT STREET<br>CELEBRATION, FL 34747 |
| **2.724** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>JAMES GIBSON (DBA GIBSON CREATIVE SERVICES)<br>ADDRESS ON FILE |
| **2.725** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | END USER LICENSE AND SERVICES AGREEMENT DATED 04/27/2018<br><br>JAMF SOFTWARE, LLC<br>100 WASHINGTON AVENUE SOUTH<br>SUITE 1100<br>MINNEAPOLIS, MN 55401 |
| **2.726** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>JFS AND ASSOCIATES INC<br>1615 EDGEWATER DR STE 190<br>ORLANDO, FL 32804-5851 |

Debtor    Red Lobster Management LLC
      Name

Case number (If known): 24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.727** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICES AGREEMENT | JIMMY DEFLIPPO PHOTOGRAPHY<br>4665 GATLIN OAKS LANE<br>ORLANDO, FL 32806 |
| **2.728** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER SERVICE AGREEMENT | JODI L SEES<br>DBA JODI SEES STRATEGY AND INSIGHTS LLC<br>13705 LAKES WAY<br>ORLANDO, FL 32828-8118 |
| **2.729** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICES AGREEMENT DATED 12/02/2020 | JOEL AACH, DBA JOEL AACH CONSULTING<br>5777 CRAINDALE DRIVE<br>ORLANDO, FL 32819 |
| **2.730** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICES AGREEMENT | JOHN DUCEY<br>ADDRESS ON FILE |
| **2.731** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER SERVICE AGREEMENT | JOLT AUTOMATION LLC<br>DBA JOLT ADVANTAGE GROUP<br>8875 HIDDEN RIVER PKWY STE 300<br>TAMPA, FL 33637-2087 |
| **2.732** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>MASTER SERVICE AGREEMENT | JONES LANG LASALLE BROKERAGE INC<br>XEROX C/O BMO HARRIS<br>141 W JACKSON BLVD STE 1000<br>CHICAGO, IL 60604-2992 |
| **2.733** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>SERVICES AGREEMENT | JP MORGAN CHASE BANK NA<br>3415 VISION DR<br>COLUMBUS, OH 43219-6009 |

Debtor    Red Lobster Management LLC                                   Case number (If known):    24-02486
_____
Name

■   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.734** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> KANGAROO REWARDS |
| **2.735** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> KANSET SERVICES INC <br> 300 SUPERTEST ROAD <br> UNIT #1 <br> TORANTO, ON M3J 2M2 <br> CANADA |
| **2.736** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> KBACE TECHNOLOGIES INC <br> 6 TRAFALGAR SQUARE <br> NASHUA, NH 03063 |
| **2.737** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> KEA CLOUD INC <br> 3790 EL CAMINO REAL <br> UNIT #506 <br> PALO ALTO, CA 94306 |
| **2.738** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> KENNY SMITH ENTERTAINMENT GROUP LLC <br> 7 RENAISSANCE SQUARE <br> 2ND FLOOR <br> WHITE PLAINS, NY 10601 |
| **2.739** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> KEPLER GROUP LLC <br> 6 E 32ND ST 9TH FLOOR <br> NEW YORK, NY 10016-5415 |
| **2.740** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> KERRY INC |

Debtor    Red Lobster Management LLC                                          Case number (If known):    24-02486

_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.741** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>KEYSIGHT TECHNOLOGIES INC<br>1900 GARDEN OF THE GODS RD<br>COLORADO SPRINGS, CO 80907-3423 |
| **2.742** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-3: STATEMENT OF WORK DATED 05/24/2021<br><br>KFORCE INC.<br>PO BOX 2777997<br>ATLANTA, GA 30384 |
| **2.743** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-7  STATEMENT OF WORK DATED 07/25/2022<br><br>KFORCE INC.<br>PO BOX 2777997<br>ATLANTA, GA 30384 |
| **2.744** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-2 DATED 05/22/2019<br><br>KFORCE INC.<br>1001E PALM AVE<br>TAMPA, FL 33605 |
| **2.745** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-5  STATEMENT OF WORK DATED 05/19/2022<br><br>KFORCE INC.<br>PO BOX 2777997<br>ATLANTA, GA 30384 |
| **2.746** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-4: STATEMENT OF WORK DATED 04/01/2022<br><br>KFORCE INC.<br>PO BOX 2777997<br>ATLANTA, GA 30384 |
| **2.747** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-6  STATEMENT OF WORK DATED 06/01/2022<br><br>KFORCE INC.<br>PO BOX 2777997<br>ATLANTA, GA 30384 |

Debtor    Red Lobster Management LLC                                    Case number (if known):    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.748** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT DATED 05/16/2018 <br><br> State the term remaining <br><br> List the contract number of any government contract | KFORCE INC. <br> 1001E PALM AVE <br> TAMPA, FL 33605 |
| **2.749** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | KIMLEY-HORN AND ASSOCIATES INC <br> PO BOX 932520 <br> ATLANTA, GA 311932520 |
| **2.750** State what the contract or lease is for and the nature of the debtor's interest — FACILITIES SERVICE AGREEMENT FOR RESTAURANT #0420 DATED 12/30/2008 <br><br> State the term remaining <br><br> List the contract number of any government contract | KLINES SERVICE <br> 5 HOLLAND ST. <br> SALUNGA, PA 17538 |
| **2.751** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | KNOWLEDGELAKE INC <br> PO BOX 7901 <br> ANN ARBOR, MI 48107-7901 |
| **2.752** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | KOLTER SOLUTIONS <br> 2500 MAITLAND CENTER PKWY <br> SUITE 3000 <br> MAITLAND, FL 32751 |
| **2.753** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | KONICA MINOLTA BUSINESS SOLUTIONS USA INC <br> DBA KONICA MINOLTA PREMIER FINANCE <br> PO BOX 911608 <br> DENVER, CO 802911608 |
| **2.754** State what the contract or lease is for and the nature of the debtor's interest — ORDER FORM DATED 04/21/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | KORE WIRELESS INC <br> 3 RAVINIA DRIVE NE <br> SUITE 500 <br> ATLANTA, GA 30346 |

Debtor    Red Lobster Management LLC
_____    Case number (if known):    24-02486
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.755** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER TERMS AND CONDITIONS AGREEMENT DATED 04/05/2023<br><br>KORE WIRELESS INC<br>3 RAVINIA DRIVE NE<br>SUITE 500<br>ATLANTA, GA 30346 |
| **2.756** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER TERMS AND CONDITIONS AGREEMENT DATED 04/20/2023<br><br>KORE WIRELESS INC.<br>3 RAVINIA DRIVE NE<br>SUITE 500<br>ATLANTA, GA 30346 |
| **2.757** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>KPMG LLP<br>DEPT 0608<br>PO BOX 120608<br>DALLAS, TX 753120608 |
| **2.758** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER PROFESSIONAL SERVICES AGREEMENT DATED 07/30/2014<br><br>KPMG LLP<br>150 FAYETTEVILLE STREET<br>SUITE 1200<br>RALEIGH, NC 27601 |
| **2.759** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>LANGUAGE LOGIC<br>1128 MAIN STREET<br>CINCINNATI, OH 45202 |
| **2.760** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>LARSEN & TOUBRO INFOTECH LIMITED<br>L&T TECHNOLOGY CENTRE<br>SAKI VIHAR ROAD<br>POWAI<br>MUMBAI<br>MAHARASHTRA, 400072<br>INDIA |
| **2.761** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>LEASE QUERY LLC<br>3 RAVINIA DRIVE NE<br>SUITE P7<br>ATLANTA, GA 30346 |

Debtor    Red Lobster Management LLC

Name

Case number (if known): 24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.762** **State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEONE MARKETING LLC<br>2784 HAZEL GROVE LANE<br>OVIEDO, FL 32766 |
| **2.763** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICES AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEVEL 3 COMMUNICATIONS LLC<br>1025 ELDORADO BLVD<br>41C-202<br>BROOMFIELD, CO 80021 |
| **2.764** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICES AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEXMARK INTERNATIONAL INC<br>740 WEST NEW CIRCLE ROAD<br>LEXINGTON, KY 40550 |
| **2.765** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICES AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIERA PAGAN<br>ADDRESS ON FILE |
| **2.766** **State what the contract or lease is for and the nature of the debtor's interest** — STATEMENT OF WORK (SOW) #2 DATED 06/13/2022<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIFEWORKS (US) LTD<br>SUITE 1050-115 PERIMETER CENTER PLACE<br>ATLANTA, GA 30346 |
| **2.767** **State what the contract or lease is for and the nature of the debtor's interest** — IT SERVICES AGREEMENT DATED 08/01/2022<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIFEWORKS (US) LTD<br>SUITE 1050-115 PERIMETER CENTER PLACE<br>ATLANTA, GA 30346 |
| **2.768** **State what the contract or lease is for and the nature of the debtor's interest** — STATEMENT OF WORK (SOW) #1 DATED 06/13/2022<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LIFEWORKS (US) LTD.<br>SUITE 1050-115 PERIMETER CENTER PLACE<br>ATLANTA, GA 30346 |

Debtor    Red Lobster Management LLC                              Case number (if known):   24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.769** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> LIMITLESS TECHNOLOGY LLC<br>1540 INTERNATIONAL PKWY STE 2000<br>LAKE MARY, FL 32746-5096 |
| **2.770** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> LINEAGE LOGISTICS LLC<br>1 PARK PLAZA<br>SUITE 550<br>IRVINE, CA 92614 |
| **2.771** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICE AGREEMENT DATED MAY 10, 2023 <br><br> LINKEDIN<br>1000 WEST MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| **2.772** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SUBSCRIPTION AGREEMENT DATED MAY 1, 2016 <br><br> LINKEDIN<br>1000 WEST MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| **2.773** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICES AGREEMENT MAY 21, 2019 <br><br> LINKEDIN<br>1000 WEST MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| **2.774** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICE AGREEMENT DATED 4/27/2021 <br><br> LINKEDIN<br>1000 WEST MAUDE AVENUE<br>SUNNYVALE, CA 94085 |
| **2.775** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICE AGREEMENT DATED MAY 31, 2021 <br><br> LINKEDIN<br>1000 WEST MAUDE AVENUE<br>SUNNYVALE, CA 94085 |

Debtor  Red Lobster Management LLC                                          Case number (if known)   24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.776** State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT MAY 15, 2019 | LINKEDIN 1000 WEST MAUDE AVENUE SUNNYVALE, CA 94085 |

| | | |
|---|---|---|
| **2.776** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MAY 15, 2019 |
| | | LINKEDIN 1000 WEST MAUDE AVENUE SUNNYVALE, CA 94085 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.777** | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT |
| | | LINKEDIN CORPORATION 62228 COLLECTIONS CENTER DRIVE CHICAGO, IL 606930622 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.778** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| | | LITMUS SOFTWARE INC 675 MASSACHUSETTS AVE SUITE 11 CAMBRIDGE, MA 02139 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.779** | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO STATEMENT OF WORK A-1 DATED 02/01/2023 |
| | | LITTLETON CONCIERGE MEDICINE, PLLC 820 LAKE MARY BLVD. #107 SANFORD, FL 32773 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.780** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 01/27/2017 |
| | | LITTLETON CONCIERGE MEDICINE, PLLC 820 LAKE MARY BLVD. #107 SANFORD, FL 32773 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.781** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT |
| | | LL&D INC DBA RESPOND NEW MEXICO PO BOX 35963 ALBUQUERQUE, NM 871765963 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.782** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 03/01/2020 |
| | | LL&D INC DBA RESPOND NEW MEXICO 3809 HAWKINS ST NE ALBUQUERQUE, NM 87109 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.783** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (TERRORISM AND SABOTAGE INSURANCE) POLICY NUMBER B0509BOWTN2350802 | LLOYD'S OF LONDON<br>MARSH LIMITED WILLOW HOUSE<br>PEACHMAN WAY<br>BROADLAND BUSINESS PARK<br>NORWICH, NR7 0WF<br>UNITED KINGDOM |
| **2.784** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (PROPERTY) POLICY NUMBER B0509BOWPN2352678 | LLOYD'S UNDERWRITER SYNDICATE 1 - KLN 510<br>MARSH LIMITED<br>1 TOWER PLACE WEST<br>TOWER PLACE<br>LONDON, EC3R 5BU<br>UNITED KINGDOM |
| **2.785** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | LOCKTON COMPANIES<br>DBA LOCKTON INSURANCE BROKERS LLC<br>DEPT LA 23878<br>PASADENA, CA 911853878 |
| **2.786** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Advisory Services Agreement Dated 9/20/2014 | Lockton Investment Advisers, LLC<br>75 E Santa Clara Street, Suite 1450<br>San Jose, CA 95113 |
| **2.787** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | LOEWS SAPPHIRE FALLS RESORT<br>6800 LAKEWOOD PLAZA DRIVE<br>ORLANDO, FL 32819 |
| **2.788** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT | LOGMEIN, INC |
| **2.789** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GENERAL TERMS AND CONDITIONS FOR SERVICES DATED 07/28/2014 | LOOMIS ARMORED U.S., LLC<br>2500 CITY WEST BOULEVARD<br>SUITE 900<br>HOUSTON, TX 77024 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.790** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT NO. 1 DATED 06/23/2021 **State the term remaining** **List the contract number of any government contract** | LOOMIS ARMORED U.S., LLC 2500 CITY WEST BOULEVARD SUITE 900 HOUSTON, TX 77024 |
| **2.791** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT NO 1 DATED 05/01/2016 **State the term remaining** **List the contract number of any government contract** | LOOMIS ARMORED U.S., LLC 2500 CITY WEST BOULEVARD SUITE 900 HOUSTON, TX 77024 |
| **2.792** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT DATED 12/05/2019 **State the term remaining** **List the contract number of any government contract** | LOOMIS ARMORED U.S., LLC 2500 CITY WEST BLVD. STE. 2300 HOUSTON, TX 77042 |
| **2.793** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT DATED 12/05/2019 **State the term remaining** **List the contract number of any government contract** | LOOMIS ARMORED US, LLC 2500 CITY WEST BLVD. STE 2300 HOUSTON, TX 77042 |
| **2.794** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** **List the contract number of any government contract** | LOVE IT PRODUCTIONS |
| **2.795** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** **List the contract number of any government contract** | LOXIA TECHNOLOGIES |
| **2.796** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | LOYALTY & CO |

Debtor    Red Lobster Management LLC
          Name
          Case number (If known):  24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.797 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | LUKES SEAFOOD |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | M SQUARED ONSTAGE INC DBA M2 ONSTAGE 1780 CORPORATE DR STE 440 NORCROSS, GA 30093-2958 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MACDADE CONSTRUCTION INC 1200 S SANFORD AVENUE SANFORD, FL 32771 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | MACHADO MANAGEMENT CONSULTING |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.801 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MAD MOBILE |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.802 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | MAINSAIL HOUSING PARTNERS LLC DBA MAINSAIL CORPORATE HOUSING 4602 EISENHOWER BLVD TAMPA, FL 33634-6359 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | MAKE-A-WISH FOUNDATION OF AMERICA 1702 E HIGHLAND AVE STE 400 PHOENIX, AZ 85016-4630 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Red Lobster Management LLC                              Case number (if known)  24-02486
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | MANAGED CARE ADVISORY GROUP |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT | MANHATTAN TELECOMMUNICATIONS |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | MANY HATS |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | MARIO ROQUE ADDRESS ON FILE |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT | MARITZ MOTIVATION |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT | MARK KENNETH ESCANO ALANO DBA KENNETH ALANO LLC 5715 RIDGEWAY DR ORLANDO, FL 32819-7739 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** INSURANCE POLICY (PRIMARY EMPLOYMENT PRACTICES LIABILITY INSURANCE) POLICY NUMBER MKLB25GPL0005043 | MARKEL BERMUDA LIMITED MARKEL HOUSE 2 FRONT STREET HAMILTON, HM KX BERMUDA |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Debtor    Red Lobster Management LLC                                    Case number (If known):    24-02486

       Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.811** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>MARKETLAB INC<br>8208 BOXMERE CT<br>BRENTWOOD, TN 37027-7154 |
| **2.812** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>MARNE BROPHY |
| **2.813** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AGREEMENT DATED 10/01/2022<br><br>MARSH USA INC<br>1560 SAWGRASS CORPORATE PARKWAY<br>SUNRISE, FL 33323 |
| **2.814** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | FIRST AMENDMENT TO AGREEMENT DATED 10/01/2022<br><br>MARSH USA INC<br>1560 SAWGRASS CORPORATE PARKWAY<br>SUNRISE, FL 33323 |
| **2.815** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | SECOND AMENDMENT TO AGREEMENT DATED 10/01/2022<br><br>MARSH USA INC.<br>1560 SAWGRASS CORPORATE PARKWAY<br>SUNRISE, FL 33323 |
| **2.816** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT - 001 DATED 08/01/2023<br><br>MARSH USA LLC<br>1166 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2774 |
| **2.817** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | STATEMENT OF WORK DATED 04/21/2023<br><br>MARSH USA LLC<br>1166 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2774 |

Debtor    Red Lobster Management LLC _____     Case number (if known): 24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | MASTERCARD<br>7868 LOWER PERSE CIRCLE<br>ORLANDO, FL 32827 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | MCCI LLC<br>PO BOX 790379<br>SAINT LOUIS, MO 63179-0379 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 01/25/2017 | MDVIP, INC<br>4950 COMMUNICATION AVENUE<br>SUITE 100<br>BOCA RATON, FL 33431 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | MEARS TRANSPORTATION GROUP<br>324 W GORE ST<br>ORLANDO, FL 32806 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | MEDCOR INC<br>PO BOX #75570<br>CLEVELAND, OH 441014755 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | MEILE INVESTMENT LLC<br>DBA DOUBLETREE BY HILTON<br>MONROVIA-PASADENA<br>924 WEST HUNTINGTON DRIVE<br>MONROVIA, CA 91016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | MELTON FRANCHISE SYSTEMS INC<br>438 HOBRON LANE<br>PH4<br>HONOLULU, HI 96815 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Red Lobster Management LLC
         Name

Case number (If known): 24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.825** State what the contract or lease is for and the nature of the debtor's interest — SERVICE AGREEMENT DATED AUGUST 21, 2023<br><br>State the term remaining<br><br>List the contract number of any government contract | MENTIMETER AB (PUBL)<br>TULEGATAN 11<br>SE-113 86 STOCKHOLM,<br>SWEDEN |
| **2.826** State what the contract or lease is for and the nature of the debtor's interest — PROJECT INITIATION FORM DATED 01/18/2014<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCER (CANADA) LIMITED<br>PO BOX 57483 STATION A<br>TORONTO, ON M5W 5M5<br>CANADA |
| **2.827** State what the contract or lease is for and the nature of the debtor's interest — ENGAGEMENT LETTER AGREEMENT DATED 04/29/2014<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCER INVESTMENT CONSULTING, INC.<br>3560 LENOX ROAD<br>SUITE 2400<br>ATLANTA, GA 30326 |
| **2.828** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCHANT LINK LLC<br>C/O MERCHANT LINK LOCKBOX<br>26125 NETWORK PL<br>CHICAGO, IL 60673-1261 |
| **2.829** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCHANTLINK (ACQUIRED BY SHIFT 4)<br>8401 COLESVILLE ROAD<br>SUITE 750<br>SILVER SPRING, MD 20910 |
| **2.830** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCURY TECHNOLOGIES INC<br>7636 HERITAGE CROSSING WAY<br>REUNION, FL 34747 |
| **2.831** State what the contract or lease is for and the nature of the debtor's interest — IT SERVICES AGREEMENT DATED 07/31/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | MERKLE INC<br>7001 COLUMBIA GATEWAY DRIVE<br>COLUMBIA, MD 21046 |

Debtor    Red Lobster Management LLC

Name    Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.832 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED 07/14/2023 | METLIFE LEGAL PLANS 1111 SUPERIOR AVENUE CLEVELAND, OH 44114-2507 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.833 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL AGREEMENT DATED 07/25/2023 | METLIFE LEGAL PLANS, INC. 1111 SUPERIOR AVENUE CLEVELAND, OH 44144-2507 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.834 | State what the contract or lease is for and the nature of the debtor's interest | Group Insurance Program Agreement Dated 1/1/2015 | METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY 700 Quaker Lane Warwick, RI 02886 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.835 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY 700 QUAKER LANE WARWICK, RI 02886 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.836 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | MICHAEL TRIMBOLI DBA MIKE TRIMBOLI LTD 8172 BARHAM PL COLORADO SPRINGS, CO 80908-5032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.837 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES WORK ORDER DATED 04/20/2015 | MICROSOFT CORPORATION DEPT. 551, VOLUME LICENSING 6100 NEIL ROAD SUITE 210 RENO, NV 89511-1137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.838 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO CONTRACT DOCUMENTS DATED 11/01/2017 | MICROSOFT CORPORATION DEPT. 551, VOLUME LICENSING 6100 NEIL ROAD SUITE 210 RENO, NV 89511-1137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC
Name

Case number (if known): 24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.839** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES WORK ORDER DATED 11/10/2014<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.840** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING SERVICES WORK ORDER AMENDMENT# 1 DATED 06/02/2015<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.841** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING SERVICES WORK ORDER DATED 06/18/2015<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.842** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING SERVICES WORK ORDER DATED 10/03/2014<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.843** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING SERVICES WORK ORDER DATED 11/03/2014<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.844** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT GIVEAWAY AGREEMENT DATED 05/24/2023<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.845** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT GIVEAWAY AGREEMENT DATED 07/12/2023<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |

Debtor    Red Lobster Management LLC
_____    Case number (if known): 24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| **2.846** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENTERPRISE ENROLMENT DATED 11/01/2017<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.847** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING SERVICES WORK ORDER DATED 06/09/2015<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.848** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVER AND CLOUD ENROLLMENT DATED 11/13/2017<br><br>MICROSOFT CORPORATION<br>DEPT. 551, VOLUME LICENSING<br>6100 NEIL ROAD<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.849** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVER AND CLOUD ENROLLMENT AMENDMENT DATED 11/24/2014<br><br>MICROSOFT CORPORATION<br>DEPT, 551, VOLUME LICENSING<br>6100 NEIL ROAD,<br>SUITE 210<br>RENO, NV 89511-1137 |
| **2.850** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SOFTWARE LICENSE AGREEMENT DATED 01/15/2013<br><br>MICROSTRATEGY SERVICES CORPORATION<br>1850 TOWERS CRESCENT PLAZA<br>TYSONS CORNER, VA 22182 |
| **2.851** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SOFTWARE LICENSE AND SERVICES AGREEMENT<br><br>MICROSTRATEGY SERVICES CORPORATION<br>1850 TOWERS CRESCENT  PLAZA<br>TYSONS CORNER, VA 22182 |
| **2.852** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICE QUOTATION AND PURCHASE AGREEMENT DATED 12/03/2014<br><br>MICROSTRATEGY SERVICES CORPORATION<br>1850 TOWERS CRESCENT PLAZA<br>TYSONS CORNER, VA 22182 |

Debtor    Red Lobster Management LLC                                    Case number (if known)    24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.853** State what the contract or lease is for and the nature of the debtor's interest — MASTER SOFTWARE LICENSE AND SERVICES AGREEMENT DATED 12/05/2014<br>State the term remaining<br>List the contract number of any government contract | MICROSTRATEGY SERVICES CORPORATION<br>1850 TOWERS CRESCENT PLAZA<br>TYSONS CORNER, VA 22182 |
| **2.854** State what the contract or lease is for and the nature of the debtor's interest — CONSULTING AGREEMENT<br>State the term remaining<br>List the contract number of any government contract | MIDTOWN CONSULTING GROUP INC<br>75 5TH STREET NW<br>SUITE 342<br>ATLANTA, GA 30308 |
| **2.855** State what the contract or lease is for and the nature of the debtor's interest — SETTLEMENT AGREEMENT DATED 2/20/2018<br>State the term remaining<br>List the contract number of any government contract | MILWAUKEE WORLD FESTIVAL, INC.<br>639 E. SUMMERFEST PLACE<br>MILWAUKEE, WI 53202 |
| **2.856** State what the contract or lease is for and the nature of the debtor's interest — SPONSORSHIP AGREEMENT DATED 2/1/2018<br>State the term remaining<br>List the contract number of any government contract | MILWAUKEE WORLD FESTIVAL, INC.<br>639 E. SUMMERFEST PLACE<br>MILWAUKEE, WI 53202 |
| **2.857** State what the contract or lease is for and the nature of the debtor's interest — GENERAL TERMS AND CONDITIONS DATED 03/30/2018<br>State the term remaining<br>List the contract number of any government contract | MIMECAST NORTH AMERICA<br>191 SPRING STREET<br>LEXINGTON, MA 02421 |
| **2.858** State what the contract or lease is for and the nature of the debtor's interest — STATEMENT OF WORK NO. 1 DATED 03/30/2018<br>State the term remaining<br>List the contract number of any government contract | MIMECAST NORTH AMERICA, INC.<br>191 SPRING STREET<br>LEXINGTON, MA 02421 |
| **2.859** State what the contract or lease is for and the nature of the debtor's interest — SERVICE ORDER DATED 03/30/2018<br>State the term remaining<br>List the contract number of any government contract | MIMECAST NORTH AMERICA, INC.<br>191 SPRING STREET<br>LEXINGTON, MA 02421 |

Debtor    Red Lobster Management LLC                                          Case number (if known):    24-02486

Name

▐   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.860** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> MJ CORPORATE SALES INC. <br> 109 W PACK DRIVE <br> SUITE A <br> MT. LAUREL, NJ 08052 |
| **2.861** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> MOBI WIRELESS MANAGEMENT LLC <br> 6100 WEST 96TH STREET <br> SUITE 150 <br> INDIANAPOLIS, IN 46278 |
| **2.862** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> MOBILE DEMAND LC <br> 1501 BOYSON SQUARE DRIVE <br> SUITE 101 <br> HIAWATHA, IA 52233 |
| **2.863** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> MOBIVITY <br> 55 N. ARIZONA PLACE <br> SUITE 310 <br> CHANDLER, AZ 85225 |
| **2.864** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> MOMENTFEED INC <br> 1540 2ND STREET SUITE 302 <br> SANTA MONICA, CA 90401-3513 |
| **2.865** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/01/2022 <br><br> MOMENTFEED UB, INC. <br> 19 CLIFFORD STREET <br> DETROIT, MI 48226 |
| **2.866** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> MONTEREY BAY AQUARIUM FOUNDATION |

| Debtor | Red Lobster Management LLC | Case number (if known) | 24-02486 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.867 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | MOREDIRECT INC. 1001 YAMATO ROAD BOCA RATON, FL 33431 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.868 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | MOSS ADAMS LLP 999 THIRD AVE. SUITE 2800 SEATTLE, WA 98104 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.869 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | MOVABLE INC DBA MOVABLE INK PO BOX 200338 PITTSBURGH, PA 15251-0338 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.870 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD TERMS AGREEMENT DATED 05/14/2018 | MOVABLE, INC. 5 BRYANT PARK 1065 SIXTH AVENUE 9TH FLOOR NEW YORK, NY 10018 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.871 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED 11/29/2016 | MULESOFT INC. 77 GEARY STREET SUITE 400 SAN FRANCISCO, CA 94108 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.872 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBSCRIPTION AGREEMENT DATED 12/19/2016 | MULESOFT INC. 77 GEARY STREET SUITE 400 SAN FRANCISCO, CA 94108 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.873 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL AND TRAINING SERVICES DATED 11/29/2016 | MULESOFT INC. 77 GEARY STREET SUITE 400 SAN FRANCISCO, CA 94108 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC _____    Case number (If known):  24-02486
                Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.874** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 11/16/2016<br><br>MULESOFT, INC.<br>77 GEARY STREET<br>SUITE 400<br>SAN FRANCISCO, CA 94108 |
| **2.875** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>MVD COMMUNICATIONS LLC<br>DBA MVDCONNECT LLC<br>5188 COX SMITH ROAD<br>MASON, OH 45040 |
| **2.876** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>MVP SYSTEMS SOFTWARE INC<br>29 MILL STREET<br>UNIONVILLE, CT 06085 |
| **2.877** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO.2 TO SERVICES AGREEMENT DATED 06/01/2016<br><br>MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| **2.878** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 14 TO SERVICES AGREEMENT DATED 09/26/2023<br><br>MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| **2.879** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 7 TO SERVICES AGREEMENT DATED 01/01/2021<br><br>MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| **2.880** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 11 TO SERVICES AGREEMENT DATED 10/01/2021<br><br>MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |

Debtor   Red Lobster Management LLC
_____
         Name

Case number (If known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 5 TO SERVICES AGREEMENT DATED 06/01/2019 | MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| 2.882 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO.1 TO SERVICES AGREEMENT DATED 06/01/2015 | MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| 2.883 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGENCY SERVICES AGREEMENT DATED 07/17/2014 | MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| 2.884 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 4 TO SERVICES AGREEMENT DATED 06/01/2018 | MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| 2.885 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 10 TO SERVICES AGREEMENT DATED 07/08/2021 | MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 06/01/2021 | MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 12 TO SERVICES AGREEMENT DATED 06/01/2022 | MWW GROUP LLC<br>ONE MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 |

Debtor   Red Lobster Management LLC
Name

Case number (if known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO 6 TO SERVICES AGREEMENT DATED 04/01/2020 | MWW GROUP LLC ONE MEADOWLANDS PLAZA EAST RUTHERFORD, NJ 07073 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 9 TO SERVICES AGREEMENT DATED 04/01/2021 | MWW GROUP LLC ONE MEADOWLANDS PLAZA EAST RUTHERFORD, NJ 07073 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 13 TO SERVICES AGREEMENT DATED 06/01/2023 | MWW GROUP LLC ONE MEADOWLANDS PLAZA EAST RUTHERFORD, NJ 07073 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | NAME ON FILE ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Red Lobster Management LLC _____    Case number (if known)    24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.895** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| **2.896** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| **2.897** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| **2.898** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| **2.899** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| **2.900** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | CONSULTING AGREEMENT<br><br>NAME ON FILE<br>ADDRESS ON FILE |
| **2.901** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | EMPLOYEMENT AGREEMENT DATED 8/2/2021<br><br>NAME ON FILE<br>ADDRESS ON FILE |

Debtor    Red Lobster Management LLC                                          Case number (if known):   24-02486
          Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.902** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> NAME ON FILE <br> ADDRESS ON FILE |
| **2.903** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SUPPLY AGREEMENT <br><br> NAME ON FILE <br> ADDRESS ON FILE |
| **2.904** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> NAME ON FILE <br> ADDRESS ON FILE |
| **2.905** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> NAS RECRUITMENT SERVICES LLC <br> 9700 ROCKSIDE ROAD <br> SUITE 170 <br> CLEVELAND, OH 44125 |
| **2.906** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 4/18/2019 PLUS SOWS <br><br> NAS RECRUITMENT SERVICES, LLC <br> 9700 ROCKSIDE ROAD <br> SUITE 170 <br> CLEVELAND, OH 44125 |
| **2.907** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> NATIONAL CASH REGISTER (NCR) |
| **2.908** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> NATIONAL GIFT CARD CORP <br> 300 MILLENNIUM DRIVE <br> CRYSTAL LAKE, IL 60012 |

Debtor    Red Lobster Management LLC                                    Case number (if known):    24-02486
_____
Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.909** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>NATIONAL RESTAURANT ASSOC (GENERAL) |
| **2.910** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NATIONAL RESTAURANT ASSOCIATION SOLUTIONS LLC<br>233 S. WACKER DRIVE<br>SUITE 3600<br>CHICAGO, IL 60606 |
| **2.911** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NATIONAL SERVICE SOURCE INC<br>DBA USSI GLOBAL<br>9145 ELLIS ROAD<br>WEST MELBOURNE, FL 32904-1019 |
| **2.912** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NATIONAL SERVICE SOURCE INC<br>DBA USSI GLOBAL<br>9145 ELLIS ROAD<br>WEST MELBOURNE, FL 32904-1019 |
| **2.913** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>NATIXIS SECURITIES AMERICAS LLC<br>1251 AVENUE OF THE AMERICAS<br>5TH FLOOR<br>NEW YORK, NY 10020 |
| **2.914** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>NATURALLY SLIM<br>12712 PARK CENTRAL DRIVE<br>SUITE 100<br>DALLAS, TX 75251 |
| **2.915** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NAVIGATOR EXECUTIVE ADVISORS INC<br>7065 WESTPOINTE BLVD.<br>SUITE 3401<br>ORLANDO, FL 32835 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.916** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NAVISITE LLC<br>400 MINUTEMAN ROAD<br>ANDOVER, MA 01810 |
| **2.917** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NEBBIA TECHNOLOGY LLC<br>130 S ORANGE AVE SUITE 204<br>ORLANDO, FL 32801 |
| **2.918** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>NEI GLOBAL RELOCATION<br>PO BOX 241886<br>OMAHA, NE 681245886 |
| **2.919** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>NERD MOUNTAIN LLC<br>411 W ALAMEDA AVE<br>SUITE 505<br>BURBANK, CA 91505 |
| **2.920** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NERDERY<br>9555 JAMES AVE S.<br>SUITE 245<br>BLOOMINGTON, MN 55431 |
| **2.921** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | END USER LICENSE AGREEMENT DATED 10/17/2018<br><br>NETSKOPE, INC.<br>270 3RD STREET<br>LOS ALTOS, CA 94022 |
| **2.922** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>NEUSTAR INFORMATION SERVICE INC.<br>21575 RIDGETOP CIRCLE<br>STERLING, VA 20166 |

| Debtor | Red Lobster Management LLC | | Case number (If known): 24-02486 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.923** | State what the contract or lease is for and the nature of the debtor's interest | Employer Agreement for List Billing Dated 1/1/2024 | NEW BENEFITS LTD 14240 PROTON ROAD DALLAS, TX 75244 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.924** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | NEW DAY RECRUITING LLC 12 HUMMINGBIRD DR MANALAPAN, NJ 07726-4189 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.925** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | NEWS AMERICA MARKETING FSI LLC 3455 PEACHIREE ROAD SUITE 950 ATLANTA, GA 30326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.926** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | NEXTBITE BRANDS LLC 1610 LITTLE RAVEN STREET #100 DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.927** | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | NFL PRODUCTIONS LLC ONE SABOL WAY MOUNT LAUREL, NJ 8054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.928** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | NHR NEWCO HOLDINGS LLC DBA CURVATURE LLC 6500 HOLLISTER AVENUE SUITE 210 SANTA BARBARA, CA 93117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.929** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | NIELSEN CONSUMER LLC 200 WEST JACKSON BOULEVARD CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.930 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL TERMS AND CONDITIONS FOR INSPECTION SERVICES DATED 06/01/2023 | NITIN VIKRAMRAO WAGH A1104 TRINITY LAKESHORE GREENS PALAVA 2 DOMBIVILI EAST Maharashtra, 421201 INDIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | NORTH HIGHLAND 3333 PIEDMONT RD NE ATLANTA, GA 30305 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | NORTHSTAR LEGAL INC PO BOX 16253 GREENVILLE, SC 29606-7253 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT FOR RESTAURANT #0172 DATED 08/30/2017 | NUCO2 LLC 2800 SE MARKET PLACE STUART, FL 34997 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.934 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO.1 TO THE MASTER PURCHASE AGREEMENT DATED 05/02/2017 | NUCO2 LLC 2800 SE MARKET PLACE STUART, FL 34997 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest | BILL OF SALE DATED 05/26/2017 | NUCO2 LLC 2800 SE MARKET PLACE STUART, FL 34997 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest | MASTER PURCHASE AGREEMENT DATED 10/01/2014 | NUCO2 LLC. 2800 SE MARKET PLACE STUART, FL 34997 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC                                Case number (if known):    24-02486
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.937** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 08/28/2020<br><br>NUTRICLINICAL SOLUTIONS LLC<br>12401 NW<br>147TH LANE<br>ALACHUA, FL 32615 |
| **2.938** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 06/11/2020<br><br>NUWAVE COMMUNICATIONS<br>8275 S. EASTERN AVE.<br>SUITE 200<br>LAS VEGAS, NV 89123 |
| **2.939** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 06/10/2020<br><br>NUWAVE COMMUNICATIONS, INC.<br>8275 S. EASTERN AVE.<br>SUITE 200<br>LAS VEGAS, NV 89123 |
| **2.940** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>OCH SERVICES LLC<br>17640 SPARKLING RIVER RD<br>BOCA RATON, FL 33496-5639 |
| **2.941** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 08/03/2022 PLUS AMENDMENTS<br><br>OCH SERVICES LLC<br>17640 SPARKLING RIVER ROAD<br>BOCA RATON, FL 33496 |
| **2.942** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT<br><br>ODP BUSINESS SOLUTIONS LLC<br>DBA OFFICE DEPOT BUSINESS SOLUTIONS LLC<br>PO BOX 633211<br>CINCINNATI, OH 45263-3211 |
| **2.943** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>OFDC COMMUNICATIONS<br>12025 MEADOWVILLE CT<br>HERNDON, VA 20170-2608 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.944** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>OLIVE AND GOOSE LLC<br>3451 NW 64TH ST<br>SEATTLE, WA 98107 |
| **2.945** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>OMNI DALLAS HOTEL |
| **2.946** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ONDEMAND RESOURCES<br>2089 GRACE MANOR COURT<br>MCLEAN, VA 22101 |
| **2.947** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-2 TO SERVICES AGREEMENT DATED 09/01/2015<br><br>ONDEMAND RESOURCES LLC<br>6621 SE HARBOR CIRCLE<br>STUART, FL 34996 |
| **2.948** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ONEDINE LLC<br>DBA ONEDINE<br>5055 W PARK BLVD STE 601<br>PLANO, TX 75093-2010 |
| **2.949** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 01/25/2024<br><br>ONETRUST LLC<br>1200 ABERNATHY RD NE<br>SUITE 300<br>ATLANTA, GA 30328 |
| **2.950** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENEWAL ORDER FORM DATED 03/01/2021<br><br>ONETRUST LLC<br>1200 ABERNATHY RD NE<br>SUITE 300<br>ATLANTA, GA 30328 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.951 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RENEWAL ORDER FORM DATED 12/06/2022 | ONETRUST LLC<br>1200 ABERNATHY RD NE<br>BLDG 600<br>ATLANTA, GA 30328 |
|---|---|---|---|
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMS AND CONDITIONS - CLOUD DEPLOYMENT DATED 06/26/2019 | ONETRUST, LLC<br>1200 ABERNATHY ROAD<br>ATLANTA, GA 30328 |
| 2.953 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | ONSITERIS LLC<br>2010 AVALON PARKWAY<br>SUITE 400<br>MCDONOUGH, GA 30253 |
| 2.954 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 2 TO COMMITMENT AGREEMENT DATED 01/01/2024 | OPTUMRX, INC.<br>600 MCCONNOR PARKWAY<br>SCHAUMBURG, IL 60173 |
| 2.955 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSPARENCY REPORTING SERVICES ADDENDUM HEALTHTRUST/CORETRUST COALITION CLIENTS DATED 09/01/2024 | OPTUMRX, INC.<br>600 MCCONNOR PARKWAY<br>SCHAUMBURG, IL 60173 |
| 2.956 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT 1 TO COMMITMENT AGREEMENT DATED 01/01/2022 | OPTUMRX, INC.<br>600 MCCONNOR PARKWAY<br>SCHAUMBURG, IL 60173 |
| 2.957 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 05/01/2015 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |

Debtor    Red Lobster Management LLC                                    Case number (if known):    24-02486
          Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.958 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDERING DOCUMENT DATED 06/01/2015 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.959 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDERING DOCUMENT DATED 05/20/2015 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES,, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.960 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT AMENDMENT TWO DATED 05/12/2020 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES,, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.961 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AND SERVICES AGREEMENT DATED 05/31/2012 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD CITY, CA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.962 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 08/30/2013 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.963 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDERING DOCUMENT DATED 02/14/2015 | ORACLE AMERICA, INC. SCO GRADE PERKWAY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.964 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 02/17/2015 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Red Lobster Management LLC                                    Case number (if known)    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.965** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDERING DOCUMENT DATED 12/02/2019<br><br>ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| **2.966** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDERING DOCUMENT DATED 07/13/2018<br><br>ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| **2.967** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 02/14/2015<br><br>ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| **2.968** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDERING DOCUMENT DATED 04/01/2020<br><br>ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| **2.969** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE DATED 03/15/2016<br><br>ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD CITY, CA 94065 |
| **2.970** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PAYMENT SCHEDULE DATED 05/21/2020<br><br>ORACLE CREDIT CORPORATION<br>500 ORACLE PARKWAY<br>REDWOOD SHORES,, CA 94065 |
| **2.971** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PAYMENT PLAN AGREEMENT DATED 04/01/2020<br><br>ORACLE CREDIT CORPORATION<br>500 ORACLE PARKWAY<br>REDWOOD SHORES,, CA 94065 |

Debtor    Red Lobster Management LLC
         _____    Case number (if known):   24-02486
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.972 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ORANGE COUNTY PARKS & RECREATION<br>290 HOLDEN AVE<br>ORLANDO, FL 32839 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.973 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | ORION TECHNOLOGY SERVICES LLC<br>512 MEANS ST NW STE 400<br>ATLANTA, GA 30318-5788 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.974 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | ORION TRADING |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.975 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AGREEMENT | ORLANDO MAGIC LTD<br>DBA ORLANDO EVENTS CENTER ENTERPRISE LLC<br>400 W CHURCH ST STE 250<br>ORLANDO, FL 32801-2515 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.976 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL ORDER FORM DATED 07/07/2023 | OT TECHNOLOGY INC.<br>1200 ABERNATHY RD NE<br>BLDG 600<br>ATLANTA, GA 30328 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.977 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 01/25/2024 | OT TECHNOLOGY INC.<br>1200 ABERNATHY RD NE<br>BLDG 600<br>ATLANTA, GA 30328 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.978 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | OUTWARD INTELLIGENCE LLC<br>442 5TH AVE #1633<br>NEW YORK, NY 10018 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.979** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>OXXFORD RELOCATION CENTER INC<br>4780 ASHFORD DUNWOODY RD STE 540-20<br>ATLANTA, GA 30338-5564 |
| **2.980** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTOR AGREEMENT FOR RESTAURANT #0241 DATED 11/05/2014<br><br>PAK-RITE RENTALS, INC.<br>12W. MAIN STREET<br>NEW PALESTINE, IN 46163 |
| **2.981** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTOR AGREEMENT FOR RESTAURANT #0566 DATED 11/03/2015<br><br>PAK-RITE RENTALS, INC.<br>44 W. MAIN STREET<br>NEW PALESTINE, IN 46163 |
| **2.982** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (PROPERTY) POLICY NUMBER 23-PQP-0009<br><br>PALMS INSURANCE COMPANY, LIMITED<br>AMWINS INSURANCE BROKERAGE LLC<br>105 FIELDCREST AVENUE<br>SUITE 200<br>EDISON, NJ 08837 |
| **2.983** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PANAYA INC<br>CONTINENTAL PLAZA 411 HACKENSACK AV<br>8TH FLOOR<br>HACKENSACK, NJ 07601 |
| **2.984** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PANDERA SYSTEMS PLLC<br>PO BOX 742873<br>ATLANTA, GA 30374 |
| **2.985** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PARABLESOFT<br>6609 W. DORMANY RD<br>PLANT CITY, FL 33565 |

Debtor    Red Lobster Management LLC                                    Case number (If known):   24-02486
          Name

| ☐ | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.986 | **State what the contract or lease is for and the nature of the debtor's interest**  MASTER SERVICE AGREEMENT  **State the term remaining**  **List the contract number of any government contract** | PARADIGM TAX GROUP HOLDING COMPANY DBA PARADIGM DKD GROUP LLC PO BOX 734265 DALLAS, TX 75373-4265 |
| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest**  MASTER SERVICE AGREEMENT  **State the term remaining**  **List the contract number of any government contract** | PARQUET PUBLIC AFFAIRS 189 SOUTH ORAMGE AVENUE SUITE 850 ORLANDO, FL 32801 |
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest**  SERVICES AGREEMENT  **State the term remaining**  **List the contract number of any government contract** | PARR RECOVERY INC 165 EVELYN ROAD NEWTON, MA 2468 |
| 2.989 | **State what the contract or lease is for and the nature of the debtor's interest**  MASTER SERVICE AGREEMENT  **State the term remaining**  **List the contract number of any government contract** | PARSIFAL CORP 1067 S HOVER STREET SUITE E-141 LONGMONT, CO 80501 |
| 2.990 | **State what the contract or lease is for and the nature of the debtor's interest**  AMENDMENT NO. 1 TO  SOFTWARE LICENSE AGREEMENT DATED 08/18/2014  **State the term remaining**  **List the contract number of any government contract** | PARTECH, INC. PAR TECHNOLOGY PARK 8383 SENECA TURNPIKE NEW HARTFORD, NY 13413 |
| 2.991 | **State what the contract or lease is for and the nature of the debtor's interest**  SOFTWARE LICENSE AGREEMENT DATED 07/25/2014  **State the term remaining**  **List the contract number of any government contract** | PARTECH, INC. PAR TECHNOLOGY  PARK 8383 SENECA TURNPIKE NEW HARTFORD, NY 13413 |
| 2.992 | **State what the contract or lease is for and the nature of the debtor's interest**  SERVICES AGREEMENT  **State the term remaining**  **List the contract number of any government contract** | PARTNERS FILM INC. 51 MILL ST. SUITE 300 TORONTO, ON M5A3C4 CANADA |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.993** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTNERS IN LEADERSHIP LLC<br>DBA CULTURE PARTNERS<br>PO BOX 776246<br>CHICAGO, IL 60677-6246 |
| **2.994** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | PATHSOLUTIONS INC<br>1030 E EL CAMINO REAL 173<br>SUNNYVALE, CA 94087-3759 |
| **2.995** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | PATRICE & ASSOCIATES FRANCHISING INC.<br>4 RESEARCH DRIVE<br>SUITE 402<br>SHELTON, CT 6484 |
| **2.996** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | PATRICK HARRIGAN<br>ADDRESS ON FILE |
| **2.997** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | PATRICK HENRY CREATIVE PROMOTIONS INC<br>1177 WEST LOOP S STE 800<br>HOUSTON, TX 77027-9073 |
| **2.998** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | PATRICK S SCHRADER<br>DBA WINGSPAN CONSULTING<br>3281 BRACKENRIDGE TRAIL<br>KENNESAW, GA 30152 |
| **2.999** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | PATRICK VERCNOCKE<br>48888 POINT LAKEVIEW STREET<br>CHESTERFIELD, MI 48047 |

Debtor  Red Lobster Management LLC
        Name

Case number (If known):   24-02486

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1000** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PAYFACTORS GROUP LLC<br>2 ADAMS PLACE<br>2ND FLOOR<br>QUINCY, MA 2169 |
| **2.1001** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PAYLOGIX LLC<br>1025 OLD COUNTRY ROAD<br>SUITE 310<br>WESTBURY, NY 11590 |
| **2.1002** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PAYNUITY INE LLC<br>390 N. ORANGE<br>SUITE 2400<br>ORLANDO, FL 32801 |
| **2.1003** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCHANT AGREEMENT DATED 10/24/2016<br><br>PAYPAL<br>2211 NORTH FIRST STREET<br>SAN JOSE, CA 95131 |
| **2.1004** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PAYPAL INC<br>2211NORTH FIRST STREET<br>SAN JOSE, CA 95131 |
| **2.1005** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PENNSYLVANIA TOURISM SIGNING TRUST<br>2300 VARTAN WAY<br>SUITE 240<br>HARRISBURG, PA 17110 |
| **2.1006** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PENSKE TRUCK LEASING CO LP<br>ATTN: LIZ MASCIOTTI<br>PO BOX 391<br>READING, PA 196030391 |

Debtor    Red Lobster Management LLC                          Case number (if known):   24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1007** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PETER PAPPAS<br>ADDRESS ON FILE |
| **2.1008** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>PGI<br>3280 PEACHTREE ROAD NE<br>SUITE 1000<br>ATLANTA, GA 30305 |
| **2.1009** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PHAIDON INTERNATIONAL (U.S.) INC<br>711 3RD AVENUE<br>3RD FLOOR<br>NEW YORK, NY 10017 |
| **2.1010** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PHANTOM CYBER CORPORATION<br>2479 EAST BAYSHORE ROAD<br>PALO ALTO, CA 94303 |
| **2.1011** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFICE LEASE<br><br>PIEDMONT CNL TOWERS ORLAND LLC<br>PO BOX 743938<br>ATLANTA, GA 30374-3938 |
| **2.1012** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>PIEDMONT CNL TOWERS ORLAND LLC<br>PO BOX 743938<br>ATLANTA, GA 30374-3938 |
| **2.1013** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PILE AND COMPANY INC<br>179 LINCOLN STREET<br>SUITE 400<br>BOSTON, MA 02111 |

Debtor    Red Lobster Management LLC _____    Case number (if known)    24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1014** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | PLAY WITH A PURPOSE <br> 9420 DELEGATES DRIVE <br> SUITE 450 <br> ORLANDO, FL 32837 |
| **2.1015** State what the contract or lease is for and the nature of the debtor's interest — SALES ORDER DATED 09/14/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | PLURALSIGHT <br> DEPT CH 19719 <br> PALATINE, IL 600559719 |
| **2.1016** State what the contract or lease is for and the nature of the debtor's interest — SALES ORDER DATED 08/07/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | PLURALSIGHT <br> DEPT CH 19719 <br> PALATINE, IL 600559719 |
| **2.1017** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | POLARIS OWNERS ASSOCIATION INC <br> 2 MIRANOVA PL STE 900 <br> COLUMBUS, OH 43215-7054 |
| **2.1018** State what the contract or lease is for and the nature of the debtor's interest — AMENDMENT NO. 1 TO MASTER FRAMEWORK AGREEMENT DATED 02/01/2022 <br><br> State the term remaining <br><br> List the contract number of any government contract | PORTIER, LLC <br> 160 GREENTREE DRIVE <br> SUITE 101 <br> DOVER, DE 19904 |
| **2.1019** State what the contract or lease is for and the nature of the debtor's interest — MASTER FRAMEWORK LETTER AGREEMENT DATED 10/03/2018 <br><br> State the term remaining <br><br> List the contract number of any government contract | PORTIER, LLC <br> 160 GREENTREE DRIVE <br> SUITE 101 <br> DOVER, DE 19904 |
| **2.1020** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | POSTMATES INC <br> 201 3RD ST #200 <br> SAN FRANSISCO, CA 94103 |

Debtor    Red Lobster Management LLC

Case number (If known):    24-02486

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1021 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DATED 04/04/2017 PLUS AMENDMENTS | PR NEWSWIRE ASSOCIATION LLC<br>300 S RIVERSIDE PLAZA<br>CHICAGO, IL 60606 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1022 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | PREFERRED FREEZER SERVICES OF NORFOLK LLC<br>2700 TRADE STREET<br>CHESAPEAKE, VA 23323 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | PRESIDIO NETWORKED SOLUTIONS LLC<br>PO BOX 822169<br>PHILADELPHIA, PA 191822169 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1024 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | PRESTON MACK INC<br>14198 CHICORA CROSSING BLVD<br>ORLANDO, FL 32828 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1025 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE SERVICE SUBSCRIPTION AGREEMENT DATED 06/24/2021 | PREVALENT, INC.<br>11811 N. TATUM  BLVD.<br>SUITE 2400<br>PHOENIX, AZ 85028 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK NO. 1 DATED 06/24/2021 | PREVALENT, INC.<br>11811 N. TATUM  BLVD.<br>SUITE 2400<br>PHOENIX, AZ 85028 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES PROPOSAL 36627-3 DATED 06/25/2021 | PREVALENT, INC.<br>2201 COOPERATIVE WAY<br>SUITE 225<br>HERNDON, VA 20171 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Red Lobster Management LLC

Name

Case number (if known):   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1028** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | PRICEWATERHOUSE COOPERS LLP<br>PO BOX 932011<br>ATLANTA, GA 311932011 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1028** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PRICEWATERHOUSE COOPERS LLP<br>PO BOX 932011<br>ATLANTA, GA 311932011 |
| **2.1029** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/28/2014<br><br>PRICEWATERHOUSECOOPERS LLP<br>300 MADISON AVENUE<br>NEW YORK, NY 10017 |
| **2.1030** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PRINCETON PUBLIC SPEAKING<br>20 NASSAU STREET<br>SUITE 408<br>PRINCETON, NJ 08542 |
| **2.1031** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Adoption Agreement Dated 1/1/2024 With Amendments<br><br>PRINCIPAL LIFE INSURANCE COMPANY<br>711 HIGH STREET<br>DES MOINES, IA 50392 |
| **2.1032** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PRIZELOGIC LLC<br>25200 TELEGRAPH ROAD<br>SUITE 405<br>SOUTHFIELD, MI 48033 |
| **2.1033** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PRODUCT EVALUATIONS INC<br>708 ENTREPRISE DRIVE<br>OAK BROOK, IL 60523 |
| **2.1034** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PROFITALITY LLC<br>6725 SW<br>110 ST<br>MIAMI, FL 33176 |

Debtor    Red Lobster Management LLC
_____    Case number (If known):    24-02486
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1035** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PROTIVITI INC<br>301 E PINE STREET<br>SUITE 225<br>ORLANDO, FL 32801 |
| **2.1036** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PROTOBRAND SCIENCES INC<br>560 HARRISON AVENUE<br>SUITE 404<br>BOSTON, MA 2118 |
| **2.1037** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PUBLICIS CANADA INC<br>PO BOX 11758<br>STATION CENTRE VILLE<br>MONTREAL, QC H3C 6V6<br>CANADA |
| **2.1038** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>PUBLICIS KAPLAN THALER NY (PKT)<br>950 SIXTH AVENUE<br>NEW YORK, NY 10001 |
| **2.1039** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | END USER AGREEMENT DATED 10/12/2023<br><br>PURE STORAGE, INC.<br>2555 AUGUSTINE DRIVE<br>SANTA CLARA, CA 95054 |
| **2.1040** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>PYTHIAN SERVICES USA INC.<br>106 W 32ND STREET<br>SUITE 168<br>NEW YORK, NY 10001 |
| **2.1041** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (EXCESS DIRECTORS AND OFFICERS LIABILITY) POLICY NUMBER 130007168<br><br>QBE<br>PO BOX 5438<br>NEW YORK, NY 10087--5438 |

Debtor   Red Lobster Management LLC _____   Case number (if known):  24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1042 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE POLICY (EXCESS DIRECTORS AND OFFICERS LIABILITY – RUN OFF POLICY) POLICY NUMBER 130007168 | QBE PO BOX 5438 NEW YORK, NY 10087--5438 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1043 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMATIONS PURCHASE AGREEMENT DATED 07/15/2015 | QSR AUTOMATIONS, INC. 2301 STANLEY GAULT PARKWAY LOUISVILLE, KY 40223 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1044 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED PDRCHASE/LICENSE AGREEMENT FOR SOFTWARE AND SERVICES DATED 07/01/2009 | QSR AUTOMATIONS, INC. 2301 STANLEY GAULT PKWY LOUISVILLE, KY 40223 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1045 | **State what the contract or lease is for and the nature of the debtor's interest** | UNDERSTANDING AND AGREEMENT DATED 04/03/2020 | QSR AUTOMATIONS, INC. 2301 STANLEY GAULT PARKWAY LOUISVILLE, KY 40223 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1046 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION AGREEMENT | QSR AUTOMATIONS, INC. 2301 STANLEY GAULT  PARKWAY LOUISVILLE, KY 40223 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMATIONS PURCHASE AGREEMENT DATED 07/22/2015 | QSR AUTOMATIONS, INC. 2301 STANLEY GAULT PARKWAY LOUISVILLE, KY 40223 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION AGREEMENT DATED 09/24/2015 | QSR AUTOMATIONS, INC. 2301 STANLEY GAULT  PARKWAY LOUISVILLE, KY 40223 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Red Lobster Management LLC                                Case number (If known):    24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
| --- |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.1049** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDED AND RESTATED PURCHASE/LICENSE AGREEMENT FOR SOFTWARE AND SERVICES DATED 07/01/2009 <br><br> QSR AUTOMATIONS, INC. <br> 2301  STANLEY GAULT PKWY <br> LOUISVILLE, KY 40223 |
| **2.1050** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PURCHASE ORDER RESERVATION QUOTE DATED 08/24/2023 <br><br> QSR AUTOMATIONS, INC. <br> 2700 BUDDEKE DR. <br> LOUISVILLE, KY 40206 |
| **2.1051** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT NO. 1 TO AUTOMATIONS PURCHASE AGREEMENT DATED 11/01/2016 <br><br> QSR AUTOMATIONS, INC. <br> 2301 STANLEY GAULT PARKWAY <br> LOUISVILLE, KY 40223 |
| **2.1052** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> QUANTIFIND INC <br> 8 HOMEWOOD PLACE <br> MENLO PARK, CA 94025 |
| **2.1053** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> QUISITIVE LLC <br> 1431 GREENWAY DRIVE <br> SUITE 1000 <br> IRVING, TX 75038 |
| **2.1054** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | FACILITIES SERVICE AGREEMENT FOR RESTAURANT #0116 DATED 07/01/2020 <br><br> QWEST MECHANICAL <br> 13500 PEARL RD <br> SUITE 139-355 <br> STRONGSVILLE, OH 44136 |
| **2.1055** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER PURCHASE AGREEMENT DATED 08/05/2014 <br><br> R. R. DONNELLEY & SONS COMPANY <br> 111 SOUTH WACKER DRIVE <br> CHICAGO, IL 60606 |

Debtor    Red Lobster Management LLC
_____    Case number (If known):    24-02486
Name

| | |
|---|---|
| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1056 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>RACKSPACE US INC<br>1 FANATICAL PL<br>WINDCREST, TX 78218-2179 |
| 2.1057 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>RAINMAKER THINKING INC<br>PO BOX 6082<br>WALLINGFORD, CT 06492-0089 |
| 2.1058 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>RANDALL R RICHMOND LLC<br>7601 LAKE ANGELINA DRIVE<br>MOUNT DORA, FL 32757 |
| 2.1059 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>RANDSTAD TECHNOLOGIES LP<br>150 PREDENTIAL WAY<br>4TH FLOOR<br>WOBURN, MA 1801 |
| 2.1060 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>READY NETWORKS<br>11231 US HIGHWAY 1 #356<br>NORTH PALM BEACH, FL 33408 |
| 2.1061 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>REAF MARKETING INC.<br>124 BARES CREEK CT.<br>CINCINNATI, OH 45140 |
| 2.1062 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease for Restaurant # 990<br><br>REALTY INCOME CORPORATION<br>DBA SPIRIT MASTER FUNDING IX LLC<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA 92130 |

Debtor    Red Lobster Management LLC                                Case number (If known):    24-02486

Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1063** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | RED CANARY INC<br>1601 19TH ST.<br>SUITE 900<br>DENVER, CO 80202 |
| **2.1064** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | RED DAWN SEI BUYER INC<br>DBA SERVICE EXPRESS LLC<br>DEPT 6306<br>PO BOX 30516<br>LANSING, MI 48909-8016 |
| **2.1065** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADMINISTRATIVE SUPPORT SERVICES AGREEMENT DATED 07/28/2014 | RED LOBSTER  KANSAS LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 |
| **2.1066** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SYSTEM DEVELOPMENT SERVICES AGREEMENT DATED 12/31/2018 | RED LOBSTER ASIA SDN BHD<br>LEVEL 16<br>MENARA TOKIO MARINE LIFE 189<br>JALAN TUN RAZAK<br>KUALA LUMPUR, 50400<br>MALAYSIA |
| **2.1067** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FINANCIAL SERVICES AGREEMENT DATED 07/28/2014 | RED LOBSTER ASIA, SDN. BHD.<br>LEVEL 16<br>MENARA TOKIO MARINE LIFE 189<br>JALAN TUN RAZAK<br>KUALA LUMPUR, 50400<br>MALAYSIA |
| **2.1068** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SYSTEM DEVELOPMENT SERVICES AGREEMENT DATED 07/28/2014 | RED LOBSTER ASIA, SDN. BHD.<br>LEVEL 16, MENARA TOKIO MARINE LIFE 189<br>JALAN TUN RAZAK<br>KUALA LUMPUR, 50400<br>MALAYSIA |
| **2.1069** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADMINISTRATIVE SUPPORT SERVICES AGREEMENT DATED 07/28/2014 | RED LOBSTER CANADA, INC.<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 |

Debtor    Red Lobster Management LLC
_____    Case number (If known):    24-02486
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1070** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADMINISTRATIVE SUPPORT SERVICES AGREEMENT DATED 07/28/2014<br><br>RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 |
| **2.1071** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FINANCIAL SERVICES AGREEMENT DATED 12/31/2018<br><br>RED LOBSTER INTERNATIONAL  HOLDINGS LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 |
| **2.1072** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SYSTEM DEVELOPMENT SERVICES AGREEMENT DATED 12/31/2018<br><br>RED LOBSTER INTERNATIONAL HOLDINGS LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 |
| **2.1073** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADMINISTRATIVE SUPPORT SERVICES AGREEMENT DATED 12/31/2018<br><br>RED LOBSTER INTERNATIONAL HOLDINGS LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 |
| **2.1074** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADMINISTRATIVE SUPPORT SERVICES AGREEMENT DATED 07/28/2014<br><br>RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 |
| **2.1075** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMPACTOR AGREEMENT FOR RESTAURANT #0443 DATED 10/18/2023<br><br>REDDY RENTALS INC.<br>34194 AURORA RD.<br>SUITE #226<br>SOLON, OH 44139 |
| **2.1076** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>REED PAINTING LLC<br>DBA GASKET GUY OF RENO<br>1001 S MEADOWS PKWY APT 1833<br>RENO, NV 89521-5989 |

Debtor    Red Lobster Management LLC
                Name

Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1077** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>REFINITIV US LLC<br>PO BOX 415983<br>BOSTON, MA 02241-5983 |
| **2.1078** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>REGUS<br>28/F, HUAIHAI PLAZA<br>NO. 1045 MIDDLE HUIHAI ROAD<br>XUHUI DISTRICT<br>SHANGHAI, 200032<br>CHINA |
| **2.1079** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>RELATIVE INSIGHT INC<br>155 WATER STREET<br>SUITE 404<br>BROOKLYN, NY 11201 |
| **2.1080** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>RENTOKIL NORTH AMERICA INC<br>DBA JC EHRLICH<br>PO BOX 740608<br>CINCINNATI, OH 45274-0608 |
| **2.1081** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 04/07/2023<br><br>RENTOKIL NORTH AMERICA, INC. D/B/A STERITECH BRAND STANDARDS ("STERITECH")<br>1125 BERKSHIRE BOULEVARD<br>SUITE 150<br>WYOMISSING, PA 19610 |
| **2.1082** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | STATEMENT OF WORK  NO. 1 DATED 04/07/2023<br><br>RENTOKIL NORTH AMERICA, INC. D/B/A STERITECH BRAND STANDARDS (STERITECH)<br>1125 BERKSHIRE BOULEVARD<br>SUITE 150<br>WYOMISSING, PA 19610 |
| **2.1083** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>REPUTATION INSTITUTE INC<br>399 BOYLSTON ST.<br>SUITE 700<br>BOSTON, MA 2116 |

Debtor    Red Lobster Management LLC _____    Case number (if known): 24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1084** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | RESEARCH NOW GROUP INC 5800 TENNYSON PARKWAY SUITE 600 PLANO, TX 75024 |


| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1084** | State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | RESEARCH NOW GROUP INC<br>5800 TENNYSON PARKWAY<br>SUITE 600<br>PLANO, TX 75024 |
| **2.1085** | State what the contract or lease is for and the nature of the debtor's interest — IT SERVICES AGREEMENT DATED 10/30/2020<br><br>State the term remaining<br><br>List the contract number of any government contract | RESEARCH NOW GROUP LLC<br>6 RESEARCH DRIVE<br>SHELTON, CT 06484 |
| **2.1086** | State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | RESIDENCE INN BY MARRIOTT<br>DBA RITZ CARLTON<br>C/O MARRIOTT BUSINESS SVCS<br>PO BOX 402642<br>ATLANTA, GA 303842642 |
| **2.1087** | State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | RESTAURANTS OPERATORS INC<br>PO BOX 366308<br>SAN JUAN, PR 00936-6308 |
| **2.1088** | State what the contract or lease is for and the nature of the debtor's interest — CONSULTING AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | RETAIL CONSULTING SERVICES INC<br>DBA RCS REAL ESTATE ADVISORS<br>470 SEVENTH AVENUE<br>NEW YORK, NY 10018-7600 |
| **2.1089** | State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | RETAIL DEVELOPMENT CONSULTING |
| **2.1090** | State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | RETAIL FINANCE INTERNATIONAL (AKA SYNCHRONY) |

Debtor   Red Lobster Management LLC _____   Case number (if known):   24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1091** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>RETAIL TECHNOLOGY GROUP INCORPORATED<br>1663 FENTON BUSINESS PARK COURT<br>FENTON, MO 630262990 |
| **2.1092** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>RETARUS INC<br>300 LIGHTING WAY STE 315<br>SECAUCUS, NJ 07094-3646 |
| **2.1093** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INITIAL ORDER FORM DATED 07/28/2017<br><br>RINGCENTRAL INC.<br>20 OAVIS DRIVE<br>BELMONT, CA 94002 |
| **2.1094** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHANGE ORDER FORM- MVP SERVICES<br><br>RINGCENTRAL, INC.<br>20 DAVIS DRIVE<br>BELMONT, CA 94002 |
| **2.1095** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFICE PLAN PURCHASE AGREEMENT DATED 07/31/2018<br><br>RINGCENTRAL, INC.<br>20 DAVIS DRIVE<br>BELMONT, CA 94002 |
| **2.1096** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFICE PLAN PURCHASE ORDER FORM DATED 07/28/2017<br><br>RINGCENTRAL, INC.<br>20 DAVIS DRIVE<br>BELMONT, CA 94002 |
| **2.1097** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHANGE ORDER FORM- MVP SERVICES DATED 12/21/2021<br><br>RINGCENTRAL, INC.<br>20 DAVIS DRIVE<br>BELMONT, CA 94002 |

Debtor  Red Lobster Management LLC

Name

Case number (if known):  24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1098** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | CHANGE ORDER FORM- MVP SERVICES DATED 12/21/2021 <br><br> RINGCENTRAL, INC. <br> 20 DAVIS DRIVE <br> BELMONT, CA 94002 |
| **2.1099** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | STATEMENT OF WORK NO. 3 FOR IMPLEMENTATION SERVICES DATED 11/17/2017 <br><br> RINGCENTRAL, INC. <br> 20 DAVIS DRIVE <br> BELMONT, CA 94002 |
| **2.1100** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | STATEMENT OF WORK NO. 2 FOR IMPLEMENTATION SERVICES DATED 10/30/2017 <br><br> RINGCENTRAL, INC. <br> 20 DAVIS DRIVE <br> BELMONT, CA 94002 |
| **2.1101** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> RISHA GRANT <br> ADDRESS ON FILE |
| **2.1102** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | CONSULTING AGREEMENT <br><br> RIVERSIDE RISK ADVISORS |
| **2.1103** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | ADMINISTRATIVE SUPPORT AGREEMENT DATED 07/28/2014 <br><br> RLSV, INC. <br> 450 S ORANGE AVENUE <br> SUITE 800 <br> ORLANDO, FL 32801 |
| **2.1104** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | EMPLOYEE MANAGEMENT AND SERVICES AGREEMENT DATED 07/28/2014 <br><br> RLSV, INC. <br> 450 S ORANGE AVENUE <br> SUITE 800 <br> ORLANDO, FL 32801 |

Debtor    Red Lobster Management LLC                                    Case number (If known):  24-02486
              Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1105** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ROBERT T CARRELL<br>DBA CARRELL LLC<br>548 CAPE COD LANE #205<br>ALTAMONTE SPRINGS, FL 32714 |
| **2.1106** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 07/28/2014<br><br>ROCHESTER ARMORED CAR COMPANY, INC.<br>3937 LEAVENWORTH STREET<br>OMAHA, NE 68105 |
| **2.1107** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>ROCKET SOCIAL IMPACT |
| **2.1108** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>ROGERS COMMUNICATIONS |
| **2.1109** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>RONALD MICHEL<br>ADDRESS ON FILE |
| **2.1110** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>RTECH SOLUTIONS<br>200 JENNINGS AVE<br>KNOXVILLE, TN 37917-7127 |
| **2.1111** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>RTOOR INC<br>11106 BRANDON GATE<br>HOUSTON, TX 77095-6603 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.1112 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | RUBICON GLOBAL LLC<br>ATTN ACCOUNTS RECEIVABLE<br>ATTN RUBICON<br>PO BOX 936684<br>ATLANTA, GA 31193-6684 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1113 | State what the contract or lease is for and the nature of the debtor's interest | MEDIA PLANNING AND BUYING AGENCY SERVICES AGREEMENT DATED 04/01/2022 | RUBIN POSTAER AND ASSOCIATES<br>2525 COLORADO AVE.<br>SANTA MONICA, CA 90404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1114 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | RUNZHEIMER |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1115 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT DATED 04/01/2022 | RUSSELL EVANS<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1116 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | RYAN LLC<br>13155 NOEL ROAD<br>SUITE 100<br>DALLAS, TX 75240-5050 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1117 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | RYNE TECHNOLOGIES LLC<br>668 BRIDGE CREEK BLVD<br>OCOEE, FL 34761 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.1118 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | SADA SYSTEMS INC<br>5250 LANKERSHIM BOULEVARD<br>#620<br>NORTH HOLLYWOOD, CA 91601 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1119** State what the contract or lease is for and the nature of the debtor's interest — BUSINESS LICENSE AGREEMENT DATED 09/23/2024 <br><br> State the term remaining <br><br> List the contract number of any government contract | SADA SYSTEMS, INC. <br> 5250 LANKERSHIM BLVD <br> SUITE 620 <br> NORTH HOLLYWOOD, CA 91601 |
| **2.1120** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT DATED 07/29/2019 <br><br> State the term remaining <br><br> List the contract number of any government contract | SAFE AND SOUND ARMED COURIER SERVICE INC. <br> 42 WAYAAWI AVENUE <br> BAYVILLE, NY 11709 |
| **2.1121** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | SAFE AND SOUND ARMED COURIER SERVICES INC <br> PO BOX 1463 <br> BAYVILLE, NY 11709-0463 |
| **2.1122** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT <br><br> State the term remaining <br><br> List the contract number of any government contract | SAK THEATRE CO <br> ATTN: GINA DIROMA <br> 29 S ORANGE AVENUE <br> ORLANDO, FL 32801 |
| **2.1123** State what the contract or lease is for and the nature of the debtor's interest — ORDER FORM DATED 07/31/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | SALESFORCE, INC. <br> SALESFORCE TOWER <br> 415 MISSION STREET <br> 3RD FLOOR <br> SAN FRANCISCO, CA 94105 |
| **2.1124** State what the contract or lease is for and the nature of the debtor's interest — PROFESSIONAL SERVICES ADDENDUM TO THE MASTER SUBSCRIPTION AGREEMENT DATED 09/14/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | SALESFORCE, INC. <br> SALESFORCE TOWER <br> 415 MISSION STREET <br> 3RD FLOOR <br> SAN FRANCISCO, CA 94105 |
| **2.1125** State what the contract or lease is for and the nature of the debtor's interest — EXPERT SERVICE STATEMENT OF WORK DATED 09/14/2023 <br><br> State the term remaining <br><br> List the contract number of any government contract | SALESFORCE, INC. <br> SALESFORCE TOWER <br> 415 MISSION STREET <br> 3RD FLOOR <br> SAN FRANCISCO, CA 94105 |

Debtor    Red Lobster Management LLC                                    Case number (If known): 24-02486
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1126** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 09/28/2021 | SALESFORCE.COM, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| **2.1127** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 09/22/2021 | SALESFORCE.COM, INC.<br>SALESFORCE TOWER<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA 94105 |
| **2.1128** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 08/01/2014 | SANDERS CONSULTING GROUP INC.<br>1800 COUNTRY CLUB RD.<br>CARBONDALE, IL 62903 |
| **2.1129** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | SANDY ALEXANDER INC<br>DBA DINETEC<br>PO BOX 824263<br>PHILADELPHIA, PA 19182-4263 |
| **2.1130** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FACILITIES SERVICE AGREEMENT FOR RESTAURANT #6228 DATED 09/30/2005 | SANIS ULTRACLEAN<br>6800 CINTAS BOULEVARD<br>MASON, OH 45050 |
| **2.1131** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | SAS INSTITUTE INC<br>PO BOX 406922<br>ATLANTA, GA 303846922 |
| **2.1132** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT | SATISFI LABS |

| Debtor | Red Lobster Management LLC | Case number (If known): 24-02486 |
| --- | --- | --- |
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1133 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | SAVE ON MECHANICAL SERVICES LTD<br>10664-214 STREET<br>EDMONTON, ON T5S 2A5<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1134 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | SAWTOOTH SOFTWARE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1135 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | SCENTAIR |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1136 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | SCHOLARSHIP AM TUITION REIM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED AND RESTATED SERVICES AGREEMENT DATED 10/01/2020 | SCHOOX, INC.<br>3112 WINDSOR RD.<br>#A108<br>AUSTIN, TX 787O3 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED SERVICES AGREEMENT DATED 10/01/2018 | SCHOOX, INC.<br>3112 WINDSOR RD.<br>#A108<br>AUSTIN, TX 78703 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO AMENDED AND RESTATED SERVICES AGREEMENT DATED 10/01/2019 | SCHOOX, INC.<br>6836 AUSTIN CENTER BLVD.<br>AUSTIN, TX 78731 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Red Lobster Management LLC                                Case number (if known)  24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1140** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SERVICES AGREEMENT DATED 10/02/2017<br><br>SCHOOX, INC.<br>6836 AUSTIN CENTER BLVD.<br>AUSTIN, TX 78731 |
| **2.1141** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 11/02/2016<br><br>SCHOOX, INC.<br>98 SAN JACINTO BLVD<br>SUITE 421<br>AUSTIN, TX 78701 |
| **2.1142** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT TO SERVICES AGREEMENT DATED 03/19/2018<br><br>SCHOOX, INC.<br>6836 AUSTIN CENTER BLVD.<br>AUSTIN, TX 78731 |
| **2.1143** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 10/23/2023<br><br>SCHOOX, LLC<br>6836 AUSTIN CENTER BLVD.<br>AUSTIN, TX 78731 |
| **2.1144** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DATED 11/28/2023<br><br>SCHOOX, LLC<br>6836 AUSTIN CENTER BLVD.<br>AUSTIN, TX 78731 |
| **2.1145** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>SCLOGIC |
| **2.1146** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>SCOTT BARNETT & ASSOCIATES |

Debtor    Red Lobster Management LLC
_____    Case number (If known): 24-02486
Name

| | | |
|---|---|---|
| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1147 | **State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOUT EXCHANGE LLC<br>ATTN SCOTT FINANCE<br>105 CENTRAL ST STE 1100<br>STONEHAM, MA 02180-1285 |
| 2.1148 | **State what the contract or lease is for and the nature of the debtor's interest** — SERVICES AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCRIPPS NETWORKS |
| 2.1149 | **State what the contract or lease is for and the nature of the debtor's interest** — FACILITIES SERVICE AGREEMENT FOR RESTAURANT #0116 DATED 03/01/2005<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEAHORSE AQUASCAPE<br>1851 BLACKHOOF CREEK ROAD<br>WAOAKONETS, OH 45895 |
| 2.1150 | **State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEAN GANNON<br>ADDRESS ON FILE |
| 2.1151 | **State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEAONUS COLD STORAGE |
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** — SERVICES AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEATTLE SHRIMP AND SEAFOOD COMPANY INC<br>14205 SE 36TH ST STE 214<br>BELLEVUE, WA 98006-1574 |
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** — ATTACHMENT A-5 STATEMENT OF WORK DATED 07/13/2022<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT |

Debtor    Red Lobster Management LLC                                    Case number (if known)    24-02486
              Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1154** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-6 STATEMENT OF WORK DATED 06/08/2021<br><br>SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT |
| **2.1155** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 10/06/2015<br><br>SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT 84057 |
| **2.1156** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-9 STATEMENT OF WORK DATED 05/18/2023<br><br>SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT |
| **2.1157** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT TO IT SERVICES AGREEMENT DATED 03/21/2018<br><br>SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT |
| **2.1158** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT TO IT SERVICES AGREEMENT DATED 04/03/2019<br><br>SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT |
| **2.1159** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-4 STATEMENT OF WORK DATED 08/11/2020<br><br>SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT |
| **2.1160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-5 STATEMENT OF WORK DATED 09/21/2020<br><br>SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-7 STATEMENT OF WORK DATED 06/08/2021<br><br>SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT |
| **2.1162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PCI DSS ONSITE ASSESSMENT STATEMENT OF WORK A-10 DATED 05/18/2023<br><br>SECURITYMETRICS, INC.<br>1275 WEST 1600 NORTH<br>OREM, UT |
| **2.1163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>SECURITYSCORECARD |
| **2.1164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>SELF OPPORTUNITY INC<br>PO BOX 292788<br>LEWISVILLE, TX 75029 |
| **2.1165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 10/04/2018<br><br>SELF OPPORTUNITY, INC.<br>808 OFFICE PARK CIRCLE<br>LEWISVILLE, TX 75057 |
| **2.1166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FEE AGREEMENT UNKNOWN DATE<br><br>SELF OPPORTUNITY, INC.<br>808 OFFICE PARK CIR<br>LEWISVILLE, TX 75057 |
| **2.1167** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>SENSE 360 INC<br>3710 S. ROBERTSON BLVD.<br>SUITE 214<br>CULVER CITY, CA 90232 |

Debtor    Red Lobster Management LLC

Name

Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1168** **State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICE AGREEMENT | SENSORY SPECTRUM INC 554 CENTRAL AVE NEW PROVIDENCE, NJ 07974-1555 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.1169** **State what the contract or lease is for and the nature of the debtor's interest** — SERVICES AGREEMENT DATED 01/06/2023 | SENSORY SPECTRUM, INC 554 CENTRAL AVENUE NEW PROVIDENCE, NJ 07974 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.1170** **State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICE AGREEMENT | SENTRY HOUSEHOLD SHIPPING INC 815 SOUTH MAIN STREET JACKSONVILLE, FL 32207 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.1171** **State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICE AGREEMENT | SENYON STAFFING SERVICES INC 1208 BYRON NELSON PARKWAY SOUTHLAKE, TX 76092 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.1172** **State what the contract or lease is for and the nature of the debtor's interest** — MASTER SERVICE AGREEMENT | SERVICE MANAGEMENT GROUP INC 1737 MCGEE KANSAS CITY, MO 64108 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.1173** **State what the contract or lease is for and the nature of the debtor's interest** — MASTER ORDERING AGREEMENT DATED 06/29/2015 | SERVICENOW, INC. 3260 JAY STREET SANTA CLARA, CA 95054 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.1174** **State what the contract or lease is for and the nature of the debtor's interest** — ORDER FORM DATED 02/14/2017 | SERVICENOW, INC. 2225 LAWSON LANE SANTA CLARA, CA 95054 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1175** State what the contract or lease is for and the nature of the debtor's interest — SUPPLY AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SGS NORTH AMERICA INC.<br>291 FAIRFIELD AVE.<br>FAIRFIELD, NJ 07004 |
| **2.1176** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SGS SOCIETE GENERALE DE SURVEILLANCE |
| **2.1177** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SHAWS LOCK SERVICE INC<br>DBA SHAWS COMPLETE SECURITY<br>74 S WASHINGTON AVE<br>BERGENFIELD, NJ 07621-2326 |
| **2.1178** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SHB ANALYTICS LLC<br>150 HILLTOP AVE<br>BARRINGTON, IL 60010-3402 |
| **2.1179** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SHERRIE TAN<br>ADDRESS ON FILE |
| **2.1180** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SHI INTERNATIONAL CORP.<br>290 DAVIDSON AVE.<br>SOMERSET, NJ 8873 |
| **2.1181** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT DATED<br><br>State the term remaining<br><br>List the contract number of any government contract | SHL US LLC<br>111 WASHINGTON AVENUE S<br>SUITE 500<br>MINNEAPOLIC, MN 55401 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1182** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT |
| State the term remaining | SHL US LLC PO BOX 358152 PITTSBURGH, PA 15251-5152 |
| List the contract number of any government contract | |
| **2.1183** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT |
| State the term remaining | SIEENA DBA DEFINITY FIRST 600 B ST STE 300 SAN DIEGO, CA 92101-4505 |
| List the contract number of any government contract | |
| **2.1184** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT |
| State the term remaining | SIEGFRIED GROUP LLP 1201 N. MARKET STREET SUITE 700 WILMINGTON, DE 19801 |
| List the contract number of any government contract | |
| **2.1185** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT |
| State the term remaining | SIERRA CEDAR LLC DBA SIERRA CEDAR PO BOX 402521 ATLANTA, GA 303842521 |
| List the contract number of any government contract | |
| **2.1186** State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT |
| State the term remaining | SIFT SCIENCE INC 525 MARKET STREET 6TH FLOOR SAN FRANCISCO, CA 94105-2714 |
| List the contract number of any government contract | |
| **2.1187** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT |
| State the term remaining | SIGN UP4 LLC TWO SECURITIES CENTRE, 3500 PIEDMONT ROAD NE SUITE 625 ATLANTA, GA 30305 |
| List the contract number of any government contract | |
| **2.1188** State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT |
| State the term remaining | SIGNATURE COMMERCIAL SOLUTIONS, LLC D/B/A SIGNATURE CONSULTANTS 901 NORTH LAKE DESTINY DRIVE SUITE 185 MAITLAND, FL 32751 |
| List the contract number of any government contract | |

Debtor    Red Lobster Management LLC                                        Case number (if known):    24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1189** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SILLIKER INC<br>3155 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 |
| **2.1190** State what the contract or lease is for and the nature of the debtor's interest — ORDER FORM DATED 02/27/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | SIMPLELEGAL, INC.<br>1360 POST OAK BLVD.<br>SUITE 2200<br>HOUSTON, TX 77056 |
| **2.1191** State what the contract or lease is for and the nature of the debtor's interest — ORDER FORM AMENDMENT DATED 07/21/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | SIMPLELEGAL, INC.<br>1360 POST OAK BLVD.<br>SUITE 2200<br>HOUSTON, TX 77056 |
| **2.1192** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT DATED 02/25/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | SIMPLELEGAL, INC.<br>1360 POST OAK BLVD.<br>SUITE 2200<br>HOUSTON, TX 77056 |
| **2.1193** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SINGLEPLATFORM (SUCCESSOR TO CONSTANT CONTACT THEN ACQUIRED BY TRIP ADVISOR) |
| **2.1194** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SINGULAR LABS INC<br>C/O ESCALON SERVICES<br>2345 YALE STREET 1ST FLOOR<br>PALO ALTO, CA 94306-1449 |
| **2.1195** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | SKILLSOFT |

Debtor    Red Lobster Management LLC                                              Case number (If known):    24-02486
                Name

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1196** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT  <br><br>S-L SNACKS NATIONAL, LLC<br>13515 BALLANTYNE CORPORATE PLACE<br>CHARLOTTE, NC 28277 |
| **2.1197** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | AMENDED AND RESTATED SERVICE AGREEMENT DATED 07/01/2019  <br><br>SLADE  GORTON & CO., INC<br>225 SOUTHAMPTON STREET<br>BOSTON, MA 02118 |
| **2.1198** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | AMENDED AND RESTATED SERVICE AGREEMEN T DATED 07/01/2019  <br><br>SLADE  GORTON & CO., INC<br>225 SOUTHAMPTON STREET<br>BOSTON, MA 02118 |
| **2.1199** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | SECOND AMENDED AND RESTATED SERVICE AGREEMENT DATED 10/01/2022  <br><br>SLADE GORTON & CO.,  INC.<br>255 BEAR HILL RD.<br>SUITE 401<br>WALTHAM, MA 02451 |
| **2.1200** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | SERVICE AGREEMENT DATED 12/31/1998  <br><br>SLADE GORTON & CO., INC<br>225 SOUTHHAMPTON STREET<br>BOSTON, MA 02118-2724 |
| **2.1201** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | THIRD AMENDED AND RESTATED SERVICE AGREEMENT DATED 07/01/2023  <br><br>SLADE GORTON & CO., INC<br>255 BEAR HILL RD<br>SUITE 401<br>WALTHAM, MA 02451 |
| **2.1202** State what the contract or lease is for and the nature of the debtor's interest  <br><br>State the term remaining  <br><br>List the contract number of any government contract | THIRD AMENDED AND RESTATED SERVICE AGREEMENT DATED 07/01/2023  <br><br>SLADE GORTON & CO., INC.<br>255 BEAR HILL RD<br>SUITE 401<br>WALTHAM, MA 02451 |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AUTHORIZED USE AGREEMENT DATED 09/21/1998 | SLADE GORTON & COMPANY, INC.<br>255 BEAR HILL RD<br>SUITE 401<br>WALTHAM, MA 02451 |
| 2.1204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | SLM WASTE & RECYCLING SERVICES INC<br>PO BOX 782678<br>PHILADELPHIA, PA 19178-2678 |
| 2.1205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | SNAGAJOB.COM INC<br>32978 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 606930329 |
| 2.1206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DATED 6/16/2020 | SNAGAJOB.COM,INC.<br>4851 LAKE BROOK DR<br>GLEN ALLEN, VA 23060 |
| 2.1207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | SNOWFLAKE INC.<br>450 CONCAR DRIVE<br>SAN MATEO, CA 94402 |
| 2.1208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | SOC PRIME INC.<br>1201 ORANGE ST.<br>SUITE 600<br>WILMINGTON, DE 19899 |
| 2.1209 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | SOCIALYTE LLC<br>90 STATE STREET<br>SUITE 700<br>OFFICE 40<br>ALBANY, NY 12207 |

Debtor    Red Lobster Management LLC                                    Case number (If known):    24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1210** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | SOCRATIC TECHNOLOGIES INC 18 SHORELINE DR STRATFORD, CT 06615-7704 |
| **2.1211** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT DATED 01/12/2022 **State the term remaining** **List the contract number of any government contract** | SOCRATIC TECHNOLOGIES, INC. 245 N. MAIN STREET SEBASTOPOL, CA 95472 |
| **2.1212** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | SOFTCHOICE CORPORATION 314 W. SUPERIOR SUITE 400 CHICAGO, IL 60654 |
| **2.1213** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | SOFTGEN TECHNOLOGIES LLC 11520 DELWICK DRIVE WINDERMERE, FL 34786 |
| **2.1214** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO CONTRACT DOCUMENTS DATED 11/01/2017 **State the term remaining** **List the contract number of any government contract** | SOFTWAREONE, INC. 20875 CROSSROADS CIRCLE SUITE 1 WAUKESHA, WI 53186-4093 |
| **2.1215** **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT **State the term remaining** **List the contract number of any government contract** | SOMOROFF STUDIOS, INC. 888 NEWARK AVENUE SUITE 1200 JERSEY CITY, NJ 07306 |
| **2.1216** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** **List the contract number of any government contract** | SOUNDHOUND, INC. 5400 BETSY ROSS DRIVE SANTA CLARA, CA 95054 |

Debtor    Red Lobster Management LLC                                    Case number (if known):    24-02486
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1217** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>SOUTHWEST AIRLINES CO.<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235 |
| **2.1218** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIBER'S AGREEMENT DATED 02/01/2024<br><br>SOUTHWEST AIRLINES CO.,<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235-1611 |
| **2.1219** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>SPLASH BUSINESS INTELLIGENCE INC.<br>3067 PEACHTREE INDUSTRIAL BLVD<br>DULUTH, GA 30097 |
| **2.1220** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE ORDER FORM (LOF) NO. 3 DATED 04/30/2019<br><br>SPRINKLR INC.<br>29 W. 35TH STREET<br>7TH FLOOR<br>NEW YORK, NY 10001 |
| **2.1221** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE ORDER FORM NO. 4 DATED 06/01/2020<br><br>SPRINKLR INC.<br>29 W. 35TH STREET<br>7TH FLOOR<br>NEW YORK, NY 10001 |
| **2.1222** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/17/2017<br><br>SPRINKLR, INC.<br>29 W. 35TH STREET<br>7TH FLOOR<br>NEW YORK, NY 10001 |
| **2.1223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/24/2017<br><br>SPRINKLR, INC.<br>29 W. 35TH STREET<br>7TH FLOOR<br>NEW YORK, NY 10001 |

Debtor    Red Lobster Management LLC      Case number (if known):   24-02486

Name

| | | |
|---|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2.1224 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DATED 06/01/2022 |
| | | SPRINKLR, INC. |
| | | 29 W. 35TH STREET |
| | **State the term remaining** | 7TH FLOOR |
| | **List the contract number of any government contract** | NEW YORK, NY 10001 |
| 2.1225 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK (SOW) NO. 3 DATED 04/19/2019 |
| | | SPRINKLR, INC. |
| | **State the term remaining** | 29 W. 35TH STREET |
| | **List the contract number of any government contract** | NEW YORK, NY 10001 |
| 2.1226 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK (SOW) NO. 4 DATED 04/30/2019 |
| | | SPRINKLR, INC. |
| | | 29 W. 35TH STREET |
| | **State the term remaining** | 7TH FLOOR |
| | **List the contract number of any government contract** | NEW YORK, NY 10001 |
| 2.1227 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT DATED 03/24/2017 |
| | | SPRINKLR, INC. |
| | **State the term remaining** | 29 W, 35TH STREET |
| | **List the contract number of any government contract** | NEW YORK, NY 10001 |
| 2.1228 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK (SOW) DATED 05/24/2018 |
| | | SPRINKLR. INC. |
| | **State the term remaining** | 29 W. 35TH STREET |
| | **List the contract number of any government contract** | NEW YORK, NY 10001 |
| 2.1229 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE ORDER FORM (LOF) DATED 05/24/2018 |
| | | SPRINKLR. INC. |
| | | 29 W. 35TH STREET |
| | **State the term remaining** | 7TH FLOOR |
| | **List the contract number of any government contract** | NEW YORK, NY 10001 |
| 2.1230 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT |
| | | SPRINT SOLUTIONS, INC. |
| | | 6391 SPRINT PARKWAY |
| | **State the term remaining** | OVERLAND PARK, KS 66251-2525 |
| | **List the contract number of any government contract** | |

Debtor    Red Lobster Management LLC                                     Case number (if known):    24-02486

Name



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1231** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>SRINIVAS AMUDA<br>DBA SIRI TECHNOLOGIES LLC<br>4424 INDIAN DEER ROAD<br>WINDERMERE, FL 34786 |
| **2.1232** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>STACY KORMYLO<br>ADDRESS ON FILE |
| **2.1233** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>STARCOM MEDIAVEST GROUP (DBA SPARK) (AGENCY) |
| **2.1234** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (PROPERTY) POLICY NUMBER U87784230CSP<br><br>STARSTONE SPECIALTY INSURANCE COMPANY<br>AMWINS INSURANCE BROKERAGE LLC<br>105 FIELDCREST AVENUE<br>SUITE 200<br>EDISON, NJ 08837 |
| **2.1235** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>STATEN ISLAND SOCIAL CLUB (SISC) INC.<br>1050 HOLCOMB BRIDGE RD.<br>ROSWELL, GA 30076 |
| **2.1236** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>STATISTA INC<br>55 BROAD ST 30TH FLOOR<br>NEW YORK, NY 10004-2590 |
| **2.1237** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>STEFAN JOHNSON<br>ADDRESS ON FILE |

Debtor    Red Lobster Management LLC _____    Case number (if known):   24-02486
              Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>STELLAR DIGITAL MARKETING, LLC<br>4841 BELINDER COURT<br>WESTWOOD, KS |
| 2.1239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>STEPHANIE KRYSTAL NICOLA<br>ADDRESS ON FILE |
| 2.1240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>STERLING VENTURES<br>114 W. MAIN STREET<br>STE. C<br>NORMAN, OK 73069 |
| 2.1241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>STETON TECHNOLOGY GROUP INC<br>DEPT CH 19888<br>PALATINE, IL 600559888 |
| 2.1242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT DATED 07/23/2019<br><br>STORMGEO, INC<br>DEPT 3728<br>PO BOX 123728<br>DALLAS, TX 75312-3728 |
| 2.1243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FOURTH AMENDMENT DATED 07/23/2021<br><br>STORMGEO, INC<br>DEPT 3728<br>PO BOX 123728<br>DALLAS, TX 75312-3728 |
| 2.1244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT DATED 06/07/2017<br><br>STORMGEO, INC,<br>DEPT 3728<br>PO BOX 123728<br>DALLAS, TX 75312-3728 |

Debtor   Red Lobster Management LLC                                    Case number (if known):   24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1245** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FOURTH AMENDMENT TO MASTER SERVICES AGREEMENT NUMBER 20140624-24534 DATED 07/23/2021 | STORMGEO, INC.<br>DEPT 3728<br>PO BOX 123728<br>DALLAS, TX 75312-3728 |
| **2.1246** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SECOND AMENDMENT DATED 06/07/2017 | STORMGEO, INC.<br>DEPT 3728<br>PO BOX 123728<br>DALLAS, TX 75312-3728 |
| **2.1247** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIFTH AMENDMENT DATED 06/07/2023 | STORMGEO, INC.<br>DEPT 3728<br>PO BOX 123728<br>DALLAS, TX 75312-3728 |
| **2.1248** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT DATED 06/17/2015 | STORMGEO, INC. (FORMERLY IMPACTWEATHER, INC)<br>DEPT 3728<br>PO BOX 123728<br>DALLAS, TX 75312-3728 |
| **2.1249** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT DATED 06/17/2015 | STORMGEO, INC. [FORMERLY IMPACTWEATHER, INC.]<br>DEPT 3728<br>PO BOX 123728<br>DALLAS, TX 75312-3728 |
| **2.1250** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-3: STATEMENT OF WORK DATED 01/31/2018 | STRATEGIC SOLUTIONS, INC.<br>122 W 22ND STREET<br>OAK BROOK, IL 60523 |
| **2.1251** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/15/2023 | STRATEGIC SOLUTIONS, INC<br>122 W. 22ND STREET<br>OAK BROOK, IL 60523 |

Debtor    Red Lobster Management LLC

Case number (if known):    24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1252** **State what the contract or lease is for and the nature of the debtor's interest** | MANAGED I.T. SERVICES STATEMENT OF WORK NO. 1 DATED 08/21/2023 |
| **State the term remaining** | STRATEGIC SOLUTIONS, INC. 122 W22ND  ST OAK BROOK, IL 60523 |
| **List the contract number of any government contract** | |
| **2.1253** **State what the contract or lease is for and the nature of the debtor's interest** | ATTACHMENT A-2: STATEMENT OF WORK DATED 01/18/2018 |
| **State the term remaining** | STRATEGIC SOLUTIONS, INC. 122 W 22ND STREET OAK BROOK, IL 60523 |
| **List the contract number of any government contract** | |
| **2.1254** **State what the contract or lease is for and the nature of the debtor's interest** | IT SERVICES AGREEMENT DATED 04/12/2016 |
| **State the term remaining** | STRATEGIC SOLUTIONS, INC. 231 S FRONTAGE RD SUITE 1 BURR RIDGE, IL 60527-6164 |
| **List the contract number of any government contract** | |
| **2.1255** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| **State the term remaining** | STRIDE HEALTH INC. 501 2ND STREET SAN FRANCISCO, CA 94107 |
| **List the contract number of any government contract** | |
| **2.1256** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT |
| **State the term remaining** | STUDIO PECK |
| **List the contract number of any government contract** | |
| **2.1257** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| **State the term remaining** | SUMMERDALE PRODUCTIONS (FABLIFE) |
| **List the contract number of any government contract** | |
| **2.1258** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| **State the term remaining** | SUNFIRE COMMUNICATIONS INC. 7751 KINGSPOINTE PARKWAY SUITE 105 ORLANDO, FL 32819 |
| **List the contract number of any government contract** | |

Debtor    Red Lobster Management LLC                                     Case number (If known):    24-02486
                Name

| | |
|---|---|
| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1259** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT<br><br>SUPPLY CHAIN SERVICES, LLC<br>5200 BLUE LAGOON DR<br>SUITE 300<br>MIAMI, FL 33126 |
| **2.1260** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>SUSTAINABILITY INC.<br>155 WATER STREET<br>BROOKLYN, NY 11201 |
| **2.1261** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>SUZANNE CONSIGLIO<br>ADDRESS ON FILE |
| **2.1262** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (PROPERTY)<br>POLICY NUMBER NAP 2005752-00<br><br>SWISS RE CORPORATE SOLUTIONS ELITE INSURANCE CORPORATION<br>1200 MAIN STREET<br>SUITE 800<br>KANSAS CITY, MO 64105 |
| **2.1263** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>SWOON GROUP |
| **2.1264** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>SYMPHONY CORPORATE HOUSE SDN BHD<br>LEVEL 8, SYMPHONY HOUSE, BLOCK D13<br>PUSAT DAGANGAN DANA 1<br>JALAN PJU 1A/46<br>PETALING JAYA<br>SELANGOR, 47301<br>MALAYSIA |
| **2.1265** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>SYNERGY INTERACTIVE<br>121 S ORANGE AVE.<br>SUITE 850<br>ORLANDO, FL 32801 |

| Debtor | Red Lobster Management LLC | Case number (If known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1266** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>SYNQ3 RESTAURANT SOLUTIONS LLC<br>5061 N 30TH ST STE 103<br>COLORADO SPRINGS, CO 80919-3248 |
| **2.1267** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>SYSTEM ONE HOLDINGS LLC<br>PO BOX 644722<br>PITTSBURGH, PA 15264-4722 |
| **2.1268** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>TABLETOP MEDIA, LLC<br>12404 PARK CENTRAL<br>SUITE 350<br>DALLAS, TX 75251 |
| **2.1269** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK #001 DATED 03/14/2018<br><br>TALENTREEF, INC.<br>210 UNIVERSITY BLVD.<br>SUITE 300<br>DENVER, CO 80206 |
| **2.1270** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SUBSCRIPTION SERVICES AGREEMENT DATED 12/21/2017<br><br>TALENTREEF, INC.<br>210 UNIVERSITY BLVD.<br>SUITE 300<br>DENVER, CO 80206 |
| **2.1271** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO THE UNIVERSAL SERVICE AGREEMENT DATED 05/11/2019<br><br>TALK CORPORATION<br>11432 LACKLAND ROAD<br>ST. LOUIS, MO 63146 |
| **2.1272** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/26/1997 PLUS AMENDMENTS<br><br>TALON-BUNTIN AMERICA<br>230 WILLOW ST.<br>NASHVILLE, TN 37210 |

Debtor    Red Lobster Management LLC                          Case number (if known): 24-02486
              Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1273** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | UNIVERSAL SERVICE AGREEMENT DATED 07/01/2014<br><br>TALX CORPORATION<br>11432 LACKLAND ROAD<br>ST. LOUIS, MO 63146 |
| **2.1274** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE A - COMPLIANCE CENTER SERVICE DATED 01/01/2016<br><br>TALX CORPORATION<br>11432 LACKLAND ROAD<br>ST. LOUIS, MO 63146 |
| **2.1275** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SCHEDULE A - COMPLIANCE CENTER SERVICE DATED 06/01/2014<br><br>TALX CORPORATION<br>11432 LACKLAND ROAD<br>ST. LOUIS, MO 63146 |
| **2.1276** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TAMARI CONSULTING GROUP, LLC<br>2637 STANMORE CT.<br>ORLANDO, FL 32817 |
| **2.1277** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>TANIUM INC.<br>2200 POWELL STREET<br>SUITE 500<br>EMERYVILLE, CA 94608 |
| **2.1278** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TAYLOR CORPORATION<br>DBA TRAVEL TAGS INC<br>CARD FULFILLMENT SERVICES<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-1450 |
| **2.1279** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TCI ACQUISITION CORPORATION<br>DBA TAX COMPLIANCE INC<br>13500 EVENING CREEK DR N STE 500<br>SAN DIEGO, CA 92128-8125 |

Debtor    Red Lobster Management LLC
_____    Case number (If known): 24-02486
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1280** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ATTACHMENT A-3: STATEMENT OF WORK DATED 05/31/2020 <br><br> TDN2K, INC. DBA BLACK BOX INTELLIGENCE <br> 14785 PRESTON ROAD <br> SUITE 290 <br> DALLAS, TX 75254 |
| **2.1281** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ATTACHMENT A-4: STATEMENT OF WORK DATED 11/01/2020 <br><br> TDN2K, INC. DBA BLACK BOX INTELLIGENCE <br> 14785 PRESTON ROAD <br> SUITE 290 <br> DALLAS, TX 75254 |
| **2.1282** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PEOPLE REPORT MEMBERSHIP SERVICE AGREEMENT DATED 07/25/2014 <br><br> TDN2K, LLC <br> 14785 PRESTON ROAD <br> SUITE 290 <br> DALLAS, TX 75254 |
| **2.1283** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MEMBERSHIP SERVICE AGREEMENT DATED 09/19/2014 <br><br> TDN2K, LLC <br> 14785 PRESTON ROAD <br> SUITE 290 <br> DALLAS, TX 75254 |
| **2.1284** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ATTACHMENT A-12: STATEMENT OF WORK DATED 05/01/2022 <br><br> TDN2K, LLC DBA BLACK BOX INTELLIGENCE <br> 14785 PRESTON ROAD <br> SUITE 290 <br> DALLAS, TX 75254 |
| **2.1285** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ATTACHMENT A-11: STATEMENT OF WORK DATED 05/01/2022 <br><br> TDN2K, LLC DBA BLACK BOX INTELLIGENCE <br> 14785 PRESTON ROAD <br> SUITE 290 <br> DALLAS, TX 75254 |
| **2.1286** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | ATTACHMENT A-13: STATEMENT OF WORK DATED 01/01/2023 <br><br> TDN2K, LLC DBA BLACK BOX INTELLIGENCE <br> 14785 PRESTON ROAD <br> SUITE 290 <br> DALLAS, TX 75254 |

| Debtor | Red Lobster Management LLC | Case number (If known): | 24-02486 |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1287** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO SERVICES AGREEMENT DATED 05/25/2021<br><br>TDN2K, LLC DBA BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.1288** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-17: STATEMENT OF WORK DATED 01/01/2024<br><br>TDN2K, LLC DBA BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.1289** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-16: STATEMENT OF WORK DATED 08/01/2023<br><br>TDN2K, LLC DBA BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.1290** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-7: STATEMENT OF WORK DATED 09/22/2021<br><br>TDN2K, LLC DBA BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.1291** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-10: STATEMENT OF WORK DATED 02/01/2022<br><br>TDN2K, LLC DBA BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.1292** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-5: STATEMENT OF WORK DATED 04/30/2021<br><br>TDN2K, LLC DBA BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.1293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-15: STATEMENT OF WORK DATED 06/01/2023<br><br>TDN2K, LLC DBA BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-9: STATEMENT OF WORK DATED 10/26/2021<br><br>TDN2K, LLC DBA BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.1295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-8: STATEMENT OF WORK DATED 09/30/2021<br><br>TDN2K, LLC DBA BLACK BOX INTELLIGENCE<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.1296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TEAMCENTRIC TECHNOLOGIES LLC<br>41 S OLD ORCHARD<br>SUITE B<br>ST LOUIS, MO 631193202 |
| **2.1297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>TECHNOMIC INC<br>DBA TECHNOMIC INFORMATION SVCS<br>300 SOUTH RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 |
| **2.1298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-10 STAFF AUGMENTATION: STATEMENT OF WORK DATED 10/20/2015<br><br>TEKSYSTEMS INC<br>P.O. BOX 198568<br>ATLANTA, GA 30384 |
| **2.1299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-5 STAFF AUGMENTATION: STATEMENT OF WORK DATED 05/15/2015<br><br>TEKSYSTEMS,  INC<br>PO BOX 198568<br>ATLANTA, GA 30384 |
| **2.1300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-15: STATEMENT OF WORK DATED 10/20/2021<br><br>TEKSYSTEMS, INC<br>7437 RACE RD<br>HANOVER, MD 21076 |

Debtor  Red Lobster Management LLC

Name

Case number (if known)   24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1301** **State what the contract or lease is for and the nature of the debtor's interest** — ATTACHMENT A-13 : STATEMENT OF WORK DATED 03/22/2017 **State the term remaining** **List the contract number of any government contract** | TEKSYSTEMS, INC P.O. BOX 198568 ATLANTA, GA 30384-8568 |
| **2.1302** **State what the contract or lease is for and the nature of the debtor's interest** — ATTACHMENT A-12 : STATEMENT OF WORK DATED 09/18/2016 **State the term remaining** **List the contract number of any government contract** | TEKSYSTEMS, INC P.O. BOX 198568 ATLANTA, GA 30384-8568 |
| **2.1303** **State what the contract or lease is for and the nature of the debtor's interest** — ATTACHMENT A-16: STATEMENT OF WORK DATED 10/20/2021 **State the term remaining** **List the contract number of any government contract** | TEKSYSTEMS, INC 7437 RACE RD. HANOVER, MD 21076 |
| **2.1304** **State what the contract or lease is for and the nature of the debtor's interest** — ATTACHMENT A-LL STAFF AUGMENTATION: STATEMENT OF WORK DATED 11/23/2015 **State the term remaining** **List the contract number of any government contract** | TEKSYSTEMS, INC P.O. BOX 198568 ATLANTA, GA 30384 |
| **2.1305** **State what the contract or lease is for and the nature of the debtor's interest** — STATEMENT OF WORK DATED 02/02/2018 **State the term remaining** **List the contract number of any government contract** | TEKSYSTEMS, INC P.O. BOX 198568 ATLANTA, GA 30384-8568 |
| **2.1306** **State what the contract or lease is for and the nature of the debtor's interest** — ATTACHMENT A-17: STATEMENT OF WORK DATED 10/28/2021 **State the term remaining** **List the contract number of any government contract** | TEKSYSTEMS, INC. 7437 RACE RD. HANOVER, MD 21076 |
| **2.1307** **State what the contract or lease is for and the nature of the debtor's interest** — ATTACHMENT A-7 STAFF AUGMENTATION: STATEMENT OF WORK DATED 09/02/2015 **State the term remaining** **List the contract number of any government contract** | TEKSYSTEMS, INC. P.O. BOX 198568 ATLANTA, GA 30384 |

Debtor    Red Lobster Management LLC                    Case number (if known):    24-02486
      Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1308** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-9 STAFF AUGMENTATION: STATEMENT OF WORK DATED 09/02/2015<br><br>TEKSYSTEMS, INC.<br>P.O. BOX 198568<br>ATLANTA, GA 30384 |
| **2.1309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-8 STAFF AUGMENTATION: STATEMENT OF WORK DATED 08/20/2015<br><br>TEKSYSTEMS, INC.<br>P.O. BOX 198568<br>ATLANTA, GA 30384 |
| **2.1310** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TENFOLD LLC<br>797 N WALL ST STE 200<br>COLUMBUS, OH 43215-2963 |
| **2.1311** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>TERVIS TUMBLER COMPANY<br>201 TRIPLE DIAMOND BLVD.<br>NORTH VENICE, FL 34275 |
| **2.1312** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TESTPLANT INC<br>DEPT LA 24345<br>PASADENA, CA 91185-4345 |
| **2.1313** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TETRAD COMPUTER APPLICATIONS INC.<br>1788 W, 5TH AVE.<br>SUITE 318<br>VANCOUVER, BC V6J 1P2<br>CANADA |
| **2.1314** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 03/26/2015<br><br>TEWS COMPANY<br>1000 LEGION PLACE<br>SUITE #730<br>ORLANDO, FL 32801 |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1315** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK A-5 – SR. SOFTWARE ENGINEER BI DATED 09/06/2023     TEWS CONSULTING, INC., DBA TEWS COMPANY<br>1000 LEGION PLACE<br>SUITE #730<br>ORLANDO, FL 32801 |
| **2.1316** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK A-3 – CONTRACT TO HIRE SR. SYSTEMS ENGINEER, ETL DATA MANAGEMENT DATED 12/02/2022    TEWS CONSULTING, INC., DBA TEWS COMPANY<br>1000 LEGION PLACE<br>SUITE #730<br>ORLANDO, FL 32801 |
| **2.1317** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK A-4 – CONTRACT FOR SHAREPOINT DEVELOPER DATED 06/06/2023     TEWS CONSULTING, INC., DBA TEWS COMPANY<br>1000 LEGION PLACE<br>SUITE #730<br>ORLANDO, FL 32801 |
| **2.1318** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT     THAI UNION GROUP PCL<br>72/1 MOO 7 SETHAKIT 1 ROAD<br>TARSRAI SUBDISTRICT<br>SAMUT SAKHON DISTRICT<br>SAMUT SAKHON PROVINCE, 74000<br>THAILAND |
| **2.1319** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 10/4/2018     THE ALEXZANDER GROUP<br>3946 OLD DUNN ROAD<br>APOPKA, FL 32712 |
| **2.1320** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT     THE COLEMAX GROUP LLC<br>PO BOX 103<br>GLEN ROCK, NJ 07452-0103 |
| **2.1321** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT     THE COMEDIAN COMPANY<br>P.O. BOX 6427<br>SAGINAW, MI 48608 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1322 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>THE COMTEK GROUP LLC<br>1595 N. CENTRAL EXPRESSWAY<br>RICHARDSON, TX 75080 |
| 2.1323 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>THE CULINARY EDGE INC<br>75 OAK GROVE ST<br>SAN FRANCISCO, CA 94107-1018 |
| 2.1324 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>THE DIGITAL ACCESSIBILITY CENTRE LTD<br>SUITE 18 LLAN COED HOUSE<br>DARCY BUSINESS PARK<br>LLANDARCY, SA10 6FG<br>UNITED KINGDOM |
| 2.1325 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AND MANAGEMENT AGREEMENT<br><br>THE ECOLOGY GROUP/INC.<br>2939 KENNY ROAD<br>SUITE 255<br>COLUMBUS, OH 43221 |
| 2.1326 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>THE HERRING IMPACT GROUP LLC<br>DBA IMPACT GROUP LLC<br>12977 NORTH OUTER 40 DRIVE<br>SUITE 300<br>ST LOUIS, MO 63141-8656 |
| 2.1327 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>THE JAY GROUP INC.<br>444 N. WELLS ST<br>SUITE 304<br>CHICAGO, IL 60654 |
| 2.1328 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY<br>8801 INDIAN HILLS DRIVE<br>OMAHA, NE 68114 |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1329** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | THE LOBSTER GUYS SW LLC<br>6336 ENCHANTED CREEK PL<br>LAS VEGAS, NV 89122-3643 |
| **2.1330** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | THE NPD GROUP LP<br>24619 NETWORK PLACE<br>CHICAGO, IL 606731246 |
| **2.1331** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT DATED 07/16/2014 PLUS AMENDMENTS<br><br>State the term remaining<br><br>List the contract number of any government contract | THE NPD GROUP, INC.<br>900 WEST SHORE ROAD<br>PORT WASHINGTON, NY 11050 |
| **2.1332** State what the contract or lease is for and the nature of the debtor's interest — INSURANCE POLICY (SECOND EXCESS LIABILITY) POLICY NUMBER ECO(23) 59038503<br><br>State the term remaining<br><br>List the contract number of any government contract | THE OHIO CASUALTY INSURANCE COMPANY<br>175 BERKELEY STREET<br>BOSTON, MA 02116 |
| **2.1333** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | THE SUDDATH COMPANIES<br>SUDDATH RELOCATION SYSTEM OF ORLANDO INC<br>815 S MAIN ST STE 444<br>JACKSONVILLE, FL 32207-9050 |
| **2.1334** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | THE TRAVELERS INDEMNITY COMPANY<br>ONE TOWER SQUARE<br>HARTFORD, CT 06183 |
| **2.1335** State what the contract or lease is for and the nature of the debtor's interest — ATTACHMENT A-7: STATEMENT OF WORK DATED 08/01/2022<br><br>State the term remaining<br><br>List the contract number of any government contract | THELAB, LLC<br>175 PEARL STREET<br>BROOKLYN, NY 11201 |

Debtor    Red Lobster Management LLC                                  Case number (If known)    24-02486
                 Name

████    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1336** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-5: STATEMENT OF WORK DATED 12/01/2021 | THELAB, LLC<br>175 PEARL STREET<br>BROOKLYN, NY 11201 |
| **2.1337** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT NO. 1 TO ATTACHMENT A-3 DATED 04/01/2020 | THELAB, LLC<br>175 PEARL STREET<br>BROOKLYN, NY 11201 |
| **2.1338** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-4: STATEMENT OF WORK DATED 11/01/2020 | THELAB, LLC<br>175 PEARL STREET<br>BROOKLYN, NY 11201 |
| **2.1339** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-10: STATEMENT OF WORK DATED 08/01/2023 | THELAB, LLC<br>175 PEARL STREET<br>BROOKLYN, NY 11201 |
| **2.1340** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-6 STATEMENT OF WORK DATED 07/15/2022 | THELAB, LLC<br>175 PEARL STREET<br>BROOKLYN, NY 11201 |
| **2.1341** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-2: STATEMENT OF WORK DATED 06/22/2018 | THELAB, LLC<br>175 PEARL STREET<br>BROOKLYN, NY 11201 |
| **2.1342** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 09/01/2017 | THELAB, LLC<br>637 WEST 27TH STREET<br>8TH FLOOR<br>NEW YORK, NY 10001 |

Debtor    Red Lobster Management LLC                                    Case number (if known): 24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
| --- | --- |
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.1343** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-8: STATEMENT OF WORK DATED 08/01/2022<br><br>THELAB, LLC<br>175 PEARL STREET<br>BROOKLYN, NY 11201 |
| **2.1344** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-9: STATEMENT OF WORK DATED 08/01/2023<br><br>THELAB, LLC<br>175 PEARL STREET<br>BROOKLYN, NY 11201 |
| **2.1345** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>THREE TREES STUDIOS LLC<br>215 WALNUT STREET<br>PERRYSBURG, OH 43551 |
| **2.1346** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM TO MASTER SOFTWARE SUBSCRIPTION AND SERVICES AGREEMENT DATED 12/15/2023<br><br>TIDAL SOFTWARE, LLC<br>3201 DALLAS PARKWAY<br>SUITE 810<br>FRISCO, TX |
| **2.1347** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>TIK TOK INC.<br>5800 BRISTAL PARKWAY<br>SUITE 100<br>CULVER CITY, CA 90230 |
| **2.1348** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>TINES SECURITY SERVICES LIMITED<br>1 BLACKBERRY LANE<br>RATHMINES<br>DUBLIN, D06FV02<br>IRELAND |
| **2.1349** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TELECOMMUNICATIONS AGREEMENT<br><br>T-MOBILE |

Debtor    Red Lobster Management LLC                                    Case number (if known)    24-02486
                Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1350 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STANDARD TERMS OF SERVICE AGREEMENT DATED 09/23/2019 <br><br> TOKENEX, INC. <br> 3825 NW 166TH ST. <br> SUITE C1 <br> EDMOND, OK 73012 |
| 2.1351 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> TOLUNA USA INC. <br> SUITE 2000 <br> 21 RIVER ROAD <br> WILTON, CT 06897 |
| 2.1352 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT DATED 04/27/2023 <br><br> TOPTAL, LLC <br> 2810 N. CHURCH <br> ST. #36879 <br> WILMINGTON, DE 19802-4447 |
| 2.1353 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> TOTAL ARMORED CAR <br> 2950 ROSA PARKS BLVD <br> DETROIT, MI 48216 |
| 2.1354 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT DATED 07/28/2014 <br><br> TOTAL ARMORED CAR SERVICES, INC. <br> 2950 ROSA PARKS BOULEVARD <br> DETROIT, MI 48216 |
| 2.1355 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICE AGREEMENT <br><br> TOTAL PRINT USA |
| 2.1356 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICES AGREEMENT <br><br> TOTUS GIFT CARD MANAGEMENT LLC <br> 7150 E CAMELBACK RD <br> SUITE 444 <br> SCOTTSDALE, AZ 85251 |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1357** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 05/05/2016<br><br>TOUCHPOINT INC<br>10199 SOUTHSIDE BLVD.<br>SUITE 203<br>JACKSONVILLE, FL 32256 |
| **2.1358** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TOUCHSTONE MERCHANDISE GROUP<br>ATTN: ACCOUNTS RECEIVABLE<br>110 MERCANTILE DR STE 2<br>FAIRFIELD, OH 45014-3699 |
| **2.1359** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 02/14/2012<br><br>TRANSACTION WIRELESS, INC.<br>10180 TELESIS COURT<br>SUITE 240<br>SAN DIEGO, CA 92121 |
| **2.1360** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>TRANSLATIONS.COM INC.<br>THREE PARK AVENUE<br>NEW YORK, NY 10016 |
| **2.1361** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>TRASH FREE SEAS ALLIANCE |
| **2.1362** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSURANCE POLICY (THIRD EXCESS LIABILITY) POLICY NUMBER EX-1W48163A-22-NF<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>MARSH USA INC QUALIFIED SOLUTIONS GROUP<br>1166 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2708 |
| **2.1363** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>TRENTON COLD STORAGE |

Debtor    Red Lobster Management LLC                                      Case number (if known):    24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1364** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TRIAL PAY INC.<br>800 CALIFORNIA STREET<br>3RD FLOOR<br>MOUNTAIN VIEW, CA 94041 |
| **2.1365** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPLY AGREEMENT<br><br>TRIDENT SEAFOODS CORP<br>PO BOX 952517<br>SAINT LOUIS, MO 63195-2517 |
| **2.1366** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TRINTECH INC<br>PO BOX 734950<br>DALLAS, TX 75373-4950 |
| **2.1367** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>TRINTECH INC<br>PO BOX 734950<br>DALLAS, TX 75373-4950 |
| **2.1368** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TRIP ADVISOR (SUCCESSOR TO CONSTANT CONTACT & SINGLEPLATFORM) |
| **2.1369** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT<br><br>TRI-UNION FROZEN PRODUCTS, INC., DBA CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE.<br>EL SEGUNDO, CA 90245 |
| **2.1370** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>TROVA, LLC<br>157 E.NEW ENGLAND AVE<br>SUITE 301<br>WINTER PARK, FL 32789 |

| Debtor | Red Lobster Management LLC | Case number (if known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1371 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | TURNER TRADE GROUP INC.<br>1050 TECHWOOD DRIVE NW<br>BUILDING 1000A<br>2ND FLOOR<br>ATLANTA, GA 30318 |
| 2.1372 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO MASTER AGREEMENT DATED 10/01/2017 | TYCO INTEGRATED SECURITY LLC<br>10500 UNIVERSITY CENTER DR.<br>TAMPA, FL 33612 |
| 2.1373 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT FOR PROTECTIVE SIGNALING SERVICE DATED 09/12/2014 | TYCO INTEGRATED SECURITY LLC<br>4700 EXCHANGE COURT<br>SUITE 300<br>BOCA RATON, FL 33431 |
| 2.1374 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | API ADDITIONAL LICENSING AGREEMENT DATED 03/13/2019 | UBER TECHNOLOGIES, INC.<br>1455 MARKET STREET.<br>SUITE 400<br>SAN FRANCISCO, CA 94103 |
| 2.1375 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE AGREEMENT DATED 02/04/2020 | UI PATH SOFTWARE<br>8875 HIDDEN RIVER PARKWAY, SUITE 300<br>TAMPA, FL 33637 |
| 2.1376 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | UIPATH INC<br>1 VANDERBILT AVE FL 60<br>NEW YORK, NY 10017-3807 |
| 2.1377 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | UNISOURCE WORLDWIDE INC.<br>6600 GOVERNORS LAKE PARKWAY<br>NORCROSS, GA 30071 |

Debtor    Red Lobster Management LLC    Case number (if known):    24-02486
_____    _____
Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1378 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | UNITED PARCEL SERVICE INC PO BOX 650116 DALLAS, TX 75265-0116 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1379 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 DATED 07/13/2017 | UNITED PARCEL SERVICE, INC 8501 ATLANTIC AVE ORLANDO, FL 32824 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1380 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 DATED 07/02/2016 | UNITED PARCEL SERVICE, INC. 8501 ATLANTIC AVE ORLANDO, FL 32824 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1381 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 8 DATED 10/10/2021 | UNITED PARCEL SERVICE, INC. 8501 ATLANTIC AVE ORLANDO, FL 32824 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1382 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 7 PROGRAM AGREEMENT DATED 09/22/2020 | UNITED PARCEL SERVICE, INC. 8501 ATLANTIC AVE ORLANDO, FL 32824 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1383 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 PROGRAM AGREEMENT DATED 08/27/2020 | UNITED PARCEL SERVICE, INC. 8901 ATLANTIC AVE ORLANDO, FL 32824 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1384 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 5 DATED 09/20/2019 | UNITED PARCEL SERVICE, INC. 8901 ATLANTIC AVE ORLANDO, FL 32824 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Red Lobster Management LLC                                    Case number (if known):   24-02486
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.1385 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 192<br>COVINGTON, KY 410120192 |
|---|---|---|---|
| 2.1386 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | UNITED VAN LINES LLC<br>ONE UNITED DRIVE<br>FENTON, MO 63026 |
| 2.1387 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | UNITEDLEX CORPORATION<br>DBA UNITEDLEX<br>DEPT CH 16539<br>PALATINE, IL 60055-6539 |
| 2.1388 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITIES SERVICE AGREEMENT FOR RESTAURANT #6298 DATED 12/03/2021 | UNIVERSAL KITCHEN SERVICES L.L.C.<br>31 PINEDALE AVENUE<br>FARMINGVILLE, NY 11738 |
| 2.1389 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | UNIVERSAL TELEVISION |
| 2.1390 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | UNIVERSAL TELEVISION LLC<br>30 ROCKEFELLER PLAZA<br>SUITE 6W<br>NEW YORK, NY 10112 |
| 2.1391 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | UNIVERSAL'S CABANA BAY BEACH RESORT<br>6550 ADVENTURE WAY<br>ORLANDO, FL 32819 |

Debtor    Red Lobster Management LLC                                    Case number (if known):   24-02486
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1392** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICE AGREEMENT <br><br> UNIVERSITY OF CENTRAL FLORIDA (UCF) |
| **2.1393** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> UNIVERSITY OF MAINE FOUNDATION <br> TWO ALUMNI PLACE <br> ORONO, ME 04469-5792 |
| **2.1394** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SERVICES AGREEMENT <br><br> UPSIDE SERVICES, INC. D.B.A. UPSIDE <br> 1701 RHODE ISLAND AVENUE NW <br> 7TH FLOOR <br> WASHINGTON, DC 20036 |
| **2.1395** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT NO. 2 TO ORDER FORM NO. Q-08129 DATED 04/01/2020 <br><br> URBAN AIRSHIP INC. D/B/A AIRSHIP <br> 1225 WEST BUMSIDE ST <br> SUITE 401 <br> PORTLAND, OR 97209 |
| **2.1396** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | AMENDMENT NO. 1 TO THE ORDER FORM DATED 01/08/2020 <br><br> URBAN AIRSHIP INC., DBA AIRSHIP <br> 1225 WEST BUMSIDE ST <br> SUITE 401 <br> PORTLAND, OR 97209 |
| **2.1397** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SUBSCRIPTION AGREEMENT DATED 10/31/2019 <br><br> URBAN AIRSHIP, INC. DBA AIRSHIP <br> 1225 WEST BUMSIDE ST <br> SUITE 401 <br> PORTLAND, OR 97209 |
| **2.1398** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | SALES ORDER DATED 10/31/2019 <br><br> URBAN AIRSHIP, INC. DBA AIRSHIP <br> 1225 WEST BUMSIDE ST <br> SUITE 401 <br> PORTLAND, OR 97209 |

| Debtor | Red Lobster Management LLC | Case number (If known): 24-02486 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1399 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | US BANK/FIRSTAR TREASURY MANAGEMENT SERVICES CM/9581 ST PAUL, MN 551709581 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1400 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK NO. 1 DATED 09/29/2023 | US CLOUD LC 12855 FLUSHING MEADOWS DR. ST. LOUIS, MO 63131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1401 | **State what the contract or lease is for and the nature of the debtor's interest** | IT SERVICES AGREEMENT DATED 09/29/2023 | US CLOUD LC 12855 FLUSHING MEADOWS DRIVE ST. LOUIS, MO 63131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1402 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | USER FRIENDLY CONSULTING, INC. 67200 51ST ST. LAWRENCE, MI 49064 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1403 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | UTILISAVE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1404 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | VALASSIS |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.1405 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | VAL-PAK DIRECT MARKETING SYSTEMS INC C/O WELLS FARGO 3585 ATLANTA AVENUE ATTN:  BOX 945889 HAPEVILLE, GA 30354 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Red Lobster Management LLC
_____    Case number (If known):  24-02486
Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1406** MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | VELOCITY TECHNOLOGY SOLUTIONS INC<br>3567 MOMENTUM PLACE<br>CHICAGO, IL 60689-5335 |
| **2.1407** MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | VEREDUS CORPORATION<br>PO BOX 117036<br>ATLANTA, GA 30368-7036 |
| **2.1408** SERVICES AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | VERIFONE INC<br>300 SOUTH PARK PLACE BOULEVARD<br>SUITE 100<br>CLEARWATER, FL 33759 |
| **2.1409** MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | VERITAS DIGITAL |
| **2.1410** MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | VERITIV (PREVIOUSLY UNISOURCE WORLDWIDE) |
| **2.1411** TELECOMMUNICATIONS AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | VERIZON (LATER DBA CELLCO) |
| **2.1412** SOFTWARE LICENSE AGREEMENT DATED 08/12/2016<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | VERTEX, INC.<br>1041 OLD CASSATT ROAD<br>BERWYN, PA 19312 |

Debtor   Red Lobster Management LLC _____   Case number (if known)   24-02486 _____

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1413** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | STATEMENT OF WORK NUMBER 2 DATED 07/29/2020<br><br>VERTEX, INC.<br>2301 RENAISSANCE BLVD<br>KING OF PRUSSIA, PA 19406 |
| **2.1414** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT SERVICES AGREEMENT DATED 08/10/2016<br><br>VERTEX, INC.<br>10410 OLD CASSATT ROAD<br>BERWYN, PA 19312 |
| **2.1415** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUPPORT ESCALATION AGREEMENT DATED 10/10/2023<br><br>VIACODE CONSULTING LLC<br>35 E MAIN ST #352<br>AVON, CT 06001 |
| **2.1416** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>VIKING CLOUD |
| **2.1417** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>VISA USA |
| **2.1418** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>VISIBLE |
| **2.1419** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>WAD PRODUCTIONS |

Debtor    Red Lobster Management LLC

Name    Case number (if known): 24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1420 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 01/01/2018 | WAGEWORKS, INC. DBA CONEXIS A DIVISION OF WAGEWORKS INC PO BOX 8363 PASADENA, CA 91109-8363 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1421 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT DATED 01/01/2018 | WAGEWORKS, INC. DBA CONEXIS A DIVISION OF WAGEWORKS INC PO BOX 8363 PASADENA, CA 91109-8363 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1422 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DATED 01/01/2019 | WAGEWORKS, INC. DBA CONEXIS A DIVISION OF WAGEWORKS INC PO BOX 8363 PASADENA, CA 91109-8363 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1423 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | WALTERS MEDIA AND DESIGN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1424 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACTS | WAVE CONSULTING CORPORATION DBA WAVE CORPORATION 225 E CANTON AVE WINTER PARK, FL 32789-3844 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1425 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | WEE BEASTIE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.1426 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO AMEND CERTAIN QUALIFIED FINANCIAL CONTRACTS DATED 11/22/2019 | WELLS FARGO & COMPANY 608 SECOND AVE S 9TH FLOOR MINNEAPOLIS, MN 55402 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Red Lobster Management LLC
_____
Name

Case number (if known):    24-02486
_____

▮    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1427** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT TO AMEND CERTAIN QUALIFIED FINANCIAL CONTRACTS DATED 11/22/2019 | WELLS FARGO BANK, N.A.<br>45 FREMONT STREET<br>30TH FLOOR<br>MAC AOI94-300<br>SAN FRANCISCO, CA 94105 |
| **2.1428** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RELOCATION MORTGAGE PROGRAM AGREEMENT DATED 05/15/2015 | WELLS FARGO BANK, N.A.<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328-0001 |
| **2.1429** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSTITUTIONAL CLIENT AGREEMENT | WELLS FARGO BANK, N.A.<br>608 SECOND AVE S<br>9TH FLOOR<br>MINNEAPOLIS, MN 55402 |
| **2.1430** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSTITUTIONAL CLIENT AGREEMENT DATED 08/28/2019 | WELLS FARGO BANK, N.A.<br>90 SOUTH 7TH STREET<br>5TH FLOOR<br>MAC N9305-05F<br>MINNEAPOLIS, MN 55402 |
| **2.1431** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADMINISTRATIVE SERVICES AGREEMENT DATED 07/28/2024 | WELLS FARGO BANK, N.A.<br>608 SECOND AVE S<br>9TH FLOOR<br>MINNEAPOLIS, MN 55402 |
| **2.1432** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO COMMERCIAL CARD AGREEMENT DATED 12/17/2020 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>608 SECOND AVE S<br>9TH FLOOR<br>MINNEAPOLIS, MN 55402 |
| **2.1433** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMERCIAL CARD AGREEMENT DATED 08/14/2017 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>608 SECOND AVE S<br>9TH FLOOR<br>MINNEAPOLIS, MN 55402 |

Debtor    Red Lobster Management LLC

Name

Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1434** State what the contract or lease is for and the nature of the debtor's interest — AGREEMENT TO AMEND CERTAIN QUALIFIED FINANCIAL CONTRACTS DATED 11/22/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | WELLS FARGO SECURITIES, LLC<br>MAC N9305-05F<br>90 SOUTH 7TH STREET<br>5TH FLOOR<br>MINNEAPOLIS, MN 55402 |
| **2.1435** State what the contract or lease is for and the nature of the debtor's interest — INSTITUTIONAL CLIENT AGREEMENT DATED 08/28/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | WELLS FARGO SECURITIES, LLC<br>MAC N9305-05F<br>90 SOUTH 7TH STREET<br>5TH FLOOR<br>MINNEAPOLIS, MN 55402 |
| **2.1436** State what the contract or lease is for and the nature of the debtor's interest — LICENSE AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | WEST PUBLISHING CORPORATION<br>DBA SERENGETI<br>PO BOX 6292<br>CAROL STREAM, IL 601976292 |
| **2.1437** State what the contract or lease is for and the nature of the debtor's interest — INSURANCE POLICY (MANAGEMENT LIABILITY) POLICY NUMBER G71828128 003<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTCHESTER FIRE INSURANCE COMPANY<br>5505 N. CUMBERLAND AVENUE<br>SUITE 301<br>CHICAGO, IL 60656 |
| **2.1438** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTERN SURETY COMPANY |
| **2.1439** State what the contract or lease is for and the nature of the debtor's interest — TOTAL ENERGY & SUSTAINABILITY SERVICE AGREEMENT DATED 07/28/2014<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTROCK COMPANY<br>1000 ABERNATHY ROAD<br>ATLANTA, GA 30328 |
| **2.1440** State what the contract or lease is for and the nature of the debtor's interest — SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | WESTROCK RKT COMPANY<br>DBA WESTROCK CP LLC<br>PO BOX 409813<br>ATLANTA, GA 303849813 |

Debtor    Red Lobster Management LLC

Case number (If known):    24-02486

Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1441** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DATED 03/27/2017<br><br>WHITE BOX SOCIAL INTELLIGENCE, INC<br>17302 PRESTON RD. #430<br>DALLAS, TX 75252 |
| **2.1442** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-6: STATEMENT OF WORK DATED 04/30/2021<br><br>WHITE BOX SOCIAL INTELLIGENCE, INC.<br>14785 PRESTON ROAD<br>SUITE 290<br>DALLAS, TX 75254 |
| **2.1443** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ATTACHMENT A-2: STATEMENT OF WORK DATED 05/31/2018<br><br>WHITE BOX SOCIAL INTELLIGENCE, INC.<br>17302 PRESTON RD. #430<br>DALLAS, TX 75252 |
| **2.1444** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICE AGREEMENT<br><br>WHITE IRON MARKETING<br>4501 BALFANZ RD<br>EDINA, MN 55435-1612 |
| **2.1445** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>WILLSON INTERNATIONAL LIMITED<br>2345 ARGENTIA ROAD<br>SUITE 201<br>MISSISSAUGA, ON L5N 8K4<br>CANADA |
| **2.1446** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>WOMENS FOODSERVICE FORUM<br>5310 HARVEST HILL RD STE 299<br>DALLAS, TX 75230-5804 |
| **2.1447** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT<br><br>WORLD OF WONDER PRODUCTIONS INC<br>6550 HOLLYWOOD BLVD.<br>4TH FLOOR<br>HOLLYWOOD, CA 90028 |

Debtor    Red Lobster Management LLC

Name    Case number (If known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1448** SERVICES AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | WORLD WILDLIFE FUND INC<br>1250 24TH ST NW<br>WASHINGTON, DC 20037-1193 |
| **2.1449** SERVICES AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | WYNN LAS VEGAS LLC<br>3131 LAS VEGAS BLVD.<br>SOUTH LAS VEGAS, NV 89109 |
| **2.1450** MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | XCELERATE MEDIA INC<br>61 W.BRIDGE STREET<br>DUBLIN, OH 43017 |
| **2.1451** MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | XO COMMUNICATIONS SERVICES LLC<br>C/O VERIZON<br>PO BOX 15043<br>ALBANY, NY 12212-5043 |
| **2.1452** MASTER SERVICE AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | YASABELL RUIZ<br>ADDRESS ON FILE |
| **2.1453** SERVICES AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | YESMAIL INC<br>A SUBSIDIARY OF INFOGROUP<br>PO BOX 957742<br>ST. LOUIS, MO 631957742 |
| **2.1454** SERVICES AGREEMENT<br>**State what the contract or lease is for and the nature of the debtor's interest**<br>**State the term remaining**<br>**List the contract number of any government contract** | YOUGOV AMERICA INC<br>999 MAIN STREET<br>SUITE 101<br>REDWOOD CITY, CA 94063 |

Debtor    Red Lobster Management LLC                                          Case number (if known):    24-02486
                Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | |
|---|---|---|
| 2.1455 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>YP ADVERTISING & PUBLISHING LLC<br>3100 KETTERING BLVD.<br>DAYTON, OH 45439 |
| 2.1456 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT<br><br>ZACKS ENTERPRISES INC<br>DBA ZAGWEAR INC<br>PO BOX 623<br>ORANGEBURG, NY 10962-0623 |
| 2.1457 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT<br><br>ZENRIN USA INC.<br>1350 BAYSHORE HIGHWAY<br>SUITE 580<br>BURLINGAME, CA 94010 |
| 2.1458 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>ZOOM VIDEO COMMUNICATIONS INC<br>PO BOX 398843<br>SAN FRANCISCO, CA 94139-8843 |
| 2.1459 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT DATED 03/28/2023<br><br>ZOOM VIDEO COMMUNICATIONS INC.<br>55 ALMADEN BLVD, 6TH FLOOR<br>SAN JOSE, CA 95113 |
| 2.1460 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT<br><br>ZURICH AMERICAN INSURANCE COMPANY<br>ZURICH NORTH AMERICA<br>3059 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0001 |
| 2.1461 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (GENERAL LIABILITY) POLICY NUMBER GLO 0176236<br><br>ZURICH AMERICAN INSURANCE COMPANY<br>MARSH RISK & INSURANCE SERVICES<br>3560 LENOX ROAD<br>SUITE 2400<br>ATLANTA, GA 30326 |

Debtor    Red Lobster Management LLC
_____    Case number (if known):    24-02486
Name

■    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1462 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (WORKER'S COMPENSATION) POLICY NUMBER WC 0176233 | ZURICH AMERICAN INSURANCE COMPANY<br>MARSH RISK & INSURANCE SERVICES<br>3560 LENOX ROAD<br>SUITE 2400<br>ATLANTA, GA 30326 |
| 2.1463 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (FOREIGN CASUALTY) POLICY NUMBER ZE 3320827-09 | ZURICH AMERICAN INSURANCE COMPANY<br>MARSH RISK & INSURANCE SERVICES<br>3560 LENOX ROAD<br>SUITE 2400<br>ATLANTA, GA 30326 |
| 2.1464 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (UMBRELLA LIABILITY) POLICY NUMBER AUC 281999-03** | ZURICH AMERICAN INSURANCE COMPANY<br>MARSH RISK & INSURANCE SERVICES<br>3560 LENOX ROAD<br>SUITE 2400<br>ATLANTA, GA 30326 |
| 2.1465 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (COMMERCIAL AUTO) POLICY NUMBER BAP 0176235 | ZURICH AMERICAN INSURANCE COMPANY<br>MARSH RISK & INSURANCE SERVICES<br>3560 LENOX ROAD<br>SUITE 2400<br>ATLANTA, GA 30326 |
| 2.1466 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (WORKER'S COMPENSATION (RETRO)) POLICY NUMBER WC 0176234 | ZURICH AMERICAN INSURANCE COMPANY<br>MARSH RISK & INSURANCE SERVICES<br>3560 LENOX ROAD<br>SUITE 2400<br>ATLANTA, GA 30326 |
| 2.1467 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (COMMERCIAL GENERAL LIABILITY) POLICY NUMBER GLO 0378588-03 | ZURICH AMERICAN INSURANCE COMPANY<br>MARSH RISK & INSURANCE SERVICES<br>3560 LENOX ROAD<br>SUITE 2400<br>ATLANTA, GA 30326 |
| 2.1468 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (COMMERCIAL AUTO) POLICY NUMBER AC 9801814 | ZURICH CANADA<br>MARSH CANADA LIMITED<br>TORONTO 120 BREMNER BOULEVARD<br>SUITE 800<br>TORONTO, ON M5J0A8<br>CANADA |

Debtor    Red Lobster Management LLC
Name

Case number (if known):    24-02486

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1469 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (PROPERTY) POLICY NUMBER 8843326 | ZURICH CANADA MARSH CANADA LIMITED TORONTO 120 BREMNER BOULEVARD SUITE 800 TORONTO, ON M5J0A8 CANADA |
| 2.1470 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE POLICY (PROPERTY) POLICY NUMBER PPR 0176332-09 | ZURICH NORTH AMERICA 1001 SUMMIT BOULEVARD SUITE 1200 ATLANTA, GA 30319 |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |
| | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name    Red Lobster Management LLC

United States Bankruptcy Court for the:    Middle District of Florida, Orlando Division

Case number (If known):    24-02486

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Red Lobster Canada, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.2 | Red Lobster Canada, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.3 | Red Lobster Hospitality LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.4 | Red Lobster Hospitality LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.5 | Red Lobster Intermediate Holdings LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.6 | Red Lobster Intermediate Holdings LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |

| Debtor | Red Lobster Management LLC | Case number (If known): | 24-02486 |
| --- | --- | --- | --- |
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Red Lobster Of Bel Air, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.8 | Red Lobster Of Bel Air, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.9 | Red Lobster Of Texas, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.10 | Red Lobster Of Texas, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.11 | Red Lobster Restaurants LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.12 | Red Lobster Restaurants LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.13 | Red Lobster Sourcing LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.14 | Red Lobster Sourcing LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |

Debtor  Red Lobster Management LLC

Name

Case number (If known):  24-02486

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 | Red Lobster Supply LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.16 | Red Lobster Supply LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.17 | RL Columbia LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.18 | RL Columbia LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.19 | RL Kansas LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.20 | RL Kansas LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.21 | RL Maryland, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.22 | RL Maryland, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |

Debtor  Red Lobster Management LLC                                    Case number (If known):  24-02486
         Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | RL Of Frederick, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.24 | RL Of Frederick, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.25 | RL Salisbury, LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.26 | RL Salisbury, LLC | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.27 | RLSV, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.28 | RLSV, Inc. | 450 SOUTH ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | WELLS FARGO BANK, NATIONAL ASSOCIATION | ☑ D ☐ E/F ☐ G |
| 2.29 | Thai Union Group Public Company Limited | ATTENTION: LUDOVIC GARNIER 72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT, MUEANG SAMUT SAKHON SAMUT SAKHON, 74000 THAILAND | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |
| 2.30 | Thai Union North America, Inc. | 2150 E. GRAND AVENUE EL SEGUNDO, CA 90245 | FORTRESS CREDIT CORP. | ☑ D ☐ E/F ☐ G |

| Debtor | Red Lobster Management LLC | Case number (If known): | 24-02486 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.32 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.33 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.34 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.35 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.36 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.37 | | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.38 | | | | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor name  Red Lobster Management LLC

United States Bankruptcy Court for the:  Middle District of Florida, Orlando Division

Case number (If known)  24-02486

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/20/2024
      MM / DD / YYYY

**X** /s/ Nicholas Haughey
Signature of individual signing on behalf of debtor

Nicholas Haughey
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Red Lobster Management LLC

United States Bankruptcy Court for the:    Middle District of Florida, Orlando Division

Case number (If known)    24-02486

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 06/01/2023 MM/DD/YYYY | to | 04/30/2024 | ☑ Operating a business<br>☐ Other _____ | $ 0.00 |
| **For prior year:** | From 06/01/2022 MM/DD/YYYY | to | 05/31/2023 MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ 0.00 |
| **For the year before that:** | From 06/01/2021 MM/DD/YYYY | to | 05/31/2022 MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ 47,895.82 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

**See Attached Rider for Additional Details**

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 06/01/2023 MM/DD/YYYY | to | 04/30/2024 | Various | $ 151,566,789.24 |
| **For prior year:** | From 06/01/2022 MM/DD/YYYY | to | 05/31/2023 MM/DD/YYYY | Various | $ 131,971,600.54 |
| **For the year before that:** | From 06/01/2021 MM/DD/YYYY | to | 05/31/2022 MM/DD/YYYY | Various | $ 106,916,807.19 |

| Debtor | Red Lobster Management LLC | Case number (If known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7, 575. (This amount may be adjusted on 4/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None    **See Attached Rider**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 _____<br>Street _____<br>City        State        Zip Code | _____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2 _____<br>Street _____<br>City        State        Zip Code | _____ | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7, 575. (This amount may be adjusted on 4/01/2025 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None    **See Attached Rider**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 _____<br>Street _____<br>City        State        Zip Code | _____ | $ _____ | _____<br>_____ |
| **Relationship to debtor**<br>_____ | | | |
| 4.2 _____<br>Street _____<br>City        State        Zip Code | _____ | $ _____ | _____<br>_____ |
| **Relationship to debtor**<br>_____ | | | |

| Debtor | Red Lobster Management LLC | | Case number (If known) | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | | | | $ |
| | Street | | | |
| | City            State            Zip Code | | | |
| 5.2 | | | | $ |
| | Street | | | |
| | City            State            Zip Code | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $ |
| | Street | | | |
| | City            State            Zip Code | | | |

Last 4 digits of account number: XXXX - _____

---

**Part 3:**    **Legal Actions or Assignments**

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity-within 1 year before filing this case.

☐ None    **See Attached Rider**

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | | | | ☐ Pending |
| | | | Street | ☐ On appeal |
| | Case number | | City       State       Zip Code | ☐ Concluded |
| 7.2 | Case title | Nature of case | Court or agency's name and address | Status of case |
| | | | | ☐ Pending |
| | | | Street | ☐ On appeal |
| | Case number | | City       State       Zip Code | ☐ Concluded |

Debtor   Red Lobster Management LLC
Name

Case number (If known)   24-02486

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ |
| Street | **Case title** | **Court name and address** |
| City        State        Zip Code | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None   <u>See Attached Rider</u>

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 | | | $ |
| Street | | | |
| City        State        Zip Code | | | |
| **Recipient's relationship to debtor** | | | |
| 9.2 | | | $ |
| Street | | | |
| City        State        Zip Code | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None   <u>See Attached Rider</u>

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor  Red Lobster Management LLC
      Name

Case number (If known)  24-02486

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None    **See Attached Rider**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 | | | $ |
| **Address** | | | |
| Street | | | |
| City          State          Zip Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2 | | | $ |
| **Address** | | | |
| Street | | | |
| City          State          Zip Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor    Red Lobster Management LLC
_____
Name

Case number (If known)    24-02486
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property-by sale, trade, or any other means-made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None   **See Attached Rider**

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | $ |
| **Address** | | | |
| | | | |
| Street | | | |
| City          State          Zip Code | | | |
| **Relationship to debtor** | | | |
| | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2 | | | $ |
| **Address** | | | |
| | | | |
| Street | | | |
| City          State          Zip Code | | | |
| **Relationship to debtor** | | | |
| | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of Occupancy | |
|---|---|---|---|
| 14.1 Street | | From _____ | To _____ |
| City          State          Zip Code | | | |
| 14.2 Street | | From _____ | To _____ |
| City          State          Zip Code | | | |

| Debtor | Red Lobster Management LLC | Case number (If known) | 24-02486 |
|---|---|---|---|
| | Name | | |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 _____ | _____ | _____ |
| Street _____ | | |
| City        State        Zip Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ | *Check all that apply:* |
| | _____ | ☐ Electronically |
| | | ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2 _____ | _____ | _____ |
| Street _____ | | |
| City        State        Zip Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ | *Check all that apply:* |
| | _____ | ☐ Electronically |
| | | ☐ Paper |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.        See Debtor's website for a full list of information collected (https://redlobster.com/privacy-policy/).

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below

| Name of plan | Employer identification number of the plan |
|---|---|
| **See Attached Rider** | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | Red Lobster Management LLC | Case number (If known) | 24-02486 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, old, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 HSBC Bank USA N.A.<br>66 HUDSON BOULEVARD<br>NEW YORK, NY 10001 | XXXX- x0246 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other  Foreign | 04/12/2024 | $            2,814.96 |
| 18.2 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Street | | | |
| City          State          Zip Code | Address | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None   See Attached Rider

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Street | | | |
| City          State          Zip Code | Address | | |

| Debtor | Red Lobster Management LLC | | Case number (If known) | 24-02486 |
|---|---|---|---|---|
| | Name | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ |
| Street | | | |
| City            State        Zip Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case Number** | Street | | ☐ On appeal |
| | City            State        Zip Code | | ☐ Concluded |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Street | Street | | |
| City            State        Zip Code | City            State        Zip Code | | |

---

Debtor   Red Lobster Management LLC
Name

Case number (If known)   24-02486

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Street | Street | | |
| _____ | _____ | | |
| City          State     Zip Code | City          State     Zip Code | | |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None   **See Attached Rider**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 _____ | _____ | EIN: _____ |
| Street _____ | _____ | **Dates business existed** |
| City     State     Zip Code | | From _____   To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.2 _____ | _____ | EIN: _____ |
| Street _____ | _____ | **Dates business existed** |
| City     State     Zip Code | | From _____   To _____ |
| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 25.3 _____ | _____ | EIN: _____ |
| Street _____ | _____ | **Dates business existed** |
| City     State     Zip Code | | From _____   To _____ |

---

Debtor    Red Lobster Management LLC

Name

Case number (If known)    24-02486

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None    **See Attached Rider**

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.1 | | | From _____ To _____ | |
| | Street | | | |
| | City | State | Zip Code | |

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.2 | | | From _____ To _____ | |
| | Street | | | |
| | City | State | Zip Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1 PRICEWATERHOUSE COOPERS LLP<br>ATTN: TRACY JUNGER<br>4040 W BOY SCOUT BLVD<br>TAMPA, FL 33607 | From 05/20/2022 To Present |
| 26b.2 | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | if any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 PEREIRA,MEERA<br>450 SOUTH ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | |

| Debtor | Red Lobster Management LLC | Case number (If known) | 24-02486 |
|---|---|---|---|
| | Name | | |

| Name and address | if any books of account and records are unavailable, explain why |
|---|---|
| 26c.2 MEDLEY, STEPHANIE<br>450 SOUTH ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None    **See Attached Rider**

| Name and address |
|---|
| 26d.1 _____ |
| Street |
| _____ |
| City          State          Zip Code |

| Name and address |
|---|
| 26d.2 _____ |
| Street |
| _____ |
| City          State          Zip Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1 _____ |
| Street |
| _____ |
| City          State          Zip Code |

Debtor    Red Lobster Management LLC                                      Case number (If known)    24-02486
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|

27.2 _____

Street _____

_____

City                    State                    Zip Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **See Attached Rider** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See Attached Rider** | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See Response to SOFA 4** | | | |
| Street | | | |
| City           State           Zip Code | | | |
| **Relationship to debtor** | | | |

Debtor   Red Lobster Management LLC
         Name
Case number (If known)   24-02486

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 | | | | |
| | Street | | | |
| | City          State          Zip Code | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: |

---

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/20/2024
               MM / DD / YYYY

**X** /s/ Nicholas Haughey                          Printed name   Nicholas Haughey
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name:  Red Lobster Management LLC                                           Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 2:** Non-business revenue

| From Date | To Date | Description of sources of revenue | Gross Revenue |
|---|---|---|---|
| 06/01/2023 | 04/30/2024 | Dividends | $223,586.26 |
| 06/01/2022 | 05/31/2023 | Dividends | $21,876.00 |
| 06/01/2021 | 05/31/2022 | Gift cards | $4,196.17 |
| 06/01/2021 | 05/31/2022 | Hedging | $215,727.00 |
| 06/01/2023 | 04/30/2024 | Intercompany Management Income | $148,881,242.73 |
| 06/01/2022 | 05/31/2023 | Intercompany Management Income | $131,228,832.24 |
| 06/01/2021 | 05/31/2022 | Intercompany Management Income | $105,976,884.02 |
| 06/01/2023 | 04/30/2024 | Intercompany Procurement Income | $660,000.00 |
| 06/01/2022 | 05/31/2023 | Intercompany Procurement Income | $720,000.00 |
| 06/01/2021 | 05/31/2022 | Intercompany Procurement Income | $720,000.00 |
| 06/01/2023 | 04/30/2024 | Interest Income | $1,577,798.25 |
| 06/01/2022 | 05/31/2023 | Management Fee Income | $892.30 |
| 06/01/2023 | 04/30/2024 | Sublease Rental Income | $224,162.00 |

Debtor Name: Red Lobster Management LLC                                                        Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| 10010 STATION LLC<br>C/O MAPP LLC<br>9101 RIVER RD<br>POTOMAC, MD 20854-4627 | | 03/04/2024 | Other- Rent | $28,143.73 |
| | | 03/29/2024 | Other- Rent | $28,143.73 |
| | | | **SUBTOTAL** | **$56,287.46** |
| 10920 MOORPARK LLC<br>650 S HILL ST STE M 11<br>LOS ANGELES, CA 90014-1748 | | 03/04/2024 | Other- Rent | $24,432.09 |
| | | 03/29/2024 | Other- Rent | $24,432.09 |
| | | 04/30/2024 | Other- Rent | $24,432.09 |
| | | | **SUBTOTAL** | **$73,296.27** |
| 10TH FAIRWAY LLC<br>DBA JM MANAGEMENT GROUP LLC<br>ATTN JOHN MESITI<br>2300 BUFFALO RD BLDG 100D<br>ROCHESTER, NY 14624-1371 | | 03/08/2024 | Other- Rent | $9,014.53 |
| | | 03/25/2024 | Other- Rent | $9,014.53 |
| | | | **SUBTOTAL** | **$18,029.06** |
| 112 RLT LLC<br>C/O HOLM & OHARA LLP<br>3 WEST 35TH STREET 9TH FLOOR<br>NEW YORK, NY 10001 | | 03/04/2024 | Other- Rent | $7,861.62 |
| | | 03/29/2024 | Other- Rent | $7,861.62 |
| | | | **SUBTOTAL** | **$15,723.24** |
| 1120 SOUTH WALTON PARTNERS LLC<br>4320 INDUSTRIAL DRIVE<br>FORT SMITH, AR 72916-9194 | | 03/04/2024 | Other- Rent | $37,383.92 |
| | | 03/29/2024 | Other- Rent | $37,383.92 |
| | | 04/30/2024 | Other- Rent | $37,383.92 |
| | | | **SUBTOTAL** | **$112,151.76** |
| 116 RLT LLC<br>C/O HOLM & OHARA LLP<br>3 WEST 35TH STREET 9TH FLOOR<br>NEW YORK, NY 10001 | | 03/04/2024 | Other- Rent | $9,129.12 |
| | | 03/29/2024 | Other- Rent | $9,129.12 |
| | | | **SUBTOTAL** | **$18,258.24** |
| 1229 RICHMOND LLC<br>C/O HENRY GOLDBERG<br>11 MILLER POINT RD<br>BREMEN, ME 04551-3500 | | 03/04/2024 | Other- Rent | $28,739.22 |
| | | 03/29/2024 | Other- Rent | $28,739.22 |
| | | 04/30/2024 | Other- Rent | $28,739.22 |
| | | | **SUBTOTAL** | **$86,217.66** |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| 1359 SN OWNERS LLC<br>PO BOX 5461<br>NEW YORK, NY 10185-5461 | | 03/04/2024 | Other- Rent | $14,947.28 |
| | | 03/29/2024 | Other- Rent | $14,947.28 |
| | | 04/30/2024 | Other- Rent | $14,947.28 |
| | | | SUBTOTAL | **$44,841.84** |
| 13612 HARBOR BOULEVARD LLC<br>2058 N MILLS AVENUE<br>SUITE 435<br>CLAREMONT, CA 91711-2812 | | 03/05/2024 | Other- Rent | $15,874.52 |
| | | 04/05/2024 | Other- Rent | $15,874.52 |
| | | 05/02/2024 | Other- Rent | $15,874.52 |
| | | | SUBTOTAL | **$47,623.56** |
| 1420 NOBLE AVE LLC<br>DBA 3909 SUNSET DRIVE OWNER LLC<br>740 ST NICHOLSON DRIVE<br>NEW YORK, NY 10031 | | 03/04/2024 | Other- Rent | $33,860.34 |
| | | 03/29/2024 | Other- Rent | $33,860.34 |
| | | | SUBTOTAL | **$67,720.68** |
| 1601 DAHILL PROPERTIES INC<br>118 WEED AVE<br>STATEN ISLAND, NY 10306-4925 | | 03/04/2024 | Other- Rent | $13,360.46 |
| | | 03/29/2024 | Other- Rent | $13,360.46 |
| | | 04/30/2024 | Other- Rent | $13,360.46 |
| | | | SUBTOTAL | **$40,081.38** |
| 170 WOLF ROAD LLC<br>655-661 BLANFORD RD<br>GRANVILLE, MA 01034-9701 | | 03/04/2024 | Other- Rent | $39,503.82 |
| | | 03/29/2024 | Other- Rent | $39,503.82 |
| | | 04/30/2024 | Other- Rent | $39,503.82 |
| | | | SUBTOTAL | **$118,511.46** |
| 1726 NC LLC<br>ATTN:  CELESTE CARLESIMO<br>250 E 87TH ST APT 6A<br>NEW YORK, NY 10128-3119 | | 03/04/2024 | Other- Rent | $11,553.45 |
| | | 03/29/2024 | Other- Rent | $11,553.45 |
| | | | SUBTOTAL | **$23,106.90** |
| 1885 LTD<br>1707 1/2 POST OAK BLVD # 250<br>HOUSTON, TX 77056-3801 | | 03/04/2024 | Other- Rent | $15,629.17 |
| | | 03/29/2024 | Other- Rent | $15,629.17 |
| | | 04/30/2024 | Other- Rent | $15,629.17 |
| | | | SUBTOTAL | **$46,887.51** |
| 2 GIRLS ENTERPRISES LLC<br>DBA WILSON EQUIPMENT ETC<br>13040 W COLONIAL DR<br>WINTER GARDEN, FL 34787-3919 | | 03/07/2024 | Suppliers or Vendors | $8,517.64 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/14/2024 | Suppliers or Vendors | $16,477.63 |
| | | 04/04/2024 | Suppliers or Vendors | $17,822.70 |
| | | 05/06/2024 | Suppliers or Vendors | $12,879.82 |
| | | 05/08/2024 | Suppliers or Vendors | $12,749.82 |
| | | | **SUBTOTAL** | **$68,447.61** |
| 2300 RESTAURANT CORP 201 E LAS OLAS BLVD STE 1200 FORT LAUDERDALE, FL 33301-4434 | | 03/04/2024 | Other- Rent | $23,638.06 |
| | | 03/29/2024 | Other- Rent | $23,638.06 |
| | | | **SUBTOTAL** | **$47,276.12** |
| 2325 EAST FLAMINGO LLC PO BOX 332 RENO, NV 89504 | | 03/04/2024 | Other- Rent | $32,836.54 |
| | | 03/29/2024 | Other- Rent | $32,836.54 |
| | | 04/30/2024 | Other- Rent | $32,836.54 |
| | | | **SUBTOTAL** | **$98,509.62** |
| 2328 COMMERCIAL WAY PROPERTIES LLC ATTN EDEN 1 E ERIE ST STE 525-4833 CHICAGO, IL 60611-2740 | | 03/04/2024 | Other- Rent | $29,511.38 |
| | | 03/29/2024 | Other- Rent | $29,511.38 |
| | | 04/30/2024 | Other- Rent | $29,511.38 |
| | | | **SUBTOTAL** | **$88,534.14** |
| 237 UPTOWN INC 3307 GARLAND DRIVE FALLS CHURCH, VA 22041-2510 | | 03/04/2024 | Other- Rent | $21,155.24 |
| | | 03/29/2024 | Other- Rent | $21,155.24 |
| | | | **SUBTOTAL** | **$42,310.48** |
| 2474 VALENTINE REALTY LLC DBA RL NEW BRUNSWICK OWNER LLC C/O THE MORGAN GROUP 1 SOUND SHORE DR STE 203 GREENWICH, CT 06830-7251 | | 03/04/2024 | Other- Rent | $31,075.36 |
| | | 03/29/2024 | Other- Rent | $31,075.36 |
| | | | **SUBTOTAL** | **$62,150.72** |
| 2525 BOWLING GREEN LLC C/O GENEVA MANAGEMENT 2950 SW 27TH AVE MIAMI, FL 33133-3765 | | 03/04/2024 | Other- Rent | $11,458.33 |
| | | 03/29/2024 | Other- Rent | $11,458.33 |
| | | 04/30/2024 | Other- Rent | $11,458.33 |
| | | | **SUBTOTAL** | **$34,374.99** |

Debtor Name:  Red Lobster Management LLC                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| 2620 MCFARLAND BLVD EAST LLC<br>28 SUNSET DR<br>TINTON FALLS, NJ 07724-3234 | | 03/04/2024 | Other- Rent | $12,005.03 |
| | | 03/29/2024 | Other- Rent | $12,005.03 |
| | | 04/30/2024 | Other- Rent | $12,005.03 |
| | | | **SUBTOTAL** | **$36,015.09** |
| 27TH MESA LLC<br>1158 LAS PULGAS RD<br>PACIFIC PALISADES, CA 90272 | | 03/04/2024 | Other- Rent | $12,083.33 |
| | | 03/29/2024 | Other- Rent | $12,083.33 |
| | | 04/30/2024 | Other- Rent | $12,083.33 |
| | | | **SUBTOTAL** | **$36,249.99** |
| 29 OCEAN PARKWAY LLC<br>ATTN DAVID GARTENSTEIN AND STEVEN GARTENSTEIN<br>1245 HEWLETT PLZ UNIT 56<br>HEWLETT, NY 11557-4003 | | 03/04/2024 | Other- Rent | $25,363.89 |
| | | 03/29/2024 | Other- Rent | $25,363.89 |
| | | | **SUBTOTAL** | **$50,727.78** |
| 3087 ASSOCIATES LLC<br>DBA 3087 RLGA LLC<br>C/O LENORE RASHTY<br>6428 POLO POINT WAY<br>DELRAY BEACH, FL 33484 | | 03/04/2024 | Other- Rent | $15,024.65 |
| | | 03/29/2024 | Other- Rent | $15,024.65 |
| | | | **SUBTOTAL** | **$30,049.30** |
| 39401 FREMONT BOULEVARD LLC<br>555 BRYANT ST PMB 316<br>PALO ALTO, CA 94301-1704 | | 03/04/2024 | Other- Rent | $38,141.96 |
| | | 03/29/2024 | Other- Rent | $38,141.96 |
| | | | **SUBTOTAL** | **$76,283.92** |
| 3B2 SOLUTIONS LLC<br>35 B CONCOURSE WAY<br>GREER, SC 296504704 | | 02/20/2024 | Suppliers or Vendors | $106,900.67 |
| | | 02/23/2024 | Suppliers or Vendors | $22,556.20 |
| | | 03/04/2024 | Suppliers or Vendors | $10,029.92 |
| | | 03/08/2024 | Suppliers or Vendors | $18,350.53 |
| | | 03/13/2024 | Suppliers or Vendors | $76,466.81 |
| | | 03/21/2024 | Suppliers or Vendors | $29,011.17 |
| | | 03/28/2024 | Suppliers or Vendors | $31,510.09 |
| | | 04/11/2024 | Suppliers or Vendors | $67,584.05 |
| | | 04/24/2024 | Suppliers or Vendors | $12,142.00 |
| | | 05/06/2024 | Suppliers or Vendors | $2,773.00 |
| | | 05/07/2024 | Suppliers or Vendors | $489.00 |

Debtor Name:  Red Lobster Management LLC                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$377,813.44** |
| 411 LENOX REALTY INC<br>455 LENOX AVE<br>NEW YORK, NY 10037-3331 | | 03/04/2024 | Other- Rent | $20,575.65 |
| | | 03/29/2024 | Other- Rent | $20,575.65 |
| | | 04/30/2024 | Other- Rent | $20,575.65 |
| | | | **SUBTOTAL** | **$61,726.95** |
| 416 COMMERCE CENTER DRIVE LLC<br>3518 VALLEYVIEW DR<br>KISSIMMEE, FL 34746-2869 | | 03/04/2024 | Other- Rent | $15,803.54 |
| | | 03/29/2024 | Other- Rent | $15,803.54 |
| | | | **SUBTOTAL** | **$31,607.08** |
| 4230 BROADWAY REALTY CO INC<br>C/O EDWARD APUZZI<br>5 OAKRIDGE COURT<br>PRINCETON, NJ 08540 | | 02/27/2024 | Other- Rent | $19,662.17 |
| | | 04/01/2024 | Other- Rent | $19,662.17 |
| | | 04/29/2024 | Other- Rent | $19,662.17 |
| | | | **SUBTOTAL** | **$58,986.51** |
| 454 W 22 ST LLC<br>DBA 8040 KINGSTON PIKE ROAD OWNER LLC<br>701 N FORT LAUDERDALE BEACH BLVD<br>UNIT 1604<br>FORT LAUDERDALE, FL 33304-4148 | | 03/04/2024 | Other- Rent | $26,283.26 |
| | | 03/29/2024 | Other- Rent | $26,283.26 |
| | | 04/30/2024 | Other- Rent | $26,283.26 |
| | | | **SUBTOTAL** | **$78,849.78** |
| 6091 SAWMILL ROAD LLC<br>C/O DON KUHN<br>4534 CROSSTICK CT<br>SYLVANIA, OH 43560-2288 | | 03/04/2024 | Other- Rent | $13,048.25 |
| | | 03/29/2024 | Other- Rent | $13,048.25 |
| | | 04/30/2024 | Other- Rent | $13,048.25 |
| | | | **SUBTOTAL** | **$39,144.75** |
| 6701 18TH AVENUE ASSOCIATES LLC<br>112 MULBERRY CIRCLE<br>STATEN ISLAND, NY 10314-3716 | | 03/04/2024 | Other- Rent | $36,007.38 |
| | | 03/29/2024 | Other- Rent | $36,007.38 |
| | | 04/30/2024 | Other- Rent | $36,007.38 |
| | | | **SUBTOTAL** | **$108,022.14** |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| 684 MYRTLE AVENUE REALTY LLC<br>360 KINGSLAND AVENUE<br>BROOKLYN, NY 11222 | | 03/04/2024 | Other- Rent | $29,386.03 |
| | | 03/29/2024 | Other- Rent | $29,386.03 |
| | | 04/30/2024 | Other- Rent | $29,386.03 |
| | | | **SUBTOTAL** | **$88,158.09** |
| 801 RED LOBSTER LLC<br>4601 PONCE DE LEON BLVD<br>SUITE #300<br>CORAL GABLES, FL 33146 | | 03/04/2024 | Other- Rent | $34,081.03 |
| | | 03/29/2024 | Other- Rent | $34,081.03 |
| | | | **SUBTOTAL** | **$68,162.06** |
| 95METCALF PROPERTIES INC<br>4705 CENTRAL STREET<br>KANSAS CITY, MO 64112 | | 03/04/2024 | Other- Rent | $19,823.78 |
| | | 03/29/2024 | Other- Rent | $19,823.78 |
| | | 04/30/2024 | Other- Rent | $19,823.78 |
| | | | **SUBTOTAL** | **$59,471.34** |
| A & A PRODUCE COMPANY LLC<br>4726 NORTHGATE BLVD<br>MYRTLE BEACH, SC 29577 | | 02/20/2024 | Suppliers or Vendors | $917.96 |
| | | 02/21/2024 | Suppliers or Vendors | $729.60 |
| | | 02/23/2024 | Suppliers or Vendors | $1,013.52 |
| | | 02/27/2024 | Suppliers or Vendors | $1,083.64 |
| | | 02/28/2024 | Suppliers or Vendors | $755.70 |
| | | 03/04/2024 | Suppliers or Vendors | $650.12 |
| | | 03/06/2024 | Suppliers or Vendors | $1,313.87 |
| | | 03/08/2024 | Suppliers or Vendors | $932.51 |
| | | 03/12/2024 | Suppliers or Vendors | $1,649.89 |
| | | 03/14/2024 | Suppliers or Vendors | $632.43 |
| | | 03/18/2024 | Suppliers or Vendors | $712.04 |
| | | 03/19/2024 | Suppliers or Vendors | $922.26 |
| | | 03/21/2024 | Suppliers or Vendors | $496.13 |
| | | 03/25/2024 | Suppliers or Vendors | $1,813.18 |
| | | 03/26/2024 | Suppliers or Vendors | $362.45 |
| | | 03/28/2024 | Suppliers or Vendors | $402.71 |
| | | 04/01/2024 | Suppliers or Vendors | $638.35 |
| | | 04/02/2024 | Suppliers or Vendors | $853.36 |
| | | 04/04/2024 | Suppliers or Vendors | $551.46 |
| | | 04/08/2024 | Suppliers or Vendors | $621.10 |

Debtor Name:  Red Lobster Management LLC                                                           Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/09/2024 | Suppliers or Vendors | $1,149.38 |
| | | 04/11/2024 | Suppliers or Vendors | $573.25 |
| | | 04/15/2024 | Suppliers or Vendors | $1,137.00 |
| | | 04/16/2024 | Suppliers or Vendors | $918.51 |
| | | 04/18/2024 | Suppliers or Vendors | $543.30 |
| | | 04/22/2024 | Suppliers or Vendors | $554.51 |
| | | 04/23/2024 | Suppliers or Vendors | $959.12 |
| | | 04/25/2024 | Suppliers or Vendors | $238.35 |
| | | 04/29/2024 | Suppliers or Vendors | $1,018.41 |
| | | 04/30/2024 | Suppliers or Vendors | $1,044.78 |
| | | 05/02/2024 | Suppliers or Vendors | $527.33 |
| | | 05/06/2024 | Suppliers or Vendors | $571.31 |
| | | 05/07/2024 | Suppliers or Vendors | $1,017.23 |
| | | 05/09/2024 | Suppliers or Vendors | $477.95 |
| | | 05/13/2024 | Suppliers or Vendors | $453.36 |
| | | 05/14/2024 | Suppliers or Vendors | $795.47 |
| | | 05/16/2024 | Suppliers or Vendors | $762.64 |
| | | | **SUBTOTAL** | **$29,794.18** |
| A & F WATER HTR & SPA SER INC<br>35170 BEATTIE DRIVE<br>STERLING HEIGHTS, MI 48312 | | 05/08/2024 | Suppliers or Vendors | $14,213.36 |
| | | | **SUBTOTAL** | **$14,213.36** |
| A LIST PLUMBING LLC<br>21133 22ND AVE W<br>LYNNWOOD, WA 98036-7945 | | 02/23/2024 | Suppliers or Vendors | $9,298.14 |
| | | | **SUBTOTAL** | **$9,298.14** |
| A O SMITH WATER PRODUCTS<br>12024 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | 02/23/2024 | Suppliers or Vendors | $49,762.97 |
| | | 03/04/2024 | Suppliers or Vendors | $580.00 |
| | | 03/08/2024 | Suppliers or Vendors | $66,374.60 |
| | | 03/21/2024 | Suppliers or Vendors | $128,847.30 |
| | | 03/28/2024 | Suppliers or Vendors | $107,914.86 |
| | | 04/11/2024 | Suppliers or Vendors | $46,246.75 |
| | | 04/25/2024 | Suppliers or Vendors | $105,325.16 |
| | | 05/02/2024 | Suppliers or Vendors | $130,690.70 |
| | | 05/19/2024 | Suppliers or Vendors | $308,907.44 |
| | | | **SUBTOTAL** | **$944,649.78** |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| A-1 COMMERCIAL CLEANING LLC<br>3415 HUNTERS STAND ST<br>SAN ANTONIO, TX 78230-2029 | | 03/04/2024 | Suppliers or Vendors | $3,409.88 |
| | | 04/12/2024 | Suppliers or Vendors | $7,306.88 |
| | | | SUBTOTAL | **$10,716.76** |
| A-1 SERVICE PLUMBING INC<br>2601 PEMBERTON DR<br>APOPKA, FL 32703-9403 | | 04/29/2024 | Suppliers or Vendors | $7,266.85 |
| | | 05/15/2024 | Suppliers or Vendors | $2,143.43 |
| | | | SUBTOTAL | **$9,410.28** |
| AARK USA LLC<br>3026 MOSSER DRIVE<br>ALLENTOWN, PA 18103 | | 03/04/2024 | Other- Rent | $22,092.38 |
| | | 03/29/2024 | Other- Rent | $22,092.38 |
| | | 04/30/2024 | Other- Rent | $22,092.38 |
| | | | SUBTOTAL | **$66,277.14** |
| AARON CHADWICK HARRIS<br>DBA HARRIS FENCE &<br>LANDSCAPING COMPANY<br>13822 DENTWOOD DR<br>HOUSTON, TX 77014-2666 | | 03/08/2024 | Other- Individual Miscellaneous | $8,504.00 |
| | | 03/28/2024 | Other- Individual Miscellaneous | $1,750.00 |
| | | 05/02/2024 | Other- Individual Miscellaneous | $1,160.00 |
| | | | SUBTOTAL | **$11,414.00** |
| AASTHI LLC<br>829 HEATH LN<br>WESTMONT, IL 60559-2675 | | 03/04/2024 | Other- Rent | $33,127.51 |
| | | 03/29/2024 | Other- Rent | $33,127.51 |
| | | 04/30/2024 | Other- Rent | $33,127.51 |
| | | | SUBTOTAL | **$99,382.53** |
| AC DC ELECTRIC INC<br>3140 E AUSTIN DR<br>GILBERT, AZ 85296-0582 | | 03/04/2024 | Suppliers or Vendors | $540.00 |
| | | 03/13/2024 | Suppliers or Vendors | $6,858.00 |
| | | 03/28/2024 | Suppliers or Vendors | $1,243.00 |
| | | 04/04/2024 | Suppliers or Vendors | $6,061.00 |
| | | 04/11/2024 | Suppliers or Vendors | $4,030.00 |
| | | 05/02/2024 | Suppliers or Vendors | $6,938.00 |
| | | | SUBTOTAL | **$25,670.00** |
| ACCURATE BACKGROUND LLC<br>7515 IRVINE CENTER DRIVE<br>IRVINE, CA 92618-2930 | | 03/08/2024 | Suppliers or Vendors | $37,851.65 |
| | | 03/13/2024 | Suppliers or Vendors | $206.62 |
| | | 04/04/2024 | Suppliers or Vendors | $17,664.32 |
| | | 04/11/2024 | Suppliers or Vendors | $115.15 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/02/2024 | Suppliers or Vendors | $14,600.48 |
| | | 05/09/2024 | Suppliers or Vendors | $111.86 |
| | | 05/15/2024 | Suppliers or Vendors | $874.40 |
| | | 05/16/2024 | Suppliers or Vendors | $17,475.32 |
| | | | **SUBTOTAL** | **$88,899.80** |
| ACI WORLDWIDE CORP<br>13594 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0001 | | 02/26/2024 | Suppliers or Vendors | $22,468.20 |
| | | 03/01/2024 | Suppliers or Vendors | $28,845.66 |
| | | 03/18/2024 | Suppliers or Vendors | $21,997.84 |
| | | 03/22/2024 | Suppliers or Vendors | $41,096.98 |
| | | 03/27/2024 | Suppliers or Vendors | $31,054.55 |
| | | 04/16/2024 | Suppliers or Vendors | $28,845.66 |
| | | 04/23/2024 | Suppliers or Vendors | $15,468.84 |
| | | 05/02/2024 | Suppliers or Vendors | $33,145.22 |
| | | 05/19/2024 | Suppliers or Vendors | $148,183.49 |
| | | | **SUBTOTAL** | **$371,106.44** |
| AD&C ENTERPRISES LLC<br>3256 N SUSQUEHANNA TRL<br>YORK, PA 17406-9754 | | 03/04/2024 | Suppliers or Vendors | $14,424.00 |
| | | | **SUBTOTAL** | **$14,424.00** |
| ADAMS REFRIGERATION & RESTAURANT EQUIPMENT INC<br>PO BOX 846<br>JONESBOROUGH, TN 37659 | | 05/08/2024 | Suppliers or Vendors | $8,621.36 |
| | | 05/09/2024 | Suppliers or Vendors | $538.72 |
| | | | **SUBTOTAL** | **$9,160.08** |
| ADOBE INC<br>29322 NETWORK PLACE<br>CHICAGO, IL 60673-1293 | | 03/22/2024 | Suppliers or Vendors | $259,536.53 |
| | | 05/08/2024 | Suppliers or Vendors | $3,390.00 |
| | | | **SUBTOTAL** | **$262,926.53** |
| ADP CLIENT TRUST | | 02/28/2024 | Other- Payroll Processor | $48,660.00 |
| | | 03/06/2024 | Other- Payroll Processor | $10,000.00 |
| | | 04/08/2024 | Other- Payroll Processor | $60,000.00 |
| | | 04/17/2024 | Other- Payroll Processor | $10,000.00 |
| | | 05/01/2024 | Other- Payroll Processor | $20,000.00 |
| | | 05/16/2024 | Other- Payroll Processor | $5,000.00 |
| | | | **SUBTOTAL** | **$153,660.00** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| ADP INC<br>PO BOX 830272<br>PHILADELPHIA, PA 19182-0382 | | 02/20/2024 | Other- Payroll Processor | $52,708.10 |
| | | 03/04/2024 | Other- Payroll Processor | $15,751.49 |
| | | 03/08/2024 | Other- Payroll Processor | $48,129.86 |
| | | 03/15/2024 | Other- Payroll Processor | $5,715.32 |
| | | 04/04/2024 | Other- Payroll Processor | $50,854.05 |
| | | 04/10/2024 | Other- Payroll Processor | $50,460.17 |
| | | 04/23/2024 | Other- Payroll Processor | $63,871.80 |
| | | | **SUBTOTAL** | **$287,490.79** |
| ADVANCED HOUSING DEVELOPERS INC<br>1362 65TH STREET<br>BROOKLYN, NY 11209 | | 03/04/2024 | Other- Rent | $33,638.19 |
| | | 03/29/2024 | Other- Rent | $33,638.19 |
| | | 05/02/2024 | Other- Rent | $33,638.19 |
| | | | **SUBTOTAL** | **$100,914.57** |
| AEROFUND HOLDINGS INC<br>DBA AEROFUND FINANCIAL<br>C/O 1212 FLOORING SOLUTIONS INC<br>7842 BIG TIMBER TRL<br>MIDDLETON, WI 53562-4159 | | 02/23/2024 | Suppliers or Vendors | $22,848.22 |
| | | | **SUBTOTAL** | **$22,848.22** |
| AETNA LIFE INSURANCE COMPANY<br>221 DAWSON ROAD<br>COLUMBIA, SC 292243759 | | 03/04/2024 | Suppliers or Vendors | $24,280.65 |
| | | 04/04/2024 | Suppliers or Vendors | $29,491.18 |
| | | 05/08/2024 | Suppliers or Vendors | $23,636.14 |
| | | | **SUBTOTAL** | **$77,407.97** |
| AFLI2 LLC<br>ATTN ANGELA LI<br>3066 STELLING DR<br>PALO ALTO, CA 94303-3968 | | 03/04/2024 | Other- Rent | $15,895.00 |
| | | 03/29/2024 | Other- Rent | $15,895.00 |
| | | | **SUBTOTAL** | **$31,790.00** |
| AIB MANAGEMENT I LP<br>DBA AIB SHENANDOAH I LLC<br>C/O MR KLAUS THOMA ESQ<br>520 POST OAK BLVD STE 710<br>HOUSTON, TX 77027-9481 | | 03/04/2024 | Other- Rent | $22,386.88 |
| | | 03/29/2024 | Other- Rent | $22,386.88 |
| | | 04/30/2024 | Other- Rent | $22,386.88 |
| | | | **SUBTOTAL** | **$67,160.64** |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| AJ CHEN LLC<br>ATTN DORIS CHEN<br>423 LAUREL OAK DR<br>SEWICKLEY, PA 15143-9392 | | 03/04/2024 | Other- Rent | $26,251.79 |
| | | 03/29/2024 | Other- Rent | $26,251.79 |
| | | | SUBTOTAL | **$52,503.58** |
| ALAN S GOLDMAN<br>DBA AQUA-VISIONS<br>2597 KIMBERLY COURT<br>MERRICK, NY 11566 | | 03/04/2024 | Suppliers or Vendors | $5,780.42 |
| | | 03/28/2024 | Suppliers or Vendors | $3,424.11 |
| | | 05/02/2024 | Suppliers or Vendors | $2,165.66 |
| | | | SUBTOTAL | **$11,370.19** |
| ALDO GUIDOTTI<br>DBA GUIDOTTI PROPERTIES LLC<br>C/O COMMERCIAL REAL ESTATE MANAGEMENT<br>5951 JEFFERSON STREET NE SUITE A<br>ALBUQUERQUE, NM 87109 | | 02/26/2024 | Other- Rent | $10,117.52 |
| | | 03/18/2024 | Other- Rent | $14,391.50 |
| | | 04/17/2024 | Other- Rent | $14,391.50 |
| | | | SUBTOTAL | **$38,900.52** |
| ALEXANDRIA SEAFOOD LLC<br>15942 SHADY GROVE ROAD<br>GAITHERSBURG, MD 20877 | | 03/04/2024 | Other- Rent | $36,152.28 |
| | | 03/29/2024 | Other- Rent | $36,152.28 |
| | | 04/30/2024 | Other- Rent | $36,152.28 |
| | | | SUBTOTAL | **$108,456.84** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $6,108.03 |
| | | 03/29/2024 | Other- Rent | $6,108.03 |
| | | 04/30/2024 | Other- Rent | $6,108.03 |
| | | | SUBTOTAL | **$18,324.09** |
| ALL HOURS PLUMBING DRAIN CLEANING LLC<br>1152 W 2400 S<br>WEST VALLEY, UT 84119-1557 | | 03/04/2024 | Suppliers or Vendors | $18,403.00 |
| | | | SUBTOTAL | **$18,403.00** |
| ALLIED MECHANICAL & ELECTRICAL INC<br>2141 SANDY DRIVE<br>STATE COLLEGE, PA 16803-2283 | | 03/27/2024 | Suppliers or Vendors | $21,026.18 |
| | | 05/06/2024 | Suppliers or Vendors | $3,822.61 |
| | | | SUBTOTAL | **$24,848.79** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| ALONSO EXCAVATION & CONSTRUCTION CO INC DBA ALONSO SERVICE COMPANY PO BOX 33998 SAN ANTONIO, TX 78265-3998 | | 04/11/2024 | Suppliers or Vendors | $10,626.80 |
| | | | **SUBTOTAL** | **$10,626.80** |
| ALPHA MECHANICAL SERVICE LLC DBA ALPHA ENERGY SOLUTIONS 7200 DISTRIBUTION DRIVE LOUISVILLE, KY 40258-2827 | | 02/20/2024 | Suppliers or Vendors | $24,405.93 |
| | | 03/04/2024 | Suppliers or Vendors | $9,843.52 |
| | | 03/13/2024 | Suppliers or Vendors | $2,485.00 |
| | | 03/28/2024 | Suppliers or Vendors | $17,491.15 |
| | | 04/25/2024 | Suppliers or Vendors | $8,785.69 |
| | | 05/02/2024 | Suppliers or Vendors | $590.00 |
| | | | **SUBTOTAL** | **$63,601.29** |
| ALPHA THREAT MANAGEMENT INC 18032 C LEMON DR SUITE 124 YORBA LINDA, CA 92886 | | 03/21/2024 | Suppliers or Vendors | $2,369.63 |
| | | 03/28/2024 | Suppliers or Vendors | $12,989.25 |
| | | | **SUBTOTAL** | **$15,358.88** |
| ALPINE REFRIGERATION INC PO BOX 40188 DENVER, CO 80204 | | 03/13/2024 | Suppliers or Vendors | $8,747.75 |
| | | 03/28/2024 | Suppliers or Vendors | $3,443.45 |
| | | 04/25/2024 | Suppliers or Vendors | $2,366.37 |
| | | | **SUBTOTAL** | **$14,557.57** |
| ALR RACANELLI LLC C/O ANGELA POSILLICO 61 BAYVIEW AVE MASSAPEQUA, NY 11758-7218 | | 03/04/2024 | Other- Rent | $13,705.41 |
| | | 03/29/2024 | Other- Rent | $13,705.41 |
| | | 04/30/2024 | Other- Rent | $13,705.41 |
| | | | **SUBTOTAL** | **$41,116.23** |
| ALSCO INC DBA ALSCO CORPORATE ACCOUNTS 3101 CHARLOTTE AVE NASHVILLE, TN 37209-4053 | | 02/20/2024 | Suppliers or Vendors | $37,946.69 |
| | | 02/23/2024 | Suppliers or Vendors | $36,311.46 |
| | | 03/04/2024 | Suppliers or Vendors | $21,802.99 |
| | | 03/08/2024 | Suppliers or Vendors | $18,123.89 |
| | | 03/13/2024 | Suppliers or Vendors | $27,028.33 |
| | | 03/21/2024 | Suppliers or Vendors | $28,048.56 |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/22/2024 | Suppliers or Vendors | $706.63 |
| | | 03/28/2024 | Suppliers or Vendors | $21,732.19 |
| | | 04/04/2024 | Suppliers or Vendors | $24,268.49 |
| | | 04/11/2024 | Suppliers or Vendors | $22,297.61 |
| | | 04/18/2024 | Suppliers or Vendors | $31,289.95 |
| | | 04/25/2024 | Suppliers or Vendors | $69,958.90 |
| | | 05/02/2024 | Suppliers or Vendors | $21,980.44 |
| | | 05/16/2024 | Suppliers or Vendors | $152,958.98 |
| | | | **SUBTOTAL** | **$514,455.11** |
| ALVA INVESTMENT CORP 8950 SW 74 CT SUITE 1901 MIAMI, FL 33156 | | 03/04/2024 | Other- Rent | $35,618.33 |
| | | 03/29/2024 | Other- Rent | $35,618.33 |
| | | 04/19/2024 | Other- Rent | $4,236.10 |
| | | 04/30/2024 | Other- Rent | $35,618.33 |
| | | | **SUBTOTAL** | **$111,091.09** |
| AMAZING GRACE LANDSCAPING LLC 9230 US HIGHWAY 192 STE D1 CLERMONT, FL 34714-8214 | | 02/23/2024 | Suppliers or Vendors | $5,155.64 |
| | | 03/28/2024 | Suppliers or Vendors | $2,380.00 |
| | | 04/04/2024 | Suppliers or Vendors | $2,240.00 |
| | | 04/25/2024 | Suppliers or Vendors | $312.00 |
| | | | **SUBTOTAL** | **$10,087.64** |
| AMAZON.COM C/O AMAZON WEB SERVICES INC PO BOX 84023 SEATTLE, WA 98124-8423 | | 03/18/2024 | Suppliers or Vendors | $16,751.61 |
| | | 03/27/2024 | Suppliers or Vendors | $17,059.94 |
| | | 04/17/2024 | Suppliers or Vendors | $17,252.44 |
| | | 05/01/2024 | Suppliers or Vendors | $235.04 |
| | | 05/19/2024 | Suppliers or Vendors | $33,533.70 |
| | | | **SUBTOTAL** | **$84,832.73** |
| AMERICAN ARBITRATION ASSOCIATION INC 120 BROADWAY FL 21 NEW YORK, NY 10271-2700 | | 02/23/2024 | Suppliers or Vendors | $4,972.00 |
| | | 02/28/2024 | Suppliers or Vendors | $65.00 |
| | | 04/05/2024 | Suppliers or Vendors | $4,575.50 |
| | | 05/10/2024 | Suppliers or Vendors | $980.00 |
| | | 05/17/2024 | Suppliers or Vendors | $3,387.50 |

Debtor Name:  Red Lobster Management LLC                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/19/2024 | Suppliers or Vendors | $368.00 |
| | | | **SUBTOTAL** | **$14,348.00** |
| AMERICAN DREAM MAINTENANCE AND POWER WASHING LLC DBA ANGELA BOCCIO MCCOMB 64 VANDERBILT AVE SAINT JAMES, NY 11780-1732 | | 04/04/2024 | Suppliers or Vendors | $12,803.50 |
| | | 04/30/2024 | Suppliers or Vendors | $1,304.50 |
| | | | **SUBTOTAL** | **$14,108.00** |
| AMERICAN FAST FREIGHT INC PO BOX 101846 PASADENA, CA 91189-0053 | | 02/23/2024 | Suppliers or Vendors | $3,705.45 |
| | | 03/08/2024 | Suppliers or Vendors | $4,939.09 |
| | | 03/28/2024 | Suppliers or Vendors | $12,340.33 |
| | | 04/19/2024 | Suppliers or Vendors | $34,374.27 |
| | | 04/22/2024 | Suppliers or Vendors | $6,892.49 |
| | | 05/01/2024 | Suppliers or Vendors | $5,966.15 |
| | | 05/03/2024 | Suppliers or Vendors | $5,822.78 |
| | | 05/13/2024 | Suppliers or Vendors | $4,025.22 |
| | | | **SUBTOTAL** | **$78,065.78** |
| AMERICAN FINANCE OPERATING PARTNERSHIP LP DBA ARC CLORLFL001 LLC C/O HIFFMAN NATIONAL LLC ONE OAKBROOK TERRACE STE 400 OAKBROOK TERRACE, IL 60181-4449 | | 03/06/2024 | Other- Rent | $16,895.40 |
| | | 04/11/2024 | Other- Rent | $16,895.40 |
| | | | **SUBTOTAL** | **$33,790.80** |
| AMERICAN HEATING INC 5035 S E 24TH AVENUE PORTLAND, OR 972024765 | | 03/21/2024 | Suppliers or Vendors | $8,722.34 |
| | | 03/28/2024 | Suppliers or Vendors | $321.00 |
| | | 04/11/2024 | Suppliers or Vendors | $348.29 |
| | | 05/02/2024 | Suppliers or Vendors | $732.93 |
| | | | **SUBTOTAL** | **$10,124.56** |
| AMERITECH FACILITY SERVICES LLC 1500 AIRPORT DRIVE SUITE 200 BALL GROUND, GA 30107 | | 03/08/2024 | Suppliers or Vendors | $6,656.99 |
| | | 03/21/2024 | Suppliers or Vendors | $5,049.20 |
| | | 04/04/2024 | Suppliers or Vendors | $3,554.45 |
| | | 04/25/2024 | Suppliers or Vendors | $7,538.29 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/02/2024 | Suppliers or Vendors | $6,943.28 |
| | | 05/09/2024 | Suppliers or Vendors | $279,500.00 |
| | | | **SUBTOTAL** | **$309,242.21** |
| AMJ WOLF CORP<br>239 BARTON AVENUE<br>MELVILLE, NY 11747 | | 03/04/2024 | Other- Rent | $9,363.77 |
| | | 03/29/2024 | Other- Rent | $9,363.77 |
| | | | **SUBTOTAL** | **$18,727.54** |
| AMW CONTRACTING INC<br>144 ARLINGTON ROAD S STE 3<br>JACKSONVILLE, FL 32216-7204 | | 03/04/2024 | Suppliers or Vendors | $12,048.08 |
| | | 03/21/2024 | Suppliers or Vendors | $12,018.68 |
| | | | **SUBTOTAL** | **$24,066.76** |
| ANALYTIC PARTNERS LP<br>1441 BRICKELL AVE STE 1220<br>MIAMI, FL 33131-3429 | | 04/22/2024 | Suppliers or Vendors | $75,000.00 |
| | | 05/09/2024 | Suppliers or Vendors | $37,500.00 |
| | | | **SUBTOTAL** | **$112,500.00** |
| ANDREWS REFRIGERATION INC<br>5617 E HILLERY DR<br>SCOTTSDALE, AZ 852542449 | | 04/25/2024 | Suppliers or Vendors | $12,133.60 |
| | | | **SUBTOTAL** | **$12,133.60** |
| ANDYHARRIS LLC<br>222 GRAND AVE<br>ENGLEWOOD, NJ 07631-4352 | | 03/04/2024 | Other- Rent | $15,070.33 |
| | | 03/29/2024 | Other- Rent | $15,371.74 |
| | | 04/30/2024 | Other- Rent | $15,371.74 |
| | | | **SUBTOTAL** | **$45,813.81** |
| ANNA BUECHELER INVESTMENT PARTNERSHIP<br>13615 HART STREET<br>VAN NUYS, CA 91405 | | 03/04/2024 | Other- Rent | $25,905.01 |
| | | 03/29/2024 | Other- Rent | $25,905.01 |
| | | 04/30/2024 | Other- Rent | $25,905.01 |
| | | | **SUBTOTAL** | **$77,715.03** |
| ANNAPOLIS MALL SHOPPING CTR CO<br>C/O ANNAPOLIS MGMT CO<br>PO BOX 6570<br>ANNAPOLIS, MD 214010570 | | 03/04/2024 | Other- Rent | $19,732.00 |
| | | 03/29/2024 | Other- Rent | $19,732.00 |
| | | 04/30/2024 | Other- Rent | $19,732.00 |
| | | | **SUBTOTAL** | **$59,196.00** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $20,399.84 |
| | | 04/02/2024 | Other- Rent | $20,399.84 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/06/2024 | Other- Rent | $20,399.84 |
| | | | **SUBTOTAL** | **$61,199.52** |
| ANTHONY J CHINAPPI<br>DBA CHINAPPI LANDSCAPING LLC<br>PO BOX 481<br>WILLIAMSTOWN, NJ 08094 | | 05/02/2024 | Suppliers or Vendors | $8,536.41 |
| | | | **SUBTOTAL** | **$8,536.41** |
| ANYBILL FINANCIAL SERVICES INC<br>C/O ACCOUNTS RECEIVABLE<br>PO BOX 34781<br>BETHESDA, MD 20827 | | 02/21/2024 | Suppliers or Vendors | $974,428.10 |
| | | 02/22/2024 | Suppliers or Vendors | $1,608.15 |
| | | 02/27/2024 | Suppliers or Vendors | $589,149.74 |
| | | 03/05/2024 | Suppliers or Vendors | $220,049.00 |
| | | 03/12/2024 | Suppliers or Vendors | $664,460.92 |
| | | 03/15/2024 | Suppliers or Vendors | $10,839,982.19 |
| | | 03/18/2024 | Suppliers or Vendors | $19,000.00 |
| | | 03/20/2024 | Suppliers or Vendors | $1,305,053.18 |
| | | 03/27/2024 | Suppliers or Vendors | $755,896.73 |
| | | 04/03/2024 | Suppliers or Vendors | $161,760.00 |
| | | 04/10/2024 | Suppliers or Vendors | $692,330.83 |
| | | 04/15/2024 | Suppliers or Vendors | $1,568.68 |
| | | 04/17/2024 | Suppliers or Vendors | $10,770,708.76 |
| | | 04/22/2024 | Suppliers or Vendors | $1,468,742.56 |
| | | 04/25/2024 | Suppliers or Vendors | $2,135,700.05 |
| | | 05/02/2024 | Suppliers or Vendors | $180,576.00 |
| | | 05/10/2024 | Suppliers or Vendors | $528,975.84 |
| | | 05/17/2024 | Suppliers or Vendors | $8,552,716.42 |
| | | 05/19/2024 | Suppliers or Vendors | $3,242.66 |
| | | | **SUBTOTAL** | **$39,865,949.81** |
| AP SERVICES LLC<br>PO BOX 7410063<br>CHICAGO, IL 60674-5063 | | 02/23/2024 | Suppliers or Vendors | $402,479.37 |
| | | 03/11/2024 | Suppliers or Vendors | $682,239.83 |
| | | 05/08/2024 | Suppliers or Vendors | $1,340,103.71 |
| | | | **SUBTOTAL** | **$2,424,822.91** |
| APEX SYSTEMS INC<br>3750 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | 02/26/2024 | Suppliers or Vendors | $86,042.00 |
| | | 03/06/2024 | Suppliers or Vendors | $92,220.00 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/15/2024 | Suppliers or Vendors | $3,800.00 |
| | | 03/18/2024 | Suppliers or Vendors | $8,320.00 |
| | | 03/27/2024 | Suppliers or Vendors | $7,320.00 |
| | | 04/01/2024 | Suppliers or Vendors | $8,600.00 |
| | | 04/02/2024 | Suppliers or Vendors | $37,960.00 |
| | | 04/09/2024 | Suppliers or Vendors | $10,120.00 |
| | | 04/16/2024 | Suppliers or Vendors | $13,400.00 |
| | | 04/23/2024 | Suppliers or Vendors | $36,960.00 |
| | | 05/02/2024 | Suppliers or Vendors | $43,375.00 |
| | | 05/08/2024 | Suppliers or Vendors | $16,120.00 |
| | | 05/19/2024 | Suppliers or Vendors | $232,313.00 |
| | | | **SUBTOTAL** | **$596,550.00** |
| APPCAST INC<br>PO BOX 392472<br>PITTSBURGH, PA 15251-9472 | | 03/04/2024 | Suppliers or Vendors | $12,928.75 |
| | | 04/01/2024 | Suppliers or Vendors | $7,346.15 |
| | | | **SUBTOTAL** | **$20,274.90** |
| APPROVED MAINTENANCE LLC<br>1341 S SENECA ST<br>WICHITA, KS 67213-4328 | | 02/20/2024 | Suppliers or Vendors | $3,850.00 |
| | | 02/23/2024 | Suppliers or Vendors | $27,375.00 |
| | | 03/21/2024 | Suppliers or Vendors | $11,340.50 |
| | | 03/28/2024 | Suppliers or Vendors | $7,270.00 |
| | | 04/11/2024 | Suppliers or Vendors | $27,562.50 |
| | | 04/18/2024 | Suppliers or Vendors | $6,381.90 |
| | | 04/25/2024 | Suppliers or Vendors | $750.00 |
| | | 05/02/2024 | Suppliers or Vendors | $1,950.00 |
| | | 05/16/2024 | Suppliers or Vendors | $113,913.50 |
| | | | **SUBTOTAL** | **$200,393.40** |
| ARA FOOD STYLING LLC<br>1101 SANTA CRUZ WAY<br>WINTER SPRINGS, FL<br>32708-4813 | | 02/23/2024 | Suppliers or Vendors | $14,145.26 |
| | | 04/04/2024 | Suppliers or Vendors | $16,831.63 |
| | | 05/16/2024 | Suppliers or Vendors | $13,097.02 |
| | | | **SUBTOTAL** | **$44,073.91** |
| ARAMARK UNIFORM AND<br>CAREER APPAREL GROUP INC<br>ATTN: FINANCIAL COLLECTIONS<br>MANAGER<br>1340 RUSSELL CAVE ROAD<br>LEXINGTON, KY 40505 | | 02/20/2024 | Suppliers or Vendors | $5,908.36 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 02/23/2024 | Suppliers or Vendors | $66,367.84 |
| | | 02/23/2024 | Suppliers or Vendors | $837.09 |
| | | 03/04/2024 | Suppliers or Vendors | $47,977.61 |
| | | 03/08/2024 | Suppliers or Vendors | $16,219.08 |
| | | 03/13/2024 | Suppliers or Vendors | $48,542.65 |
| | | 03/21/2024 | Suppliers or Vendors | $193.64 |
| | | 03/28/2024 | Suppliers or Vendors | $31,870.63 |
| | | 04/04/2024 | Suppliers or Vendors | $17,927.58 |
| | | 04/11/2024 | Suppliers or Vendors | $12,802.75 |
| | | 04/18/2024 | Suppliers or Vendors | $15,864.48 |
| | | 04/25/2024 | Suppliers or Vendors | $48,279.01 |
| | | 05/02/2024 | Suppliers or Vendors | $48,508.09 |
| | | 05/16/2024 | Suppliers or Vendors | $128,059.34 |
| | | | **SUBTOTAL** | **$489,358.15** |
| ARES HOLDINGS LLC NEXTECH 1045 S JOHN RODES BLVD MELBOURNE, FL 32904-2006 | | 03/08/2024 | Suppliers or Vendors | $3,682.96 |
| | | 03/28/2024 | Suppliers or Vendors | $20,536.24 |
| | | 04/25/2024 | Suppliers or Vendors | $9,898.34 |
| | | 05/02/2024 | Suppliers or Vendors | $21,344.87 |
| | | | **SUBTOTAL** | **$55,462.41** |
| ARMEL LLC C/O JOHN FELLIN 3 THE GRNS HAUPPAUGE, NY 11788-3357 | | 03/04/2024 | Other- Rent | $23,280.17 |
| | | 03/29/2024 | Other- Rent | $23,280.17 |
| | | 04/30/2024 | Other- Rent | $23,280.17 |
| | | | **SUBTOTAL** | **$69,840.51** |
| ARNOLD L GARZA DBA A PLUS PLUMBING AND REPAIR 7036 LAKE VIEW DR CORPUS CHRISTI, TX 78412-5041 | | 03/13/2024 | Suppliers or Vendors | $13,094.40 |
| | | 05/02/2024 | Suppliers or Vendors | $1,092.00 |
| | | | **SUBTOTAL** | **$14,186.40** |
| ARTHUR WEIGOLD DBA 3360 CAMP CREEK OWNER LLC 22 SHOREHAVEN RD NORWALK, CT 06855-2807 | | 03/04/2024 | Other- Rent | $49,951.33 |
| | | 03/29/2024 | Other- Rent | $49,951.33 |
| | | 04/30/2024 | Other- Rent | $49,951.33 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$149,853.99** |
| ARVIG4 LLC<br>2750 NE 185TH ST STE 306<br>AVENTURA, FL 33180-2877 | | 03/04/2024 | Other- Rent | $21,974.95 |
| | | 03/29/2024 | Other- Rent | $21,974.95 |
| | | | **SUBTOTAL** | **$43,949.90** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Employee Expense Reimbursement | $5,033.77 |
| | | 03/21/2024 | Other- Employee Expense Reimbursement | $2,343.97 |
| | | 04/04/2024 | Other- Employee Expense Reimbursement | $7,377.14 |
| | | 04/23/2024 | Other- Employee Expense Reimbursement | $4,883.13 |
| | | 04/30/2024 | Other- Employee Expense Reimbursement | $200.82 |
| | | | **SUBTOTAL** | **$19,838.83** |
| ATB FURNISHED HOUSING SF INC<br>1480 SW 3RD ST STE C6<br>POMPANO BEACH, FL 33069-3225 | | 04/02/2024 | Suppliers or Vendors | $11,310.00 |
| | | | **SUBTOTAL** | **$11,310.00** |
| ATHERTON DEVELOPMENT COMPANY LP<br>C/O WATERS & ASSOCIATES<br>200 OLD FORGE LANE STE 201<br>KENNETT SQUARE, PA 19348 | | 03/04/2024 | Other- Rent | $8,723.58 |
| | | 03/29/2024 | Other- Rent | $8,723.58 |
| | | 04/30/2024 | Other- Rent | $8,723.58 |
| | | | **SUBTOTAL** | **$26,170.74** |
| ATLANTIC BUILDING & REMODELING INC<br>809 LIVE OAK DRIVE<br>SUITE 11<br>CHESAPEAKE, VA 23320 | | 02/23/2024 | Suppliers or Vendors | $12,743.00 |
| | | 03/13/2024 | Suppliers or Vendors | $10,047.00 |
| | | 04/25/2024 | Suppliers or Vendors | $7,120.00 |
| | | 05/02/2024 | Suppliers or Vendors | $10,960.00 |
| | | | **SUBTOTAL** | **$40,870.00** |
| ATLAS VAN LINES INC<br>PO BOX 952340<br>ST LOUIS, MO 631952340 | | 03/08/2024 | Suppliers or Vendors | $28,400.34 |
| | | 03/12/2024 | Suppliers or Vendors | $6,826.20 |
| | | 03/29/2024 | Suppliers or Vendors | $17,534.01 |
| | | | **SUBTOTAL** | **$52,760.55** |
| AUCALLUTIM LLC<br>45 SCHOOLHOUSE LN<br>MORRISTOWN, NJ 07960-3382 | | 03/04/2024 | Other- Rent | $14,297.40 |
| | | 03/29/2024 | Other- Rent | $14,297.40 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/30/2024 | Other- Rent | $14,297.40 |
| | | | **SUBTOTAL** | **$42,892.20** |
| AUGUST AMERICA LLC<br>C/O KWA GROUP<br>206 NEW LONDON TPKE<br>GLASTONBURY, CT 06033-2235 | | 03/04/2024 | Other- Rent | $17,582.95 |
| | | 03/29/2024 | Other- Rent | $17,582.95 |
| | | 04/30/2024 | Other- Rent | $12,712.43 |
| | | | **SUBTOTAL** | **$47,878.33** |
| AVIANA COMPANY LTD LLC<br>CARNEGIE MGMT AND DEVLPMT CORP<br>27500 DETROIT ROAD   3RD FLOOR<br>WESTLAKE, OH 44145 | | 02/27/2024 | Other- Rent | $9,576.25 |
| | | 03/05/2024 | Other- Rent | $12.77 |
| | | 04/02/2024 | Other- Rent | $9,589.02 |
| | | 04/30/2024 | Other- Rent | $9,589.02 |
| | | 05/06/2024 | Other- Rent | $18,002.02 |
| | | | **SUBTOTAL** | **$46,769.08** |
| B G BRECKE INC<br>4140 F AVENUE NW<br>CEDAR RAPIDS, IA 52405 | | 03/28/2024 | Suppliers or Vendors | $15,816.09 |
| | | | **SUBTOTAL** | **$15,816.09** |
| B&L STORAGE<br>28135 N 96TH PL<br>SCOTTSDALE, AZ 85262-8451 | | 03/04/2024 | Other- Rent | $37,872.96 |
| | | 03/29/2024 | Other- Rent | $37,872.96 |
| | | 04/30/2024 | Other- Rent | $37,872.96 |
| | | | **SUBTOTAL** | **$113,618.88** |
| BAKER & HOSTETLER LLP<br>PO BOX 70189<br>CLEVELAND, OH 44190-0189 | | 03/21/2024 | Services | $35,515.69 |
| | | 05/02/2024 | Services | $21,574.03 |
| | | 05/03/2024 | Services | $49,758.17 |
| | | 05/13/2024 | Services | $19,398.15 |
| | | | **SUBTOTAL** | **$126,246.04** |
| BAR HARBOR LOBSTER CO INC<br>DBA BAR HARBOR SEAFOOD<br>2000 PREMIER ROW<br>ORLANDO, FL 32809 | | 02/20/2024 | Suppliers or Vendors | $5,313.58 |
| | | 02/21/2024 | Suppliers or Vendors | $406.58 |
| | | 02/22/2024 | Suppliers or Vendors | $2,928.00 |
| | | 02/23/2024 | Suppliers or Vendors | $1,251.47 |
| | | 02/26/2024 | Suppliers or Vendors | $883.83 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 02/27/2024 | Suppliers or Vendors | $4,274.66 |
| | | 02/28/2024 | Suppliers or Vendors | $672.40 |
| | | 02/29/2024 | Suppliers or Vendors | $2,727.08 |
| | | 03/04/2024 | Suppliers or Vendors | $2,564.49 |
| | | 03/06/2024 | Suppliers or Vendors | $5,077.71 |
| | | 03/07/2024 | Suppliers or Vendors | $1,156.00 |
| | | 03/08/2024 | Suppliers or Vendors | $1,515.67 |
| | | 03/11/2024 | Suppliers or Vendors | $1,101.08 |
| | | 03/12/2024 | Suppliers or Vendors | $4,073.63 |
| | | 03/13/2024 | Suppliers or Vendors | $643.58 |
| | | 03/14/2024 | Suppliers or Vendors | $1,218.44 |
| | | 03/15/2024 | Suppliers or Vendors | $2,532.78 |
| | | 03/18/2024 | Suppliers or Vendors | $4,085.78 |
| | | 03/19/2024 | Suppliers or Vendors | $2,021.04 |
| | | 03/20/2024 | Suppliers or Vendors | $458.09 |
| | | 03/21/2024 | Suppliers or Vendors | $1,001.72 |
| | | 03/22/2024 | Suppliers or Vendors | $1,537.01 |
| | | 03/25/2024 | Suppliers or Vendors | $3,282.85 |
| | | 03/26/2024 | Suppliers or Vendors | $1,975.44 |
| | | 03/27/2024 | Suppliers or Vendors | $1,758.57 |
| | | 03/28/2024 | Suppliers or Vendors | $2,313.91 |
| | | 03/29/2024 | Suppliers or Vendors | $1,276.51 |
| | | 04/01/2024 | Suppliers or Vendors | $4,191.89 |
| | | 04/02/2024 | Suppliers or Vendors | $1,121.22 |
| | | 04/03/2024 | Suppliers or Vendors | $838.77 |
| | | 04/05/2024 | Suppliers or Vendors | $878.18 |
| | | 04/08/2024 | Suppliers or Vendors | $3,033.85 |
| | | 04/09/2024 | Suppliers or Vendors | $960.41 |
| | | 04/10/2024 | Suppliers or Vendors | $596.24 |
| | | 04/12/2024 | Suppliers or Vendors | $452.62 |
| | | 04/15/2024 | Suppliers or Vendors | $2,604.10 |
| | | 04/16/2024 | Suppliers or Vendors | $945.54 |
| | | 04/17/2024 | Suppliers or Vendors | $388.95 |
| | | 04/22/2024 | Suppliers or Vendors | $4,406.82 |
| | | 04/23/2024 | Suppliers or Vendors | $244.65 |
| | | 04/24/2024 | Suppliers or Vendors | $206.86 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/25/2024 | Suppliers or Vendors | $518.30 |
| | | 04/26/2024 | Suppliers or Vendors | $1,942.75 |
| | | 04/29/2024 | Suppliers or Vendors | $3,863.26 |
| | | 04/30/2024 | Suppliers or Vendors | $407.75 |
| | | 05/01/2024 | Suppliers or Vendors | $2,519.79 |
| | | 05/02/2024 | Suppliers or Vendors | $1,932.88 |
| | | 05/03/2024 | Suppliers or Vendors | $234.32 |
| | | 05/06/2024 | Suppliers or Vendors | $3,805.50 |
| | | 05/08/2024 | Suppliers or Vendors | $1,935.56 |
| | | 05/10/2024 | Suppliers or Vendors | $1,847.30 |
| | | 05/13/2024 | Suppliers or Vendors | $7,379.05 |
| | | 05/14/2024 | Suppliers or Vendors | $692.76 |
| | | 05/15/2024 | Suppliers or Vendors | $215.04 |
| | | | **SUBTOTAL** | **$106,216.26** |
| BARKLEY INC<br>1740 MAIN ST<br>KANSAS CITY, MO 64108-1376 | | 02/22/2024 | Suppliers or Vendors | $170,562.50 |
| | | 03/04/2024 | Suppliers or Vendors | $232,412.19 |
| | | 03/08/2024 | Suppliers or Vendors | $178,103.53 |
| | | 03/14/2024 | Suppliers or Vendors | $380,531.26 |
| | | 04/01/2024 | Suppliers or Vendors | $208,565.00 |
| | | 04/11/2024 | Suppliers or Vendors | $207,700.75 |
| | | 04/15/2024 | Suppliers or Vendors | $208,565.00 |
| | | 05/02/2024 | Suppliers or Vendors | $272,232.32 |
| | | 05/19/2024 | Suppliers or Vendors | $680,264.78 |
| | | | **SUBTOTAL** | **$2,538,937.33** |
| BARLAS RLR LLC<br>4407 W FUQUA ST STE A<br>HOUSTON, TX 77045-6255 | | 03/04/2024 | Other- Rent | $29,921.63 |
| | | 03/29/2024 | Other- Rent | $29,921.63 |
| | | 04/30/2024 | Other- Rent | $29,921.63 |
| | | | **SUBTOTAL** | **$89,764.89** |
| BAY PLAZA WEST LLC<br>C/O PRESTIGE PROPERTIES<br>546 FIFTH AVE 15TH FLOOR<br>NEW YORK, NY 10036 | | 03/04/2024 | Other- Rent | $83,664.35 |
| | | 04/03/2024 | Other- Rent | $83,664.35 |
| | | 05/03/2024 | Other- Rent | $63,088.35 |
| | | 05/06/2024 | Other- Rent | $20,576.00 |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$250,993.05** |
| BBI LOGISTICS LLC<br>PO BOX 970<br>COLUMBUS, OH 43216-0970 | | 03/13/2024 | Suppliers or Vendors | $9,900.00 |
| | | 04/11/2024 | Suppliers or Vendors | $19,800.00 |
| | | 04/22/2024 | Suppliers or Vendors | $4,300.00 |
| | | 05/02/2024 | Suppliers or Vendors | $3,300.00 |
| | | 05/16/2024 | Suppliers or Vendors | $39,600.00 |
| | | | **SUBTOTAL** | **$76,900.00** |
| BEENE ENTERPRISES LLC<br>DBA A CLEAN CUT LAWN AND<br>LANDSCAPE<br>1112 N 155TH AVE<br>OMAHA, NE 68154-3736 | | 02/23/2024 | Suppliers or Vendors | $13,306.95 |
| | | 05/02/2024 | Suppliers or Vendors | $1,683.75 |
| | | | **SUBTOTAL** | **$14,990.70** |
| BELOS EXCHANGE LLC<br>ATTN ELIAS ELIOPOULOS<br>144 LANGDON AVE<br>DOBBS FERRY, NY 10522-1203 | | 03/04/2024 | Other- Rent | $43,253.25 |
| | | 03/29/2024 | Other- Rent | $43,253.25 |
| | | 04/30/2024 | Other- Rent | $43,253.25 |
| | | | **SUBTOTAL** | **$129,759.75** |
| BELUZ PROPERTIES X LTD<br>5109 80TH STREET<br>LUBBOCK, TX 79424 | | 03/04/2024 | Other- Rent | $27,303.91 |
| | | 03/29/2024 | Other- Rent | $27,303.91 |
| | | | **SUBTOTAL** | **$54,607.82** |
| BENJAMIN M JOHNSON LLC<br>28686 MOUNTAIN VIEW RD<br>CONIFER, CO 80433-7240 | | 04/18/2024 | Suppliers or Vendors | $30,600.00 |
| | | 05/02/2024 | Suppliers or Vendors | $14,400.00 |
| | | 05/02/2024 | Suppliers or Vendors | $10,800.00 |
| | | 05/03/2024 | Suppliers or Vendors | $3,600.00 |
| | | 05/10/2024 | Suppliers or Vendors | $3,600.00 |
| | | 05/16/2024 | Suppliers or Vendors | $12,060.00 |
| | | | **SUBTOTAL** | **$75,060.00** |
| BENJAMIN MARKS<br>DBA BLJ HOLDINGS LLC<br>252 SHORE CT<br>LAUDERDALE BY THE SEA, FL<br>33308-5031 | | 03/04/2024 | Other- Rent | $28,402.98 |
| | | 03/29/2024 | Other- Rent | $28,402.98 |
| | | 04/30/2024 | Other- Rent | $28,402.98 |
| | | | **SUBTOTAL** | **$85,208.94** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| BERTHA AIKEN LLC<br>PO BOX 481149<br>DELRAY BEACH, FL 33448-1149 | | 03/04/2024 | Other- Rent | $10,709.58 |
| | | 03/29/2024 | Other- Rent | $10,709.58 |
| | | 04/30/2024 | Other- Rent | $10,709.58 |
| | | | SUBTOTAL | **$32,128.74** |
| BEVERAGE-AIR CORPORATION<br>PO BOX 602056<br>CHARLOTTE, NC 282602056 | | 02/20/2024 | Suppliers or Vendors | $10,077.09 |
| | | 03/04/2024 | Suppliers or Vendors | $5,595.14 |
| | | 03/08/2024 | Suppliers or Vendors | $5,193.65 |
| | | 03/21/2024 | Suppliers or Vendors | $3,358.54 |
| | | 03/28/2024 | Suppliers or Vendors | $9,832.78 |
| | | 04/03/2024 | Suppliers or Vendors | $3,660.86 |
| | | 04/11/2024 | Suppliers or Vendors | $12,891.58 |
| | | 04/25/2024 | Suppliers or Vendors | $20,444.09 |
| | | 04/30/2024 | Suppliers or Vendors | $1,839.01 |
| | | 05/16/2024 | Suppliers or Vendors | $25,873.80 |
| | | | SUBTOTAL | **$98,766.54** |
| BHAGAT MD LLC<br>6374 LAKEVIEW DR<br>FALLS CHURCH, VA 22041-1334 | | 03/04/2024 | Other- Rent | $36,387.90 |
| | | 03/29/2024 | Other- Rent | $36,387.90 |
| | | 04/30/2024 | Other- Rent | $36,387.90 |
| | | | SUBTOTAL | **$109,163.70** |
| BIDWELL CONSTRUCTION INC<br>1900 ORO DAM BOULEVARD<br>SUITE 12 # 325<br>OROVILLE, CA 95966 | | 02/23/2024 | Suppliers or Vendors | $7,750.25 |
| | | | SUBTOTAL | **$7,750.25** |
| BIG RED LLC<br>C/O BRYAN W FAIRFIELD<br>MANAGER<br>6121 OLD STATE ROAD 25 N<br>LAFAYETTE, IN 47905-9718 | | 03/05/2024 | Other- Rent | $24,428.75 |
| | | 04/02/2024 | Other- Rent | $24,428.75 |
| | | 04/30/2024 | Other- Rent | $24,428.75 |
| | | | SUBTOTAL | **$73,286.25** |
| BIGGER FISH TO FRY LLC | | 05/07/2024 | Suppliers or Vendors | $9,916.66 |
| | | | SUBTOTAL | **$9,916.66** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $20,594.76 |
| | | 03/29/2024 | Other- Rent | $20,594.76 |
| | | 04/30/2024 | Other- Rent | $20,594.76 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$61,784.28** |
| BISON PALM DESERT LLC<br>C/O PURE PROPERTY MANAGEMENT<br>ATTN KIMBERY BARRAGAN<br>PO BOX 871<br>MENIFEE, CA 92586-0871 | | 03/06/2024 | Other- Rent | $1,996.06 |
| | | 03/14/2024 | Other- Rent | $1,996.06 |
| | | 04/04/2024 | Other- Rent | $2,686.00 |
| | | 05/06/2024 | Other- Rent | $4,755.82 |
| | | | **SUBTOTAL** | **$11,433.94** |
| BIX PRODUCE CO<br>3060 CENTERVILLE RD<br>LITTLE CANADA, MN 55117-1105 | | 02/20/2024 | Suppliers or Vendors | $19,739.00 |
| | | 02/21/2024 | Suppliers or Vendors | $590.03 |
| | | 02/23/2024 | Suppliers or Vendors | $4,196.18 |
| | | 02/26/2024 | Suppliers or Vendors | $9,405.88 |
| | | 02/27/2024 | Suppliers or Vendors | $13,425.60 |
| | | 02/28/2024 | Suppliers or Vendors | $376.45 |
| | | 02/29/2024 | Suppliers or Vendors | $247.56 |
| | | 03/04/2024 | Suppliers or Vendors | $8,654.30 |
| | | 03/06/2024 | Suppliers or Vendors | $14,355.03 |
| | | 03/08/2024 | Suppliers or Vendors | $4,949.41 |
| | | 03/11/2024 | Suppliers or Vendors | $4,858.06 |
| | | 03/12/2024 | Suppliers or Vendors | $14,701.03 |
| | | 03/14/2024 | Suppliers or Vendors | $3,843.57 |
| | | 03/15/2024 | Suppliers or Vendors | $4,707.77 |
| | | 03/18/2024 | Suppliers or Vendors | $11,985.20 |
| | | 03/19/2024 | Suppliers or Vendors | $3,023.81 |
| | | 03/21/2024 | Suppliers or Vendors | $2,907.14 |
| | | 03/22/2024 | Suppliers or Vendors | $4,108.91 |
| | | 03/25/2024 | Suppliers or Vendors | $13,247.44 |
| | | 03/26/2024 | Suppliers or Vendors | $320.74 |
| | | 03/28/2024 | Suppliers or Vendors | $3,829.96 |
| | | 03/29/2024 | Suppliers or Vendors | $4,132.64 |
| | | 04/01/2024 | Suppliers or Vendors | $12,155.14 |
| | | 04/02/2024 | Suppliers or Vendors | $1,621.23 |
| | | 04/04/2024 | Suppliers or Vendors | $2,669.50 |
| | | 04/05/2024 | Suppliers or Vendors | $3,714.71 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/08/2024 | Suppliers or Vendors | $10,850.26 |
| | | 04/09/2024 | Suppliers or Vendors | $862.01 |
| | | 04/10/2024 | Suppliers or Vendors | $438.46 |
| | | 04/11/2024 | Suppliers or Vendors | $4,570.57 |
| | | 04/12/2024 | Suppliers or Vendors | $3,567.24 |
| | | 04/15/2024 | Suppliers or Vendors | $13,721.63 |
| | | 04/16/2024 | Suppliers or Vendors | $338.99 |
| | | 04/18/2024 | Suppliers or Vendors | $2,067.40 |
| | | 04/19/2024 | Suppliers or Vendors | $4,015.06 |
| | | 04/22/2024 | Suppliers or Vendors | $12,032.06 |
| | | 04/23/2024 | Suppliers or Vendors | $356.01 |
| | | 04/25/2024 | Suppliers or Vendors | $2,389.87 |
| | | 04/26/2024 | Suppliers or Vendors | $3,914.21 |
| | | 04/29/2024 | Suppliers or Vendors | $12,532.84 |
| | | 04/30/2024 | Suppliers or Vendors | $1,547.76 |
| | | 05/02/2024 | Suppliers or Vendors | $3,384.55 |
| | | 05/03/2024 | Suppliers or Vendors | $4,231.22 |
| | | 05/06/2024 | Suppliers or Vendors | $13,050.47 |
| | | 05/07/2024 | Suppliers or Vendors | $607.07 |
| | | 05/09/2024 | Suppliers or Vendors | $2,678.11 |
| | | 05/10/2024 | Suppliers or Vendors | $3,185.40 |
| | | 05/13/2024 | Suppliers or Vendors | $11,219.08 |
| | | 05/14/2024 | Suppliers or Vendors | $2,575.44 |
| | | 05/16/2024 | Suppliers or Vendors | $3,132.72 |
| | | | **SUBTOTAL** | **$285,034.72** |
| BLACK DIAMOND PAVING  INC 1905 MARKETVIEW DRIVE SUITE 229 YORKVILLE, IL 60560 | | 02/23/2024 | Suppliers or Vendors | $23,327.00 |
| | | | **SUBTOTAL** | **$23,327.00** |
| BLACKHAWK NETWORK INC C/O WACHOVIA BANK PO BOX 932859 ATLANTA, GA 31193-2859 | | 02/20/2024 | Suppliers or Vendors | $51,194.70 |
| | | 02/23/2024 | Suppliers or Vendors | $131,760.57 |
| | | 03/04/2024 | Suppliers or Vendors | $44,854.13 |
| | | 03/13/2024 | Suppliers or Vendors | $102,852.62 |
| | | 03/21/2024 | Suppliers or Vendors | $91,378.68 |
| | | 03/22/2024 | Suppliers or Vendors | $7,525.08 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/28/2024 | Suppliers or Vendors | $36,404.76 |
| | | 04/01/2024 | Suppliers or Vendors | $8,556.55 |
| | | 04/04/2024 | Suppliers or Vendors | $67,477.28 |
| | | 04/11/2024 | Suppliers or Vendors | $53,768.61 |
| | | 04/25/2024 | Suppliers or Vendors | $98,159.89 |
| | | 04/30/2024 | Suppliers or Vendors | $9,827.86 |
| | | 05/02/2024 | Suppliers or Vendors | $28,921.78 |
| | | | **SUBTOTAL** | **$732,682.51** |
| BLACKSTOCK WESTSIDE ASSOCIATES LLC C/O SPENCER HINES PROPERTY MANAGEMENT 347 E BLACKSTOCK RD STE B SPARTANBURG, SC 29301-3782 | | 03/04/2024 | Other- Rent | $8,559.66 |
| | | 03/29/2024 | Other- Rent | $8,559.66 |
| | | 04/30/2024 | Other- Rent | $8,559.66 |
| | | | **SUBTOTAL** | **$25,678.98** |
| BLUE CROSS BLUE SHIELD | | 02/23/2024 | Suppliers or Vendors | $26,872.01 |
| | | 03/01/2024 | Suppliers or Vendors | $186,702.42 |
| | | 03/05/2024 | Suppliers or Vendors | $1,180,614.26 |
| | | 03/08/2024 | Suppliers or Vendors | $279,384.21 |
| | | 03/15/2024 | Suppliers or Vendors | $141,735.20 |
| | | 03/21/2024 | Suppliers or Vendors | $395,264.70 |
| | | 03/28/2024 | Suppliers or Vendors | $282,237.92 |
| | | 04/01/2024 | Suppliers or Vendors | $181,442.46 |
| | | 04/04/2024 | Suppliers or Vendors | $419,814.05 |
| | | 04/11/2024 | Suppliers or Vendors | $416,567.60 |
| | | 04/18/2024 | Suppliers or Vendors | $339,080.23 |
| | | 04/25/2024 | Suppliers or Vendors | $308,154.09 |
| | | 04/30/2024 | Suppliers or Vendors | $157,948.53 |
| | | 05/02/2024 | Suppliers or Vendors | $396,881.69 |
| | | 05/09/2024 | Suppliers or Vendors | $182,806.08 |
| | | 05/16/2024 | Suppliers or Vendors | $345,919.34 |
| | | | **SUBTOTAL** | **$5,241,424.79** |
| BLUE TREE PROPERTIES OH LLC ATTN: BRADY ERICSON 2215 TOTTENHAM RD BLOOMFIELD HILLS, MI 48301-2334 | | 03/04/2024 | Other- Rent | $15,928.56 |
| | | 03/29/2024 | Other- Rent | $15,928.56 |

Debtor Name:  Red Lobster Management LLC                                                   Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/30/2024 | Other- Rent | $15,928.56 |
| | | | **SUBTOTAL** | **$47,785.68** |
| BLUESTRIPES INVESTMENTS LLC<br>2387 ROPER MOUNTAIN ROAD<br>SIMPSONVILLE, SC 296814937 | | 03/04/2024 | Other- Rent | $9,564.01 |
| | | 03/29/2024 | Other- Rent | $9,564.01 |
| | | 04/30/2024 | Other- Rent | $9,564.01 |
| | | | **SUBTOTAL** | **$28,692.03** |
| BOB AND DAVES LAWN & LANDSCAPE MAINTENANCE INC<br>PO BOX 828<br>KAUKAUNA, WI 54130 | | 03/21/2024 | Suppliers or Vendors | $7,463.75 |
| | | 05/02/2024 | Suppliers or Vendors | $812.50 |
| | | | **SUBTOTAL** | **$8,276.25** |
| BOSHARD BUILDERS INC<br>DBA SAME DAY ELECTRIC<br>PO BOX 1992<br>PROVO, UT 84603-1992 | | 03/05/2024 | Suppliers or Vendors | $8,207.00 |
| | | | **SUBTOTAL** | **$8,207.00** |
| BOTTLING GROUP LLC<br>DBA PEPSI BEVERAGES COMPANY<br>PO BOX 75948<br>CHICAGO, IL 60675-5948 | | 04/22/2024 | Suppliers or Vendors | $36,420.99 |
| | | 04/23/2024 | Suppliers or Vendors | $328.87 |
| | | 04/29/2024 | Suppliers or Vendors | $1,090.14 |
| | | 04/30/2024 | Suppliers or Vendors | $2,502.54 |
| | | 05/01/2024 | Suppliers or Vendors | $644.66 |
| | | 05/02/2024 | Suppliers or Vendors | $396.03 |
| | | 05/06/2024 | Suppliers or Vendors | $504.44 |
| | | 05/07/2024 | Suppliers or Vendors | $2,824.14 |
| | | 05/08/2024 | Suppliers or Vendors | $34.70 |
| | | 05/13/2024 | Suppliers or Vendors | $498.84 |
| | | 05/14/2024 | Suppliers or Vendors | $108.84 |
| | | 05/15/2024 | Suppliers or Vendors | $33.72 |
| | | | **SUBTOTAL** | **$45,387.91** |
| BPR FF LLC<br>DBA BOISE TOWNE PLAZA LLC<br>PO BOX 776113<br>CHICAGO, IL 60677-6113 | | 03/01/2024 | Other- Rent | $1,797.77 |
| | | 03/05/2024 | Other- Rent | $11,778.75 |
| | | 03/29/2024 | Other- Rent | $1,797.77 |
| | | 04/01/2024 | Other- Rent | $11,778.75 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/29/2024 | Other- Rent | $11,778.75 |
| | | 05/07/2024 | Other- Rent | $1,797.77 |
| | | | **SUBTOTAL** | **$40,729.56** |
| BPW INC<br>61 SPRING VALLEY LN<br>PITTSBURGH, PA 15238-1857 | | 03/15/2024 | Other- Rent | $32,428.07 |
| | | 04/29/2024 | Other- Rent | $32,428.07 |
| | | | **SUBTOTAL** | **$64,856.14** |
| BRAILLE WORKS INTERNATIONAL INC<br>941 DARBY LAKE STREET<br>SEFFNER, FL 33527 | | 03/19/2024 | Suppliers or Vendors | $17,023.40 |
| | | | **SUBTOTAL** | **$17,023.40** |
| BRAVESOFTTECH INC<br>301 E LIBERTY STREET STE 650<br>ANN ARBOR, MI 48104-2283 | | 03/04/2024 | Suppliers or Vendors | $9,000.00 |
| | | 04/05/2024 | Suppliers or Vendors | $9,000.00 |
| | | 04/11/2024 | Suppliers or Vendors | $9,000.00 |
| | | | **SUBTOTAL** | **$27,000.00** |
| BREAKTHRU BEVERAGE SOUTH CAROLINA<br>102 BEVERAGE BOULEVARD<br>RIDGEWAY, SC 29130 | | 02/20/2024 | Suppliers or Vendors | $387.64 |
| | | 02/27/2024 | Suppliers or Vendors | $1,865.81 |
| | | 02/27/2024 | Suppliers or Vendors | $96.42 |
| | | 03/06/2024 | Suppliers or Vendors | $330.56 |
| | | 03/08/2024 | Suppliers or Vendors | $1,092.95 |
| | | 03/11/2024 | Suppliers or Vendors | $463.54 |
| | | 03/12/2024 | Suppliers or Vendors | $296.25 |
| | | 03/15/2024 | Suppliers or Vendors | $369.84 |
| | | 03/18/2024 | Suppliers or Vendors | $277.16 |
| | | 03/21/2024 | Suppliers or Vendors | $420.36 |
| | | 03/22/2024 | Suppliers or Vendors | $355.02 |
| | | 03/28/2024 | Suppliers or Vendors | $1,144.60 |
| | | 03/28/2024 | Suppliers or Vendors | $798.62 |
| | | 03/29/2024 | Suppliers or Vendors | $1,025.48 |
| | | 04/01/2024 | Suppliers or Vendors | $120.09 |
| | | 04/03/2024 | Suppliers or Vendors | $110.16 |
| | | 04/04/2024 | Suppliers or Vendors | $423.27 |
| | | 04/12/2024 | Suppliers or Vendors | $594.80 |
| | | 04/16/2024 | Suppliers or Vendors | $432.75 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/19/2024 | Suppliers or Vendors | $371.54 |
| | | 04/22/2024 | Suppliers or Vendors | $304.59 |
| | | 04/24/2024 | Suppliers or Vendors | $250.37 |
| | | 04/29/2024 | Suppliers or Vendors | $787.02 |
| | | 05/03/2024 | Suppliers or Vendors | $156.71 |
| | | 05/09/2024 | Suppliers or Vendors | $1,260.90 |
| | | 05/13/2024 | Suppliers or Vendors | $221.79 |
| | | 05/16/2024 | Suppliers or Vendors | $1,102.26 |
| | | | **SUBTOTAL** | **$15,060.50** |
| BRIARHOLM INC<br>1260 SOUTH RIVER ROAD<br>CRANBURY, NJ 08512 | | 03/04/2024 | Other- Rent | $89,821.13 |
| | | 03/29/2024 | Other- Rent | $89,821.13 |
| | | 04/30/2024 | Other- Rent | $57,029.05 |
| | | | **SUBTOTAL** | **$236,671.31** |
| BRINKS INC<br>PO BOX 101031<br>ATLANTA, GA 30392-1031 | | 03/08/2024 | Suppliers or Vendors | $72,672.82 |
| | | 04/04/2024 | Suppliers or Vendors | $70,665.87 |
| | | 05/02/2024 | Suppliers or Vendors | $68,853.74 |
| | | 05/16/2024 | Suppliers or Vendors | $68,871.71 |
| | | | **SUBTOTAL** | **$281,064.14** |
| BRITE FUTURE PLUMBING INC<br>2041 SW 70TH AVENUE SUITE #D15<br>DAVIE, FL 33317 | | 03/21/2024 | Suppliers or Vendors | $6,700.94 |
| | | 04/04/2024 | Suppliers or Vendors | $1,481.90 |
| | | 04/25/2024 | Suppliers or Vendors | $1,468.75 |
| | | | **SUBTOTAL** | **$9,651.59** |
| BRIXMOR OPERATING PARTNERSHIP LP<br>DBA CALIFORNIA PROPERTY OWNER 1 LLC<br>C/O BRIXMOR PROPERTY GROUP<br>PO BOX 645351<br>CINCINNATI, OH 45264-5351 | | 02/27/2024 | Other- Rent | $16,228.99 |
| | | 02/28/2024 | Other- Rent | $4,595.06 |
| | | 03/19/2024 | Other- Rent | $38,618.25 |
| | | 03/26/2024 | Other- Rent | $4,212.19 |
| | | 04/01/2024 | Other- Rent | $16,228.99 |
| | | 04/08/2024 | Other- Rent | $0.31 |
| | | | **SUBTOTAL** | **$79,883.79** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| BROADRIDGE APARTMENTS LLC<br>10231 PRESTWICK TRAIL<br>LONE TREE, CO 80124-9747 | | 03/04/2024 | Other- Rent | $37,408.81 |
| | | 03/29/2024 | Other- Rent | $37,408.81 |
| | | 04/30/2024 | Other- Rent | $37,408.81 |
| | | | SUBTOTAL | $112,226.43 |
| BROADSTONE RL PORTFOLIO LLC<br>C/O BROADSTONE NET LEASE INC<br>207 HIGH POINT DR STE 300<br>VICTOR, NY 14564-1061 | | 03/04/2024 | Other- Rent | $504,980.94 |
| | | 03/29/2024 | Other- Rent | $504,980.94 |
| | | 04/30/2024 | Other- Rent | $504,980.94 |
| | | | SUBTOTAL | $1,514,942.82 |
| BROADWAY & NEVADA LLC<br>C/O KEVIN FAXON<br>53 SOUTH RD<br>HARRISON, NY 10528-2311 | | 03/04/2024 | Other- Rent | $13,118.00 |
| | | 03/29/2024 | Other- Rent | $13,118.00 |
| | | 04/30/2024 | Other- Rent | $13,118.00 |
| | | 05/02/2024 | Other- Rent | $57,643.74 |
| | | | SUBTOTAL | $96,997.74 |
| BROADWAY AND PEARL ASSOCIATES LLC<br>PO BOX 529<br>EUGENE, OR 97440 | | 03/05/2024 | Other- Rent | $17,504.79 |
| | | 04/03/2024 | Other- Rent | $3,039.15 |
| | | 04/08/2024 | Other- Rent | $14,465.64 |
| | | 05/03/2024 | Other- Rent | $14,465.64 |
| | | 05/08/2024 | Other- Rent | $1,252.43 |
| | | | SUBTOTAL | $50,727.65 |
| BROCK ASSOCIATES LLC<br>385 OAKHURST LN<br>COLORADO SPRINGS, CO 80906-4399 | | 03/04/2024 | Other- Rent | $37,620.94 |
| | | 03/29/2024 | Other- Rent | $37,620.94 |
| | | 04/30/2024 | Other- Rent | $37,620.94 |
| | | | SUBTOTAL | $112,862.82 |
| BROOKS SHOPPING CENTERS LLC<br>C/O MARX REALTY<br>10 GRAND CENTRAL<br>155 E 44TH ST 7TH FLOOR<br>NEW YORK, NY 10017-4100 | | 02/29/2024 | Other- Rent | $36,728.65 |
| | | 03/29/2024 | Other- Rent | $10,361.46 |
| | | 04/02/2024 | Other- Rent | $26,367.19 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/01/2024 | Other- Rent | $26,367.19 |
| | | 05/03/2024 | Other- Rent | $10,361.46 |
| | | | **SUBTOTAL** | **$110,185.95** |
| BROOKSIDE IMPROVEMENTS LLC C/O BERKSHIRE BANK PO BOX 15020 WORCESTER, MA 01615-0020 | | 02/28/2024 | Other- Rent | $16,471.83 |
| | | 04/01/2024 | Other- Rent | $16,471.83 |
| | | 04/30/2024 | Other- Rent | $16,471.83 |
| | | | **SUBTOTAL** | **$49,415.49** |
| BROTHERS PRODUCE OF AUSTIN DBA BROTHERS PRODUCE INC PO BOX 6008 AUSTIN, TX 78762 | | 02/20/2024 | Suppliers or Vendors | $13,806.86 |
| | | 02/23/2024 | Suppliers or Vendors | $15,564.23 |
| | | 02/26/2024 | Suppliers or Vendors | $1,543.35 |
| | | 02/27/2024 | Suppliers or Vendors | $11,875.35 |
| | | 02/28/2024 | Suppliers or Vendors | $767.22 |
| | | 03/04/2024 | Suppliers or Vendors | $5,020.43 |
| | | 03/06/2024 | Suppliers or Vendors | $13,426.62 |
| | | 03/08/2024 | Suppliers or Vendors | $7,064.56 |
| | | 03/11/2024 | Suppliers or Vendors | $230.98 |
| | | 03/12/2024 | Suppliers or Vendors | $13,015.45 |
| | | 03/14/2024 | Suppliers or Vendors | $7,676.50 |
| | | 03/18/2024 | Suppliers or Vendors | $11,668.00 |
| | | 03/19/2024 | Suppliers or Vendors | $551.49 |
| | | 03/21/2024 | Suppliers or Vendors | $7,049.24 |
| | | 03/22/2024 | Suppliers or Vendors | $886.80 |
| | | 03/25/2024 | Suppliers or Vendors | $12,080.72 |
| | | 03/26/2024 | Suppliers or Vendors | $622.58 |
| | | 03/27/2024 | Suppliers or Vendors | $359.12 |
| | | 03/28/2024 | Suppliers or Vendors | $5,678.66 |
| | | 04/01/2024 | Suppliers or Vendors | $12,546.25 |
| | | 04/02/2024 | Suppliers or Vendors | $1,510.43 |
| | | 04/04/2024 | Suppliers or Vendors | $6,747.08 |
| | | 04/05/2024 | Suppliers or Vendors | $279.62 |
| | | 04/08/2024 | Suppliers or Vendors | $12,492.30 |
| | | 04/09/2024 | Suppliers or Vendors | $214.79 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/11/2024 | Suppliers or Vendors | $6,989.23 |
| | | 04/12/2024 | Suppliers or Vendors | $691.75 |
| | | 04/15/2024 | Suppliers or Vendors | $11,002.96 |
| | | 04/16/2024 | Suppliers or Vendors | $1,362.51 |
| | | 04/18/2024 | Suppliers or Vendors | $4,547.26 |
| | | 04/19/2024 | Suppliers or Vendors | $602.48 |
| | | 04/22/2024 | Suppliers or Vendors | $9,567.08 |
| | | 04/23/2024 | Suppliers or Vendors | $1,577.24 |
| | | 04/25/2024 | Suppliers or Vendors | $6,361.81 |
| | | 04/26/2024 | Suppliers or Vendors | $356.60 |
| | | 04/29/2024 | Suppliers or Vendors | $10,872.33 |
| | | 04/30/2024 | Suppliers or Vendors | $348.92 |
| | | 05/02/2024 | Suppliers or Vendors | $5,754.40 |
| | | 05/06/2024 | Suppliers or Vendors | $10,975.84 |
| | | 05/07/2024 | Suppliers or Vendors | $146.48 |
| | | 05/09/2024 | Suppliers or Vendors | $4,284.54 |
| | | 05/10/2024 | Suppliers or Vendors | $264.06 |
| | | 05/13/2024 | Suppliers or Vendors | $11,695.62 |
| | | 05/15/2024 | Suppliers or Vendors | $95.63 |
| | | 05/16/2024 | Suppliers or Vendors | $6,839.47 |
| | | | **SUBTOTAL** | **$257,014.84** |
| BROTHERS PRODUCE OF DALLAS INC PO BOX 550278 DALLAS, TX 75355 | | 02/20/2024 | Suppliers or Vendors | $12,104.84 |
| | | 02/21/2024 | Suppliers or Vendors | $3,051.92 |
| | | 02/23/2024 | Suppliers or Vendors | $12,006.97 |
| | | 02/26/2024 | Suppliers or Vendors | $4,505.67 |
| | | 02/27/2024 | Suppliers or Vendors | $9,432.39 |
| | | 02/28/2024 | Suppliers or Vendors | $2,901.69 |
| | | 03/04/2024 | Suppliers or Vendors | $8,087.97 |
| | | 03/06/2024 | Suppliers or Vendors | $12,592.87 |
| | | 03/08/2024 | Suppliers or Vendors | $7,186.48 |
| | | 03/11/2024 | Suppliers or Vendors | $2,661.67 |
| | | 03/12/2024 | Suppliers or Vendors | $13,610.94 |
| | | 03/14/2024 | Suppliers or Vendors | $7,930.10 |
| | | 03/15/2024 | Suppliers or Vendors | $2,320.57 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/18/2024 | Suppliers or Vendors | $10,098.96 |
| | | 03/19/2024 | Suppliers or Vendors | $2,914.49 |
| | | 03/21/2024 | Suppliers or Vendors | $7,393.58 |
| | | 03/22/2024 | Suppliers or Vendors | $2,554.53 |
| | | 03/25/2024 | Suppliers or Vendors | $9,410.18 |
| | | 03/26/2024 | Suppliers or Vendors | $3,219.07 |
| | | 03/27/2024 | Suppliers or Vendors | $1,132.21 |
| | | 03/28/2024 | Suppliers or Vendors | $7,186.52 |
| | | 03/29/2024 | Suppliers or Vendors | $2,152.86 |
| | | 04/01/2024 | Suppliers or Vendors | $9,125.88 |
| | | 04/02/2024 | Suppliers or Vendors | $3,007.44 |
| | | 04/04/2024 | Suppliers or Vendors | $6,051.35 |
| | | 04/05/2024 | Suppliers or Vendors | $2,006.89 |
| | | 04/08/2024 | Suppliers or Vendors | $8,686.10 |
| | | 04/09/2024 | Suppliers or Vendors | $3,550.23 |
| | | 04/11/2024 | Suppliers or Vendors | $5,358.88 |
| | | 04/12/2024 | Suppliers or Vendors | $2,835.52 |
| | | 04/15/2024 | Suppliers or Vendors | $10,009.53 |
| | | 04/16/2024 | Suppliers or Vendors | $3,254.79 |
| | | 04/18/2024 | Suppliers or Vendors | $5,207.40 |
| | | 04/19/2024 | Suppliers or Vendors | $1,837.47 |
| | | 04/22/2024 | Suppliers or Vendors | $8,122.76 |
| | | 04/23/2024 | Suppliers or Vendors | $2,162.78 |
| | | 04/25/2024 | Suppliers or Vendors | $5,422.25 |
| | | 04/26/2024 | Suppliers or Vendors | $2,097.46 |
| | | 04/29/2024 | Suppliers or Vendors | $8,731.54 |
| | | 04/30/2024 | Suppliers or Vendors | $2,001.13 |
| | | 05/02/2024 | Suppliers or Vendors | $4,898.28 |
| | | 05/03/2024 | Suppliers or Vendors | $1,399.74 |
| | | 05/06/2024 | Suppliers or Vendors | $8,480.70 |
| | | 05/07/2024 | Suppliers or Vendors | $1,832.37 |
| | | 05/09/2024 | Suppliers or Vendors | $5,288.53 |
| | | 05/10/2024 | Suppliers or Vendors | $1,301.53 |
| | | 05/13/2024 | Suppliers or Vendors | $10,592.95 |
| | | 05/14/2024 | Suppliers or Vendors | $3,231.80 |
| | | 05/16/2024 | Suppliers or Vendors | $6,866.87 |

Debtor Name: Red Lobster Management LLC                                                    Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$277,818.65** |
| BROWN-BELKIN RL LLC<br>9805 BABBITT AVE<br>NORTHRIDGE, CA 91325-1925 | | 03/04/2024 | Other- Rent | $25,729.63 |
| | | 03/29/2024 | Other- Rent | $25,729.63 |
| | | 04/30/2024 | Other- Rent | $27,159.05 |
| | | | **SUBTOTAL** | **$78,618.31** |
| BRYAN RENTAL INC<br>TRAVEL LOBSTER LLC<br>1440 SOUTH LIBERTY DRIVE<br>BLOOMINGTON, IN 47403-5118 | | 03/04/2024 | Other- Rent | $8,857.83 |
| | | 03/29/2024 | Other- Rent | $8,857.83 |
| | | 04/30/2024 | Other- Rent | $8,857.83 |
| | | | **SUBTOTAL** | **$26,573.49** |
| BUDD STREET LLC<br>ATTN JO FISCHER BUTERA<br>1590 W ALGONQUIN RD # 223<br>HOFFMAN ESTATES, IL<br>60192-1575 | | 03/04/2024 | Other- Rent | $27,041.67 |
| | | 03/29/2024 | Other- Rent | $27,041.67 |
| | | 04/30/2024 | Other- Rent | $27,041.67 |
| | | | **SUBTOTAL** | **$81,125.01** |
| BUILDINGS FOR BABIES<br>FOUNDATION<br>C/O AMBER SCHAMEL<br>1333 BUSINESS ROUTE 63<br>THAYER, MO 65791-8401 | | 03/04/2024 | Other- Rent | $22,531.78 |
| | | 03/29/2024 | Other- Rent | $22,531.78 |
| | | 04/30/2024 | Other- Rent | $22,531.78 |
| | | | **SUBTOTAL** | **$67,595.34** |
| BUNTIN ADVERTISING INC<br>DBA BUNTIN GROUP<br>1001 HAWKINS ST<br>NASHVILLE, TN 37203 | | 02/20/2024 | Suppliers or Vendors | $24,987.81 |
| | | 03/04/2024 | Suppliers or Vendors | $41,617.10 |
| | | 03/28/2024 | Suppliers or Vendors | $106,808.89 |
| | | 04/11/2024 | Suppliers or Vendors | $25,555.23 |
| | | 05/02/2024 | Suppliers or Vendors | $66,269.96 |
| | | | **SUBTOTAL** | **$265,238.99** |
| BURKHARDT DEVELOPMENT<br>GROUP INC<br>4478 CASTLEMAINE CT<br>AKRON, OH 44333-1687 | | 03/11/2024 | Other- Rent | $10,833.33 |
| | | 04/12/2024 | Other- Rent | $10,833.33 |
| | | | **SUBTOTAL** | **$21,666.66** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| BVA DEERBROOK SPE LLC C/O BIG V PROPERTIES LLC PO BOX 6288 HICKSVILLE, NY 11802--6288 | | 02/21/2024 | Other- Rent | $6,269.18 |
| | | 03/04/2024 | Other- Rent | $11,188.68 |
| | | 03/29/2024 | Other- Rent | $11,188.68 |
| | | 04/18/2024 | Other- Rent | $37,050.57 |
| | | 04/30/2024 | Other- Rent | $11,188.68 |
| | | | SUBTOTAL | $76,885.79 |
| C & S PRESS INC 405 27TH STREET ORLANDO, FL 32806-4452 | | 02/21/2024 | Suppliers or Vendors | $282.87 |
| | | 03/04/2024 | Suppliers or Vendors | $20,481.91 |
| | | 03/08/2024 | Suppliers or Vendors | $3,941.37 |
| | | 03/13/2024 | Suppliers or Vendors | $65.00 |
| | | 03/21/2024 | Suppliers or Vendors | $27,360.79 |
| | | 05/02/2024 | Suppliers or Vendors | $39,814.34 |
| | | 05/16/2024 | Suppliers or Vendors | $102,690.70 |
| | | | SUBTOTAL | $194,636.98 |
| C H ROBINSON COMPANY PO BOX 9121 MINNEAPOLIS, MN 554809121 | | 02/20/2024 | Suppliers or Vendors | $39,202.10 |
| | | 02/28/2024 | Suppliers or Vendors | $3,514.31 |
| | | 03/06/2024 | Suppliers or Vendors | $6,246.38 |
| | | 03/14/2024 | Suppliers or Vendors | $1,357.66 |
| | | 03/20/2024 | Suppliers or Vendors | $55,164.83 |
| | | 03/27/2024 | Suppliers or Vendors | $6,336.27 |
| | | 04/03/2024 | Suppliers or Vendors | $5,144.37 |
| | | 04/15/2024 | Suppliers or Vendors | $3,072.05 |
| | | 04/18/2024 | Suppliers or Vendors | $38,723.53 |
| | | 04/24/2024 | Suppliers or Vendors | $16,922.25 |
| | | 05/15/2024 | Suppliers or Vendors | $187.32 |
| | | | SUBTOTAL | $175,871.07 |
| C&M REFRIGERATION SALES & SVC INC PO BOX 186 SPRING CITY, PA 19475 | | 03/04/2024 | Suppliers or Vendors | $5,381.26 |
| | | 03/08/2024 | Suppliers or Vendors | $375.00 |
| | | 03/21/2024 | Suppliers or Vendors | $131.63 |
| | | 04/25/2024 | Suppliers or Vendors | $10,570.03 |
| | | 05/02/2024 | Suppliers or Vendors | $5,553.51 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | SUBTOTAL | $22,011.43 |
| CAINS CUSTOM SURFACES INC DBA THE HOOD GUY PO BOX 233 TIMNATH, CO 80547 | | 03/13/2024 | Suppliers or Vendors | $8,424.76 |
| | | 03/28/2024 | Suppliers or Vendors | $3,175.00 |
| | | 04/04/2024 | Suppliers or Vendors | $1,333.98 |
| | | | SUBTOTAL | $12,933.74 |
| CAJUN AIR INC 39 MLK AVENUE JEFFERSON, GA 30549-1452 | | 02/20/2024 | Suppliers or Vendors | $16,876.04 |
| | | 03/08/2024 | Suppliers or Vendors | $21,523.61 |
| | | 03/28/2024 | Suppliers or Vendors | $5,410.26 |
| | | | SUBTOTAL | $43,809.91 |
| CALTAMP REALTY ASSOCIATES LLC 10 RYE RIDGE PLZ STE 200 RYE BROOK, NY 10573-2828 | | 03/04/2024 | Other- Rent | $8,799.65 |
| | | 03/29/2024 | Other- Rent | $8,799.65 |
| | | | SUBTOTAL | $17,599.30 |
| CAMANCHACA INC 7200 NW 19TH STREET SUITE 410 MIAMI, FL 33126 | | 03/01/2024 | Suppliers or Vendors | $38,801.43 |
| | | 04/18/2024 | Suppliers or Vendors | $9,570.00 |
| | | | SUBTOTAL | $48,371.43 |
| CAMPBELL BLACKLIDGE PLAZA DE LLC 555 E RIVER RD STE 201 TUCSON, AZ 85704-5843 | | 03/04/2024 | Other- Rent | $12,321.75 |
| | | 03/28/2024 | Other- Rent | $2,682.00 |
| | | 03/29/2024 | Other- Rent | $9,639.75 |
| | | | SUBTOTAL | $24,643.50 |
| CANTON STARK COUNTY SEWER CLEANING INC DBA ROTO-ROOTER 5672 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | | 03/01/2024 | Suppliers or Vendors | $1,868.48 |
| | | 05/01/2024 | Suppliers or Vendors | $3,320.35 |
| | | 05/02/2024 | Suppliers or Vendors | $7,981.88 |
| | | | SUBTOTAL | $13,170.71 |
| CASCADE REAL ESTATE SERVICES LLC DBA BLUESTONE REAL ESTATE SERVICES PO BOX 7139 SAN FRANCISCO, CA 94120-7139 | | 05/09/2024 | Suppliers or Vendors | $20,530.77 |

Debtor Name:  Red Lobster Management LLC                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$20,530.77** |
| CASSCO LAND COMPANY INC<br>4200 S HULEN SUITE 614<br>FORT WORTH, TX 76109 | | 03/04/2024 | Other- Rent | $16,755.79 |
| | | 03/29/2024 | Other- Rent | $16,755.79 |
| | | 04/30/2024 | Other- Rent | $16,755.79 |
| | | | **SUBTOTAL** | **$50,267.37** |
| CASTRO CONTRACTING SERVICES LLC<br>DBA LOUIES PROPERTY MAINTENANCE<br>2 CONDON AVE UPPR<br>BUFFALO, NY 14207-1512 | | 02/26/2024 | Suppliers or Vendors | $8,591.10 |
| | | 03/13/2024 | Suppliers or Vendors | $3,058.93 |
| | | | **SUBTOTAL** | **$11,650.03** |
| CATCH AND RELEASE INC<br>DBA IN CALIFORNIA AS VISUAL CATCH<br>2443 FILLMORE ST # 380-1738<br>SAN FRANCISCO, CA 94115-1814 | | 02/28/2024 | Suppliers or Vendors | $16,928.00 |
| | | | **SUBTOTAL** | **$16,928.00** |
| CBL & ASSOCIATES LIMITED PARTNERSHIP<br>DBA ALAMANCE CROSSING CMBS LLC<br>C/O SPINOSO REAL ESTATE GROUP DLS LLC<br>PO BOX 646409<br>CINCINNATI, OH 45264-6409 | | 02/28/2024 | Other- Rent | $204.73 |
| | | 03/01/2024 | Other- Rent | $11,268.34 |
| | | 03/05/2024 | Other- Rent | $414.72 |
| | | 03/29/2024 | Other- Rent | $204.73 |
| | | 04/03/2024 | Other- Rent | $11,683.06 |
| | | 04/23/2024 | Other- Rent | $3,421.10 |
| | | 05/06/2024 | Other- Rent | $11,268.34 |
| | | 05/07/2024 | Other- Rent | $204.73 |
| | | | **SUBTOTAL** | **$38,669.75** |
| CEDAR VALLEY LAWN CARE INC<br>1027 PEOPLES SQUARE<br>WATERLOO, IA 50702-5740 | | 02/20/2024 | Suppliers or Vendors | $659.36 |
| | | 03/04/2024 | Suppliers or Vendors | $5,364.88 |
| | | 03/13/2024 | Suppliers or Vendors | $2,052.94 |
| | | | **SUBTOTAL** | **$8,077.18** |
| CEILING PRO OF MIDWEST IN<br>1641 EAST 236TH STREET<br>ARCADIA, IN 46030 | | 03/01/2024 | Suppliers or Vendors | $2,911.00 |
| | | 05/07/2024 | Suppliers or Vendors | $6,378.00 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/14/2024 | Suppliers or Vendors | $2,021.00 |
| | | | **SUBTOTAL** | **$11,310.00** |
| CELERITY IS INC<br>6 LIBERTY SQ PMB 496<br>BOSTON, MA 02109-5800 | | 02/23/2024 | Suppliers or Vendors | $28,687.50 |
| | | 03/08/2024 | Suppliers or Vendors | $8,606.25 |
| | | 03/28/2024 | Suppliers or Vendors | $6,018.75 |
| | | | **SUBTOTAL** | **$43,312.50** |
| CENTERPOINTCAP I LLC<br>LOCKBOX NUMBER 0076002<br>PO BOX 716002<br>PHILADELPHIA, PA 19171-6002 | | 03/04/2024 | Other- Rent | $24,537.97 |
| | | 03/29/2024 | Other- Rent | $24,537.97 |
| | | 04/30/2024 | Other- Rent | $24,537.97 |
| | | | **SUBTOTAL** | **$73,613.91** |
| CENTURY PLAZA COMMERCIAL LLC<br>C/O SIERRA PACIFIC PROPERTIES INC<br>1800 WILLOW PASS COURT<br>CONCORD, CA 94520-1012 | | 03/05/2024 | Other- Rent | $24,825.32 |
| | | 04/05/2024 | Other- Rent | $24,825.32 |
| | | 04/12/2024 | Other- Rent | $1,694.55 |
| | | 05/02/2024 | Other- Rent | $24,825.32 |
| | | | **SUBTOTAL** | **$76,170.51** |
| CERTIFIED PRECISION CARPET CLEANING LLC<br>1562 WOODLAND ST NE<br>WARREN, OH 44483-5302 | | 03/28/2024 | Suppliers or Vendors | $8,425.52 |
| | | 04/11/2024 | Suppliers or Vendors | $1,769.29 |
| | | 05/07/2024 | Suppliers or Vendors | $1,134.13 |
| | | | **SUBTOTAL** | **$11,328.94** |
| CG WATERTOWN LLC<br>C/O CHARLES GOLD<br>PO BOX 911<br>BRIDGEHAMPTON, NY 11932-0911 | | 03/04/2024 | Other- Rent | $10,773.77 |
| | | 03/29/2024 | Other- Rent | $10,773.77 |
| | | | **SUBTOTAL** | **$21,547.54** |
| CH GRESHAM LLC<br>C/O THE PENNBROOK COMPANY<br>250 NW FRANKLIN AVENUE SUITE 204<br>BEND, OR 97701 | | 03/04/2024 | Other- Rent | $20,530.77 |
| | | 03/05/2024 | Other- Rent | $1,528.11 |
| | | 04/10/2024 | Other- Rent | $22,058.88 |
| | | 05/01/2024 | Other- Rent | $3,587.30 |

Debtor Name:  Red Lobster Management LLC                                                 Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$47,705.06** |
| CHAMPAIGN HEATING AND AIR INC<br>PO BOX 694<br>CHAMPAIGN, IL 618240694 | | 03/21/2024 | Suppliers or Vendors | $4,396.10 |
| | | 03/29/2024 | Suppliers or Vendors | $2,437.50 |
| | | 04/25/2024 | Suppliers or Vendors | $4,402.00 |
| | | | **SUBTOTAL** | **$11,235.60** |
| CHAMPION INDUSTRIAL CONTRS INC<br>DBA CHAMPION MECHANICAL SERVICES<br>PO BOX 4399<br>MODESTO, CA 95352 | | 03/05/2024 | Suppliers or Vendors | $8,572.99 |
| | | 03/25/2024 | Suppliers or Vendors | $1,536.00 |
| | | 04/11/2024 | Suppliers or Vendors | $1,461.93 |
| | | | **SUBTOTAL** | **$11,570.92** |
| CHERNOFF SALES INC<br>6280 NW 27TH WAY<br>FORT LAUDERDALE, FL 33309-1729 | | 02/26/2024 | Suppliers or Vendors | $10,954.20 |
| | | 03/06/2024 | Suppliers or Vendors | $4,027.69 |
| | | 03/11/2024 | Suppliers or Vendors | $5,943.70 |
| | | 03/20/2024 | Suppliers or Vendors | $7,526.56 |
| | | 04/03/2024 | Suppliers or Vendors | $24,271.81 |
| | | 05/03/2024 | Suppliers or Vendors | $11,923.25 |
| | | 05/19/2024 | Suppliers or Vendors | $77,630.66 |
| | | | **SUBTOTAL** | **$142,277.87** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $12,239.59 |
| | | 03/29/2024 | Other- Rent | $12,239.59 |
| | | | **SUBTOTAL** | **$24,479.18** |
| CHICO PRODUCE INC<br>DBA PRO PACIFIC FRESH<br>PO BOX 1069<br>DURHAM, CA 95938-1069 | | 02/20/2024 | Suppliers or Vendors | $18,289.79 |
| | | 02/23/2024 | Suppliers or Vendors | $3,863.58 |
| | | 02/26/2024 | Suppliers or Vendors | $10,450.77 |
| | | 02/27/2024 | Suppliers or Vendors | $16,259.61 |
| | | 03/04/2024 | Suppliers or Vendors | $9,179.54 |
| | | 03/06/2024 | Suppliers or Vendors | $13,459.86 |
| | | 03/08/2024 | Suppliers or Vendors | $4,312.05 |
| | | 03/11/2024 | Suppliers or Vendors | $6,200.08 |
| | | 03/12/2024 | Suppliers or Vendors | $16,031.48 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/14/2024 | Suppliers or Vendors | $3,488.82 |
| | | 03/15/2024 | Suppliers or Vendors | $5,235.17 |
| | | 03/18/2024 | Suppliers or Vendors | $15,205.85 |
| | | 03/21/2024 | Suppliers or Vendors | $3,672.46 |
| | | 03/22/2024 | Suppliers or Vendors | $5,246.47 |
| | | 03/25/2024 | Suppliers or Vendors | $13,166.21 |
| | | 03/26/2024 | Suppliers or Vendors | $241.97 |
| | | 03/28/2024 | Suppliers or Vendors | $2,272.55 |
| | | 03/29/2024 | Suppliers or Vendors | $5,063.71 |
| | | 04/01/2024 | Suppliers or Vendors | $15,080.05 |
| | | 04/04/2024 | Suppliers or Vendors | $2,672.91 |
| | | 04/05/2024 | Suppliers or Vendors | $4,122.54 |
| | | 04/08/2024 | Suppliers or Vendors | $16,001.28 |
| | | 04/11/2024 | Suppliers or Vendors | $3,674.38 |
| | | 04/12/2024 | Suppliers or Vendors | $5,005.90 |
| | | 04/15/2024 | Suppliers or Vendors | $12,784.25 |
| | | 04/16/2024 | Suppliers or Vendors | $574.12 |
| | | 04/18/2024 | Suppliers or Vendors | $3,232.29 |
| | | 04/19/2024 | Suppliers or Vendors | $3,898.43 |
| | | 04/22/2024 | Suppliers or Vendors | $12,831.92 |
| | | 04/25/2024 | Suppliers or Vendors | $2,530.04 |
| | | 04/26/2024 | Suppliers or Vendors | $3,562.29 |
| | | 04/29/2024 | Suppliers or Vendors | $13,489.46 |
| | | 05/01/2024 | Suppliers or Vendors | $997.34 |
| | | 05/02/2024 | Suppliers or Vendors | $3,263.31 |
| | | 05/03/2024 | Suppliers or Vendors | $3,968.41 |
| | | 05/06/2024 | Suppliers or Vendors | $13,340.74 |
| | | 05/07/2024 | Suppliers or Vendors | $644.62 |
| | | 05/09/2024 | Suppliers or Vendors | $2,679.52 |
| | | 05/10/2024 | Suppliers or Vendors | $4,820.69 |
| | | 05/13/2024 | Suppliers or Vendors | $12,948.58 |
| | | 05/16/2024 | Suppliers or Vendors | $3,493.29 |
| | | | **SUBTOTAL** | **$297,256.33** |
| CHIEF FIRE PREVENTION & MECHANICAL CORP<br>PO BOX 296<br>BRONXVILLE, NY 10708-0296 | | 02/23/2024 | Suppliers or Vendors | $6,575.01 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/13/2024 | Suppliers or Vendors | $8,379.15 |
| | | 04/18/2024 | Suppliers or Vendors | $3,694.53 |
| | | | **SUBTOTAL** | **$18,648.69** |
| CHILLICOTHE MALL INC<br>C/O J J GUMBERG CO<br>1051 BRINTON ROAD<br>PITTSBURGH, PA 15221-4571 | | 03/01/2024 | Other- Rent | $1,457.29 |
| | | 03/06/2024 | Other- Rent | $6,263.68 |
| | | 03/20/2024 | Other- Rent | $4,407.30 |
| | | 04/03/2024 | Other- Rent | $6,333.33 |
| | | 05/03/2024 | Other- Rent | $6,333.33 |
| | | | **SUBTOTAL** | **$24,794.93** |
| CHR ENT INC<br>1360 HIGHWAY 9 S<br>PONTOTOC, MS 38863-9415 | | 03/22/2024 | Suppliers or Vendors | $7,563.58 |
| | | 04/19/2024 | Suppliers or Vendors | $1,968.80 |
| | | | **SUBTOTAL** | **$9,532.38** |
| CHRISTEL KELLEY<br>DBA CLK ANN ARBOR LLC<br>UNITED BANK OF MICHIGAN<br>900 EAST PARIS AVE SE<br>GRAND RAPIDS, MI 49546-3676 | | 03/04/2024 | Other- Rent | $27,656.09 |
| | | 03/29/2024 | Other- Rent | $27,656.09 |
| | | 04/30/2024 | Other- Rent | $27,656.09 |
| | | | **SUBTOTAL** | **$82,968.27** |
| CIC PLUS INC<br>7321 RIDGEWAY AVE<br>SKOKIE, IL 60076-4026 | | 04/29/2024 | Suppliers or Vendors | $10,424.90 |
| | | | **SUBTOTAL** | **$10,424.90** |
| CINTAS CORPORATION NO 2<br>DBA CINTAS LOCATION #346<br>PO BOX 630910<br>CINCINNATI, OH 452630910 | | 02/23/2024 | Suppliers or Vendors | $85,113.50 |
| | | 03/04/2024 | Suppliers or Vendors | $20,946.99 |
| | | 03/08/2024 | Suppliers or Vendors | $154,534.81 |
| | | 03/13/2024 | Suppliers or Vendors | $64,240.56 |
| | | 03/21/2024 | Suppliers or Vendors | $225,110.68 |
| | | 03/22/2024 | Suppliers or Vendors | $31,186.84 |
| | | 03/28/2024 | Suppliers or Vendors | $46,862.05 |
| | | 04/04/2024 | Suppliers or Vendors | $8,558.93 |
| | | 04/11/2024 | Suppliers or Vendors | $4,979.36 |
| | | 04/18/2024 | Suppliers or Vendors | $40,265.50 |
| | | 04/25/2024 | Suppliers or Vendors | $349,207.27 |

Debtor Name:  Red Lobster Management LLC                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/26/2024 | Suppliers or Vendors | $30,259.02 |
| | | 05/02/2024 | Suppliers or Vendors | $34,184.91 |
| | | 05/16/2024 | Suppliers or Vendors | $786.35 |
| | | 05/19/2024 | Suppliers or Vendors | $395,720.15 |
| | | | **SUBTOTAL** | **$1,491,956.92** |
| CITY OF BLOOMINGTON BLOOMINGTON CIVIC PLAZA 1800 WEST OLD SHAKOPEE RD BLOOMINGTON, MN 554313027 | | 04/29/2024 | Other- Government / Regulatory | $9,800.00 |
| | | | **SUBTOTAL** | **$9,800.00** |
| CITY OF DANBURY FINANCE DEPARTMENT 155 DEER HILL AVENUE DANBURY, CT 06810 | | 02/27/2024 | Other- Rent | $11,749.17 |
| | | 04/02/2024 | Other- Rent | $11,749.17 |
| | | 04/30/2024 | Other- Rent | $11,749.17 |
| | | | **SUBTOTAL** | **$35,247.51** |
| CITY OF MAPLEGROVE 12800 ARBOR LAKES PKWY N MAPLEGROVE, MN 55369-7064 | | 04/29/2024 | Other- Government / Regulatory | $8,400.00 |
| | | | **SUBTOTAL** | **$8,400.00** |
| CITY OF NORTHGLENN NORTHGLENN MUNICIPAL COURT 11701 COMMUNITY CENTER DR NORTHGLENN, CO 802331099 | | 03/19/2024 | Other- Government / Regulatory | $13,389.08 |
| | | 04/19/2024 | Other- Government / Regulatory | $15,445.36 |
| | | 05/09/2024 | Other- Government / Regulatory | $10,502.61 |
| | | | **SUBTOTAL** | **$39,337.05** |
| CITY OF TUCKER 4119 ADRIAN STREET TUCKER, GA 30084 | | 02/23/2024 | Other- Government / Regulatory | $3,579.32 |
| | | 03/25/2024 | Other- Government / Regulatory | $7,200.00 |
| | | | **SUBTOTAL** | **$10,779.32** |
| CITY PRODUCE OF FT WALTON BEACH INC PO BOX 1334 FT WALTON BEACH, FL 32549 | | 02/20/2024 | Suppliers or Vendors | $2,442.87 |
| | | 02/21/2024 | Suppliers or Vendors | $1,490.13 |
| | | 02/26/2024 | Suppliers or Vendors | $2,032.41 |
| | | 02/27/2024 | Suppliers or Vendors | $1,427.52 |
| | | 02/28/2024 | Suppliers or Vendors | $2,236.25 |
| | | 03/04/2024 | Suppliers or Vendors | $1,022.89 |
| | | 03/06/2024 | Suppliers or Vendors | $2,878.64 |
| | | 03/11/2024 | Suppliers or Vendors | $1,258.56 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/12/2024 | Suppliers or Vendors | $3,075.36 |
| | | 03/15/2024 | Suppliers or Vendors | $1,012.95 |
| | | 03/18/2024 | Suppliers or Vendors | $991.62 |
| | | 03/19/2024 | Suppliers or Vendors | $1,034.53 |
| | | 03/22/2024 | Suppliers or Vendors | $1,162.28 |
| | | 03/25/2024 | Suppliers or Vendors | $1,450.28 |
| | | 03/26/2024 | Suppliers or Vendors | $1,226.01 |
| | | 03/28/2024 | Suppliers or Vendors | $770.64 |
| | | 03/29/2024 | Suppliers or Vendors | $1,527.85 |
| | | 04/01/2024 | Suppliers or Vendors | $540.15 |
| | | 04/02/2024 | Suppliers or Vendors | $2,010.32 |
| | | 04/05/2024 | Suppliers or Vendors | $612.18 |
| | | 04/08/2024 | Suppliers or Vendors | $1,796.46 |
| | | 04/09/2024 | Suppliers or Vendors | $2,051.60 |
| | | 04/11/2024 | Suppliers or Vendors | $256.55 |
| | | 04/12/2024 | Suppliers or Vendors | $316.95 |
| | | 04/15/2024 | Suppliers or Vendors | $1,522.22 |
| | | 04/16/2024 | Suppliers or Vendors | $1,591.22 |
| | | 04/19/2024 | Suppliers or Vendors | $610.67 |
| | | 04/22/2024 | Suppliers or Vendors | $1,219.61 |
| | | 04/23/2024 | Suppliers or Vendors | $1,205.18 |
| | | 04/25/2024 | Suppliers or Vendors | $450.57 |
| | | 04/26/2024 | Suppliers or Vendors | $1,138.27 |
| | | 04/29/2024 | Suppliers or Vendors | $944.84 |
| | | 04/30/2024 | Suppliers or Vendors | $1,748.87 |
| | | 05/02/2024 | Suppliers or Vendors | $159.16 |
| | | 05/03/2024 | Suppliers or Vendors | $1,116.38 |
| | | 05/06/2024 | Suppliers or Vendors | $887.32 |
| | | 05/07/2024 | Suppliers or Vendors | $1,101.54 |
| | | 05/09/2024 | Suppliers or Vendors | $551.34 |
| | | 05/10/2024 | Suppliers or Vendors | $1,067.28 |
| | | 05/13/2024 | Suppliers or Vendors | $659.82 |
| | | 05/14/2024 | Suppliers or Vendors | $1,431.59 |
| | | 05/16/2024 | Suppliers or Vendors | $289.99 |
| | | | **SUBTOTAL** | **$52,320.87** |

Debtor Name:  Red Lobster Management LLC                                                  Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| CITY SECURITY SERVICES HTX LLC DBA CITY SECURITY SERVICES 2600 NORTH LOOP W STE 300 HOUSTON, TX 77092-8915 | | 02/29/2024 | Suppliers or Vendors | $3,258.33 |
| | | 03/21/2024 | Suppliers or Vendors | $3,637.20 |
| | | 04/02/2024 | Suppliers or Vendors | $10,911.60 |
| | | 04/15/2024 | Suppliers or Vendors | $3,031.00 |
| | | | SUBTOTAL | **$20,838.13** |
| CJ & J CORPORATION 173 COYOTE BRUSH IRVINE, CA 92618 | | 03/04/2024 | Other- Rent | $22,866.77 |
| | | 03/29/2024 | Other- Rent | $22,866.77 |
| | | | SUBTOTAL | **$45,733.54** |
| CLEAN TEXTILE SYSTEMS DBA CLEANCARE 40 51ST STREET PITTSBURGH, PA 15201 | | 03/04/2024 | Suppliers or Vendors | $1,958.86 |
| | | 03/08/2024 | Suppliers or Vendors | $1,108.55 |
| | | 03/28/2024 | Suppliers or Vendors | $2,789.05 |
| | | 04/04/2024 | Suppliers or Vendors | $1,097.56 |
| | | 04/25/2024 | Suppliers or Vendors | $2,940.09 |
| | | 05/02/2024 | Suppliers or Vendors | $1,887.19 |
| | | | SUBTOTAL | **$11,781.30** |
| CLOUD ENTERPRISES CORPORATION INC 241 SOMERSET DRIVE GADSDEN, AL 35901-5743 | | 03/04/2024 | Other- Rent | $20,358.17 |
| | | 03/29/2024 | Other- Rent | $20,358.17 |
| | | 04/30/2024 | Other- Rent | $20,358.17 |
| | | | SUBTOTAL | **$61,074.51** |
| COAST CLEANING SERVICES LLC DBA COAST SERVICES 1100 SIXTH AVE NEPTUNE, NJ 07753-5150 | | 02/23/2024 | Suppliers or Vendors | $4,220.13 |
| | | 03/13/2024 | Suppliers or Vendors | $590.57 |
| | | 03/28/2024 | Suppliers or Vendors | $178.49 |
| | | 04/25/2024 | Suppliers or Vendors | $7,650.96 |
| | | 05/02/2024 | Suppliers or Vendors | $3,841.21 |
| | | 05/03/2024 | Suppliers or Vendors | $690.72 |
| | | | SUBTOTAL | **$17,172.08** |
| COASTAL SUNBELT PRODUCE PO BOX 62860 BALTIMORE, MD 212642860 | | 02/20/2024 | Suppliers or Vendors | $28,447.06 |
| | | 02/21/2024 | Suppliers or Vendors | $4,295.94 |

Debtor Name:  Red Lobster Management LLC                                                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 02/22/2024 | Suppliers or Vendors | $960.52 |
| | | 02/23/2024 | Suppliers or Vendors | $26,372.26 |
| | | 02/26/2024 | Suppliers or Vendors | $809.27 |
| | | 02/27/2024 | Suppliers or Vendors | $23,644.03 |
| | | 02/28/2024 | Suppliers or Vendors | $4,625.53 |
| | | 03/04/2024 | Suppliers or Vendors | $18,537.16 |
| | | 03/06/2024 | Suppliers or Vendors | $30,314.04 |
| | | 03/08/2024 | Suppliers or Vendors | $14,342.44 |
| | | 03/11/2024 | Suppliers or Vendors | $2,649.61 |
| | | 03/12/2024 | Suppliers or Vendors | $31,540.61 |
| | | 03/13/2024 | Suppliers or Vendors | $444.51 |
| | | 03/14/2024 | Suppliers or Vendors | $16,991.74 |
| | | 03/15/2024 | Suppliers or Vendors | $1,152.33 |
| | | 03/18/2024 | Suppliers or Vendors | $22,986.93 |
| | | 03/19/2024 | Suppliers or Vendors | $2,817.19 |
| | | 03/20/2024 | Suppliers or Vendors | $1,110.06 |
| | | 03/21/2024 | Suppliers or Vendors | $14,093.07 |
| | | 03/22/2024 | Suppliers or Vendors | $439.02 |
| | | 03/25/2024 | Suppliers or Vendors | $23,691.42 |
| | | 03/26/2024 | Suppliers or Vendors | $3,024.53 |
| | | 03/27/2024 | Suppliers or Vendors | $1,329.92 |
| | | 03/28/2024 | Suppliers or Vendors | $16,263.03 |
| | | 03/29/2024 | Suppliers or Vendors | $3,521.93 |
| | | 04/01/2024 | Suppliers or Vendors | $25,237.96 |
| | | 04/02/2024 | Suppliers or Vendors | $3,757.65 |
| | | 04/04/2024 | Suppliers or Vendors | $12,654.62 |
| | | 04/05/2024 | Suppliers or Vendors | $3,704.09 |
| | | 04/08/2024 | Suppliers or Vendors | $24,829.79 |
| | | 04/09/2024 | Suppliers or Vendors | $3,903.29 |
| | | 04/11/2024 | Suppliers or Vendors | $15,931.28 |
| | | 04/12/2024 | Suppliers or Vendors | $4,816.24 |
| | | 04/15/2024 | Suppliers or Vendors | $20,505.81 |
| | | 04/16/2024 | Suppliers or Vendors | $5,077.15 |
| | | 04/18/2024 | Suppliers or Vendors | $13,654.53 |
| | | 04/19/2024 | Suppliers or Vendors | $3,026.16 |
| | | 04/22/2024 | Suppliers or Vendors | $26,047.90 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/23/2024 | Suppliers or Vendors | $3,315.90 |
| | | 04/25/2024 | Suppliers or Vendors | $12,706.25 |
| | | 04/26/2024 | Suppliers or Vendors | $4,018.28 |
| | | 04/29/2024 | Suppliers or Vendors | $24,666.37 |
| | | 04/30/2024 | Suppliers or Vendors | $2,794.37 |
| | | 05/02/2024 | Suppliers or Vendors | $13,323.24 |
| | | 05/03/2024 | Suppliers or Vendors | $259.72 |
| | | 05/06/2024 | Suppliers or Vendors | $22,667.02 |
| | | 05/07/2024 | Suppliers or Vendors | $3,039.21 |
| | | 05/08/2024 | Suppliers or Vendors | $434.01 |
| | | 05/09/2024 | Suppliers or Vendors | $12,803.55 |
| | | 05/10/2024 | Suppliers or Vendors | $2,288.48 |
| | | 05/13/2024 | Suppliers or Vendors | $22,157.26 |
| | | 05/14/2024 | Suppliers or Vendors | $4,384.08 |
| | | 05/16/2024 | Suppliers or Vendors | $13,512.63 |
| | | | **SUBTOTAL** | **$599,920.99** |
| COBBS ALLEN CAPITAL LLC DBA CAC SPECIALTY 115 OFFICE PARK DR STE 200 MOUNTAIN BRK, AL 35223-2423 | | 03/14/2024 | Suppliers or Vendors | $1,398,850.00 |
| | | | **SUBTOTAL** | **$1,398,850.00** |
| COCOA RESTAURANT SERVICES LLC 1744 PEBBLEDASH DRIVE HERSHEY, PA 17033 | | 02/23/2024 | Suppliers or Vendors | $1,190.00 |
| | | 03/04/2024 | Suppliers or Vendors | $12,382.30 |
| | | 03/13/2024 | Suppliers or Vendors | $14,851.25 |
| | | 03/28/2024 | Suppliers or Vendors | $16,411.90 |
| | | 04/11/2024 | Suppliers or Vendors | $480.00 |
| | | | **SUBTOTAL** | **$45,315.45** |
| CODDING ENTERPRISES LP PO BOX 5800 SANTA ROSA, CA 95406 | | 03/04/2024 | Other- Rent | $22,130.05 |
| | | 03/28/2024 | Other- Rent | $1,522.00 |
| | | 03/29/2024 | Other- Rent | $21,610.00 |
| | | | **SUBTOTAL** | **$45,262.05** |
| COLLINS CUSTOM CONTRACTING 331 SHADOWBROOK DRIVE LABADIE, MO 63055 | | 04/11/2024 | Suppliers or Vendors | $21,460.00 |
| | | | **SUBTOTAL** | **$21,460.00** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| COLUMBUS CONSOLIDATED GVMT OCCUPATIONAL TAX SECTION PO BOX 1397 COLUMBUS, GA 319021397 | | 04/02/2024 | Other- Government / Regulatory | $10,000.00 |
| | | | **SUBTOTAL** | **$10,000.00** |
| COMM WORKS INVESTMENT HOLDING COMPANY LLC DBA COMM WORKS LLC PO BOX 734592 CHICAGO, IL 60673-4592 | | 02/20/2024 | Suppliers or Vendors | $865.61 |
| | | 04/11/2024 | Suppliers or Vendors | $15,054.80 |
| | | 04/25/2024 | Suppliers or Vendors | $7,285.66 |
| | | 05/02/2024 | Suppliers or Vendors | $12,648.45 |
| | | | **SUBTOTAL** | **$35,854.52** |
| COMMERCIAL APPLIANCE SERVICE LLC DBA COMMERCIAL APPLIANCE SERVICE LLC PO BOX 772803 DETROIT, MI 48277-2803 | | 03/27/2024 | Suppliers or Vendors | $4,404.83 |
| | | 04/26/2024 | Suppliers or Vendors | $1,438.22 |
| | | 05/07/2024 | Suppliers or Vendors | $3,161.04 |
| | | | **SUBTOTAL** | **$9,004.09** |
| COMMERCIAL FOODSERVICE REPAIR INC DBA TECH24 SERVICE SOLUTIONS GROUP 410 E WASHINGTON ST GREENVILLE, SC 29601 | | 02/27/2024 | Suppliers or Vendors | $2,425.01 |
| | | 03/13/2024 | Suppliers or Vendors | $3,976.52 |
| | | 03/14/2024 | Suppliers or Vendors | $665.39 |
| | | 03/28/2024 | Suppliers or Vendors | $540.00 |
| | | 04/03/2024 | Suppliers or Vendors | $1,280.75 |
| | | 05/07/2024 | Suppliers or Vendors | $6,362.92 |
| | | | **SUBTOTAL** | **$15,250.59** |
| COMMERCIAL KITCHEN INSTALLERS INC 224 BROWN INDUSTRIAL PKWY CANTON, GA 30114-8065 | | 03/08/2024 | Suppliers or Vendors | $4,032.37 |
| | | 03/28/2024 | Suppliers or Vendors | $1,326.56 |
| | | 04/11/2024 | Suppliers or Vendors | $3,995.95 |
| | | 04/25/2024 | Suppliers or Vendors | $919.48 |
| | | 05/02/2024 | Suppliers or Vendors | $3,480.06 |
| | | | **SUBTOTAL** | **$13,754.42** |
| COMMERCIAL KITCHEN REPAIRS INC 51 SOUTH 14TH STREET QUAKERTOWN, PA 18951 | | 03/21/2024 | Suppliers or Vendors | $11,033.26 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:   24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
|  |  | 04/04/2024 | Suppliers or Vendors | $1,227.48 |
|  |  | 04/26/2024 | Suppliers or Vendors | $983.63 |
|  |  |  | SUBTOTAL | **$13,244.37** |
| COMMERCIAL PLUMBING AND HEATING INC DBA CSG 24/7 24428 GREENWAY AVENUE FOREST LAKE, MN 55025-8784 |  | 02/20/2024 | Suppliers or Vendors | $33,098.25 |
|  |  | 03/04/2024 | Suppliers or Vendors | $2,873.25 |
|  |  | 03/08/2024 | Suppliers or Vendors | $509.00 |
|  |  | 03/28/2024 | Suppliers or Vendors | $848.50 |
|  |  | 04/11/2024 | Suppliers or Vendors | $655.00 |
|  |  | 05/02/2024 | Suppliers or Vendors | $1,707.25 |
|  |  |  | SUBTOTAL | **$39,691.25** |
| COMPASS COMMERCIAL INC DBA COMPASS COMMERCIAL ASSET & PROPERTY MANAGEMENT 600 SW COLUMBIA ST STE 6100A BEND, OR 97702-1099 |  | 03/06/2024 | Other- Rent | $16,526.05 |
|  |  | 04/02/2024 | Other- Rent | $16,526.05 |
|  |  | 05/02/2024 | Other- Rent | $16,526.05 |
|  |  |  | SUBTOTAL | **$49,578.15** |
| COMPSYCH CORPORATION 455 N CITYFRONT PLAZA DRIVE CHICAGO, IL 606115322 |  | 03/18/2024 | Suppliers or Vendors | $13,548.00 |
|  |  | 03/20/2024 | Suppliers or Vendors | $13,992.00 |
|  |  | 04/17/2024 | Suppliers or Vendors | $14,375.60 |
|  |  |  | SUBTOTAL | **$41,915.60** |
| COMPUWARE HOLDING CORP DBA DYNATRACE LLC PO BOX 74008118 CHICAGO, IL 60674-8118 |  | 04/29/2024 | Suppliers or Vendors | $73,564.10 |
|  |  |  | SUBTOTAL | **$73,564.10** |
| CONSTRUCTION OPERATIONS AND RENOVATION EXPERTS DBA CORE CONTRACTORS 7105 N FLORIDA AVE TAMPA, FL 33604-4833 |  | 02/20/2024 | Suppliers or Vendors | $10,733.00 |
|  |  | 03/21/2024 | Suppliers or Vendors | $90,434.85 |
|  |  | 04/25/2024 | Suppliers or Vendors | $62,738.96 |
|  |  | 05/16/2024 | Suppliers or Vendors | $108,344.93 |
|  |  |  | SUBTOTAL | **$272,251.74** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| CONTINENTAL AMERICAN INSURANCE COMPANY DBA AFLAC GROUP INSURANCE 1600 WILLIAMS ST COLUMBIA, SC 29201-2220 | | 03/07/2024 | Suppliers or Vendors | $29,691.78 |
| | | 03/08/2024 | Suppliers or Vendors | $29,059.48 |
| | | 04/08/2024 | Suppliers or Vendors | $35,976.78 |
| | | 05/08/2024 | Suppliers or Vendors | $28,548.83 |
| | | | SUBTOTAL | **$123,276.87** |
| CONWAY INN CORP DBA TENNESSEE RSR LLC 915 ENTERPRISE DR JONESBORO, AR 72401-9201 | | 03/04/2024 | Other- Rent | $25,871.71 |
| | | 03/29/2024 | Other- Rent | $25,871.71 |
| | | | SUBTOTAL | **$51,743.42** |
| CORNHUSKER PROJECT GI2 LLC 7587 E TAILFEATHER DR SCOTTSDALE, AZ 85255-4782 | | 03/04/2024 | Other- Rent | $4,043.07 |
| | | 03/29/2024 | Other- Rent | $4,043.07 |
| | | 04/30/2024 | Other- Rent | $4,043.07 |
| | | | SUBTOTAL | **$12,129.21** |
| CORPORATE CREATIONS INTERNATIONAL INC 801 US HIGHWAY 1 NORTH PALM BEACH, FL 33408-3811 | | 03/27/2024 | Suppliers or Vendors | $2,623.00 |
| | | 05/19/2024 | Suppliers or Vendors | $7,960.00 |
| | | | SUBTOTAL | **$10,583.00** |
| NAME ON FILE ADDRESS ON FILE | | 02/29/2024 | Other- Employee Expense Reimbursement | $4,899.20 |
| | | 04/04/2024 | Other- Employee Expense Reimbursement | $4,230.20 |
| | | 05/01/2024 | Other- Employee Expense Reimbursement | $637.66 |
| | | | SUBTOTAL | **$9,767.06** |
| COUNTRY LLC 18936 E BELLISARIO CREEK PL PARKER, CO 80134-3433 | | 03/04/2024 | Other- Rent | $24,494.17 |
| | | 03/29/2024 | Other- Rent | $24,494.17 |
| | | 04/30/2024 | Other- Rent | $24,494.17 |
| | | | SUBTOTAL | **$73,482.51** |
| COUNTRY ORCHARD ESTATES INC C/O DAVE BURTON AND SHERRY BURTON 277 LA COLINA DRIVE REDLANDS, CA 92374-8246 | | 03/04/2024 | Other- Rent | $23,273.06 |
| | | 03/29/2024 | Other- Rent | $23,273.06 |
| | | 04/30/2024 | Other- Rent | $23,273.06 |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$69,819.18** |
| COUNTY OF HENRICO VIRGINIA DEPARTMENT OF FINANCE/ACCOUNTING PO BOX 90775 HENRICO, VA 232730775 | | 02/27/2024 | Other- Government / Regulatory | $9,776.86 |
| | | 03/07/2024 | Other- Government / Regulatory | $100.00 |
| | | | **SUBTOTAL** | **$9,876.86** |
| CPP RIVER FALLS LLC C/O COLUMBUS PACIFIC PROPERTIES 1313 FOOTHILL BLVD STE 2 LA CANADA FLINTRIDGE, CA 91011-2157 | | 03/04/2024 | Other- Rent | $7,660.47 |
| | | 03/20/2024 | Other- Rent | $14.40 |
| | | 03/29/2024 | Other- Rent | $7,665.27 |
| | | 04/30/2024 | Other- Rent | $7,665.27 |
| | | | **SUBTOTAL** | **$23,005.41** |
| CR KINGSTON ASSOCIATES LLC C/O CENTURION REALTY LLC 500 5TH AVE 39TH FLOOR NEW YORK, NY 10110-3899 | | 03/07/2024 | Other- Rent | $9,150.66 |
| | | 04/08/2024 | Other- Rent | $9,150.66 |
| | | | **SUBTOTAL** | **$18,301.32** |
| CREATION GARDENS 2055 NELSON MILLER PKWY LOUISVILLE, KY 40223-2185 | | 02/20/2024 | Suppliers or Vendors | $22,562.57 |
| | | 02/21/2024 | Suppliers or Vendors | $7,014.28 |
| | | 02/23/2024 | Suppliers or Vendors | $8,497.53 |
| | | 02/26/2024 | Suppliers or Vendors | $7,866.61 |
| | | 02/27/2024 | Suppliers or Vendors | $26,380.95 |
| | | 02/28/2024 | Suppliers or Vendors | $5,701.67 |
| | | 03/04/2024 | Suppliers or Vendors | $11,612.06 |
| | | 03/06/2024 | Suppliers or Vendors | $29,627.17 |
| | | 03/08/2024 | Suppliers or Vendors | $8,482.83 |
| | | 03/11/2024 | Suppliers or Vendors | $4,898.86 |
| | | 03/12/2024 | Suppliers or Vendors | $29,691.97 |
| | | 03/14/2024 | Suppliers or Vendors | $6,748.57 |
| | | 03/15/2024 | Suppliers or Vendors | $4,227.18 |
| | | 03/18/2024 | Suppliers or Vendors | $23,306.45 |
| | | 03/19/2024 | Suppliers or Vendors | $6,694.15 |
| | | 03/21/2024 | Suppliers or Vendors | $5,742.75 |
| | | 03/22/2024 | Suppliers or Vendors | $4,578.10 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/25/2024 | Suppliers or Vendors | $21,349.54 |
| | | 03/26/2024 | Suppliers or Vendors | $7,644.33 |
| | | 03/28/2024 | Suppliers or Vendors | $6,612.73 |
| | | 03/29/2024 | Suppliers or Vendors | $2,888.25 |
| | | 04/01/2024 | Suppliers or Vendors | $21,232.63 |
| | | 04/02/2024 | Suppliers or Vendors | $8,710.43 |
| | | 04/04/2024 | Suppliers or Vendors | $7,267.01 |
| | | 04/05/2024 | Suppliers or Vendors | $4,555.45 |
| | | 04/08/2024 | Suppliers or Vendors | $22,582.00 |
| | | 04/09/2024 | Suppliers or Vendors | $6,772.73 |
| | | 04/10/2024 | Suppliers or Vendors | $1,584.62 |
| | | 04/11/2024 | Suppliers or Vendors | $4,830.74 |
| | | 04/12/2024 | Suppliers or Vendors | $4,244.67 |
| | | 04/15/2024 | Suppliers or Vendors | $21,318.15 |
| | | 04/16/2024 | Suppliers or Vendors | $5,789.37 |
| | | 04/18/2024 | Suppliers or Vendors | $5,132.65 |
| | | 04/19/2024 | Suppliers or Vendors | $2,570.46 |
| | | 04/22/2024 | Suppliers or Vendors | $19,476.87 |
| | | 04/23/2024 | Suppliers or Vendors | $6,773.14 |
| | | 04/25/2024 | Suppliers or Vendors | $6,108.17 |
| | | 04/26/2024 | Suppliers or Vendors | $3,895.39 |
| | | 04/29/2024 | Suppliers or Vendors | $18,520.33 |
| | | 04/30/2024 | Suppliers or Vendors | $4,802.26 |
| | | 05/02/2024 | Suppliers or Vendors | $6,045.09 |
| | | 05/03/2024 | Suppliers or Vendors | $2,764.68 |
| | | 05/06/2024 | Suppliers or Vendors | $20,277.10 |
| | | 05/07/2024 | Suppliers or Vendors | $5,953.64 |
| | | 05/08/2024 | Suppliers or Vendors | $1,419.18 |
| | | 05/09/2024 | Suppliers or Vendors | $4,241.50 |
| | | 05/10/2024 | Suppliers or Vendors | $2,989.65 |
| | | 05/13/2024 | Suppliers or Vendors | $18,836.13 |
| | | 05/14/2024 | Suppliers or Vendors | $4,727.73 |
| | | 05/16/2024 | Suppliers or Vendors | $6,542.95 |
| | | | **SUBTOTAL** | **$502,093.27** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| CREATIVE CONSUMER CONCEPTS BIN 150016 PO BOX 88016 MILWAUKEE, WI 53288-8016 | | 03/12/2024 | Suppliers or Vendors | $15,675.37 |
| | | | **SUBTOTAL** | **$15,675.37** |
| CREATIVE PLANNING HOLDCO LLC DBA CREATIVE PLANNING LLC DEPARTMENT RETIREMENT SERVICES PO BOX 952032 SAINT LOUIS, MO 63195-2032 | | 03/14/2024 | Suppliers or Vendors | $2,500.00 |
| | | 04/08/2024 | Suppliers or Vendors | $17,500.00 |
| | | 05/19/2024 | Suppliers or Vendors | $17,500.00 |
| | | | **SUBTOTAL** | **$37,500.00** |
| CREEKSIDE OUTDOOR LIVING 384 E 111TH CT CROWN POINT, IN 46307-7592 | | 03/07/2024 | Suppliers or Vendors | $2,826.81 |
| | | 03/20/2024 | Suppliers or Vendors | $925.00 |
| | | 04/04/2024 | Suppliers or Vendors | $2,254.78 |
| | | 04/22/2024 | Suppliers or Vendors | $8,017.85 |
| | | | **SUBTOTAL** | **$14,024.44** |
| CRI OUTPARCELS LLC 250 CIVIC CENTER DR STE 500 COLUMBUS, OH 43215-5088 | | 03/04/2024 | Other- Rent | $8,161.38 |
| | | 03/13/2024 | Other- Rent | $16,232.40 |
| | | 03/29/2024 | Other- Rent | $8,161.38 |
| | | 04/30/2024 | Other- Rent | $8,161.38 |
| | | | **SUBTOTAL** | **$40,716.54** |
| CRISWELL SERVICES INC 120 BRIDGES ROAD BESSEMER CITY, NC 28016 | | 03/04/2024 | Suppliers or Vendors | $20,074.61 |
| | | 03/21/2024 | Suppliers or Vendors | $1,956.97 |
| | | | **SUBTOTAL** | **$22,031.58** |
| CROWN CONSTRUCTION & MAINTENANCE INC 13717 S ROUTE 30 STE 117B PLAINFIELD, IL 60544-5510 | | 03/15/2024 | Suppliers or Vendors | $28,123.52 |
| | | | **SUBTOTAL** | **$28,123.52** |
| CURRY INVESTMENT COMPANY C/O ACCOUNTS RECEIVABLES 2700 NE KENDALLWOOD PKWY STE 208 GLADSTONE, MO 64119-2081 | | 03/04/2024 | Other- Rent | $27,126.85 |
| | | 03/29/2024 | Other- Rent | $27,126.85 |
| | | 04/30/2024 | Other- Rent | $27,126.85 |
| | | | **SUBTOTAL** | **$81,380.55** |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| CURTIS R BARTELLS DBA BARTELLS CONSTRUCTION 17186 DEERWOOD LANE JORDAN, MN 55352 | | 02/20/2024 | Other- Individual Miscellaneous | $29,456.00 |
| | | 03/08/2024 | Other- Individual Miscellaneous | $4,557.00 |
| | | 03/28/2024 | Other- Individual Miscellaneous | $1,431.00 |
| | | 04/25/2024 | Other- Individual Miscellaneous | $8,159.00 |
| | | | **SUBTOTAL** | **$43,603.00** |
| D & LS INC DBA OFFICE KEEPERS 8537 BASH ST SUITE 5 INDIANAPOLIS, IN 46250 | | 03/04/2024 | Suppliers or Vendors | $2,366.00 |
| | | 03/13/2024 | Suppliers or Vendors | $3,398.00 |
| | | 03/28/2024 | Suppliers or Vendors | $575.00 |
| | | 04/25/2024 | Suppliers or Vendors | $696.00 |
| | | 05/02/2024 | Suppliers or Vendors | $878.00 |
| | | | **SUBTOTAL** | **$7,913.00** |
| D J W PROPERTIES LLC 3949 KILBERN WAY SAN LUIS OBISPO, CA 93401-6243 | | 03/04/2024 | Other- Rent | $13,117.58 |
| | | 03/29/2024 | Other- Rent | $13,117.58 |
| | | 04/30/2024 | Other- Rent | $13,117.58 |
| | | | **SUBTOTAL** | **$39,352.74** |
| DACF INVEST-4 LLC 20 HARRISON AVENUE WALDWICK, NJ 07463-1757 | | 03/04/2024 | Other- Rent | $18,388.59 |
| | | 03/29/2024 | Other- Rent | $18,388.59 |
| | | 04/30/2024 | Other- Rent | $18,388.59 |
| | | | **SUBTOTAL** | **$55,165.77** |
| DALE HARDEN DBA HARDEN CONSTRUCTION & REMODELING LLC 304B HARRISON BROOKVILLE RD WEST HARRISON, IN 47060-9675 | | 02/23/2024 | Suppliers or Vendors | $13,764.86 |
| | | 03/08/2024 | Suppliers or Vendors | $5,915.47 |
| | | 03/13/2024 | Suppliers or Vendors | $5,821.57 |
| | | 03/28/2024 | Suppliers or Vendors | $6,396.40 |
| | | 04/04/2024 | Suppliers or Vendors | $1,831.66 |
| | | 04/11/2024 | Suppliers or Vendors | $28,491.82 |
| | | 04/25/2024 | Suppliers or Vendors | $3,491.00 |
| | | 05/16/2024 | Suppliers or Vendors | $20,437.40 |
| | | | **SUBTOTAL** | **$86,150.18** |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| DAMIAN CHARLES DBA CHARLES & CO REALTY LLC 591 EAST 92ND STREET BROOKLYN, NY 11236 | | 03/04/2024 | Other- Rent | $14,218.44 |
| | | 03/29/2024 | Other- Rent | $14,218.44 |
| | | 04/30/2024 | Other- Rent | $14,218.44 |
| | | | SUBTOTAL | $42,655.32 |
| DAN C INC ATTN DANIEL COLLOMB 11417 TUNNEL HILL WAY GOLD RIVER, CA 95670-7229 | | 03/04/2024 | Other- Rent | $33,793.86 |
| | | 03/29/2024 | Other- Rent | $33,793.86 |
| | | 04/30/2024 | Other- Rent | $33,793.86 |
| | | | SUBTOTAL | $101,381.58 |
| DAVID C TURK DBA PRO-TECH MAINTENANCE & REPAIR 21500 EDEN CANYON RD CASTRO VALLEY, CA 94552-9720 | | 03/05/2024 | Suppliers or Vendors | $7,420.86 |
| | | 03/19/2024 | Suppliers or Vendors | $4,185.63 |
| | | 04/09/2024 | Suppliers or Vendors | $35,722.02 |
| | | 04/11/2024 | Suppliers or Vendors | $1,524.99 |
| | | 05/10/2024 | Suppliers or Vendors | $1,681.86 |
| | | | SUBTOTAL | $50,535.36 |
| DAVID FUENTES DBA TEXAS A/C REFRIGERATION PO BOX 762638 SAN ANTONIO, TX 78245 | | 02/23/2024 | Other- Individual Miscellaneous | $4,288.49 |
| | | 03/08/2024 | Other- Individual Miscellaneous | $950.19 |
| | | 03/28/2024 | Other- Individual Miscellaneous | $726.77 |
| | | 05/02/2024 | Other- Individual Miscellaneous | $3,077.70 |
| | | | SUBTOTAL | $9,043.15 |
| DAVRICH REALTY CORP 9012 GOLDEN MOUNTAIN CIR BOYNTON BEACH, FL 33473-3311 | | 03/04/2024 | Other- Rent | $19,178.72 |
| | | 03/29/2024 | Other- Rent | $19,178.72 |
| | | 04/30/2024 | Other- Rent | $19,178.72 |
| | | | SUBTOTAL | $57,536.16 |
| DDI GENERAL CONTRACTING LLC 830 E BAY DRIVE WEST ISLIP, NY 11795 | | 04/25/2024 | Suppliers or Vendors | $7,976.35 |
| | | | SUBTOTAL | $7,976.35 |
| DEES SUGAR HOUSE CENTER LLC 1136 E WILMINGTON AVE STE 200 SALT LAKE CITY, UT 84106-2819 | | 03/04/2024 | Other- Rent | $26,540.84 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/28/2024 | Other- Rent | $2,415.00 |
| | | 03/29/2024 | Other- Rent | $19,670.00 |
| | | 04/30/2024 | Other- Rent | $22,085.00 |
| | | | SUBTOTAL | $70,710.84 |
| DEL MONTE CAPITOL MEAT COMPANY LLC DBA ALLEN BROTHERS WEST PO BOX 101831 PASADENA, CA 91189-0051 | | 02/20/2024 | Suppliers or Vendors | $1,612.63 |
| | | 02/21/2024 | Suppliers or Vendors | $1,419.47 |
| | | 02/27/2024 | Suppliers or Vendors | $203.20 |
| | | 02/29/2024 | Suppliers or Vendors | $362.13 |
| | | 03/05/2024 | Suppliers or Vendors | $555.20 |
| | | 03/06/2024 | Suppliers or Vendors | $231.00 |
| | | 03/11/2024 | Suppliers or Vendors | $361.00 |
| | | 03/25/2024 | Suppliers or Vendors | $1,114.95 |
| | | 03/28/2024 | Suppliers or Vendors | $872.60 |
| | | 04/01/2024 | Suppliers or Vendors | $450.10 |
| | | 04/02/2024 | Suppliers or Vendors | $231.40 |
| | | 04/03/2024 | Suppliers or Vendors | $231.40 |
| | | 04/08/2024 | Suppliers or Vendors | $444.20 |
| | | 04/15/2024 | Suppliers or Vendors | $2,156.20 |
| | | 04/17/2024 | Suppliers or Vendors | $222.00 |
| | | 04/22/2024 | Suppliers or Vendors | $870.00 |
| | | 04/29/2024 | Suppliers or Vendors | $499.80 |
| | | 05/01/2024 | Suppliers or Vendors | $444.20 |
| | | 05/06/2024 | Suppliers or Vendors | $101.80 |
| | | | SUBTOTAL | $12,383.28 |
| DELCOR INC 1905 OLD FIRE TOWER RD GREENVILLE, NC 27858-8080 | | 04/01/2024 | Suppliers or Vendors | $9,934.56 |
| | | 04/11/2024 | Suppliers or Vendors | $1,669.20 |
| | | 05/02/2024 | Suppliers or Vendors | $561.75 |
| | | 05/09/2024 | Suppliers or Vendors | $4,044.60 |
| | | | SUBTOTAL | $16,210.11 |
| DELTA DENTAL | | 03/12/2024 | Suppliers or Vendors | $192,965.50 |
| | | 04/12/2024 | Suppliers or Vendors | $191,155.11 |
| | | 05/16/2024 | Suppliers or Vendors | $186,380.29 |

Debtor Name:  Red Lobster Management LLC                                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

SOFA Question 3: Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$570,500.90** |
| DELUXE OUTDOOR MAINTENANCE INC PO BOX 987 CHESTERLAND, OH 44026 | | 04/04/2024 | Suppliers or Vendors | $8,614.96 |
| | | | **SUBTOTAL** | **$8,614.96** |
| DEMPSEY UNIFORM & LINEN SUPPLY 1200 MID VALLEY DRIVE JESSUP, PA 18434 | | 02/23/2024 | Suppliers or Vendors | $4,989.01 |
| | | 03/21/2024 | Suppliers or Vendors | $2,513.49 |
| | | 03/28/2024 | Suppliers or Vendors | $326.45 |
| | | 04/04/2024 | Suppliers or Vendors | $230.51 |
| | | 05/02/2024 | Suppliers or Vendors | $147.74 |
| | | | **SUBTOTAL** | **$8,207.20** |
| DENNIS LAPIDUS DBA MBI RED LOB LLC 11340 LONGWATER CHASE CT FORT MYERS, FL 33908-4923 | | 03/04/2024 | Other- Rent | $26,494.76 |
| | | 03/29/2024 | Other- Rent | $26,494.76 |
| | | 04/30/2024 | Other- Rent | $26,494.76 |
| | | | **SUBTOTAL** | **$79,484.28** |
| DEPENDABLE BUILDING MAINTENANCE SERVICES LLC 4645 138TH ST CRESTWOOD, IL 60418-1930 | | 02/23/2024 | Suppliers or Vendors | $15,220.88 |
| | | 03/21/2024 | Suppliers or Vendors | $23,796.33 |
| | | 03/28/2024 | Suppliers or Vendors | $8,178.00 |
| | | 04/25/2024 | Suppliers or Vendors | $33,754.27 |
| | | | **SUBTOTAL** | **$80,949.48** |
| DESIGN REFRIGERATION & AC INC DBA DESIGN REFRIGERATION AND AIR CONDITIONING CO INC 3600 S STATE ROAD 7 STE 334 MIRAMAR, FL 33023-5290 | | 03/21/2024 | Suppliers or Vendors | $6,208.57 |
| | | 03/28/2024 | Suppliers or Vendors | $5,825.64 |
| | | 03/29/2024 | Suppliers or Vendors | $974.77 |
| | | 04/25/2024 | Suppliers or Vendors | $10,885.66 |
| | | 05/02/2024 | Suppliers or Vendors | $4,821.64 |
| | | | **SUBTOTAL** | **$28,716.28** |
| DEVI FISHERIES INC 11111 KATY FWY STE 910 HOUSTON, TX 77079-2119 | | 03/28/2024 | Suppliers or Vendors | $6,240.00 |
| | | 04/18/2024 | Suppliers or Vendors | $31,200.00 |
| | | 05/13/2024 | Suppliers or Vendors | $18,720.00 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$56,160.00** |
| DEWITT EQUIPMENT CO INC<br>PO BOX 2189<br>MESA, AZ 85214 | | 03/06/2024 | Suppliers or Vendors | $25,650.99 |
| | | 03/27/2024 | Suppliers or Vendors | $4,863.00 |
| | | 04/10/2024 | Suppliers or Vendors | $2,294.00 |
| | | 05/17/2024 | Suppliers or Vendors | $781.00 |
| | | | **SUBTOTAL** | **$33,588.99** |
| DEX IMAGING<br>DBA GREATAMERICA FINANCIAL<br>SERVICES CORPORATION<br>PO BOX 660831<br>DALLAS, TX 75266-0831 | | 04/29/2024 | Suppliers or Vendors | $10,105.14 |
| | | 05/02/2024 | Suppliers or Vendors | $2,648.43 |
| | | | **SUBTOTAL** | **$12,753.57** |
| DIADON LLC<br>1300 WHITE OAK CT<br>IRWIN, PA 15642-4386 | | 03/04/2024 | Other- Rent | $34,127.33 |
| | | 03/29/2024 | Other- Rent | $34,127.33 |
| | | 04/30/2024 | Other- Rent | $34,127.33 |
| | | | **SUBTOTAL** | **$102,381.99** |
| DINOVA INC<br>6455 EAST JOHNS CROSSING<br>SUITE 220<br>JOHNS CREEK, GA 30097-1559 | | 02/20/2024 | Suppliers or Vendors | $84,019.72 |
| | | 03/13/2024 | Suppliers or Vendors | $93,530.59 |
| | | 04/11/2024 | Suppliers or Vendors | $88,755.84 |
| | | | **SUBTOTAL** | **$266,306.15** |
| DIRECTIONS RESEARCH INC<br>M/L 520<br>PO BOX 145400<br>CINCINNATI, OH 452505400 | | 03/22/2024 | Suppliers or Vendors | $85,600.00 |
| | | 04/11/2024 | Suppliers or Vendors | $11,500.00 |
| | | | **SUBTOTAL** | **$97,100.00** |
| DIRECTV<br>PO BOX 5006<br>CAROL STREAM, IL 60197-5006 | | 02/28/2024 | Suppliers or Vendors | $77,846.01 |
| | | 03/28/2024 | Suppliers or Vendors | $81,219.09 |
| | | 04/16/2024 | Suppliers or Vendors | $80,026.73 |
| | | 04/30/2024 | Suppliers or Vendors | $69,298.86 |
| | | | **SUBTOTAL** | **$308,390.69** |
| DISASTER RESTORATION<br>SYSTEM LLC<br>1-800 WATER DAMAGE OF<br>HARRISBURG PA<br>3256 N SUSQUEHANNA TRL<br>YORK, PA 17406-9754 | | 03/21/2024 | Suppliers or Vendors | $11,103.25 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/11/2024 | Suppliers or Vendors | $83,656.59 |
| | | 04/18/2024 | Suppliers or Vendors | $31,329.99 |
| | | 04/25/2024 | Suppliers or Vendors | $24,172.85 |
| | | 05/16/2024 | Suppliers or Vendors | $65,927.89 |
| | | | **SUBTOTAL** | **$216,190.57** |
| DIVERSIFIED MECHANICAL INC 329 N WESTERN AVENUE PEORIA, IL 61604 | | 02/21/2024 | Suppliers or Vendors | $3,419.34 |
| | | 03/06/2024 | Suppliers or Vendors | $4,887.98 |
| | | 03/12/2024 | Suppliers or Vendors | $868.50 |
| | | 04/04/2024 | Suppliers or Vendors | $1,078.00 |
| | | 04/16/2024 | Suppliers or Vendors | $350.00 |
| | | 05/07/2024 | Suppliers or Vendors | $1,608.77 |
| | | | **SUBTOTAL** | **$12,212.59** |
| DIXIE PRODUCE INC DBA WHAT CHEFS WANT SOUTHEAST PO BOX 896706 CHARLOTTE, NC 28289-6706 | | 02/20/2024 | Suppliers or Vendors | $6,092.09 |
| | | 02/21/2024 | Suppliers or Vendors | $2,740.02 |
| | | 02/22/2024 | Suppliers or Vendors | $593.52 |
| | | 02/23/2024 | Suppliers or Vendors | $2,625.06 |
| | | 02/26/2024 | Suppliers or Vendors | $1,814.39 |
| | | 02/27/2024 | Suppliers or Vendors | $6,566.15 |
| | | 02/28/2024 | Suppliers or Vendors | $2,223.49 |
| | | 03/04/2024 | Suppliers or Vendors | $2,783.70 |
| | | 03/06/2024 | Suppliers or Vendors | $8,156.94 |
| | | 03/08/2024 | Suppliers or Vendors | $1,579.17 |
| | | 03/11/2024 | Suppliers or Vendors | $871.02 |
| | | 03/12/2024 | Suppliers or Vendors | $8,786.23 |
| | | 03/14/2024 | Suppliers or Vendors | $1,671.35 |
| | | 03/15/2024 | Suppliers or Vendors | $1,353.92 |
| | | 03/18/2024 | Suppliers or Vendors | $4,877.96 |
| | | 03/19/2024 | Suppliers or Vendors | $3,645.45 |
| | | 03/21/2024 | Suppliers or Vendors | $1,295.44 |
| | | 03/22/2024 | Suppliers or Vendors | $1,392.13 |
| | | 03/25/2024 | Suppliers or Vendors | $4,918.69 |
| | | 03/26/2024 | Suppliers or Vendors | $2,694.06 |
| | | 03/28/2024 | Suppliers or Vendors | $1,689.61 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Suppliers or Vendors | $1,637.79 |
| | | 04/01/2024 | Suppliers or Vendors | $5,076.20 |
| | | 04/02/2024 | Suppliers or Vendors | $2,497.68 |
| | | 04/04/2024 | Suppliers or Vendors | $2,586.75 |
| | | 04/05/2024 | Suppliers or Vendors | $912.31 |
| | | 04/08/2024 | Suppliers or Vendors | $3,811.75 |
| | | 04/09/2024 | Suppliers or Vendors | $2,713.03 |
| | | 04/11/2024 | Suppliers or Vendors | $1,057.67 |
| | | 04/12/2024 | Suppliers or Vendors | $1,313.81 |
| | | 04/15/2024 | Suppliers or Vendors | $5,152.20 |
| | | 04/16/2024 | Suppliers or Vendors | $1,938.66 |
| | | 04/18/2024 | Suppliers or Vendors | $1,801.34 |
| | | 04/19/2024 | Suppliers or Vendors | $1,419.53 |
| | | 04/22/2024 | Suppliers or Vendors | $5,605.46 |
| | | 04/23/2024 | Suppliers or Vendors | $1,908.13 |
| | | 04/25/2024 | Suppliers or Vendors | $1,658.69 |
| | | 04/26/2024 | Suppliers or Vendors | $1,141.24 |
| | | 04/29/2024 | Suppliers or Vendors | $3,947.10 |
| | | 04/30/2024 | Suppliers or Vendors | $3,378.11 |
| | | 05/02/2024 | Suppliers or Vendors | $1,110.95 |
| | | 05/03/2024 | Suppliers or Vendors | $2,048.75 |
| | | 05/06/2024 | Suppliers or Vendors | $3,568.32 |
| | | 05/07/2024 | Suppliers or Vendors | $2,605.69 |
| | | 05/08/2024 | Suppliers or Vendors | $773.17 |
| | | 05/09/2024 | Suppliers or Vendors | $1,113.79 |
| | | 05/10/2024 | Suppliers or Vendors | $838.93 |
| | | 05/13/2024 | Suppliers or Vendors | $5,356.06 |
| | | 05/14/2024 | Suppliers or Vendors | $2,867.02 |
| | | 05/16/2024 | Suppliers or Vendors | $1,385.41 |
| | | | **SUBTOTAL** | **$139,595.93** |
| DK ORLANDO AC LLC DBA AC BY MARRIOTT AND AC SKY BAR ORLANDO DOWNTOWN 333 S GARLAND AVE ORLANDO, FL 32801-3355 | | 03/04/2024 | Suppliers or Vendors | $11,693.00 |
| | | 04/12/2024 | Suppliers or Vendors | $1,294.46 |
| | | 04/26/2024 | Suppliers or Vendors | $515.26 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/13/2024 | Suppliers or Vendors | $9,274.68 |
| | | 05/19/2024 | Suppliers or Vendors | $3,364.89 |
| | | | **SUBTOTAL** | **$26,142.29** |
| DMC SERVICES LLC<br>2 PIN OAK LN STE 100<br>CHERRY HILL, NJ 08003-1632 | | 02/23/2024 | Suppliers or Vendors | $62,020.89 |
| | | 03/08/2024 | Suppliers or Vendors | $1,166.52 |
| | | | **SUBTOTAL** | **$63,187.41** |
| DOHME PRODUCE CO INC<br>DBA CENTRAL ILLINOIS<br>PRODUCE<br>500 S GLOVER<br>URBANA, IL 61802 | | 02/20/2024 | Suppliers or Vendors | $10,184.83 |
| | | 02/21/2024 | Suppliers or Vendors | $156.84 |
| | | 02/23/2024 | Suppliers or Vendors | $2,871.99 |
| | | 02/26/2024 | Suppliers or Vendors | $981.41 |
| | | 02/27/2024 | Suppliers or Vendors | $12,203.27 |
| | | 02/28/2024 | Suppliers or Vendors | $150.42 |
| | | 03/04/2024 | Suppliers or Vendors | $3,142.65 |
| | | 03/06/2024 | Suppliers or Vendors | $8,948.29 |
| | | 03/08/2024 | Suppliers or Vendors | $3,439.94 |
| | | 03/11/2024 | Suppliers or Vendors | $1,444.51 |
| | | 03/12/2024 | Suppliers or Vendors | $9,000.82 |
| | | 03/14/2024 | Suppliers or Vendors | $3,781.69 |
| | | 03/15/2024 | Suppliers or Vendors | $379.50 |
| | | 03/18/2024 | Suppliers or Vendors | $8,647.19 |
| | | 03/21/2024 | Suppliers or Vendors | $2,271.54 |
| | | 03/22/2024 | Suppliers or Vendors | $398.48 |
| | | 03/25/2024 | Suppliers or Vendors | $10,122.29 |
| | | 03/26/2024 | Suppliers or Vendors | $127.52 |
| | | 03/28/2024 | Suppliers or Vendors | $3,125.23 |
| | | 03/29/2024 | Suppliers or Vendors | $362.49 |
| | | 04/01/2024 | Suppliers or Vendors | $8,184.51 |
| | | 04/04/2024 | Suppliers or Vendors | $3,154.21 |
| | | 04/05/2024 | Suppliers or Vendors | $390.65 |
| | | 04/08/2024 | Suppliers or Vendors | $9,307.66 |
| | | 04/11/2024 | Suppliers or Vendors | $2,618.46 |
| | | 04/12/2024 | Suppliers or Vendors | $318.01 |
| | | 04/15/2024 | Suppliers or Vendors | $8,278.21 |

Debtor Name: Red Lobster Management LLC                                                           Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/16/2024 | Suppliers or Vendors | $11.10 |
| | | 04/18/2024 | Suppliers or Vendors | $2,350.80 |
| | | 04/19/2024 | Suppliers or Vendors | $413.09 |
| | | 04/22/2024 | Suppliers or Vendors | $7,825.92 |
| | | 04/24/2024 | Suppliers or Vendors | $406.24 |
| | | 04/25/2024 | Suppliers or Vendors | $3,044.04 |
| | | 04/26/2024 | Suppliers or Vendors | $656.10 |
| | | 04/29/2024 | Suppliers or Vendors | $8,028.71 |
| | | 05/02/2024 | Suppliers or Vendors | $3,212.25 |
| | | 05/03/2024 | Suppliers or Vendors | $493.44 |
| | | 05/06/2024 | Suppliers or Vendors | $8,068.93 |
| | | 05/09/2024 | Suppliers or Vendors | $1,940.42 |
| | | 05/10/2024 | Suppliers or Vendors | $495.74 |
| | | 05/13/2024 | Suppliers or Vendors | $7,969.13 |
| | | 05/14/2024 | Suppliers or Vendors | $37.65 |
| | | 05/16/2024 | Suppliers or Vendors | $2,910.91 |
| | | | **SUBTOTAL** | **$161,857.08** |
| DONTSLOWMEDOWN INC<br>79 BARBERRY PLACE<br>HELEN, GA 30545-3319 | | 03/28/2024 | Suppliers or Vendors | $8,595.00 |
| | | 04/25/2024 | Suppliers or Vendors | $8,050.00 |
| | | | **SUBTOTAL** | **$16,645.00** |
| DOORDASH INC<br>PO BOX 735240<br>DALLAS, TX 75373-5240 | | 03/20/2024 | Suppliers or Vendors | $298,441.27 |
| | | | **SUBTOTAL** | **$298,441.27** |
| DOUGLAS V HALE<br>DBA DOUG HALE LLC<br>2238 GOVERNORS BEND RD SE<br>HUNTSVILLE, AL 35801-1371 | | 03/04/2024 | Other- Rent | $31,734.98 |
| | | 03/29/2024 | Other- Rent | $31,734.98 |
| | | 04/30/2024 | Other- Rent | $31,734.98 |
| | | | **SUBTOTAL** | **$95,204.94** |
| DRAFT BEER INTELLIGENCE LLC<br>255 S GLENDORA AVE # 1210<br>GLENDORA, CA 91740-7162 | | 02/23/2024 | Suppliers or Vendors | $28,212.59 |
| | | 03/08/2024 | Suppliers or Vendors | $9,956.25 |
| | | 03/28/2024 | Suppliers or Vendors | $34,331.21 |
| | | 04/25/2024 | Suppliers or Vendors | $6,332.04 |
| | | | **SUBTOTAL** | **$78,832.09** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| DRIVERS LICENSE GUIDE CO 1492 ODDSTAD DR REDWOOD CITY, CA 94063 | | 05/16/2024 | Suppliers or Vendors | $10,347.54 |
| | | | **SUBTOTAL** | **$10,347.54** |
| DRURY DEVELOPMENT CORPORATION ATTN MELINDA STEAMER LEASE ADMINISTRATOR 13075 MANCHESTER RD STE 200 SAINT LOUIS, MO 63131-1836 | | 02/28/2024 | Other- Rent | $29,940.20 |
| | | 04/02/2024 | Other- Rent | $29,940.20 |
| | | 04/30/2024 | Other- Rent | $29,940.20 |
| | | | **SUBTOTAL** | **$89,820.60** |
| DTC DEVELOPMENT MSP LLC PO BOX 809342 CHICAGO, IL 60680-9342 | | 03/04/2024 | Other- Rent | $31,291.27 |
| | | 03/28/2024 | Other- Rent | $14,714.75 |
| | | 04/01/2024 | Other- Rent | $16,576.52 |
| | | 05/03/2024 | Other- Rent | $16,576.52 |
| | | 05/06/2024 | Other- Rent | $15,695.74 |
| | | | **SUBTOTAL** | **$94,854.80** |
| DTI GROUP INC 10913 NW 30TH ST STE 107 DORAL, FL 33172-5029 | | 03/18/2024 | Suppliers or Vendors | $7,982.07 |
| | | 04/11/2024 | Suppliers or Vendors | $7,871.32 |
| | | 05/09/2024 | Suppliers or Vendors | $7,987.64 |
| | | | **SUBTOTAL** | **$23,841.03** |
| DUANE MORRIS LLP 30 S 17TH ST FL 5 PHILADELPHIA, PA 19103-4196 | | 05/19/2024 | Services | $64,262.54 |
| | | | **SUBTOTAL** | **$64,262.54** |
| NAME ON FILE ADDRESS ON FILE | | 02/22/2024 | Other- Employee Expense Reimbursement | $2,190.44 |
| | | 04/03/2024 | Other- Employee Expense Reimbursement | $4,501.28 |
| | | 04/26/2024 | Other- Employee Expense Reimbursement | $1,910.98 |
| | | 04/30/2024 | Other- Employee Expense Reimbursement | $842.62 |
| | | 05/14/2024 | Other- Employee Expense Reimbursement | $1,703.11 |
| | | | **SUBTOTAL** | **$11,148.43** |
| E L WALTERS AIR CONDITIONING & HEATING INC 12420 N GREEN RIVER ROAD EVANSVILLE, IN 47725 | | 04/11/2024 | Suppliers or Vendors | $7,614.93 |
| | | 04/25/2024 | Suppliers or Vendors | $4,097.94 |
| | | 04/26/2024 | Suppliers or Vendors | $3,624.81 |
| | | 05/02/2024 | Suppliers or Vendors | $3,876.06 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/03/2024 | Suppliers or Vendors | $451.65 |
| | | 05/09/2024 | Suppliers or Vendors | $532.43 |
| | | | **SUBTOTAL** | **$20,197.82** |
| EAST COAST REFRIGERATION INC 1220 BISCAYNE BLVD UNIT C DELAND, FL 32724 | | 02/23/2024 | Suppliers or Vendors | $8,091.62 |
| | | 03/07/2024 | Suppliers or Vendors | $2,007.85 |
| | | 03/22/2024 | Suppliers or Vendors | $388.67 |
| | | 04/03/2024 | Suppliers or Vendors | $2,490.06 |
| | | 05/09/2024 | Suppliers or Vendors | $714.38 |
| | | | **SUBTOTAL** | **$13,692.58** |
| EAST WEST CROSSINGS LLC PO BOX 96347 CHARLOTTE, NC 28296-0347 | | 02/28/2024 | Other- Rent | $7,558.03 |
| | | 04/02/2024 | Other- Rent | $7,784.77 |
| | | 05/01/2024 | Other- Rent | $7,784.77 |
| | | | **SUBTOTAL** | **$23,127.57** |
| ECO RESTORATION & CLEANING SERVICES 2951 MARINA BAY DR STE 130.367 LEAGUE CITY, TX 77573-2735 | | 02/23/2024 | Suppliers or Vendors | $543.80 |
| | | 03/08/2024 | Suppliers or Vendors | $5,251.96 |
| | | 03/21/2024 | Suppliers or Vendors | $17,638.55 |
| | | 03/22/2024 | Suppliers or Vendors | $2,140.00 |
| | | 04/25/2024 | Suppliers or Vendors | $4,355.30 |
| | | | **SUBTOTAL** | **$29,929.61** |
| ECOLAB INC PO BOX 100512 PASADENA, CA 911890512 | | 02/26/2024 | Suppliers or Vendors | $30,775.70 |
| | | 02/28/2024 | Suppliers or Vendors | $20,861.81 |
| | | 02/29/2024 | Suppliers or Vendors | $3,027.15 |
| | | 03/04/2024 | Suppliers or Vendors | $4,452.52 |
| | | 03/05/2024 | Suppliers or Vendors | $25,101.25 |
| | | 03/06/2024 | Suppliers or Vendors | $131.79 |
| | | 03/08/2024 | Suppliers or Vendors | $6,860.90 |
| | | 03/12/2024 | Suppliers or Vendors | $1,479.21 |
| | | 03/13/2024 | Suppliers or Vendors | $2,574.31 |
| | | 03/15/2024 | Suppliers or Vendors | $49.77 |
| | | 03/18/2024 | Suppliers or Vendors | $66.20 |
| | | 03/28/2024 | Suppliers or Vendors | $3,825.85 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/03/2024 | Suppliers or Vendors | $1,078.74 |
| | | 04/04/2024 | Suppliers or Vendors | $5,988.98 |
| | | 04/09/2024 | Suppliers or Vendors | $25,503.96 |
| | | 04/11/2024 | Suppliers or Vendors | $1,839.66 |
| | | 04/18/2024 | Suppliers or Vendors | $1,672.37 |
| | | 04/25/2024 | Suppliers or Vendors | $30,782.16 |
| | | 05/02/2024 | Suppliers or Vendors | $27,181.06 |
| | | | SUBTOTAL | **$193,253.39** |
| ECOLAB INC ECOSURE 26397 NETWORK PLACE CHICAGO, IL 606731263 | | 03/06/2024 | Suppliers or Vendors | $1,449.42 |
| | | 04/02/2024 | Suppliers or Vendors | $53,361.71 |
| | | 05/01/2024 | Suppliers or Vendors | $70,068.37 |
| | | 05/19/2024 | Suppliers or Vendors | $98,021.39 |
| | | | SUBTOTAL | **$222,900.89** |
| ECOLAB PEST ELIMINATION 26252 NETWORK PLACE CHICAGO, IL 606731262 | | 02/23/2024 | Suppliers or Vendors | $177,815.69 |
| | | 03/08/2024 | Suppliers or Vendors | $185,732.84 |
| | | 04/04/2024 | Suppliers or Vendors | $174,647.21 |
| | | 04/25/2024 | Suppliers or Vendors | $182,767.44 |
| | | 05/02/2024 | Suppliers or Vendors | $198,446.11 |
| | | 05/19/2024 | Suppliers or Vendors | $212,262.05 |
| | | | SUBTOTAL | **$1,131,671.34** |
| ECONOMY PLUMBING & DRAIN INC DBA GARDNER PLUMBING PO BOX 6273 KOKOMO, IN 46904-6273 | | 03/25/2024 | Suppliers or Vendors | $8,849.21 |
| | | 04/15/2024 | Suppliers or Vendors | $1,552.95 |
| | | 05/03/2024 | Suppliers or Vendors | $685.00 |
| | | | SUBTOTAL | **$11,087.16** |
| EEC ACQUISITION LLC DBA SMART CARE EQUIPMENT SOLUTIONS PO BOX 74008980 CHICAGO, IL 60674-8980 | | 02/22/2024 | Suppliers or Vendors | $11,916.90 |
| | | 02/26/2024 | Suppliers or Vendors | $1,375.65 |
| | | 03/06/2024 | Suppliers or Vendors | $2,898.55 |
| | | 03/18/2024 | Suppliers or Vendors | $2,518.30 |
| | | 05/01/2024 | Suppliers or Vendors | $1,158.77 |

Debtor Name: Red Lobster Management LLC                                                                 Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$19,868.17** |
| EGE5 LLC<br>2011 BREWSTER DR<br>FRANKLIN, TN 37067-8597 | | 03/04/2024 | Other- Rent | $26,164.87 |
| | | 03/29/2024 | Other- Rent | $26,164.87 |
| | | 04/30/2024 | Other- Rent | $26,164.87 |
| | | | **SUBTOTAL** | **$78,494.61** |
| EIRREK RLF LLC<br>12672 CARA CARA LOOP<br>BRADENTON, FL 34212-2948 | | 03/04/2024 | Other- Rent | $28,872.60 |
| | | 03/29/2024 | Other- Rent | $28,872.60 |
| | | 04/30/2024 | Other- Rent | $28,872.60 |
| | | | **SUBTOTAL** | **$86,617.80** |
| EKTOS LLC<br>DBA ROBINSON SOLUTIONS WASHINGTON<br>17802 134TH AVENUE NE SUITE 12<br>WOODINVILLE, WA 98072 | | 03/21/2024 | Suppliers or Vendors | $11,807.50 |
| | | | **SUBTOTAL** | **$11,807.50** |
| ELASTICSEARCH INC<br>PO BOX 894466<br>LOS ANGELES, CA 90189-4466 | | 02/28/2024 | Suppliers or Vendors | $3,333.33 |
| | | 04/30/2024 | Suppliers or Vendors | $18,641.17 |
| | | 05/07/2024 | Suppliers or Vendors | $45,575.48 |
| | | 05/19/2024 | Suppliers or Vendors | $95,995.37 |
| | | | **SUBTOTAL** | **$163,545.35** |
| ELHIO II LLC<br>C/O ATTN MICHAEL SCHMIDT<br>222 GRAND AVENUE<br>ENGLEWOOD, NJ 07631-4352 | | 03/04/2024 | Other- Rent | $7,529.09 |
| | | 03/29/2024 | Other- Rent | $7,529.09 |
| | | 04/30/2024 | Other- Rent | $7,529.09 |
| | | | **SUBTOTAL** | **$22,587.27** |
| EMERALD ACQUISITION INC<br>DBA EMERALD PAVING COMPANY<br>6381 INDUSTRY WAY<br>WESTMINSTER, CA 92683-3693 | | 02/29/2024 | Suppliers or Vendors | $101,217.00 |
| | | 03/29/2024 | Suppliers or Vendors | $52,922.00 |
| | | | **SUBTOTAL** | **$154,139.00** |
| EMILY KO LEE<br>DBA KOLEE 59 TRUST<br>5353 WEST ALABAMA STREET SUITE #610<br>HOUSTON, TX 77056 | | 03/04/2024 | Other- Rent | $20,391.27 |
| | | 03/29/2024 | Other- Rent | $20,391.27 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$40,782.54** |
| EMPLIFI INC<br>DBA EMPLIFI<br>4200 REGENT ST STE 200<br>SUITE 150<br>COLUMBUS, OH 43219-6229 | | 05/19/2024 | Suppliers or Vendors | $29,892.72 |
| | | | **SUBTOTAL** | **$29,892.72** |
| EMPLOYMENTGROUP INC<br>DBA EG WORKFORCE<br>SOLUTIONS<br>4651 W DICKMAN RD<br>BATTLE CREEK, MI 49037-7343 | | 02/23/2024 | Suppliers or Vendors | $8,925.00 |
| | | 03/08/2024 | Suppliers or Vendors | $11,900.00 |
| | | 03/28/2024 | Suppliers or Vendors | $17,850.00 |
| | | | **SUBTOTAL** | **$38,675.00** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/07/2024 | Other- Rent | $5,510.78 |
| | | 04/04/2024 | Other- Rent | $5,510.78 |
| | | 05/02/2024 | Other- Rent | $5,510.78 |
| | | | **SUBTOTAL** | **$16,532.34** |
| ENGIE INSIGHT SERVICES INC<br>1313 NORTH ATLANTIC STE 5000<br>SPOKANE, WA 99201-2330 | | 02/20/2024 | Suppliers or Vendors | $239,799.00 |
| | | 02/21/2024 | Suppliers or Vendors | $210,663.71 |
| | | 02/22/2024 | Suppliers or Vendors | $682,105.60 |
| | | 02/23/2024 | Suppliers or Vendors | $187,158.77 |
| | | 02/27/2024 | Suppliers or Vendors | $19,190.87 |
| | | 02/28/2024 | Suppliers or Vendors | $968,733.27 |
| | | 02/29/2024 | Suppliers or Vendors | $219,122.81 |
| | | 03/04/2024 | Suppliers or Vendors | $489,560.83 |
| | | 03/06/2024 | Suppliers or Vendors | $595,376.18 |
| | | 03/07/2024 | Suppliers or Vendors | $360,151.72 |
| | | 03/08/2024 | Suppliers or Vendors | $265,643.49 |
| | | 03/11/2024 | Suppliers or Vendors | $257,575.46 |
| | | 03/12/2024 | Suppliers or Vendors | $766,671.27 |
| | | 03/13/2024 | Suppliers or Vendors | $298,711.13 |
| | | 03/14/2024 | Suppliers or Vendors | $304,527.20 |
| | | 03/15/2024 | Suppliers or Vendors | $299,344.87 |
| | | 03/18/2024 | Suppliers or Vendors | $290,080.32 |
| | | 03/19/2024 | Suppliers or Vendors | $373,551.75 |
| | | 03/20/2024 | Suppliers or Vendors | $296,597.53 |
| | | 03/21/2024 | Suppliers or Vendors | $395,349.27 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/22/2024 | Suppliers or Vendors | $305,423.20 |
| | | 03/25/2024 | Suppliers or Vendors | $203,161.32 |
| | | 03/26/2024 | Suppliers or Vendors | $373,063.24 |
| | | 03/27/2024 | Suppliers or Vendors | $298,897.56 |
| | | 03/28/2024 | Suppliers or Vendors | $165,895.97 |
| | | 04/02/2024 | Suppliers or Vendors | $994,008.51 |
| | | 04/03/2024 | Suppliers or Vendors | $222,655.61 |
| | | 04/04/2024 | Suppliers or Vendors | $171,423.72 |
| | | 04/05/2024 | Suppliers or Vendors | $351,092.49 |
| | | 04/08/2024 | Suppliers or Vendors | $297,822.09 |
| | | 04/09/2024 | Suppliers or Vendors | $452,490.21 |
| | | 04/10/2024 | Suppliers or Vendors | $442,976.36 |
| | | 04/11/2024 | Suppliers or Vendors | $247,936.06 |
| | | 04/12/2024 | Suppliers or Vendors | $264,380.02 |
| | | 04/15/2024 | Suppliers or Vendors | $348,859.59 |
| | | 04/18/2024 | Suppliers or Vendors | $1,006,832.09 |
| | | 04/19/2024 | Suppliers or Vendors | $283,190.51 |
| | | 04/22/2024 | Suppliers or Vendors | $329,752.77 |
| | | 04/23/2024 | Suppliers or Vendors | $371,489.98 |
| | | 04/24/2024 | Suppliers or Vendors | $223,670.26 |
| | | 04/25/2024 | Suppliers or Vendors | $219,869.73 |
| | | 04/30/2024 | Suppliers or Vendors | $1,094,614.68 |
| | | 05/01/2024 | Suppliers or Vendors | $264,105.47 |
| | | 05/02/2024 | Suppliers or Vendors | $151,016.86 |
| | | 05/03/2024 | Suppliers or Vendors | $237,953.79 |
| | | 05/06/2024 | Suppliers or Vendors | $267,083.83 |
| | | 05/07/2024 | Suppliers or Vendors | $350,524.35 |
| | | 05/08/2024 | Suppliers or Vendors | $272,553.06 |
| | | 05/09/2024 | Suppliers or Vendors | $313,103.27 |
| | | 05/10/2024 | Suppliers or Vendors | $347,547.24 |
| | | 05/13/2024 | Suppliers or Vendors | $301,624.95 |
| | | 05/19/2024 | Suppliers or Vendors | $92,250.00 |
| | | | **SUBTOTAL** | **$18,787,183.84** |
| ENTERPRISE FM TRUST<br>PO BOX 800089<br>KANSAS CITY, MO 641800089 | | 03/08/2024 | Suppliers or Vendors | $113,708.68 |
| | | 03/14/2024 | Suppliers or Vendors | $57,111.12 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/21/2024 | Suppliers or Vendors | $101,741.30 |
| | | 04/18/2024 | Suppliers or Vendors | $126,225.38 |
| | | 05/13/2024 | Suppliers or Vendors | $113,144.06 |
| | | | **SUBTOTAL** | **$511,930.54** |
| ENTERPRISE LEASING COMPANY OF ORLANDO LLC. DBA ENTERPRISE RENT-A-CAR PO BOX 402383 ATLANTA, GA 30384-2383 | | 03/11/2024 | Suppliers or Vendors | $8,000.75 |
| | | | **SUBTOTAL** | **$8,000.75** |
| EPLUS TECHNOLOGY INC PO BOX 404398 ATLANTA, GA 30384-4398 | | 02/23/2024 | Suppliers or Vendors | $1,788.27 |
| | | 03/13/2024 | Suppliers or Vendors | $1,982,444.04 |
| | | 03/19/2024 | Suppliers or Vendors | $322.97 |
| | | 04/04/2024 | Suppliers or Vendors | $160.00 |
| | | 04/15/2024 | Suppliers or Vendors | $25.25 |
| | | | **SUBTOTAL** | **$1,984,740.53** |
| ERNST & YOUNG LLP ERNST & YOUNG US LLP WELLS FARGO BANK NA PO BOX 933514 ATLANTA, GA 311933514 | | 02/21/2024 | Services | $12,875.01 |
| | | 03/07/2024 | Services | $4,291.67 |
| | | 04/01/2024 | Services | $4,291.67 |
| | | 04/29/2024 | Services | $4,291.67 |
| | | 05/19/2024 | Services | $12,875.01 |
| | | | **SUBTOTAL** | **$38,625.03** |
| ESTEVAN VEGA DBA AIR COMFORT REFRIGERATION 11506 REBEL CT EL PASO, TX 79936-1415 | | 02/20/2024 | Other- Individual Miscellaneous | $2,606.30 |
| | | 03/04/2024 | Other- Individual Miscellaneous | $3,570.32 |
| | | 03/13/2024 | Other- Individual Miscellaneous | $5,377.02 |
| | | | **SUBTOTAL** | **$11,553.64** |
| EVEN TEMP OF WICHITA INC DBA THE FORGOTTEN CRAFTSMAN 216 S COMMERCE WICHITA, KS 67202 | | 02/20/2024 | Suppliers or Vendors | $5,350.39 |
| | | 02/23/2024 | Suppliers or Vendors | $814.68 |
| | | 03/13/2024 | Suppliers or Vendors | $10,157.61 |
| | | 04/25/2024 | Suppliers or Vendors | $5,613.12 |
| | | 05/02/2024 | Suppliers or Vendors | $867.52 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$22,803.32** |
| EXECUTIVE SAFE AND SECURITY CORP DBA AMPHION C/O ACCOUNTING DEPT PO BOX 225 SANTA CLARA, CA 95052-0225 | | 04/15/2024 | Suppliers or Vendors | $625.00 |
| | | 04/19/2024 | Suppliers or Vendors | $695.50 |
| | | 05/02/2024 | Suppliers or Vendors | $8,252.82 |
| | | 05/08/2024 | Suppliers or Vendors | $702.47 |
| | | 05/19/2024 | Suppliers or Vendors | $3,780.00 |
| | | | **SUBTOTAL** | **$14,055.79** |
| EXPERT AIR INC PO BOX 4386 WAYNE, NJ 074744386 | | 02/23/2024 | Suppliers or Vendors | $8,619.49 |
| | | 03/13/2024 | Suppliers or Vendors | $19,428.29 |
| | | 03/21/2024 | Suppliers or Vendors | $14,979.05 |
| | | 04/25/2024 | Suppliers or Vendors | $9,290.46 |
| | | | **SUBTOTAL** | **$52,317.29** |
| EXPERT SERVICE TECHNOLOGY CORP DBA EXPERT SERVICE PLUMBING 956 W 79TH ST HIALEAH, FL 33014-3538 | | 03/04/2024 | Suppliers or Vendors | $4,482.50 |
| | | 04/04/2024 | Suppliers or Vendors | $4,985.00 |
| | | | **SUBTOTAL** | **$9,467.50** |
| EYEMED VISION CARE | | 03/13/2024 | Suppliers or Vendors | $35,860.14 |
| | | 04/15/2024 | Suppliers or Vendors | $35,315.52 |
| | | 05/16/2024 | Suppliers or Vendors | $35,056.07 |
| | | | **SUBTOTAL** | **$106,231.73** |
| FAB-RITE LLC 24 SENDERO RANCHO SANTA MARGARITA, CA 92688-3007 | | 03/04/2024 | Other- Rent | $20,345.14 |
| | | 03/29/2024 | Other- Rent | $20,345.14 |
| | | | **SUBTOTAL** | **$40,690.28** |
| FACILITIES MAINTENANCE LLC 681 S BLUFORD AVENUE OCOEE, FL 34761 | | 02/23/2024 | Suppliers or Vendors | $25,200.00 |
| | | 03/08/2024 | Suppliers or Vendors | $15,800.00 |
| | | 03/21/2024 | Suppliers or Vendors | $15,504.96 |
| | | 04/04/2024 | Suppliers or Vendors | $1,789.00 |
| | | 04/25/2024 | Suppliers or Vendors | $400.00 |
| | | 05/16/2024 | Suppliers or Vendors | $6,689.87 |

Debtor Name:  Red Lobster Management LLC                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
|  |  |  | **SUBTOTAL** | **$65,383.83** |
| FAR HORIZONS TRAILER VILLAGE LLC 7682 CALLAWAY DR RANCHO MURIETA, CA 95683-9268 |  | 03/04/2024 | Other- Rent | $122,136.19 |
|  |  | 03/29/2024 | Other- Rent | $122,136.19 |
|  |  | 04/30/2024 | Other- Rent | $80,043.56 |
|  |  |  | **SUBTOTAL** | **$324,315.94** |
| FARLEY REFRIGERATION SERVICES 88 N LONDON ST MOUNT STERLING, OH 43143-1129 |  | 02/23/2024 | Suppliers or Vendors | $285.00 |
|  |  | 03/13/2024 | Suppliers or Vendors | $3,658.68 |
|  |  | 04/04/2024 | Suppliers or Vendors | $855.00 |
|  |  | 04/25/2024 | Suppliers or Vendors | $6,315.72 |
|  |  | 05/02/2024 | Suppliers or Vendors | $1,050.50 |
|  |  |  | **SUBTOTAL** | **$12,164.90** |
| FASTRANS LOGISTICS INC 7069 NORTH HANLEY ROAD HAZELWOOD, MO 63042-2903 |  | 02/23/2024 | Suppliers or Vendors | $3,267.17 |
|  |  | 03/13/2024 | Suppliers or Vendors | $12,752.02 |
|  |  | 04/26/2024 | Suppliers or Vendors | $3,112.88 |
|  |  |  | **SUBTOTAL** | **$19,132.07** |
| FBMWW OPCO LLC DBA MWW GROUP LLC 1 MEADOWLANDS PLAZA EAST RUTHERFORD, NJ 07073 |  | 02/20/2024 | Suppliers or Vendors | $47,250.00 |
|  |  | 03/13/2024 | Suppliers or Vendors | $47,250.00 |
|  |  | 04/11/2024 | Suppliers or Vendors | $47,250.00 |
|  |  | 05/02/2024 | Suppliers or Vendors | $47,250.00 |
|  |  | 05/16/2024 | Suppliers or Vendors | $76,246.93 |
|  |  |  | **SUBTOTAL** | **$265,246.93** |
| FEDERAL EXPRESS CORPORATION PO BOX 660481 DALLAS, TX 752660481 |  | 03/28/2024 | Suppliers or Vendors | $10,569.58 |
|  |  | 04/05/2024 | Suppliers or Vendors | $540.04 |
|  |  | 04/10/2024 | Suppliers or Vendors | $3,494.00 |
|  |  | 05/02/2024 | Suppliers or Vendors | $710.64 |
|  |  | 05/09/2024 | Suppliers or Vendors | $8,916.04 |
|  |  |  | **SUBTOTAL** | **$24,230.30** |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

SOFA Question 3: Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| FEDERAL HEATH SIGN COMPANY LLC PO BOX 670222 DALLAS, TX 75267-0222 | | 04/25/2024 | Suppliers or Vendors | $38,886.56 |
| | | 05/01/2024 | Suppliers or Vendors | $14,654.47 |
| | | | **SUBTOTAL** | **$53,541.03** |
| FEDERAL REALTY OP LP C/O FR WHITE MARSH LLC - PROPERTY #2270 PO BOX 8500 LOCKBOX #9320 PHILADELPHIA, PA 19178-9320 | | 02/28/2024 | Other- Rent | $20,000.00 |
| | | 04/02/2024 | Other- Rent | $20,000.00 |
| | | 04/30/2024 | Other- Rent | $20,000.00 |
| | | | **SUBTOTAL** | **$60,000.00** |
| FIFTH THIRD BANK PO BOX 636045 CINCINNATI, OH 452636045 | | 05/07/2024 | Suppliers or Vendors | $23,469.74 |
| | | | **SUBTOTAL** | **$23,469.74** |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Employee Expense Reimbursement | $10,727.41 |
| | | 04/04/2024 | Other- Employee Expense Reimbursement | $12,265.56 |
| | | 04/23/2024 | Other- Employee Expense Reimbursement | $5,312.79 |
| | | 05/01/2024 | Other- Employee Expense Reimbursement | $7,230.47 |
| | | 05/13/2024 | Other- Employee Expense Reimbursement | $6,158.16 |
| | | | **SUBTOTAL** | **$41,694.39** |
| FIRST & MAIN LLC C/O NORWOOD LIMITED INC 111 SOUTH TEJON ST SUITE #222 COLORADO SPRINGS, CO 80903 | | 03/04/2024 | Other- Rent | $14,453.42 |
| | | 03/29/2024 | Other- Rent | $14,453.42 |
| | | 04/30/2024 | Other- Rent | $14,453.42 |
| | | | **SUBTOTAL** | **$43,360.26** |
| FIRST AMERICAN EXCHANGE COMPANY LLC DBA ARCP RL/OG LANGHORNE PA LLC 215 SOUTH STATE STREET SUITE 380 SALT LAKE CITY, UT 84111 | | 04/03/2024 | Other- Rent | $25,954.54 |
| | | 04/29/2024 | Other- Rent | $30,158.27 |
| | | | **SUBTOTAL** | **$56,112.81** |
| FIRST ARIZONA RL ASSOCIATES LLC 80 NASHUA RD STE A4 LONDONDERRY, NH 03053-3419 | | 03/04/2024 | Other- Rent | $17,904.51 |
| | | 03/29/2024 | Other- Rent | $17,904.51 |
| | | 04/30/2024 | Other- Rent | $17,904.51 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$53,713.53** |
| FIRST CLASS PLUMBING LLC 17032 SILVER CHARM PLACE LEESBURG, VA 20176 | | 03/08/2024 | Suppliers or Vendors | $1,584.51 |
| | | 03/28/2024 | Suppliers or Vendors | $9,581.26 |
| | | 04/25/2024 | Suppliers or Vendors | $1,309.76 |
| | | | **SUBTOTAL** | **$12,475.53** |
| FIRST DATA CORPORATION DBA FDS HOLDINGS INC PO BOX 2025 ENGLEWOOD, CO 80150-2025 | | 02/23/2024 | Suppliers or Vendors | $1,259.33 |
| | | 02/29/2024 | Suppliers or Vendors | $58,047.49 |
| | | 03/13/2024 | Suppliers or Vendors | $861.22 |
| | | 03/20/2024 | Suppliers or Vendors | $45,930.01 |
| | | 04/04/2024 | Suppliers or Vendors | $8,582.80 |
| | | 04/11/2024 | Suppliers or Vendors | $728.98 |
| | | 05/02/2024 | Suppliers or Vendors | $36,731.53 |
| | | 05/09/2024 | Suppliers or Vendors | $33,493.91 |
| | | 05/16/2024 | Suppliers or Vendors | $839.60 |
| | | 05/19/2024 | Suppliers or Vendors | $60,197.96 |
| | | | **SUBTOTAL** | **$246,672.83** |
| FISERV RESERVE | | 05/03/2024 | Suppliers or Vendors | $450,000.00 |
| | | | **SUBTOTAL** | **$450,000.00** |
| FK PROPERTIES LLC ATTN GLENN M ROCCA 20 HARRISON AVENUE WALDWICK, NJ 07463-1757 | | 03/04/2024 | Other- Rent | $24,284.77 |
| | | 03/29/2024 | Other- Rent | $24,284.77 |
| | | 04/30/2024 | Other- Rent | $24,284.77 |
| | | | **SUBTOTAL** | **$72,854.31** |
| FLORIDA DISTRIBUTING SOURCE INC 5325 115TH AVE N CLEARWATER, FL 33760-4840 | | 03/01/2024 | Suppliers or Vendors | $1,860.57 |
| | | 03/20/2024 | Suppliers or Vendors | $6,780.00 |
| | | 04/30/2024 | Suppliers or Vendors | $3,790.75 |
| | | | **SUBTOTAL** | **$12,431.32** |
| FNW REALTY CORP FNWRL LLC 1251 58TH ST BROOKLYN, NY 11219-5174 | | 03/04/2024 | Other- Rent | $29,822.36 |
| | | 03/29/2024 | Other- Rent | $29,822.36 |
| | | | **SUBTOTAL** | **$59,644.72** |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:   24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| FOLLETT LLC<br>PO BOX 782806<br>PHILADELPHIA, PA 191782806 | | 03/08/2024 | Suppliers or Vendors | $8,929.64 |
| | | | **SUBTOTAL** | **$8,929.64** |
| FOOD DONATION CONNECTION LLC<br>PO BOX 22787<br>KNOXVILLE, TN 379330787 | | 03/29/2024 | Suppliers or Vendors | $3,265.00 |
| | | 04/11/2024 | Suppliers or Vendors | $3,057.00 |
| | | 04/25/2024 | Suppliers or Vendors | $2,801.00 |
| | | 05/19/2024 | Suppliers or Vendors | $8,281.00 |
| | | | **SUBTOTAL** | **$17,404.00** |
| FORESTWOOD FARM INC<br>PO BOX 310728<br>BIRMINGHAM, AL 352310728 | | 02/20/2024 | Suppliers or Vendors | $4,476.44 |
| | | 02/21/2024 | Suppliers or Vendors | $3,263.12 |
| | | 02/23/2024 | Suppliers or Vendors | $153.25 |
| | | 02/26/2024 | Suppliers or Vendors | $4,366.51 |
| | | 02/27/2024 | Suppliers or Vendors | $4,422.97 |
| | | 02/28/2024 | Suppliers or Vendors | $1,788.25 |
| | | 02/29/2024 | Suppliers or Vendors | $221.24 |
| | | 03/04/2024 | Suppliers or Vendors | $2,782.13 |
| | | 03/06/2024 | Suppliers or Vendors | $8,194.18 |
| | | 03/08/2024 | Suppliers or Vendors | $665.28 |
| | | 03/11/2024 | Suppliers or Vendors | $1,782.74 |
| | | 03/12/2024 | Suppliers or Vendors | $5,694.65 |
| | | 03/14/2024 | Suppliers or Vendors | $2,088.70 |
| | | 03/15/2024 | Suppliers or Vendors | $792.62 |
| | | 03/18/2024 | Suppliers or Vendors | $3,866.42 |
| | | 03/19/2024 | Suppliers or Vendors | $1,684.72 |
| | | 03/21/2024 | Suppliers or Vendors | $832.10 |
| | | 03/22/2024 | Suppliers or Vendors | $573.26 |
| | | 03/25/2024 | Suppliers or Vendors | $4,642.31 |
| | | 03/26/2024 | Suppliers or Vendors | $1,634.68 |
| | | 03/28/2024 | Suppliers or Vendors | $891.23 |
| | | 03/29/2024 | Suppliers or Vendors | $1,152.85 |
| | | 04/01/2024 | Suppliers or Vendors | $4,421.85 |
| | | 04/02/2024 | Suppliers or Vendors | $1,040.55 |
| | | 04/04/2024 | Suppliers or Vendors | $1,872.94 |
| | | 04/05/2024 | Suppliers or Vendors | $416.00 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/08/2024 | Suppliers or Vendors | $3,831.60 |
| | | 04/09/2024 | Suppliers or Vendors | $2,198.58 |
| | | 04/11/2024 | Suppliers or Vendors | $450.03 |
| | | 04/12/2024 | Suppliers or Vendors | $597.06 |
| | | 04/15/2024 | Suppliers or Vendors | $3,891.55 |
| | | 04/16/2024 | Suppliers or Vendors | $1,558.39 |
| | | 04/18/2024 | Suppliers or Vendors | $872.97 |
| | | 04/19/2024 | Suppliers or Vendors | $665.39 |
| | | 04/22/2024 | Suppliers or Vendors | $4,926.82 |
| | | 04/23/2024 | Suppliers or Vendors | $941.48 |
| | | 04/25/2024 | Suppliers or Vendors | $1,242.24 |
| | | 04/26/2024 | Suppliers or Vendors | $1,081.88 |
| | | 04/29/2024 | Suppliers or Vendors | $4,620.69 |
| | | 05/02/2024 | Suppliers or Vendors | $686.72 |
| | | 05/03/2024 | Suppliers or Vendors | $1,640.31 |
| | | 05/06/2024 | Suppliers or Vendors | $3,982.86 |
| | | 05/07/2024 | Suppliers or Vendors | $836.39 |
| | | 05/09/2024 | Suppliers or Vendors | $1,602.30 |
| | | 05/10/2024 | Suppliers or Vendors | $508.66 |
| | | 05/13/2024 | Suppliers or Vendors | $3,953.97 |
| | | 05/14/2024 | Suppliers or Vendors | $779.45 |
| | | 05/15/2024 | Suppliers or Vendors | $502.46 |
| | | 05/16/2024 | Suppliers or Vendors | $971.84 |
| | | | **SUBTOTAL** | **$106,064.63** |
| FORMOSA DEVELOPERS INC 7836 WEST IRLO BRONSON HWY KISSIMMEE, FL 34747 | | 03/04/2024 | Other- Rent | $15,817.17 |
| | | 03/29/2024 | Other- Rent | $15,817.17 |
| | | 04/30/2024 | Other- Rent | $15,817.17 |
| | | | **SUBTOTAL** | **$47,451.51** |
| FORTIFIED BELTWAY LANHAM LLC C/O RAPPAPORT MANAGEMENT COMPANY PO BOX 25097 TAMPA, FL 33622 | | 02/28/2024 | Other- Rent | $16,666.66 |
| | | 04/03/2024 | Other- Rent | $16,666.66 |
| | | 05/01/2024 | Other- Rent | $16,666.66 |
| | | | **SUBTOTAL** | **$49,999.98** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| FORTRESS | | 03/28/2024 | Suppliers or Vendors | $4,283,277.51 |
| | | | **SUBTOTAL** | **$4,283,277.51** |
| FOUR CORNERS OPERATING PARTNERSHIP LP FCPT HOLDINGS LLC PO BOX 936705 ATLANTA, GA 31193-6705 | | 02/27/2024 | Other- Rent | $20,081.48 |
| | | 03/04/2024 | Other- Rent | $294,870.61 |
| | | 03/20/2024 | Other- Rent | $4,477.50 |
| | | 03/26/2024 | Other- Rent | $43.88 |
| | | 03/29/2024 | Other- Rent | $295,191.05 |
| | | 04/01/2024 | Other- Rent | $10,132.57 |
| | | 04/02/2024 | Other- Rent | $20,081.48 |
| | | 04/05/2024 | Other- Rent | $39,557.82 |
| | | 04/09/2024 | Other- Rent | $12,142.69 |
| | | 04/16/2024 | Other- Rent | $7,840.87 |
| | | 04/30/2024 | Other- Rent | $295,191.05 |
| | | 05/03/2024 | Other- Rent | $20,081.48 |
| | | 05/07/2024 | Other- Rent | $165.85 |
| | | | **SUBTOTAL** | **$1,019,858.33** |
| FOUR HAND REALTY LLC C/O ELMADANI SADEK 830 6TH AVE FL 4 NEW YORK, NY 10001-6394 | | 03/04/2024 | Other- Rent | $37,627.57 |
| | | 03/29/2024 | Other- Rent | $37,627.57 |
| | | 04/30/2024 | Other- Rent | $37,627.57 |
| | | | **SUBTOTAL** | **$112,882.71** |
| FOURTH ENTERPRISES LLC DBA HOTSCHEDULES RED BOOK SOLUTIONS RED BOOK CONNECT LLC PO BOX 18364 PALATINE, IL 60055-8364 | | 03/04/2024 | Suppliers or Vendors | $58,649.06 |
| | | 03/28/2024 | Suppliers or Vendors | $45,770.57 |
| | | 04/04/2024 | Suppliers or Vendors | $86.96 |
| | | 05/02/2024 | Suppliers or Vendors | $117,744.82 |
| | | 05/19/2024 | Suppliers or Vendors | $58,737.38 |
| | | | **SUBTOTAL** | **$280,988.79** |
| NAME ON FILE ADDRESS ON FILE | | 02/21/2024 | Other- Employee Expense Reimbursement | $2,538.65 |
| | | 03/05/2024 | Other- Employee Expense Reimbursement | $1,591.56 |
| | | 04/02/2024 | Other- Employee Expense Reimbursement | $1,665.10 |

Debtor Name:  Red Lobster Management LLC                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/24/2024 | Other- Employee Expense Reimbursement | $2,619.65 |
| | | 05/07/2024 | Other- Employee Expense Reimbursement | $1,574.07 |
| | | 05/08/2024 | Other- Employee Expense Reimbursement | $1,097.67 |
| | | 05/16/2024 | Other- Employee Expense Reimbursement | $527.49 |
| | | | **SUBTOTAL** | **$11,614.19** |
| FOX RIVER SHOPPING CTR LLP C/O FOX RIVER SHOPPING CENTER PARTNERS SDS-12-1360 - PO BOX 86 MINNEAPOLIS, MN 554861360 | | 02/28/2024 | Other- Rent | $12,500.00 |
| | | 04/01/2024 | Other- Rent | $12,500.00 |
| | | 04/29/2024 | Other- Rent | $12,500.00 |
| | | | **SUBTOTAL** | **$37,500.00** |
| FRANCHISE TAX BOARD | | 03/15/2024 | Other- Government / Regulatory | $2,400.00 |
| | | 05/13/2024 | Other- Government / Regulatory | $11,990.00 |
| | | | **SUBTOTAL** | **$14,390.00** |
| NAME ON FILE ADDRESS ON FILE | | 03/06/2024 | Other- Rent | $7,791.58 |
| | | 04/04/2024 | Other- Rent | $7,791.58 |
| | | 04/30/2024 | Other- Rent | $7,791.58 |
| | | | **SUBTOTAL** | **$23,374.74** |
| FRANKLIN MACHINE PRODUCTS INC PO BOX 74007311 CHICAGO, IL 60674-7311 | | 02/22/2024 | Suppliers or Vendors | $684.34 |
| | | 02/23/2024 | Suppliers or Vendors | $11,549.85 |
| | | 03/04/2024 | Suppliers or Vendors | $3,426.89 |
| | | 03/08/2024 | Suppliers or Vendors | $4,859.65 |
| | | 03/13/2024 | Suppliers or Vendors | $1,630.21 |
| | | 03/21/2024 | Suppliers or Vendors | $37,942.48 |
| | | 04/02/2024 | Suppliers or Vendors | $233.56 |
| | | 04/26/2024 | Suppliers or Vendors | $8,643.19 |
| | | 05/08/2024 | Suppliers or Vendors | $386.42 |
| | | | **SUBTOTAL** | **$69,356.59** |
| FRESHPOINT INC DBA REDS MARKET 8801 EXCHANGE DRIVE ORLANDO, FL 32809 | | 02/20/2024 | Suppliers or Vendors | $4,449.05 |
| | | 02/21/2024 | Suppliers or Vendors | $2,455.32 |
| | | 02/23/2024 | Suppliers or Vendors | $823.90 |
| | | 02/26/2024 | Suppliers or Vendors | $3,011.85 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 02/27/2024 | Suppliers or Vendors | $4,844.78 |
| | | 02/28/2024 | Suppliers or Vendors | $3,567.72 |
| | | 03/04/2024 | Suppliers or Vendors | $1,973.40 |
| | | 03/06/2024 | Suppliers or Vendors | $8,345.65 |
| | | 03/08/2024 | Suppliers or Vendors | $530.48 |
| | | 03/11/2024 | Suppliers or Vendors | $2,677.39 |
| | | 03/12/2024 | Suppliers or Vendors | $7,894.98 |
| | | 03/14/2024 | Suppliers or Vendors | $485.00 |
| | | 03/15/2024 | Suppliers or Vendors | $2,286.85 |
| | | 03/18/2024 | Suppliers or Vendors | $3,669.21 |
| | | 03/19/2024 | Suppliers or Vendors | $2,934.83 |
| | | 03/21/2024 | Suppliers or Vendors | $948.44 |
| | | 03/22/2024 | Suppliers or Vendors | $2,341.14 |
| | | 03/25/2024 | Suppliers or Vendors | $3,918.92 |
| | | 03/26/2024 | Suppliers or Vendors | $2,422.52 |
| | | 03/28/2024 | Suppliers or Vendors | $809.29 |
| | | 03/29/2024 | Suppliers or Vendors | $1,869.52 |
| | | 04/01/2024 | Suppliers or Vendors | $3,863.60 |
| | | 04/02/2024 | Suppliers or Vendors | $3,154.91 |
| | | 04/04/2024 | Suppliers or Vendors | $408.76 |
| | | 04/05/2024 | Suppliers or Vendors | $1,592.58 |
| | | 04/08/2024 | Suppliers or Vendors | $5,739.52 |
| | | 04/09/2024 | Suppliers or Vendors | $2,752.67 |
| | | 04/11/2024 | Suppliers or Vendors | $489.67 |
| | | 04/12/2024 | Suppliers or Vendors | $1,771.38 |
| | | 04/15/2024 | Suppliers or Vendors | $3,034.35 |
| | | 04/16/2024 | Suppliers or Vendors | $3,430.02 |
| | | 04/18/2024 | Suppliers or Vendors | $538.40 |
| | | 04/19/2024 | Suppliers or Vendors | $1,344.66 |
| | | 04/22/2024 | Suppliers or Vendors | $3,805.38 |
| | | 04/23/2024 | Suppliers or Vendors | $2,852.58 |
| | | 04/25/2024 | Suppliers or Vendors | $411.74 |
| | | 04/26/2024 | Suppliers or Vendors | $1,706.16 |
| | | 04/29/2024 | Suppliers or Vendors | $3,208.43 |
| | | 04/30/2024 | Suppliers or Vendors | $3,576.56 |
| | | 05/02/2024 | Suppliers or Vendors | $400.43 |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/03/2024 | Suppliers or Vendors | $1,073.90 |
| | | 05/06/2024 | Suppliers or Vendors | $4,274.42 |
| | | 05/07/2024 | Suppliers or Vendors | $3,020.68 |
| | | 05/09/2024 | Suppliers or Vendors | $2,436.51 |
| | | 05/13/2024 | Suppliers or Vendors | $3,691.40 |
| | | 05/14/2024 | Suppliers or Vendors | $2,829.37 |
| | | 05/16/2024 | Suppliers or Vendors | $685.05 |
| | | | **SUBTOTAL** | **$124,353.37** |
| FRESHPOINT NORTH CAROLINA FRESHPOINT RALEIGH 203 TRANSAIR DRIVE MORRISVILLE, NC 27560 | | 02/20/2024 | Suppliers or Vendors | $4,788.96 |
| | | 02/21/2024 | Suppliers or Vendors | $1,668.34 |
| | | 02/23/2024 | Suppliers or Vendors | $4,069.77 |
| | | 02/26/2024 | Suppliers or Vendors | $1,231.34 |
| | | 02/27/2024 | Suppliers or Vendors | $6,127.74 |
| | | 02/28/2024 | Suppliers or Vendors | $1,604.70 |
| | | 03/04/2024 | Suppliers or Vendors | $2,418.66 |
| | | 03/06/2024 | Suppliers or Vendors | $6,818.72 |
| | | 03/08/2024 | Suppliers or Vendors | $2,231.28 |
| | | 03/11/2024 | Suppliers or Vendors | $908.02 |
| | | 03/12/2024 | Suppliers or Vendors | $7,174.46 |
| | | 03/14/2024 | Suppliers or Vendors | $1,688.74 |
| | | 03/15/2024 | Suppliers or Vendors | $411.86 |
| | | 03/18/2024 | Suppliers or Vendors | $6,624.68 |
| | | 03/19/2024 | Suppliers or Vendors | $2,436.04 |
| | | 03/21/2024 | Suppliers or Vendors | $1,553.43 |
| | | 03/22/2024 | Suppliers or Vendors | $332.08 |
| | | 03/25/2024 | Suppliers or Vendors | $5,203.39 |
| | | 03/26/2024 | Suppliers or Vendors | $1,608.81 |
| | | 03/28/2024 | Suppliers or Vendors | $1,318.44 |
| | | 03/29/2024 | Suppliers or Vendors | $354.29 |
| | | 04/01/2024 | Suppliers or Vendors | $5,800.69 |
| | | 04/02/2024 | Suppliers or Vendors | $2,221.00 |
| | | 04/04/2024 | Suppliers or Vendors | $2,112.96 |
| | | 04/05/2024 | Suppliers or Vendors | $625.97 |
| | | 04/08/2024 | Suppliers or Vendors | $3,892.90 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/09/2024 | Suppliers or Vendors | $2,042.70 |
| | | 04/11/2024 | Suppliers or Vendors | $2,589.88 |
| | | 04/12/2024 | Suppliers or Vendors | $765.41 |
| | | 04/15/2024 | Suppliers or Vendors | $4,607.42 |
| | | 04/16/2024 | Suppliers or Vendors | $2,284.86 |
| | | 04/18/2024 | Suppliers or Vendors | $1,292.50 |
| | | 04/19/2024 | Suppliers or Vendors | $411.34 |
| | | 04/22/2024 | Suppliers or Vendors | $5,270.99 |
| | | 04/23/2024 | Suppliers or Vendors | $1,611.45 |
| | | 04/25/2024 | Suppliers or Vendors | $2,314.63 |
| | | 04/26/2024 | Suppliers or Vendors | $458.17 |
| | | 04/29/2024 | Suppliers or Vendors | $3,677.01 |
| | | 04/30/2024 | Suppliers or Vendors | $1,357.11 |
| | | 05/02/2024 | Suppliers or Vendors | $2,255.00 |
| | | 05/03/2024 | Suppliers or Vendors | $456.07 |
| | | 05/06/2024 | Suppliers or Vendors | $4,400.23 |
| | | 05/07/2024 | Suppliers or Vendors | $1,854.14 |
| | | 05/09/2024 | Suppliers or Vendors | $1,850.92 |
| | | 05/10/2024 | Suppliers or Vendors | $872.34 |
| | | 05/13/2024 | Suppliers or Vendors | $4,034.62 |
| | | 05/14/2024 | Suppliers or Vendors | $2,554.63 |
| | | 05/16/2024 | Suppliers or Vendors | $1,251.57 |
| | | | **SUBTOTAL** | **$123,440.26** |
| FRESNO COUNTY PRIVATE SECURITY<br>1195 W SHAW AVE STE B<br>FRESNO, CA 93711-3704 | | 02/22/2024 | Suppliers or Vendors | $2,563.50 |
| | | 03/08/2024 | Suppliers or Vendors | $2,178.00 |
| | | 04/11/2024 | Suppliers or Vendors | $4,208.00 |
| | | | **SUBTOTAL** | **$8,949.50** |
| FRISCO 3056 PRESTON LLC<br>C/O SARITHA KATIKANENI<br>12 SUGAR SHACK DR<br>WEST LAKE HILLS, TX 78746-4630 | | 03/04/2024 | Other- Rent | $32,477.28 |
| | | 03/29/2024 | Other- Rent | $32,477.28 |
| | | 04/30/2024 | Other- Rent | $32,477.28 |
| | | | **SUBTOTAL** | **$97,431.84** |
| FRONTIER PLUMBING<br>13341 STABLE RD<br>EL PASO, TX 79938-8901 | | 02/20/2024 | Suppliers or Vendors | $27,127.44 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/14/2024 | Suppliers or Vendors | $1,385.59 |
| | | 03/15/2024 | Suppliers or Vendors | $2,197.47 |
| | | 04/26/2024 | Suppliers or Vendors | $243.56 |
| | | 05/07/2024 | Suppliers or Vendors | $313.93 |
| | | | **SUBTOTAL** | **$31,267.99** |
| FRONTIER PRODUCE INC 10060 E 52ND STREET TULSA, OK 74146 | | 02/20/2024 | Suppliers or Vendors | $6,940.81 |
| | | 02/21/2024 | Suppliers or Vendors | $3,843.85 |
| | | 02/23/2024 | Suppliers or Vendors | $1,449.39 |
| | | 02/26/2024 | Suppliers or Vendors | $4,525.08 |
| | | 02/27/2024 | Suppliers or Vendors | $6,103.30 |
| | | 02/28/2024 | Suppliers or Vendors | $2,896.45 |
| | | 03/04/2024 | Suppliers or Vendors | $4,307.65 |
| | | 03/06/2024 | Suppliers or Vendors | $8,109.22 |
| | | 03/08/2024 | Suppliers or Vendors | $1,403.28 |
| | | 03/11/2024 | Suppliers or Vendors | $2,619.07 |
| | | 03/12/2024 | Suppliers or Vendors | $8,720.62 |
| | | 03/14/2024 | Suppliers or Vendors | $1,520.42 |
| | | 03/15/2024 | Suppliers or Vendors | $2,250.45 |
| | | 03/18/2024 | Suppliers or Vendors | $5,114.94 |
| | | 03/19/2024 | Suppliers or Vendors | $3,502.92 |
| | | 03/21/2024 | Suppliers or Vendors | $1,453.20 |
| | | 03/22/2024 | Suppliers or Vendors | $1,769.44 |
| | | 03/25/2024 | Suppliers or Vendors | $4,354.83 |
| | | 03/26/2024 | Suppliers or Vendors | $3,126.70 |
| | | 03/28/2024 | Suppliers or Vendors | $1,192.91 |
| | | 03/29/2024 | Suppliers or Vendors | $2,493.45 |
| | | 04/01/2024 | Suppliers or Vendors | $5,165.40 |
| | | 04/02/2024 | Suppliers or Vendors | $3,580.31 |
| | | 04/04/2024 | Suppliers or Vendors | $598.51 |
| | | 04/05/2024 | Suppliers or Vendors | $1,413.58 |
| | | 04/08/2024 | Suppliers or Vendors | $5,474.82 |
| | | 04/09/2024 | Suppliers or Vendors | $3,152.34 |
| | | 04/11/2024 | Suppliers or Vendors | $908.46 |
| | | 04/12/2024 | Suppliers or Vendors | $1,974.94 |
| | | 04/15/2024 | Suppliers or Vendors | $3,309.54 |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/16/2024 | Suppliers or Vendors | $3,477.53 |
| | | 04/18/2024 | Suppliers or Vendors | $734.76 |
| | | 04/19/2024 | Suppliers or Vendors | $1,604.06 |
| | | 04/22/2024 | Suppliers or Vendors | $3,970.56 |
| | | 04/23/2024 | Suppliers or Vendors | $4,256.25 |
| | | 04/25/2024 | Suppliers or Vendors | $1,303.22 |
| | | 04/26/2024 | Suppliers or Vendors | $1,575.28 |
| | | 04/29/2024 | Suppliers or Vendors | $3,564.22 |
| | | 04/30/2024 | Suppliers or Vendors | $2,862.33 |
| | | 05/02/2024 | Suppliers or Vendors | $2,084.22 |
| | | 05/03/2024 | Suppliers or Vendors | $1,563.39 |
| | | 05/06/2024 | Suppliers or Vendors | $4,421.55 |
| | | 05/07/2024 | Suppliers or Vendors | $2,982.79 |
| | | 05/09/2024 | Suppliers or Vendors | $944.61 |
| | | 05/10/2024 | Suppliers or Vendors | $1,357.30 |
| | | 05/13/2024 | Suppliers or Vendors | $4,789.38 |
| | | 05/14/2024 | Suppliers or Vendors | $2,813.48 |
| | | 05/16/2024 | Suppliers or Vendors | $1,330.72 |
| | | | **SUBTOTAL** | **$148,911.53** |
| FSF MANUFACTURING INC 575 ECON RIVER PLACE OVIEDO, FL 32765-7343 | | 03/04/2024 | Suppliers or Vendors | $391.53 |
| | | 03/13/2024 | Suppliers or Vendors | $7,293.40 |
| | | 04/26/2024 | Suppliers or Vendors | $10,138.18 |
| | | | **SUBTOTAL** | **$17,823.11** |
| FSLRO 10700 PARALLEL KANSAS CITY LLC 2000 MCKINNEY AVE STE 1000 DALLAS, TX 75201-2027 | | 03/04/2024 | Other- Rent | $19,963.97 |
| | | 03/29/2024 | Other- Rent | $19,963.97 |
| | | | **SUBTOTAL** | **$39,927.94** |
| FT SHERI REALTY LLC A NEW YORK LIMITED LIABILITY COMPANY C/O NEXBANK SSB ATTN LOAN DEPT 2515 MCKINNEY AVE STE 1100 DALLAS, TX 75201-1945 | | 03/04/2024 | Other- Rent | $38,648.48 |
| | | 03/29/2024 | Other- Rent | $38,648.48 |
| | | 04/30/2024 | Other- Rent | $38,648.48 |
| | | | **SUBTOTAL** | **$115,945.44** |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| G&I X CROSSROADS MZL LLC<br>G&I X NE & MA GROCERY POOL 1-A LLC<br>PO BOX 411350<br>BOSTON, MA 02241-1350 | | 02/28/2024 | Other- Rent | $2,565.31 |
| | | 02/29/2024 | Other- Rent | $16,409.91 |
| | | 03/27/2024 | Other- Rent | $6,159.07 |
| | | 04/01/2024 | Other- Rent | $16,294.05 |
| | | 04/29/2024 | Other- Rent | $15,946.41 |
| | | 05/06/2024 | Other- Rent | $3,463.75 |
| | | | **SUBTOTAL** | **$60,838.50** |
| GALO PROPERTIES INC<br>C/O GP TEXARKANA LLC<br>PO BOX 4505<br>WAYNE, NJ 07474-4505 | | 03/04/2024 | Other- Rent | $22,339.26 |
| | | 03/29/2024 | Other- Rent | $22,339.26 |
| | | 04/30/2024 | Other- Rent | $22,339.26 |
| | | | **SUBTOTAL** | **$67,017.78** |
| GCFP LIMITED PARTNERSHIP<br>C/O MATTHEW GORDER<br>2623 SOVEREIGN WAY<br>RIVERSIDE, CA 92506-5121 | | 03/04/2024 | Other- Rent | $23,626.62 |
| | | 03/29/2024 | Other- Rent | $23,626.62 |
| | | | **SUBTOTAL** | **$47,253.24** |
| GE MECHANICAL LLC<br>2316 S MAIN ROAD<br>VINELAND, NJ 08360 | | 03/21/2024 | Suppliers or Vendors | $29,545.60 |
| | | 04/02/2024 | Suppliers or Vendors | $1,936.68 |
| | | | **SUBTOTAL** | **$31,482.28** |
| GELLY LLC<br>17206 DOCTOR BIRD RD<br>SANDY SPRING, MD 20860-1205 | | 03/04/2024 | Other- Rent | $31,064.63 |
| | | 03/29/2024 | Other- Rent | $31,064.63 |
| | | | **SUBTOTAL** | **$62,129.26** |
| GENEVA RL VENTURE LLC<br>C/O LEON NOVAK<br>6400 POWERS FERRY RD NW STE 100<br>ATLANTA, GA 30339-2907 | | 03/04/2024 | Other- Rent | $16,390.82 |
| | | 03/29/2024 | Other- Rent | $16,390.82 |
| | | 04/30/2024 | Other- Rent | $16,390.82 |
| | | | **SUBTOTAL** | **$49,172.46** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/05/2024 | Other- Rent | $4,372.52 |
| | | 04/02/2024 | Other- Rent | $4,372.52 |
| | | 04/30/2024 | Other- Rent | $4,372.52 |

Debtor Name: Red Lobster Management LLC                                     Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$13,117.56** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $35,021.41 |
| | | 03/29/2024 | Other- Rent | $35,021.41 |
| | | | **SUBTOTAL** | **$70,042.82** |
| GEORGE JUSTIN HOWARD<br>DBA KAVA SEVICES LLC<br>PO BOX 91<br>JOHNSTOWN, CO 80534-0091 | | 03/21/2024 | Suppliers or Vendors | $8,748.96 |
| | | | **SUBTOTAL** | **$8,748.96** |
| GEORGES SUPPLY CENTER INC<br>3101 BROWNSVILLE RD<br>SOUTH PARK, PA 15129-8537 | | 05/06/2024 | Suppliers or Vendors | $9,190.50 |
| | | 05/13/2024 | Suppliers or Vendors | $548.00 |
| | | | **SUBTOTAL** | **$9,738.50** |
| GERALD L SPANDE<br>DBA GSPANDE LLC<br>16430 IRIS CT<br>LAKEVILLE, MN 55044-5833 | | 03/04/2024 | Other- Rent | $31,327.64 |
| | | 03/29/2024 | Other- Rent | $31,327.64 |
| | | 04/30/2024 | Other- Rent | $31,327.64 |
| | | | **SUBTOTAL** | **$93,982.92** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $27,654.71 |
| | | 03/29/2024 | Other- Rent | $27,654.71 |
| | | | **SUBTOTAL** | **$55,309.42** |
| GERALDINE APRAHAMIAN<br>DBA THE APRAHAMIAN TRUST<br>16787 FLEUR BLVD<br>RIVERSIDE, CA 92503-6938 | | 03/04/2024 | Other- Rent | $20,668.05 |
| | | 03/29/2024 | Other- Rent | $20,668.05 |
| | | 04/30/2024 | Other- Rent | $20,668.05 |
| | | | **SUBTOTAL** | **$62,004.15** |
| GET FRESH PRODUCE INC<br>1441 BREWSTER CREEK BLVD<br>BARTLETT, IL 60103 | | 02/20/2024 | Suppliers or Vendors | $17,551.57 |
| | | 02/21/2024 | Suppliers or Vendors | $15,032.57 |
| | | 02/22/2024 | Suppliers or Vendors | $384.57 |
| | | 02/23/2024 | Suppliers or Vendors | $3,306.91 |
| | | 02/26/2024 | Suppliers or Vendors | $19,180.82 |
| | | 02/27/2024 | Suppliers or Vendors | $7,393.94 |
| | | 02/28/2024 | Suppliers or Vendors | $14,151.12 |
| | | 03/04/2024 | Suppliers or Vendors | $17,311.48 |
| | | 03/06/2024 | Suppliers or Vendors | $21,465.89 |

Debtor Name:  Red Lobster Management LLC                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/08/2024 | Suppliers or Vendors | $3,225.57 |
| | | 03/11/2024 | Suppliers or Vendors | $14,756.99 |
| | | 03/12/2024 | Suppliers or Vendors | $23,672.82 |
| | | 03/14/2024 | Suppliers or Vendors | $2,770.97 |
| | | 03/15/2024 | Suppliers or Vendors | $14,427.22 |
| | | 03/18/2024 | Suppliers or Vendors | $4,914.78 |
| | | 03/19/2024 | Suppliers or Vendors | $15,920.87 |
| | | 03/21/2024 | Suppliers or Vendors | $1,354.13 |
| | | 03/22/2024 | Suppliers or Vendors | $14,245.83 |
| | | 03/25/2024 | Suppliers or Vendors | $3,813.31 |
| | | 03/26/2024 | Suppliers or Vendors | $15,166.66 |
| | | 03/28/2024 | Suppliers or Vendors | $2,534.98 |
| | | 03/29/2024 | Suppliers or Vendors | $14,454.08 |
| | | 04/01/2024 | Suppliers or Vendors | $5,169.48 |
| | | 04/02/2024 | Suppliers or Vendors | $14,225.88 |
| | | 04/04/2024 | Suppliers or Vendors | $2,935.81 |
| | | 04/05/2024 | Suppliers or Vendors | $13,664.57 |
| | | 04/08/2024 | Suppliers or Vendors | $5,157.92 |
| | | 04/09/2024 | Suppliers or Vendors | $13,985.72 |
| | | 04/11/2024 | Suppliers or Vendors | $3,284.09 |
| | | 04/12/2024 | Suppliers or Vendors | $14,716.94 |
| | | 04/15/2024 | Suppliers or Vendors | $4,609.64 |
| | | 04/16/2024 | Suppliers or Vendors | $13,523.08 |
| | | 04/18/2024 | Suppliers or Vendors | $1,986.97 |
| | | 04/19/2024 | Suppliers or Vendors | $12,761.72 |
| | | 04/22/2024 | Suppliers or Vendors | $7,080.35 |
| | | 04/23/2024 | Suppliers or Vendors | $14,626.25 |
| | | 04/25/2024 | Suppliers or Vendors | $1,886.81 |
| | | 04/26/2024 | Suppliers or Vendors | $11,855.16 |
| | | 04/29/2024 | Suppliers or Vendors | $5,987.83 |
| | | 04/30/2024 | Suppliers or Vendors | $12,941.80 |
| | | 05/02/2024 | Suppliers or Vendors | $1,886.01 |
| | | 05/03/2024 | Suppliers or Vendors | $12,087.55 |
| | | 05/06/2024 | Suppliers or Vendors | $7,355.91 |
| | | 05/07/2024 | Suppliers or Vendors | $13,783.07 |
| | | 05/08/2024 | Suppliers or Vendors | $497.39 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/09/2024 | Suppliers or Vendors | $1,961.95 |
| | | 05/10/2024 | Suppliers or Vendors | $11,505.11 |
| | | 05/13/2024 | Suppliers or Vendors | $3,684.16 |
| | | 05/14/2024 | Suppliers or Vendors | $15,091.40 |
| | | 05/16/2024 | Suppliers or Vendors | $2,757.98 |
| | | | **SUBTOTAL** | **$478,047.63** |
| GGP LIMITED PARTNERSHIP DBA GREENWOOD MALL LLC SDS-12-1361 PO BOX 86 MINNEAPOLIS, MN 55486 | | 02/26/2024 | Other- Rent | $2,408.46 |
| | | 02/28/2024 | Other- Rent | $12,765.53 |
| | | 03/26/2024 | Other- Rent | $2,408.46 |
| | | 04/01/2024 | Other- Rent | $12,765.53 |
| | | 04/29/2024 | Other- Rent | $12,765.53 |
| | | 05/06/2024 | Other- Rent | $534.74 |
| | | | **SUBTOTAL** | **$43,648.25** |
| GGP MALL OF LOUISIANA LLC PO BOX 86 SDS-12-2440 MINNEAPOLIS, MN 554862440 | | 02/28/2024 | Other- Rent | $14,566.93 |
| | | 04/01/2024 | Other- Rent | $14,566.93 |
| | | 04/29/2024 | Other- Rent | $14,566.93 |
| | | | **SUBTOTAL** | **$43,700.79** |
| NAME ON FILE ADDRESS ON FILE | | 03/07/2024 | Other- Rent | $29,243.09 |
| | | 04/11/2024 | Other- Rent | $29,243.09 |
| | | 05/06/2024 | Other- Rent | $29,243.09 |
| | | | **SUBTOTAL** | **$87,729.27** |
| GIRARDEAU P2 LLC 2712 LOON LN OKEMOS, MI 48864-3352 | | 03/04/2024 | Other- Rent | $23,395.75 |
| | | 03/29/2024 | Other- Rent | $23,395.75 |
| | | 04/30/2024 | Other- Rent | $23,395.75 |
| | | | **SUBTOTAL** | **$70,187.25** |
| GLOBAL TRUSTED AUDITORS | | 05/02/2024 | Suppliers or Vendors | $9,613.32 |
| | | | **SUBTOTAL** | **$9,613.32** |
| GLR MECHANICAL LLC 77 FOOTE AVE DURYEA, PA 18642-1164 | | 02/23/2024 | Suppliers or Vendors | $8,914.57 |
| | | 03/28/2024 | Suppliers or Vendors | $3,294.62 |
| | | 05/02/2024 | Suppliers or Vendors | $217.30 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
|  |  |  | SUBTOTAL | **$12,426.49** |
| GLR PROPERTY MANAGEMENT LLC ATTN CEM GULER 22 ELLSWORTH DR WARREN, NJ 07059-7135 |  | 02/28/2024 | Other- Rent | $21,333.64 |
|  |  | 04/01/2024 | Other- Rent | $21,333.64 |
|  |  | 04/29/2024 | Other- Rent | $21,333.64 |
|  |  |  | SUBTOTAL | **$64,000.92** |
| GOLDBERG KOHN LTD |  | 03/27/2024 | Suppliers or Vendors | $45,000.00 |
|  |  |  | SUBTOTAL | **$45,000.00** |
| GOLDEN STATE EQUIPMENT REPAIR PO BOX 728 ROSEVILLE, CA 95661-0728 |  | 05/09/2024 | Suppliers or Vendors | $12,288.20 |
|  |  |  | SUBTOTAL | **$12,288.20** |
| GOLDEN-TECH INTERNATIONAL INC 11120 NE 2ND ST STE 200 BELLEVUE, WA 98004-8337 |  | 03/04/2024 | Suppliers or Vendors | $5,934.50 |
|  |  | 04/01/2024 | Suppliers or Vendors | $3,219.50 |
|  |  | 04/24/2024 | Suppliers or Vendors | $15,142.53 |
|  |  | 04/29/2024 | Suppliers or Vendors | $2,725.50 |
|  |  |  | SUBTOTAL | **$27,022.03** |
| GOODWIN & ASSOCIATES HOSPITALITY SERVICES LLC DBA GOODWIN RECRUITING 46 CENTER ST EXETER, NH 03833 |  | 03/04/2024 | Suppliers or Vendors | $9,100.00 |
|  |  |  | SUBTOTAL | **$9,100.00** |
| GOVDOCS INC VB BOX 167 PO BOX 9202 MINNEAPOLIS, MN 55480-9202 |  | 03/12/2024 | Suppliers or Vendors | $17,522.09 |
|  |  | 05/01/2024 | Suppliers or Vendors | $39.07 |
|  |  |  | SUBTOTAL | **$17,561.16** |
| GRAND ROBSTER LLC 15915 VENTURA BOULEVARD PH2 ENCINO, CA 91436-4439 |  | 03/04/2024 | Other- Rent | $11,652.69 |
|  |  | 03/29/2024 | Other- Rent | $11,652.69 |
|  |  | 04/30/2024 | Other- Rent | $11,652.69 |
|  |  |  | SUBTOTAL | **$34,958.07** |
| GRASMICK PRODUCE CO INC PO BOX 45120 BOISE, ID 83711-5120 |  | 02/20/2024 | Suppliers or Vendors | $2,095.73 |
|  |  | 02/23/2024 | Suppliers or Vendors | $1,244.66 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 02/27/2024 | Suppliers or Vendors | $1,420.33 |
| | | 02/28/2024 | Suppliers or Vendors | $261.61 |
| | | 03/04/2024 | Suppliers or Vendors | $1,032.65 |
| | | 03/06/2024 | Suppliers or Vendors | $2,724.83 |
| | | 03/08/2024 | Suppliers or Vendors | $908.47 |
| | | 03/11/2024 | Suppliers or Vendors | $61.11 |
| | | 03/12/2024 | Suppliers or Vendors | $2,255.17 |
| | | 03/14/2024 | Suppliers or Vendors | $944.72 |
| | | 03/18/2024 | Suppliers or Vendors | $2,346.04 |
| | | 03/21/2024 | Suppliers or Vendors | $934.46 |
| | | 03/25/2024 | Suppliers or Vendors | $2,350.80 |
| | | 03/26/2024 | Suppliers or Vendors | $63.40 |
| | | 03/28/2024 | Suppliers or Vendors | $886.40 |
| | | 04/01/2024 | Suppliers or Vendors | $2,089.75 |
| | | 04/04/2024 | Suppliers or Vendors | $745.75 |
| | | 04/08/2024 | Suppliers or Vendors | $2,351.85 |
| | | 04/11/2024 | Suppliers or Vendors | $887.99 |
| | | 04/15/2024 | Suppliers or Vendors | $1,778.28 |
| | | 04/18/2024 | Suppliers or Vendors | $1,442.63 |
| | | 04/22/2024 | Suppliers or Vendors | $1,761.23 |
| | | 04/25/2024 | Suppliers or Vendors | $412.13 |
| | | 04/29/2024 | Suppliers or Vendors | $2,094.65 |
| | | 05/01/2024 | Suppliers or Vendors | $100.10 |
| | | 05/02/2024 | Suppliers or Vendors | $662.66 |
| | | 05/06/2024 | Suppliers or Vendors | $1,622.37 |
| | | 05/07/2024 | Suppliers or Vendors | $693.26 |
| | | 05/09/2024 | Suppliers or Vendors | $429.13 |
| | | 05/10/2024 | Suppliers or Vendors | $35.08 |
| | | 05/13/2024 | Suppliers or Vendors | $1,754.29 |
| | | 05/16/2024 | Suppliers or Vendors | $491.25 |
| | | | **SUBTOTAL** | **$38,882.78** |
| GREATER CHARLOTTE REFRIGERATION INC 6120-J BROOKSHIRE BLVD CHARLOTTE, NC 28216 | | 05/02/2024 | Suppliers or Vendors | $13,390.33 |
| | | | **SUBTOTAL** | **$13,390.33** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| GREEN CABBAGE MARKETING LLC<br>DBA GREEN CABBAGE LLC<br>125 EMERYVILLE DR STE 330<br>CRANBERRY TOWNSHIP, PA 16066-5020 | | 03/11/2024 | Suppliers or Vendors | $25,000.00 |
| | | | **SUBTOTAL** | **$25,000.00** |
| GREEN FARMS INC<br>DBA WORLDWIDE PRODUCE<br>PO BOX 54399<br>LOS ANGELES, CA 90054 | | 02/20/2024 | Suppliers or Vendors | $15,065.24 |
| | | 02/21/2024 | Suppliers or Vendors | $9,114.30 |
| | | 02/23/2024 | Suppliers or Vendors | $541.92 |
| | | 02/26/2024 | Suppliers or Vendors | $20,801.74 |
| | | 02/27/2024 | Suppliers or Vendors | $8,263.31 |
| | | 02/28/2024 | Suppliers or Vendors | $10,756.65 |
| | | 03/04/2024 | Suppliers or Vendors | $7,560.12 |
| | | 03/06/2024 | Suppliers or Vendors | $21,204.33 |
| | | 03/11/2024 | Suppliers or Vendors | $7,860.36 |
| | | 03/12/2024 | Suppliers or Vendors | $22,800.43 |
| | | 03/13/2024 | Suppliers or Vendors | $1,132.71 |
| | | 03/14/2024 | Suppliers or Vendors | $615.68 |
| | | 03/15/2024 | Suppliers or Vendors | $8,267.35 |
| | | 03/18/2024 | Suppliers or Vendors | $11,167.62 |
| | | 03/19/2024 | Suppliers or Vendors | $11,232.39 |
| | | 03/21/2024 | Suppliers or Vendors | $815.79 |
| | | 03/22/2024 | Suppliers or Vendors | $6,022.52 |
| | | 03/25/2024 | Suppliers or Vendors | $11,822.36 |
| | | 03/26/2024 | Suppliers or Vendors | $11,537.60 |
| | | 03/27/2024 | Suppliers or Vendors | $679.27 |
| | | 03/29/2024 | Suppliers or Vendors | $7,246.83 |
| | | 04/01/2024 | Suppliers or Vendors | $11,425.02 |
| | | 04/02/2024 | Suppliers or Vendors | $11,546.46 |
| | | 04/05/2024 | Suppliers or Vendors | $5,758.86 |
| | | 04/08/2024 | Suppliers or Vendors | $12,450.57 |
| | | 04/09/2024 | Suppliers or Vendors | $12,133.27 |
| | | 04/12/2024 | Suppliers or Vendors | $6,216.09 |
| | | 04/15/2024 | Suppliers or Vendors | $9,343.53 |
| | | 04/16/2024 | Suppliers or Vendors | $12,315.07 |
| | | 04/17/2024 | Suppliers or Vendors | $404.94 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/19/2024 | Suppliers or Vendors | $6,029.47 |
| | | 04/22/2024 | Suppliers or Vendors | $11,251.60 |
| | | 04/23/2024 | Suppliers or Vendors | $9,877.23 |
| | | 04/26/2024 | Suppliers or Vendors | $4,504.29 |
| | | 04/29/2024 | Suppliers or Vendors | $9,445.41 |
| | | 04/30/2024 | Suppliers or Vendors | $9,947.00 |
| | | 05/03/2024 | Suppliers or Vendors | $6,690.49 |
| | | 05/06/2024 | Suppliers or Vendors | $9,710.83 |
| | | 05/07/2024 | Suppliers or Vendors | $9,370.30 |
| | | 05/10/2024 | Suppliers or Vendors | $7,704.89 |
| | | 05/13/2024 | Suppliers or Vendors | $8,936.97 |
| | | 05/14/2024 | Suppliers or Vendors | $9,402.39 |
| | | | **SUBTOTAL** | **$378,973.20** |
| GREEN FARMS OF NEVADA INC DBA WORLDWIDE PRODUCE LAS VEGAS PO BOX 30468 LOS ANGELES, CA 90030 | | 02/20/2024 | Suppliers or Vendors | $2,783.73 |
| | | 02/21/2024 | Suppliers or Vendors | $574.06 |
| | | 02/23/2024 | Suppliers or Vendors | $4,692.21 |
| | | 02/26/2024 | Suppliers or Vendors | $365.27 |
| | | 02/27/2024 | Suppliers or Vendors | $2,844.67 |
| | | 02/28/2024 | Suppliers or Vendors | $90.18 |
| | | 03/04/2024 | Suppliers or Vendors | $2,595.61 |
| | | 03/06/2024 | Suppliers or Vendors | $3,428.38 |
| | | 03/08/2024 | Suppliers or Vendors | $2,838.84 |
| | | 03/11/2024 | Suppliers or Vendors | $60.12 |
| | | 03/12/2024 | Suppliers or Vendors | $4,395.28 |
| | | 03/14/2024 | Suppliers or Vendors | $2,452.96 |
| | | 03/18/2024 | Suppliers or Vendors | $3,547.10 |
| | | 03/19/2024 | Suppliers or Vendors | $393.78 |
| | | 03/21/2024 | Suppliers or Vendors | $3,199.86 |
| | | 03/22/2024 | Suppliers or Vendors | $33.92 |
| | | 03/25/2024 | Suppliers or Vendors | $2,828.59 |
| | | 03/26/2024 | Suppliers or Vendors | $412.90 |
| | | 03/28/2024 | Suppliers or Vendors | $2,573.37 |
| | | 03/29/2024 | Suppliers or Vendors | $15.74 |
| | | 04/01/2024 | Suppliers or Vendors | $4,082.62 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/02/2024 | Suppliers or Vendors | $402.83 |
| | | 04/04/2024 | Suppliers or Vendors | $2,309.34 |
| | | 04/05/2024 | Suppliers or Vendors | $50.88 |
| | | 04/08/2024 | Suppliers or Vendors | $3,267.27 |
| | | 04/09/2024 | Suppliers or Vendors | $492.51 |
| | | 04/11/2024 | Suppliers or Vendors | $2,373.96 |
| | | 04/12/2024 | Suppliers or Vendors | $102.18 |
| | | 04/15/2024 | Suppliers or Vendors | $2,377.59 |
| | | 04/16/2024 | Suppliers or Vendors | $1,176.57 |
| | | 04/18/2024 | Suppliers or Vendors | $2,391.05 |
| | | 04/19/2024 | Suppliers or Vendors | $42.26 |
| | | 04/22/2024 | Suppliers or Vendors | $3,111.96 |
| | | 04/23/2024 | Suppliers or Vendors | $339.84 |
| | | 04/25/2024 | Suppliers or Vendors | $1,350.09 |
| | | 04/26/2024 | Suppliers or Vendors | $125.49 |
| | | 04/29/2024 | Suppliers or Vendors | $3,060.28 |
| | | 04/30/2024 | Suppliers or Vendors | $384.08 |
| | | 05/02/2024 | Suppliers or Vendors | $2,206.89 |
| | | 05/06/2024 | Suppliers or Vendors | $2,937.18 |
| | | 05/07/2024 | Suppliers or Vendors | $284.06 |
| | | 05/09/2024 | Suppliers or Vendors | $2,105.32 |
| | | 05/10/2024 | Suppliers or Vendors | $23.13 |
| | | 05/13/2024 | Suppliers or Vendors | $3,575.99 |
| | | 05/14/2024 | Suppliers or Vendors | $164.93 |
| | | 05/16/2024 | Suppliers or Vendors | $1,852.58 |
| | | | **SUBTOTAL** | **$80,717.45** |
| GREENHEAD LOBSTER LLC<br>PO BOX 670<br>STONINGTON, ME 04681-0670 | | 02/21/2024 | Suppliers or Vendors | $8,245.06 |
| | | 02/26/2024 | Suppliers or Vendors | $12,674.27 |
| | | 02/27/2024 | Suppliers or Vendors | $3,317.58 |
| | | 03/06/2024 | Suppliers or Vendors | $8,126.79 |
| | | 03/07/2024 | Suppliers or Vendors | $5,384.00 |
| | | 03/11/2024 | Suppliers or Vendors | $7,235.95 |
| | | 03/12/2024 | Suppliers or Vendors | $5,209.53 |
| | | 03/13/2024 | Suppliers or Vendors | $4,073.06 |
| | | 03/19/2024 | Suppliers or Vendors | $7,238.48 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/20/2024 | Suppliers or Vendors | $21,537.01 |
| | | 03/25/2024 | Suppliers or Vendors | $10,075.56 |
| | | 03/26/2024 | Suppliers or Vendors | $3,156.44 |
| | | 04/01/2024 | Suppliers or Vendors | $8,064.91 |
| | | 04/03/2024 | Suppliers or Vendors | $7,075.40 |
| | | 04/09/2024 | Suppliers or Vendors | $19,337.33 |
| | | 04/10/2024 | Suppliers or Vendors | $3,923.91 |
| | | 04/12/2024 | Suppliers or Vendors | $4,466.52 |
| | | 04/15/2024 | Suppliers or Vendors | $6,697.96 |
| | | 04/16/2024 | Suppliers or Vendors | $1,114.80 |
| | | 04/18/2024 | Suppliers or Vendors | $12,472.85 |
| | | 04/22/2024 | Suppliers or Vendors | $3,947.71 |
| | | 04/23/2024 | Suppliers or Vendors | $906.62 |
| | | 04/24/2024 | Suppliers or Vendors | $8,790.12 |
| | | 04/29/2024 | Suppliers or Vendors | $3,774.44 |
| | | 04/30/2024 | Suppliers or Vendors | $4,825.99 |
| | | 05/01/2024 | Suppliers or Vendors | $4,307.21 |
| | | 05/06/2024 | Suppliers or Vendors | $6,451.11 |
| | | 05/07/2024 | Suppliers or Vendors | $7,695.22 |
| | | 05/08/2024 | Suppliers or Vendors | $4,233.74 |
| | | 05/13/2024 | Suppliers or Vendors | $3,217.27 |
| | | 05/14/2024 | Suppliers or Vendors | $3,094.23 |
| | | 05/15/2024 | Suppliers or Vendors | $8,627.36 |
| | | | **SUBTOTAL** | **$219,298.43** |
| GREENTREE APARTMENTS LLC C/O MERLE S MAYER 8655 SW CITIZENS DRIVE SUITE 201 WILSONVILLE, OR 97070-7695 | | 03/04/2024 | Other- Rent | $21,189.98 |
| | | 03/29/2024 | Other- Rent | $21,189.98 |
| | | 04/30/2024 | Other- Rent | $21,189.98 |
| | | | **SUBTOTAL** | **$63,569.94** |
| GREENWAY PROPERTY LLC DBA GREENWAY PROPERTY LLC PO BOX 14504 SCOTTSDALE, AZ 852674504 | | 02/29/2024 | Other- Rent | $28,669.10 |
| | | 04/02/2024 | Other- Rent | $28,669.10 |
| | | | **SUBTOTAL** | **$57,338.20** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| GREENWICH INC<br>DBA COMMERCIAL KITCHEN<br>PARTS & SERVICE<br>PO BOX 831128<br>SAN ANTONIO, TX 78283 | | 04/01/2024 | Suppliers or Vendors | $836.93 |
| | | 05/03/2024 | Suppliers or Vendors | $13,744.63 |
| | | | **SUBTOTAL** | **$14,581.56** |
| GRI EQY SPARKLEBERRY<br>SQUARE LLC<br>PNC/BANK C/O SPARKLEBERRY<br>SQUARE<br>PO BOX 664001<br>DALLAS, TX 75266-4001 | | 02/28/2024 | Other- Rent | $11,081.00 |
| | | 04/04/2024 | Other- Rent | $11,081.00 |
| | | 04/30/2024 | Other- Rent | $11,081.00 |
| | | | **SUBTOTAL** | **$33,243.00** |
| NAME ON FILE<br>ADDRESS ON FILE | | 04/26/2024 | Suppliers or Vendors | $8,681.51 |
| | | | **SUBTOTAL** | **$8,681.51** |
| GRUPO TFJ PROPERTIES<br>A FLORIDA LIMITED LIABILITY<br>13100 BISCAYNE BOULEVARD<br>NORTH MIAMI, FL 33181 | | 03/04/2024 | Other- Rent | $41,188.35 |
| | | 04/02/2024 | Other- Rent | $41,188.35 |
| | | 05/02/2024 | Other- Rent | $41,188.35 |
| | | | **SUBTOTAL** | **$123,565.05** |
| GSMS 2011 GC5 EAST<br>BROADWAY BOULEVARD LLC<br>C/O PACIFIC PARK PLACE MGMT<br>LOCKBOX DEP# 880676<br>PO BOX 29650<br>PHOENIX, AZ 85038-9650 | | 02/29/2024 | Other- Rent | $25,277.68 |
| | | 04/03/2024 | Other- Rent | $25,277.68 |
| | | 05/01/2024 | Other- Rent | $25,277.68 |
| | | | **SUBTOTAL** | **$75,833.04** |
| GTL PROPERTIES<br>3271 S HIGHLAND DR STE 704<br>LAS VEGAS, NV 89109-1051 | | 03/04/2024 | Other- Rent | $18,793.59 |
| | | 04/02/2024 | Other- Rent | $18,793.59 |
| | | 04/30/2024 | Other- Rent | $18,793.59 |
| | | | **SUBTOTAL** | **$56,380.77** |
| GUIDEPOINT SECURITY LLC<br>PO BOX 844716<br>BOSTON, MA 02284-4716 | | 03/07/2024 | Suppliers or Vendors | $58,260.60 |
| | | 04/24/2024 | Suppliers or Vendors | $20,880.00 |
| | | | **SUBTOTAL** | **$79,140.60** |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| GUIMA BRAZIL USA LLC<br>3363 NE 163RD ST STE 506<br>NORTH MIAMI BEACH, FL<br>33160-4423 | | 03/04/2024 | Other- Rent | $36,542.86 |
| | | 03/29/2024 | Other- Rent | $36,542.86 |
| | | 04/30/2024 | Other- Rent | $36,542.86 |
| | | | **SUBTOTAL** | **$109,628.58** |
| GULF COAST PRODUCE<br>DISTRIBUTORS INC<br>194 BOHN STREET<br>BILOXI, MS 39530 | | 02/20/2024 | Suppliers or Vendors | $2,471.17 |
| | | 02/23/2024 | Suppliers or Vendors | $1,552.00 |
| | | 02/27/2024 | Suppliers or Vendors | $2,370.59 |
| | | 02/28/2024 | Suppliers or Vendors | $876.87 |
| | | 03/04/2024 | Suppliers or Vendors | $1,017.86 |
| | | 03/06/2024 | Suppliers or Vendors | $2,426.02 |
| | | 03/08/2024 | Suppliers or Vendors | $1,283.52 |
| | | 03/12/2024 | Suppliers or Vendors | $2,728.92 |
| | | 03/14/2024 | Suppliers or Vendors | $1,531.24 |
| | | 03/18/2024 | Suppliers or Vendors | $1,966.00 |
| | | 03/21/2024 | Suppliers or Vendors | $1,027.78 |
| | | 03/25/2024 | Suppliers or Vendors | $2,546.91 |
| | | 03/28/2024 | Suppliers or Vendors | $1,061.84 |
| | | 04/01/2024 | Suppliers or Vendors | $2,556.60 |
| | | 04/04/2024 | Suppliers or Vendors | $1,033.86 |
| | | 04/08/2024 | Suppliers or Vendors | $2,128.41 |
| | | 04/11/2024 | Suppliers or Vendors | $983.24 |
| | | 04/15/2024 | Suppliers or Vendors | $2,508.65 |
| | | 04/18/2024 | Suppliers or Vendors | $1,083.79 |
| | | 04/22/2024 | Suppliers or Vendors | $1,604.04 |
| | | 04/25/2024 | Suppliers or Vendors | $1,371.14 |
| | | 04/29/2024 | Suppliers or Vendors | $2,226.39 |
| | | 05/06/2024 | Suppliers or Vendors | $2,767.42 |
| | | 05/09/2024 | Suppliers or Vendors | $1,022.03 |
| | | 05/13/2024 | Suppliers or Vendors | $1,920.49 |
| | | 05/16/2024 | Suppliers or Vendors | $1,060.10 |
| | | | **SUBTOTAL** | **$45,126.88** |
| GW INTERNATIONAL INC<br>1426 HARVEST AVE SE<br>OLYMPIA, WA 98501-8620 | | 03/18/2024 | Suppliers or Vendors | $4,715.00 |

| | |
|---|---|
| Debtor Name:  Red Lobster Management LLC | Case Number:  24-02486 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/28/2024 | Suppliers or Vendors | $18,335.00 |
| | | 04/19/2024 | Suppliers or Vendors | $5,413.50 |
| | | 05/15/2024 | Suppliers or Vendors | $3,391.38 |
| | | | **SUBTOTAL** | **$31,854.88** |
| HAASIS MCGRATH JOINT VENTURE ATTN DOWNTOWN BRANCH MANAGER, PNC BANK 7901 N UNIVERSITY ST PEORIA, IL 61615-1838 | | 02/27/2024 | Other- Rent | $15,429.08 |
| | | 04/01/2024 | Other- Rent | $15,429.08 |
| | | 04/30/2024 | Other- Rent | $15,429.08 |
| | | | **SUBTOTAL** | **$46,287.24** |
| HAGAR RESTAURANT EQUIP SVC INC DBA HAGAR RESTUARANT SERVICE INC 6200 NW 2ND STREET OKLAHOMA CITY, OK 731276520 | | 03/04/2024 | Suppliers or Vendors | $3,318.13 |
| | | 03/08/2024 | Suppliers or Vendors | $230.50 |
| | | 03/28/2024 | Suppliers or Vendors | $7,601.21 |
| | | 04/04/2024 | Suppliers or Vendors | $363.00 |
| | | 05/02/2024 | Suppliers or Vendors | $367.29 |
| | | | **SUBTOTAL** | **$11,880.13** |
| HAI YUE TX LLC 79 GLEN COVE AVE STE B GLEN COVE, NY 11542-2852 | | 03/11/2024 | Other- Rent | $34,783.63 |
| | | 04/02/2024 | Other- Rent | $34,783.63 |
| | | 05/08/2024 | Other- Rent | $34,783.63 |
| | | | **SUBTOTAL** | **$104,350.89** |
| NAME ON FILE ADDRESS ON FILE | | 02/27/2024 | Other- Employee Expense Reimbursement | $2,764.05 |
| | | 03/19/2024 | Other- Employee Expense Reimbursement | $1,210.02 |
| | | 04/02/2024 | Other- Employee Expense Reimbursement | $1,220.00 |
| | | 04/15/2024 | Other- Employee Expense Reimbursement | $992.50 |
| | | 04/29/2024 | Other- Employee Expense Reimbursement | $878.10 |
| | | 05/15/2024 | Other- Employee Expense Reimbursement | $934.44 |
| | | | **SUBTOTAL** | **$7,999.11** |
| HANABI A CALIFORNIA GENERAL PARTNERSHIP DBA HANABI PARTNERSHIP 1006 TENNESSEE ST SAN FRANCISCO, CA 94107-3016 | | 03/04/2024 | Other- Rent | $37,239.02 |
| | | 03/29/2024 | Other- Rent | $37,239.02 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/30/2024 | Other- Rent | $37,239.02 |
| | | | **SUBTOTAL** | **$111,717.06** |
| HANDY HARDEES LLC<br>15915 VENTURA BOULEVARD<br>PH2<br>ENCINO, CA 91436-4439 | | 03/04/2024 | Other- Rent | $4,774.21 |
| | | 03/29/2024 | Other- Rent | $4,774.21 |
| | | 04/30/2024 | Other- Rent | $4,774.21 |
| | | | **SUBTOTAL** | **$14,322.63** |
| HANNA23 LLC<br>DBA KATIE KNIGHT<br>3920 W BARCELONA ST<br>TAMPA, FL 33629-6803 | | 02/29/2024 | Suppliers or Vendors | $10,000.00 |
| | | | **SUBTOTAL** | **$10,000.00** |
| HARBOR PLAZA LLC<br>C/O ATHENA PROPERTY<br>MANAGEMENT<br>730 EL CAMINO WAY STE 200<br>TUSTIN, CA 92780-7733 | | 03/04/2024 | Other- Rent | $20,994.65 |
| | | 03/19/2024 | Other- Rent | $19,820.31 |
| | | 04/03/2024 | Other- Rent | $20,480.86 |
| | | 05/02/2024 | Other- Rent | $20,480.86 |
| | | 05/08/2024 | Other- Rent | $218.01 |
| | | | **SUBTOTAL** | **$81,994.69** |
| HARCO CAPITAL LLC<br>HARWELL CAPITAL LLC<br>4600 ROSWELL RD BLDG H686<br>ATLANTA, GA 30342-3034 | | 03/04/2024 | Other- Rent | $16,228.68 |
| | | 03/29/2024 | Other- Rent | $16,228.68 |
| | | 04/30/2024 | Other- Rent | $16,228.68 |
| | | | **SUBTOTAL** | **$48,686.04** |
| HARLAND CLARKE<br>CORPORATION<br>DBA TRANSOURCE<br>PO BOX 931898<br>ATLANTA, GA 31193-1898 | | 04/30/2024 | Suppliers or Vendors | $4,566.90 |
| | | 05/10/2024 | Suppliers or Vendors | $6,482.82 |
| | | | **SUBTOTAL** | **$11,049.72** |
| HARMON MEADOW OWNER LLC<br>C/O RIPCO MANAGEMENT LLC<br>PO BOX 67212<br>NEWARK, NJ 07101-4002 | | 02/28/2024 | Other- Rent | $4,862.00 |
| | | 02/29/2024 | Other- Rent | $36,300.82 |
| | | 03/28/2024 | Other- Rent | $4,862.00 |
| | | 04/02/2024 | Other- Rent | $36,300.82 |
| | | 05/01/2024 | Other- Rent | $36,300.82 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/06/2024 | Other- Rent | $4,862.00 |
| | | | **SUBTOTAL** | **$123,488.46** |
| HATCO CORPORATION<br>PO BOX 68-4035<br>CHICAGO, IL 606954035 | | 03/05/2024 | Suppliers or Vendors | $2,863.77 |
| | | 03/21/2024 | Suppliers or Vendors | $5,992.68 |
| | | 05/08/2024 | Suppliers or Vendors | $3,333.85 |
| | | | **SUBTOTAL** | **$12,190.30** |
| HAWAIIAN PROPERTIES LTD<br>PO BOX 38078<br>HONOLULU, HI 968371078 | | 02/28/2024 | Other- Rent | $12,558.83 |
| | | 04/08/2024 | Other- Rent | $12,558.83 |
| | | 05/02/2024 | Other- Rent | $12,558.83 |
| | | | **SUBTOTAL** | **$37,676.49** |
| HCL GOODYEAR<br>CENTERPOINTE LLC<br>12302 EXPOSITION BOULEVARD<br>LOS ANGELES, CA 90064 | | 03/01/2024 | Other- Rent | $17,945.09 |
| | | 03/28/2024 | Other- Rent | $2,432.14 |
| | | 04/04/2024 | Other- Rent | $16,915.03 |
| | | 04/15/2024 | Other- Rent | $2,652.36 |
| | | 05/02/2024 | Other- Rent | $16,915.03 |
| | | 05/09/2024 | Other- Rent | $2,432.14 |
| | | | **SUBTOTAL** | **$59,291.79** |
| HCL INGLEWOOD VILLAGE LLC<br>C/O HAAGEN COMPANY LLC<br>12302 EXPOSITION BOULEVARD<br>LOS ANGELES, CA 90064 | | 03/01/2024 | Other- Rent | $17,222.29 |
| | | 04/04/2024 | Other- Rent | $17,222.29 |
| | | 04/10/2024 | Other- Rent | $64,163.47 |
| | | 05/02/2024 | Other- Rent | $17,222.29 |
| | | | **SUBTOTAL** | **$115,830.34** |
| HELLOWORLD INC<br>A MERKLE INC COMPANY<br>3000 TOWN CENTER STE 2100<br>SOUTHFIELD, MI 48075-1313 | | 03/11/2024 | Suppliers or Vendors | $82,149.86 |
| | | 03/28/2024 | Suppliers or Vendors | $145,134.50 |
| | | | **SUBTOTAL** | **$227,284.36** |
| HENDRIE FAMILY PROPERTIES LLC<br>C/O NET LEASED MANAGEMENT INC<br>10951 SORRENTO VALLEY RD STE 2A<br>SAN DIEGO, CA 92121-1613 | | 03/04/2024 | Other- Rent | $18,386.99 |
| | | 03/29/2024 | Other- Rent | $18,386.99 |

Debtor Name:  Red Lobster Management LLC                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/30/2024 | Other- Rent | $18,386.99 |
| | | | **SUBTOTAL** | **$55,160.97** |
| HERZMAN NIECES EXEMPT TRUST DBA U/D/T DECEMBER 15,1972 HERZMAN TRUST C/O CHRISTINE B CUNNING TRUSTEE PO BOX 3129 SAN DIEGO, CA 92163-1129 | | 03/04/2024 | Other- Rent | $12,750.00 |
| | | 03/29/2024 | Other- Rent | $12,750.00 |
| | | 04/30/2024 | Other- Rent | $12,750.00 |
| | | | **SUBTOTAL** | **$38,250.00** |
| NAME ON FILE ADDRESS ON FILE | | 02/29/2024 | Other- Employee Expense Reimbursement | $2,376.51 |
| | | 04/03/2024 | Other- Employee Expense Reimbursement | $4,202.47 |
| | | 04/30/2024 | Other- Employee Expense Reimbursement | $2,628.39 |
| | | 05/14/2024 | Other- Employee Expense Reimbursement | $182.92 |
| | | | **SUBTOTAL** | **$9,390.29** |
| HKH JVC LLC DBA NORPAC FISHERIES EXPORT CENTRAL & WESTERN PACIFIC 1535 COLBURN STREET HONOLULU, HI 96817 | | 03/19/2024 | Suppliers or Vendors | $3,079.43 |
| | | 03/26/2024 | Suppliers or Vendors | $4.14 |
| | | 04/16/2024 | Suppliers or Vendors | $3,871.80 |
| | | 04/23/2024 | Suppliers or Vendors | $4.51 |
| | | 05/14/2024 | Suppliers or Vendors | $5,507.09 |
| | | | **SUBTOTAL** | **$12,466.97** |
| HKT ENTERPRISES LLC PO BOX 444 RARITAN, NJ 08869 | | 03/11/2024 | Other- Rent | $14,575.00 |
| | | 04/03/2024 | Other- Rent | $14,575.00 |
| | | | **SUBTOTAL** | **$29,150.00** |
| HOBART CORP DBA HOBART FOOD EQUIPMENT PO BOX 3563 CAROL STREAM, IL 601323563 | | 02/20/2024 | Suppliers or Vendors | $4,262.29 |
| | | 02/23/2024 | Suppliers or Vendors | $129.11 |
| | | 03/04/2024 | Suppliers or Vendors | $17,116.40 |
| | | 03/08/2024 | Suppliers or Vendors | $5,335.88 |
| | | 03/13/2024 | Suppliers or Vendors | $3,742.26 |
| | | 03/21/2024 | Suppliers or Vendors | $7,116.37 |
| | | 03/22/2024 | Suppliers or Vendors | $2,871.97 |

Debtor Name:  Red Lobster Management LLC                                                           Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/28/2024 | Suppliers or Vendors | $21,582.76 |
| | | 04/04/2024 | Suppliers or Vendors | $8,588.92 |
| | | 04/11/2024 | Suppliers or Vendors | $21,704.28 |
| | | 04/18/2024 | Suppliers or Vendors | $6,362.73 |
| | | 04/25/2024 | Suppliers or Vendors | $27,516.15 |
| | | 05/02/2024 | Suppliers or Vendors | $1,843.51 |
| | | 05/16/2024 | Suppliers or Vendors | $29,912.67 |
| | | | **SUBTOTAL** | **$158,085.30** |
| HOFFMAN 4101 VETERANS MEMORIAL LLC<br>727 CRAIG ROAD<br>SUITE 100<br>ST LOUIS, MO 63141 | | 02/29/2024 | Other- Rent | $10,000.00 |
| | | 04/02/2024 | Other- Rent | $10,000.00 |
| | | 04/30/2024 | Other- Rent | $10,000.00 |
| | | | **SUBTOTAL** | **$30,000.00** |
| HOME DEPOT USA INC<br>PO BOX 641596<br>PITTSBURGH, PA 15264-1596 | | 03/04/2024 | Other- Rent | $10,084.35 |
| | | 03/29/2024 | Other- Rent | $10,084.35 |
| | | 04/30/2024 | Other- Rent | $10,084.35 |
| | | | **SUBTOTAL** | **$30,253.05** |
| HOMETOWN LAWN LLC<br>DBA HOMETOWN<br>15720 S KEELER ST STE 100<br>OLATHE, KS 66062-3628 | | 03/21/2024 | Suppliers or Vendors | $18,268.00 |
| | | 04/04/2024 | Suppliers or Vendors | $5,109.45 |
| | | 04/11/2024 | Suppliers or Vendors | $4,086.59 |
| | | 05/02/2024 | Suppliers or Vendors | $541.20 |
| | | | **SUBTOTAL** | **$28,005.24** |
| HOSHIZAKI AMERICA INC<br>DEPT 2547<br>PO BOX 122547<br>DALLAS, TX 75312-2547 | | 03/14/2024 | Suppliers or Vendors | $32,791.25 |
| | | | **SUBTOTAL** | **$32,791.25** |
| HOTEL APPRAISALS LLC<br>DBA HVS EXECUTIVE SEARCH<br>13727 SW 152ND ST PMB 1040<br>MIAMI, FL 33177-1106 | | 03/11/2024 | Suppliers or Vendors | $36,390.00 |
| | | | **SUBTOTAL** | **$36,390.00** |
| HSA BANK | | 02/21/2024 | Other- Government / Regulatory | $1,152.00 |
| | | 02/22/2024 | Other- Government / Regulatory | $16,943.07 |
| | | 02/29/2024 | Other- Government / Regulatory | $16,902.61 |
| | | 03/07/2024 | Other- Government / Regulatory | $16,808.52 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/13/2024 | Other- Government / Regulatory | $16,831.70 |
| | | 03/18/2024 | Other- Government / Regulatory | $1,144.00 |
| | | 03/20/2024 | Other- Government / Regulatory | $16,789.44 |
| | | 03/27/2024 | Other- Government / Regulatory | $16,697.72 |
| | | 04/03/2024 | Other- Government / Regulatory | $16,548.03 |
| | | 04/10/2024 | Other- Government / Regulatory | $16,047.93 |
| | | 04/18/2024 | Other- Government / Regulatory | $17,174.88 |
| | | 04/25/2024 | Other- Government / Regulatory | $15,794.05 |
| | | 05/01/2024 | Other- Government / Regulatory | $15,770.09 |
| | | 05/08/2024 | Other- Government / Regulatory | $15,355.14 |
| | | 05/15/2024 | Other- Government / Regulatory | $15,661.18 |
| | | 05/16/2024 | Other- Government / Regulatory | $1,125.00 |
| | | | **SUBTOTAL** | **$216,745.36** |
| HUERTA VENTURES LLC DBA A AND S LAWNCARE PO BOX 21196 AMARILLO, TX 79114-3196 | | 03/06/2024 | Suppliers or Vendors | $2,435.65 |
| | | 03/20/2024 | Suppliers or Vendors | $4,761.11 |
| | | 04/23/2024 | Suppliers or Vendors | $487.13 |
| | | | **SUBTOTAL** | **$7,683.89** |
| NAME ON FILE ADDRESS ON FILE | | 03/21/2024 | Suppliers or Vendors | $10,500.00 |
| | | | **SUBTOTAL** | **$10,500.00** |
| HUNTER EQUITIES 309 LLC DBA YYRL SOUTH PADRE ISLAND DRIVE OWNER LLC C/O FEDERMAN STEIFMAN LLP 220 EAST 42ND STREET 29TH FLOOR NEW YORK, NY 10017 | | 03/04/2024 | Other- Rent | $19,937.09 |
| | | 03/29/2024 | Other- Rent | $19,937.09 |
| | | 04/30/2024 | Other- Rent | $19,937.09 |
| | | | **SUBTOTAL** | **$59,811.27** |
| HUNTER EQUITIES 326 LLC TEXAS BANK F/B/O 100 IH 35 NORTH OWNER LLC 998 WOLFE NURSERY RD STEPHENVILLE, TX 76401-1902 | | 02/28/2024 | Other- Rent | $28,594.13 |
| | | 04/01/2024 | Other- Rent | $28,594.13 |
| | | 04/30/2024 | Other- Rent | $28,594.13 |
| | | | **SUBTOTAL** | **$85,782.39** |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| HYATT AIR CONDITIONING AND REFRIGERATION INC<br>5401 N. HAVERHILL ROAD<br>STE 115<br>WEST PALM BEACH, FL 33407 | | 02/23/2024 | Suppliers or Vendors | $1,838.54 |
| | | 03/13/2024 | Suppliers or Vendors | $3,363.98 |
| | | 04/04/2024 | Suppliers or Vendors | $5,705.79 |
| | | 04/11/2024 | Suppliers or Vendors | $7,837.08 |
| | | 04/25/2024 | Suppliers or Vendors | $2,581.39 |
| | | | SUBTOTAL | **$21,326.78** |
| I D ASSOCIATES INC<br>1771 INDUSTRIAL RD<br>DOTHAN, AL 36303-5737 | | 03/21/2024 | Suppliers or Vendors | $46,588.50 |
| | | 04/25/2024 | Suppliers or Vendors | $2,150.00 |
| | | | SUBTOTAL | **$48,738.50** |
| ICONTROL SYSTEMS USA LLC<br>9710 TRAVILLE GATEWAY DR 306<br>ROCKVILLE, MD 20850-7408 | | 03/13/2024 | Suppliers or Vendors | $3,812.00 |
| | | 04/11/2024 | Suppliers or Vendors | $3,812.00 |
| | | 04/15/2024 | Suppliers or Vendors | $3,812.00 |
| | | 05/13/2024 | Suppliers or Vendors | $3,812.00 |
| | | 05/19/2024 | Suppliers or Vendors | $50,000.00 |
| | | | SUBTOTAL | **$65,248.00** |
| ID SEAFOOD LLC<br>ATTN MATT WATERMAN<br>15915 VENTURA BLVD PH 2<br>ENCINO, CA 91436-4439 | | 03/04/2024 | Other- Rent | $9,868.50 |
| | | 03/29/2024 | Other- Rent | $9,868.50 |
| | | | SUBTOTAL | **$19,737.00** |
| IDENTITY REHAB CORPORATION<br>DBA ID WATCHDOG<br>PO BOX 71221<br>CHARLOTTE, NC 28272-1221 | | 03/12/2024 | Suppliers or Vendors | $2,715.86 |
| | | 04/11/2024 | Suppliers or Vendors | $3,485.61 |
| | | 05/13/2024 | Suppliers or Vendors | $2,638.51 |
| | | | SUBTOTAL | **$8,839.98** |
| IF&P HOLDING COMPANY LLC<br>DBA PIAZZA PRODUCE &<br>SPECIALTY FOODS<br>PO BOX 639476<br>CINCINNATI, OH 45263-9476 | | 02/20/2024 | Suppliers or Vendors | $13,859.10 |
| | | 02/21/2024 | Suppliers or Vendors | $6,825.42 |
| | | 02/23/2024 | Suppliers or Vendors | $9,275.78 |
| | | 02/26/2024 | Suppliers or Vendors | $6,687.44 |
| | | 02/27/2024 | Suppliers or Vendors | $6,833.03 |
| | | 02/28/2024 | Suppliers or Vendors | $5,833.33 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/04/2024 | Suppliers or Vendors | $9,970.78 |
| | | 03/06/2024 | Suppliers or Vendors | $12,447.26 |
| | | 03/08/2024 | Suppliers or Vendors | $6,207.99 |
| | | 03/11/2024 | Suppliers or Vendors | $5,521.61 |
| | | 03/12/2024 | Suppliers or Vendors | $15,033.91 |
| | | 03/14/2024 | Suppliers or Vendors | $6,722.79 |
| | | 03/15/2024 | Suppliers or Vendors | $4,184.23 |
| | | 03/18/2024 | Suppliers or Vendors | $6,189.75 |
| | | 03/19/2024 | Suppliers or Vendors | $6,031.56 |
| | | 03/21/2024 | Suppliers or Vendors | $5,269.31 |
| | | 03/22/2024 | Suppliers or Vendors | $4,633.16 |
| | | 03/25/2024 | Suppliers or Vendors | $6,803.07 |
| | | 03/26/2024 | Suppliers or Vendors | $6,492.00 |
| | | 03/28/2024 | Suppliers or Vendors | $6,133.67 |
| | | 03/29/2024 | Suppliers or Vendors | $4,105.31 |
| | | 04/01/2024 | Suppliers or Vendors | $7,316.29 |
| | | 04/02/2024 | Suppliers or Vendors | $6,270.38 |
| | | 04/04/2024 | Suppliers or Vendors | $5,708.30 |
| | | 04/05/2024 | Suppliers or Vendors | $3,942.15 |
| | | 04/08/2024 | Suppliers or Vendors | $7,343.12 |
| | | 04/09/2024 | Suppliers or Vendors | $5,053.49 |
| | | 04/11/2024 | Suppliers or Vendors | $4,161.39 |
| | | 04/12/2024 | Suppliers or Vendors | $3,659.22 |
| | | 04/15/2024 | Suppliers or Vendors | $7,614.21 |
| | | 04/16/2024 | Suppliers or Vendors | $4,853.11 |
| | | 04/18/2024 | Suppliers or Vendors | $4,065.16 |
| | | 04/19/2024 | Suppliers or Vendors | $3,123.16 |
| | | 04/22/2024 | Suppliers or Vendors | $7,110.66 |
| | | 04/23/2024 | Suppliers or Vendors | $4,902.42 |
| | | 04/25/2024 | Suppliers or Vendors | $4,212.84 |
| | | 04/26/2024 | Suppliers or Vendors | $5,529.11 |
| | | 04/29/2024 | Suppliers or Vendors | $5,932.70 |
| | | 04/30/2024 | Suppliers or Vendors | $5,257.42 |
| | | 05/02/2024 | Suppliers or Vendors | $5,903.40 |
| | | 05/03/2024 | Suppliers or Vendors | $3,057.64 |
| | | 05/06/2024 | Suppliers or Vendors | $6,404.66 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/07/2024 | Suppliers or Vendors | $6,411.95 |
| | | 05/09/2024 | Suppliers or Vendors | $3,785.33 |
| | | 05/10/2024 | Suppliers or Vendors | $3,321.21 |
| | | 05/13/2024 | Suppliers or Vendors | $6,757.48 |
| | | 05/14/2024 | Suppliers or Vendors | $5,180.20 |
| | | 05/16/2024 | Suppliers or Vendors | $5,582.75 |
| | | | **SUBTOTAL** | **$297,520.25** |
| IG IGLOO HOLDINGS INC DBA INSIGHT GLOBAL LLC PO BOX 198226 ATLANTA, GA 303848226 | | 02/26/2024 | Suppliers or Vendors | $63,080.00 |
| | | 03/06/2024 | Suppliers or Vendors | $8,800.00 |
| | | 03/11/2024 | Suppliers or Vendors | $15,200.00 |
| | | 04/01/2024 | Suppliers or Vendors | $11,360.00 |
| | | | **SUBTOTAL** | **$98,440.00** |
| ILENE FLAUM DBA QUEENSBURY PLAZA I, LLC 400 ANDREWS STREET SUITE 500 ROCHESTER, NY 14604 | | 02/27/2024 | Other- Rent | $14,299.53 |
| | | 04/05/2024 | Other- Rent | $14,299.53 |
| | | 04/30/2024 | Other- Rent | $14,299.53 |
| | | | **SUBTOTAL** | **$42,898.59** |
| INCONTACT INC DBA NICE NICE INCONTACT THE NICE GROUP LOCKBOX 0268 PO BOX 7247 PHILADELPHIA, PA 19170-0268 | | 05/02/2024 | Suppliers or Vendors | $29,353.69 |
| | | 05/17/2024 | Suppliers or Vendors | $9,562.06 |
| | | | **SUBTOTAL** | **$38,915.75** |
| INDEED INC MAIL CODE 5160 PO BOX 660367 DALLAS, TX 752660367 | | 02/29/2024 | Suppliers or Vendors | $1,150.00 |
| | | 03/18/2024 | Suppliers or Vendors | $27,981.02 |
| | | 04/05/2024 | Suppliers or Vendors | $15,329.53 |
| | | 05/03/2024 | Suppliers or Vendors | $14,169.39 |
| | | 05/19/2024 | Suppliers or Vendors | $45,176.26 |
| | | | **SUBTOTAL** | **$103,806.20** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| INDEPENDENCE PROPERTIES 348 LLC DBA YYRL SOUTH PADRE ISLAND DRIVE OWNER 2 LLC C/O FEDERMAN STEIFMAN LLP 220 EAST 42ND STREET 29TH FLOOR NEW YORK, NY 10017 | | 03/04/2024 | Other- Rent | $19,155.25 |
| | | 03/29/2024 | Other- Rent | $19,155.25 |
| | | 04/30/2024 | Other- Rent | $19,155.25 |
| | | | SUBTOTAL | **$57,465.75** |
| INFINITE TALENT INC FKA PIONEER HOLDBULL INC 2600 TOWER OAKS BLVD STE 700 ROCKVILLE, MD 20852-4240 | | 05/19/2024 | Suppliers or Vendors | $54,500.46 |
| | | | SUBTOTAL | **$54,500.46** |
| INFORMATICA LLC PO BOX 741089 LOS ANGELES, CA 90074-1089 | | 03/06/2024 | Suppliers or Vendors | $36,857.97 |
| | | | SUBTOTAL | **$36,857.97** |
| INFOSYS BPM LIMITED BOA LOCKBOX SERVICES 13539 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | | 03/05/2024 | Services | $21,999.96 |
| | | 03/18/2024 | Services | $1,430.00 |
| | | 04/08/2024 | Services | $21,999.96 |
| | | 05/07/2024 | Services | $21,999.96 |
| | | 05/10/2024 | Services | $21,999.96 |
| | | | SUBTOTAL | **$89,429.84** |
| INSIGHT MECHANICAL CONTRACTORS LLC 9204 EAST 350 HIGHWAY RAYTOWN, MO 64133-5753 | | 02/23/2024 | Suppliers or Vendors | $9,689.43 |
| | | 03/08/2024 | Suppliers or Vendors | $1,789.91 |
| | | | SUBTOTAL | **$11,479.34** |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL INC DBA INCOMM PO BOX 935359 ATLANTA, GA 311935359 | | 02/23/2024 | Suppliers or Vendors | $45,407.07 |
| | | 03/13/2024 | Suppliers or Vendors | $18,000.00 |
| | | 03/21/2024 | Suppliers or Vendors | $63,275.76 |
| | | 04/11/2024 | Suppliers or Vendors | $88,608.05 |
| | | | SUBTOTAL | **$215,290.88** |
| INTRALINKS INC | | 04/08/2024 | Suppliers or Vendors | $65,067.71 |
| | | 04/16/2024 | Suppliers or Vendors | $1,967.84 |

Debtor Name: Red Lobster Management LLC                                     Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/19/2024 | Suppliers or Vendors | $50,517.90 |
| | | | **SUBTOTAL** | **$117,553.45** |
| IRON MOUNTAIN INFORMATION MGMT INC<br>PO BOX 27128<br>NEW YORK, NY 100877128 | | 03/06/2024 | Suppliers or Vendors | $20,662.12 |
| | | 04/03/2024 | Suppliers or Vendors | $27,899.01 |
| | | 05/02/2024 | Suppliers or Vendors | $17,837.92 |
| | | 05/19/2024 | Suppliers or Vendors | $31,191.74 |
| | | | **SUBTOTAL** | **$97,590.79** |
| IRONWOOD 1 LLC<br>C/O KALB CONSTRUCTION CO<br>5670 WYNN ROAD<br>LAS VEGAS, NV 89118 | | 03/05/2024 | Other- Rent | $22,715.40 |
| | | 03/20/2024 | Other- Rent | $17,554.74 |
| | | 04/03/2024 | Other- Rent | $22,715.40 |
| | | 05/09/2024 | Other- Rent | $22,715.40 |
| | | | **SUBTOTAL** | **$85,700.94** |
| IRS | | 03/14/2024 | Other- Government / Regulatory | $227.19 |
| | | 05/09/2024 | Other- Government / Regulatory | $220,000.00 |
| | | | **SUBTOTAL** | **$220,227.19** |
| ITW FOOD EQUIPMENT GROUP LLC<br>DBA BERKEL COMPANY<br>4406 TECHNOLOGY DRIVE<br>SOUTH BEND, IN 46628 | | 02/23/2024 | Suppliers or Vendors | $19,846.10 |
| | | 02/26/2024 | Suppliers or Vendors | $73,962.19 |
| | | 03/04/2024 | Suppliers or Vendors | $104,951.49 |
| | | 03/05/2024 | Suppliers or Vendors | $4,475.43 |
| | | 03/07/2024 | Suppliers or Vendors | $133,433.47 |
| | | 03/08/2024 | Suppliers or Vendors | $6,072.59 |
| | | 03/13/2024 | Suppliers or Vendors | $108,934.20 |
| | | 03/14/2024 | Suppliers or Vendors | $4,275.01 |
| | | 03/19/2024 | Suppliers or Vendors | $3,995.17 |
| | | 03/20/2024 | Suppliers or Vendors | $25,390.77 |
| | | 03/21/2024 | Suppliers or Vendors | $13,808.11 |
| | | 03/22/2024 | Suppliers or Vendors | $5,465.50 |
| | | 04/02/2024 | Suppliers or Vendors | $23,467.06 |
| | | 04/04/2024 | Suppliers or Vendors | $3,908.10 |
| | | 04/04/2024 | Suppliers or Vendors | $21,859.53 |
| | | 04/08/2024 | Suppliers or Vendors | $64,455.49 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/11/2024 | Suppliers or Vendors | $123,119.44 |
| | | 04/15/2024 | Suppliers or Vendors | $46,396.45 |
| | | 04/16/2024 | Suppliers or Vendors | $29,533.52 |
| | | 04/18/2024 | Suppliers or Vendors | $18,855.32 |
| | | 04/19/2024 | Suppliers or Vendors | $10,932.00 |
| | | 04/23/2024 | Suppliers or Vendors | $31,633.85 |
| | | 04/25/2024 | Suppliers or Vendors | $66,855.99 |
| | | 05/03/2024 | Suppliers or Vendors | $23,851.17 |
| | | 05/06/2024 | Suppliers or Vendors | $93,897.52 |
| | | 05/10/2024 | Suppliers or Vendors | $46,101.68 |
| | | 05/16/2024 | Suppliers or Vendors | $161,925.10 |
| | | 05/19/2024 | Suppliers or Vendors | $341,740.98 |
| | | | **SUBTOTAL** | **$1,613,143.23** |
| IVISION HOLDINGS LLC C/O FEDERMAN STEIFMAN LLP THE NEWS BUILDING 220 E 42ND ST 29TH FLOOR NEW YORK, NY 10017-5817 | | 03/04/2024 | Other- Rent | $20,793.30 |
| | | 03/29/2024 | Other- Rent | $20,793.30 |
| | | 04/30/2024 | Other- Rent | $20,793.30 |
| | | | **SUBTOTAL** | **$62,379.90** |
| J AND P SCHEDULING INC DBA J AND P SECURITY SERVICES 1650 CHAUSER LN WOODRIDGE, IL 60517-7598 | | 04/18/2024 | Suppliers or Vendors | $7,579.50 |
| | | 04/25/2024 | Suppliers or Vendors | $1,534.50 |
| | | | **SUBTOTAL** | **$9,114.00** |
| J L ADLER ROOFING & SHEET METAL INC 779 JOYCE RD JOLIET, IL 60436-1815 | | 03/07/2024 | Suppliers or Vendors | $51,675.00 |
| | | 05/08/2024 | Suppliers or Vendors | $2,000.00 |
| | | | **SUBTOTAL** | **$53,675.00** |
| J T JACKSON COMPANY ACCOUNTING & BOOKKEEPING DEPT PO BOX 488 COLMAR, PA 189150488 | | 02/27/2024 | Other- Rent | $16,611.33 |
| | | 04/02/2024 | Other- Rent | $16,611.33 |
| | | 04/29/2024 | Other- Rent | $16,611.33 |
| | | | **SUBTOTAL** | **$49,833.99** |
| JADE SECURITY INC 697 3RD AVE STE 120 NEW YORK, NY 10017-4003 | | 02/23/2024 | Suppliers or Vendors | $3,792.10 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/04/2024 | Suppliers or Vendors | $6,335.01 |
| | | 03/28/2024 | Suppliers or Vendors | $1,164.46 |
| | | 04/12/2024 | Suppliers or Vendors | $6,413.22 |
| | | 05/02/2024 | Suppliers or Vendors | $3,076.26 |
| | | | **SUBTOTAL** | **$20,781.05** |
| JAKS LLC<br>C/O HAN MOK KIM<br>16607 HARBOUR TOWN DRIVE<br>ASHTON, MD 20861-4082 | | 03/04/2024 | Other- Rent | $28,804.05 |
| | | 03/29/2024 | Other- Rent | $28,804.05 |
| | | 04/30/2024 | Other- Rent | $28,804.05 |
| | | | **SUBTOTAL** | **$86,412.15** |
| JAL ENTERPRISES INC<br>ATTN JULIAN LEONG<br>RL1 0354<br>4571 ANGUS DRIVE<br>VANCOUVER, BC V6J 4J4<br>CANADA | | 03/04/2024 | Other- Rent | $20,045.20 |
| | | 03/29/2024 | Other- Rent | $20,045.20 |
| | | 04/30/2024 | Other- Rent | $20,045.20 |
| | | | **SUBTOTAL** | **$60,135.60** |
| JAMES CAMPBELL COMPANY LLC<br>DBA JCC CALIFORNIA PROPERTIES LLC<br>FILE 50349<br>LOS ANGELES, CA 900740349 | | 03/01/2024 | Other- Rent | $17,193.00 |
| | | 04/01/2024 | Other- Rent | $17,305.00 |
| | | 04/30/2024 | Other- Rent | $17,305.00 |
| | | | **SUBTOTAL** | **$51,803.00** |
| JAMES KHEZRIE<br>DBA EASTRIDGE MALL LP<br>ATTN MALL MANAGEMENT OFFICE<br>246 NORTH NEW HOPE RD PO BOX 5246<br>GASTONIA, NC 28054-0045 | | 03/04/2024 | Other- Rent | $10,980.99 |
| | | 03/28/2024 | Other- Rent | $510.71 |
| | | 03/29/2024 | Other- Rent | $10,470.28 |
| | | 04/30/2024 | Other- Rent | $10,980.99 |
| | | | **SUBTOTAL** | **$32,942.97** |
| JAYS LAWN & LANDSCAPE SERVICES LLC<br>PO BOX 137<br>OXFORD, MI 48371-0137 | | 02/23/2024 | Suppliers or Vendors | $1,366.75 |
| | | 03/13/2024 | Suppliers or Vendors | $13,554.16 |
| | | 04/26/2024 | Suppliers or Vendors | $12,509.85 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/02/2024 | Suppliers or Vendors | $12,163.43 |
| | | | **SUBTOTAL** | **$39,594.19** |
| JC ROYAL REPAIRS INC<br>473 DOANE AVENUE<br>STATEN ISLAND, NY 10308 | | 02/20/2024 | Suppliers or Vendors | $2,751.71 |
| | | 03/08/2024 | Suppliers or Vendors | $4,443.57 |
| | | 03/28/2024 | Suppliers or Vendors | $14,707.65 |
| | | 04/25/2024 | Suppliers or Vendors | $13,437.98 |
| | | 05/02/2024 | Suppliers or Vendors | $1,193.10 |
| | | | **SUBTOTAL** | **$36,534.01** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $32,598.48 |
| | | 03/29/2024 | Other- Rent | $32,598.48 |
| | | 04/30/2024 | Other- Rent | $32,598.48 |
| | | | **SUBTOTAL** | **$97,795.44** |
| JEANNETTE D GERMANN<br>DBA STONE LAND LLC<br>4170 HARRODSBURG ROAD<br>DANVILLE, KY 40422 | | 03/04/2024 | Other- Rent | $33,127.51 |
| | | 03/29/2024 | Other- Rent | $33,127.51 |
| | | 04/30/2024 | Other- Rent | $33,127.51 |
| | | | **SUBTOTAL** | **$99,382.53** |
| JFCF INVEST-3 LLC<br>20 HARRISON AVE<br>WALDWICK, NJ 07463-1757 | | 03/04/2024 | Other- Rent | $32,104.37 |
| | | 03/29/2024 | Other- Rent | $32,104.37 |
| | | 04/30/2024 | Other- Rent | $13,791.94 |
| | | | **SUBTOTAL** | **$78,000.68** |
| JH DREYFUS LLC<br>PO BOX 481149<br>DELRAY BEACH, FL 33448-1149 | | 03/04/2024 | Other- Rent | $5,949.77 |
| | | 03/29/2024 | Other- Rent | $5,949.77 |
| | | 04/30/2024 | Other- Rent | $5,949.77 |
| | | | **SUBTOTAL** | **$17,849.31** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $16,391.47 |
| | | 03/29/2024 | Other- Rent | $16,391.47 |
| | | 04/30/2024 | Other- Rent | $16,391.47 |
| | | | **SUBTOTAL** | **$49,174.41** |
| JOE AMATO EAST END CENTRE LP<br>272 E END CTR<br>WILKES BARRE, PA 18702-6970 | | 02/29/2024 | Other- Rent | $7,500.00 |
| | | 04/03/2024 | Other- Rent | $7,500.00 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/01/2024 | Other- Rent | $7,500.00 |
| | | | **SUBTOTAL** | **$22,500.00** |
| JOHN H BURROWS INC DBA BONANZA PRODUCE CO PO BOX 604 SPARKS, NV 89432 | | 02/20/2024 | Suppliers or Vendors | $761.82 |
| | | 02/23/2024 | Suppliers or Vendors | $470.30 |
| | | 02/27/2024 | Suppliers or Vendors | $1,252.81 |
| | | 03/04/2024 | Suppliers or Vendors | $657.95 |
| | | 03/06/2024 | Suppliers or Vendors | $821.07 |
| | | 03/08/2024 | Suppliers or Vendors | $585.56 |
| | | 03/12/2024 | Suppliers or Vendors | $1,115.40 |
| | | 03/14/2024 | Suppliers or Vendors | $416.27 |
| | | 03/18/2024 | Suppliers or Vendors | $541.57 |
| | | 03/21/2024 | Suppliers or Vendors | $617.78 |
| | | 03/25/2024 | Suppliers or Vendors | $930.24 |
| | | 03/28/2024 | Suppliers or Vendors | $546.44 |
| | | 04/01/2024 | Suppliers or Vendors | $786.87 |
| | | 04/04/2024 | Suppliers or Vendors | $559.01 |
| | | 04/08/2024 | Suppliers or Vendors | $729.22 |
| | | 04/12/2024 | Suppliers or Vendors | $712.55 |
| | | 04/15/2024 | Suppliers or Vendors | $639.55 |
| | | 05/06/2024 | Suppliers or Vendors | $42.98 |
| | | 05/08/2024 | Suppliers or Vendors | $635.10 |
| | | 05/13/2024 | Suppliers or Vendors | $763.86 |
| | | 05/15/2024 | Suppliers or Vendors | $569.21 |
| | | | **SUBTOTAL** | **$14,155.56** |
| JOHNSON CONTROLS US HOLDINGS LLC DBA JOHNSON CONTROLS SECURITY SOLUTIONS LLC DEPT CH 14324 PALATINE, IL 60055-4324 | | 02/23/2024 | Suppliers or Vendors | $75,129.92 |
| | | 03/04/2024 | Suppliers or Vendors | $512,867.80 |
| | | 03/08/2024 | Suppliers or Vendors | $2,215.39 |
| | | 03/13/2024 | Suppliers or Vendors | $9,687.21 |
| | | 03/21/2024 | Suppliers or Vendors | $3,012.05 |
| | | 03/22/2024 | Suppliers or Vendors | $2,366.24 |
| | | 03/28/2024 | Suppliers or Vendors | $5,284.84 |
| | | 04/10/2024 | Suppliers or Vendors | $55.00 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/11/2024 | Suppliers or Vendors | $50,256.62 |
| | | 04/12/2024 | Suppliers or Vendors | $3,517.87 |
| | | 04/18/2024 | Suppliers or Vendors | $206,554.87 |
| | | 04/25/2024 | Suppliers or Vendors | $430,406.94 |
| | | 04/30/2024 | Suppliers or Vendors | $3,364.58 |
| | | 05/02/2024 | Suppliers or Vendors | $360.57 |
| | | 05/19/2024 | Suppliers or Vendors | $744,592.90 |
| | | | **SUBTOTAL** | **$2,049,672.80** |
| JOHNSONS TRAILER PARKS LLC<br>16 TWIN ACRES DR<br>KALISPELL, MT 59901-7536 | | 03/04/2024 | Other- Rent | $20,665.11 |
| | | 03/29/2024 | Other- Rent | $20,665.11 |
| | | | **SUBTOTAL** | **$41,330.22** |
| JO-LYN MANAGEMENT CORP<br>C/O LYN-JO WASHINGTON LLC<br>C/O NEXBANK SSB<br>ATTN LOAN DEPT 2515<br>MCKINNEY AVENUE SUITE 1100<br>DALLAS, TX 75201-1945 | | 03/04/2024 | Other- Rent | $43,758.71 |
| | | 03/29/2024 | Other- Rent | $43,758.71 |
| | | 04/30/2024 | Other- Rent | $43,758.71 |
| | | | **SUBTOTAL** | **$131,276.13** |
| JONES LANG LASALLE<br>AMERICAS INC<br>PO BOX 95028<br>CHICAGO, IL 60690-7217 | | 04/04/2024 | Suppliers or Vendors | $18,000.00 |
| | | | **SUBTOTAL** | **$18,000.00** |
| JOSE PEREZ<br>DBA JOSE SMYRNA OWNER LLC<br>118 KNICKERBOCKER AVE<br>BROOKLYN, NY 11237-1803 | | 03/11/2024 | Other- Rent | $7,290.79 |
| | | 04/05/2024 | Other- Rent | $7,290.79 |
| | | 05/14/2024 | Other- Rent | $7,290.79 |
| | | | **SUBTOTAL** | **$21,872.37** |
| JOSEPH EL SINEITTI<br>DBA JE FUEL LLC<br>845 AHWAHNEE DRIVE<br>MILLBRAE, CA 94030 | | 03/04/2024 | Other- Rent | $30,138.98 |
| | | 03/29/2024 | Other- Rent | $30,138.98 |
| | | 04/30/2024 | Other- Rent | $30,138.98 |
| | | | **SUBTOTAL** | **$90,416.94** |
| JOSEPH GAROFALO<br>DBA JOSEPH J GAROFALO 2017<br>TRUST<br>7 EXETER DR<br>MARLBORO, NJ 07746-2732 | | 03/04/2024 | Other- Rent | $12,354.83 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $12,354.83 |
| | | | **SUBTOTAL** | **$24,709.66** |
| JPA LANDSCAPE AND CONSTRUCTION INC DBA SEQUOIA LANDSCAPE SPECIALTIES PO BOX 1292 PLEASANTON, CA 94566 | | 03/04/2024 | Suppliers or Vendors | $3,216.44 |
| | | 03/13/2024 | Suppliers or Vendors | $4,828.17 |
| | | 03/28/2024 | Suppliers or Vendors | $782.29 |
| | | 05/02/2024 | Suppliers or Vendors | $1,169.79 |
| | | | **SUBTOTAL** | **$9,996.69** |
| JPS REALTY MANAGEMENT LLC C/O JOHN SHEEHAN 2130 WILLIAMSBRIDGE ROAD #1-G BRONX, NY 10461-1620 | | 03/04/2024 | Other- Rent | $18,815.23 |
| | | 03/29/2024 | Other- Rent | $18,815.23 |
| | | 04/30/2024 | Other- Rent | $18,815.23 |
| | | | **SUBTOTAL** | **$56,445.69** |
| JRS PLUMBING AND DRAIN 101 W AMERICAN CANYON RD STE 508-119 AMERICAN CANYON, CA 94503-1162 | | 04/01/2024 | Suppliers or Vendors | $7,332.00 |
| | | 05/07/2024 | Suppliers or Vendors | $18,364.00 |
| | | | **SUBTOTAL** | **$25,696.00** |
| JSSA VENTURES INC FKA KFC OF JACKSON HOLE INC 4020 E 6TH AVENUE PKWY DENVER, CO 80220-4905 | | 03/04/2024 | Other- Rent | $17,076.79 |
| | | 03/29/2024 | Other- Rent | $17,076.79 |
| | | 04/30/2024 | Other- Rent | $17,076.79 |
| | | | **SUBTOTAL** | **$51,230.37** |
| JTN-RL LLC 9984 SCRIPPS RANCH BLVD #284 SAN DIEGO, CA 92131 | | 03/04/2024 | Other- Rent | $21,742.04 |
| | | 03/29/2024 | Other- Rent | $21,742.04 |
| | | 04/30/2024 | Other- Rent | $21,742.04 |
| | | | **SUBTOTAL** | **$65,226.12** |
| JUAN PEREZ DBA JUAN SMYRNA OWNER LLC 118 KNICKERBOCKER AVE BROOKLYN, NY 11237-1803 | | 03/11/2024 | Other- Rent | $14,581.58 |
| | | 04/05/2024 | Other- Rent | $14,581.58 |
| | | 05/14/2024 | Other- Rent | $14,581.58 |
| | | | **SUBTOTAL** | **$43,744.74** |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| K & D MAINTENANCE COMPANY LLC 670 MERIDIAN WAY STE 294 WESTERVILLE, OH 43082-2307 | | 03/08/2024 | Suppliers or Vendors | $9,600.00 |
| | | 03/28/2024 | Suppliers or Vendors | $7,900.00 |
| | | | SUBTOTAL | **$17,500.00** |
| KAISER PERMANENTE | | 03/14/2024 | Suppliers or Vendors | $137,869.84 |
| | | 04/16/2024 | Suppliers or Vendors | $138,024.51 |
| | | | SUBTOTAL | **$275,894.35** |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $13,508.25 |
| | | 03/29/2024 | Other- Rent | $13,508.25 |
| | | | SUBTOTAL | **$27,016.50** |
| KANTOR & SMITH LLC DBA ON-IT CONSTRUCTION 3909 W DE LEON ST TAMPA, FL 33609-4414 | | 02/20/2024 | Suppliers or Vendors | $29,470.00 |
| | | 02/23/2024 | Suppliers or Vendors | $300.00 |
| | | 03/04/2024 | Suppliers or Vendors | $4,650.00 |
| | | 03/08/2024 | Suppliers or Vendors | $30,325.00 |
| | | 03/13/2024 | Suppliers or Vendors | $24,105.00 |
| | | 03/21/2024 | Suppliers or Vendors | $7,915.00 |
| | | 03/28/2024 | Suppliers or Vendors | $37,620.00 |
| | | 04/04/2024 | Suppliers or Vendors | $5,905.00 |
| | | 04/18/2024 | Suppliers or Vendors | $455.00 |
| | | 04/25/2024 | Suppliers or Vendors | $21,485.00 |
| | | 05/02/2024 | Suppliers or Vendors | $22,870.00 |
| | | 05/16/2024 | Suppliers or Vendors | $45,375.00 |
| | | | SUBTOTAL | **$230,475.00** |
| NAME ON FILE ADDRESS ON FILE | | 03/08/2024 | Other- Rent | $9,000.00 |
| | | 04/17/2024 | Other- Rent | $9,000.00 |
| | | 05/13/2024 | Other- Rent | $9,000.00 |
| | | | SUBTOTAL | **$27,000.00** |
| KATHLEEN P CRABTREE DBA CRABTREE PROPERTY MAINTENANCE LLC 7486 MYRTLE TRL SAN ANTONIO, TX 78244-2236 | | 02/23/2024 | Suppliers or Vendors | $1,753.65 |
| | | 03/08/2024 | Suppliers or Vendors | $1,493.85 |
| | | 03/28/2024 | Suppliers or Vendors | $11,245.55 |
| | | 04/11/2024 | Suppliers or Vendors | $5,674.03 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$20,167.08** |
| KAUTZ CONSTRUCTION COMPANY<br>1262 LOOP ROAD<br>LANCASTER, PA 17601-3114 | | 03/08/2024 | Suppliers or Vendors | $45,603.00 |
| | | 03/28/2024 | Suppliers or Vendors | $22,767.00 |
| | | | **SUBTOTAL** | **$68,370.00** |
| KB RIVERDALE LLC<br>2743 PERIMETER PARKWAY<br>BUILDING 100<br>SUITE 370<br>AUGUSTA, GA 30909 | | 02/29/2024 | Other- Rent | $9,391.17 |
| | | 04/02/2024 | Other- Rent | $9,391.17 |
| | | 04/30/2024 | Other- Rent | $9,391.17 |
| | | | **SUBTOTAL** | **$28,173.51** |
| KEATHLEY SERVICE CO INC<br>196 MAJESTIC CIRCLE<br>MAUMELLE, AR 72113 | | 03/04/2024 | Suppliers or Vendors | $969.31 |
| | | 03/21/2024 | Suppliers or Vendors | $6,495.03 |
| | | 04/04/2024 | Suppliers or Vendors | $922.00 |
| | | 05/02/2024 | Suppliers or Vendors | $1,772.09 |
| | | | **SUBTOTAL** | **$10,158.43** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $9,449.57 |
| | | 03/29/2024 | Other- Rent | $9,449.57 |
| | | 04/30/2024 | Other- Rent | $9,449.57 |
| | | | **SUBTOTAL** | **$28,348.71** |
| KEGELS PRODUCE INC<br>PO BOX 4682<br>LANCASTER, PA 17604 | | 02/20/2024 | Suppliers or Vendors | $26,875.51 |
| | | 02/22/2024 | Suppliers or Vendors | $1,824.52 |
| | | 02/23/2024 | Suppliers or Vendors | $17,246.95 |
| | | 02/26/2024 | Suppliers or Vendors | $605.22 |
| | | 02/27/2024 | Suppliers or Vendors | $27,952.90 |
| | | 02/28/2024 | Suppliers or Vendors | $553.35 |
| | | 03/04/2024 | Suppliers or Vendors | $9,202.13 |
| | | 03/06/2024 | Suppliers or Vendors | $29,997.26 |
| | | 03/08/2024 | Suppliers or Vendors | $10,270.39 |
| | | 03/11/2024 | Suppliers or Vendors | $1,663.91 |
| | | 03/12/2024 | Suppliers or Vendors | $28,413.12 |
| | | 03/14/2024 | Suppliers or Vendors | $10,238.80 |
| | | 03/15/2024 | Suppliers or Vendors | $825.46 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/18/2024 | Suppliers or Vendors | $26,923.45 |
| | | 03/21/2024 | Suppliers or Vendors | $9,805.15 |
| | | 03/22/2024 | Suppliers or Vendors | $506.94 |
| | | 03/25/2024 | Suppliers or Vendors | $25,818.66 |
| | | 03/26/2024 | Suppliers or Vendors | $847.23 |
| | | 03/28/2024 | Suppliers or Vendors | $8,964.65 |
| | | 03/29/2024 | Suppliers or Vendors | $578.94 |
| | | 04/01/2024 | Suppliers or Vendors | $27,378.44 |
| | | 04/04/2024 | Suppliers or Vendors | $9,085.63 |
| | | 04/05/2024 | Suppliers or Vendors | $745.21 |
| | | 04/08/2024 | Suppliers or Vendors | $26,819.06 |
| | | 04/09/2024 | Suppliers or Vendors | $104.65 |
| | | 04/11/2024 | Suppliers or Vendors | $9,056.85 |
| | | 04/12/2024 | Suppliers or Vendors | $1,108.09 |
| | | 04/15/2024 | Suppliers or Vendors | $25,429.79 |
| | | 04/16/2024 | Suppliers or Vendors | $267.97 |
| | | 04/18/2024 | Suppliers or Vendors | $8,058.55 |
| | | 04/19/2024 | Suppliers or Vendors | $1,091.72 |
| | | 04/22/2024 | Suppliers or Vendors | $24,580.52 |
| | | 04/25/2024 | Suppliers or Vendors | $7,640.35 |
| | | 04/26/2024 | Suppliers or Vendors | $422.46 |
| | | 04/29/2024 | Suppliers or Vendors | $26,719.11 |
| | | 05/02/2024 | Suppliers or Vendors | $9,089.52 |
| | | 05/03/2024 | Suppliers or Vendors | $765.37 |
| | | 05/06/2024 | Suppliers or Vendors | $22,328.43 |
| | | 05/07/2024 | Suppliers or Vendors | $1,143.83 |
| | | 05/09/2024 | Suppliers or Vendors | $7,978.60 |
| | | 05/10/2024 | Suppliers or Vendors | $887.37 |
| | | 05/13/2024 | Suppliers or Vendors | $21,877.92 |
| | | 05/15/2024 | Suppliers or Vendors | $1,985.79 |
| | | 05/16/2024 | Suppliers or Vendors | $8,591.74 |
| | | | **SUBTOTAL** | **$482,271.51** |
| KELLEYS SERVICES INC<br>3281 HALF MOON VALLEY ROAD<br>WARRIORS MARK, PA 16877 | | 03/04/2024 | Suppliers or Vendors | $900.00 |
| | | 03/28/2024 | Suppliers or Vendors | $5,713.00 |
| | | 04/25/2024 | Suppliers or Vendors | $2,398.00 |

Debtor Name:  Red Lobster Management LLC                                                                          Case Number:   24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$9,011.00** |
| KELSO RL PROPERTY LLC C/O FRANCIS C KASTER MEMBER 412 NORTH ST YREKA, CA 96097-2313 | | 03/04/2024 | Other- Rent | $11,667.46 |
| | | 03/29/2024 | Other- Rent | $11,667.46 |
| | | 04/30/2024 | Other- Rent | $11,667.46 |
| | | | **SUBTOTAL** | **$35,002.38** |
| KENNEDY MALL LTD PO BOX 7535 CAROL STREAM, IL 60197-7535 | | 03/01/2024 | Other- Rent | $10,070.22 |
| | | 04/03/2024 | Other- Rent | $10,070.22 |
| | | 04/22/2024 | Other- Rent | $18,952.06 |
| | | 05/06/2024 | Other- Rent | $10,070.22 |
| | | | **SUBTOTAL** | **$49,162.72** |
| KENNETH O LESTER COMPANY INC DBA PFG CUSTOMIZED DISTRIBUTION PO BOX 933457 ATLANTA, GA 31193-3457 | | 02/20/2024 | Suppliers or Vendors | $4,780,165.07 |
| | | 02/21/2024 | Suppliers or Vendors | $2,880,106.10 |
| | | 02/22/2024 | Suppliers or Vendors | $1,274,787.98 |
| | | 02/23/2024 | Suppliers or Vendors | $3,757,940.84 |
| | | 02/26/2024 | Suppliers or Vendors | $3,271,351.03 |
| | | 02/27/2024 | Suppliers or Vendors | $3,814,314.36 |
| | | 02/28/2024 | Suppliers or Vendors | $4,047,859.85 |
| | | 02/29/2024 | Suppliers or Vendors | $1,389,304.58 |
| | | 03/04/2024 | Suppliers or Vendors | $5,245,159.66 |
| | | 03/06/2024 | Suppliers or Vendors | $5,935,887.45 |
| | | 03/07/2024 | Suppliers or Vendors | $1,142,587.35 |
| | | 03/08/2024 | Suppliers or Vendors | $2,737,185.78 |
| | | 03/11/2024 | Suppliers or Vendors | $2,612,766.09 |
| | | 03/12/2024 | Suppliers or Vendors | $5,932,665.32 |
| | | 03/13/2024 | Suppliers or Vendors | $1,260,486.81 |
| | | 03/14/2024 | Suppliers or Vendors | $3,109,043.98 |
| | | 03/15/2024 | Suppliers or Vendors | $2,959,124.39 |
| | | 03/18/2024 | Suppliers or Vendors | $3,243,054.63 |
| | | 03/19/2024 | Suppliers or Vendors | $3,389,240.66 |
| | | 03/20/2024 | Suppliers or Vendors | $1,203,966.19 |
| | | 03/21/2024 | Suppliers or Vendors | $3,036,315.84 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/22/2024 | Suppliers or Vendors | $2,859,387.36 |
| | | 03/25/2024 | Suppliers or Vendors | $3,046,003.81 |
| | | 03/26/2024 | Suppliers or Vendors | $3,153,888.52 |
| | | 03/27/2024 | Suppliers or Vendors | $1,144,064.85 |
| | | 03/28/2024 | Suppliers or Vendors | $2,686,108.85 |
| | | 03/29/2024 | Suppliers or Vendors | $2,435,169.16 |
| | | 04/01/2024 | Suppliers or Vendors | $2,805,655.29 |
| | | 04/02/2024 | Suppliers or Vendors | $2,798,475.67 |
| | | 04/03/2024 | Suppliers or Vendors | $1,045,942.38 |
| | | 04/04/2024 | Suppliers or Vendors | $2,695,778.52 |
| | | 04/05/2024 | Suppliers or Vendors | $2,314,337.95 |
| | | 04/08/2024 | Suppliers or Vendors | $2,459,335.23 |
| | | 04/09/2024 | Suppliers or Vendors | $2,667,403.44 |
| | | 04/10/2024 | Suppliers or Vendors | $1,061,213.99 |
| | | 04/11/2024 | Suppliers or Vendors | $2,448,514.64 |
| | | 04/12/2024 | Suppliers or Vendors | $2,438,663.17 |
| | | 04/15/2024 | Suppliers or Vendors | $2,504,459.85 |
| | | 04/16/2024 | Suppliers or Vendors | $2,639,857.45 |
| | | 04/17/2024 | Suppliers or Vendors | $1,061,927.46 |
| | | 04/18/2024 | Suppliers or Vendors | $2,475,507.29 |
| | | 04/19/2024 | Suppliers or Vendors | $2,613,919.80 |
| | | 04/22/2024 | Suppliers or Vendors | $2,429,895.78 |
| | | 04/23/2024 | Suppliers or Vendors | $2,452,170.09 |
| | | 04/24/2024 | Suppliers or Vendors | $880,525.72 |
| | | 04/25/2024 | Suppliers or Vendors | $2,243,627.42 |
| | | 04/26/2024 | Suppliers or Vendors | $2,258,140.06 |
| | | 04/29/2024 | Suppliers or Vendors | $2,180,401.86 |
| | | 04/30/2024 | Suppliers or Vendors | $2,355,693.09 |
| | | 05/01/2024 | Suppliers or Vendors | $865,082.95 |
| | | 05/02/2024 | Suppliers or Vendors | $2,302,509.13 |
| | | 05/03/2024 | Suppliers or Vendors | $2,223,783.38 |
| | | 05/06/2024 | Suppliers or Vendors | $2,140,614.67 |
| | | 05/07/2024 | Suppliers or Vendors | $2,345,351.81 |
| | | 05/08/2024 | Suppliers or Vendors | $890,765.14 |
| | | 05/09/2024 | Suppliers or Vendors | $2,240,634.64 |
| | | 05/10/2024 | Suppliers or Vendors | $2,216,586.57 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/13/2024 | Suppliers or Vendors | $2,251,826.08 |
| | | 05/14/2024 | Suppliers or Vendors | $2,556,047.42 |
| | | 05/15/2024 | Suppliers or Vendors | $998,196.45 |
| | | 05/16/2024 | Suppliers or Vendors | $2,606,055.81 |
| | | | **SUBTOTAL** | **$154,816,836.71** |
| KESSIMAKIS PRODUCE CO INC<br>PO BOX 2310<br>SALT LAKE CITY, UT 841102310 | | 02/20/2024 | Suppliers or Vendors | $1,654.41 |
| | | 02/21/2024 | Suppliers or Vendors | $1,122.80 |
| | | 02/23/2024 | Suppliers or Vendors | $2,887.30 |
| | | 02/27/2024 | Suppliers or Vendors | $3,009.86 |
| | | 02/28/2024 | Suppliers or Vendors | $294.07 |
| | | 03/04/2024 | Suppliers or Vendors | $2,001.69 |
| | | 03/06/2024 | Suppliers or Vendors | $3,384.73 |
| | | 03/08/2024 | Suppliers or Vendors | $1,751.42 |
| | | 03/12/2024 | Suppliers For Vendors | $3,310.35 |
| | | 03/14/2024 | Suppliers or Vendors | $864.95 |
| | | 03/18/2024 | Suppliers or Vendors | $2,002.94 |
| | | 03/19/2024 | Suppliers or Vendors | $1,347.23 |
| | | 03/21/2024 | Suppliers or Vendors | $1,516.84 |
| | | 03/25/2024 | Suppliers or Vendors | $2,851.58 |
| | | 03/26/2024 | Suppliers or Vendors | $794.96 |
| | | 03/28/2024 | Suppliers or Vendors | $673.35 |
| | | 04/01/2024 | Suppliers or Vendors | $1,906.84 |
| | | 04/02/2024 | Suppliers or Vendors | $1,187.99 |
| | | 04/04/2024 | Suppliers or Vendors | $1,174.08 |
| | | 04/05/2024 | Suppliers or Vendors | $446.21 |
| | | 04/08/2024 | Suppliers or Vendors | $2,444.14 |
| | | 04/09/2024 | Suppliers or Vendors | $1,377.06 |
| | | 04/11/2024 | Suppliers or Vendors | $1,647.66 |
| | | 04/15/2024 | Suppliers or Vendors | $1,060.65 |
| | | 04/16/2024 | Suppliers or Vendors | $1,114.60 |
| | | 04/18/2024 | Suppliers or Vendors | $1,834.26 |
| | | 04/22/2024 | Suppliers or Vendors | $1,741.35 |
| | | 04/23/2024 | Suppliers or Vendors | $1,233.97 |
| | | 04/25/2024 | Suppliers or Vendors | $1,550.09 |
| | | 04/29/2024 | Suppliers or Vendors | $863.56 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/30/2024 | Suppliers or Vendors | $1,715.17 |
| | | 05/02/2024 | Suppliers or Vendors | $1,392.21 |
| | | 05/06/2024 | Suppliers or Vendors | $1,574.61 |
| | | 05/07/2024 | Suppliers or Vendors | $1,467.47 |
| | | 05/09/2024 | Suppliers or Vendors | $2,508.80 |
| | | 05/13/2024 | Suppliers or Vendors | $1,881.02 |
| | | 05/14/2024 | Suppliers or Vendors | $1,735.52 |
| | | 05/16/2024 | Suppliers or Vendors | $897.34 |
| | | | **SUBTOTAL** | **$62,223.08** |
| KEYSER FLOORING 1 LP<br>OXI FRESH CARPET CLEANING<br>PO BOX 440100<br>SAINT LOUIS, MO 63144-4100 | | 02/27/2024 | Suppliers or Vendors | $18,370.60 |
| | | 03/12/2024 | Suppliers or Vendors | $970.00 |
| | | 03/28/2024 | Suppliers or Vendors | $3,066.92 |
| | | 05/13/2024 | Suppliers or Vendors | $588.50 |
| | | | **SUBTOTAL** | **$22,996.02** |
| KEYSTONE FIESTA PLAZA LLC<br>3776 N 1ST AVE STE 200<br>TUCSON, AZ 85719-1610 | | 03/04/2024 | Other- Rent | $18,825.26 |
| | | 03/28/2024 | Other- Rent | $3,569.09 |
| | | 03/29/2024 | Other- Rent | $15,256.17 |
| | | 04/09/2024 | Other- Rent | $21,278.01 |
| | | 04/30/2024 | Other- Rent | $18,825.26 |
| | | | **SUBTOTAL** | **$77,753.79** |
| KFORCE INC<br>PO BOX 277997<br>ATLANTA, GA 30384-7997 | | 02/26/2024 | Suppliers or Vendors | $4,960.00 |
| | | 03/18/2024 | Suppliers or Vendors | $17,856.00 |
| | | 04/30/2024 | Suppliers or Vendors | $5,425.00 |
| | | 05/19/2024 | Suppliers or Vendors | $24,552.00 |
| | | | **SUBTOTAL** | **$52,793.00** |
| KIMBALL & THOMPSON<br>PRODUCE CO INC<br>305 S LINCOLN<br>LOWELL, AR 72745 | | 02/20/2024 | Suppliers or Vendors | $5,025.30 |
| | | 02/21/2024 | Suppliers or Vendors | $3,841.81 |
| | | 02/23/2024 | Suppliers or Vendors | $990.27 |
| | | 02/26/2024 | Suppliers or Vendors | $2,854.88 |
| | | 02/27/2024 | Suppliers or Vendors | $4,782.86 |
| | | 02/28/2024 | Suppliers or Vendors | $2,368.17 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/04/2024 | Suppliers or Vendors | $3,604.99 |
| | | 03/06/2024 | Suppliers or Vendors | $7,732.33 |
| | | 03/08/2024 | Suppliers or Vendors | $1,603.51 |
| | | 03/11/2024 | Suppliers or Vendors | $1,671.79 |
| | | 03/12/2024 | Suppliers or Vendors | $5,377.91 |
| | | 03/14/2024 | Suppliers or Vendors | $1,902.41 |
| | | 03/15/2024 | Suppliers or Vendors | $847.39 |
| | | 03/18/2024 | Suppliers or Vendors | $4,185.11 |
| | | 03/19/2024 | Suppliers or Vendors | $3,626.00 |
| | | 03/21/2024 | Suppliers or Vendors | $1,567.36 |
| | | 03/22/2024 | Suppliers or Vendors | $1,135.68 |
| | | 03/25/2024 | Suppliers or Vendors | $4,213.53 |
| | | 03/26/2024 | Suppliers or Vendors | $2,477.08 |
| | | 03/28/2024 | Suppliers or Vendors | $1,205.15 |
| | | 03/29/2024 | Suppliers or Vendors | $1,549.12 |
| | | 04/01/2024 | Suppliers or Vendors | $3,750.52 |
| | | 04/02/2024 | Suppliers or Vendors | $2,379.01 |
| | | 04/04/2024 | Suppliers or Vendors | $1,503.86 |
| | | 04/05/2024 | Suppliers or Vendors | $894.05 |
| | | 04/08/2024 | Suppliers or Vendors | $5,308.32 |
| | | 04/09/2024 | Suppliers or Vendors | $2,849.82 |
| | | 04/11/2024 | Suppliers or Vendors | $1,131.15 |
| | | 04/12/2024 | Suppliers or Vendors | $1,159.91 |
| | | 04/15/2024 | Suppliers or Vendors | $3,105.90 |
| | | 04/16/2024 | Suppliers or Vendors | $2,182.32 |
| | | 04/18/2024 | Suppliers or Vendors | $1,357.85 |
| | | 04/19/2024 | Suppliers or Vendors | $673.46 |
| | | 04/22/2024 | Suppliers or Vendors | $3,401.83 |
| | | 04/23/2024 | Suppliers or Vendors | $3,889.83 |
| | | 04/25/2024 | Suppliers or Vendors | $1,029.43 |
| | | 04/26/2024 | Suppliers or Vendors | $777.18 |
| | | 04/29/2024 | Suppliers or Vendors | $3,041.02 |
| | | 04/30/2024 | Suppliers or Vendors | $3,134.17 |
| | | 05/02/2024 | Suppliers or Vendors | $1,014.17 |
| | | 05/03/2024 | Suppliers or Vendors | $1,303.76 |
| | | 05/06/2024 | Suppliers or Vendors | $2,730.96 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/07/2024 | Suppliers or Vendors | $3,228.70 |
| | | 05/08/2024 | Suppliers or Vendors | $602.93 |
| | | 05/09/2024 | Suppliers or Vendors | $1,223.87 |
| | | 05/10/2024 | Suppliers or Vendors | $1,253.05 |
| | | 05/13/2024 | Suppliers or Vendors | $3,557.02 |
| | | 05/14/2024 | Suppliers or Vendors | $2,904.74 |
| | | 05/16/2024 | Suppliers or Vendors | $688.43 |
| | | | **SUBTOTAL** | **$122,639.91** |
| KIMCO REALTY CORPORATION DBA NORTH VALLEY PLAZA LLC PO BOX 30344 TAMPA, FL 33630-3344 | | 02/27/2024 | Other- Rent | $18,528.47 |
| | | 03/04/2024 | Other- Rent | $66,860.77 |
| | | 03/12/2024 | Other- Rent | $12,028.74 |
| | | 04/01/2024 | Other- Rent | $49,705.60 |
| | | 04/03/2024 | Other- Rent | $29,183.91 |
| | | 05/15/2024 | Other- Rent | $10,201.66 |
| | | | **SUBTOTAL** | **$186,509.15** |
| KIN PROPERTIES INC 185 NW SPANISH RIVER BLVD BOCA RATON, FL 33431-4227 | | 02/28/2024 | Other- Rent | $25,139.35 |
| | | 04/02/2024 | Other- Rent | $25,139.35 |
| | | 04/30/2024 | Other- Rent | $25,139.35 |
| | | | **SUBTOTAL** | **$75,418.05** |
| KINETICO INCORPORATED DBA KINETICO QUALITY WATER SYSTEMS 9765 BASIL WESTERN ROAD CANAL WINCHESTER, OH 43110 | | 02/20/2024 | Suppliers or Vendors | $46,290.40 |
| | | 03/04/2024 | Suppliers or Vendors | $10,284.44 |
| | | 03/08/2024 | Suppliers or Vendors | $2,122.49 |
| | | 03/21/2024 | Suppliers or Vendors | $20,061.30 |
| | | 03/28/2024 | Suppliers or Vendors | $4,097.47 |
| | | 04/25/2024 | Suppliers or Vendors | $545.91 |
| | | 04/26/2024 | Suppliers or Vendors | $10,404.99 |
| | | 05/02/2024 | Suppliers or Vendors | $4,844.99 |
| | | | **SUBTOTAL** | **$98,651.99** |
| KING APPLIANCE LLC 15 SUNRISE CIR CONNELLSVILLE, PA 15425-9704 | | 02/27/2024 | Suppliers or Vendors | $54,414.88 |
| | | 03/12/2024 | Suppliers or Vendors | $2,355.86 |
| | | 03/28/2024 | Suppliers or Vendors | $11,840.00 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/04/2024 | Suppliers or Vendors | $15,050.74 |
| | | 04/18/2024 | Suppliers or Vendors | $36,440.28 |
| | | 05/02/2024 | Suppliers or Vendors | $7,938.40 |
| | | | SUBTOTAL | $128,040.16 |
| KING OF PRUSSIA PA RETAIL LLC C/O GERSHENSON REALTY AND INVESTMENT LLC 31500 NORTHWESTERN HWY STE 100 FARMINGTON HILLS, MI 48334-2568 | | 03/04/2024 | Other- Rent | $25,574.66 |
| | | 03/29/2024 | Other- Rent | $25,574.66 |
| | | 04/30/2024 | Other- Rent | $25,574.66 |
| | | | SUBTOTAL | $76,723.98 |
| KIR COPIAGUE LP PO BOX 30344 TAMPA, FL 33630-3344 | | 02/28/2024 | Other- Rent | $26,714.40 |
| | | 04/01/2024 | Other- Rent | $26,740.06 |
| | | 05/14/2024 | Other- Rent | $26,740.06 |
| | | | SUBTOTAL | $80,194.52 |
| KISAN B CHAVAN DBA KUNDAN CHAVAN TRUSTEE OF THE KISAN & KUNDAN CHAVAN LVG TRUST 1500 E OCEAN BLVD UNIT 614 LONG BEACH, CA 90802-6931 | | 03/04/2024 | Other- Rent | $31,122.12 |
| | | 03/29/2024 | Other- Rent | $31,122.12 |
| | | 04/30/2024 | Other- Rent | $31,122.12 |
| | | | SUBTOTAL | $93,366.36 |
| KITE REALTY GROUP LP DBA KRG BEL AIR SQUARE LLC 13068 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0130 | | 03/01/2024 | Other- Rent | $10,375.97 |
| | | 03/05/2024 | Other- Rent | $1,622.76 |
| | | 04/01/2024 | Other- Rent | $10,375.97 |
| | | 05/01/2024 | Other- Rent | $10,375.97 |
| | | | SUBTOTAL | $32,750.67 |
| KIU ND HOLDINGS LLC C/O DAVID KIU 32 MAMMOLA WAY MEDFORD, MA 02155-2051 | | 03/04/2024 | Other- Rent | $25,012.13 |
| | | 03/29/2024 | Other- Rent | $25,012.13 |
| | | | SUBTOTAL | $50,024.26 |
| KNOX & AMERICAN I LLC C/O STUARTCO 1000 WEST 80TH STREET BLOOMINGTON, MN 55420 | | 03/04/2024 | Other- Rent | $18,333.33 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $18,333.33 |
| | | 04/30/2024 | Other- Rent | $18,333.33 |
| | | | **SUBTOTAL** | **$54,999.99** |
| KNULL ENTERPRISES INC DBA THERMAX CLEAN CARE CENTER 1930 GOOD HOPE ROAD ENOLA, PA 17025 | | 02/23/2024 | Suppliers or Vendors | $11,014.53 |
| | | 03/08/2024 | Suppliers or Vendors | $5,442.58 |
| | | 03/21/2024 | Suppliers or Vendors | $11,202.12 |
| | | | **SUBTOTAL** | **$27,659.23** |
| KOOL KLEEN INC DBA FILTER KLEEN PO BOX 87 MURRYSVILLE, PA 15668 | | 03/21/2024 | Suppliers or Vendors | $6,544.55 |
| | | 05/02/2024 | Suppliers or Vendors | $3,247.20 |
| | | | **SUBTOTAL** | **$9,791.75** |
| KPLP II LLC 5680 E CUTTING HORSE LANE KUNA, ID 83634-1449 | | 03/04/2024 | Other- Rent | $19,199.11 |
| | | 03/29/2024 | Other- Rent | $19,199.11 |
| | | 04/30/2024 | Other- Rent | $19,199.11 |
| | | | **SUBTOTAL** | **$57,597.33** |
| KPMG LLP DEPT 0608 PO BOX 120608 DALLAS, TX 753120608 | | 02/21/2024 | Services | $21,790.00 |
| | | 03/13/2024 | Services | $18,342.50 |
| | | 04/03/2024 | Services | $17,317.00 |
| | | 05/07/2024 | Services | $16,790.00 |
| | | 05/19/2024 | Services | $70,802.66 |
| | | | **SUBTOTAL** | **$145,042.16** |
| KRAMER BEVERAGE CO INC PO BOX 470 HAMMONTON, NJ 08037-0470 | | 02/22/2024 | Suppliers or Vendors | $408.20 |
| | | 02/27/2024 | Suppliers or Vendors | $457.00 |
| | | 02/28/2024 | Suppliers or Vendors | $695.70 |
| | | 03/06/2024 | Suppliers or Vendors | $1,313.45 |
| | | 03/07/2024 | Suppliers or Vendors | $491.50 |
| | | 03/12/2024 | Suppliers or Vendors | $298.20 |
| | | 03/18/2024 | Suppliers or Vendors | $1,112.75 |
| | | 03/21/2024 | Suppliers or Vendors | $370.50 |
| | | 03/25/2024 | Suppliers or Vendors | $717.80 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/01/2024 | Suppliers or Vendors | $454.80 |
| | | 04/02/2024 | Suppliers or Vendors | $311.35 |
| | | 04/08/2024 | Suppliers or Vendors | $380.50 |
| | | 04/10/2024 | Suppliers or Vendors | $566.70 |
| | | 04/15/2024 | Suppliers or Vendors | $921.25 |
| | | 04/23/2024 | Suppliers or Vendors | $385.15 |
| | | 04/29/2024 | Suppliers or Vendors | $198.00 |
| | | 05/06/2024 | Suppliers or Vendors | $568.05 |
| | | 05/13/2024 | Suppliers or Vendors | $370.50 |
| | | 05/15/2024 | Suppliers or Vendors | $323.45 |
| | | | **SUBTOTAL** | **$10,344.85** |
| KRISHNAMOORTI FAMILY LIMITED PARTNERSHIP ATTN DURGA K SINGA 45415 ANTELOPE DR FREMONT, CA 94539-6041 | | 03/04/2024 | Other- Rent | $30,968.38 |
| | | 03/29/2024 | Other- Rent | $30,968.38 |
| | | 04/30/2024 | Other- Rent | $30,968.38 |
| | | | **SUBTOTAL** | **$92,905.14** |
| KS SEAFOOD LLC ATTN MATT WATERMAN 15915 VENTURA BLVD PH 2 ENCINO, CA 91436-4439 | | 03/04/2024 | Other- Rent | $15,148.05 |
| | | 03/29/2024 | Other- Rent | $15,148.05 |
| | | | **SUBTOTAL** | **$30,296.10** |
| KW COMMERCIAL APPLIANCE REPAIR LLC 4914 THONOTOSASSA RD PLANT CITY, FL 33565-5930 | | 03/08/2024 | Suppliers or Vendors | $3,331.90 |
| | | 03/28/2024 | Suppliers or Vendors | $3,854.64 |
| | | 04/11/2024 | Suppliers or Vendors | $2,867.81 |
| | | 05/02/2024 | Suppliers or Vendors | $2,862.73 |
| | | | **SUBTOTAL** | **$12,917.08** |
| L B BILLINGSLEY INVESTMENT CO 5336 ALPHA ROAD SUITE 6 DALLAS, TX 75240 | | 02/29/2024 | Other- Rent | $12,079.28 |
| | | 04/04/2024 | Other- Rent | $12,079.28 |
| | | 05/02/2024 | Other- Rent | $12,079.28 |
| | | | **SUBTOTAL** | **$36,237.84** |
| L W RIVERDALE LLC W NORTH LAS VEGAS LLC 315 CENTRAL AVE LAWRENCE, NY 11559-1605 | | 03/04/2024 | Other- Rent | $24,796.20 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $24,796.20 |
| | | 04/30/2024 | Other- Rent | $24,796.20 |
| | | | **SUBTOTAL** | **$74,388.60** |
| L&D MAINTENANCE CO<br>13877 17TH ST N<br>STILLWATER, MN 55082-1746 | | 03/08/2024 | Suppliers or Vendors | $3,264.60 |
| | | 03/28/2024 | Suppliers or Vendors | $13,775.07 |
| | | | **SUBTOTAL** | **$17,039.67** |
| L&S TOLUCA PROPERTIES<br>1393 PALISADES DR<br>PACIFIC PALISADES, CA 90272-2153 | | 03/04/2024 | Other- Rent | $24,710.87 |
| | | 03/29/2024 | Other- Rent | $24,710.87 |
| | | | **SUBTOTAL** | **$49,421.74** |
| LA GRASSO BROS INC<br>PO BOX 2638<br>DETROIT, MI 482022638 | | 02/20/2024 | Suppliers or Vendors | $30,456.25 |
| | | 02/21/2024 | Suppliers or Vendors | $6,745.69 |
| | | 02/23/2024 | Suppliers or Vendors | $9,753.61 |
| | | 02/26/2024 | Suppliers or Vendors | $6,535.97 |
| | | 02/27/2024 | Suppliers or Vendors | $31,628.22 |
| | | 02/28/2024 | Suppliers or Vendors | $5,679.95 |
| | | 03/04/2024 | Suppliers or Vendors | $11,988.61 |
| | | 03/06/2024 | Suppliers or Vendors | $33,560.38 |
| | | 03/08/2024 | Suppliers or Vendors | $9,124.95 |
| | | 03/11/2024 | Suppliers or Vendors | $4,275.37 |
| | | 03/12/2024 | Suppliers or Vendors | $35,345.76 |
| | | 03/14/2024 | Suppliers or Vendors | $6,958.02 |
| | | 03/15/2024 | Suppliers or Vendors | $4,196.06 |
| | | 03/18/2024 | Suppliers or Vendors | $26,987.03 |
| | | 03/19/2024 | Suppliers or Vendors | $7,644.92 |
| | | 03/21/2024 | Suppliers or Vendors | $6,964.37 |
| | | 03/22/2024 | Suppliers or Vendors | $3,098.39 |
| | | 03/25/2024 | Suppliers or Vendors | $24,628.74 |
| | | 03/26/2024 | Suppliers or Vendors | $8,736.40 |
| | | 03/28/2024 | Suppliers or Vendors | $4,615.96 |
| | | 03/29/2024 | Suppliers or Vendors | $3,804.11 |
| | | 04/01/2024 | Suppliers or Vendors | $25,174.82 |
| | | 04/02/2024 | Suppliers or Vendors | $7,657.29 |
| | | 04/04/2024 | Suppliers or Vendors | $6,897.79 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/05/2024 | Suppliers or Vendors | $3,509.26 |
| | | 04/08/2024 | Suppliers or Vendors | $29,903.11 |
| | | 04/09/2024 | Suppliers or Vendors | $7,924.82 |
| | | 04/11/2024 | Suppliers or Vendors | $7,325.43 |
| | | 04/12/2024 | Suppliers or Vendors | $3,650.38 |
| | | 04/15/2024 | Suppliers or Vendors | $25,143.76 |
| | | 04/16/2024 | Suppliers or Vendors | $7,839.53 |
| | | 04/18/2024 | Suppliers or Vendors | $5,839.51 |
| | | 04/19/2024 | Suppliers or Vendors | $4,738.32 |
| | | 04/22/2024 | Suppliers or Vendors | $25,825.91 |
| | | 04/23/2024 | Suppliers or Vendors | $7,593.90 |
| | | 04/25/2024 | Suppliers or Vendors | $5,413.45 |
| | | 04/26/2024 | Suppliers or Vendors | $3,667.57 |
| | | 04/29/2024 | Suppliers or Vendors | $24,304.04 |
| | | 04/30/2024 | Suppliers or Vendors | $7,035.86 |
| | | 05/01/2024 | Suppliers or Vendors | $1,065.18 |
| | | 05/02/2024 | Suppliers or Vendors | $6,984.39 |
| | | 05/03/2024 | Suppliers or Vendors | $5,065.78 |
| | | 05/06/2024 | Suppliers or Vendors | $24,370.31 |
| | | 05/07/2024 | Suppliers or Vendors | $8,730.32 |
| | | 05/09/2024 | Suppliers or Vendors | $6,763.04 |
| | | 05/10/2024 | Suppliers or Vendors | $3,895.00 |
| | | 05/13/2024 | Suppliers or Vendors | $25,785.13 |
| | | 05/14/2024 | Suppliers or Vendors | $7,559.47 |
| | | 05/16/2024 | Suppliers or Vendors | $6,042.15 |
| | | | **SUBTOTAL** | **$588,434.28** |
| LA JOLLA GROUP B LLC 765 W HIGH ST MANHEIM, PA 17545-1907 | | 03/04/2024 | Other- Rent | $21,157.27 |
| | | 03/29/2024 | Other- Rent | $21,157.27 |
| | | 04/30/2024 | Other- Rent | $21,157.27 |
| | | | **SUBTOTAL** | **$63,471.81** |
| LAKE FOREST BANK AND TRUST COMPANY N A DBA FIRST INSURANCE FUNDING 450 SKOKIE BLVD STE 1000 NORTHBROOK, IL 60062-7917 | | 02/26/2024 | Suppliers or Vendors | $338,323.72 |
| | | 03/29/2024 | Suppliers or Vendors | $338,323.72 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/29/2024 | Suppliers or Vendors | $338,323.72 |
| | | | SUBTOTAL | **$1,014,971.16** |
| LAKE PARK INVESTORS LLC<br>3265 MERIDIAN PKWY STE 130<br>WESTON, FL 33331-3506 | | 02/27/2024 | Other- Rent | $8,679.15 |
| | | | SUBTOTAL | **$8,679.15** |
| LAKNERS LANDSCAPING LLC<br>PO BOX 530924<br>LIVONIA, MI 48153-0924 | | 04/04/2024 | Suppliers or Vendors | $7,500.00 |
| | | 05/10/2024 | Suppliers or Vendors | $2,500.00 |
| | | | SUBTOTAL | **$10,000.00** |
| LAMANNA LANDSCAPE &<br>FERTILIZING COMPANY<br>3430 LAKE RIDGE DRIVE<br>MURRYSVILLE, PA 15668 | | 04/18/2024 | Suppliers or Vendors | $5,106.92 |
| | | 04/25/2024 | Suppliers or Vendors | $1,621.80 |
| | | 05/02/2024 | Suppliers or Vendors | $2,160.00 |
| | | | SUBTOTAL | **$8,888.72** |
| LAND HOE MAINTENANCE LLC<br>15 THORPE ST<br>DANBURY, CT 06810-4714 | | 02/27/2024 | Suppliers or Vendors | $1,701.60 |
| | | 03/20/2024 | Suppliers or Vendors | $1,701.60 |
| | | 04/09/2024 | Suppliers or Vendors | $3,403.20 |
| | | 05/07/2024 | Suppliers or Vendors | $1,701.60 |
| | | | SUBTOTAL | **$8,508.00** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/05/2024 | Other- Rent | $6,875.00 |
| | | 04/02/2024 | Other- Rent | $6,875.00 |
| | | 05/02/2024 | Other- Rent | $6,875.00 |
| | | | SUBTOTAL | **$20,625.00** |
| LANSING RETAIL CENTER LLC<br>PO BOX 789117<br>PHILADELPHIA, PA 19178-9117 | | 03/04/2024 | Other- Rent | $7,354.15 |
| | | 03/29/2024 | Other- Rent | $7,354.15 |
| | | 04/30/2024 | Other- Rent | $7,354.15 |
| | | | SUBTOTAL | **$22,062.45** |
| LARCO MANAGEMENT LLC<br>455 CENTRAL PARK AVENUE<br>SUITE 204<br>SCARSDALE, NY 10583 | | 03/04/2024 | Other- Rent | $33,420.67 |
| | | 03/29/2024 | Other- Rent | $33,420.67 |
| | | 04/30/2024 | Other- Rent | $33,420.67 |
| | | | SUBTOTAL | **$100,262.01** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| LARIDAEL M BAXTER<br>DBA PROTOCALL LLC<br>303 W LOOP 281<br>SUITE 110 PMB 149<br>LONGVIEW, TX 75605 | | 02/23/2024 | Other- Individual Miscellaneous | $2,434.20 |
| | | 03/08/2024 | Other- Individual Miscellaneous | $795.64 |
| | | 03/28/2024 | Other- Individual Miscellaneous | $2,134.69 |
| | | 04/25/2024 | Other- Individual Miscellaneous | $5,685.63 |
| | | 05/02/2024 | Other- Individual Miscellaneous | $1,804.86 |
| | | | SUBTOTAL | $12,855.02 |
| LATINA BOULEVARD FOODS LLC<br>DBA BOULEVARD PRODUCE<br>1 SCRIVNER DRIVE<br>SUITE 1<br>CHEEKTOWAGA, NY 14227 | | 02/20/2024 | Suppliers or Vendors | $5,344.88 |
| | | 02/21/2024 | Suppliers or Vendors | $1,632.44 |
| | | 02/26/2024 | Suppliers or Vendors | $2,609.21 |
| | | 02/27/2024 | Suppliers or Vendors | $2,953.02 |
| | | 02/28/2024 | Suppliers or Vendors | $723.38 |
| | | 03/04/2024 | Suppliers or Vendors | $1,678.96 |
| | | 03/06/2024 | Suppliers or Vendors | $5,796.32 |
| | | 03/08/2024 | Suppliers or Vendors | $574.32 |
| | | 03/11/2024 | Suppliers or Vendors | $2,409.00 |
| | | 03/12/2024 | Suppliers or Vendors | $3,447.30 |
| | | 03/14/2024 | Suppliers or Vendors | $527.71 |
| | | 03/15/2024 | Suppliers or Vendors | $1,371.66 |
| | | 03/18/2024 | Suppliers or Vendors | $2,681.05 |
| | | 03/19/2024 | Suppliers or Vendors | $414.30 |
| | | 03/21/2024 | Suppliers or Vendors | $2,038.22 |
| | | 03/22/2024 | Suppliers or Vendors | $827.51 |
| | | 03/25/2024 | Suppliers or Vendors | $2,671.71 |
| | | 03/26/2024 | Suppliers or Vendors | $953.58 |
| | | 03/28/2024 | Suppliers or Vendors | $1,378.21 |
| | | 03/29/2024 | Suppliers or Vendors | $876.48 |
| | | 04/01/2024 | Suppliers or Vendors | $2,291.38 |
| | | 04/02/2024 | Suppliers or Vendors | $1,323.31 |
| | | 04/04/2024 | Suppliers or Vendors | $1,223.26 |
| | | 04/05/2024 | Suppliers or Vendors | $659.98 |
| | | 04/08/2024 | Suppliers or Vendors | $3,658.40 |
| | | 04/09/2024 | Suppliers or Vendors | $351.95 |

Debtor Name:  Red Lobster Management LLC                                                                     Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/11/2024 | Suppliers or Vendors | $473.82 |
| | | 04/12/2024 | Suppliers or Vendors | $1,453.66 |
| | | 04/15/2024 | Suppliers or Vendors | $2,216.30 |
| | | 04/16/2024 | Suppliers or Vendors | $1,053.47 |
| | | 04/18/2024 | Suppliers or Vendors | $1,169.23 |
| | | 04/19/2024 | Suppliers or Vendors | $256.93 |
| | | 04/22/2024 | Suppliers or Vendors | $2,843.35 |
| | | 04/23/2024 | Suppliers or Vendors | $1,767.21 |
| | | 04/25/2024 | Suppliers or Vendors | $545.82 |
| | | 04/26/2024 | Suppliers or Vendors | $1,022.30 |
| | | 04/29/2024 | Suppliers or Vendors | $2,219.53 |
| | | 04/30/2024 | Suppliers or Vendors | $537.63 |
| | | 05/02/2024 | Suppliers or Vendors | $1,367.60 |
| | | 05/03/2024 | Suppliers or Vendors | $1,453.81 |
| | | 05/06/2024 | Suppliers or Vendors | $2,236.49 |
| | | 05/07/2024 | Suppliers or Vendors | $928.37 |
| | | 05/09/2024 | Suppliers or Vendors | $1,445.51 |
| | | 05/10/2024 | Suppliers or Vendors | $774.92 |
| | | 05/13/2024 | Suppliers or Vendors | $2,224.27 |
| | | 05/14/2024 | Suppliers or Vendors | $1,308.58 |
| | | 05/16/2024 | Suppliers or Vendors | $1,068.51 |
| | | | **SUBTOTAL** | **$78,784.85** |
| NAME ON FILE ADDRESS ON FILE | | 05/06/2024 | Other- Individual Miscellaneous | $8,305.00 |
| | | | **SUBTOTAL** | **$8,305.00** |
| LAUREL LAKES LLC C/O MARYLAND FINANCIAL INVESTOR INC 2800 QUARRY LAKE DRIVE SUITE 340 BALTIMORE, MD 21209 | | 03/04/2024 | Other- Rent | $13,293.72 |
| | | 03/29/2024 | Other- Rent | $13,293.72 |
| | | | **SUBTOTAL** | **$26,587.44** |
| LBX DEPTFORD TH LLC C/O LBX MANAGEMENT LLC PO BOX 67334 NEWARK, NJ 07101-4007 | | 03/04/2024 | Other- Rent | $19,576.50 |
| | | 03/29/2024 | Other- Rent | $17,507.95 |
| | | 04/03/2024 | Other- Rent | $6,150.52 |
| | | 04/17/2024 | Other- Rent | $1,663.00 |
| | | 04/30/2024 | Other- Rent | $20,408.00 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$65,305.97** |
| LEDGEWOOD OUTPARCEL INVESTORS LLC C/O ADVANCE REALTY MANAGEMENT 1430 US HIGHWAY 206 STE 100 BRIDGEWATER, NJ 07921-4602 | | 03/04/2024 | Other- Rent | $8,224.07 |
| | | 03/29/2024 | Other- Rent | $8,224.07 |
| | | | **SUBTOTAL** | **$16,448.14** |
| LEHIGH VALLEY ASSOCIATES DBA LEHIGH VALLEY MALL LLC PO BOX 829446 PHILADELPHIA, PA 19182-9446 | | 03/05/2024 | Other- Rent | $13,611.34 |
| | | 04/01/2024 | Other- Rent | $13,611.34 |
| | | 04/30/2024 | Other- Rent | $13,611.34 |
| | | | **SUBTOTAL** | **$40,834.02** |
| NAME ON FILE ADDRESS ON FILE | | 03/18/2024 | Other- Rent | $16,432.52 |
| | | 04/02/2024 | Other- Rent | $16,432.52 |
| | | 05/08/2024 | Other- Rent | $16,432.52 |
| | | | **SUBTOTAL** | **$49,297.56** |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $61,254.19 |
| | | 03/29/2024 | Other- Rent | $61,254.19 |
| | | 04/30/2024 | Other- Rent | $61,254.19 |
| | | | **SUBTOTAL** | **$183,762.57** |
| LEVY FAMILY LIMITED PARTNERSHIP C/O HOLLAND & KNIGHT LLP 800 17TH STREET NW SUITE 1100 WASHINGTON, DC 20006 | | 03/04/2024 | Other- Rent | $25,230.89 |
| | | 03/29/2024 | Other- Rent | $25,230.89 |
| | | 04/30/2024 | Other- Rent | $25,230.89 |
| | | | **SUBTOTAL** | **$75,692.67** |
| LIBERTY FRUIT CO INC 1247 ARGENTINE BLVD KANSAS CITY, KS 66105 | | 02/20/2024 | Suppliers or Vendors | $15,028.96 |
| | | 02/21/2024 | Suppliers or Vendors | $4,931.95 |
| | | 02/22/2024 | Suppliers or Vendors | $1,666.72 |
| | | 02/23/2024 | Suppliers or Vendors | $8,267.73 |
| | | 02/26/2024 | Suppliers or Vendors | $1,159.88 |
| | | 02/27/2024 | Suppliers or Vendors | $15,884.42 |
| | | 02/28/2024 | Suppliers or Vendors | $4,714.98 |
| | | 02/29/2024 | Suppliers or Vendors | $607.77 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/04/2024 | Suppliers or Vendors | $7,085.78 |
| | | 03/06/2024 | Suppliers or Vendors | $17,913.39 |
| | | 03/07/2024 | Suppliers or Vendors | $944.64 |
| | | 03/08/2024 | Suppliers or Vendors | $4,266.57 |
| | | 03/11/2024 | Suppliers or Vendors | $3,580.30 |
| | | 03/12/2024 | Suppliers or Vendors | $19,068.67 |
| | | 03/13/2024 | Suppliers or Vendors | $1,215.55 |
| | | 03/14/2024 | Suppliers or Vendors | $5,089.09 |
| | | 03/15/2024 | Suppliers or Vendors | $1,730.45 |
| | | 03/18/2024 | Suppliers or Vendors | $14,488.31 |
| | | 03/19/2024 | Suppliers or Vendors | $3,620.40 |
| | | 03/20/2024 | Suppliers or Vendors | $1,765.71 |
| | | 03/21/2024 | Suppliers or Vendors | $4,463.51 |
| | | 03/22/2024 | Suppliers or Vendors | $1,757.66 |
| | | 03/25/2024 | Suppliers or Vendors | $13,587.66 |
| | | 03/26/2024 | Suppliers or Vendors | $4,131.35 |
| | | 03/27/2024 | Suppliers or Vendors | $1,381.72 |
| | | 03/28/2024 | Suppliers or Vendors | $4,241.51 |
| | | 03/29/2024 | Suppliers or Vendors | $1,323.30 |
| | | 04/01/2024 | Suppliers or Vendors | $13,676.13 |
| | | 04/02/2024 | Suppliers or Vendors | $1,831.37 |
| | | 04/03/2024 | Suppliers or Vendors | $973.77 |
| | | 04/04/2024 | Suppliers or Vendors | $5,067.98 |
| | | 04/05/2024 | Suppliers or Vendors | $1,616.09 |
| | | 04/08/2024 | Suppliers or Vendors | $13,915.01 |
| | | 04/09/2024 | Suppliers or Vendors | $3,841.26 |
| | | 04/10/2024 | Suppliers or Vendors | $904.81 |
| | | 04/11/2024 | Suppliers or Vendors | $4,767.51 |
| | | 04/12/2024 | Suppliers or Vendors | $1,336.54 |
| | | 04/15/2024 | Suppliers or Vendors | $13,982.00 |
| | | 04/16/2024 | Suppliers or Vendors | $3,451.06 |
| | | 04/17/2024 | Suppliers or Vendors | $994.07 |
| | | 04/18/2024 | Suppliers or Vendors | $3,237.99 |
| | | 04/19/2024 | Suppliers or Vendors | $682.95 |
| | | 04/22/2024 | Suppliers or Vendors | $13,213.37 |
| | | 04/23/2024 | Suppliers or Vendors | $4,915.37 |

Debtor Name:  Red Lobster Management LLC                                                     Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/24/2024 | Suppliers or Vendors | $932.79 |
| | | 04/25/2024 | Suppliers or Vendors | $3,583.32 |
| | | 04/26/2024 | Suppliers or Vendors | $1,417.17 |
| | | 04/29/2024 | Suppliers or Vendors | $11,432.91 |
| | | 04/30/2024 | Suppliers or Vendors | $3,192.70 |
| | | 05/01/2024 | Suppliers or Vendors | $832.60 |
| | | 05/02/2024 | Suppliers or Vendors | $5,030.16 |
| | | 05/03/2024 | Suppliers or Vendors | $880.31 |
| | | 05/06/2024 | Suppliers or Vendors | $11,307.36 |
| | | 05/07/2024 | Suppliers or Vendors | $2,296.59 |
| | | 05/08/2024 | Suppliers or Vendors | $773.97 |
| | | 05/09/2024 | Suppliers or Vendors | $3,815.00 |
| | | 05/10/2024 | Suppliers or Vendors | $1,281.97 |
| | | 05/13/2024 | Suppliers or Vendors | $11,247.32 |
| | | 05/14/2024 | Suppliers or Vendors | $4,082.63 |
| | | 05/15/2024 | Suppliers or Vendors | $897.76 |
| | | 05/16/2024 | Suppliers or Vendors | $5,139.24 |
| | | | **SUBTOTAL** | **$320,469.06** |
| LIBERTY MUTUAL INSURANCE CO<br>PO BOX 1449<br>NEW YORK, NY 10116-1449 | | 02/20/2024 | Suppliers or Vendors | $5,049.79 |
| | | 03/15/2024 | Suppliers or Vendors | $7,341.33 |
| | | 04/12/2024 | Suppliers or Vendors | $5,637.63 |
| | | | **SUBTOTAL** | **$18,028.75** |
| LIFEWORKS US LTD<br>LBX# 1663 PO BOX 95000<br>PHILADELPHIA, PA 19195-0001 | | 03/07/2024 | Suppliers or Vendors | $6,988.79 |
| | | 04/01/2024 | Suppliers or Vendors | $7,133.63 |
| | | 04/30/2024 | Suppliers or Vendors | $7,268.95 |
| | | | **SUBTOTAL** | **$21,391.37** |
| LIMESTONE REDLOB LLC<br>C/O OIMC<br>200 SOUTH BISCAYNE BLVD<br>SIXTH FLOOR<br>MIAMI, FL 33131 | | 03/04/2024 | Other- Rent | $37,176.13 |
| | | 03/29/2024 | Other- Rent | $37,176.13 |
| | | 04/30/2024 | Other- Rent | $37,176.13 |
| | | | **SUBTOTAL** | **$111,528.39** |
| LINCOLN CENTER LLC<br>3211 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | 03/01/2024 | Other- Rent | $21,175.00 |

Debtor Name: Red Lobster Management LLC                                    Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/01/2024 | Other- Rent | $21,175.00 |
| | | 04/26/2024 | Other- Rent | $30,544.12 |
| | | 04/29/2024 | Other- Rent | $21,175.00 |
| | | | **SUBTOTAL** | **$94,069.12** |
| LINCOLN FINANCIAL GROUP | | 03/01/2024 | Suppliers or Vendors | $145,941.38 |
| | | 03/28/2024 | Suppliers or Vendors | $143,634.33 |
| | | 04/30/2024 | Suppliers or Vendors | $141,651.90 |
| | | | **SUBTOTAL** | **$431,227.61** |
| LINCOLN HOLDINGS LLC<br>2760 W 110TH COURT<br>WESTMINSTER, CO 80234 | | 02/29/2024 | Other- Rent | $23,116.16 |
| | | 03/29/2024 | Other- Rent | $23,116.16 |
| | | 04/30/2024 | Other- Rent | $23,116.16 |
| | | | **SUBTOTAL** | **$69,348.48** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $22,195.60 |
| | | 03/29/2024 | Other- Rent | $22,195.60 |
| | | 04/30/2024 | Other- Rent | $22,195.60 |
| | | | **SUBTOTAL** | **$66,586.80** |
| LINEAGE LOGISTICS FREEZER | | 02/23/2024 | Suppliers or Vendors | $2,545.13 |
| | | 03/01/2024 | Suppliers or Vendors | $2,225.94 |
| | | 03/08/2024 | Suppliers or Vendors | $905.58 |
| | | 03/21/2024 | Suppliers or Vendors | $1,688.16 |
| | | 03/28/2024 | Suppliers or Vendors | $1,451.43 |
| | | 04/11/2024 | Suppliers or Vendors | $1,277.23 |
| | | 04/18/2024 | Suppliers or Vendors | $302.28 |
| | | 04/25/2024 | Suppliers or Vendors | $160.03 |
| | | 05/02/2024 | Suppliers or Vendors | $958.34 |
| | | 05/09/2024 | Suppliers or Vendors | $61.34 |
| | | 05/16/2024 | Suppliers or Vendors | $844.08 |
| | | | **SUBTOTAL** | **$12,419.54** |
| LMI SYSTEMS INC<br>4680 N ROYAL ATLANTA ROAD<br>TUCKER, GA 30084 | | 03/08/2024 | Suppliers or Vendors | $11,558.42 |
| | | | **SUBTOTAL** | **$11,558.42** |
| LOBSTER BUILDING<br>15528 SE ANDEREGG PARKWAY<br>DAMASCUS, OR 97089 | | 03/04/2024 | Other- Rent | $17,460.32 |
| | | 03/29/2024 | Other- Rent | $17,460.32 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/30/2024 | Other- Rent | $17,460.32 |
| | | | **SUBTOTAL** | **$52,380.96** |
| LOBZONA LLC<br>222 GRAND AVENUE<br>ENGLEWOOD, NJ 07631 | | 03/04/2024 | Other- Rent | $10,044.58 |
| | | 03/29/2024 | Other- Rent | $10,044.58 |
| | | 04/30/2024 | Other- Rent | $10,044.58 |
| | | | **SUBTOTAL** | **$30,133.74** |
| LOD JACKSONVILLE LLC<br>450 SEVILLA AVE<br>CORAL GABLES, FL 33134 | | 03/04/2024 | Other- Rent | $18,958.93 |
| | | 03/29/2024 | Other- Rent | $18,958.93 |
| | | | **SUBTOTAL** | **$37,917.86** |
| LODESTRO INC<br>DBA AMERICA CARPET<br>CLEANING<br>1918 ALTON DR<br>CLEARWATER, FL 33763-2206 | | 02/23/2024 | Suppliers or Vendors | $1,090.00 |
| | | 03/08/2024 | Suppliers or Vendors | $8,705.00 |
| | | 03/28/2024 | Suppliers or Vendors | $3,110.00 |
| | | | **SUBTOTAL** | **$12,905.00** |
| LOGAN CLARK III<br>DBA FIRST LIGHT SEAFOOD INC<br>290 SHORE RD<br>BOURNE, MA 02532-4104 | | 02/20/2024 | Suppliers or Vendors | $33,715.34 |
| | | 02/21/2024 | Suppliers or Vendors | $6,496.80 |
| | | 02/22/2024 | Suppliers or Vendors | $8,584.79 |
| | | 02/23/2024 | Suppliers or Vendors | $8,100.44 |
| | | 02/26/2024 | Suppliers or Vendors | $4,443.12 |
| | | 02/27/2024 | Suppliers or Vendors | $15,789.52 |
| | | 02/28/2024 | Suppliers or Vendors | $4,962.36 |
| | | 02/29/2024 | Suppliers or Vendors | $9,735.08 |
| | | 03/04/2024 | Suppliers or Vendors | $14,957.22 |
| | | 03/06/2024 | Suppliers or Vendors | $16,964.47 |
| | | 03/07/2024 | Suppliers or Vendors | $4,494.70 |
| | | 03/08/2024 | Suppliers or Vendors | $2,361.15 |
| | | 03/11/2024 | Suppliers or Vendors | $4,422.10 |
| | | 03/12/2024 | Suppliers or Vendors | $25,232.71 |
| | | 03/13/2024 | Suppliers or Vendors | $2,018.81 |
| | | 03/14/2024 | Suppliers or Vendors | $8,018.12 |
| | | 03/15/2024 | Suppliers or Vendors | $4,212.48 |
| | | 03/18/2024 | Suppliers or Vendors | $20,407.29 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/19/2024 | Suppliers or Vendors | $1,712.47 |
| | | 03/20/2024 | Suppliers or Vendors | $5,297.00 |
| | | 03/21/2024 | Suppliers or Vendors | $6,223.45 |
| | | 03/22/2024 | Suppliers or Vendors | $4,020.70 |
| | | 03/25/2024 | Suppliers or Vendors | $18,964.10 |
| | | 03/26/2024 | Suppliers or Vendors | $3,433.69 |
| | | 03/27/2024 | Suppliers or Vendors | $3,519.75 |
| | | 03/28/2024 | Suppliers or Vendors | $1,289.95 |
| | | 03/29/2024 | Suppliers or Vendors | $12,386.78 |
| | | 04/01/2024 | Suppliers or Vendors | $23,466.93 |
| | | 04/02/2024 | Suppliers or Vendors | $2,829.58 |
| | | 04/03/2024 | Suppliers or Vendors | $4,479.70 |
| | | 04/04/2024 | Suppliers or Vendors | $3,433.04 |
| | | 04/05/2024 | Suppliers or Vendors | $6,923.31 |
| | | 04/08/2024 | Suppliers or Vendors | $11,982.36 |
| | | 04/09/2024 | Suppliers or Vendors | $2,526.24 |
| | | 04/10/2024 | Suppliers or Vendors | $6,592.04 |
| | | 04/11/2024 | Suppliers or Vendors | $4,695.68 |
| | | 04/12/2024 | Suppliers or Vendors | $2,655.84 |
| | | 04/15/2024 | Suppliers or Vendors | $17,306.99 |
| | | 04/16/2024 | Suppliers or Vendors | $1,326.54 |
| | | 04/17/2024 | Suppliers or Vendors | $470.16 |
| | | 04/18/2024 | Suppliers or Vendors | $2,552.40 |
| | | 04/19/2024 | Suppliers or Vendors | $1,224.68 |
| | | 04/22/2024 | Suppliers or Vendors | $15,638.12 |
| | | 04/23/2024 | Suppliers or Vendors | $2,379.73 |
| | | 04/24/2024 | Suppliers or Vendors | $5,346.69 |
| | | 04/25/2024 | Suppliers or Vendors | $3,237.10 |
| | | 04/26/2024 | Suppliers or Vendors | $4,348.61 |
| | | 04/29/2024 | Suppliers or Vendors | $15,973.69 |
| | | 04/30/2024 | Suppliers or Vendors | $383.15 |
| | | 05/01/2024 | Suppliers or Vendors | $1,515.40 |
| | | 05/02/2024 | Suppliers or Vendors | $5,145.76 |
| | | 05/03/2024 | Suppliers or Vendors | $5,328.61 |
| | | 05/06/2024 | Suppliers or Vendors | $16,414.80 |
| | | 05/07/2024 | Suppliers or Vendors | $1,671.75 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/08/2024 | Suppliers or Vendors | $8,975.01 |
| | | 05/09/2024 | Suppliers or Vendors | $6,685.38 |
| | | 05/10/2024 | Suppliers or Vendors | $8,312.75 |
| | | 05/13/2024 | Suppliers or Vendors | $27,133.28 |
| | | 05/14/2024 | Suppliers or Vendors | $8,176.18 |
| | | 05/15/2024 | Suppliers or Vendors | $2,598.15 |
| | | 05/16/2024 | Suppliers or Vendors | $2,573.28 |
| | | | **SUBTOTAL** | **$486,067.32** |
| LOMPOCK JACK LLC<br>15915 VENTURA BOULEVARD PH2<br>ENCINO, CA 91436-4439 | | 03/04/2024 | Other- Rent | $6,199.68 |
| | | 03/29/2024 | Other- Rent | $6,199.68 |
| | | 04/30/2024 | Other- Rent | $6,199.68 |
| | | | **SUBTOTAL** | **$18,599.04** |
| LOOMIS<br>2500 CITYWEST BLVD<br>SUITE 900<br>HOUSTON, TX 77042 | | 03/08/2024 | Suppliers or Vendors | $53,344.98 |
| | | 04/04/2024 | Suppliers or Vendors | $54,542.75 |
| | | 05/02/2024 | Suppliers or Vendors | $52,935.21 |
| | | 05/16/2024 | Suppliers or Vendors | $52,655.31 |
| | | | **SUBTOTAL** | **$213,478.25** |
| LOUIS WINTERMEYER<br>DBA RL 4010 LLC<br>893 ROUTE 9W S<br>NYACK, NY 10960-5012 | | 03/04/2024 | Other- Rent | $32,493.22 |
| | | 03/29/2024 | Other- Rent | $32,493.22 |
| | | | **SUBTOTAL** | **$64,986.44** |
| LOYAL PLAZA SC REALTY FUND LLC<br>DBA LOYAL PLAZA SC LLC<br>C/O FIRST NATIONAL PROPERTY MANAGEMENT LLC<br>151 BODMAN PL STE 201<br>RED BANK, NJ 07701-1064 | | 02/29/2024 | Other- Rent | $9,266.67 |
| | | 04/04/2024 | Other- Rent | $9,266.67 |
| | | 05/03/2024 | Other- Rent | $9,266.67 |
| | | | **SUBTOTAL** | **$27,800.01** |
| LPRE HOLDINGS LLC<br>1411 W 190TH ST STE 465<br>GARDENA, CA 90248-4373 | | 03/04/2024 | Other- Rent | $28,402.44 |
| | | 03/29/2024 | Other- Rent | $28,402.44 |
| | | 04/30/2024 | Other- Rent | $28,402.44 |
| | | | **SUBTOTAL** | **$85,207.32** |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| LSG1 CROSSROADS SQUARE LLC<br>PO BOX 31232<br>TAMPA, FL 33631-3232 | | 05/07/2024 | Other- Rent | $7,662.97 |
| | | | **SUBTOTAL** | **$7,662.97** |
| LTH INVESTMENTS LLC<br>4422 DURHAM CHAPEL HILL BLVD<br>DURHAM, NC 27707-2509 | | 03/07/2024 | Other- Rent | $21,465.17 |
| | | 04/30/2024 | Other- Rent | $21,465.17 |
| | | | **SUBTOTAL** | **$42,930.34** |
| LUKES LOBSTER ME LLC<br>DBA LUKES LOBSTER<br>84 INDUSTRIAL PARK RD<br>SACO, ME 04072-1840 | | 02/20/2024 | Suppliers or Vendors | $2,018.16 |
| | | 02/21/2024 | Suppliers or Vendors | $3,169.23 |
| | | 02/22/2024 | Suppliers or Vendors | $4,564.69 |
| | | 02/23/2024 | Suppliers or Vendors | $2,384.26 |
| | | 02/26/2024 | Suppliers or Vendors | $1,297.09 |
| | | 02/27/2024 | Suppliers or Vendors | $1,399.86 |
| | | 02/28/2024 | Suppliers or Vendors | $6,381.36 |
| | | 02/29/2024 | Suppliers or Vendors | $2,019.06 |
| | | 03/04/2024 | Suppliers or Vendors | $5,499.98 |
| | | 03/06/2024 | Suppliers or Vendors | $10,763.81 |
| | | 03/07/2024 | Suppliers or Vendors | $5,567.85 |
| | | 03/08/2024 | Suppliers or Vendors | $1,093.58 |
| | | 03/12/2024 | Suppliers or Vendors | $3,525.64 |
| | | 03/13/2024 | Suppliers or Vendors | $2,987.65 |
| | | 03/14/2024 | Suppliers or Vendors | $1,648.06 |
| | | 03/15/2024 | Suppliers or Vendors | $842.97 |
| | | 03/18/2024 | Suppliers or Vendors | $847.52 |
| | | 03/19/2024 | Suppliers or Vendors | $2,936.06 |
| | | 03/20/2024 | Suppliers or Vendors | $5,249.67 |
| | | 03/21/2024 | Suppliers or Vendors | $1,170.74 |
| | | 03/22/2024 | Suppliers or Vendors | $4,928.38 |
| | | 03/25/2024 | Suppliers or Vendors | $1,647.42 |
| | | 03/26/2024 | Suppliers or Vendors | $6,334.06 |
| | | 03/27/2024 | Suppliers or Vendors | $4,601.64 |
| | | 03/28/2024 | Suppliers or Vendors | $2,004.02 |
| | | 03/29/2024 | Suppliers or Vendors | $1,934.26 |
| | | 04/01/2024 | Suppliers or Vendors | $607.30 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/02/2024 | Suppliers or Vendors | $4,949.90 |
| | | 04/03/2024 | Suppliers or Vendors | $6,888.38 |
| | | 04/04/2024 | Suppliers or Vendors | $2,093.05 |
| | | 04/05/2024 | Suppliers or Vendors | $289.33 |
| | | 04/08/2024 | Suppliers or Vendors | $322.85 |
| | | 04/09/2024 | Suppliers or Vendors | $3,403.32 |
| | | 04/10/2024 | Suppliers or Vendors | $3,443.48 |
| | | 04/11/2024 | Suppliers or Vendors | $640.82 |
| | | 04/12/2024 | Suppliers or Vendors | $2,584.46 |
| | | 04/15/2024 | Suppliers or Vendors | $928.41 |
| | | 04/16/2024 | Suppliers or Vendors | $3,172.23 |
| | | 04/17/2024 | Suppliers or Vendors | $1,648.61 |
| | | 04/19/2024 | Suppliers or Vendors | $3,899.32 |
| | | 04/22/2024 | Suppliers or Vendors | $1,447.43 |
| | | 04/23/2024 | Suppliers or Vendors | $5,156.48 |
| | | 04/24/2024 | Suppliers or Vendors | $1,462.82 |
| | | 04/25/2024 | Suppliers or Vendors | $1,631.35 |
| | | 04/29/2024 | Suppliers or Vendors | $1,600.03 |
| | | 04/30/2024 | Suppliers or Vendors | $8,236.55 |
| | | 05/01/2024 | Suppliers or Vendors | $4,281.28 |
| | | 05/02/2024 | Suppliers or Vendors | $2,915.18 |
| | | 05/03/2024 | Suppliers or Vendors | $3,870.75 |
| | | 05/06/2024 | Suppliers or Vendors | $2,102.80 |
| | | 05/07/2024 | Suppliers or Vendors | $1,077.95 |
| | | 05/14/2024 | Suppliers or Vendors | $15,749.97 |
| | | | **SUBTOTAL** | **$171,221.07** |
| LUXONE LLC<br>572 CHIMALUS DR<br>PALO ALTO, CA 94306-2707 | | 03/04/2024 | Other- Rent | $32,180.03 |
| | | 03/29/2024 | Other- Rent | $32,180.03 |
| | | | **SUBTOTAL** | **$64,360.06** |
| MACWH LP<br>DBA VALLEY STREAM GREEN ACRES LLC<br>PO BOX 29650<br>LOCKBOX #880508<br>PHOENIX, AZ 85038-9650 | | 03/04/2024 | Other- Rent | $30,421.86 |
| | | 03/29/2024 | Other- Rent | $30,421.86 |
| | | 04/17/2024 | Other- Rent | $15,508.23 |

Debtor Name:  Red Lobster Management LLC                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/30/2024 | Other- Rent | $30,421.86 |
| | | | **SUBTOTAL** | **$106,773.81** |
| MACYS INC<br>DBA MACYS RETAIL HOLDINGS LLC<br>145 PROGRESS PL<br>SPRINGDALE, OH 45246-1717 | | 03/04/2024 | Other- Rent | $16,734.17 |
| | | 03/29/2024 | Other- Rent | $16,734.17 |
| | | 04/30/2024 | Other- Rent | $16,734.17 |
| | | | **SUBTOTAL** | **$50,202.51** |
| MADDEN FAMILY LLC NO 3<br>HAMBURG PLACE<br>PO BOX 12128<br>LEXINGTON, KY 40580 | | 02/28/2024 | Other- Rent | $12,604.17 |
| | | 04/02/2024 | Other- Rent | $12,604.17 |
| | | 05/01/2024 | Other- Rent | $12,604.17 |
| | | | **SUBTOTAL** | **$37,812.51** |
| MAIN & MAIN DEL PASO LLC<br>2404 ALMA AVE<br>MANHATTAN BEACH, CA 90266-4340 | | 03/04/2024 | Other- Rent | $11,212.50 |
| | | 03/29/2024 | Other- Rent | $11,212.50 |
| | | 04/30/2024 | Other- Rent | $11,212.50 |
| | | | **SUBTOTAL** | **$33,637.50** |
| MAINSAIL HOUSING PARTNERS LLC<br>DBA MAINSAIL CORPORATE HOUSING<br>4602 EISENHOWER BLVD<br>TAMPA, FL 33634-6359 | | 05/03/2024 | Suppliers or Vendors | $8,704.80 |
| | | | **SUBTOTAL** | **$8,704.80** |
| MAJESTIC CLEANING INC<br>PO BOX 520<br>NORTH BELLMORE, NY 11710 | | 02/27/2024 | Suppliers or Vendors | $4,779.62 |
| | | 03/12/2024 | Suppliers or Vendors | $4,942.93 |
| | | 04/03/2024 | Suppliers or Vendors | $10,329.93 |
| | | 05/02/2024 | Suppliers or Vendors | $4,160.59 |
| | | | **SUBTOTAL** | **$24,213.07** |
| MALL OF SOUTH CAROLINA OUTPARCEL LP<br>PO BOX 746204<br>ATLANTA, GA 30374-6204 | | 02/29/2024 | Other- Rent | $14,419.17 |
| | | 04/03/2024 | Other- Rent | $14,419.17 |
| | | 04/30/2024 | Other- Rent | $14,419.17 |
| | | | **SUBTOTAL** | **$43,257.51** |
| NAME ON FILE<br>ADDRESS ON FILE | | 02/22/2024 | Other- Employee Expense Reimbursement | $1,029.12 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/12/2024 | Other- Employee Expense Reimbursement | $926.21 |
| | | 05/01/2024 | Other- Employee Expense Reimbursement | $6,697.40 |
| | | | **SUBTOTAL** | **$8,652.73** |
| MANHATTAN 338 CORP C/O RL1AK LLC PO BOX 124 MAMARONECK, NY 10543-0124 | | 03/04/2024 | Other- Rent | $25,067.51 |
| | | 03/29/2024 | Other- Rent | $25,067.51 |
| | | 04/30/2024 | Other- Rent | $25,067.51 |
| | | | **SUBTOTAL** | **$75,202.53** |
| MANSON PRODUCTS CO INC 1618 KALANI STREET HONOLULU, HI 96817 | | 02/20/2024 | Suppliers or Vendors | $1,609.82 |
| | | 02/23/2024 | Suppliers or Vendors | $1,015.26 |
| | | 02/27/2024 | Suppliers or Vendors | $2,369.42 |
| | | 03/04/2024 | Suppliers or Vendors | $1,163.44 |
| | | 03/06/2024 | Suppliers or Vendors | $2,174.36 |
| | | 03/12/2024 | Suppliers or Vendors | $3,006.25 |
| | | 03/14/2024 | Suppliers or Vendors | $652.28 |
| | | 03/18/2024 | Suppliers or Vendors | $1,882.37 |
| | | 03/21/2024 | Suppliers or Vendors | $1,114.47 |
| | | 03/25/2024 | Suppliers or Vendors | $1,632.93 |
| | | 03/26/2024 | Suppliers or Vendors | $22.86 |
| | | 03/28/2024 | Suppliers or Vendors | $703.32 |
| | | 04/01/2024 | Suppliers or Vendors | $1,852.95 |
| | | 04/02/2024 | Suppliers or Vendors | $517.77 |
| | | 04/04/2024 | Suppliers or Vendors | $491.92 |
| | | 04/08/2024 | Suppliers or Vendors | $1,246.92 |
| | | 04/11/2024 | Suppliers or Vendors | $1,159.58 |
| | | 04/12/2024 | Suppliers or Vendors | $11.32 |
| | | 04/15/2024 | Suppliers or Vendors | $1,364.32 |
| | | 04/18/2024 | Suppliers or Vendors | $586.59 |
| | | 04/19/2024 | Suppliers or Vendors | $727.34 |
| | | 04/22/2024 | Suppliers or Vendors | $1,093.04 |
| | | 04/25/2024 | Suppliers or Vendors | $978.16 |
| | | 04/29/2024 | Suppliers or Vendors | $1,748.10 |
| | | 05/01/2024 | Suppliers or Vendors | $247.07 |
| | | 05/02/2024 | Suppliers or Vendors | $399.36 |

Debtor Name:  Red Lobster Management LLC                                  Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/03/2024 | Suppliers or Vendors | $41.70 |
| | | 05/06/2024 | Suppliers or Vendors | $2,527.77 |
| | | 05/07/2024 | Suppliers or Vendors | $28.85 |
| | | 05/09/2024 | Suppliers or Vendors | $736.09 |
| | | 05/10/2024 | Suppliers or Vendors | $189.40 |
| | | 05/13/2024 | Suppliers or Vendors | $1,029.13 |
| | | 05/16/2024 | Suppliers or Vendors | $1,462.38 |
| | | | **SUBTOTAL** | **$35,786.54** |
| MARINE IRON & SHIP BLDG CO INC<br>C/O ENCOMPASS REAL ESTATE INVESTMENT SERVICES<br>306 W MICHIGAN ST STE 300<br>DULUTH, MN 55802-1648 | | 03/04/2024 | Other- Rent | $15,161.68 |
| | | 04/11/2024 | Other- Rent | $15,161.68 |
| | | 05/02/2024 | Other- Rent | $15,161.68 |
| | | 05/15/2024 | Other- Rent | $55,582.60 |
| | | | **SUBTOTAL** | **$101,067.64** |
| MARION PLAZA ASSOCIATES LP DBA MADISON ACQUISITIONS LLC<br>4041 LIBERTY AVE STE 201<br>PITTSBURGH, PA 15224-1459 | | 03/07/2024 | Other- Rent | $3,647.39 |
| | | 04/04/2024 | Other- Rent | $15,339.51 |
| | | 05/03/2024 | Other- Rent | $3,647.39 |
| | | | **SUBTOTAL** | **$22,634.29** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $25,258.74 |
| | | 03/29/2024 | Other- Rent | $25,258.74 |
| | | | **SUBTOTAL** | **$50,517.48** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $22,315.74 |
| | | 03/29/2024 | Other- Rent | $22,315.74 |
| | | 04/30/2024 | Other- Rent | $22,315.74 |
| | | | **SUBTOTAL** | **$66,947.22** |
| MARLAND LIMITED PARTNERSHIP<br>450 CLEM RD<br>GREENWOOD, SC 29649-8546 | | 02/21/2024 | Other- Rent | $4,609.36 |
| | | 03/05/2024 | Other- Rent | $4,609.36 |
| | | 04/09/2024 | Other- Rent | $4,609.36 |
| | | 04/30/2024 | Other- Rent | $4,609.36 |
| | | | **SUBTOTAL** | **$18,437.44** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| MARSH USA INC<br>PO BOX 846015<br>DALLAS, TX 752846015 | | 03/04/2024 | Suppliers or Vendors | $89,709.00 |
| | | 03/11/2024 | Suppliers or Vendors | $3,023.82 |
| | | 03/13/2024 | Suppliers or Vendors | $39,607.32 |
| | | 03/25/2024 | Suppliers or Vendors | $1,050.00 |
| | | 05/08/2024 | Suppliers or Vendors | $772,648.60 |
| | | | SUBTOTAL | $906,038.74 |
| MARVIN H GEISTLINGER<br>DBA & LINDA J GEISTLINGER<br>CO-TRUSTEE<br>MARVIN & LINDA GEISTLINGER<br>REVOCABLE TRUST<br>343 BELHAVEN CIR<br>SANTA ROSA, CA 95409-6004 | | 03/04/2024 | Other- Rent | $14,078.76 |
| | | 03/29/2024 | Other- Rent | $14,078.76 |
| | | | SUBTOTAL | $28,157.52 |
| MASTER DRY CLEANING &<br>RESTORATION INC<br>17541 LONG RIDGE DRIVE<br>MONTVERDE, FL 34756 | | 02/23/2024 | Suppliers or Vendors | $6,760.00 |
| | | 03/13/2024 | Suppliers or Vendors | $2,569.50 |
| | | 04/25/2024 | Suppliers or Vendors | $2,295.00 |
| | | | SUBTOTAL | $11,624.50 |
| MAYER LLP<br>750 N SAINT PAUL ST STE 700<br>DALLAS, TX 75201-3207 | | 05/08/2024 | Services | $11,302.77 |
| | | 05/19/2024 | Services | $17,089.35 |
| | | | SUBTOTAL | $28,392.12 |
| MC BUILDERS LLC<br>1229 LATTA ST<br>CHATTANOOGA, TN 37406-3746 | | 02/23/2024 | Suppliers or Vendors | $6,504.35 |
| | | 03/21/2024 | Suppliers or Vendors | $14,722.40 |
| | | 04/18/2024 | Suppliers or Vendors | $2,085.00 |
| | | | SUBTOTAL | $23,311.75 |
| NAME ON FILE<br>ADDRESS ON FILE | | 02/20/2024 | Suppliers or Vendors | $19,400.28 |
| | | 02/21/2024 | Suppliers or Vendors | $4,043.39 |
| | | 02/23/2024 | Suppliers or Vendors | $9,749.80 |
| | | 02/26/2024 | Suppliers or Vendors | $4,093.49 |
| | | 02/27/2024 | Suppliers or Vendors | $17,845.01 |
| | | 02/28/2024 | Suppliers or Vendors | $3,489.60 |
| | | 03/04/2024 | Suppliers or Vendors | $9,059.11 |
| | | 03/06/2024 | Suppliers or Vendors | $20,183.55 |
| | | 03/08/2024 | Suppliers or Vendors | $6,629.07 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/11/2024 | Suppliers or Vendors | $1,817.30 |
| | | 03/12/2024 | Suppliers or Vendors | $20,523.99 |
| | | 03/14/2024 | Suppliers or Vendors | $6,758.53 |
| | | 03/15/2024 | Suppliers or Vendors | $1,681.13 |
| | | 03/18/2024 | Suppliers or Vendors | $16,027.63 |
| | | 03/19/2024 | Suppliers or Vendors | $3,369.93 |
| | | 03/21/2024 | Suppliers or Vendors | $5,850.23 |
| | | 03/22/2024 | Suppliers or Vendors | $1,720.58 |
| | | 03/25/2024 | Suppliers or Vendors | $15,584.22 |
| | | 03/26/2024 | Suppliers or Vendors | $3,442.36 |
| | | 03/28/2024 | Suppliers or Vendors | $5,598.27 |
| | | 03/29/2024 | Suppliers or Vendors | $1,926.61 |
| | | 04/01/2024 | Suppliers or Vendors | $16,997.98 |
| | | 04/02/2024 | Suppliers or Vendors | $3,815.29 |
| | | 04/04/2024 | Suppliers or Vendors | $5,119.86 |
| | | 04/05/2024 | Suppliers or Vendors | $1,133.78 |
| | | 04/08/2024 | Suppliers or Vendors | $13,865.56 |
| | | 04/09/2024 | Suppliers or Vendors | $3,707.91 |
| | | 04/10/2024 | Suppliers or Vendors | $612.70 |
| | | 04/11/2024 | Suppliers or Vendors | $5,984.18 |
| | | 04/12/2024 | Suppliers or Vendors | $1,848.59 |
| | | 04/15/2024 | Suppliers or Vendors | $11,641.10 |
| | | 04/16/2024 | Suppliers or Vendors | $3,865.48 |
| | | 04/18/2024 | Suppliers or Vendors | $5,358.57 |
| | | 04/19/2024 | Suppliers or Vendors | $1,879.19 |
| | | 04/22/2024 | Suppliers or Vendors | $13,603.77 |
| | | 04/23/2024 | Suppliers or Vendors | $3,315.42 |
| | | 04/24/2024 | Suppliers or Vendors | $474.90 |
| | | 04/25/2024 | Suppliers or Vendors | $4,638.79 |
| | | 04/26/2024 | Suppliers or Vendors | $1,392.44 |
| | | 04/29/2024 | Suppliers or Vendors | $14,375.95 |
| | | 04/30/2024 | Suppliers or Vendors | $4,018.01 |
| | | 05/02/2024 | Suppliers or Vendors | $4,465.38 |
| | | 05/03/2024 | Suppliers or Vendors | $1,980.24 |
| | | 05/06/2024 | Suppliers or Vendors | $13,379.96 |
| | | 05/07/2024 | Suppliers or Vendors | $3,239.65 |

Debtor Name:  Red Lobster Management LLC                                                                                                  Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/09/2024 | Suppliers or Vendors | $3,535.99 |
| | | 05/10/2024 | Suppliers or Vendors | $1,887.12 |
| | | 05/13/2024 | Suppliers or Vendors | $13,564.97 |
| | | 05/14/2024 | Suppliers or Vendors | $3,452.12 |
| | | 05/16/2024 | Suppliers or Vendors | $4,825.47 |
| | | | **SUBTOTAL** | **$346,774.45** |
| MCD 6 LLC<br>C/O METROPOLITAN COMMERCIAL DEVELOPMENT<br>ATTN TRIPP MCCULLOCH<br>2001 STATE HILL RD STE 205<br>WYOMISSING, PA 19610-1607 | | 03/04/2024 | Other- Rent | $14,757.28 |
| | | 03/29/2024 | Other- Rent | $14,757.28 |
| | | 04/30/2024 | Other- Rent | $14,757.28 |
| | | | **SUBTOTAL** | **$44,271.84** |
| MDVIP INC<br>4950 COMMUNICATION AVENUE<br>SUITE 100<br>BOCA RATON, FL 33431 | | 04/03/2024 | Suppliers or Vendors | $3,950.00 |
| | | 04/17/2024 | Suppliers or Vendors | $7,630.00 |
| | | | **SUBTOTAL** | **$11,580.00** |
| MECHANICAL HEATING INC<br>DBA M H I SERVICES<br>PO BOX 483<br>MIAMISBURG, OH 453430483 | | 02/23/2024 | Suppliers or Vendors | $2,145.13 |
| | | 03/08/2024 | Suppliers or Vendors | $157.50 |
| | | 03/28/2024 | Suppliers or Vendors | $6,350.29 |
| | | 05/02/2024 | Suppliers or Vendors | $157.50 |
| | | | **SUBTOTAL** | **$8,810.42** |
| MECHANICAL SOURCE SOLUTIONS LLC<br>1244 EXECUTIVE BLVD BLDG B STE 101<br>CHESAPEAKE, VA 23320-2881 | | 02/23/2024 | Suppliers or Vendors | $3,475.33 |
| | | 03/12/2024 | Suppliers or Vendors | $25,043.12 |
| | | 03/21/2024 | Suppliers or Vendors | $12,169.72 |
| | | 04/04/2024 | Suppliers or Vendors | $4,226.66 |
| | | 04/25/2024 | Suppliers or Vendors | $489.66 |
| | | 05/02/2024 | Suppliers or Vendors | $3,489.43 |
| | | | **SUBTOTAL** | **$48,893.92** |
| MEDCOR INC<br>PO BOX #75570<br>CLEVELAND, OH 441014755 | | 05/19/2024 | Suppliers or Vendors | $11,128.69 |
| | | | **SUBTOTAL** | **$11,128.69** |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| MEILE INVESTMENT LLC DBA DOUBLETREE BY HILTON MONROVIA-PASADENA 924 WEST HUNTINGTON DRIVE MONROVIA, CA 91016 | | 03/11/2024 | Other- Rent | $36,718.20 |
| | | 03/22/2024 | Other- Rent | $90,882.53 |
| | | 04/08/2024 | Other- Rent | $36,718.20 |
| | | | SUBTOTAL | $164,318.93 |
| MEMPHIS AIR CONDITIONING & HEATING CO INC 2125 HILLSHIRE CIRCLE MEMPHIS, TN 38133 | | 04/22/2024 | Suppliers or Vendors | $17,135.05 |
| | | | SUBTOTAL | $17,135.05 |
| MERCHANT LINK LLC C/O MERCHANT LINK LOCKBOX 26125 NETWORK PL CHICAGO, IL 60673-1261 | | 03/06/2024 | Suppliers or Vendors | $25,086.07 |
| | | 03/15/2024 | Suppliers or Vendors | $3,332.51 |
| | | | SUBTOTAL | $28,418.58 |
| MERKLE INC 29432 NETWORK PL CHICAGO, IL 60673-1294 | | 03/13/2024 | Suppliers or Vendors | $23,373.00 |
| | | 03/21/2024 | Suppliers or Vendors | $95,805.00 |
| | | 04/26/2024 | Suppliers or Vendors | $250,664.00 |
| | | 05/02/2024 | Suppliers or Vendors | $250,375.00 |
| | | 05/09/2024 | Suppliers or Vendors | $250,222.00 |
| | | 05/16/2024 | Suppliers or Vendors | $252,218.00 |
| | | | SUBTOTAL | $1,122,657.00 |
| METLIFE LEGAL PLANS INC DEPT 781523 PO BOX 78000 DETROIT, MI 48278-1523 | | 03/13/2024 | Suppliers or Vendors | $9,829.05 |
| | | 04/15/2024 | Suppliers or Vendors | $12,146.62 |
| | | 05/15/2024 | Suppliers or Vendors | $9,270.93 |
| | | | SUBTOTAL | $31,246.60 |
| METRO NORTH CROSSING LLC 470 NW LEGACY DR KANSAS CITY, MO 64155-2894 | | 03/04/2024 | Other- Rent | $10,568.68 |
| | | 03/29/2024 | Other- Rent | $10,568.68 |
| | | 04/30/2024 | Other- Rent | $10,568.68 |
| | | | SUBTOTAL | $31,706.04 |
| METROPOLITAN LIFE INSURANCE COMPANY PO BOX 8500-3895 PHILADELPHIA, PA 191783895 | | 03/06/2024 | Suppliers or Vendors | $10,152.64 |
| | | 04/15/2024 | Suppliers or Vendors | $11,665.85 |
| | | 05/15/2024 | Suppliers or Vendors | $9,749.45 |

Debtor Name:  Red Lobster Management LLC                                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
|  |  |  | SUBTOTAL | **$31,567.94** |
| MF&B RESTAURANT SYSTEMS INC<br>119 ICMI RD STE 300<br>DUNBAR, PA 15431-2323 |  | 02/23/2024 | Suppliers or Vendors | $88,417.00 |
|  |  | 03/11/2024 | Suppliers or Vendors | $39,245.00 |
|  |  | 03/28/2024 | Suppliers or Vendors | $5,671.00 |
|  |  |  | SUBTOTAL | **$133,333.00** |
| MGA VENTURES INC<br>DBA MGA MCDONOUGH LLC<br>C/O J RON STEPHENS<br>146 HIGHWAY 138 # 376<br>MONROE, GA 30655 |  | 03/04/2024 | Other- Rent | $25,357.31 |
|  |  | 03/29/2024 | Other- Rent | $25,357.31 |
|  |  | 04/30/2024 | Other- Rent | $25,357.31 |
|  |  |  | SUBTOTAL | **$76,071.93** |
| MI CLAW LLC<br>C/O 125 E 39TH ST REALTY LLC<br>234 E 58TH ST UNIT NO 1<br>NEW YORK, NY 10022-2015 |  | 03/04/2024 | Other- Rent | $24,478.88 |
|  |  | 03/29/2024 | Other- Rent | $24,478.88 |
|  |  | 04/30/2024 | Other- Rent | $24,478.88 |
|  |  |  | SUBTOTAL | **$73,436.64** |
| MIAMI DADE COUNTY<br>DEPT OF ENVIRONMENTAL RESOURCES MGMT<br>701 NORTHWEST 1ST CT SUITE #200<br>MIAMI, FL 33136 |  | 03/19/2024 | Other- Government / Regulatory | $12,430.22 |
|  |  | 04/19/2024 | Other- Government / Regulatory | $15,297.42 |
|  |  | 05/09/2024 | Other- Government / Regulatory | $10,592.19 |
|  |  |  | SUBTOTAL | **$38,319.83** |
| NAME ON FILE<br>ADDRESS ON FILE |  | 05/03/2024 | Suppliers or Vendors | $8,620.00 |
|  |  |  | SUBTOTAL | **$8,620.00** |
| MICRO MATIC USA INC<br>2386 SIMON COURT<br>BROOKSVILLE, FL 34604-0751 |  | 03/13/2024 | Suppliers or Vendors | $18,899.79 |
|  |  |  | SUBTOTAL | **$18,899.79** |
| MICROSOFT CORPORATION<br>TECH ED NORTH AMERICA 2010<br>1950 N STEMMONS FWY STE 5010<br>LOCKBOX 847715<br>DALLAS, TX 75207 |  | 02/23/2024 | Suppliers or Vendors | $61,318.60 |
|  |  | 03/08/2024 | Suppliers or Vendors | $3,460.00 |
|  |  | 03/13/2024 | Suppliers or Vendors | $64,235.70 |
|  |  | 04/11/2024 | Suppliers or Vendors | $57,548.80 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/25/2024 | Suppliers or Vendors | $71,923.44 |
| | | 05/19/2024 | Suppliers or Vendors | $118,272.65 |
| | | | SUBTOTAL | **$376,759.19** |
| MICROSTRATEGY SERVICES CORPORATION PO BOX 409671 ATLANTA, GA 30384 | | 04/24/2024 | Suppliers or Vendors | $67,549.95 |
| | | | SUBTOTAL | **$67,549.95** |
| MID-ATLANTIC PROPERTY JT LLC C/O AKHTER MEHMOOD 415 NATTULL DRIVE BEAR, DE 19701 | | 03/04/2024 | Other- Rent | $24,850.16 |
| | | 03/29/2024 | Other- Rent | $24,850.16 |
| | | 04/30/2024 | Other- Rent | $24,850.16 |
| | | | SUBTOTAL | **$74,550.48** |
| MIDDLETOWN I RESOURCES L P C/O NATIONAL REALTY & DEVELOPMENT CORP 225 LIBERTY ST 31ST FLOOR NEW YORK, NY 10281-1089 | | 03/04/2024 | Other- Rent | $13,191.67 |
| | | 03/08/2024 | Other- Rent | $18,410.33 |
| | | 03/29/2024 | Other- Rent | $13,191.67 |
| | | 04/30/2024 | Other- Rent | $13,191.67 |
| | | | SUBTOTAL | **$57,985.34** |
| NAME ON FILE ADDRESS ON FILE | | 04/11/2024 | Suppliers or Vendors | $50,900.00 |
| | | 05/16/2024 | Suppliers or Vendors | $35,504.00 |
| | | | SUBTOTAL | **$86,404.00** |
| MIKE HENSLEY PLUMBING INC 3194 SPRING GROVE AVENUE CINCINNATI, OH 45225-1828 | | 02/22/2024 | Suppliers or Vendors | $6,061.00 |
| | | 03/11/2024 | Suppliers or Vendors | $925.00 |
| | | 03/14/2024 | Suppliers or Vendors | $355.00 |
| | | 04/03/2024 | Suppliers or Vendors | $5,868.00 |
| | | 04/16/2024 | Suppliers or Vendors | $709.00 |
| | | 04/24/2024 | Suppliers or Vendors | $703.00 |
| | | 05/07/2024 | Suppliers or Vendors | $1,230.00 |
| | | | SUBTOTAL | **$15,851.00** |
| MILLER MOTIVATIONS LLC 1688 16TH ST NE GRAND FORKS, ND 58201-9620 | | 02/26/2024 | Suppliers or Vendors | $1,785.00 |
| | | 03/14/2024 | Suppliers or Vendors | $120.00 |
| | | 03/20/2024 | Suppliers or Vendors | $2,080.00 |

Debtor Name: Red Lobster Management LLC                                    Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/29/2024 | Suppliers or Vendors | $4,090.00 |
| | | 05/15/2024 | Suppliers or Vendors | $1,455.00 |
| | | | **SUBTOTAL** | **$9,530.00** |
| MILLS LAW GROUP PA 2509 W GARDNER CT TAMPA, FL 33611-4774 | | 02/27/2024 | Suppliers or Vendors | $38,700.00 |
| | | | **SUBTOTAL** | **$38,700.00** |
| MILPITAS TOWN CENTER 2008 LP C/O SHAPELL PROPERTIES INC 1990 S BUNDY DRIVE STE 500 LOS ANGELES, CA 90025-5245 | | 03/07/2024 | Other- Rent | $32,461.87 |
| | | 04/16/2024 | Other- Rent | $32,461.87 |
| | | 04/25/2024 | Other- Rent | $1,229.81 |
| | | 05/14/2024 | Other- Rent | $29,785.87 |
| | | 05/16/2024 | Other- Rent | $2,676.00 |
| | | | **SUBTOTAL** | **$98,615.42** |
| MINT CLEANING SOLUTIONS LLC 2821 NE 163RD ST APT 2T NORTH MIAMI BEACH, FL 33160-4430 | | 02/23/2024 | Suppliers or Vendors | $2,600.00 |
| | | 03/08/2024 | Suppliers or Vendors | $1,975.00 |
| | | 03/28/2024 | Suppliers or Vendors | $9,760.00 |
| | | 04/25/2024 | Suppliers or Vendors | $3,550.00 |
| | | | **SUBTOTAL** | **$17,885.00** |
| MINTZER SAROWITZ ZERIS LEDVA & MEYERS LLP ATTN CENTER SQUARE WEST TOWER 1500 MARKET STREET SUITE 4100 PHILADELPHIA, PA 19102 | | 03/19/2024 | Services | $37.00 |
| | | 05/19/2024 | Services | $7,618.69 |
| | | | **SUBTOTAL** | **$7,655.69** |
| MINUTEMAN INDUSTRIES INC DBA MINUTEMAN PLMBG & DRAIN SVCS PO BOX 4983 GARDEN GROVE, CA 92842 | | 03/08/2024 | Suppliers or Vendors | $29,479.71 |
| | | 05/02/2024 | Suppliers or Vendors | $366.50 |
| | | | **SUBTOTAL** | **$29,846.21** |
| MISSION SAN JOSE LLC C/O CREEKSIDE DEVELOPMENT 222 OAK MEADOW DRIVE SUITE A LOS GATOS, CA 95032 | | 03/04/2024 | Other- Rent | $1,538.40 |
| | | 03/29/2024 | Other- Rent | $3,349.75 |
| | | 04/03/2024 | Other- Rent | $5,781.18 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/02/2024 | Other- Rent | $1,538.40 |
| | | | **SUBTOTAL** | **$12,207.73** |
| MOBI WIRELESS MANAGEMENT LLC<br>6100 W 96TH STREET SUITE 200<br>INDIANAPOLIS, IN 46278-6020 | | 02/23/2024 | Suppliers or Vendors | $876.54 |
| | | 03/07/2024 | Suppliers or Vendors | $11,900.00 |
| | | 03/26/2024 | Suppliers or Vendors | $725.21 |
| | | 04/10/2024 | Suppliers or Vendors | $12,100.00 |
| | | 04/24/2024 | Suppliers or Vendors | $734.73 |
| | | 05/07/2024 | Suppliers or Vendors | $12,650.00 |
| | | | **SUBTOTAL** | **$38,986.48** |
| MONICA INC<br>1012 WESLEY DR<br>MECHANICSBURG, PA<br>17055-5466 | | 03/04/2024 | Other- Rent | $16,735.83 |
| | | 03/29/2024 | Other- Rent | $16,735.83 |
| | | 04/30/2024 | Other- Rent | $16,735.83 |
| | | | **SUBTOTAL** | **$50,207.49** |
| MONTGOMERY CROSS RETAIL GROUP LLC<br>60 CUTTERMILL RD<br>GREAT NECK, NY 11021-3131 | | 03/04/2024 | Other- Rent | $5,000.00 |
| | | 03/29/2024 | Other- Rent | $5,000.00 |
| | | 04/30/2024 | Other- Rent | $5,000.00 |
| | | | **SUBTOTAL** | **$15,000.00** |
| MONTVISTA LLC<br>1002 SOUTH FIRST STREET<br>ALHAMBRA, CA 918014701 | | 03/18/2024 | Other- Rent | $8,596.54 |
| | | 04/03/2024 | Other- Rent | $8,596.54 |
| | | 04/29/2024 | Other- Rent | $19,564.82 |
| | | | **SUBTOTAL** | **$36,757.90** |
| MOOD MEDIA NORTH AMERICA HOLDINGS CORP<br>DBA MOOD MEDIA<br>PO BOX 602777<br>CHARLOTTE, NC 28260-2777 | | 02/20/2024 | Suppliers or Vendors | $6,208.96 |
| | | 02/23/2024 | Suppliers or Vendors | $5,654.06 |
| | | 03/18/2024 | Suppliers or Vendors | $26,686.01 |
| | | 04/02/2024 | Suppliers or Vendors | $7,334.90 |
| | | 05/08/2024 | Suppliers or Vendors | $32,650.58 |
| | | | **SUBTOTAL** | **$78,534.51** |
| MOORLAND MEDICINE LLC<br>8804 POTOMAC STATION LN<br>POTOMAC, MD 20854-3983 | | 03/04/2024 | Other- Rent | $25,871.71 |

Debtor Name:  Red Lobster Management LLC                                     Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $25,871.71 |
| | | 04/30/2024 | Other- Rent | $25,871.71 |
| | | | **SUBTOTAL** | **$77,615.13** |
| MORGUARD BOYNTON TOWN CENTER INC<br>PO BOX 919141<br>DALLAS, TX 753919141 | | 02/27/2024 | Other- Rent | $18,722.74 |
| | | 04/01/2024 | Other- Rent | $18,722.74 |
| | | 04/30/2024 | Other- Rent | $18,722.74 |
| | | | **SUBTOTAL** | **$56,168.22** |
| MOUNT HUNGER HOLDINGS LLC<br>DBA RL DECATUR LLC<br>1217 HIGH ST<br>BOULDER, CO 80304-4112 | | 03/04/2024 | Other- Rent | $11,264.62 |
| | | 03/29/2024 | Other- Rent | $11,264.62 |
| | | | **SUBTOTAL** | **$22,529.24** |
| MOUNTAIN LANDSCAPE CONTRACTORS<br>PO BOX 438<br>MOUNT FREEDOM, NJ 07970 | | 02/20/2024 | Suppliers or Vendors | $325.74 |
| | | 03/05/2024 | Suppliers or Vendors | $325.74 |
| | | 04/10/2024 | Suppliers or Vendors | $11,207.09 |
| | | 05/07/2024 | Suppliers or Vendors | $627.49 |
| | | | **SUBTOTAL** | **$12,486.06** |
| MPNT MICHIGAN LLC<br>C/O MPNT REALTY INC<br>18 ROLLING HILLS LN<br>HARRISON, NY 10528-1706 | | 03/04/2024 | Other- Rent | $35,382.46 |
| | | 03/29/2024 | Other- Rent | $35,382.46 |
| | | 04/30/2024 | Other- Rent | $35,382.46 |
| | | | **SUBTOTAL** | **$106,147.38** |
| MR HVAC LLC<br>415 COMMERCE LN STE 1<br>WEST BERLIN, NJ 08091-9271 | | 02/22/2024 | Suppliers or Vendors | $7,974.89 |
| | | 03/06/2024 | Suppliers or Vendors | $2,870.64 |
| | | 03/13/2024 | Suppliers or Vendors | $495.00 |
| | | 03/26/2024 | Suppliers or Vendors | $9,062.93 |
| | | 04/25/2024 | Suppliers or Vendors | $2,342.89 |
| | | 05/08/2024 | Suppliers or Vendors | $990.00 |
| | | | **SUBTOTAL** | **$23,736.35** |
| MRR HOLDINGS LLC<br>DBA MARKS REDDI ROOTER & PLUMBING<br>501 TASMAN ST<br>MADISON, WI 53714-3155 | | 03/19/2024 | Suppliers or Vendors | $27,851.09 |

Debtor Name:  Red Lobster Management LLC                                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$27,851.09** |
| MSJ PROJECTS LLC<br>11534 HORTON AVE<br>DOWNEY, CA 90241-4430 | | 02/23/2024 | Suppliers or Vendors | $27,698.00 |
| | | 03/28/2024 | Suppliers or Vendors | $3,200.00 |
| | | | **SUBTOTAL** | **$30,898.00** |
| MULTI-FRESH INC<br>DBA CROOK BROTHERS<br>250 GREY FLATS ROAD<br>BECKLEY, WV 25801 | | 02/20/2024 | Suppliers or Vendors | $8,207.37 |
| | | 02/21/2024 | Suppliers or Vendors | $3,163.31 |
| | | 02/23/2024 | Suppliers or Vendors | $1,814.91 |
| | | 02/26/2024 | Suppliers or Vendors | $4,747.78 |
| | | 02/27/2024 | Suppliers or Vendors | $6,925.71 |
| | | 02/28/2024 | Suppliers or Vendors | $2,064.46 |
| | | 03/04/2024 | Suppliers or Vendors | $3,498.76 |
| | | 03/06/2024 | Suppliers or Vendors | $7,793.90 |
| | | 03/07/2024 | Suppliers or Vendors | $1,012.12 |
| | | 03/08/2024 | Suppliers or Vendors | $1,236.44 |
| | | 03/11/2024 | Suppliers or Vendors | $2,260.53 |
| | | 03/12/2024 | Suppliers or Vendors | $9,115.71 |
| | | 03/13/2024 | Suppliers or Vendors | $519.60 |
| | | 03/14/2024 | Suppliers or Vendors | $1,918.13 |
| | | 03/15/2024 | Suppliers or Vendors | $2,231.25 |
| | | 03/18/2024 | Suppliers or Vendors | $7,270.44 |
| | | 03/19/2024 | Suppliers or Vendors | $2,400.48 |
| | | 03/21/2024 | Suppliers or Vendors | $1,139.55 |
| | | 03/22/2024 | Suppliers or Vendors | $2,017.10 |
| | | 03/25/2024 | Suppliers or Vendors | $6,723.16 |
| | | 03/26/2024 | Suppliers or Vendors | $2,440.83 |
| | | 03/27/2024 | Suppliers or Vendors | $466.49 |
| | | 03/28/2024 | Suppliers or Vendors | $939.15 |
| | | 03/29/2024 | Suppliers or Vendors | $2,209.79 |
| | | 04/01/2024 | Suppliers or Vendors | $6,543.86 |
| | | 04/02/2024 | Suppliers or Vendors | $2,166.04 |
| | | 04/04/2024 | Suppliers or Vendors | $406.95 |
| | | 04/05/2024 | Suppliers or Vendors | $1,758.04 |
| | | 04/08/2024 | Suppliers or Vendors | $6,752.64 |

Debtor Name: Red Lobster Management LLC                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/09/2024 | Suppliers or Vendors | $2,109.98 |
| | | 04/10/2024 | Suppliers or Vendors | $596.88 |
| | | 04/11/2024 | Suppliers or Vendors | $988.73 |
| | | 04/12/2024 | Suppliers or Vendors | $2,169.57 |
| | | 04/15/2024 | Suppliers or Vendors | $5,282.34 |
| | | 04/16/2024 | Suppliers or Vendors | $2,029.52 |
| | | 04/18/2024 | Suppliers or Vendors | $1,702.78 |
| | | 04/19/2024 | Suppliers or Vendors | $2,115.72 |
| | | 04/22/2024 | Suppliers or Vendors | $7,158.28 |
| | | 04/23/2024 | Suppliers or Vendors | $2,357.06 |
| | | 04/25/2024 | Suppliers or Vendors | $1,121.00 |
| | | 04/26/2024 | Suppliers or Vendors | $1,337.82 |
| | | 04/29/2024 | Suppliers or Vendors | $6,214.21 |
| | | 04/30/2024 | Suppliers or Vendors | $2,323.73 |
| | | 05/01/2024 | Suppliers or Vendors | $740.40 |
| | | 05/02/2024 | Suppliers or Vendors | $894.22 |
| | | 05/03/2024 | Suppliers or Vendors | $1,967.29 |
| | | 05/06/2024 | Suppliers or Vendors | $5,833.28 |
| | | 05/07/2024 | Suppliers or Vendors | $1,843.72 |
| | | 05/09/2024 | Suppliers or Vendors | $784.42 |
| | | 05/10/2024 | Suppliers or Vendors | $1,924.65 |
| | | 05/13/2024 | Suppliers or Vendors | $6,373.28 |
| | | 05/14/2024 | Suppliers or Vendors | $2,141.68 |
| | | 05/16/2024 | Suppliers or Vendors | $865.80 |
| | | | **SUBTOTAL** | **$160,620.86** |
| MUNICIPALITY OF MONROEVILLE TAX COLLECTOR 2700 MONROEVILLE BLVD MONROEVILLE, PA 151462388 | | 03/07/2024 | Other- Government / Regulatory | $8,974.84 |
| | | | **SUBTOTAL** | **$8,974.84** |
| MY TECH TEXAS LLC 2201 LONG PRAIRIE ROAD SUITE 107-153 FLOWER MOUND, TX 75022-4832 | | 02/23/2024 | Suppliers or Vendors | $698.36 |
| | | 03/08/2024 | Suppliers or Vendors | $3,632.86 |
| | | 03/21/2024 | Suppliers or Vendors | $25,945.48 |
| | | 03/22/2024 | Suppliers or Vendors | $6,896.40 |
| | | 03/28/2024 | Suppliers or Vendors | $7,283.75 |

Debtor Name:  Red Lobster Management LLC                                                     Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/25/2024 | Suppliers or Vendors | $9,528.42 |
| | | | **SUBTOTAL** | **$53,985.27** |
| NADG NNN RLOB MAY NJ LP C/O NADG NNN PROPERTY FUND LP 3131 MCKINNEY AVE STE L10 DALLAS, TX 75204-2430 | | 03/07/2024 | Other- Rent | $14,732.47 |
| | | 04/10/2024 | Other- Rent | $14,732.47 |
| | | 05/07/2024 | Other- Rent | $14,732.47 |
| | | | **SUBTOTAL** | **$44,197.41** |
| NAPLES LEASING 416 LLC DBA 1846 JONESBORO ROAD OWNER LLC C/O FEDERMAN STEIFMAN LLP 220 E 42ND ST FL 29 NEW YORK, NY 10017 | | 03/04/2024 | Other- Rent | $29,835.06 |
| | | 03/29/2024 | Other- Rent | $29,835.06 |
| | | 04/30/2024 | Other- Rent | $29,835.06 |
| | | | **SUBTOTAL** | **$89,505.18** |
| NAS RECRUITMENT INNOVATIONS INC PO BOX 781315 PHILADELPHIA, PA 19178-1315 | | 03/11/2024 | Suppliers or Vendors | $30,000.00 |
| | | 03/12/2024 | Suppliers or Vendors | $10,000.00 |
| | | 03/29/2024 | Suppliers or Vendors | $10,000.00 |
| | | 05/19/2024 | Suppliers or Vendors | $50,000.00 |
| | | | **SUBTOTAL** | **$100,000.00** |
| NATIONAL ORDERS INC DBA BUSINESS MOBILITY SOLUTIONS 3926 W SOUTH AVENUE B TAMPA, FL 33614-6552 | | 02/23/2024 | Suppliers or Vendors | $101,494.86 |
| | | 03/08/2024 | Suppliers or Vendors | $19,146.39 |
| | | 03/13/2024 | Suppliers or Vendors | $11,546.84 |
| | | 03/21/2024 | Suppliers or Vendors | $24,239.25 |
| | | | **SUBTOTAL** | **$156,427.34** |
| NATIONAL RESTAURANT ASSOCIATION PO BOX 824032 PHILADELPHIA, PA 19182-4032 | | 02/23/2024 | Suppliers or Vendors | $1,811.70 |
| | | 02/28/2024 | Suppliers or Vendors | $31,353.00 |
| | | 03/14/2024 | Suppliers or Vendors | $11,113.40 |
| | | 03/19/2024 | Suppliers or Vendors | $391.14 |
| | | 04/03/2024 | Suppliers or Vendors | $11,487.80 |
| | | | **SUBTOTAL** | **$56,157.04** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $76,777.73 |
| | | 03/29/2024 | Other- Rent | $76,777.73 |
| | | 04/30/2024 | Other- Rent | $76,777.73 |
| | | | **SUBTOTAL** | **$230,333.19** |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $31,892.29 |
| | | 03/29/2024 | Other- Rent | $31,892.29 |
| | | 04/30/2024 | Other- Rent | $31,892.29 |
| | | | **SUBTOTAL** | **$95,676.87** |
| NC ABC COMMISSION | | 03/15/2024 | Other- Government / Regulatory | $37,400.00 |
| | | | **SUBTOTAL** | **$37,400.00** |
| NC DEPT OF REVENUE | | 03/08/2024 | Other- Government / Regulatory | $20,935.85 |
| | | | **SUBTOTAL** | **$20,935.85** |
| NEW BENEFITS LTD 14240 PROTON ROAD DALLAS, TX 75244 | | 03/06/2024 | Suppliers or Vendors | $5,848.85 |
| | | 04/03/2024 | Suppliers or Vendors | $5,777.45 |
| | | 05/08/2024 | Suppliers or Vendors | $5,670.35 |
| | | | **SUBTOTAL** | **$17,296.65** |
| NEW ENGLAND MARINE | | 05/13/2024 | Suppliers or Vendors | $693,250.00 |
| | | | **SUBTOTAL** | **$693,250.00** |
| NEW MILLENNIUM CONSTRUCTION SVCS CORP 34430 ELEVATOR ROAD WILMINGTON, IL 60481 | | 03/08/2024 | Suppliers or Vendors | $9,445.00 |
| | | 03/28/2024 | Suppliers or Vendors | $31,204.00 |
| | | 04/25/2024 | Suppliers or Vendors | $6,315.25 |
| | | | **SUBTOTAL** | **$46,964.25** |
| NEW PLAN HAMPTON VILLAGE LLC C/O BRIXMOR PROPERTY GROUP PO BOX 645321 CINCINNATI, OH 452645321 | | 02/27/2024 | Other- Rent | $13,474.98 |
| | | 03/04/2024 | Other- Rent | $23.00 |
| | | 04/01/2024 | Other- Rent | $15,132.12 |
| | | 04/29/2024 | Other- Rent | $13,474.98 |
| | | | **SUBTOTAL** | **$42,105.08** |
| NEXT TECH DEVELOPMENT LLC C/O LUPE DEVELOPMENT PARTNERS 1801 COUNTY ROAD B W STE 201 ROSEVILLE, MN 55113-2832 | | 03/04/2024 | Other- Rent | $13,855.85 |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $13,855.85 |
| | | 04/30/2024 | Other- Rent | $13,855.85 |
| | | | SUBTOTAL | **$41,567.55** |
| NEXTGEN WOODSIDE REALTY LLC DBA WOODSIDE PARMA LLC 7845 COLONY RD STE C4-242 CHARLOTTE, NC 28226-7681 | | 02/28/2024 | Other- Rent | $24,478.88 |
| | | 04/01/2024 | Other- Rent | $24,478.88 |
| | | 04/30/2024 | Other- Rent | $24,478.88 |
| | | | SUBTOTAL | **$73,436.64** |
| NAME ON FILE ADDRESS ON FILE | | 03/07/2024 | Suppliers or Vendors | $8,988.31 |
| | | 04/08/2024 | Suppliers or Vendors | $13,676.41 |
| | | | SUBTOTAL | **$22,664.72** |
| NORTHTOWN SQUARE LLC C/O JAMESON COMMERCIAL PROPERTY PO BOX 2158 SPOKANE, WA 99210-2158 | | 03/04/2024 | Other- Rent | $15,339.53 |
| | | 03/27/2024 | Other- Rent | $1,754.09 |
| | | 04/02/2024 | Other- Rent | $15,339.53 |
| | | 04/16/2024 | Other- Rent | $1,754.09 |
| | | 05/01/2024 | Other- Rent | $15,339.53 |
| | | 05/07/2024 | Other- Rent | $1,754.09 |
| | | | SUBTOTAL | **$51,280.86** |
| NORTHWEST PROMENADE LLC PO BOX 82515 BAKERSFIELD, CA 933802515 | | 03/04/2024 | Other- Rent | $13,810.83 |
| | | 03/29/2024 | Other- Rent | $13,361.02 |
| | | 04/30/2024 | Other- Rent | $13,810.83 |
| | | | SUBTOTAL | **$40,982.68** |
| NORTON CREATIVE LLC | | 04/30/2024 | Suppliers or Vendors | $48,800.00 |
| | | | SUBTOTAL | **$48,800.00** |
| NUCO2 INC PO BOX 9011 STUART, FL 34995 | | 03/21/2024 | Suppliers or Vendors | $125,962.62 |
| | | 04/19/2024 | Suppliers or Vendors | $134,415.04 |
| | | | SUBTOTAL | **$260,377.66** |
| NUTRICLINICAL SOLUTIONS LLC PO BOX 1742 ALACHUA, FL 32616-1742 | | 02/20/2024 | Suppliers or Vendors | $22,525.00 |
| | | 03/08/2024 | Suppliers or Vendors | $3,825.00 |
| | | 04/11/2024 | Suppliers or Vendors | $16,075.00 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/16/2024 | Suppliers or Vendors | $9,975.00 |
| | | | **SUBTOTAL** | **$52,400.00** |
| NVS LANDSCAPE SERVICES 23A WALKER WAY COLONIE, NY 12205-4945 | | 03/28/2024 | Suppliers or Vendors | $3,579.43 |
| | | 04/25/2024 | Suppliers or Vendors | $6,981.43 |
| | | | **SUBTOTAL** | **$10,560.86** |
| NWCC INVESTMENTS II LLC DBA NWCC CENTER PLAZA 1402 E PIKE ST SEATTLE, WA 98122-4148 | | 03/12/2024 | Other- Rent | $23,712.93 |
| | | 03/29/2024 | Other- Rent | $6,404.00 |
| | | 04/01/2024 | Other- Rent | $12,884.33 |
| | | 04/09/2024 | Other- Rent | $8,993.28 |
| | | 04/30/2024 | Other- Rent | $6,404.00 |
| | | 05/08/2024 | Other- Rent | $3,707.84 |
| | | | **SUBTOTAL** | **$62,106.38** |
| NYC DEPT OF FINANCE PO BOX 32 NEW YORK, NY 10008 | | 03/21/2024 | Other- Government / Regulatory | $18,739.37 |
| | | | **SUBTOTAL** | **$18,739.37** |
| OAKTREE INVESTMENTS 4 LLC C/O JOHN DAVID WILSON & BARBARA ANN WILSON 6355 PRINCEVILLE CIR HUNTINGTON BEACH, CA 92648-5524 | | 03/04/2024 | Other- Rent | $12,997.64 |
| | | 03/29/2024 | Other- Rent | $12,997.64 |
| | | | **SUBTOTAL** | **$25,995.28** |
| OAKWOOD PLAZA LP PO BOX 30344 TAMPA, FL 33630-3344 | | 03/05/2024 | Other- Rent | $18,140.57 |
| | | 04/03/2024 | Other- Rent | $18,140.57 |
| | | 05/15/2024 | Other- Rent | $18,140.57 |
| | | | **SUBTOTAL** | **$54,421.71** |
| OBEACH LLC 289 CAMINO DEL POSTIGO ESCONDIDO, CA 92029-7442 | | 03/04/2024 | Other- Rent | $18,522.10 |
| | | 03/29/2024 | Other- Rent | $18,522.10 |
| | | 04/30/2024 | Other- Rent | $18,522.10 |
| | | | **SUBTOTAL** | **$55,566.30** |
| OCEAN PRO INC P O BOX 1284 TUCKER, GA 30084 | | 03/08/2024 | Suppliers or Vendors | $595.00 |
| | | 03/28/2024 | Suppliers or Vendors | $2,780.00 |
| | | 04/04/2024 | Suppliers or Vendors | $995.00 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/25/2024 | Suppliers or Vendors | $2,905.00 |
| | | 05/02/2024 | Suppliers or Vendors | $2,274.00 |
| | | | **SUBTOTAL** | **$9,549.00** |
| OCEAN SEAFOOD DEPOT INC<br>331 ADAMS ST<br>NEWARK, NJ 07105-1929 | | 02/20/2024 | Suppliers or Vendors | $2,221.10 |
| | | 02/21/2024 | Suppliers or Vendors | $1,059.80 |
| | | 02/27/2024 | Suppliers or Vendors | $283.73 |
| | | 03/01/2024 | Suppliers or Vendors | $895.49 |
| | | 03/04/2024 | Suppliers or Vendors | $1,222.23 |
| | | 03/05/2024 | Suppliers or Vendors | $652.44 |
| | | 03/12/2024 | Suppliers or Vendors | $2,490.65 |
| | | 03/19/2024 | Suppliers or Vendors | $2,241.12 |
| | | 03/22/2024 | Suppliers or Vendors | $383.60 |
| | | 03/25/2024 | Suppliers or Vendors | $1,525.92 |
| | | 03/26/2024 | Suppliers or Vendors | $1,617.46 |
| | | 04/01/2024 | Suppliers or Vendors | $3,635.46 |
| | | 04/02/2024 | Suppliers or Vendors | $2,751.27 |
| | | 04/09/2024 | Suppliers or Vendors | $3,457.17 |
| | | 04/15/2024 | Suppliers or Vendors | $1,394.75 |
| | | 04/16/2024 | Suppliers or Vendors | $725.17 |
| | | 04/25/2024 | Suppliers or Vendors | $4,315.00 |
| | | 04/29/2024 | Suppliers or Vendors | $2,736.83 |
| | | 04/30/2024 | Suppliers or Vendors | $815.59 |
| | | 05/06/2024 | Suppliers or Vendors | $337.39 |
| | | 05/07/2024 | Suppliers or Vendors | $1,322.29 |
| | | 05/13/2024 | Suppliers or Vendors | $740.03 |
| | | 05/14/2024 | Suppliers or Vendors | $1,110.73 |
| | | | **SUBTOTAL** | **$37,935.22** |
| OCRE INVESTMENTS LLC<br>ATTN: OSCAR COUSILLAS<br>1395 BRICKELL AVENUE<br>SUITE #730<br>MIAMI, FL 33131 | | 03/04/2024 | Other- Rent | $25,220.19 |
| | | 03/29/2024 | Other- Rent | $25,220.19 |
| | | 04/30/2024 | Other- Rent | $25,220.19 |
| | | | **SUBTOTAL** | **$75,660.57** |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| ODP BUSINESS SOLUTIONS LLC DBA OFFICE DEPOT BUSINESS SOLUTIONS LLC PO BOX 633211 CINCINNATI, OH 45263-3211 | | 02/20/2024 | Suppliers or Vendors | $12,608.40 |
| | | 03/04/2024 | Suppliers or Vendors | $47,714.43 |
| | | 03/08/2024 | Suppliers or Vendors | $10,684.48 |
| | | 03/13/2024 | Suppliers or Vendors | $12,450.70 |
| | | 03/28/2024 | Suppliers or Vendors | $24,644.03 |
| | | 04/25/2024 | Suppliers or Vendors | $11,362.07 |
| | | 05/09/2024 | Suppliers or Vendors | $26,170.82 |
| | | | SUBTOTAL | $145,634.93 |
| OFFICE COMPLEX ENTERPRISES INC 952 LAKEWOOD ROAD TOMS RIVER, NJ 08753 | | 03/08/2024 | Other- Rent | $19,715.07 |
| | | 04/11/2024 | Other- Rent | $19,715.07 |
| | | 05/09/2024 | Other- Rent | $19,715.07 |
| | | | SUBTOTAL | $59,145.21 |
| OHIO BUREAU OF WORKERS COMPENSATION PO BOX 89492 CLEVELAND, OH 441016492 | | 03/04/2024 | Suppliers or Vendors | $26,742.30 |
| | | 04/25/2024 | Suppliers or Vendors | $26,806.50 |
| | | | SUBTOTAL | $53,548.80 |
| OHIO DEPT OF TAXATION | | 05/13/2024 | Other- Government / Regulatory | $67,540.00 |
| | | | SUBTOTAL | $67,540.00 |
| OKTA INC PO BOX 743620 LOS ANGELES, CA 90074-3620 | | 03/04/2024 | Suppliers or Vendors | $36,250.00 |
| | | | SUBTOTAL | $36,250.00 |
| OLESEN AL LLC PO BOX 274 BUELLTON, CA 93427 | | 03/11/2024 | Other- Rent | $17,387.87 |
| | | 04/10/2024 | Other- Rent | $17,387.87 |
| | | | SUBTOTAL | $34,775.74 |
| OMAHA CAVE PARTNERSHIP LP 727 CRAIG ROAD #100 ST LOUIS, MO 631417114 | | 02/29/2024 | Other- Rent | $8,250.00 |
| | | 04/02/2024 | Other- Rent | $8,250.00 |
| | | 04/23/2024 | Other- Rent | $15,474.97 |
| | | 04/30/2024 | Other- Rent | $8,250.00 |
| | | | SUBTOTAL | $40,224.97 |

Debtor Name:  Red Lobster Management LLC                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| OPENTABLE INC<br>29109 NETWORK PL<br>CHICAGO, IL 60673-1291 | | 03/20/2024 | Suppliers or Vendors | $29,065.59 |
| | | | **SUBTOTAL** | **$29,065.59** |
| OPTUM RX | | 02/23/2024 | Suppliers or Vendors | $248,213.84 |
| | | 03/08/2024 | Suppliers or Vendors | $241,187.08 |
| | | 03/21/2024 | Suppliers or Vendors | $399,440.00 |
| | | 04/05/2024 | Suppliers or Vendors | $276,032.83 |
| | | 04/24/2024 | Suppliers or Vendors | $264,495.61 |
| | | 05/08/2024 | Suppliers or Vendors | $352,430.29 |
| | | | **SUBTOTAL** | **$1,781,799.65** |
| OR REVENUE DEPT | | 03/15/2024 | Other- Government / Regulatory | $334.08 |
| | | 04/15/2024 | Other- Government / Regulatory | $3,356.00 |
| | | 04/30/2024 | Other- Government / Regulatory | $18,000.00 |
| | | | **SUBTOTAL** | **$21,690.08** |
| ORACLE AMERICA INC<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 | | 04/03/2024 | Suppliers or Vendors | $97,709.95 |
| | | | **SUBTOTAL** | **$97,709.95** |
| ORIGLIO BEVERAGE INC<br>3000 MEETING HOUSE ROAD<br>PHILADELPHIA, PA 19154 | | 02/20/2024 | Suppliers or Vendors | $1,123.60 |
| | | 02/22/2024 | Suppliers or Vendors | $868.40 |
| | | 02/26/2024 | Suppliers or Vendors | $761.19 |
| | | 02/27/2024 | Suppliers or Vendors | $1,024.92 |
| | | 03/12/2024 | Suppliers or Vendors | $933.92 |
| | | 03/19/2024 | Suppliers or Vendors | $453.47 |
| | | 04/08/2024 | Suppliers or Vendors | $474.45 |
| | | 04/09/2024 | Suppliers or Vendors | $433.54 |
| | | 04/22/2024 | Suppliers or Vendors | $528.88 |
| | | 04/23/2024 | Suppliers or Vendors | $578.07 |
| | | 04/29/2024 | Suppliers or Vendors | $225.56 |
| | | 05/06/2024 | Suppliers or Vendors | $288.96 |
| | | 05/13/2024 | Suppliers or Vendors | $1,410.15 |
| | | | **SUBTOTAL** | **$9,105.11** |
| ORLANDO MAGIC LTD<br>DBA ORLANDO EVENTS CENTER<br>ENTERPRISE LLC<br>400 W CHURCH ST STE 250<br>ORLANDO, FL 32801-2515 | | 03/20/2024 | Suppliers or Vendors | $5,000.00 |
| | | 03/28/2024 | Suppliers or Vendors | $4,400.00 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/11/2024 | Suppliers or Vendors | $4,400.00 |
| | | | **SUBTOTAL** | **$13,800.00** |
| OSTLUND A SERVICE COMPANY LLC<br>3637 S OLD US 23 STE 100<br>BRIGHTON, MI 48114-7668 | | 04/30/2024 | Suppliers or Vendors | $9,539.11 |
| | | | **SUBTOTAL** | **$9,539.11** |
| OTIS ELEVATOR COMPANY<br>DEPT LA 21684<br>PASADENA, CA 91185-1684 | | 04/24/2024 | Suppliers or Vendors | $14,087.93 |
| | | | **SUBTOTAL** | **$14,087.93** |
| OTTO M PEREZ<br>DBA OTTO SMYRNA OWNER LLC<br>118 KNICKERBOCKER AVE<br>BROOKLYN, NY 11237-1803 | | 03/11/2024 | Other- Rent | $7,290.79 |
| | | 04/05/2024 | Other- Rent | $7,290.79 |
| | | 05/14/2024 | Other- Rent | $7,290.79 |
| | | | **SUBTOTAL** | **$21,872.37** |
| OUTER BANKS LIMITED PARTNERSHIP<br>4212 31ST ST N<br>ARLINGTON, VA 22207-4114 | | 03/04/2024 | Other- Rent | $17,382.96 |
| | | 03/29/2024 | Other- Rent | $17,382.96 |
| | | 04/30/2024 | Other- Rent | $17,382.96 |
| | | | **SUBTOTAL** | **$52,148.88** |
| OXFORD DEVELOPMENT COMPANY - MORAINE<br>2545 RAILROAD ST STE 300<br>PITTSBURGH, PA 15222-7605 | | 02/28/2024 | Other- Rent | $9,708.33 |
| | | 04/03/2024 | Other- Rent | $9,708.33 |
| | | 05/02/2024 | Other- Rent | $9,708.33 |
| | | | **SUBTOTAL** | **$29,124.99** |
| PACIFIC GROUP<br>DBA PACIFIC SEAFOOD<br>PO BOX 830240<br>PHILADELPHIA, PA 19182-0350 | | 02/20/2024 | Suppliers or Vendors | $2,957.00 |
| | | 02/21/2024 | Suppliers or Vendors | $1,334.00 |
| | | 02/26/2024 | Suppliers or Vendors | $866.00 |
| | | 02/27/2024 | Suppliers or Vendors | $3,180.79 |
| | | 02/28/2024 | Suppliers or Vendors | $601.00 |
| | | 03/04/2024 | Suppliers or Vendors | $1,239.87 |
| | | 03/06/2024 | Suppliers or Vendors | $1,573.00 |
| | | 03/07/2024 | Suppliers or Vendors | $1,133.50 |
| | | 03/11/2024 | Suppliers or Vendors | $477.00 |
| | | 03/12/2024 | Suppliers or Vendors | $576.00 |

Debtor Name: Red Lobster Management LLC                                                    Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/13/2024 | Suppliers or Vendors | $725.50 |
| | | 03/22/2024 | Suppliers or Vendors | $580.00 |
| | | 03/25/2024 | Suppliers or Vendors | $1,954.00 |
| | | 03/26/2024 | Suppliers or Vendors | $798.00 |
| | | 04/01/2024 | Suppliers or Vendors | $1,150.00 |
| | | 04/08/2024 | Suppliers or Vendors | $819.00 |
| | | 04/11/2024 | Suppliers or Vendors | $601.00 |
| | | | **SUBTOTAL** | **$20,565.66** |
| PACIFIC PREMIER RETAIL TRUST LLC DBA MACERICH LAKEWOOD LP PO BOX 29650 DEPT # 880527 PHOENIX, AZ 85038-9650 | | 02/28/2024 | Other- Rent | $1,475.67 |
| | | 02/29/2024 | Other- Rent | $41,944.50 |
| | | 04/03/2024 | Other- Rent | $41,944.50 |
| | | 04/05/2024 | Other- Rent | $1,475.67 |
| | | 05/01/2024 | Other- Rent | $39,558.89 |
| | | 05/07/2024 | Other- Rent | $1,475.67 |
| | | | **SUBTOTAL** | **$127,874.90** |
| PACIFIC SEAFOOD | | 03/15/2024 | Suppliers or Vendors | $152,336.50 |
| | | 03/21/2024 | Suppliers or Vendors | $119,380.00 |
| | | | **SUBTOTAL** | **$271,716.50** |
| PANOBSTER LLC C/O MICHAEL SCHMIDT MANAGING MEMBER 222 GRAND AVENUE ENGLEWOOD, NJ 07631 | | 03/04/2024 | Other- Rent | $8,366.76 |
| | | 03/29/2024 | Other- Rent | $8,366.76 |
| | | 04/30/2024 | Other- Rent | $8,366.76 |
| | | | **SUBTOTAL** | **$25,100.28** |
| PARED MOTEL ASSOCIATES LLC DBA COMFORT INN & SUITES 211 ROUTE 17 SOUTH PARAMUS, NJ 07652 | | 03/04/2024 | Other- Rent | $28,516.41 |
| | | 03/29/2024 | Other- Rent | $28,516.41 |
| | | 04/09/2024 | Other- Rent | $22,672.71 |
| | | 04/18/2024 | Other- Rent | $11,075.56 |
| | | 04/30/2024 | Other- Rent | $28,516.41 |
| | | | **SUBTOTAL** | **$119,297.50** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| PARK EAST LLC<br>220 WESTBURY AVENUE<br>PO BOX 348<br>CARLE PLACE, NY 115140348 | | 02/20/2024 | Other- Rent | $3,681.13 |
| | | 02/27/2024 | Other- Rent | $22,213.13 |
| | | 02/29/2024 | Other- Rent | $35,778.82 |
| | | 04/02/2024 | Other- Rent | $22,213.13 |
| | | 04/08/2024 | Other- Rent | $35,778.82 |
| | | 04/23/2024 | Other- Rent | $68,134.58 |
| | | 04/30/2024 | Other- Rent | $22,213.13 |
| | | 05/07/2024 | Other- Rent | $4,012.10 |
| | | | **SUBTOTAL** | **$214,024.84** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Employee Expense Reimbursement | $2,781.62 |
| | | 04/04/2024 | Other- Employee Expense Reimbursement | $5,084.23 |
| | | 05/01/2024 | Other- Employee Expense Reimbursement | $4,100.19 |
| | | 05/13/2024 | Other- Employee Expense Reimbursement | $2,313.08 |
| | | | **SUBTOTAL** | **$14,279.12** |
| NAME ON FILE<br>ADDRESS ON FILE | | 02/26/2024 | Other- Employee Expense Reimbursement | $1,982.99 |
| | | 03/18/2024 | Other- Employee Expense Reimbursement | $2,698.62 |
| | | 03/28/2024 | Other- Employee Expense Reimbursement | $1,191.82 |
| | | 04/04/2024 | Other- Employee Expense Reimbursement | $417.86 |
| | | 04/24/2024 | Other- Employee Expense Reimbursement | $1,374.60 |
| | | 04/30/2024 | Other- Employee Expense Reimbursement | $1,029.18 |
| | | | **SUBTOTAL** | **$8,695.07** |
| PARTS TOWN LLC<br>27787 NETWORK PLACE<br>CHICAGO, IL 606731277 | | 05/19/2024 | Suppliers or Vendors | $32,778.01 |
| | | | **SUBTOTAL** | **$32,778.01** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $27,264.23 |
| | | 03/29/2024 | Other- Rent | $27,264.23 |
| | | 04/30/2024 | Other- Rent | $27,264.23 |
| | | | **SUBTOTAL** | **$81,792.69** |
| NAME ON FILE<br>ADDRESS ON FILE | | 02/27/2024 | Other- Employee Expense Reimbursement | $959.23 |
| | | 02/29/2024 | Other- Employee Expense Reimbursement | $476.87 |
| | | 03/21/2024 | Other- Employee Expense Reimbursement | $6,768.25 |
| | | 03/27/2024 | Other- Employee Expense Reimbursement | $1,238.69 |

Debtor Name:  Red Lobster Management LLC                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
|  |  | 04/04/2024 | Other- Employee Expense Reimbursement | $1,219.28 |
|  |  | 04/15/2024 | Other- Employee Expense Reimbursement | $2,049.69 |
|  |  | 04/22/2024 | Other- Employee Expense Reimbursement | $1,261.06 |
|  |  | 05/01/2024 | Other- Employee Expense Reimbursement | $3,761.10 |
|  |  | 05/13/2024 | Other- Employee Expense Reimbursement | $1,062.52 |
|  |  |  | SUBTOTAL | $18,796.69 |
| PECONIC LLC 740 ST NICHOLSON DRIVE NEW YORK, NY 10031 |  | 03/04/2024 | Other- Rent | $34,225.78 |
|  |  | 03/29/2024 | Other- Rent | $34,225.78 |
|  |  | 04/30/2024 | Other- Rent | $34,225.78 |
|  |  |  | SUBTOTAL | $102,677.34 |
| NAME ON FILE ADDRESS ON FILE |  | 03/13/2024 | Suppliers or Vendors | $1,100.00 |
|  |  | 04/25/2024 | Suppliers or Vendors | $10,150.00 |
|  |  | 05/16/2024 | Suppliers or Vendors | $2,250.00 |
|  |  |  | SUBTOTAL | $13,500.00 |
| PEGNATO ROOF INTELLIGENCE NETWORK 4307 ROMA CT MARINA DEL REY, CA 90292-5998 |  | 02/23/2024 | Suppliers or Vendors | $32,127.03 |
|  |  | 03/21/2024 | Suppliers or Vendors | $104,308.00 |
|  |  | 03/28/2024 | Suppliers or Vendors | $21,425.19 |
|  |  | 04/04/2024 | Suppliers or Vendors | $1,363.90 |
|  |  | 04/25/2024 | Suppliers or Vendors | $79,671.76 |
|  |  | 05/02/2024 | Suppliers or Vendors | $3,975.00 |
|  |  | 05/16/2024 | Suppliers or Vendors | $78,274.70 |
|  |  |  | SUBTOTAL | $321,145.58 |
| PEPSI MIDAMERICA PO BOX 50-18241 ST LOUIS, MO 63150-8241 |  | 02/21/2024 | Suppliers or Vendors | $534.00 |
|  |  | 02/27/2024 | Suppliers or Vendors | $1,166.40 |
|  |  | 03/04/2024 | Suppliers or Vendors | $1,054.00 |
|  |  | 03/05/2024 | Suppliers or Vendors | $316.20 |
|  |  | 03/11/2024 | Suppliers or Vendors | $230.15 |
|  |  | 03/19/2024 | Suppliers or Vendors | $316.20 |
|  |  | 03/26/2024 | Suppliers or Vendors | $513.00 |
|  |  | 03/28/2024 | Suppliers or Vendors | $233.76 |
|  |  | 04/01/2024 | Suppliers or Vendors | $843.20 |
|  |  | 04/02/2024 | Suppliers or Vendors | $739.45 |

Debtor Name:  Red Lobster Management LLC    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/08/2024 | Suppliers or Vendors | $824.10 |
| | | 04/10/2024 | Suppliers or Vendors | $316.20 |
| | | 04/15/2024 | Suppliers or Vendors | $1,370.20 |
| | | 04/17/2024 | Suppliers or Vendors | $316.20 |
| | | 04/19/2024 | Suppliers or Vendors | $210.80 |
| | | 04/26/2024 | Suppliers or Vendors | $218.80 |
| | | 05/01/2024 | Suppliers or Vendors | $527.00 |
| | | 05/08/2024 | Suppliers or Vendors | $210.80 |
| | | 05/14/2024 | Suppliers or Vendors | $843.20 |
| | | | **SUBTOTAL** | **$10,783.66** |
| PERFICUT COMPANIES INC DBA QUALITY CARE LAWN PO BOX 200477 DALLAS, TX 75320-0477 | | 04/25/2024 | Suppliers or Vendors | $17,746.28 |
| | | 05/02/2024 | Suppliers or Vendors | $4,001.07 |
| | | | **SUBTOTAL** | **$21,747.35** |
| PERFORMANCE FOOD GROUP INC DBA REINHART FOODSERVICE LLC 100 HARBORVIEW PLZ STE 200 LA CROSSE, WI 54601-4291 | | 02/20/2024 | Suppliers or Vendors | $1,187.70 |
| | | 02/26/2024 | Suppliers or Vendors | $692.16 |
| | | 02/27/2024 | Suppliers or Vendors | $736.87 |
| | | 03/04/2024 | Suppliers or Vendors | $460.23 |
| | | 03/06/2024 | Suppliers or Vendors | $665.25 |
| | | 03/11/2024 | Suppliers or Vendors | $405.36 |
| | | 03/12/2024 | Suppliers or Vendors | $827.22 |
| | | 03/15/2024 | Suppliers or Vendors | $566.79 |
| | | 03/18/2024 | Suppliers or Vendors | $536.36 |
| | | 03/22/2024 | Suppliers or Vendors | $392.50 |
| | | 03/25/2024 | Suppliers or Vendors | $695.59 |
| | | 03/29/2024 | Suppliers or Vendors | $321.47 |
| | | 04/01/2024 | Suppliers or Vendors | $469.65 |
| | | 04/05/2024 | Suppliers or Vendors | $387.00 |
| | | 04/08/2024 | Suppliers or Vendors | $692.97 |
| | | 04/12/2024 | Suppliers or Vendors | $405.84 |
| | | 04/15/2024 | Suppliers or Vendors | $275.65 |
| | | 04/19/2024 | Suppliers or Vendors | $493.49 |
| | | 04/22/2024 | Suppliers or Vendors | $181.12 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/26/2024 | Suppliers or Vendors | $615.36 |
| | | 04/29/2024 | Suppliers or Vendors | $433.43 |
| | | 05/03/2024 | Suppliers or Vendors | $402.32 |
| | | 05/06/2024 | Suppliers or Vendors | $551.96 |
| | | 05/10/2024 | Suppliers or Vendors | $398.05 |
| | | 05/13/2024 | Suppliers or Vendors | $607.67 |
| | | | **SUBTOTAL** | **$13,402.01** |
| PERLICK COMPANY INC<br>PO BOX 88802<br>MILWAUKEE, WI 53288-8802 | | 03/04/2024 | Suppliers or Vendors | $17,225.19 |
| | | 04/01/2024 | Suppliers or Vendors | $555.67 |
| | | 04/18/2024 | Suppliers or Vendors | $879.66 |
| | | 05/02/2024 | Suppliers or Vendors | $175.35 |
| | | | **SUBTOTAL** | **$18,835.87** |
| PERSAM WETHERSFIELD LLC<br>118 KNICKERBOCKER AVENUE<br>BROOKLYN, NY 11237 | | 03/04/2024 | Other- Rent | $43,253.25 |
| | | 03/29/2024 | Other- Rent | $43,253.25 |
| | | 04/30/2024 | Other- Rent | $43,253.25 |
| | | | **SUBTOTAL** | **$129,759.75** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/27/2024 | Other- Employee Expense Reimbursement | $9,201.72 |
| | | 03/29/2024 | Other- Employee Expense Reimbursement | $1,691.02 |
| | | 04/29/2024 | Other- Employee Expense Reimbursement | $4,446.73 |
| | | | **SUBTOTAL** | **$15,339.47** |
| PETER MOON HONG<br>DBA THE 2015 HONG FAMILY TRUST<br>24641 WILLOW TER<br>HARBOR CITY, CA 90710-4570 | | 03/04/2024 | Other- Rent | $27,583.88 |
| | | 03/29/2024 | Other- Rent | $27,583.88 |
| | | 04/30/2024 | Other- Rent | $27,583.88 |
| | | | **SUBTOTAL** | **$82,751.64** |
| PFA-C SILVER SPRING LC<br>PFA SILVER SPRING LOCKBOX #075383<br>PO BOX 75383<br>CHARLOTTE, NC 28275 | | 02/26/2024 | Other- Rent | $2,354.33 |
| | | 02/27/2024 | Other- Rent | $28,578.55 |
| | | 03/28/2024 | Other- Rent | $2,354.33 |
| | | 04/01/2024 | Other- Rent | $28,578.55 |
| | | | **SUBTOTAL** | **$61,865.76** |

Debtor Name:  Red Lobster Management LLC                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| PHEASANT REALTY LLC DBA 9069 VANTAGE POINT DRIVE OWNER LLC 1776 61ST ST BROOKLYN, NY 11204-2232 | | 03/04/2024 | Other- Rent | $22,411.09 |
| | | 03/29/2024 | Other- Rent | $22,411.09 |
| | | | SUBTOTAL | **$44,822.18** |
| PHILIP VELKA DBA THE VELKA FAMILY TRUST 1 MEMORY LN SAN JUAN CAPISTRANO, CA 92675-1008 | | 03/04/2024 | Other- Rent | $18,424.34 |
| | | 03/29/2024 | Other- Rent | $18,424.34 |
| | | | SUBTOTAL | **$36,848.68** |
| PIECE MANAGEMENT INC 117 SOUTH SECOND STREET NEW HYDE PARK, NY 110404832 | | 03/05/2024 | Suppliers or Vendors | $27,678.44 |
| | | 03/12/2024 | Suppliers or Vendors | $2,926.36 |
| | | 04/02/2024 | Suppliers or Vendors | $3,374.04 |
| | | 05/08/2024 | Suppliers or Vendors | $579.22 |
| | | | SUBTOTAL | **$34,558.06** |
| PIEDMONT CNL TOWERS ORLAND LLC PO BOX 743938 ATLANTA, GA 30374-3938 | | 02/26/2024 | Other- Rent | $298,310.12 |
| | | 03/04/2024 | Other- Rent | $17,695.66 |
| | | 04/01/2024 | Other- Rent | $298,310.12 |
| | | 04/08/2024 | Other- Rent | $8,316.61 |
| | | 04/22/2024 | Other- Rent | $18.29 |
| | | 04/29/2024 | Other- Rent | $298,310.12 |
| | | | SUBTOTAL | **$920,960.92** |
| PINE VIEW ENTERPRISES LLC 10231 PRESTWICK TRAIL LONE TREE, CO 80124 | | 02/29/2024 | Other- Rent | $47,623.98 |
| | | 04/03/2024 | Other- Rent | $47,623.98 |
| | | 04/30/2024 | Other- Rent | $47,623.98 |
| | | | SUBTOTAL | **$142,871.94** |
| PINLEN LUBBOCK LLC C/O THE DAVIDMAN GROUP INC 1095 WOLVERTON E BOCA RATON, FL 33434-4530 | | 03/04/2024 | Other- Rent | $28,290.31 |
| | | 03/29/2024 | Other- Rent | $28,290.31 |
| | | 04/30/2024 | Other- Rent | $28,290.31 |
| | | | SUBTOTAL | **$84,870.93** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| PINNACLE LAND MAINTENANCE INC<br>850 WEST BERESFORD ROAD<br>DELAND, FL 32720 | | 03/08/2024 | Suppliers or Vendors | $14,241.00 |
| | | 03/29/2024 | Suppliers or Vendors | $5,291.25 |
| | | 04/24/2024 | Suppliers or Vendors | $3,954.50 |
| | | 05/13/2024 | Suppliers or Vendors | $4,501.75 |
| | | 05/17/2024 | Suppliers or Vendors | $1,396.00 |
| | | | SUBTOTAL | **$29,384.50** |
| PIPE PRO INC<br>6633 8TH STREET SOUTH WEST<br>CEDAR RAPIDS, IA 52404 | | 02/23/2024 | Suppliers or Vendors | $16,799.65 |
| | | 03/08/2024 | Suppliers or Vendors | $6,244.40 |
| | | 03/13/2024 | Suppliers or Vendors | $2,246.87 |
| | | 03/28/2024 | Suppliers or Vendors | $655.68 |
| | | 05/02/2024 | Suppliers or Vendors | $368.04 |
| | | | SUBTOTAL | **$26,314.64** |
| PIQRED LLC<br>ATTN MICHAEL SCHMIDT<br>222 GRAND AVE<br>ENGLEWOOD, NJ 07631-4352 | | 03/04/2024 | Other- Rent | $4,841.24 |
| | | 03/29/2024 | Other- Rent | $4,841.25 |
| | | 04/30/2024 | Other- Rent | $4,865.34 |
| | | | SUBTOTAL | **$14,547.83** |
| PITCO FRIALATOR INC<br>DBA PITCO/MAGIKITCHEN<br>2485 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | 03/04/2024 | Suppliers or Vendors | $29,028.92 |
| | | 03/13/2024 | Suppliers or Vendors | $16,599.99 |
| | | 03/27/2024 | Suppliers or Vendors | $26,119.56 |
| | | 05/06/2024 | Suppliers or Vendors | $8,820.52 |
| | | 05/08/2024 | Suppliers or Vendors | $17,213.57 |
| | | | SUBTOTAL | **$97,782.56** |
| PK II EL CAMINO NORTH LP<br>PO BOX 30344<br>TAMPA, FL 33630-3344 | | 02/27/2024 | Other- Rent | $1,862.17 |
| | | 02/28/2024 | Other- Rent | $15,277.57 |
| | | 03/26/2024 | Other- Rent | $1,862.17 |
| | | 04/01/2024 | Other- Rent | $15,277.57 |
| | | 05/03/2024 | Other- Rent | $1,862.17 |
| | | 05/15/2024 | Other- Rent | $15,277.57 |
| | | | SUBTOTAL | **$51,419.22** |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| PLAINFIELD FRUIT AND PRODUCE CO INC 82 EXECUTIVE AVENUE EDISON, NJ 08817 | | 02/20/2024 | Suppliers or Vendors | $19,931.07 |
| | | 02/21/2024 | Suppliers or Vendors | $8,567.63 |
| | | 02/22/2024 | Suppliers or Vendors | $2,070.04 |
| | | 02/23/2024 | Suppliers or Vendors | $9,496.81 |
| | | 02/26/2024 | Suppliers or Vendors | $10,247.11 |
| | | 02/27/2024 | Suppliers or Vendors | $17,416.80 |
| | | 02/28/2024 | Suppliers or Vendors | $12,829.90 |
| | | 03/04/2024 | Suppliers or Vendors | $14,149.08 |
| | | 03/06/2024 | Suppliers or Vendors | $31,993.38 |
| | | 03/08/2024 | Suppliers or Vendors | $8,314.34 |
| | | 03/11/2024 | Suppliers or Vendors | $2,772.84 |
| | | 03/12/2024 | Suppliers or Vendors | $35,031.94 |
| | | 03/14/2024 | Suppliers or Vendors | $7,909.22 |
| | | 03/15/2024 | Suppliers or Vendors | $3,738.60 |
| | | 03/18/2024 | Suppliers or Vendors | $17,899.82 |
| | | 03/19/2024 | Suppliers or Vendors | $12,573.80 |
| | | 03/21/2024 | Suppliers or Vendors | $7,896.34 |
| | | 03/22/2024 | Suppliers or Vendors | $2,876.49 |
| | | 03/25/2024 | Suppliers or Vendors | $18,723.33 |
| | | 03/26/2024 | Suppliers or Vendors | $14,775.63 |
| | | 03/28/2024 | Suppliers or Vendors | $6,211.17 |
| | | 03/29/2024 | Suppliers or Vendors | $5,494.36 |
| | | 04/01/2024 | Suppliers or Vendors | $19,657.07 |
| | | 04/02/2024 | Suppliers or Vendors | $11,508.97 |
| | | 04/04/2024 | Suppliers or Vendors | $4,470.93 |
| | | 04/05/2024 | Suppliers or Vendors | $5,098.96 |
| | | 04/08/2024 | Suppliers or Vendors | $21,981.09 |
| | | 04/09/2024 | Suppliers or Vendors | $12,412.17 |
| | | 04/11/2024 | Suppliers or Vendors | $8,008.88 |
| | | 04/12/2024 | Suppliers or Vendors | $3,833.99 |
| | | 04/15/2024 | Suppliers or Vendors | $15,837.72 |
| | | 04/16/2024 | Suppliers or Vendors | $14,426.88 |
| | | 04/18/2024 | Suppliers or Vendors | $5,103.67 |
| | | 04/19/2024 | Suppliers or Vendors | $3,370.28 |

Debtor Name:  Red Lobster Management LLC                                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/22/2024 | Suppliers or Vendors | $17,783.31 |
| | | 04/23/2024 | Suppliers or Vendors | $12,901.91 |
| | | 04/25/2024 | Suppliers or Vendors | $5,585.31 |
| | | 04/26/2024 | Suppliers or Vendors | $2,949.57 |
| | | 04/29/2024 | Suppliers or Vendors | $21,233.86 |
| | | 04/30/2024 | Suppliers or Vendors | $9,939.51 |
| | | 05/02/2024 | Suppliers or Vendors | $7,117.69 |
| | | 05/03/2024 | Suppliers or Vendors | $4,511.02 |
| | | 05/06/2024 | Suppliers or Vendors | $18,842.54 |
| | | 05/07/2024 | Suppliers or Vendors | $13,788.64 |
| | | 05/09/2024 | Suppliers or Vendors | $5,804.19 |
| | | 05/10/2024 | Suppliers or Vendors | $3,797.03 |
| | | 05/13/2024 | Suppliers or Vendors | $17,362.87 |
| | | 05/14/2024 | Suppliers or Vendors | $15,416.55 |
| | | 05/16/2024 | Suppliers or Vendors | $4,104.82 |
| | | | **SUBTOTAL** | **$557,769.13** |
| PLUMBING & DRAIN PROFESSIONALS LLC 372 MORRISON RD STE G COLUMBUS, OH 43213-1412 | | 03/26/2024 | Suppliers or Vendors | $17,103.74 |
| | | 04/30/2024 | Suppliers or Vendors | $7,799.78 |
| | | 05/08/2024 | Suppliers or Vendors | $825.31 |
| | | | **SUBTOTAL** | **$25,728.83** |
| POINT LOBSTER CO INC 1 SAINT LOUIS AVE POINT PLEASANT BEACH, NJ 08742-2651 | | 02/20/2024 | Suppliers or Vendors | $1,798.61 |
| | | 02/21/2024 | Suppliers or Vendors | $505.90 |
| | | 02/27/2024 | Suppliers or Vendors | $216.35 |
| | | 02/28/2024 | Suppliers or Vendors | $1,122.41 |
| | | 03/05/2024 | Suppliers or Vendors | $3,095.63 |
| | | 03/06/2024 | Suppliers or Vendors | $694.98 |
| | | 03/11/2024 | Suppliers or Vendors | $132.72 |
| | | 03/12/2024 | Suppliers or Vendors | $440.29 |
| | | 03/13/2024 | Suppliers or Vendors | $338.48 |
| | | 03/18/2024 | Suppliers or Vendors | $595.92 |
| | | 03/19/2024 | Suppliers or Vendors | $322.60 |
| | | 03/20/2024 | Suppliers or Vendors | $2,397.38 |
| | | 03/21/2024 | Suppliers or Vendors | $1,395.64 |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/02/2024 | Suppliers or Vendors | $1,515.63 |
| | | 04/03/2024 | Suppliers or Vendors | $2,342.55 |
| | | 04/08/2024 | Suppliers or Vendors | $1,103.28 |
| | | 04/10/2024 | Suppliers or Vendors | $510.91 |
| | | 04/15/2024 | Suppliers or Vendors | $2,769.37 |
| | | 04/22/2024 | Suppliers or Vendors | $877.31 |
| | | 04/24/2024 | Suppliers or Vendors | $284.24 |
| | | 04/25/2024 | Suppliers or Vendors | $1,011.08 |
| | | 04/29/2024 | Suppliers or Vendors | $2,556.19 |
| | | 05/01/2024 | Suppliers or Vendors | $588.26 |
| | | 05/06/2024 | Suppliers or Vendors | $1,959.77 |
| | | 05/13/2024 | Suppliers or Vendors | $2,629.72 |
| | | 05/15/2024 | Suppliers or Vendors | $314.64 |
| | | | **SUBTOTAL** | **$31,519.86** |
| POLLYWOG TRANSPORT INC 1908 28TH AVE E PALMETTO, FL 34221-9290 | | 02/20/2024 | Suppliers or Vendors | $1,724.25 |
| | | 02/22/2024 | Suppliers or Vendors | $1,260.55 |
| | | 02/27/2024 | Suppliers or Vendors | $1,708.15 |
| | | 02/29/2024 | Suppliers or Vendors | $1,609.15 |
| | | 03/06/2024 | Suppliers or Vendors | $1,796.00 |
| | | 03/07/2024 | Suppliers or Vendors | $1,599.35 |
| | | 03/12/2024 | Suppliers or Vendors | $1,139.40 |
| | | 03/15/2024 | Suppliers or Vendors | $954.30 |
| | | 03/18/2024 | Suppliers or Vendors | $1,166.35 |
| | | 03/20/2024 | Suppliers or Vendors | $742.55 |
| | | 03/27/2024 | Suppliers or Vendors | $763.90 |
| | | 04/01/2024 | Suppliers or Vendors | $2,023.50 |
| | | 04/03/2024 | Suppliers or Vendors | $526.95 |
| | | 04/08/2024 | Suppliers or Vendors | $1,387.20 |
| | | 04/10/2024 | Suppliers or Vendors | $465.00 |
| | | 04/12/2024 | Suppliers or Vendors | $1,512.15 |
| | | 04/15/2024 | Suppliers or Vendors | $1,799.15 |
| | | 04/17/2024 | Suppliers or Vendors | $970.05 |
| | | 04/22/2024 | Suppliers or Vendors | $2,004.25 |
| | | 04/24/2024 | Suppliers or Vendors | $1,111.45 |
| | | 04/29/2024 | Suppliers or Vendors | $2,006.00 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/01/2024 | Suppliers or Vendors | $1,104.10 |
| | | 05/06/2024 | Suppliers or Vendors | $1,782.70 |
| | | 05/08/2024 | Suppliers or Vendors | $606.40 |
| | | 05/13/2024 | Suppliers or Vendors | $1,791.45 |
| | | 05/15/2024 | Suppliers or Vendors | $477.25 |
| | | | **SUBTOTAL** | **$34,031.55** |
| PORT MCDONALD INC<br>PO BOX 481149<br>DELRAY BEACH, FL 33448-1149 | | 03/04/2024 | Other- Rent | $23,005.78 |
| | | 03/29/2024 | Other- Rent | $23,005.78 |
| | | 04/30/2024 | Other- Rent | $23,005.78 |
| | | | **SUBTOTAL** | **$69,017.34** |
| POSTAL CENTER INTERNATIONAL INC<br>PO BOX 31792<br>DEPT 13340<br>TAMPA, FL 336313792 | | 03/18/2024 | Suppliers or Vendors | $4,973.45 |
| | | 03/26/2024 | Suppliers or Vendors | $1,643.01 |
| | | 04/22/2024 | Suppliers or Vendors | $2,822.41 |
| | | 04/23/2024 | Suppliers or Vendors | $693.75 |
| | | 04/30/2024 | Suppliers or Vendors | $900.68 |
| | | 05/07/2024 | Suppliers or Vendors | $1,185.69 |
| | | 05/14/2024 | Suppliers or Vendors | $845.95 |
| | | 05/19/2024 | Suppliers or Vendors | $6,701.29 |
| | | | **SUBTOTAL** | **$19,766.23** |
| POTATO SPECIALTY CO INC<br>PO BOX 3925<br>LUBBOCK, TX 79452 | | 02/20/2024 | Suppliers or Vendors | $2,640.50 |
| | | 02/21/2024 | Suppliers or Vendors | $1,721.06 |
| | | 02/23/2024 | Suppliers or Vendors | $2,792.56 |
| | | 02/26/2024 | Suppliers or Vendors | $281.51 |
| | | 02/27/2024 | Suppliers or Vendors | $2,170.00 |
| | | 02/28/2024 | Suppliers or Vendors | $990.94 |
| | | 03/04/2024 | Suppliers or Vendors | $1,808.14 |
| | | 03/06/2024 | Suppliers or Vendors | $2,836.30 |
| | | 03/07/2024 | Suppliers or Vendors | $775.57 |
| | | 03/08/2024 | Suppliers or Vendors | $623.60 |
| | | 03/12/2024 | Suppliers or Vendors | $4,627.32 |
| | | 03/14/2024 | Suppliers or Vendors | $1,404.58 |
| | | 03/15/2024 | Suppliers or Vendors | $219.45 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/18/2024 | Suppliers or Vendors | $2,699.07 |
| | | 03/19/2024 | Suppliers or Vendors | $1,219.51 |
| | | 03/21/2024 | Suppliers or Vendors | $1,216.12 |
| | | 03/22/2024 | Suppliers or Vendors | $92.83 |
| | | 03/25/2024 | Suppliers or Vendors | $2,568.45 |
| | | 03/26/2024 | Suppliers or Vendors | $1,101.67 |
| | | 03/27/2024 | Suppliers or Vendors | $533.59 |
| | | 03/28/2024 | Suppliers or Vendors | $1,547.36 |
| | | 04/01/2024 | Suppliers or Vendors | $2,608.86 |
| | | 04/02/2024 | Suppliers or Vendors | $1,182.76 |
| | | 04/04/2024 | Suppliers or Vendors | $1,335.25 |
| | | 04/08/2024 | Suppliers or Vendors | $2,810.28 |
| | | 04/09/2024 | Suppliers or Vendors | $1,720.62 |
| | | 04/11/2024 | Suppliers or Vendors | $1,653.68 |
| | | 04/15/2024 | Suppliers or Vendors | $1,753.31 |
| | | 04/16/2024 | Suppliers or Vendors | $1,388.42 |
| | | 04/18/2024 | Suppliers or Vendors | $933.60 |
| | | 04/22/2024 | Suppliers or Vendors | $1,851.69 |
| | | 04/23/2024 | Suppliers or Vendors | $1,359.79 |
| | | 04/25/2024 | Suppliers or Vendors | $1,705.21 |
| | | 04/29/2024 | Suppliers or Vendors | $1,831.79 |
| | | 04/30/2024 | Suppliers or Vendors | $1,400.97 |
| | | 05/02/2024 | Suppliers or Vendors | $1,321.97 |
| | | 05/06/2024 | Suppliers or Vendors | $1,942.86 |
| | | 05/07/2024 | Suppliers or Vendors | $1,255.84 |
| | | 05/09/2024 | Suppliers or Vendors | $1,243.67 |
| | | 05/13/2024 | Suppliers or Vendors | $1,959.48 |
| | | 05/14/2024 | Suppliers or Vendors | $1,373.00 |
| | | 05/16/2024 | Suppliers or Vendors | $1,101.85 |
| | | | **SUBTOTAL** | **$67,605.03** |
| POTTSTOWN CENTER LP C/O LONGVIEW MANAGEMENT LP 309 LANCASTER AVE STE C-3 MALVERN, PA 19355-1889 | | 03/04/2024 | Other- Rent | $254.03 |
| | | 03/05/2024 | Other- Rent | $8,672.08 |
| | | 04/02/2024 | Other- Rent | $1,551.00 |
| | | 04/03/2024 | Other- Rent | $8,672.08 |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/02/2024 | Other- Rent | $8,672.08 |
| | | 05/06/2024 | Other- Rent | $1,551.00 |
| | | | **SUBTOTAL** | **$29,372.27** |
| PPINC LLC<br>PREMIER PRODUCE<br>2672 SW 36TH STREET<br>DANIA BEACH, FL 33312 | | 02/20/2024 | Suppliers or Vendors | $8,321.02 |
| | | 02/21/2024 | Suppliers or Vendors | $1,970.10 |
| | | 02/22/2024 | Suppliers or Vendors | $302.85 |
| | | 02/23/2024 | Suppliers or Vendors | $12,630.62 |
| | | 02/26/2024 | Suppliers or Vendors | $1,930.23 |
| | | 02/27/2024 | Suppliers or Vendors | $6,765.55 |
| | | 02/28/2024 | Suppliers or Vendors | $1,043.12 |
| | | 02/29/2024 | Suppliers or Vendors | $455.96 |
| | | 03/04/2024 | Suppliers or Vendors | $8,687.59 |
| | | 03/06/2024 | Suppliers or Vendors | $9,158.54 |
| | | 03/08/2024 | Suppliers or Vendors | $9,839.81 |
| | | 03/11/2024 | Suppliers or Vendors | $544.71 |
| | | 03/12/2024 | Suppliers or Vendors | $9,472.35 |
| | | 03/14/2024 | Suppliers or Vendors | $8,201.97 |
| | | 03/15/2024 | Suppliers or Vendors | $1,827.29 |
| | | 03/18/2024 | Suppliers or Vendors | $10,604.62 |
| | | 03/19/2024 | Suppliers or Vendors | $608.18 |
| | | 03/21/2024 | Suppliers or Vendors | $8,358.56 |
| | | 03/22/2024 | Suppliers or Vendors | $543.97 |
| | | 03/25/2024 | Suppliers or Vendors | $8,309.63 |
| | | 03/26/2024 | Suppliers or Vendors | $569.23 |
| | | 03/28/2024 | Suppliers or Vendors | $5,448.66 |
| | | 03/29/2024 | Suppliers or Vendors | $1,878.77 |
| | | 04/01/2024 | Suppliers or Vendors | $9,504.16 |
| | | 04/02/2024 | Suppliers or Vendors | $103.55 |
| | | 04/04/2024 | Suppliers or Vendors | $7,195.05 |
| | | 04/05/2024 | Suppliers or Vendors | $169.35 |
| | | 04/08/2024 | Suppliers or Vendors | $11,694.75 |
| | | 04/09/2024 | Suppliers or Vendors | $349.20 |
| | | 04/10/2024 | Suppliers or Vendors | $1,139.15 |
| | | 04/11/2024 | Suppliers or Vendors | $8,181.60 |

Debtor Name:  Red Lobster Management LLC                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/15/2024 | Suppliers or Vendors | $9,404.45 |
| | | 04/16/2024 | Suppliers or Vendors | $34.56 |
| | | 04/18/2024 | Suppliers or Vendors | $6,876.56 |
| | | 04/19/2024 | Suppliers or Vendors | $861.23 |
| | | 04/22/2024 | Suppliers or Vendors | $5,863.79 |
| | | 04/23/2024 | Suppliers or Vendors | $2,897.56 |
| | | 04/25/2024 | Suppliers or Vendors | $8,439.82 |
| | | 04/29/2024 | Suppliers or Vendors | $8,989.77 |
| | | 04/30/2024 | Suppliers or Vendors | $245.60 |
| | | 05/02/2024 | Suppliers or Vendors | $6,299.03 |
| | | 05/03/2024 | Suppliers or Vendors | $481.28 |
| | | 05/06/2024 | Suppliers or Vendors | $8,454.19 |
| | | 05/07/2024 | Suppliers or Vendors | $170.25 |
| | | 05/09/2024 | Suppliers or Vendors | $6,178.26 |
| | | 05/10/2024 | Suppliers or Vendors | $1,586.06 |
| | | 05/13/2024 | Suppliers or Vendors | $7,919.22 |
| | | 05/14/2024 | Suppliers or Vendors | $1,784.02 |
| | | 05/16/2024 | Suppliers or Vendors | $6,158.04 |
| | | | **SUBTOTAL** | **$238,453.83** |
| PRAN MCCAIN LLC ATTN NUTAN BHASKAR 12570 PINDELL CIR ALPHARETTA, GA 30004-1034 | | 03/04/2024 | Other- Rent | $43,901.28 |
| | | 03/29/2024 | Other- Rent | $43,901.28 |
| | | 04/30/2024 | Other- Rent | $43,901.28 |
| | | | **SUBTOTAL** | **$131,703.84** |
| PRATT GOLDSMITH INC AGENT FOR HARDEN RANCH PLAZA PO BOX 718 RODEO, CA 94572-0718 | | 03/04/2024 | Other- Rent | $18,735.78 |
| | | 04/03/2024 | Other- Rent | $18,735.78 |
| | | 05/02/2024 | Other- Rent | $18,735.78 |
| | | | **SUBTOTAL** | **$56,207.34** |
| PREMIER PRODUCE CENTRAL FLORIDA INC PREMIER PRODUCE CENTRAL FLORIDA INC PO BOX 7829 CAROL STREAM, IL 601977829 | | 02/20/2024 | Suppliers or Vendors | $27,407.95 |
| | | 02/21/2024 | Suppliers or Vendors | $12,022.22 |
| | | 02/23/2024 | Suppliers or Vendors | $25,622.44 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 02/26/2024 | Suppliers or Vendors | $10,719.53 |
| | | 02/27/2024 | Suppliers or Vendors | $20,354.65 |
| | | 02/28/2024 | Suppliers or Vendors | $9,882.72 |
| | | 02/29/2024 | Suppliers or Vendors | $882.95 |
| | | 03/04/2024 | Suppliers or Vendors | $26,136.94 |
| | | 03/06/2024 | Suppliers or Vendors | $32,016.04 |
| | | 03/08/2024 | Suppliers or Vendors | $17,603.24 |
| | | 03/11/2024 | Suppliers or Vendors | $10,998.85 |
| | | 03/12/2024 | Suppliers or Vendors | $35,084.08 |
| | | 03/14/2024 | Suppliers or Vendors | $17,218.16 |
| | | 03/15/2024 | Suppliers or Vendors | $7,430.38 |
| | | 03/18/2024 | Suppliers or Vendors | $21,349.77 |
| | | 03/19/2024 | Suppliers or Vendors | $8,393.98 |
| | | 03/21/2024 | Suppliers or Vendors | $15,752.82 |
| | | 03/22/2024 | Suppliers or Vendors | $7,213.19 |
| | | 03/25/2024 | Suppliers or Vendors | $21,400.91 |
| | | 03/26/2024 | Suppliers or Vendors | $9,850.64 |
| | | 03/28/2024 | Suppliers or Vendors | $13,730.63 |
| | | 03/29/2024 | Suppliers or Vendors | $10,491.78 |
| | | 04/01/2024 | Suppliers or Vendors | $19,691.60 |
| | | 04/02/2024 | Suppliers or Vendors | $8,564.01 |
| | | 04/04/2024 | Suppliers or Vendors | $15,825.06 |
| | | 04/05/2024 | Suppliers or Vendors | $6,951.61 |
| | | 04/08/2024 | Suppliers or Vendors | $22,092.22 |
| | | 04/09/2024 | Suppliers or Vendors | $11,711.58 |
| | | 04/11/2024 | Suppliers or Vendors | $12,663.52 |
| | | 04/12/2024 | Suppliers or Vendors | $7,597.82 |
| | | 04/15/2024 | Suppliers or Vendors | $23,834.25 |
| | | 04/16/2024 | Suppliers or Vendors | $8,603.88 |
| | | 04/18/2024 | Suppliers or Vendors | $15,885.85 |
| | | 04/19/2024 | Suppliers or Vendors | $7,314.89 |
| | | 04/22/2024 | Suppliers or Vendors | $20,426.78 |
| | | 04/23/2024 | Suppliers or Vendors | $10,794.21 |
| | | 04/25/2024 | Suppliers or Vendors | $12,999.00 |
| | | 04/26/2024 | Suppliers or Vendors | $7,319.12 |
| | | 04/29/2024 | Suppliers or Vendors | $19,009.64 |

Debtor Name:  Red Lobster Management LLC                                                         Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/30/2024 | Suppliers or Vendors | $11,838.75 |
| | | 05/02/2024 | Suppliers or Vendors | $15,250.56 |
| | | 05/03/2024 | Suppliers or Vendors | $6,334.32 |
| | | 05/06/2024 | Suppliers or Vendors | $19,035.85 |
| | | 05/07/2024 | Suppliers or Vendors | $8,695.42 |
| | | 05/09/2024 | Suppliers or Vendors | $14,358.32 |
| | | 05/10/2024 | Suppliers or Vendors | $6,199.59 |
| | | 05/13/2024 | Suppliers or Vendors | $17,708.46 |
| | | 05/14/2024 | Suppliers or Vendors | $7,407.38 |
| | | 05/16/2024 | Suppliers or Vendors | $19,217.23 |
| | | | **SUBTOTAL** | **$718,894.79** |
| PRESTO AUTOMATION INC DBA E LA CARTE LLC 985 INDUSTRIAL RD STE 205 SAN CARLOS, CA 94070-4157 | | 03/04/2024 | Suppliers or Vendors | $10,561.61 |
| | | 03/11/2024 | Suppliers or Vendors | $653.84 |
| | | 03/28/2024 | Suppliers or Vendors | $426.60 |
| | | | **SUBTOTAL** | **$11,642.05** |
| PRICEWATERHOUSE COOPERS LLP PO BOX 932011 ATLANTA, GA 311932011 | | 03/14/2024 | Services | $72,586.00 |
| | | 03/22/2024 | Services | $47,000.00 |
| | | 04/03/2024 | Services | $219,110.00 |
| | | 05/10/2024 | Services | $100,000.00 |
| | | | **SUBTOTAL** | **$438,696.00** |
| PRINCE WILLIAN COUNTY | | 02/26/2024 | Other- Government / Regulatory | $11,712.61 |
| | | | **SUBTOTAL** | **$11,712.61** |
| PRINCIPAL | | 02/23/2024 | Suppliers or Vendors | $307,264.30 |
| | | 03/01/2024 | Suppliers or Vendors | $283,609.20 |
| | | 03/08/2024 | Suppliers or Vendors | $277,552.07 |
| | | 03/15/2024 | Suppliers or Vendors | $276,542.38 |
| | | 03/22/2024 | Suppliers or Vendors | $427,412.79 |
| | | 03/29/2024 | Suppliers or Vendors | $267,795.73 |
| | | 04/05/2024 | Suppliers or Vendors | $267,281.57 |
| | | 04/12/2024 | Suppliers or Vendors | $262,359.86 |
| | | 04/19/2024 | Suppliers or Vendors | $262,359.86 |
| | | 04/23/2024 | Suppliers or Vendors | $1,363.35 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/26/2024 | Suppliers or Vendors | $261,186.42 |
| | | 05/03/2024 | Suppliers or Vendors | $257,450.06 |
| | | 05/08/2024 | Suppliers or Vendors | $1,005,741.02 |
| | | 05/10/2024 | Suppliers or Vendors | $251,989.39 |
| | | 05/16/2024 | Suppliers or Vendors | $282,201.33 |
| | | | **SUBTOTAL** | **$4,692,109.33** |
| PRIZEOUT CORP<br>33 W 17TH ST FL 8<br>NEW YORK, NY 10011-5511 | | 03/13/2024 | Suppliers or Vendors | $13,000.00 |
| | | 04/18/2024 | Suppliers or Vendors | $8,000.00 |
| | | | **SUBTOTAL** | **$21,000.00** |
| PRO AIR MECHANICAL INC<br>285 N US HIGHWAY 17-92<br>LONGWOOD, FL 32750-4424 | | 02/20/2024 | Suppliers or Vendors | $1,639.93 |
| | | 03/04/2024 | Suppliers or Vendors | $3,532.79 |
| | | 03/13/2024 | Suppliers or Vendors | $10,195.34 |
| | | 03/28/2024 | Suppliers or Vendors | $1,963.83 |
| | | 05/02/2024 | Suppliers or Vendors | $1,989.60 |
| | | | **SUBTOTAL** | **$19,321.49** |
| PROGRESSIVE FLOORING SERVICES INC<br>100 HERITAGE DRIVE<br>ETNA, OH 43062-8042 | | 03/08/2024 | Suppliers or Vendors | $103,182.12 |
| | | 03/21/2024 | Suppliers or Vendors | $35,858.66 |
| | | 04/25/2024 | Suppliers or Vendors | $640.06 |
| | | | **SUBTOTAL** | **$139,680.84** |
| PRO-HYGIENE<br>DBA XTREME HYGIENE<br>40 CYPRESS CREEK PKWY PMB 220<br>HOUSTON, TX 77090-3530 | | 02/22/2024 | Suppliers or Vendors | $8,489.58 |
| | | 02/27/2024 | Suppliers or Vendors | $75.78 |
| | | 03/06/2024 | Suppliers or Vendors | $577.52 |
| | | 03/19/2024 | Suppliers or Vendors | $260.24 |
| | | 04/03/2024 | Suppliers or Vendors | $1,104.43 |
| | | | **SUBTOTAL** | **$10,507.55** |
| PROLOGIS LP<br>PO BOX 846255<br>DALLAS, TX 752846255 | | 02/27/2024 | Other- Rent | $11,640.16 |
| | | 04/03/2024 | Other- Rent | $11,640.16 |
| | | 05/02/2024 | Other- Rent | $11,640.16 |
| | | | **SUBTOTAL** | **$34,920.48** |

Debtor Name:  Red Lobster Management LLC                                                     Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| PROPERTY WORX LLC<br>PO BOX 1312<br>DELAWARE, OH 43015-8312 | | 04/25/2024 | Suppliers or Vendors | $21,631.13 |
| | | | **SUBTOTAL** | **$21,631.13** |
| PROSKAUER ROSE LLP | | 05/15/2024 | Suppliers or Vendors | $2,500,000.00 |
| | | | **SUBTOTAL** | **$2,500,000.00** |
| PRO-TECH COOLING & HEATING<br>155 PRAIRIE LAKE RD STE C<br>EAST DUNDEE, IL 60118-9123 | | 02/23/2024 | Suppliers or Vendors | $12,679.68 |
| | | 03/08/2024 | Suppliers or Vendors | $2,291.77 |
| | | 03/28/2024 | Suppliers or Vendors | $9,009.76 |
| | | 04/25/2024 | Suppliers or Vendors | $4,844.27 |
| | | | **SUBTOTAL** | **$28,825.48** |
| PRO-TECH SERVICES<br>DBA PRO-TECH SERVICES LLC<br>4101 N WOOD RD<br>EAGLE MOUNTAIN, UT<br>84005-6507 | | 03/11/2024 | Suppliers or Vendors | $5,330.50 |
| | | 03/21/2024 | Suppliers or Vendors | $3,856.02 |
| | | 04/04/2024 | Suppliers or Vendors | $3,345.07 |
| | | 05/02/2024 | Suppliers or Vendors | $2,105.39 |
| | | 05/09/2024 | Suppliers or Vendors | $1,531.04 |
| | | | **SUBTOTAL** | **$16,168.02** |
| NAME ON FILE<br>ADDRESS ON FILE | | 02/29/2024 | Other- Employee Expense Reimbursement | $1,939.32 |
| | | 04/04/2024 | Other- Employee Expense Reimbursement | $2,137.28 |
| | | 04/17/2024 | Other- Employee Expense Reimbursement | $6,912.63 |
| | | 04/30/2024 | Other- Employee Expense Reimbursement | $4,024.97 |
| | | 05/13/2024 | Other- Employee Expense Reimbursement | $3,384.57 |
| | | | **SUBTOTAL** | **$18,398.77** |
| PROVENDER HALL I LLC<br>ATTN JOANNE FOX<br>301 MISSION ST APT 29C<br>SAN FRANCISCO, CA 94105-6652 | | 03/04/2024 | Other- Rent | $29,168.66 |
| | | 03/29/2024 | Other- Rent | $29,168.66 |
| | | | **SUBTOTAL** | **$58,337.32** |
| PRSS LLC<br>C/O POORNACHANDER UPPALA<br>2407 RAINFLOWER MEADOW LN<br>KATY, TX 77494-7809 | | 03/04/2024 | Other- Rent | $25,148.34 |
| | | 03/29/2024 | Other- Rent | $25,148.34 |
| | | 04/30/2024 | Other- Rent | $25,148.34 |
| | | | **SUBTOTAL** | **$75,445.02** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| PSCO KIEFFER INC<br>PO BOX 72617<br>CLEVELAND, OH 44192-0001 | | 02/28/2024 | Suppliers or Vendors | $508.76 |
| | | 03/20/2024 | Suppliers or Vendors | $11,595.08 |
| | | 04/18/2024 | Suppliers or Vendors | $4,486.89 |
| | | 04/24/2024 | Suppliers or Vendors | $5,261.00 |
| | | | SUBTOTAL | **$21,851.73** |
| PT HOLDINGS LLC<br>DBA RESTAURANT EQUIPMENT<br>SERVICE GROUP LLC<br>TOTAL MECHANICAL SERVICE<br>27766 NETWORK PLACE<br>LOCKBOX 27766<br>CHICAGO, IL 60673-1277 | | 03/08/2024 | Suppliers or Vendors | $1,856.87 |
| | | 03/28/2024 | Suppliers or Vendors | $3,720.09 |
| | | 04/04/2024 | Suppliers or Vendors | $3,550.97 |
| | | 04/25/2024 | Suppliers or Vendors | $2,231.35 |
| | | | SUBTOTAL | **$11,359.28** |
| PT INTERMEDIATE HOLDINGS IV<br>LLC<br>DBA GENERAL PARTS LLC<br>MI 10<br>PO BOX 9201<br>MINNEAPOLIS, MN 55480-9201 | | 02/21/2024 | Suppliers or Vendors | $7,809.96 |
| | | 02/23/2024 | Suppliers or Vendors | $1,635.81 |
| | | 03/08/2024 | Suppliers or Vendors | $168.35 |
| | | 03/28/2024 | Suppliers or Vendors | $16,799.70 |
| | | 04/25/2024 | Suppliers or Vendors | $10,339.62 |
| | | | SUBTOTAL | **$36,753.44** |
| PUMA INDUSTRIES 307 LLC<br>DBA 828 EASTERN BYPASS<br>OWNER LLC<br>701 N FORT LAUDERDALE<br>BEACH BLVD<br>UNIT 1604<br>FORT LAUDERDALE, FL<br>33304-4148 | | 03/04/2024 | Other- Rent | $11,857.05 |
| | | 03/29/2024 | Other- Rent | $11,857.05 |
| | | 04/30/2024 | Other- Rent | $11,857.05 |
| | | | SUBTOTAL | **$35,571.15** |
| PVSC COMPANY<br>PO BOX 331<br>ALTOONA, PA 16603-0331 | | 03/07/2024 | Other- Rent | $6,219.59 |
| | | 04/03/2024 | Other- Rent | $6,219.59 |
| | | 05/03/2024 | Other- Rent | $6,219.59 |
| | | | SUBTOTAL | **$18,658.77** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| PW WATERTOWN LLC<br>C/O PERI WOLFMAN<br>PO BOX 911<br>BRIDGEHAMPTON, NY 11932-0911 | | 03/04/2024 | Other- Rent | $10,773.77 |
| | | 03/29/2024 | Other- Rent | $10,773.77 |
| | | | **SUBTOTAL** | **$21,547.54** |
| QR RUSHMORE LLC<br>ATTN MALL MANAGEMENT OFFICE<br>2200 N MAPLE AVE<br>RAPID CITY, SD 57701-7854 | | 03/04/2024 | Other- Rent | $9,916.66 |
| | | 03/29/2024 | Other- Rent | $9,916.66 |
| | | | **SUBTOTAL** | **$19,833.32** |
| QSR AUTOMATIONS INC<br>2700 BUDDEKE DR<br>LOUISVILLE, KY 40206-1051 | | 02/23/2024 | Suppliers or Vendors | $26.64 |
| | | 03/08/2024 | Suppliers or Vendors | $241,623.64 |
| | | 03/28/2024 | Suppliers or Vendors | $3,624.60 |
| | | 04/11/2024 | Suppliers or Vendors | $3,387.03 |
| | | 04/25/2024 | Suppliers or Vendors | $69.22 |
| | | 05/02/2024 | Suppliers or Vendors | $104.23 |
| | | 05/09/2024 | Suppliers or Vendors | $253,849.09 |
| | | 05/14/2024 | Suppliers or Vendors | $551.94 |
| | | | **SUBTOTAL** | **$503,236.39** |
| QUALITY F & V LLC<br>DBA QUALITY FRUIT & VEG CO<br>10 ZANE GREY<br>EL PASO, TX 799065266 | | 02/20/2024 | Suppliers or Vendors | $9,619.67 |
| | | 02/21/2024 | Suppliers or Vendors | $1,362.77 |
| | | 02/22/2024 | Suppliers or Vendors | $3,237.48 |
| | | 02/26/2024 | Suppliers or Vendors | $3,721.35 |
| | | 02/27/2024 | Suppliers or Vendors | $6,450.58 |
| | | 02/28/2024 | Suppliers or Vendors | $1,004.96 |
| | | 02/29/2024 | Suppliers or Vendors | $3,760.73 |
| | | 03/04/2024 | Suppliers or Vendors | $4,652.03 |
| | | 03/06/2024 | Suppliers or Vendors | $9,982.59 |
| | | 03/07/2024 | Suppliers or Vendors | $1,657.51 |
| | | 03/08/2024 | Suppliers or Vendors | $26.15 |
| | | 03/11/2024 | Suppliers or Vendors | $3,873.16 |
| | | 03/12/2024 | Suppliers or Vendors | $8,910.66 |
| | | 03/13/2024 | Suppliers or Vendors | $1,869.55 |
| | | 03/14/2024 | Suppliers or Vendors | $413.10 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/15/2024 | Suppliers or Vendors | $4,625.83 |
| | | 03/18/2024 | Suppliers or Vendors | $7,133.30 |
| | | 03/19/2024 | Suppliers or Vendors | $1,606.07 |
| | | 03/20/2024 | Suppliers or Vendors | $1,898.89 |
| | | 03/22/2024 | Suppliers or Vendors | $1,886.52 |
| | | 03/25/2024 | Suppliers or Vendors | $7,520.11 |
| | | 03/26/2024 | Suppliers or Vendors | $744.38 |
| | | 03/27/2024 | Suppliers or Vendors | $2,508.87 |
| | | 03/28/2024 | Suppliers or Vendors | $260.00 |
| | | 03/29/2024 | Suppliers or Vendors | $4,117.54 |
| | | 04/01/2024 | Suppliers or Vendors | $6,766.15 |
| | | 04/02/2024 | Suppliers or Vendors | $2,056.94 |
| | | 04/03/2024 | Suppliers or Vendors | $2,246.04 |
| | | 04/05/2024 | Suppliers or Vendors | $3,970.31 |
| | | 04/08/2024 | Suppliers or Vendors | $6,619.17 |
| | | 04/09/2024 | Suppliers or Vendors | $5,168.36 |
| | | 04/12/2024 | Suppliers or Vendors | $3,402.75 |
| | | 04/15/2024 | Suppliers or Vendors | $5,384.72 |
| | | 04/16/2024 | Suppliers or Vendors | $1,652.73 |
| | | 04/17/2024 | Suppliers or Vendors | $2,222.41 |
| | | 04/18/2024 | Suppliers or Vendors | $1,848.97 |
| | | 04/19/2024 | Suppliers or Vendors | $2,864.03 |
| | | 04/22/2024 | Suppliers or Vendors | $5,965.95 |
| | | 04/23/2024 | Suppliers or Vendors | $1,285.59 |
| | | 04/24/2024 | Suppliers or Vendors | $2,101.42 |
| | | 04/26/2024 | Suppliers or Vendors | $2,843.26 |
| | | 04/29/2024 | Suppliers or Vendors | $5,567.50 |
| | | 04/30/2024 | Suppliers or Vendors | $2,605.30 |
| | | 05/01/2024 | Suppliers or Vendors | $1,699.48 |
| | | 05/02/2024 | Suppliers or Vendors | $110.70 |
| | | 05/03/2024 | Suppliers or Vendors | $2,836.33 |
| | | 05/06/2024 | Suppliers or Vendors | $6,162.68 |
| | | 05/07/2024 | Suppliers or Vendors | $1,481.42 |
| | | 05/08/2024 | Suppliers or Vendors | $2,363.91 |
| | | 05/09/2024 | Suppliers or Vendors | $131.70 |
| | | 05/10/2024 | Suppliers or Vendors | $2,482.89 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/13/2024 | Suppliers or Vendors | $6,649.25 |
| | | 05/14/2024 | Suppliers or Vendors | $1,607.63 |
| | | 05/15/2024 | Suppliers or Vendors | $2,511.79 |
| | | | SUBTOTAL | **$185,453.18** |
| QUALITY REFRIGERATION CONCEPTS INC DBA QRC INC 215 CASSELL ST WINSTON SALEM, NC 27127-4810 | | 02/23/2024 | Suppliers or Vendors | $18,196.84 |
| | | 03/08/2024 | Suppliers or Vendors | $1,027.79 |
| | | 03/13/2024 | Suppliers or Vendors | $4,834.54 |
| | | 03/21/2024 | Suppliers or Vendors | $21,077.05 |
| | | | SUBTOTAL | **$45,136.22** |
| QUALITY REFRIGERATION INC 6237 PENN AVE SO SUITE 100 RICHFIELD, MN 55423 | | 02/23/2024 | Suppliers or Vendors | $997.58 |
| | | 03/13/2024 | Suppliers or Vendors | $13,068.61 |
| | | 03/28/2024 | Suppliers or Vendors | $7,756.84 |
| | | 04/25/2024 | Suppliers or Vendors | $11,199.33 |
| | | 05/02/2024 | Suppliers or Vendors | $5,477.05 |
| | | | SUBTOTAL | **$38,499.41** |
| QUICK CONSTRUCTION INC PO BOX 8 CANDOR, NY 13743-0008 | | 04/02/2024 | Suppliers or Vendors | $94,000.00 |
| | | | SUBTOTAL | **$94,000.00** |
| QUICK SERVANT COMPANY INC 12011 GUILFORD ROAD UNIT 101 ANNAPOLIS JUNCTION, MD 20701 | | 03/04/2024 | Suppliers or Vendors | $2,520.00 |
| | | 03/08/2024 | Suppliers or Vendors | $2,628.99 |
| | | 03/28/2024 | Suppliers or Vendors | $17,924.06 |
| | | 04/25/2024 | Suppliers or Vendors | $13,709.07 |
| | | | SUBTOTAL | **$36,782.12** |
| QWEST MECHANICAL CORP 33940 E ROYALTON RD COLUMBIA STATION, OH 44028-9164 | | 02/20/2024 | Suppliers or Vendors | $27,747.23 |
| | | 03/04/2024 | Suppliers or Vendors | $10,437.24 |
| | | 03/08/2024 | Suppliers or Vendors | $3,005.62 |
| | | 03/28/2024 | Suppliers or Vendors | $42,254.91 |
| | | 05/02/2024 | Suppliers or Vendors | $26,816.63 |
| | | | SUBTOTAL | **$110,261.63** |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| R & P RESTAURANT SERVICE INC<br>324 N 325 E<br>VALPARAISO, IN 46383 | | 02/20/2024 | Suppliers or Vendors | $25,146.24 |
| | | 03/04/2024 | Suppliers or Vendors | $4,882.13 |
| | | 03/08/2024 | Suppliers or Vendors | $675.00 |
| | | 03/28/2024 | Suppliers or Vendors | $3,150.89 |
| | | 04/04/2024 | Suppliers or Vendors | $2,293.88 |
| | | 05/02/2024 | Suppliers or Vendors | $661.00 |
| | | | **SUBTOTAL** | **$36,809.14** |
| R&H PROPERTIES LP<br>2243 E DEL RAE DR<br>FLAGSTAFF, AZ 86005-2763 | | 03/04/2024 | Other- Rent | $18,386.99 |
| | | 03/29/2024 | Other- Rent | $18,386.99 |
| | | 04/30/2024 | Other- Rent | $18,386.99 |
| | | | **SUBTOTAL** | **$55,160.97** |
| RAAB SERVICE INC<br>2015 B S WEST AVE<br>WAUKESHA, WI 53189 | | 02/26/2024 | Suppliers or Vendors | $49,408.90 |
| | | 03/12/2024 | Suppliers or Vendors | $6,961.65 |
| | | 04/03/2024 | Suppliers or Vendors | $9,137.26 |
| | | | **SUBTOTAL** | **$65,507.81** |
| RAI SAWAK LLC<br>C/O MARK RAI<br>8932 S SHADOW BAY DR<br>ORLANDO, FL 32825-3707 | | 03/04/2024 | Other- Rent | $11,590.33 |
| | | 03/29/2024 | Other- Rent | $11,590.33 |
| | | 04/30/2024 | Other- Rent | $11,590.33 |
| | | | **SUBTOTAL** | **$34,770.99** |
| RAI UNION REALTY LLC<br>C/O SHAMWATIE SAWAK<br>8932 S SHADOW BAY DR<br>ORLANDO, FL 32825-3707 | | 03/04/2024 | Other- Rent | $15,842.42 |
| | | 03/29/2024 | Other- Rent | $15,842.42 |
| | | 04/30/2024 | Other- Rent | $15,842.42 |
| | | | **SUBTOTAL** | **$47,527.26** |
| RAINMAKER THINKING INC<br>PO BOX 6082<br>WALLINGFORD, CT 06492-0089 | | 03/15/2024 | Suppliers or Vendors | $102,500.00 |
| | | 05/02/2024 | Suppliers or Vendors | $102,500.00 |
| | | | **SUBTOTAL** | **$205,000.00** |
| RAYMARC RE LLC<br>1145 E 80TH STREET<br>APT 9GH<br>NEW YORK, NY 10075 | | 03/04/2024 | Other- Rent | $39,193.68 |
| | | 03/29/2024 | Other- Rent | $39,193.68 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/30/2024 | Other- Rent | $39,193.68 |
| | | | SUBTOTAL | **$117,581.04** |
| RAYMARK MECHANICAL INC DBA RAYFORD MECHANICAL 3520 ALDINE BENDER RD SUITE B HOUSTON, TX 77032-3723 | | 02/23/2024 | Suppliers or Vendors | $7,929.75 |
| | | 03/21/2024 | Suppliers or Vendors | $2,325.02 |
| | | | SUBTOTAL | **$10,254.77** |
| RB SANDRINI FARMS LP C/O RICHARD SANDRINI 10889 CASEY AVENUE DELANO, CA 93215-9316 | | 03/04/2024 | Other- Rent | $30,456.95 |
| | | 03/29/2024 | Other- Rent | $30,456.95 |
| | | | SUBTOTAL | **$60,913.90** |
| RDHW MANAGEMENT LLC DBA ROD DE LLANO FAMILY PARTNERSHIP LP HERBERT AND ISABEL WOLFE TTEES, WOLFE TR 440 LOUISIANA ST STE 1212 HOUSTON, TX 77002-1056 | | 03/04/2024 | Other- Rent | $14,634.96 |
| | | 03/29/2024 | Other- Rent | $14,634.96 |
| | | 04/30/2024 | Other- Rent | $14,634.96 |
| | | | SUBTOTAL | **$43,904.88** |
| REAL ESTATE SERVICES INC PO BOX 600653 SAN DIEGO, CA 92160 | | 03/04/2024 | Other- Rent | $16,305.51 |
| | | 03/29/2024 | Other- Rent | $4,779.38 |
| | | | SUBTOTAL | **$21,084.89** |
| REALTY INCOME CORPORATION DBA SPIRIT MASTER FUNDING IX LLC PO BOX 103128 PASADENA, CA 91189-0153 | | 03/07/2024 | Other- Rent | $286,129.87 |
| | | 04/01/2024 | Other- Rent | $286,129.87 |
| | | 04/29/2024 | Other- Rent | $286,129.87 |
| | | | SUBTOTAL | **$858,389.61** |
| RED DAWN SEI BUYER INC DBA SERVICE EXPRESS LLC DEPT 6306 PO BOX 30516 LANSING, MI 48909-8016 | | 04/01/2024 | Suppliers or Vendors | $69,589.99 |
| | | | SUBTOTAL | **$69,589.99** |
| RED GARDEN LLC 222 GRAND AVE ENGLEWOOD, NJ 07631 | | 03/04/2024 | Other- Rent | $18,481.31 |
| | | 03/29/2024 | Other- Rent | $18,481.31 |
| | | 04/30/2024 | Other- Rent | $18,481.31 |

Debtor Name:  Red Lobster Management LLC                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$55,443.93** |
| RED LOBSTER MASTER HOLDINGS LP DBA RED LOBSTER MANAGEMENT LLC 450 S ORANGE AVENUE SUITE 800 ORLANDO, FL 32801 | | 03/13/2024 | Other- Government / Regulatory | $11,625.00 |
| | | | **SUBTOTAL** | **$11,625.00** |
| RED LOBSTER OF LAKELAND LLC 5194 SEAHORSE AVE NAPLES, FL 34103-2465 | | 03/04/2024 | Other- Rent | $41,908.49 |
| | | 03/29/2024 | Other- Rent | $41,908.49 |
| | | 04/30/2024 | Other- Rent | $41,908.49 |
| | | | **SUBTOTAL** | **$125,725.47** |
| RED LOBSTER ST CLOUD MN LLC 20161 OCEAN KEY DR BOCA RATON, FL 33498-4530 | | 03/04/2024 | Other- Rent | $34,051.25 |
| | | 03/29/2024 | Other- Rent | $34,051.25 |
| | | 04/30/2024 | Other- Rent | $34,051.25 |
| | | | **SUBTOTAL** | **$102,153.75** |
| RED OLIVE PROPERTIES LLC C/O CBRE INC PROPERTY ACCOUNTING SVCS 3820 W HAPPY VALLEY RD 141-445 GLENDALE, AZ 85310 | | 03/04/2024 | Other- Rent | $15,749.19 |
| | | 03/29/2024 | Other- Rent | $12,605.81 |
| | | 04/30/2024 | Other- Rent | $15,749.19 |
| | | | **SUBTOTAL** | **$44,104.19** |
| REDAN ADVISORS LLC C/O PATRICK J BARTELS JR 5330 CARMEL CREST LN CHARLOTTE, NC 28226-2300 | | 03/14/2024 | Suppliers or Vendors | $50,000.00 |
| | | 04/19/2024 | Suppliers or Vendors | $50,000.00 |
| | | | **SUBTOTAL** | **$100,000.00** |
| REFRIGERATION SERVICE CO INC 225 VALLEY STREET S WILLIAMSPORT, PA 17702 | | 04/19/2024 | Suppliers or Vendors | $40,083.23 |
| | | 05/13/2024 | Suppliers or Vendors | $1,265.00 |
| | | | **SUBTOTAL** | **$41,348.23** |
| NAME ON FILE ADDRESS ON FILE | | 02/27/2024 | Other- Employee Expense Reimbursement | $4,838.42 |
| | | 02/28/2024 | Other- Employee Expense Reimbursement | $3,676.45 |
| | | 04/03/2024 | Other- Employee Expense Reimbursement | $139.43 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$8,654.30** |
| RELATED RETAIL MANAGEMENT CORPORATION ATTN: TREASURY DEPT 410 10TH AVE FL 7 NEW YORK, NY 10001-1799 | | 03/04/2024 | Other- Rent | $28,542.65 |
| | | 03/29/2024 | Other- Rent | $28,542.65 |
| | | 04/30/2024 | Other- Rent | $28,542.65 |
| | | | **SUBTOTAL** | **$85,627.95** |
| RELIAKOR SERVICES INC NW 5561 PO BOX 1450 MINNEAPOLIS, MN 55485-5561 | | 04/04/2024 | Suppliers or Vendors | $9,426.50 |
| | | | **SUBTOTAL** | **$9,426.50** |
| RENAISSANCE HOLDINGS LLC DBA GLENNS COMMERCIAL SERVICE LLC 4012 BISHOP LANE LOUISVILLE, KY 40218-4539 | | 03/19/2024 | Suppliers or Vendors | $11,868.16 |
| | | 04/02/2024 | Suppliers or Vendors | $454.80 |
| | | 04/30/2024 | Suppliers or Vendors | $34,440.15 |
| | | 05/07/2024 | Suppliers or Vendors | $1,577.78 |
| | | | **SUBTOTAL** | **$48,340.89** |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $9,372.51 |
| | | 03/29/2024 | Other- Rent | $9,372.51 |
| | | | **SUBTOTAL** | **$18,745.02** |
| RESTAURANT EQUIPMENT DIAGNOSTICS LLC DBA G MATTHEW BRUNTY 213 GLEN ORCHARD WAY DANIELS, WV 25832-9027 | | 04/18/2024 | Suppliers or Vendors | $1,728.68 |
| | | 05/01/2024 | Suppliers or Vendors | $5,911.29 |
| | | | **SUBTOTAL** | **$7,639.97** |
| RESTAURANT EQUIPMENT MAINTENANCE CO LLC DBA REMCO PO BOX 7410423 CHICAGO, IL 60674-0423 | | 03/04/2024 | Suppliers or Vendors | $156,372.54 |
| | | 03/06/2024 | Suppliers or Vendors | $2,563.56 |
| | | 03/08/2024 | Suppliers or Vendors | $3,786.32 |
| | | 03/21/2024 | Suppliers or Vendors | $32,287.05 |
| | | 03/29/2024 | Suppliers or Vendors | $353.48 |
| | | 04/25/2024 | Suppliers or Vendors | $3,718.36 |
| | | 05/02/2024 | Suppliers or Vendors | $621.96 |
| | | 05/08/2024 | Suppliers or Vendors | $255.48 |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/16/2024 | Suppliers or Vendors | $128,472.56 |
| | | | **SUBTOTAL** | **$328,431.31** |
| RETAIL OPPORTUNITY INVESTMENTS PARTNERSHIP LP DBA ROIC CALIFORNIA LLC MS 631099 PO BOX 3953 SEATTLE, WA 981243953 | | 02/28/2024 | Other- Rent | $29,596.35 |
| | | 04/02/2024 | Other- Rent | $29,596.35 |
| | | 04/30/2024 | Other- Rent | $29,596.35 |
| | | | **SUBTOTAL** | **$88,789.05** |
| REVENUE COLLECTION DIVISION P O BOX 1340 COLUMBUS, GA 31993 | | 04/02/2024 | Other- Government / Regulatory | $9,808.31 |
| | | | **SUBTOTAL** | **$9,808.31** |
| RFH1 LLC DBA ROSEWATER FAMILY HOLDING LLC C/O DONALD J. ROSEWATER 372 W KILBRIDGE DR HIGHLAND HEIGHTS, OH 44143-3647 | | 03/04/2024 | Other- Rent | $25,991.62 |
| | | 04/18/2024 | Other- Rent | $25,991.62 |
| | | 04/30/2024 | Other- Rent | $25,991.62 |
| | | | **SUBTOTAL** | **$77,974.86** |
| RGLI LLC C/O GORDON LI 25 WOODHILL DR REDWOOD CITY, CA 94061-1826 | | 03/04/2024 | Other- Rent | $18,159.87 |
| | | 03/29/2024 | Other- Rent | $18,159.87 |
| | | 04/30/2024 | Other- Rent | $18,159.87 |
| | | | **SUBTOTAL** | **$54,479.61** |
| RH TACOMA PLACE ASSOCIATES LLC C/O ROSEN PROPERTIES PO BOX 5003 BELLEVUE, WA 98009 | | 03/04/2024 | Other- Rent | $31,161.83 |
| | | 04/02/2024 | Other- Rent | $31,161.83 |
| | | 04/10/2024 | Other- Rent | $4,541.00 |
| | | 04/24/2024 | Other- Rent | $17,293.49 |
| | | 05/01/2024 | Other- Rent | $31,161.83 |
| | | | **SUBTOTAL** | **$115,319.98** |
| NAME ON FILE ADDRESS ON FILE | | 03/05/2024 | Services | $5,585.00 |
| | | 05/15/2024 | Services | $3,189.00 |
| | | | **SUBTOTAL** | **$8,774.00** |

Debtor Name:  Red Lobster Management LLC                                                                  Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| RICARDO G COLAZO DBA CR PROFESSIONAL CARPET CLEANING 2901 NAUTILUS DR NASHVILLE, TN 37217-4306 | | 03/13/2024 | Suppliers or Vendors | $3,610.00 |
| | | 03/28/2024 | Suppliers or Vendors | $1,880.00 |
| | | 04/25/2024 | Suppliers or Vendors | $2,320.00 |
| | | | SUBTOTAL | $7,810.00 |
| RIDGE LINE INC 400 SECOND AVENUE S CHARLESTON, WV 25303 | | 02/28/2024 | Other- Rent | $11,382.83 |
| | | 04/03/2024 | Other- Rent | $11,382.83 |
| | | 04/30/2024 | Other- Rent | $11,382.83 |
| | | | SUBTOTAL | $34,148.49 |
| RING CENTRAL INC DEPT CH 19585 PALATINE, IL 60055-0001 | | 02/21/2024 | Suppliers or Vendors | $50,070.56 |
| | | 03/22/2024 | Suppliers or Vendors | $50,732.78 |
| | | 03/26/2024 | Suppliers or Vendors | $53,037.29 |
| | | 04/29/2024 | Suppliers or Vendors | $50,326.30 |
| | | | SUBTOTAL | $204,166.93 |
| RISK STRATEGIES CONSULTING INC PO BOX 83121 WOBURN, MA 01813-3121 | | 05/14/2024 | Services | $5,000.00 |
| | | 05/19/2024 | Services | $10,000.00 |
| | | | SUBTOTAL | $15,000.00 |
| RIVER OAKS PROPERTIES LTD C/O RIVER OAKS EL PASEO LLC 5678 N MESA ST EL PASO, TX 79912 | | 03/06/2024 | Other- Rent | $20,623.69 |
| | | 04/05/2024 | Other- Rent | $12,200.83 |
| | | 05/06/2024 | Other- Rent | $12,200.83 |
| | | | SUBTOTAL | $45,025.35 |
| RIVERSIDE INCOME FUND I LP C/O RIVERSIDE RESOURCES 1221 S MOPAC EXPY STE 200 AUSTIN, TX 78746-7625 | | 03/04/2024 | Other- Rent | $27,295.04 |
| | | 03/08/2024 | Other- Rent | $25,778.65 |
| | | 03/29/2024 | Other- Rent | $27,295.04 |
| | | 04/03/2024 | Other- Rent | $25,778.65 |
| | | 04/30/2024 | Other- Rent | $27,295.04 |
| | | 05/02/2024 | Other- Rent | $25,778.64 |
| | | | SUBTOTAL | $159,221.06 |

Debtor Name: Red Lobster Management LLC                                                    Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| RJP RL I DRIVE LLC<br>C/O ROBERT S GUERRERIO JR<br>132 E PROSPECT AVE<br>MAMARONECK, NY 10543-3709 | | 03/04/2024 | Other- Rent | $41,632.91 |
| | | 03/29/2024 | Other- Rent | $41,632.91 |
| | | 04/30/2024 | Other- Rent | $41,632.91 |
| | | | **SUBTOTAL** | **$124,898.73** |
| RL ARIZONA LLC<br>124 MCCLEAN AVE<br>STATEN ISLAND, NY 10305-4614 | | 03/04/2024 | Other- Rent | $24,884.21 |
| | | 03/29/2024 | Other- Rent | $24,884.21 |
| | | 04/30/2024 | Other- Rent | $24,884.21 |
| | | | **SUBTOTAL** | **$74,652.63** |
| RL ELIZABETHTOWN LLC<br>1105 PELICAN LN<br>HOLLYWOOD, FL 33019-5040 | | 03/04/2024 | Other- Rent | $18,341.11 |
| | | 03/29/2024 | Other- Rent | $18,341.11 |
| | | 04/30/2024 | Other- Rent | $18,341.11 |
| | | | **SUBTOTAL** | **$55,023.33** |
| RL ENTERPRISES LLC<br>2615 DIAMONDWOOD DR<br>CEDAR RAPIDS, IA 52403-1519 | | 03/04/2024 | Other- Rent | $15,874.52 |
| | | 03/29/2024 | Other- Rent | $15,874.52 |
| | | 04/30/2024 | Other- Rent | $15,874.52 |
| | | | **SUBTOTAL** | **$47,623.56** |
| RL JENSEN BEACH LLC<br>1950 BRIGHTON HENRIETTA<br>TOWN LINE RD<br>ROCHESTER, NY 14623-2543 | | 03/04/2024 | Other- Rent | $26,363.78 |
| | | 03/29/2024 | Other- Rent | $26,363.78 |
| | | | **SUBTOTAL** | **$52,727.56** |
| RL KOKOMO LLC<br>1105 PELICAN LN<br>HOLLYWOOD, FL 33019-5040 | | 03/04/2024 | Other- Rent | $21,301.68 |
| | | 03/29/2024 | Other- Rent | $21,301.68 |
| | | 04/30/2024 | Other- Rent | $21,301.68 |
| | | | **SUBTOTAL** | **$63,905.04** |
| RL LCG LLC<br>DBA JM MANAGEMENT GROUP<br>LLC<br>ATTN JOHN MESITI<br>2300 BUFFALO RD BLDG 100D<br>ROCHESTER, NY 14624-1371 | | 03/04/2024 | Other- Rent | $12,024.31 |
| | | 03/29/2024 | Other- Rent | $12,024.31 |
| | | | **SUBTOTAL** | **$24,048.62** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| RL MADISON HEIGHTS LLC DBA R AID LAURENS LLC 1105 PELICAN LN HOLLYWOOD, FL 33019-5040 | | 03/04/2024 | Other- Rent | $24,625.76 |
| | | 03/29/2024 | Other- Rent | $24,625.76 |
| | | 04/30/2024 | Other- Rent | $24,625.76 |
| | | | SUBTOTAL | $73,877.28 |
| RL SCHAUMBURG LLC PRASHANTH REDDY 700 E OGDEN AVE STE 305 WESTMONT, IL 60559-5554 | | 03/04/2024 | Other- Rent | $24,000.00 |
| | | 03/29/2024 | Other- Rent | $24,000.00 |
| | | 04/30/2024 | Other- Rent | $24,000.00 |
| | | | SUBTOTAL | $72,000.00 |
| RL SDN LLC DBA JM MANAGEMENT GROUP LLC ATTN JOHN MESITI 2300 BUFFALO RD BLDG 100D ROCHESTER, NY 14624-1371 | | 03/04/2024 | Other- Rent | $7,854.35 |
| | | 03/29/2024 | Other- Rent | $7,854.35 |
| | | | SUBTOTAL | $15,708.70 |
| RL12580 LLC 14706 STURTEVANT RD SILVER SPRING, MD 20905-4457 | | 03/04/2024 | Other- Rent | $25,571.63 |
| | | 03/29/2024 | Other- Rent | $25,571.63 |
| | | | SUBTOTAL | $51,143.26 |
| RLCA PROPERTIES INC 1028 85TH STREET BROOKLYN, NY 11228 | | 03/04/2024 | Other- Rent | $25,358.67 |
| | | 03/29/2024 | Other- Rent | $25,358.67 |
| | | 04/30/2024 | Other- Rent | $25,358.67 |
| | | | SUBTOTAL | $76,076.01 |
| ROBBIES INC C/O CHARLES ROBERTSON 514 ROUTE 46 EAST WAYNE, NJ 07470 | | 03/04/2024 | Other- Rent | $26,581.20 |
| | | 03/29/2024 | Other- Rent | $26,581.20 |
| | | 04/30/2024 | Other- Rent | $41,635.62 |
| | | | SUBTOTAL | $94,798.02 |
| NAME ON FILE ADDRESS ON FILE | | 02/27/2024 | Other- Rent | $15,416.67 |
| | | 04/02/2024 | Other- Rent | $15,416.67 |
| | | 04/30/2024 | Other- Rent | $15,416.67 |
| | | | SUBTOTAL | $46,250.01 |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $49,208.38 |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $49,208.38 |
| | | 04/30/2024 | Other- Rent | $19,963.69 |
| | | | **SUBTOTAL** | **$118,380.45** |
| NAME ON FILE ADDRESS ON FILE | | 02/22/2024 | Suppliers or Vendors | $2,029.50 |
| | | 02/29/2024 | Suppliers or Vendors | $553.50 |
| | | 03/15/2024 | Suppliers or Vendors | $369.00 |
| | | 04/09/2024 | Suppliers or Vendors | $3,321.00 |
| | | 05/06/2024 | Suppliers or Vendors | $1,660.50 |
| | | | **SUBTOTAL** | **$7,933.50** |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $30,791.02 |
| | | 03/29/2024 | Other- Rent | $30,791.02 |
| | | 04/30/2024 | Other- Rent | $30,791.02 |
| | | | **SUBTOTAL** | **$92,373.06** |
| ROBERTSON PRODUCE OF SHREVEPORT LLC 101 HORSESHOE LAKE RD MONROE, LA 71203-2001 | | 02/20/2024 | Suppliers or Vendors | $505.42 |
| | | 02/27/2024 | Suppliers or Vendors | $440.02 |
| | | 03/04/2024 | Suppliers or Vendors | $269.41 |
| | | 03/06/2024 | Suppliers or Vendors | $452.73 |
| | | 03/08/2024 | Suppliers or Vendors | $168.85 |
| | | 03/12/2024 | Suppliers or Vendors | $318.83 |
| | | 03/14/2024 | Suppliers or Vendors | $95.01 |
| | | 03/18/2024 | Suppliers or Vendors | $623.68 |
| | | 03/22/2024 | Suppliers or Vendors | $97.27 |
| | | 03/25/2024 | Suppliers or Vendors | $343.47 |
| | | 03/28/2024 | Suppliers or Vendors | $149.95 |
| | | 03/29/2024 | Suppliers or Vendors | $399.15 |
| | | 04/01/2024 | Suppliers or Vendors | $448.94 |
| | | 04/05/2024 | Suppliers or Vendors | $155.79 |
| | | 04/08/2024 | Suppliers or Vendors | $506.15 |
| | | 04/12/2024 | Suppliers or Vendors | $249.78 |
| | | 04/15/2024 | Suppliers or Vendors | $369.01 |
| | | 04/18/2024 | Suppliers or Vendors | $60.21 |
| | | 04/19/2024 | Suppliers or Vendors | $397.28 |
| | | 04/22/2024 | Suppliers or Vendors | $204.40 |
| | | 04/26/2024 | Suppliers or Vendors | $334.53 |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/29/2024 | Suppliers or Vendors | $508.59 |
| | | 05/03/2024 | Suppliers or Vendors | $294.52 |
| | | 05/07/2024 | Suppliers or Vendors | $306.61 |
| | | 05/10/2024 | Suppliers or Vendors | $119.67 |
| | | 05/13/2024 | Suppliers or Vendors | $245.02 |
| | | 05/16/2024 | Suppliers or Vendors | $98.03 |
| | | | **SUBTOTAL** | **$8,162.32** |
| ROCHESTER ARMORED CAR INC PO BOX #8 DOWNTOWN STA OMAHA, NE 68101 | | 03/15/2024 | Suppliers or Vendors | $3,629.75 |
| | | 04/15/2024 | Suppliers or Vendors | $3,629.75 |
| | | 05/09/2024 | Suppliers or Vendors | $3,629.75 |
| | | 05/19/2024 | Suppliers or Vendors | $3,509.41 |
| | | | **SUBTOTAL** | **$14,398.66** |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $22,825.23 |
| | | 03/29/2024 | Other- Rent | $22,825.23 |
| | | 04/30/2024 | Other- Rent | $22,825.23 |
| | | | **SUBTOTAL** | **$68,475.69** |
| RONALD A GILLIAM DBA ENVIROSAFE LANDSCAPING 437 EAST 600 SOUTH ANDERSON, IN 46013 | | 03/11/2024 | Other- Individual Miscellaneous | $7,665.00 |
| | | | **SUBTOTAL** | **$7,665.00** |
| RONDELL N FISHER DBA SEAHORSE AQUASCAPE 18151 BLACKHOOF CREEK ROAD WAPAKONETA, OH 45895 | | 03/04/2024 | Suppliers or Vendors | $4,491.28 |
| | | 03/28/2024 | Suppliers or Vendors | $2,681.93 |
| | | 04/25/2024 | Suppliers or Vendors | $3,695.68 |
| | | 05/02/2024 | Suppliers or Vendors | $400.00 |
| | | | **SUBTOTAL** | **$11,268.89** |
| ROTO-ROOTER SERVICES COMPANY 5672 COLLECTION CENTER DR CHICAGO, IL 60693-0056 | | 03/06/2024 | Suppliers or Vendors | $2,378.88 |
| | | 03/18/2024 | Suppliers or Vendors | $9,641.22 |
| | | 04/02/2024 | Suppliers or Vendors | $2,030.47 |
| | | 04/09/2024 | Suppliers or Vendors | $3,121.26 |
| | | 04/16/2024 | Suppliers or Vendors | $4,304.05 |
| | | | **SUBTOTAL** | **$21,475.88** |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| ROUND ROCK RL LLC<br>29 BENEDICT AVENUE<br>STATEN ISLAND, NY 10314 | | 03/04/2024 | Other- Rent | $33,661.50 |
| | | 03/29/2024 | Other- Rent | $33,661.50 |
| | | 04/30/2024 | Other- Rent | $33,661.50 |
| | | | SUBTOTAL | **$100,984.50** |
| ROUSE PROPERTIES REIT INC<br>DBA CHULA VISTA CENTER LP<br>SDS-12-2851 PO BOX 86<br>MINNEAPOLIS, MN 55486-2851 | | 02/26/2024 | Other- Rent | $1,286.78 |
| | | 02/28/2024 | Other- Rent | $20,561.99 |
| | | 03/26/2024 | Other- Rent | $1,286.78 |
| | | 04/01/2024 | Other- Rent | $20,561.99 |
| | | 04/29/2024 | Other- Rent | $20,561.99 |
| | | | SUBTOTAL | **$64,259.53** |
| ROXANNE MASON<br>DBA TROPICAL CONCEPTS<br>PO BOX 1289<br>BESSEMER CITY, NC 28016-1289 | | 03/21/2024 | Suppliers or Vendors | $7,051.31 |
| | | 04/04/2024 | Suppliers or Vendors | $225.00 |
| | | 04/25/2024 | Suppliers or Vendors | $250.00 |
| | | 05/02/2024 | Suppliers or Vendors | $900.00 |
| | | | SUBTOTAL | **$8,426.31** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $28,037.94 |
| | | 03/29/2024 | Other- Rent | $28,037.94 |
| | | 04/30/2024 | Other- Rent | $28,037.94 |
| | | | SUBTOTAL | **$84,113.82** |
| ROYAL FOODSERVICE INC<br>PO BOX 162389<br>ATLANTA, GA 30321 | | 02/20/2024 | Suppliers or Vendors | $20,148.13 |
| | | 02/21/2024 | Suppliers or Vendors | $4,790.50 |
| | | 02/23/2024 | Suppliers or Vendors | $20,088.92 |
| | | 02/26/2024 | Suppliers or Vendors | $6,517.70 |
| | | 02/27/2024 | Suppliers or Vendors | $15,384.50 |
| | | 02/28/2024 | Suppliers or Vendors | $3,504.65 |
| | | 03/04/2024 | Suppliers or Vendors | $17,431.64 |
| | | 03/06/2024 | Suppliers or Vendors | $24,188.24 |
| | | 03/08/2024 | Suppliers or Vendors | $14,311.71 |
| | | 03/11/2024 | Suppliers or Vendors | $5,858.54 |
| | | 03/12/2024 | Suppliers or Vendors | $23,853.30 |
| | | 03/14/2024 | Suppliers or Vendors | $14,627.51 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/15/2024 | Suppliers or Vendors | $4,187.39 |
| | | 03/18/2024 | Suppliers or Vendors | $15,611.94 |
| | | 03/19/2024 | Suppliers or Vendors | $3,495.71 |
| | | 03/20/2024 | Suppliers or Vendors | $224.15 |
| | | 03/21/2024 | Suppliers or Vendors | $12,913.89 |
| | | 03/22/2024 | Suppliers or Vendors | $3,187.36 |
| | | 03/25/2024 | Suppliers or Vendors | $20,760.40 |
| | | 03/26/2024 | Suppliers or Vendors | $4,034.90 |
| | | 03/28/2024 | Suppliers or Vendors | $12,192.16 |
| | | 03/29/2024 | Suppliers or Vendors | $3,852.66 |
| | | 04/01/2024 | Suppliers or Vendors | $17,528.49 |
| | | 04/02/2024 | Suppliers or Vendors | $3,744.27 |
| | | 04/04/2024 | Suppliers or Vendors | $10,823.03 |
| | | 04/05/2024 | Suppliers or Vendors | $3,415.64 |
| | | 04/08/2024 | Suppliers or Vendors | $15,358.96 |
| | | 04/09/2024 | Suppliers or Vendors | $4,949.34 |
| | | 04/11/2024 | Suppliers or Vendors | $13,947.22 |
| | | 04/12/2024 | Suppliers or Vendors | $2,852.92 |
| | | 04/15/2024 | Suppliers or Vendors | $18,754.23 |
| | | 04/16/2024 | Suppliers or Vendors | $3,191.21 |
| | | 04/18/2024 | Suppliers or Vendors | $10,421.20 |
| | | 04/19/2024 | Suppliers or Vendors | $4,222.34 |
| | | 04/22/2024 | Suppliers or Vendors | $19,336.88 |
| | | 04/23/2024 | Suppliers or Vendors | $4,183.99 |
| | | 04/25/2024 | Suppliers or Vendors | $12,764.14 |
| | | 04/26/2024 | Suppliers or Vendors | $3,161.34 |
| | | 04/29/2024 | Suppliers or Vendors | $16,918.51 |
| | | 04/30/2024 | Suppliers or Vendors | $3,436.74 |
| | | 05/02/2024 | Suppliers or Vendors | $10,685.27 |
| | | 05/03/2024 | Suppliers or Vendors | $3,157.37 |
| | | 05/06/2024 | Suppliers or Vendors | $17,546.51 |
| | | 05/07/2024 | Suppliers or Vendors | $3,625.59 |
| | | 05/09/2024 | Suppliers or Vendors | $12,143.27 |
| | | 05/10/2024 | Suppliers or Vendors | $3,924.51 |
| | | 05/13/2024 | Suppliers or Vendors | $18,000.26 |
| | | 05/14/2024 | Suppliers or Vendors | $4,720.84 |

Debtor Name:  Red Lobster Management LLC                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/16/2024 | Suppliers or Vendors | $10,098.03 |
| | | | **SUBTOTAL** | **$504,078.00** |
| RPRL STONY BROOK LLC<br>11 SOUTH PASCACK ROAD<br>SPRING VALLEY, NY 10977 | | 03/04/2024 | Other- Rent | $9,360.96 |
| | | 03/29/2024 | Other- Rent | $9,360.96 |
| | | | **SUBTOTAL** | **$18,721.92** |
| RPRL UNION 22 LLC<br>11 S PASCACK ROAD<br>SPRING VALLEY, NY 10977 | | 03/04/2024 | Other- Rent | $33,503.34 |
| | | 03/29/2024 | Other- Rent | $33,503.34 |
| | | 04/23/2024 | Other- Rent | $33,503.34 |
| | | | **SUBTOTAL** | **$100,510.02** |
| NAME ON FILE<br>ADDRESS ON FILE | | 02/23/2024 | Suppliers or Vendors | $6.34 |
| | | 03/04/2024 | Suppliers or Vendors | $477.61 |
| | | 03/13/2024 | Suppliers or Vendors | $12.74 |
| | | 03/28/2024 | Suppliers or Vendors | $0.96 |
| | | 04/11/2024 | Suppliers or Vendors | $29,488.87 |
| | | 04/25/2024 | Suppliers or Vendors | $88,064.55 |
| | | 05/16/2024 | Suppliers or Vendors | $7,432.76 |
| | | | **SUBTOTAL** | **$125,483.83** |
| RSC ASSOCIATES LLC<br>136 DEVON RD<br>ESSEX FELLS, NJ 07021-1707 | | 03/04/2024 | Other- Rent | $20,503.20 |
| | | 03/29/2024 | Other- Rent | $20,503.20 |
| | | | **SUBTOTAL** | **$41,006.40** |
| RUBEN CORTEZ CORPORATION<br>DBA RCS MECHANICAL<br>SERVICES<br>4161 INGOT STREET<br>FREMONT, CA 94538 | | 05/13/2024 | Suppliers or Vendors | $23,234.85 |
| | | | **SUBTOTAL** | **$23,234.85** |
| RUBICON GLOBAL LLC<br>ATTN ACCOUNTS RECEIVABLE<br>ATTN RUBICON<br>PO BOX 936684<br>ATLANTA, GA 31193-6684 | | 02/20/2024 | Suppliers or Vendors | $540.00 |
| | | 03/06/2024 | Suppliers or Vendors | $16,268.64 |
| | | 03/27/2024 | Suppliers or Vendors | $540.00 |
| | | 04/11/2024 | Suppliers or Vendors | $17,150.45 |
| | | 05/06/2024 | Suppliers or Vendors | $540.00 |
| | | 05/10/2024 | Suppliers or Vendors | $14,996.25 |
| | | | **SUBTOTAL** | **$50,035.34** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| RUBIN POSTAER AND ASSOCIATES DBA RPA PO BOX 2779 LOS ANGELES, CA 90051-0779 | | 02/23/2024 | Suppliers or Vendors | $4,484,155.02 |
| | | 03/22/2024 | Suppliers or Vendors | $924,084.30 |
| | | 03/25/2024 | Suppliers or Vendors | $6,312,811.96 |
| | | 04/25/2024 | Suppliers or Vendors | $550,962.29 |
| | | 05/02/2024 | Suppliers or Vendors | $356,886.47 |
| | | 05/19/2024 | Suppliers or Vendors | $522,052.59 |
| | | | SUBTOTAL | **$13,150,952.63** |
| RUCKER ELECTRIC 5209 N COUNCIL RD OKLAHOMA CITY, OK 73132-9735 | | 02/23/2024 | Suppliers or Vendors | $3,023.85 |
| | | 03/13/2024 | Suppliers or Vendors | $1,806.20 |
| | | 04/04/2024 | Suppliers or Vendors | $1,493.30 |
| | | 05/02/2024 | Suppliers or Vendors | $8,177.49 |
| | | | SUBTOTAL | **$14,500.84** |
| RUCKER MECHANICAL INC 5217 N COUNCIL OKLAHOMA CITY, OK 73132 | | 03/21/2024 | Suppliers or Vendors | $8,412.16 |
| | | 05/02/2024 | Suppliers or Vendors | $2,274.75 |
| | | | SUBTOTAL | **$10,686.91** |
| RXR 5TS HOLDINGS JV LLC DBA RXR 5TS OWNER LLC PO BOX 784085 PHILADELPHIA, PA 19178-4085 | | 03/04/2024 | Other- Rent | $160,165.54 |
| | | 03/29/2024 | Other- Rent | $160,165.54 |
| | | 04/30/2024 | Other- Rent | $160,165.54 |
| | | | SUBTOTAL | **$480,496.62** |
| RYAN LLC 13155 NOEL ROAD SUITE 100 DALLAS, TX 75240-5050 | | 02/23/2024 | Services | $8,122.10 |
| | | 03/13/2024 | Services | $11,996.85 |
| | | 04/11/2024 | Services | $48,373.57 |
| | | | SUBTOTAL | **$68,492.52** |
| RYAN LLC | | 02/22/2024 | Suppliers or Vendors | $48,976.97 |
| | | 02/26/2024 | Suppliers or Vendors | $515,016.82 |
| | | 03/01/2024 | Suppliers or Vendors | $5,573.62 |
| | | 03/13/2024 | Suppliers or Vendors | $3,156,837.20 |
| | | 03/14/2024 | Suppliers or Vendors | $3,145.13 |
| | | 03/21/2024 | Suppliers or Vendors | $65,850.32 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/25/2024 | Suppliers or Vendors | $700,932.22 |
| | | 04/02/2024 | Suppliers or Vendors | $300.00 |
| | | 04/05/2024 | Suppliers or Vendors | $17,195.89 |
| | | 04/24/2024 | Suppliers or Vendors | $438,381.92 |
| | | 05/03/2024 | Suppliers or Vendors | $451,007.41 |
| | | 05/07/2024 | Suppliers or Vendors | $376,147.30 |
| | | | **SUBTOTAL** | **$5,779,364.80** |
| RYG REALTY INC<br>ATTN YURY GNESIN<br>17070 COLLINS AVE STE 255<br>SUNNY ISLES BEACH, FL 33160-3635 | | 03/04/2024 | Other- Rent | $48,784.84 |
| | | 03/29/2024 | Other- Rent | $48,784.84 |
| | | 04/30/2024 | Other- Rent | $48,784.84 |
| | | | **SUBTOTAL** | **$146,354.52** |
| RYNAKO LP<br>3801 LYNN REGIS CT<br>FAIRFAX, VA 22031-3815 | | 03/04/2024 | Other- Rent | $28,290.31 |
| | | 03/29/2024 | Other- Rent | $28,290.31 |
| | | 04/30/2024 | Other- Rent | $28,290.31 |
| | | | **SUBTOTAL** | **$84,870.93** |
| SADA SYSTEMS INC<br>5250 LANKERSHIM BOULEVARD #620<br>NORTH HOLLYWOOD, CA 91601 | | 04/25/2024 | Suppliers or Vendors | $8,430.69 |
| | | 05/02/2024 | Suppliers or Vendors | $7,629.85 |
| | | 05/16/2024 | Suppliers or Vendors | $12,796.46 |
| | | | **SUBTOTAL** | **$28,857.00** |
| SAGA LLC<br>ATTN MR NILESH NAYAK<br>155 POTOMAC PSGE UNIT 626<br>OXON HILL, MD 20745-1574 | | 03/04/2024 | Other- Rent | $25,157.97 |
| | | 03/29/2024 | Other- Rent | $25,157.97 |
| | | | **SUBTOTAL** | **$50,315.94** |
| SAN BRUNO TOWNE CENTER PARTNERSHIP<br>DEPT LA 24131<br>PASADENA, CA 91185-4131 | | 02/29/2024 | Other- Rent | $113,548.04 |
| | | 04/02/2024 | Other- Rent | $28,462.05 |
| | | 04/30/2024 | Other- Rent | $25,817.05 |
| | | 05/07/2024 | Other- Rent | $56.91 |
| | | | **SUBTOTAL** | **$167,884.05** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Employee Expense Reimbursement | $3,417.02 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/18/2024 | Other- Employee Expense Reimbursement | $3,009.71 |
| | | 04/04/2024 | Other- Employee Expense Reimbursement | $1,448.24 |
| | | 04/17/2024 | Other- Employee Expense Reimbursement | $3,490.99 |
| | | 05/01/2024 | Other- Employee Expense Reimbursement | $2,027.50 |
| | | 05/13/2024 | Other- Employee Expense Reimbursement | $2,537.25 |
| | | | SUBTOTAL | **$15,930.71** |
| SANDERS CONSULTING GROUP INC 1800 COUNTRY CLUB ROAD CARBONDALE, IL 62903 | | 02/29/2024 | Services | $9,000.00 |
| | | 03/20/2024 | Services | $9,000.00 |
| | | 05/14/2024 | Services | $9,000.00 |
| | | | SUBTOTAL | **$27,000.00** |
| SANDY ALEXANDER INC DBA DINETEC PO BOX 824263 PHILADELPHIA, PA 19182-4263 | | 02/23/2024 | Suppliers or Vendors | $49,237.93 |
| | | 03/04/2024 | Suppliers or Vendors | $92,125.94 |
| | | 03/28/2024 | Suppliers or Vendors | $143,872.16 |
| | | 04/04/2024 | Suppliers or Vendors | $83,802.12 |
| | | 05/02/2024 | Suppliers or Vendors | $4,726.56 |
| | | 05/16/2024 | Suppliers or Vendors | $109,505.07 |
| | | | SUBTOTAL | **$483,269.78** |
| SANTA MARIA PRODUCE INC 232 ISLAND ST SHREVEPORT, LA 711076814 | | 02/20/2024 | Suppliers or Vendors | $468.17 |
| | | 02/21/2024 | Suppliers or Vendors | $758.61 |
| | | 02/22/2024 | Suppliers or Vendors | $1,173.05 |
| | | 02/23/2024 | Suppliers or Vendors | $129.81 |
| | | 02/26/2024 | Suppliers or Vendors | $519.66 |
| | | 02/27/2024 | Suppliers or Vendors | $1,482.73 |
| | | 02/28/2024 | Suppliers or Vendors | $956.57 |
| | | 03/04/2024 | Suppliers or Vendors | $752.29 |
| | | 03/06/2024 | Suppliers or Vendors | $2,140.37 |
| | | 03/08/2024 | Suppliers or Vendors | $1,066.89 |
| | | 03/12/2024 | Suppliers or Vendors | $2,320.82 |
| | | 03/14/2024 | Suppliers or Vendors | $1,058.76 |
| | | 03/18/2024 | Suppliers or Vendors | $969.28 |
| | | 03/19/2024 | Suppliers or Vendors | $234.84 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/21/2024 | Suppliers or Vendors | $450.76 |
| | | 03/22/2024 | Suppliers or Vendors | $1,271.30 |
| | | 03/25/2024 | Suppliers or Vendors | $1,203.37 |
| | | 03/28/2024 | Suppliers or Vendors | $702.52 |
| | | 03/29/2024 | Suppliers or Vendors | $399.70 |
| | | 04/01/2024 | Suppliers or Vendors | $425.05 |
| | | 04/02/2024 | Suppliers or Vendors | $578.25 |
| | | 04/03/2024 | Suppliers or Vendors | $423.40 |
| | | 04/04/2024 | Suppliers or Vendors | $547.80 |
| | | 04/08/2024 | Suppliers or Vendors | $2,543.90 |
| | | 04/11/2024 | Suppliers or Vendors | $539.06 |
| | | 04/15/2024 | Suppliers or Vendors | $1,149.74 |
| | | 04/16/2024 | Suppliers or Vendors | $190.06 |
| | | 04/18/2024 | Suppliers or Vendors | $1,010.05 |
| | | 04/19/2024 | Suppliers or Vendors | $449.51 |
| | | 04/22/2024 | Suppliers or Vendors | $2,131.63 |
| | | 04/25/2024 | Suppliers or Vendors | $685.16 |
| | | 04/29/2024 | Suppliers or Vendors | $1,285.73 |
| | | 05/02/2024 | Suppliers or Vendors | $314.47 |
| | | 05/06/2024 | Suppliers or Vendors | $1,556.49 |
| | | 05/09/2024 | Suppliers or Vendors | $892.11 |
| | | 05/13/2024 | Suppliers or Vendors | $748.18 |
| | | 05/16/2024 | Suppliers or Vendors | $302.19 |
| | | | **SUBTOTAL** | **$33,832.28** |
| SANTOS R CRUZ DBA CRUZ LAWN SERVICE PO BOX 541026 DALLAS, TX 75354 | | 03/04/2024 | Other- Employee Miscellaneous | $644.40 |
| | | 03/08/2024 | Other- Employee Miscellaneous | $2,542.89 |
| | | 03/13/2024 | Other- Employee Miscellaneous | $230.03 |
| | | 04/04/2024 | Other- Employee Miscellaneous | $7,274.17 |
| | | 04/25/2024 | Other- Employee Miscellaneous | $224.94 |
| | | 05/02/2024 | Other- Employee Miscellaneous | $216.50 |
| | | | **SUBTOTAL** | **$11,132.93** |
| SARL JV C/O DZMI 1250 WOOD BRANCH PARK DRIVE SUITE 100 HOUSTON, TX 77079-1207 | | 03/05/2024 | Other- Rent | $21,734.94 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/03/2024 | Other- Rent | $21,734.94 |
| | | 05/02/2024 | Other- Rent | $21,734.94 |
| | | | SUBTOTAL | $65,204.82 |
| SAYAGE VALDOSTA LLC<br>24 MELTON DRIVE EAST<br>ROCKVILLE CENTRE, NY 11570 | | 03/04/2024 | Other- Rent | $20,418.06 |
| | | 03/29/2024 | Other- Rent | $20,418.06 |
| | | 04/30/2024 | Other- Rent | $20,418.06 |
| | | | SUBTOTAL | $61,254.18 |
| SC HEIGHTS LLC<br>ATTN GREG MALOOF<br>13 MAINSAIL XING<br>SAVANNAH, GA 31411-2723 | | 03/04/2024 | Other- Rent | $20,358.30 |
| | | 03/29/2024 | Other- Rent | $20,358.30 |
| | | 04/30/2024 | Other- Rent | $20,358.30 |
| | | | SUBTOTAL | $61,074.90 |
| SCF RC FUNDING IV LLC<br>ATTN SERVICING<br>902 CARNEGIE CTR STE 520<br>PRINCETON, NJ 08540-6531 | | 03/04/2024 | Other- Rent | $101,223.87 |
| | | 03/29/2024 | Other- Rent | $101,223.87 |
| | | 04/30/2024 | Other- Rent | $63,025.25 |
| | | | SUBTOTAL | $265,472.99 |
| SCHOENMANN PRODUCE COMPANY INC<br>PO BOX 51705<br>LAFAYETTE, LA 70505 | | 02/20/2024 | Suppliers or Vendors | $6,105.60 |
| | | 02/21/2024 | Suppliers or Vendors | $63.62 |
| | | 02/23/2024 | Suppliers or Vendors | $9,730.04 |
| | | 02/27/2024 | Suppliers or Vendors | $5,100.26 |
| | | 03/04/2024 | Suppliers or Vendors | $5,492.39 |
| | | 03/06/2024 | Suppliers or Vendors | $6,492.52 |
| | | 03/08/2024 | Suppliers or Vendors | $6,130.99 |
| | | 03/12/2024 | Suppliers or Vendors | $7,069.42 |
| | | 03/14/2024 | Suppliers or Vendors | $4,659.23 |
| | | 03/18/2024 | Suppliers or Vendors | $6,788.64 |
| | | 03/19/2024 | Suppliers or Vendors | $28.12 |
| | | 03/21/2024 | Suppliers or Vendors | $4,567.73 |
| | | 03/22/2024 | Suppliers or Vendors | $56.77 |
| | | 03/25/2024 | Suppliers or Vendors | $6,563.26 |
| | | 03/26/2024 | Suppliers or Vendors | $70.30 |
| | | 03/28/2024 | Suppliers or Vendors | $5,264.09 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Suppliers or Vendors | $41.46 |
| | | 04/01/2024 | Suppliers or Vendors | $6,994.43 |
| | | 04/02/2024 | Suppliers or Vendors | $58.64 |
| | | 04/04/2024 | Suppliers or Vendors | $4,942.38 |
| | | 04/08/2024 | Suppliers or Vendors | $6,930.18 |
| | | 04/11/2024 | Suppliers or Vendors | $4,239.03 |
| | | 04/15/2024 | Suppliers or Vendors | $5,343.38 |
| | | 04/18/2024 | Suppliers or Vendors | $3,848.53 |
| | | 04/19/2024 | Suppliers or Vendors | $44.80 |
| | | 04/22/2024 | Suppliers or Vendors | $5,197.59 |
| | | 04/23/2024 | Suppliers or Vendors | $452.86 |
| | | 04/25/2024 | Suppliers or Vendors | $4,769.14 |
| | | 04/29/2024 | Suppliers or Vendors | $5,086.78 |
| | | 04/30/2024 | Suppliers or Vendors | $87.70 |
| | | 05/02/2024 | Suppliers or Vendors | $4,011.43 |
| | | 05/03/2024 | Suppliers or Vendors | $523.50 |
| | | 05/06/2024 | Suppliers or Vendors | $6,206.32 |
| | | 05/07/2024 | Suppliers or Vendors | $710.19 |
| | | 05/08/2024 | Suppliers or Vendors | $298.86 |
| | | 05/09/2024 | Suppliers or Vendors | $4,613.41 |
| | | 05/10/2024 | Suppliers or Vendors | $1,043.14 |
| | | 05/13/2024 | Suppliers or Vendors | $5,304.44 |
| | | 05/14/2024 | Suppliers or Vendors | $98.50 |
| | | 05/16/2024 | Suppliers or Vendors | $5,261.02 |
| | | | **SUBTOTAL** | **$150,290.69** |
| SCHOOX INC<br>C/O VCFO<br>6836 AUSTIN CENTER BLVD<br>BLDG 1 SUITE 280<br>AUSTIN, TX 78731 | | 03/08/2024 | Suppliers or Vendors | $50,160.00 |
| | | 03/22/2024 | Suppliers or Vendors | $21,331.50 |
| | | | **SUBTOTAL** | **$71,491.50** |
| SCP REO FUND NORTHFIELD SPLITTER LP<br>SCP NORTHFIELD LLC<br>STOCKDALE CAP PTRS LLC,<br>ATTN ASSET MGR<br>10850 WILSHIRE BLVD STE 1050<br>LOS ANGELES, CA 90024-4326 | | 03/04/2024 | Other- Rent | $2,434.56 |
| | | 03/29/2024 | Other- Rent | $2,434.56 |
| | | 04/03/2024 | Other- Rent | $4,172.76 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$9,041.88** |
| SCULLIN REAL ESTATE VII LLC 4651 VIA FIRENZE BONITA SPRINGS, FL 34134-6906 | | 03/04/2024 | Other- Rent | $22,314.43 |
| | | 03/29/2024 | Other- Rent | $22,314.43 |
| | | 04/30/2024 | Other- Rent | $22,314.43 |
| | | | **SUBTOTAL** | **$66,943.29** |
| SEAONUS CS | | 02/23/2024 | Suppliers or Vendors | $117.50 |
| | | 03/01/2024 | Suppliers or Vendors | $994.50 |
| | | 03/15/2024 | Suppliers or Vendors | $3,302.80 |
| | | 03/21/2024 | Suppliers or Vendors | $3,421.30 |
| | | 03/28/2024 | Suppliers or Vendors | $1,011.50 |
| | | 04/11/2024 | Suppliers or Vendors | $5,535.00 |
| | | 04/18/2024 | Suppliers or Vendors | $28.00 |
| | | 04/25/2024 | Suppliers or Vendors | $415.50 |
| | | 05/02/2024 | Suppliers or Vendors | $2,283.30 |
| | | 05/09/2024 | Suppliers or Vendors | $102.00 |
| | | 05/16/2024 | Suppliers or Vendors | $23.50 |
| | | | **SUBTOTAL** | **$17,234.90** |
| SEASTONE INTERNATIONAL LLC 20062 BEAUMONT CIR HUNTINGTON BEACH, CA 92646-4912 | | 02/29/2024 | Suppliers or Vendors | $26,806.21 |
| | | | **SUBTOTAL** | **$26,806.21** |
| SEATTLE SHRIMP | | 04/24/2024 | Suppliers or Vendors | $55,694.40 |
| | | 05/02/2024 | Suppliers or Vendors | $197,340.00 |
| | | | **SUBTOTAL** | **$253,034.40** |
| SENN BROS DISTRIBUTORS DBA SENN BROS PRODUCE 327 WHOLESALE LANE WEST COLUMBIA, SC 29172 | | 02/20/2024 | Suppliers or Vendors | $14,709.01 |
| | | 02/21/2024 | Suppliers or Vendors | $1,155.10 |
| | | 02/23/2024 | Suppliers or Vendors | $9,148.96 |
| | | 02/26/2024 | Suppliers or Vendors | $1,582.25 |
| | | 02/27/2024 | Suppliers or Vendors | $15,526.91 |
| | | 02/28/2024 | Suppliers or Vendors | $1,359.42 |
| | | 03/04/2024 | Suppliers or Vendors | $6,845.66 |
| | | 03/06/2024 | Suppliers or Vendors | $14,332.35 |
| | | 03/07/2024 | Suppliers or Vendors | $944.03 |
| | | 03/08/2024 | Suppliers or Vendors | $6,418.34 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/12/2024 | Suppliers or Vendors | $16,963.18 |
| | | 03/14/2024 | Suppliers or Vendors | $5,754.64 |
| | | 03/15/2024 | Suppliers or Vendors | $1,332.56 |
| | | 03/18/2024 | Suppliers or Vendors | $14,901.98 |
| | | 03/19/2024 | Suppliers or Vendors | $1,566.17 |
| | | 03/21/2024 | Suppliers or Vendors | $5,718.76 |
| | | 03/25/2024 | Suppliers or Vendors | $14,993.03 |
| | | 03/26/2024 | Suppliers or Vendors | $725.25 |
| | | 03/27/2024 | Suppliers or Vendors | $918.18 |
| | | 03/28/2024 | Suppliers or Vendors | $4,181.81 |
| | | 03/29/2024 | Suppliers or Vendors | $437.11 |
| | | 04/01/2024 | Suppliers or Vendors | $17,426.37 |
| | | 04/02/2024 | Suppliers or Vendors | $384.88 |
| | | 04/04/2024 | Suppliers or Vendors | $4,294.37 |
| | | 04/08/2024 | Suppliers or Vendors | $15,107.12 |
| | | 04/09/2024 | Suppliers or Vendors | $1,036.44 |
| | | 04/11/2024 | Suppliers or Vendors | $4,972.06 |
| | | 04/12/2024 | Suppliers or Vendors | $181.32 |
| | | 04/15/2024 | Suppliers or Vendors | $13,883.29 |
| | | 04/16/2024 | Suppliers or Vendors | $892.41 |
| | | 04/17/2024 | Suppliers or Vendors | $1,297.80 |
| | | 04/18/2024 | Suppliers or Vendors | $6,448.70 |
| | | 04/22/2024 | Suppliers or Vendors | $13,709.15 |
| | | 04/23/2024 | Suppliers or Vendors | $1,025.58 |
| | | 04/25/2024 | Suppliers or Vendors | $4,782.89 |
| | | 04/26/2024 | Suppliers or Vendors | $1,516.95 |
| | | 04/29/2024 | Suppliers or Vendors | $13,600.34 |
| | | 04/30/2024 | Suppliers or Vendors | $2,081.76 |
| | | 05/02/2024 | Suppliers or Vendors | $5,369.34 |
| | | 05/06/2024 | Suppliers or Vendors | $12,530.88 |
| | | 05/07/2024 | Suppliers or Vendors | $544.41 |
| | | 05/09/2024 | Suppliers or Vendors | $5,994.07 |
| | | 05/10/2024 | Suppliers or Vendors | $120.20 |
| | | 05/13/2024 | Suppliers or Vendors | $13,396.98 |
| | | 05/14/2024 | Suppliers or Vendors | $1,062.69 |
| | | 05/15/2024 | Suppliers or Vendors | $953.87 |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/16/2024 | Suppliers or Vendors | $4,420.55 |
| | | | **SUBTOTAL** | **$286,549.12** |
| SERG 13 LLC<br>1937 EAST 24TH STREET<br>BROOKLYN, NY 11229 | | 03/04/2024 | Other- Rent | $17,553.76 |
| | | 03/29/2024 | Other- Rent | $17,553.76 |
| | | | **SUBTOTAL** | **$35,107.52** |
| SERVICE SOLUTIONS OF TEXAS LLC<br>3022 COWLING RD<br>SANGER, TX 76266-7477 | | 03/04/2024 | Suppliers or Vendors | $10,981.71 |
| | | 03/08/2024 | Suppliers or Vendors | $440.72 |
| | | 03/28/2024 | Suppliers or Vendors | $16,829.13 |
| | | 04/25/2024 | Suppliers or Vendors | $1,197.58 |
| | | 05/02/2024 | Suppliers or Vendors | $3,347.81 |
| | | | **SUBTOTAL** | **$32,796.95** |
| SERVICE SPECIALIST LLC<br>DBA EMERGENCY PLUMBING SERVICE<br>C/O CRESTMARK BANK<br>DRAWER 2176<br>PO BOX 5935<br>TROY, MI 480075935 | | 02/23/2024 | Suppliers or Vendors | $4,080.83 |
| | | 03/08/2024 | Suppliers or Vendors | $2,009.87 |
| | | 03/13/2024 | Suppliers or Vendors | $1,683.50 |
| | | 03/28/2024 | Suppliers or Vendors | $1,999.60 |
| | | 04/04/2024 | Suppliers or Vendors | $2,270.35 |
| | | 05/02/2024 | Suppliers or Vendors | $2,975.59 |
| | | | **SUBTOTAL** | **$15,019.74** |
| SERVICE TECH BROS INC<br>644 GREENVILLE AVE PMB 295<br>STAUNTON, VA 24401-4997 | | 03/08/2024 | Suppliers or Vendors | $2,538.37 |
| | | 03/28/2024 | Suppliers or Vendors | $6,810.99 |
| | | 04/04/2024 | Suppliers or Vendors | $1,584.66 |
| | | | **SUBTOTAL** | **$10,934.02** |
| SEWELL MECHANICAL INC<br>4813 SOUTH 101ST EAST AVENUE<br>TULSA, OK 74146 | | 04/25/2024 | Suppliers or Vendors | $9,178.13 |
| | | | **SUBTOTAL** | **$9,178.13** |
| SEYFARTH SHAW LLP<br>3807 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0001 | | 03/28/2024 | Services | $7,873.50 |
| | | 05/02/2024 | Services | $26,269.00 |
| | | 05/19/2024 | Services | $43,880.59 |

Debtor Name:  Red Lobster Management LLC                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$78,023.09** |
| SHADES CREEK R&I CORP TUTWILE PROPERTIES LTD PO BOX 12045 BIRMINGHAM, AL 35202 | | 02/22/2024 | Other- Rent | $12,604.17 |
| | | 02/28/2024 | Other- Rent | $12,604.17 |
| | | 04/04/2024 | Other- Rent | $12,604.17 |
| | | 05/03/2024 | Other- Rent | $12,604.17 |
| | | | **SUBTOTAL** | **$50,416.68** |
| SHASHIKANT PATIL DBA SPOORNA HOLDINGS LLC 1131 MILLSTONE RUN WATKINSVILLE, GA 30677-6946 | | 03/04/2024 | Other- Rent | $29,097.97 |
| | | 03/29/2024 | Other- Rent | $29,097.97 |
| | | | **SUBTOTAL** | **$58,195.94** |
| SHEER ENTERPRISES INC 6250 N MILITARY TRAIL STE 204 WEST PALM BEACH, FL 33407-1407 | | 02/23/2024 | Suppliers or Vendors | $1,125.51 |
| | | 03/08/2024 | Suppliers or Vendors | $44,614.63 |
| | | 03/28/2024 | Suppliers or Vendors | $26,690.00 |
| | | 04/25/2024 | Suppliers or Vendors | $22,156.16 |
| | | 05/02/2024 | Suppliers or Vendors | $14,984.88 |
| | | 05/16/2024 | Suppliers or Vendors | $50,762.69 |
| | | | **SUBTOTAL** | **$160,333.87** |
| SHELL ENERGY | | 04/30/2024 | Suppliers or Vendors | $155,000.00 |
| | | 05/09/2024 | Suppliers or Vendors | $155,000.00 |
| | | | **SUBTOTAL** | **$310,000.00** |
| SHENKER RUSSO AND CLARK LLP 121 STATE STREET 4TH FLOOR ALBANY, NY 12207-1633 | | 05/02/2024 | Suppliers or Vendors | $500.00 |
| | | 05/19/2024 | Suppliers or Vendors | $9,796.20 |
| | | | **SUBTOTAL** | **$10,296.20** |
| SHEPHERD MECHANICAL LLC 6100 AMERICAN RD TOLEDO, OH 43612-3902 | | 02/20/2024 | Suppliers or Vendors | $6,768.00 |
| | | 03/08/2024 | Suppliers or Vendors | $3,443.00 |
| | | 03/28/2024 | Suppliers or Vendors | $21,593.00 |
| | | 04/25/2024 | Suppliers or Vendors | $8,961.00 |
| | | 05/02/2024 | Suppliers or Vendors | $1,067.00 |
| | | | **SUBTOTAL** | **$41,832.00** |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| SHIPPS ENTERPRISES INC 5304 BURKETT CT LOUISVILLE, KY 40291 | | 02/26/2024 | Suppliers or Vendors | $21,414.56 |
| | | 03/12/2024 | Suppliers or Vendors | $6,434.20 |
| | | 04/04/2024 | Suppliers or Vendors | $7,319.37 |
| | | 05/02/2024 | Suppliers or Vendors | $631.09 |
| | | | SUBTOTAL | $35,799.22 |
| SICILIAN GROUND SERVICES INC 2806 W TOUHY AVENUE CHICAGO, IL 60645 | | 04/11/2024 | Suppliers or Vendors | $10,550.00 |
| | | | SUBTOTAL | $10,550.00 |
| SILVER SPRING SERIES A SERIES OF OWLS NEST PROPERTIES LLC 4204 PYLES FORD RD GREENVILLE, DE 19807-1734 | | 03/04/2024 | Other- Rent | $30,240.61 |
| | | 03/29/2024 | Other- Rent | $30,240.61 |
| | | 04/30/2024 | Other- Rent | $30,240.61 |
| | | | SUBTOTAL | $90,721.83 |
| SILVER STATE REFRIGERATION & HVAC LLC 4535 COPPER SAGE ST LAS VEGAS, NV 89115-1878 | | 02/23/2024 | Suppliers or Vendors | $1,479.35 |
| | | 03/08/2024 | Suppliers or Vendors | $9,093.81 |
| | | 03/21/2024 | Suppliers or Vendors | $18,256.20 |
| | | 04/11/2024 | Suppliers or Vendors | $2,124.80 |
| | | 05/02/2024 | Suppliers or Vendors | $6,924.19 |
| | | | SUBTOTAL | $37,878.35 |
| SIMON PROP GRP TX LP 867728 RELIABLE PARKWAY CHICAGO, IL 606860079 | | 03/01/2024 | Other- Rent | $33,105.20 |
| | | 03/04/2024 | Other- Rent | $13,174.41 |
| | | 04/03/2024 | Other- Rent | $13,174.41 |
| | | 05/03/2024 | Other- Rent | $13,174.41 |
| | | | SUBTOTAL | $72,628.43 |
| SIMON PROPERTY GROUP LP DBA EMPIRE MALL LLC PO BOX 775906 CHICAGO, IL 60677-5906 | | 03/01/2024 | Other- Rent | $14,083.33 |
| | | 04/01/2024 | Other- Rent | $14,083.33 |
| | | 04/29/2024 | Other- Rent | $14,083.33 |
| | | | SUBTOTAL | $42,249.99 |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $22,916.67 |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $22,916.67 |
| | | 04/30/2024 | Other- Rent | $22,916.67 |
| | | | **SUBTOTAL** | **$68,750.01** |
| SIRNA & SONS INC<br>MAINLINE PRODUCE<br>7176 STATE ROUTE 88<br>RAVENNA, OH 44266 | | 02/20/2024 | Suppliers or Vendors | $39,517.51 |
| | | 02/21/2024 | Suppliers or Vendors | $2,621.75 |
| | | 02/23/2024 | Suppliers or Vendors | $21,176.32 |
| | | 02/27/2024 | Suppliers or Vendors | $45,786.94 |
| | | 02/28/2024 | Suppliers or Vendors | $2,109.33 |
| | | 03/04/2024 | Suppliers or Vendors | $16,351.68 |
| | | 03/06/2024 | Suppliers or Vendors | $40,150.78 |
| | | 03/08/2024 | Suppliers or Vendors | $17,213.70 |
| | | 03/11/2024 | Suppliers or Vendors | $572.79 |
| | | 03/12/2024 | Suppliers or Vendors | $42,162.50 |
| | | 03/14/2024 | Suppliers or Vendors | $16,396.72 |
| | | 03/15/2024 | Suppliers or Vendors | $141.63 |
| | | 03/18/2024 | Suppliers or Vendors | $39,404.33 |
| | | 03/19/2024 | Suppliers or Vendors | $1,647.30 |
| | | 03/21/2024 | Suppliers or Vendors | $10,865.85 |
| | | 03/22/2024 | Suppliers or Vendors | $831.21 |
| | | 03/25/2024 | Suppliers or Vendors | $34,255.62 |
| | | 03/26/2024 | Suppliers or Vendors | $2,993.92 |
| | | 03/28/2024 | Suppliers or Vendors | $12,865.80 |
| | | 04/01/2024 | Suppliers or Vendors | $39,271.39 |
| | | 04/02/2024 | Suppliers or Vendors | $1,483.97 |
| | | 04/04/2024 | Suppliers or Vendors | $12,700.19 |
| | | 04/05/2024 | Suppliers or Vendors | $190.66 |
| | | 04/08/2024 | Suppliers or Vendors | $38,865.27 |
| | | 04/09/2024 | Suppliers or Vendors | $3,471.69 |
| | | 04/11/2024 | Suppliers or Vendors | $9,004.66 |
| | | 04/12/2024 | Suppliers or Vendors | $20.34 |
| | | 04/15/2024 | Suppliers or Vendors | $32,998.56 |
| | | 04/16/2024 | Suppliers or Vendors | $2,357.11 |
| | | 04/18/2024 | Suppliers or Vendors | $11,746.30 |
| | | 04/22/2024 | Suppliers or Vendors | $35,430.82 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/23/2024 | Suppliers or Vendors | $2,045.88 |
| | | 04/25/2024 | Suppliers or Vendors | $13,216.68 |
| | | 04/29/2024 | Suppliers or Vendors | $32,525.05 |
| | | 04/30/2024 | Suppliers or Vendors | $3,080.89 |
| | | 05/02/2024 | Suppliers or Vendors | $14,003.49 |
| | | 05/06/2024 | Suppliers or Vendors | $32,285.12 |
| | | 05/07/2024 | Suppliers or Vendors | $3,336.24 |
| | | 05/08/2024 | Suppliers or Vendors | $892.73 |
| | | 05/09/2024 | Suppliers or Vendors | $10,943.47 |
| | | 05/10/2024 | Suppliers or Vendors | $649.00 |
| | | 05/13/2024 | Suppliers or Vendors | $33,566.71 |
| | | 05/14/2024 | Suppliers or Vendors | $1,482.39 |
| | | 05/16/2024 | Suppliers or Vendors | $12,658.34 |
| | | | **SUBTOTAL** | **$695,292.63** |
| SKYHY PROPERTY LLC 2330 ROUTH DR ROWLAND HEIGHTS, CA 91748-4859 | | 03/04/2024 | Other- Rent | $20,887.92 |
| | | 03/29/2024 | Other- Rent | $20,887.92 |
| | | | **SUBTOTAL** | **$41,775.84** |
| SLADE GORTON & CO INC PO BOX 0261 BRATTLEBORO, VT 05302-0261 | | 03/13/2024 | Suppliers or Vendors | $75,023.90 |
| | | 04/04/2024 | Suppliers or Vendors | $111,443.27 |
| | | 05/02/2024 | Suppliers or Vendors | $75,023.90 |
| | | 05/16/2024 | Suppliers or Vendors | $150,047.80 |
| | | | **SUBTOTAL** | **$411,538.87** |
| SLM WASTE & RECYCLING SERVICES INC PO BOX 782678 PHILADELPHIA, PA 19178-2678 | | 02/20/2024 | Suppliers or Vendors | $95,619.13 |
| | | 03/08/2024 | Suppliers or Vendors | $68,504.33 |
| | | 03/13/2024 | Suppliers or Vendors | $70,331.61 |
| | | 03/28/2024 | Suppliers or Vendors | $97,546.01 |
| | | 04/04/2024 | Suppliers or Vendors | $101,835.32 |
| | | 04/11/2024 | Suppliers or Vendors | $175,647.03 |
| | | 04/18/2024 | Suppliers or Vendors | $110,809.36 |
| | | 04/25/2024 | Suppliers or Vendors | $78,350.03 |
| | | 05/02/2024 | Suppliers or Vendors | $50,746.37 |
| | | 05/09/2024 | Suppliers or Vendors | $47,278.97 |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/16/2024 | Suppliers or Vendors | $29,256.10 |
| | | | **SUBTOTAL** | **$925,924.26** |
| SMBSIRIS LLC<br>58 WAVERLY STREET<br>BROOKLINE, MA 02445 | | 03/04/2024 | Other- Rent | $22,673.66 |
| | | 03/29/2024 | Other- Rent | $22,673.66 |
| | | | **SUBTOTAL** | **$45,347.32** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $42,186.91 |
| | | 03/29/2024 | Other- Rent | $42,186.91 |
| | | 04/30/2024 | Other- Rent | $42,186.91 |
| | | | **SUBTOTAL** | **$126,560.73** |
| SMITH LEGACY LLC<br>C/O SHARON M FONG VP<br>COMERICA BANK & TRUST NA<br>CO-TRUSTEE<br>2321 ROSECRANS AVE 5TH<br>FLOOR<br>EL SEGUNDO, CA 90245-7902 | | 03/04/2024 | Other- Rent | $42,904.91 |
| | | 03/29/2024 | Other- Rent | $42,904.91 |
| | | 04/30/2024 | Other- Rent | $42,904.91 |
| | | | **SUBTOTAL** | **$128,714.73** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $19,761.76 |
| | | 03/29/2024 | Other- Rent | $19,761.76 |
| | | 04/30/2024 | Other- Rent | $19,761.76 |
| | | | **SUBTOTAL** | **$59,285.28** |
| SMS AMBASSADORS CORP<br>3601 W ALEXIS RD STE 105<br>TOLEDO, OH 43623-1347 | | 03/04/2024 | Other- Rent | $15,286.84 |
| | | 03/29/2024 | Other- Rent | $15,286.84 |
| | | 04/30/2024 | Other- Rent | $15,286.84 |
| | | | **SUBTOTAL** | **$45,860.52** |
| SNAGAJOB.COM INC<br>32978 COLLECTIONS CENTER<br>DRIVE<br>CHICAGO, IL 606930329 | | 03/06/2024 | Suppliers or Vendors | $12,500.00 |
| | | 04/02/2024 | Suppliers or Vendors | $12,500.00 |
| | | 04/23/2024 | Suppliers or Vendors | $12,500.00 |
| | | | **SUBTOTAL** | **$37,500.00** |
| SOCRATES INVESTMENTS INC<br>C/O KAUFMAN ROSSIN AND CO<br>ATTN S DEMAR<br>3310 MARY ST STE 501<br>MIAMI, FL 33133-5344 | | 03/04/2024 | Other- Rent | $27,583.88 |
| | | 03/29/2024 | Other- Rent | $27,583.88 |

Debtor Name:  Red Lobster Management LLC                                                                          Case Number:   24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$55,167.76** |
| SOCRATIC TECHNOLOGIES INC 18 SHORELINE DR STRATFORD, CT 06615-7704 | | 02/23/2024 | Suppliers or Vendors | $21,700.00 |
| | | | **SUBTOTAL** | **$21,700.00** |
| SOME BEACH LTD DBA DENVER SNOW AND COMMERCIAL PROPERTY SERVICES 10940 S PARKER RD #408 PARKER, CO 80134 | | 03/21/2024 | Suppliers or Vendors | $7,366.00 |
| | | 04/04/2024 | Suppliers or Vendors | $230.00 |
| | | 04/25/2024 | Suppliers or Vendors | $1,793.50 |
| | | | **SUBTOTAL** | **$9,389.50** |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $38,770.91 |
| | | 03/29/2024 | Other- Rent | $38,770.91 |
| | | 04/30/2024 | Other- Rent | $38,770.91 |
| | | | **SUBTOTAL** | **$116,312.73** |
| SOS MAINTENANCE INC PO BOX 601 BROOKLYN, NY 11237 | | 03/27/2024 | Suppliers or Vendors | $23,280.00 |
| | | 04/04/2024 | Suppliers or Vendors | $15,967.00 |
| | | 04/09/2024 | Suppliers or Vendors | $1,860.00 |
| | | 05/09/2024 | Suppliers or Vendors | $1,950.00 |
| | | | **SUBTOTAL** | **$43,057.00** |
| SOUTH TEXAS RESTAURANT EQUIPMENT INC 433 MC CAMPBELL ROAD CORPUS CHRISTI, TX 78408-2407 | | 04/25/2024 | Suppliers or Vendors | $8,244.13 |
| | | | **SUBTOTAL** | **$8,244.13** |
| SOUTHLANDS COLORADO LLC DBA SOUTHLANDS METRO DISTRICT 1 C/O RAMONA PADILLA 8390 E CRESCENT PKWY STE 300 GREENWOOD VILLAGE, CO 80111-2813 | | 02/20/2024 | Other- Rent | $1,909.45 |
| | | 03/11/2024 | Other- Rent | $1,909.45 |
| | | 04/08/2024 | Other- Rent | $1,909.45 |
| | | 05/01/2024 | Other- Rent | $1,909.45 |
| | | | **SUBTOTAL** | **$7,637.80** |
| SPADA PROPERTIES INC DBA UNITED SALAD CO 8448 NE 33RD DR STE 100 PORTLAND, OR 97211-2105 | | 02/20/2024 | Suppliers or Vendors | $7,957.74 |
| | | 02/21/2024 | Suppliers or Vendors | $3,014.96 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 02/23/2024 | Suppliers or Vendors | $5,843.83 |
| | | 02/26/2024 | Suppliers or Vendors | $3,564.29 |
| | | 02/27/2024 | Suppliers or Vendors | $5,044.56 |
| | | 02/28/2024 | Suppliers or Vendors | $2,387.88 |
| | | 02/29/2024 | Suppliers or Vendors | $825.47 |
| | | 03/04/2024 | Suppliers or Vendors | $6,441.23 |
| | | 03/06/2024 | Suppliers or Vendors | $8,943.17 |
| | | 03/08/2024 | Suppliers or Vendors | $3,126.77 |
| | | 03/11/2024 | Suppliers or Vendors | $1,849.42 |
| | | 03/12/2024 | Suppliers or Vendors | $8,979.41 |
| | | 03/14/2024 | Suppliers or Vendors | $3,487.75 |
| | | 03/15/2024 | Suppliers or Vendors | $2,601.14 |
| | | 03/18/2024 | Suppliers or Vendors | $5,598.72 |
| | | 03/19/2024 | Suppliers or Vendors | $3,076.22 |
| | | 03/21/2024 | Suppliers or Vendors | $2,708.28 |
| | | 03/22/2024 | Suppliers or Vendors | $2,522.46 |
| | | 03/25/2024 | Suppliers or Vendors | $5,552.14 |
| | | 03/26/2024 | Suppliers or Vendors | $2,745.32 |
| | | 03/28/2024 | Suppliers or Vendors | $2,468.92 |
| | | 03/29/2024 | Suppliers or Vendors | $2,455.80 |
| | | 04/01/2024 | Suppliers or Vendors | $5,769.11 |
| | | 04/02/2024 | Suppliers or Vendors | $2,919.71 |
| | | 04/04/2024 | Suppliers or Vendors | $3,248.71 |
| | | 04/05/2024 | Suppliers or Vendors | $2,413.20 |
| | | 04/08/2024 | Suppliers or Vendors | $5,830.82 |
| | | 04/09/2024 | Suppliers or Vendors | $3,350.59 |
| | | 04/11/2024 | Suppliers or Vendors | $2,871.75 |
| | | 04/12/2024 | Suppliers or Vendors | $2,056.58 |
| | | 04/15/2024 | Suppliers or Vendors | $5,303.90 |
| | | 04/16/2024 | Suppliers or Vendors | $3,160.92 |
| | | 04/18/2024 | Suppliers or Vendors | $2,924.16 |
| | | 04/19/2024 | Suppliers or Vendors | $2,230.49 |
| | | 04/22/2024 | Suppliers or Vendors | $5,171.52 |
| | | 04/23/2024 | Suppliers or Vendors | $2,259.27 |
| | | 04/24/2024 | Suppliers or Vendors | $480.42 |
| | | 04/25/2024 | Suppliers or Vendors | $2,543.20 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/26/2024 | Suppliers or Vendors | $2,016.45 |
| | | 04/29/2024 | Suppliers or Vendors | $5,214.76 |
| | | 04/30/2024 | Suppliers or Vendors | $3,014.91 |
| | | 05/02/2024 | Suppliers or Vendors | $2,844.63 |
| | | 05/03/2024 | Suppliers or Vendors | $2,347.34 |
| | | 05/06/2024 | Suppliers or Vendors | $5,317.82 |
| | | 05/07/2024 | Suppliers or Vendors | $2,400.74 |
| | | 05/09/2024 | Suppliers or Vendors | $1,512.09 |
| | | 05/10/2024 | Suppliers or Vendors | $3,253.68 |
| | | 05/13/2024 | Suppliers or Vendors | $6,533.49 |
| | | 05/14/2024 | Suppliers or Vendors | $2,195.40 |
| | | 05/16/2024 | Suppliers or Vendors | $2,130.51 |
| | | | **SUBTOTAL** | **$182,511.65** |
| SPADEA INC C/O NURAN STEHMERS EXECUTOR OF THE ESTATE OF JOHN D LAGRECO 2177 CROSS HWY FAIRFIELD, CT 06824-1755 | | 03/04/2024 | Other- Rent | $31,566.64 |
| | | 03/29/2024 | Other- Rent | $31,566.64 |
| | | 04/30/2024 | Other- Rent | $31,566.64 |
| | | | **SUBTOTAL** | **$94,699.92** |
| SPECIALIZED COMMERCIAL SERVICES INC DBA SPECIALIZED COMMERCIAL EQUIP SVC 303 E GURLEY STREET 460 PRESCOTT, AZ 86301 | | 03/28/2024 | Suppliers or Vendors | $6,911.74 |
| | | 04/04/2024 | Suppliers or Vendors | $266.08 |
| | | 05/02/2024 | Suppliers or Vendors | $632.47 |
| | | | **SUBTOTAL** | **$7,810.29** |
| SPECTRUM BRANDS PET LLC 32854 COLLECTION CENTER DRIVE CHICAGO, IL 60693-0328 | | 03/04/2024 | Suppliers or Vendors | $3,070.10 |
| | | 03/08/2024 | Suppliers or Vendors | $1,010.00 |
| | | 03/28/2024 | Suppliers or Vendors | $13,409.78 |
| | | 04/18/2024 | Suppliers or Vendors | $12,236.62 |
| | | 04/23/2024 | Suppliers or Vendors | $364.09 |
| | | | **SUBTOTAL** | **$30,090.59** |
| SPEEDWAY95 LLC ATTN WILLIAM EDMISTON PO BOX 130 LAKE FOREST, IL 60045 | | 03/04/2024 | Other- Rent | $19,474.41 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $19,474.41 |
| | | 04/30/2024 | Other- Rent | $19,474.41 |
| | | | **SUBTOTAL** | **$58,423.23** |
| SPM ACQUISITION LLC C/O ATTN OFFICE COORDINATOR 500 SOUTHPARK CTR STRONGSVILLE, OH 44136-9320 | | 03/04/2024 | Other- Rent | $21,574.53 |
| | | 03/29/2024 | Other- Rent | $21,621.04 |
| | | 04/30/2024 | Other- Rent | $21,621.04 |
| | | | **SUBTOTAL** | **$64,816.61** |
| SPORTS ARENA VILLAGE LTD C/O THE WHEATCROFT COMPANY 3760 SPORTS ARENA BLVD STE 14 SAN DIEGO, CA 921105134 | | 03/05/2024 | Other- Rent | $14,925.18 |
| | | 04/03/2024 | Other- Rent | $16,112.64 |
| | | 05/03/2024 | Other- Rent | $12,978.59 |
| | | 05/17/2024 | Other- Rent | $1,573.23 |
| | | | **SUBTOTAL** | **$45,589.64** |
| SSS NORTHWEST CROSSING LLC ATTN HELEN WU WU C/O WU PROPERTIES INC 3657 BRIARPARK DR STE 188 HOUSTON, TX 77042-5267 | | 02/23/2024 | Other- Rent | $11,597.67 |
| | | 03/29/2024 | Other- Rent | $11,597.67 |
| | | 04/30/2024 | Other- Rent | $11,597.67 |
| | | | **SUBTOTAL** | **$34,793.01** |
| STAPLES INC DBA DEX IMAGING LLC PO BOX 17299 CLEARWATER, FL 33762-0299 | | 03/04/2024 | Suppliers or Vendors | $39,280.05 |
| | | 03/28/2024 | Suppliers or Vendors | $39,187.00 |
| | | | **SUBTOTAL** | **$78,467.05** |
| STAR INTERNATIONAL HOLDINGS INC PO BOX 60151 ST LOUIS, MO 631600151 | | 02/23/2024 | Suppliers or Vendors | $37,923.92 |
| | | 03/13/2024 | Suppliers or Vendors | $69,048.32 |
| | | 03/21/2024 | Suppliers or Vendors | $6,072.78 |
| | | | **SUBTOTAL** | **$113,045.02** |
| STAR-WEST GREAT NORTHERN MALL LLC PO BOX 856553 MINNEAPOLIS, MN 55485-6553 | | 03/21/2024 | Other- Rent | $4,764.85 |
| | | 03/25/2024 | Other- Rent | $13,903.07 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/23/2024 | Other- Rent | $13,903.07 |
| | | 04/30/2024 | Other- Rent | $4,764.85 |
| | | | **SUBTOTAL** | **$37,335.84** |
| STATE INDUSTRIES INC<br>12610 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | 04/16/2024 | Suppliers or Vendors | $24,476.64 |
| | | 05/02/2024 | Suppliers or Vendors | $13,624.00 |
| | | 05/08/2024 | Suppliers or Vendors | $46,670.27 |
| | | 05/19/2024 | Suppliers or Vendors | $35,733.38 |
| | | | **SUBTOTAL** | **$120,504.29** |
| STATE OF LOUISIANA | | 03/21/2024 | Other- Government / Regulatory | $23,169.00 |
| | | 04/23/2024 | Other- Government / Regulatory | $25,520.00 |
| | | | **SUBTOTAL** | **$48,689.00** |
| STATE OF MICHIGAN<br>DEPT OF ENERGY LABOR & ECONOMIC GWTHCONSUMER & BUREAU OF CONST CODES/BOILER DIV<br>PO BOX 30255<br>LANSING, MI 48909 | | 04/11/2024 | Other- Government / Regulatory | $150.00 |
| | | 04/15/2024 | Other- Government / Regulatory | $23,365.00 |
| | | | **SUBTOTAL** | **$23,515.00** |
| STAUNTON EM 2 LLC<br>PO BOX 202<br>MANAKIN SABOT, VA 23103-0202 | | 02/28/2024 | Other- Rent | $4,509.42 |
| | | 04/03/2024 | Other- Rent | $4,509.42 |
| | | 05/08/2024 | Other- Rent | $4,509.42 |
| | | | **SUBTOTAL** | **$13,528.26** |
| STEVE LIN<br>DBA STEVE AND CAROL LIN TRUST<br>360 SWIFT AVENUE<br>SUITE 21<br>SOUTH SAN FRANCISCO, CA 94080 | | 03/04/2024 | Other- Rent | $39,577.11 |
| | | 03/29/2024 | Other- Rent | $39,577.11 |
| | | 04/30/2024 | Other- Rent | $39,577.11 |
| | | | **SUBTOTAL** | **$118,731.33** |
| STEVEN E BREITMAN<br>DBA HRP 0137 SAN ANTONIO LLC<br>C/O WAL 7301 LLC<br>6229 RIVO LAKES BLVD<br>SARASOTA, FL 34241-2726 | | 02/27/2024 | Other- Rent | $35,179.66 |
| | | 03/29/2024 | Other- Rent | $35,179.66 |
| | | 05/01/2024 | Other- Rent | $35,179.66 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$105,538.98** |
| STR MECHANICAL LLC<br>PO BOX 205<br>SANDY SPRINGS, SC 29677-0205 | | 05/15/2024 | Suppliers or Vendors | $11,746.92 |
| | | | **SUBTOTAL** | **$11,746.92** |
| STRATEGIC SERVICE LLC<br>1607 COMMERCE AVENUE<br>SAINT JOSEPH, MO 64505-3933 | | 02/23/2024 | Suppliers or Vendors | $3,354.56 |
| | | 03/21/2024 | Suppliers or Vendors | $4,580.07 |
| | | | **SUBTOTAL** | **$7,934.63** |
| STRATEGIC SOLUTIONS INC<br>122 W 22ND ST<br>OAK BROOK, IL 60523-1562 | | 02/23/2024 | Suppliers or Vendors | $43,602.00 |
| | | 03/04/2024 | Suppliers or Vendors | $3,771.10 |
| | | 03/08/2024 | Suppliers or Vendors | $120,666.00 |
| | | 03/13/2024 | Suppliers or Vendors | $109,839.00 |
| | | 03/22/2024 | Suppliers or Vendors | $94,449.60 |
| | | 03/28/2024 | Suppliers or Vendors | $492.50 |
| | | 04/04/2024 | Suppliers or Vendors | $44,819.31 |
| | | 04/11/2024 | Suppliers or Vendors | $43,279.50 |
| | | 04/18/2024 | Suppliers or Vendors | $94,309.05 |
| | | 04/25/2024 | Suppliers or Vendors | $157,642.42 |
| | | 05/19/2024 | Suppliers or Vendors | $337,858.40 |
| | | | **SUBTOTAL** | **$1,050,728.88** |
| STRAUBTEK LLC<br>PO BOX 162113<br>ALTAMONTE SPRINGS, FL 32716-2113 | | 02/20/2024 | Suppliers or Vendors | $35,752.35 |
| | | 03/04/2024 | Suppliers or Vendors | $5,100.52 |
| | | 03/08/2024 | Suppliers or Vendors | $936.67 |
| | | 03/28/2024 | Suppliers or Vendors | $2,270.77 |
| | | 04/04/2024 | Suppliers or Vendors | $1,154.03 |
| | | 05/02/2024 | Suppliers or Vendors | $1,703.01 |
| | | | **SUBTOTAL** | **$46,917.35** |
| SUMMIT INVESTMENT MANAGEMENT LLC | | 04/15/2024 | Suppliers or Vendors | $65,300.00 |
| | | 04/19/2024 | Suppliers or Vendors | $15,300.00 |
| | | | **SUBTOTAL** | **$80,600.00** |
| SUN ALPINE | | 03/08/2024 | Suppliers or Vendors | $138,000.00 |
| | | 03/21/2024 | Suppliers or Vendors | $138,000.00 |
| | | 05/08/2024 | Suppliers or Vendors | $142,800.00 |

Debtor Name:  Red Lobster Management LLC                                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$418,800.00** |
| SUNBEAM DEVELOPMENT CORPORATION<br>PO BOX 610727<br>NORTH MIAMI, FL 33261 | | 03/04/2024 | Other- Rent | $20,649.22 |
| | | 04/02/2024 | Other- Rent | $20,649.22 |
| | | 05/02/2024 | Other- Rent | $20,649.22 |
| | | | **SUBTOTAL** | **$61,947.66** |
| SUPERIOR STEEL STUDS INC<br>C/O SS SMALL MOUTH<br>PARKERSBURG LLC<br>2960 WOODBRIDGE AVE<br>EDISON, NJ 08837-3406 | | 02/27/2024 | Other- Rent | $18,734.07 |
| | | 04/16/2024 | Other- Rent | $18,734.07 |
| | | 04/30/2024 | Other- Rent | $18,734.07 |
| | | | **SUBTOTAL** | **$56,202.21** |
| SUPREME LOBSTER AND SEAFOOD CO<br>220 EAST NORTH AVENUE<br>VILLA PARK, IL 601811221 | | 02/20/2024 | Suppliers or Vendors | $640.98 |
| | | 02/21/2024 | Suppliers or Vendors | $810.05 |
| | | 02/22/2024 | Suppliers or Vendors | $230.18 |
| | | 02/23/2024 | Suppliers or Vendors | $966.83 |
| | | 02/29/2024 | Suppliers or Vendors | $699.51 |
| | | 03/04/2024 | Suppliers or Vendors | $1,598.91 |
| | | 03/06/2024 | Suppliers or Vendors | $2,021.21 |
| | | 03/07/2024 | Suppliers or Vendors | $383.69 |
| | | 03/12/2024 | Suppliers or Vendors | $1,998.59 |
| | | 03/13/2024 | Suppliers or Vendors | $1,018.57 |
| | | 03/14/2024 | Suppliers or Vendors | $733.43 |
| | | 03/18/2024 | Suppliers or Vendors | $657.07 |
| | | 03/19/2024 | Suppliers or Vendors | $724.35 |
| | | 03/22/2024 | Suppliers or Vendors | $247.23 |
| | | 03/25/2024 | Suppliers or Vendors | $259.05 |
| | | 03/26/2024 | Suppliers or Vendors | $544.05 |
| | | 03/27/2024 | Suppliers or Vendors | $326.26 |
| | | 03/28/2024 | Suppliers or Vendors | $254.10 |
| | | 03/29/2024 | Suppliers or Vendors | $1,359.84 |
| | | 04/01/2024 | Suppliers or Vendors | $740.05 |
| | | 04/02/2024 | Suppliers or Vendors | $525.44 |
| | | 04/03/2024 | Suppliers or Vendors | $555.87 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/04/2024 | Suppliers or Vendors | $359.00 |
| | | 04/05/2024 | Suppliers or Vendors | $357.49 |
| | | 04/08/2024 | Suppliers or Vendors | $474.80 |
| | | 04/09/2024 | Suppliers or Vendors | $746.72 |
| | | 04/10/2024 | Suppliers or Vendors | $632.16 |
| | | 04/11/2024 | Suppliers or Vendors | $462.73 |
| | | 04/15/2024 | Suppliers or Vendors | $296.18 |
| | | 04/16/2024 | Suppliers or Vendors | $1,138.32 |
| | | 04/17/2024 | Suppliers or Vendors | $1,701.24 |
| | | 04/19/2024 | Suppliers or Vendors | $520.73 |
| | | 04/22/2024 | Suppliers or Vendors | $280.02 |
| | | 04/23/2024 | Suppliers or Vendors | $527.25 |
| | | 04/24/2024 | Suppliers or Vendors | $292.63 |
| | | 04/25/2024 | Suppliers or Vendors | $574.80 |
| | | 04/29/2024 | Suppliers or Vendors | $443.22 |
| | | 05/01/2024 | Suppliers or Vendors | $341.05 |
| | | 05/03/2024 | Suppliers or Vendors | $348.23 |
| | | 05/06/2024 | Suppliers or Vendors | $241.19 |
| | | 05/07/2024 | Suppliers or Vendors | $328.53 |
| | | 05/13/2024 | Suppliers or Vendors | $324.74 |
| | | 05/14/2024 | Suppliers or Vendors | $1,427.85 |
| | | 05/15/2024 | Suppliers or Vendors | $638.71 |
| | | 05/16/2024 | Suppliers or Vendors | $248.92 |
| | | | **SUBTOTAL** | **$30,001.77** |
| SURFSIDE SQUARE CONDOMINIUM ASSOCIATION INC C/O PREMIER ACCOUNTING & MANAGEMENT 3162 S ATLANTIC AVE STE C DAYTONA BEACH SHORES, FL 32118-6259 | | 04/03/2024 | Other- Rent | $8,036.88 |
| | | | **SUBTOTAL** | **$8,036.88** |
| NAME ON FILE ADDRESS ON FILE | | 02/20/2024 | Other- Employee Expense Reimbursement | $4,909.48 |
| | | 03/19/2024 | Other- Employee Expense Reimbursement | $4,720.96 |
| | | 04/02/2024 | Other- Employee Expense Reimbursement | $2,001.67 |
| | | 04/15/2024 | Other- Employee Expense Reimbursement | $1,651.48 |
| | | 04/30/2024 | Other- Employee Expense Reimbursement | $589.47 |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 05/13/2024 | Other- Employee Expense Reimbursement | $252.54 |
| | | | **SUBTOTAL** | **$14,125.60** |
| SWB-LYNN HOLDINGS LLC PO BOX 401 GLENWOOD LANDING, NY 11547 | | 03/04/2024 | Other- Rent | $27,313.45 |
| | | 03/29/2024 | Other- Rent | $27,313.45 |
| | | 04/30/2024 | Other- Rent | $27,313.45 |
| | | | **SUBTOTAL** | **$81,940.35** |
| SWIFT AIR 2101 LEOPARD ST CORPUS CHRISTI, TX 78408-3900 | | 03/21/2024 | Suppliers or Vendors | $10,436.58 |
| | | 04/04/2024 | Suppliers or Vendors | $449.24 |
| | | 04/25/2024 | Suppliers or Vendors | $449.24 |
| | | | **SUBTOTAL** | **$11,335.06** |
| SWIFT CREEK ASSOCIATES LP C/O BET INVESTMENTS INC 200 DRYDEN RD E STE 2000 DRESHER, PA 19025-1048 | | 02/27/2024 | Other- Rent | $14,150.13 |
| | | 03/26/2024 | Other- Rent | $1,784.92 |
| | | 04/01/2024 | Other- Rent | $12,365.21 |
| | | 04/30/2024 | Other- Rent | $12,365.21 |
| | | 05/03/2024 | Other- Rent | $1,784.92 |
| | | | **SUBTOTAL** | **$42,450.39** |
| SWR-LV LLC C/O REDD REALTY SERVICES 3949 HOLCOMB BRIDGE RD STE 202 PEACHTREE CORNERS, GA 30092-2208 | | 03/04/2024 | Other- Rent | $13,080.65 |
| | | 03/28/2024 | Other- Rent | $1,123.00 |
| | | 03/29/2024 | Other- Rent | $11,957.65 |
| | | 04/30/2024 | Other- Rent | $14,188.99 |
| | | 05/07/2024 | Other- Rent | $5,131.40 |
| | | | **SUBTOTAL** | **$45,481.69** |
| SYRACUSE BANANA CO INC 900 WOLF STREET SYRACUSE, NY 13208 | | 02/20/2024 | Suppliers or Vendors | $3,490.12 |
| | | 02/21/2024 | Suppliers or Vendors | $989.95 |
| | | 02/23/2024 | Suppliers or Vendors | $2,424.15 |
| | | 02/26/2024 | Suppliers or Vendors | $36.16 |
| | | 02/27/2024 | Suppliers or Vendors | $4,633.83 |
| | | 03/04/2024 | Suppliers or Vendors | $1,494.95 |
| | | 03/06/2024 | Suppliers or Vendors | $4,491.48 |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/08/2024 | Suppliers or Vendors | $1,839.15 |
| | | 03/12/2024 | Suppliers or Vendors | $4,782.63 |
| | | 03/14/2024 | Suppliers or Vendors | $1,155.04 |
| | | 03/18/2024 | Suppliers or Vendors | $4,338.29 |
| | | 03/19/2024 | Suppliers or Vendors | $67.65 |
| | | 03/21/2024 | Suppliers or Vendors | $1,072.16 |
| | | 03/25/2024 | Suppliers or Vendors | $3,261.16 |
| | | 03/26/2024 | Suppliers or Vendors | $148.01 |
| | | 03/28/2024 | Suppliers or Vendors | $1,503.72 |
| | | 04/01/2024 | Suppliers or Vendors | $4,174.02 |
| | | 04/02/2024 | Suppliers or Vendors | $143.72 |
| | | 04/04/2024 | Suppliers or Vendors | $1,440.52 |
| | | 04/08/2024 | Suppliers or Vendors | $3,782.21 |
| | | 04/09/2024 | Suppliers or Vendors | $632.60 |
| | | 04/11/2024 | Suppliers or Vendors | $1,058.05 |
| | | 04/15/2024 | Suppliers or Vendors | $3,861.39 |
| | | 04/16/2024 | Suppliers or Vendors | $117.88 |
| | | 04/18/2024 | Suppliers or Vendors | $960.80 |
| | | 04/19/2024 | Suppliers or Vendors | $97.65 |
| | | 04/22/2024 | Suppliers or Vendors | $3,687.63 |
| | | 04/23/2024 | Suppliers or Vendors | $50.89 |
| | | 04/25/2024 | Suppliers or Vendors | $792.54 |
| | | 04/29/2024 | Suppliers or Vendors | $4,024.52 |
| | | 04/30/2024 | Suppliers or Vendors | $86.36 |
| | | 05/02/2024 | Suppliers or Vendors | $1,860.86 |
| | | 05/03/2024 | Suppliers or Vendors | $27.35 |
| | | 05/06/2024 | Suppliers or Vendors | $3,527.28 |
| | | 05/07/2024 | Suppliers or Vendors | $68.40 |
| | | 05/09/2024 | Suppliers or Vendors | $1,339.59 |
| | | 05/13/2024 | Suppliers or Vendors | $3,483.38 |
| | | 05/14/2024 | Suppliers or Vendors | $42.30 |
| | | 05/16/2024 | Suppliers or Vendors | $763.56 |
| | | | **SUBTOTAL** | **$71,751.95** |
| T EASTGATE PLAZA NR NV LLC PO BOX 209277 AUSTIN, TX 78720-9271 | | 02/29/2024 | Other- Rent | $2,906.33 |
| | | 03/29/2024 | Other- Rent | $1,302.21 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/04/2024 | Other- Rent | $1,783.91 |
| | | 05/03/2024 | Other- Rent | $1,604.12 |
| | | 05/09/2024 | Other- Rent | $1,302.21 |
| | | | **SUBTOTAL** | **$8,898.78** |
| T L CARROLL CONTRACTING INC 2751 TEABERRY LN HERMITAGE, PA 16148-6299 | | 05/02/2024 | Suppliers or Vendors | $5,071.88 |
| | | 05/10/2024 | Suppliers or Vendors | $4,910.00 |
| | | | **SUBTOTAL** | **$9,981.88** |
| TAAG VENTURES LLC ATTN TYLER DANIELS 4727 OSBORNE DR EL PASO, TX 79922-1049 | | 03/04/2024 | Other- Rent | $14,875.00 |
| | | 03/29/2024 | Other- Rent | $14,875.00 |
| | | | **SUBTOTAL** | **$29,750.00** |
| TAGEX BRANDS INC | | 05/08/2024 | Suppliers or Vendors | $249,775.00 |
| | | | **SUBTOTAL** | **$249,775.00** |
| TAITZ RL MOBILE LLC C/O FEDERMAN STEIFMAN LLP 220 EAST 42ND STREET 29TH FLOOR NEW YORK, NY 10017 | | 03/04/2024 | Other- Rent | $9,136.35 |
| | | 03/29/2024 | Other- Rent | $9,136.35 |
| | | | **SUBTOTAL** | **$18,272.70** |
| TALENTREEF INC PO BOX 8027 CAROL STREAM, IL 60197-8027 | | 03/21/2024 | Suppliers or Vendors | $13,629.00 |
| | | 05/16/2024 | Suppliers or Vendors | $40,887.00 |
| | | | **SUBTOTAL** | **$54,516.00** |
| TALON MAINTENANCE CONTRACTING INC 7024 BIRCHWOOD DR SLATINGTON, PA 18080 | | 03/22/2024 | Suppliers or Vendors | $6,434.20 |
| | | 03/28/2024 | Suppliers or Vendors | $1,955.70 |
| | | 04/04/2024 | Suppliers or Vendors | $328.60 |
| | | 04/25/2024 | Suppliers or Vendors | $689.00 |
| | | | **SUBTOTAL** | **$9,407.50** |
| TALX CORPORATION DBA EQUIFAX WORKFORCE SOLUTIONS 4076 PAYSPHERE CIRCLE CHICAGO, IL 60674-4076 | | 03/18/2024 | Suppliers or Vendors | $17,675.00 |
| | | | **SUBTOTAL** | **$17,675.00** |

Debtor Name:  Red Lobster Management LLC                                                                 Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| TANGER PROPERTIES LIMITED PARTNERSHIP COROC/HILTON HEAD I LLC PO BOX 414225 BOSTON, MA 02241-4225 | | 02/28/2024 | Other- Rent | $31,357.41 |
| | | 04/03/2024 | Other- Rent | $26,775.41 |
| | | 04/10/2024 | Other- Rent | $4,582.00 |
| | | 05/02/2024 | Other- Rent | $26,775.41 |
| | | 05/07/2024 | Other- Rent | $4,582.00 |
| | | | SUBTOTAL | **$94,072.23** |
| TAYLOR & MONROE LLC 19370 COLLINS AVENUE CU1 SUNNY ISLES BEACH, FL 33160 | | 03/04/2024 | Other- Rent | $24,541.42 |
| | | 03/29/2024 | Other- Rent | $24,541.42 |
| | | 04/30/2024 | Other- Rent | $24,541.42 |
| | | | SUBTOTAL | **$73,624.26** |
| TAYLOR CORPORATION DBA TRAVEL TAGS INC CARD FULFILLMENT SERVICES PO BOX 1450 MINNEAPOLIS, MN 55485-1450 | | 02/21/2024 | Suppliers or Vendors | $1,956.51 |
| | | 02/28/2024 | Suppliers or Vendors | $21,749.98 |
| | | 03/21/2024 | Suppliers or Vendors | $5,729.73 |
| | | 04/17/2024 | Suppliers or Vendors | $2,380.51 |
| | | | SUBTOTAL | **$31,816.73** |
| TDN2K LLC DBA PEOPLE REPORT 17304 PRESTON ROAD SUITE 430 DALLAS, TX 75252 | | 03/04/2024 | Services | $19,703.25 |
| | | | SUBTOTAL | **$19,703.25** |
| TECH ONE ASSOCIATES 200 MARSHALL DRIVE CORAOPOLIS, PA 15108 | | 03/04/2024 | Other- Rent | $5,973.34 |
| | | 03/15/2024 | Other- Rent | $3,331.38 |
| | | 03/26/2024 | Other- Rent | $6,676.45 |
| | | 04/02/2024 | Other- Rent | $5,973.34 |
| | | 05/02/2024 | Other- Rent | $5,973.34 |
| | | | SUBTOTAL | **$27,927.85** |
| TECH SERVICES MECHANICAL LLC 360 MAIN ST STE 1 MATAWAN, NJ 07747-3255 | | 03/21/2024 | Suppliers or Vendors | $6,987.85 |
| | | 04/25/2024 | Suppliers or Vendors | $447.83 |
| | | 05/02/2024 | Suppliers or Vendors | $5,412.73 |
| | | | SUBTOTAL | **$12,848.41** |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| TECHMASTERS INC<br>2024 SW 6TH ST<br>LINCOLN, NE 68522 | | 02/29/2024 | Suppliers or Vendors | $1,384.32 |
| | | 03/15/2024 | Suppliers or Vendors | $12,109.09 |
| | | 04/03/2024 | Suppliers or Vendors | $55.00 |
| | | 04/11/2024 | Suppliers or Vendors | $8,442.79 |
| | | 04/18/2024 | Suppliers or Vendors | $6,075.13 |
| | | 05/02/2024 | Suppliers or Vendors | $2,344.84 |
| | | | **SUBTOTAL** | **$30,411.17** |
| TED AND MARIAS PLAZA LLC<br>518 S LAURELTREE DR<br>ANAHEIM, CA 92808-1626 | | 03/04/2024 | Other- Rent | $22,267.43 |
| | | 03/29/2024 | Other- Rent | $22,267.43 |
| | | 04/30/2024 | Other- Rent | $22,267.43 |
| | | | **SUBTOTAL** | **$66,802.29** |
| NAME ON FILE<br>ADDRESS ON FILE | | 02/26/2024 | Other- Employee Expense Reimbursement | $4,320.93 |
| | | 03/20/2024 | Other- Employee Expense Reimbursement | $3,895.48 |
| | | 04/03/2024 | Other- Employee Expense Reimbursement | $2,441.81 |
| | | 04/17/2024 | Other- Employee Expense Reimbursement | $1,652.96 |
| | | 05/01/2024 | Other- Employee Expense Reimbursement | $2,555.38 |
| | | 05/19/2024 | Other- Employee Expense Reimbursement | $6,463.50 |
| | | | **SUBTOTAL** | **$21,330.06** |
| TEHANS REALTY COMPANY<br>PO BOX 796<br>NEW HARTFORD, NY 13413 | | 02/28/2024 | Other- Rent | $19,760.17 |
| | | 04/01/2024 | Other- Rent | $19,760.17 |
| | | 05/02/2024 | Other- Rent | $19,929.38 |
| | | | **SUBTOTAL** | **$59,449.72** |
| TEKSYSTEMS INC<br>PO BOX 198568<br>ATLANTA, GA 303848568 | | 02/26/2024 | Suppliers or Vendors | $3,600.00 |
| | | 02/27/2024 | Suppliers or Vendors | $8,640.00 |
| | | 03/11/2024 | Suppliers or Vendors | $3,600.00 |
| | | 03/18/2024 | Suppliers or Vendors | $3,600.00 |
| | | 04/02/2024 | Suppliers or Vendors | $5,760.00 |
| | | 04/12/2024 | Suppliers or Vendors | $6,480.00 |
| | | 04/15/2024 | Suppliers or Vendors | $7,200.00 |
| | | 04/24/2024 | Suppliers or Vendors | $3,600.00 |
| | | 04/30/2024 | Suppliers or Vendors | $7,200.00 |
| | | 05/19/2024 | Suppliers or Vendors | $38,520.00 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$88,200.00** |
| TEWS CONSULTING INC DBA TEWS COMPANY 1000 LEGION PLACE SUITE 730 ORLANDO, FL 32801-5201 | | 02/29/2024 | Suppliers or Vendors | $25,370.00 |
| | | 03/07/2024 | Suppliers or Vendors | $31,268.00 |
| | | 03/21/2024 | Suppliers or Vendors | $7,192.00 |
| | | 04/04/2024 | Suppliers or Vendors | $7,148.00 |
| | | 04/18/2024 | Suppliers or Vendors | $7,280.00 |
| | | 04/25/2024 | Suppliers or Vendors | $3,640.00 |
| | | 05/02/2024 | Suppliers or Vendors | $14,318.00 |
| | | 05/09/2024 | Suppliers or Vendors | $3,640.00 |
| | | 05/19/2024 | Suppliers or Vendors | $36,334.00 |
| | | | **SUBTOTAL** | **$136,190.00** |
| THE DIGITAL ACCESSIBILITY CENTRE LTD SUITE 18 LLAN COED HOUSE DARCY BUSINESS PARK LLANDARCY, SA10 6FG UNITED KINGDOM | | 05/19/2024 | Suppliers or Vendors | $38,156.65 |
| | | | **SUBTOTAL** | **$38,156.65** |
| THE EVELYN D BENEDETTO FAMILY PARTNERSHIP LLP 225 FOX HUNT CRESCENT SYOSSET, NY 11791 | | 03/04/2024 | Other- Rent | $15,171.23 |
| | | 03/29/2024 | Other- Rent | $15,171.23 |
| | | | **SUBTOTAL** | **$30,342.46** |
| NAME ON FILE ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $17,976.56 |
| | | 03/29/2024 | Other- Rent | $17,976.56 |
| | | | **SUBTOTAL** | **$35,953.12** |
| THE GERRARD FAMILY LIMITED PARTNERSHIP LLLP C/O NATHAN M GERRARD 27154 COUNTY ROAD 13 JOHNSTOWN, CO 80534-8205 | | 03/04/2024 | Other- Rent | $24,995.06 |
| | | 03/29/2024 | Other- Rent | $24,995.06 |
| | | 04/30/2024 | Other- Rent | $24,995.06 |
| | | | **SUBTOTAL** | **$74,985.18** |
| THE HARRY AND JEANETTE WEINBERG FOUNDATION INCORPORATED DBA 300 LLC MSC 61414 PO BOX 1300 HONOLULU, HI 96807-1300 | | 02/23/2024 | Other- Rent | $264.83 |
| | | 03/05/2024 | Other- Rent | $26,178.00 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/19/2024 | Other- Rent | $7,062.21 |
| | | 04/09/2024 | Other- Rent | $26,178.00 |
| | | 04/19/2024 | Other- Rent | $13,589.85 |
| | | 05/14/2024 | Other- Rent | $1,743.89 |
| | | | **SUBTOTAL** | **$75,016.78** |
| THE HERRING IMPACT GROUP LLC<br>DBA IMPACT GROUP LLC<br>12977 NORTH OUTER 40 DRIVE<br>SUITE 300<br>ST LOUIS, MO 63141-8656 | | 03/15/2024 | Suppliers or Vendors | $15,875.00 |
| | | 04/08/2024 | Suppliers or Vendors | $13,540.00 |
| | | 05/06/2024 | Suppliers or Vendors | $2,490.00 |
| | | | **SUBTOTAL** | **$31,905.00** |
| THE ICEE COMPANY<br>PO BOX 515723<br>LOS ANGELES, CA 900515203 | | 04/25/2024 | Suppliers or Vendors | $13,021.63 |
| | | | **SUBTOTAL** | **$13,021.63** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $23,401.88 |
| | | 03/29/2024 | Other- Rent | $23,401.88 |
| | | 04/30/2024 | Other- Rent | $23,401.88 |
| | | | **SUBTOTAL** | **$70,205.64** |
| THE LIONS CLEANING SERVICES LLC<br>1327 SCHOLAR ST<br>LOUISVILLE, KY 40213-2115 | | 03/13/2024 | Suppliers or Vendors | $24,325.80 |
| | | | **SUBTOTAL** | **$24,325.80** |
| THE LOBSTER GUYS SW LLC<br>6336 ENCHANTED CREEK PL<br>LAS VEGAS, NV 89122-3643 | | 03/28/2024 | Suppliers or Vendors | $13,914.04 |
| | | 04/11/2024 | Suppliers or Vendors | $2,610.96 |
| | | 04/18/2024 | Suppliers or Vendors | $780.34 |
| | | 04/25/2024 | Suppliers or Vendors | $1,446.89 |
| | | 05/02/2024 | Suppliers or Vendors | $370.80 |
| | | | **SUBTOTAL** | **$19,123.03** |
| THE P SMITH REALTY LLC<br>PO BOX 237090<br>NEW YORK, NY 10023 | | 03/04/2024 | Other- Rent | $35,465.56 |
| | | 03/29/2024 | Other- Rent | $35,465.56 |
| | | 04/30/2024 | Other- Rent | $35,465.56 |
| | | | **SUBTOTAL** | **$106,396.68** |
| THE PROMENADE DIBERVILLE LLC<br>PO BOX 531761<br>ATLANTA, GA 303531761 | | 02/29/2024 | Other- Rent | $12,604.17 |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/03/2024 | Other- Rent | $12,604.17 |
| | | | **SUBTOTAL** | **$25,208.34** |
| THE RAPHAEL FAMILY WOOSTER STREET COMPANY LLC C/O GARBRIEL RAPHAEL 201 OCEAN AVE UNIT 1504P SANTA MONICA, CA 90402-1453 | | 03/04/2024 | Other- Rent | $27,117.65 |
| | | 03/29/2024 | Other- Rent | $27,117.65 |
| | | 04/30/2024 | Other- Rent | $27,117.65 |
| | | | **SUBTOTAL** | **$81,352.95** |
| THE STORAGE BIN INC 2945 RICHMOND TERRACE STATEN ISLAND, NY 10303-2310 | | 03/04/2024 | Other- Rent | $25,668.42 |
| | | 03/29/2024 | Other- Rent | $25,668.42 |
| | | | **SUBTOTAL** | **$51,336.84** |
| THE WALDINGER CORPORATION 1800 LEVEE RD NORTH KANSAS CITY, MO 64116-4405 | | 02/20/2024 | Suppliers or Vendors | $4,817.55 |
| | | 03/04/2024 | Suppliers or Vendors | $5,004.15 |
| | | 03/08/2024 | Suppliers or Vendors | $927.29 |
| | | 03/28/2024 | Suppliers or Vendors | $41,451.60 |
| | | 04/25/2024 | Suppliers or Vendors | $3,542.58 |
| | | 05/02/2024 | Suppliers or Vendors | $7,199.50 |
| | | | **SUBTOTAL** | **$62,942.67** |
| THE WASSERSTROM COMPANY PO BOX 182056 COLUMBUS, OH 43218-2056 | | 02/20/2024 | Suppliers or Vendors | $194,372.46 |
| | | 02/26/2024 | Suppliers or Vendors | $187,039.18 |
| | | 02/27/2024 | Suppliers or Vendors | $7,516.29 |
| | | 03/01/2024 | Suppliers or Vendors | $748.46 |
| | | 03/04/2024 | Suppliers or Vendors | $487,961.06 |
| | | 03/07/2024 | Suppliers or Vendors | $24,127.91 |
| | | 03/08/2024 | Suppliers or Vendors | $183,371.00 |
| | | 03/13/2024 | Suppliers or Vendors | $264,232.65 |
| | | 03/13/2024 | Suppliers or Vendors | $48,056.50 |
| | | 03/20/2024 | Suppliers or Vendors | $3,009.75 |
| | | 03/21/2024 | Suppliers or Vendors | $308,856.23 |
| | | 03/28/2024 | Suppliers or Vendors | $155,399.92 |
| | | 04/03/2024 | Suppliers or Vendors | $682.97 |
| | | 04/18/2024 | Suppliers or Vendors | $294,463.19 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/25/2024 | Suppliers or Vendors | $739,631.54 |
| | | 05/01/2024 | Suppliers or Vendors | $8,826.59 |
| | | | **SUBTOTAL** | **$2,908,295.70** |
| THELAB LLC<br>637 W 27TH ST FL 8<br>NEW YORK, NY 10001-1019 | | 02/29/2024 | Suppliers or Vendors | $63,444.88 |
| | | 03/08/2024 | Suppliers or Vendors | $126,527.37 |
| | | 04/11/2024 | Suppliers or Vendors | $63,242.00 |
| | | 05/16/2024 | Suppliers or Vendors | $126,484.00 |
| | | | **SUBTOTAL** | **$379,698.25** |
| NAME ON FILE<br>ADDRESS ON FILE | | 02/27/2024 | Other- Employee Expense Reimbursement | $5,461.18 |
| | | 03/04/2024 | Other- Employee Expense Reimbursement | $2,981.71 |
| | | 03/07/2024 | Other- Employee Expense Reimbursement | $1,784.00 |
| | | 03/26/2024 | Other- Employee Expense Reimbursement | $3,973.18 |
| | | 04/05/2024 | Other- Employee Expense Reimbursement | $1,381.00 |
| | | 05/06/2024 | Other- Employee Expense Reimbursement | $4,446.09 |
| | | 05/13/2024 | Other- Employee Expense Reimbursement | $3,225.62 |
| | | | **SUBTOTAL** | **$23,252.78** |
| THERMAL REFRIGERATION INC<br>90 WALSH CT<br>ST CHARLES, MO 63301 | | 02/23/2024 | Suppliers or Vendors | $15,140.74 |
| | | 03/08/2024 | Suppliers or Vendors | $345.00 |
| | | 03/28/2024 | Suppliers or Vendors | $6,772.36 |
| | | 05/02/2024 | Suppliers or Vendors | $6,088.70 |
| | | | **SUBTOTAL** | **$28,346.80** |
| THF CHESTERFIELD DEV LLC<br>211 N STADIUM BLVD STE 201<br>COLUMBIA, MO 65203-1161 | | 03/05/2024 | Other- Rent | $11,285.77 |
| | | 04/08/2024 | Other- Rent | $11,285.77 |
| | | 05/02/2024 | Other- Rent | $11,285.77 |
| | | | **SUBTOTAL** | **$33,857.31** |
| THF MAPLEWOOD OUTPARCEL DEVELOPMENT LLC<br>C/O TKG MANAGEMENT INC<br>211 NORTH STADIUM BLVD<br>SUITE 201<br>COLUMBIA, MO 65203 | | 03/01/2024 | Other- Rent | $12,916.67 |
| | | 03/27/2024 | Other- Rent | $614.49 |
| | | 04/05/2024 | Other- Rent | $12,916.67 |
| | | 05/01/2024 | Other- Rent | $12,916.67 |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$39,364.50** |
| THF ST CLAIRSVILLE DEVELOP LP<br>C/O THF MANAGEMENT INC<br>211 N STADIUM BLVD<br>SUITE 201<br>COLUMBIA, MO 65203 | | 03/05/2024 | Other- Rent | $9,193.28 |
| | | 04/08/2024 | Other- Rent | $9,193.28 |
| | | 05/02/2024 | Other- Rent | $9,193.28 |
| | | | **SUBTOTAL** | **$27,579.84** |
| THOMPSON & COMPANY INC<br>PO BOX 50909<br>COLUMBIA, SC 29250 | | 03/21/2024 | Other- Rent | $10,011.58 |
| | | 04/08/2024 | Other- Rent | $10,011.58 |
| | | 05/07/2024 | Other- Rent | $10,011.58 |
| | | | **SUBTOTAL** | **$30,034.74** |
| TIDAL SOFTWARE LLC<br>3201 DALLAS PKWY STE 810<br>FRISCO, TX 75034-9596 | | 03/06/2024 | Suppliers or Vendors | $7,725.00 |
| | | | **SUBTOTAL** | **$7,725.00** |
| TILDE MARIANI GIACCHE<br>DBA 8407 LITTLE ROAD OWNER LLC<br>11 EAST 12TH STREET<br>NEW YORK, NY 10003-4435 | | 03/04/2024 | Other- Rent | $18,769.14 |
| | | 03/29/2024 | Other- Rent | $18,769.14 |
| | | | **SUBTOTAL** | **$37,538.28** |
| TN DEPT OF REVENUE | | 04/09/2024 | Other- Government / Regulatory | $153,089.00 |
| | | | **SUBTOTAL** | **$153,089.00** |
| TN STATE REVENUE | | 04/16/2024 | Other- Government / Regulatory | $14,623.00 |
| | | | **SUBTOTAL** | **$14,623.00** |
| TOM & LEE HOLDING CO LLC<br>1524 DORCAS ST<br>SAN DIEGO, CA 92110-1515 | | 03/04/2024 | Other- Rent | $10,537.08 |
| | | 03/29/2024 | Other- Rent | $10,537.08 |
| | | 04/30/2024 | Other- Rent | $10,537.08 |
| | | | **SUBTOTAL** | **$31,611.24** |
| TORNIG GA LLC<br>720 E PALISADE AVE STE 103<br>ENGLEWOOD CLIFFS, NJ 07632-3054 | | 03/04/2024 | Other- Rent | $19,980.53 |
| | | 03/29/2024 | Other- Rent | $19,980.53 |
| | | 04/30/2024 | Other- Rent | $19,980.53 |
| | | | **SUBTOTAL** | **$59,941.59** |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| TOTAL ARMORED CAR 2950 ROSA PARKS BLVD DETROIT, MI 48216 | | 03/14/2024 | Suppliers or Vendors | $1,952.19 |
| | | 04/12/2024 | Suppliers or Vendors | $1,952.19 |
| | | 05/08/2024 | Suppliers or Vendors | $1,952.19 |
| | | 05/19/2024 | Suppliers or Vendors | $1,952.19 |
| | | | SUBTOTAL | $7,808.76 |
| TOTAL MECHANICAL SYSTEMS CORP 194 MORRIS AVENUE STE 5 HOLTSVILLE, NY 11742-1452 | | 02/23/2024 | Suppliers or Vendors | $4,252.70 |
| | | 03/08/2024 | Suppliers or Vendors | $4,517.86 |
| | | 03/21/2024 | Suppliers or Vendors | $11,296.91 |
| | | 03/22/2024 | Suppliers or Vendors | $2,082.37 |
| | | 04/11/2024 | Suppliers or Vendors | $836.63 |
| | | 05/02/2024 | Suppliers or Vendors | $2,427.17 |
| | | | SUBTOTAL | $25,413.64 |
| TOTAL QUALITY LOGISTICS LLC PO BOX 634558 CINCINNATI, OH 452634558 | | 02/20/2024 | Suppliers or Vendors | $1,300.00 |
| | | 02/23/2024 | Suppliers or Vendors | $5,218.00 |
| | | 03/06/2024 | Suppliers or Vendors | $8,152.00 |
| | | 03/14/2024 | Suppliers or Vendors | $22,956.00 |
| | | 03/18/2024 | Suppliers or Vendors | $4,207.00 |
| | | 03/28/2024 | Suppliers or Vendors | $7,700.00 |
| | | 04/01/2024 | Suppliers or Vendors | $2,700.00 |
| | | 04/04/2024 | Suppliers or Vendors | $2,725.00 |
| | | 04/05/2024 | Suppliers or Vendors | $5,225.00 |
| | | 04/15/2024 | Suppliers or Vendors | $12,919.00 |
| | | 04/18/2024 | Suppliers or Vendors | $125.00 |
| | | 04/22/2024 | Suppliers or Vendors | $6,775.00 |
| | | 04/24/2024 | Suppliers or Vendors | $2,000.00 |
| | | 04/26/2024 | Suppliers or Vendors | $2,685.00 |
| | | 05/01/2024 | Suppliers or Vendors | $9,644.00 |
| | | 05/03/2024 | Suppliers or Vendors | $5,410.00 |
| | | 05/10/2024 | Suppliers or Vendors | $2,685.00 |
| | | 05/19/2024 | Suppliers or Vendors | $14,350.00 |
| | | | SUBTOTAL | $116,776.00 |
| TOUCHPOINT INC PO BOX 935792 ATLANTA, GA 31193-5792 | | 02/20/2024 | Suppliers or Vendors | $2,548.00 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 02/23/2024 | Suppliers or Vendors | $13,406.78 |
| | | 02/27/2024 | Suppliers or Vendors | $192.57 |
| | | 03/08/2024 | Suppliers or Vendors | $20,522.34 |
| | | 03/13/2024 | Suppliers or Vendors | $2,209.01 |
| | | 03/28/2024 | Suppliers or Vendors | $5,203.07 |
| | | 04/18/2024 | Suppliers or Vendors | $1,732.31 |
| | | 04/25/2024 | Suppliers or Vendors | $7,283.85 |
| | | 05/02/2024 | Suppliers or Vendors | $3,273.30 |
| | | 05/03/2024 | Suppliers or Vendors | $14,604.48 |
| | | | **SUBTOTAL** | **$70,975.71** |
| TOWN CENTER REFRIGERATION INC<br>DBA TOWN CENTER INC<br>PO BOX 2273<br>BRIGHTON, MI 481166073 | | 02/23/2024 | Suppliers or Vendors | $27,103.28 |
| | | 03/08/2024 | Suppliers or Vendors | $29,461.92 |
| | | 03/21/2024 | Suppliers or Vendors | $39,416.15 |
| | | 03/22/2024 | Suppliers or Vendors | $1,040.76 |
| | | 03/28/2024 | Suppliers or Vendors | $3,940.35 |
| | | 04/25/2024 | Suppliers or Vendors | $90,992.72 |
| | | 05/14/2024 | Suppliers or Vendors | $60,032.79 |
| | | 05/16/2024 | Suppliers or Vendors | $32,112.80 |
| | | | **SUBTOTAL** | **$284,100.77** |
| TPI 1960 RETAIL LLC<br>C/O TARANTINO PROPERTIES INC<br>7887 SAN FELIPE ST STE 237<br>HOUSTON, TX 77063-1621 | | 03/04/2024 | Other- Rent | $13,631.96 |
| | | 04/04/2024 | Other- Rent | $13,631.96 |
| | | 04/25/2024 | Other- Rent | $35,221.76 |
| | | | **SUBTOTAL** | **$62,485.68** |
| TQL TOTAL QUALITY LOGISTICS | | 02/23/2024 | Suppliers or Vendors | $5,000.00 |
| | | 03/08/2024 | Suppliers or Vendors | $2,100.00 |
| | | 03/15/2024 | Suppliers or Vendors | $4,511.00 |
| | | 04/18/2024 | Suppliers or Vendors | $22,100.00 |
| | | 04/25/2024 | Suppliers or Vendors | $2,700.00 |
| | | 05/02/2024 | Suppliers or Vendors | $8,900.00 |
| | | 05/17/2024 | Suppliers or Vendors | $14,350.00 |
| | | | **SUBTOTAL** | **$59,661.00** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| TR UWO FRED ZIESS DBA 32 BLANDING BOULEVARD OWNER LLC 841 GILBERT HIGHWAY FAIRFIELD, CT 06824 | | 03/04/2024 | Other- Rent | $61,200.17 |
| | | 03/29/2024 | Other- Rent | $61,200.17 |
| | | 04/30/2024 | Other- Rent | $30,313.09 |
| | | | SUBTOTAL | $152,713.43 |
| TRENTON COLD STORAGE | | 02/22/2024 | Suppliers or Vendors | $90.40 |
| | | 03/01/2024 | Suppliers or Vendors | $9,996.50 |
| | | 03/08/2024 | Suppliers or Vendors | $630.91 |
| | | 03/29/2024 | Suppliers or Vendors | $5,002.16 |
| | | 04/05/2024 | Suppliers or Vendors | $4,457.94 |
| | | 04/12/2024 | Suppliers or Vendors | $384.20 |
| | | 04/19/2024 | Suppliers or Vendors | $936.98 |
| | | 04/26/2024 | Suppliers or Vendors | $1,866.49 |
| | | 05/03/2024 | Suppliers or Vendors | $1,976.37 |
| | | 05/10/2024 | Suppliers or Vendors | $3,508.64 |
| | | 05/17/2024 | Suppliers or Vendors | $155.94 |
| | | | SUBTOTAL | $29,006.53 |
| TRI TOWN ELECTRIC INC 4153 PROGRESS BLVD PERU, IL 61354 | | 05/02/2024 | Suppliers or Vendors | $10,250.00 |
| | | | SUBTOTAL | $10,250.00 |
| TRIBELLA PROPERTIES LLC PO BOX 210 HUDSON, WI 54016-0210 | | 03/04/2024 | Other- Rent | $25,643.46 |
| | | 03/29/2024 | Other- Rent | $25,643.46 |
| | | 04/30/2024 | Other- Rent | $25,643.46 |
| | | | SUBTOTAL | $76,930.38 |
| TRINTECH INC PO BOX 734950 DALLAS, TX 75373-4950 | | 03/13/2024 | Suppliers or Vendors | $53,550.00 |
| | | | SUBTOTAL | $53,550.00 |
| TRIPADVISOR HOLDINGS LLC DBA TRIPADVISOR LLC PO BOX 844325 DALLAS, TX 75284-4325 | | 03/15/2024 | Suppliers or Vendors | $33,350.00 |
| | | | SUBTOTAL | $33,350.00 |
| TRIPLE BAR YORK MARKETPLACE LLC C/O JC BAR PROPERTIES INC 224 SAINT CHARLES WAY STE 290 YORK, PA 17402-4667 | | 02/29/2024 | Other- Rent | $16,898.80 |

Debtor Name:  Red Lobster Management LLC                                                 Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/28/2024 | Other- Rent | $1,910.76 |
| | | 04/02/2024 | Other- Rent | $14,988.04 |
| | | 05/01/2024 | Other- Rent | $14,988.04 |
| | | 05/07/2024 | Other- Rent | $1,910.76 |
| | | | **SUBTOTAL** | **$50,696.40** |
| TRU-COMFORT INC<br>155 PRAIRIE LAKE RD STE<br>(RANGE A - E)<br>EAST DUNDEE, IL 60118-9123 | | 03/04/2024 | Suppliers or Vendors | $3,577.50 |
| | | 03/21/2024 | Suppliers or Vendors | $2,860.89 |
| | | 04/25/2024 | Suppliers or Vendors | $5,475.00 |
| | | 05/02/2024 | Suppliers or Vendors | $3,115.99 |
| | | | **SUBTOTAL** | **$15,029.38** |
| TUKAIZ LLC<br>PO BOX 14470<br>SAINT LOUIS, MO 63178-4470 | | 03/13/2024 | Suppliers or Vendors | $34,011.65 |
| | | | **SUBTOTAL** | **$34,011.65** |
| TWC SERVICES INC<br>12590 METRO PARKWAY<br>FORT MYERS, FL 33966 | | 02/20/2024 | Suppliers or Vendors | $42,964.03 |
| | | 02/23/2024 | Suppliers or Vendors | $28,288.21 |
| | | 03/08/2024 | Suppliers or Vendors | $8,017.92 |
| | | 03/13/2024 | Suppliers or Vendors | $25,231.48 |
| | | 03/21/2024 | Suppliers or Vendors | $46,266.86 |
| | | 03/28/2024 | Suppliers or Vendors | $13,327.75 |
| | | 04/04/2024 | Suppliers or Vendors | $12,574.67 |
| | | 04/11/2024 | Suppliers or Vendors | $47,223.49 |
| | | 04/18/2024 | Suppliers or Vendors | $8,388.88 |
| | | 04/25/2024 | Suppliers or Vendors | $50,975.07 |
| | | 05/02/2024 | Suppliers or Vendors | $3,262.41 |
| | | 05/16/2024 | Suppliers or Vendors | $57,831.14 |
| | | | **SUBTOTAL** | **$344,351.91** |
| TWO D HOLDINGS LLC<br>C/O DAVID SUH<br>PO BOX 1097<br>ENGLEWOOD CLIFFS, NJ<br>07632-0097 | | 03/04/2024 | Other- Rent | $22,966.48 |
| | | 03/29/2024 | Other- Rent | $22,966.48 |
| | | 04/30/2024 | Other- Rent | $22,966.48 |
| | | | **SUBTOTAL** | **$68,899.44** |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| U S LAWN AND LANDSCAPE LLC<br>2549 PETTY DR<br>BOWLING GREEN, KY<br>42103-7162 | | 04/25/2024 | Suppliers or Vendors | $5,703.87 |
| | | 05/02/2024 | Suppliers or Vendors | $2,082.86 |
| | | | **SUBTOTAL** | **$7,786.73** |
| UB MIDWAY LLC<br>C/O MIDWAY SHOPPING CENTER<br>321 RAILROAD AVENUE<br>GREENWICH, CT 06830 | | 03/04/2024 | Other- Rent | $38,534.86 |
| | | 03/18/2024 | Other- Rent | $5,704.57 |
| | | 04/05/2024 | Other- Rent | $46,460.86 |
| | | | **SUBTOTAL** | **$90,700.29** |
| UIPATH INC<br>1 VANDERBILT AVE FL 60<br>NEW YORK, NY 10017-3807 | | 03/08/2024 | Suppliers or Vendors | $39,936.00 |
| | | | **SUBTOTAL** | **$39,936.00** |
| UNITED SALAD OF<br>WASHINGTON INC<br>8448 NE 33RD DRIVE<br>PORTLAND, OR 97211 | | 02/20/2024 | Suppliers or Vendors | $3,475.05 |
| | | 02/21/2024 | Suppliers or Vendors | $3,269.72 |
| | | 02/26/2024 | Suppliers or Vendors | $3,778.85 |
| | | 02/27/2024 | Suppliers or Vendors | $1,429.26 |
| | | 02/28/2024 | Suppliers or Vendors | $1,167.75 |
| | | 02/29/2024 | Suppliers or Vendors | $831.47 |
| | | 03/04/2024 | Suppliers or Vendors | $3,711.17 |
| | | 03/06/2024 | Suppliers or Vendors | $3,850.86 |
| | | 03/08/2024 | Suppliers or Vendors | $619.04 |
| | | 03/11/2024 | Suppliers or Vendors | $2,008.30 |
| | | 03/12/2024 | Suppliers or Vendors | $3,966.03 |
| | | 03/15/2024 | Suppliers or Vendors | $2,817.67 |
| | | 03/18/2024 | Suppliers or Vendors | $2,140.46 |
| | | 03/19/2024 | Suppliers or Vendors | $2,105.31 |
| | | 03/21/2024 | Suppliers or Vendors | $464.46 |
| | | 03/22/2024 | Suppliers or Vendors | $2,278.46 |
| | | 03/25/2024 | Suppliers or Vendors | $1,593.46 |
| | | 03/26/2024 | Suppliers or Vendors | $1,819.08 |
| | | 03/28/2024 | Suppliers or Vendors | $608.37 |
| | | 03/29/2024 | Suppliers or Vendors | $2,245.60 |
| | | 04/01/2024 | Suppliers or Vendors | $1,589.78 |
| | | 04/02/2024 | Suppliers or Vendors | $2,303.44 |

Debtor Name:  Red Lobster Management LLC                                                  Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/04/2024 | Suppliers or Vendors | $265.65 |
| | | 04/05/2024 | Suppliers or Vendors | $2,005.67 |
| | | 04/08/2024 | Suppliers or Vendors | $1,767.85 |
| | | 04/09/2024 | Suppliers or Vendors | $2,271.98 |
| | | 04/11/2024 | Suppliers or Vendors | $395.33 |
| | | 04/12/2024 | Suppliers or Vendors | $1,969.86 |
| | | 04/15/2024 | Suppliers or Vendors | $1,485.37 |
| | | 04/16/2024 | Suppliers or Vendors | $2,822.98 |
| | | 04/19/2024 | Suppliers or Vendors | $1,494.12 |
| | | 04/22/2024 | Suppliers or Vendors | $2,418.48 |
| | | 04/23/2024 | Suppliers or Vendors | $2,352.46 |
| | | 04/25/2024 | Suppliers or Vendors | $435.81 |
| | | 04/26/2024 | Suppliers or Vendors | $1,710.69 |
| | | 04/29/2024 | Suppliers or Vendors | $980.89 |
| | | 04/30/2024 | Suppliers or Vendors | $1,952.23 |
| | | 05/03/2024 | Suppliers or Vendors | $2,163.25 |
| | | 05/06/2024 | Suppliers or Vendors | $2,348.75 |
| | | 05/07/2024 | Suppliers or Vendors | $1,763.44 |
| | | 05/08/2024 | Suppliers or Vendors | $43.20 |
| | | 05/09/2024 | Suppliers or Vendors | $378.42 |
| | | 05/10/2024 | Suppliers or Vendors | $1,559.27 |
| | | 05/13/2024 | Suppliers or Vendors | $1,595.68 |
| | | 05/14/2024 | Suppliers or Vendors | $2,512.89 |
| | | | **SUBTOTAL** | **$84,767.86** |
| UNITED TECHNOLOGIES CORP DBA OTIS ELEVATOR COMPANY PO BOX 13716 NEWARK, NJ 07188-0716 | | 03/20/2024 | Suppliers or Vendors | $7,092.66 |
| | | 04/15/2024 | Suppliers or Vendors | $2,132.32 |
| | | 05/10/2024 | Suppliers or Vendors | $2,132.32 |
| | | | **SUBTOTAL** | **$11,357.30** |
| UNIVERSAL KITCHEN SERVICES LLC 31 PINEDALE AVE FARMINGVILLE, NY 11738-2625 | | 02/23/2024 | Suppliers or Vendors | $4,309.73 |
| | | 03/13/2024 | Suppliers or Vendors | $7,951.83 |
| | | | **SUBTOTAL** | **$12,261.56** |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| UNIVERSITY VENTURE CORP C/O KENCO REALTY MANAGEMENT 605 WEST 142ND STREET APT B2 NEW YORK, NY 10031-6610 | | 03/04/2024 | Other- Rent | $29,170.90 |
| | | 03/29/2024 | Other- Rent | $29,170.90 |
| | | 04/30/2024 | Other- Rent | $29,170.90 |
| | | | **SUBTOTAL** | **$87,512.70** |
| URBAN EDGE PROPERTIES LP DBA UE 675 ROUTE 1 LLC PO BOX 95000 LB 1272 PHILADELPHIA, PA 19195-0001 | | 02/27/2024 | Other- Rent | $55,745.34 |
| | | 02/28/2024 | Other- Rent | $41,622.30 |
| | | 03/27/2024 | Other- Rent | $6,976.57 |
| | | 04/01/2024 | Other- Rent | $88,168.82 |
| | | 04/29/2024 | Other- Rent | $47,034.02 |
| | | 04/29/2024 | Suppliers or Vendors | $8,224.07 |
| | | 04/30/2024 | Other- Rent | $35,404.40 |
| | | 05/03/2024 | Other- Rent | $4,347.88 |
| | | 05/07/2024 | Other- Rent | $18,767.34 |
| | | | **SUBTOTAL** | **$306,290.74** |
| US BANK/FIRSTAR TREASURY MANAGEMENT SERVICES CM/9581 ST PAUL, MN 551709581 | | 05/09/2024 | Other- Government / Regulatory | $62,917.25 |
| | | | **SUBTOTAL** | **$62,917.25** |
| US FOODSERVICE INC NW 6007 PO BOX 1450 MINNEAPOLIS, MN 554856007 | | 02/20/2024 | Suppliers or Vendors | $616.11 |
| | | 02/23/2024 | Suppliers or Vendors | $1,183.67 |
| | | 02/27/2024 | Suppliers or Vendors | $739.48 |
| | | 03/04/2024 | Suppliers or Vendors | $515.51 |
| | | 03/06/2024 | Suppliers or Vendors | $953.74 |
| | | 03/08/2024 | Suppliers or Vendors | $741.01 |
| | | 03/12/2024 | Suppliers or Vendors | $1,171.60 |
| | | 03/14/2024 | Suppliers or Vendors | $761.00 |
| | | 03/18/2024 | Suppliers or Vendors | $1,112.15 |
| | | 03/21/2024 | Suppliers or Vendors | $585.01 |
| | | 03/25/2024 | Suppliers or Vendors | $924.12 |
| | | 03/28/2024 | Suppliers or Vendors | $853.55 |
| | | 04/01/2024 | Suppliers or Vendors | $824.67 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/04/2024 | Suppliers or Vendors | $630.43 |
| | | 04/08/2024 | Suppliers or Vendors | $773.32 |
| | | 04/11/2024 | Suppliers or Vendors | $693.84 |
| | | 04/15/2024 | Suppliers or Vendors | $880.99 |
| | | 04/18/2024 | Suppliers or Vendors | $381.04 |
| | | 04/22/2024 | Suppliers or Vendors | $995.34 |
| | | 04/25/2024 | Suppliers or Vendors | $526.22 |
| | | 04/29/2024 | Suppliers or Vendors | $965.04 |
| | | 05/02/2024 | Suppliers or Vendors | $779.83 |
| | | 05/06/2024 | Suppliers or Vendors | $1,086.17 |
| | | 05/09/2024 | Suppliers or Vendors | $480.97 |
| | | 05/13/2024 | Suppliers or Vendors | $848.05 |
| | | 05/16/2024 | Suppliers or Vendors | $825.69 |
| | | | **SUBTOTAL** | **$20,848.55** |
| USA CONSTRUCTION & PROJECT MGMT EXCHANGE LLC DBA PAVEMENT EXCHANGE GROUP 3111 MONROE RD SUITE 200 CHARLOTTE, NC 28205-7541 | | 03/13/2024 | Suppliers or Vendors | $8,087.95 |
| | | 03/28/2024 | Suppliers or Vendors | $205.84 |
| | | 05/16/2024 | Suppliers or Vendors | $36,122.88 |
| | | | **SUBTOTAL** | **$44,416.67** |
| USA PLUMBING & SEWER SERVICE INC DBA OAKLAND PLUMBING 11731 29 MILE RD WASHINGTON, MI 48095-2602 | | 04/26/2024 | Suppliers or Vendors | $7,759.05 |
| | | | **SUBTOTAL** | **$7,759.05** |
| UT HEIGHTS LLC ATTN GREG MALOOF 13 MAINSAIL XING SAVANNAH, GA 31411-2723 | | 03/04/2024 | Other- Rent | $41,296.19 |
| | | 03/29/2024 | Other- Rent | $41,296.19 |
| | | 04/30/2024 | Other- Rent | $41,296.19 |
| | | | **SUBTOTAL** | **$123,888.57** |
| VACO ORLANDO LLC PO BOX 667 BRENTWOOD, TN 37024-0667 | | 02/27/2024 | Suppliers or Vendors | $4,476.27 |
| | | 03/11/2024 | Suppliers or Vendors | $5,446.80 |
| | | 04/02/2024 | Suppliers or Vendors | $2,143.53 |
| | | | **SUBTOTAL** | **$12,066.60** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| VAN HOOK SERVICE CO INC<br>76 SENECA AVENUE<br>ROCHESTER, NY 14621 | | 02/20/2024 | Suppliers or Vendors | $1,795.51 |
| | | 03/21/2024 | Suppliers or Vendors | $11,405.98 |
| | | 04/25/2024 | Suppliers or Vendors | $479.25 |
| | | | SUBTOTAL | **$13,680.74** |
| VAN VLIET ACQUISITION IV LLC<br>DBA VAN VLIET ACQUISITION IV LLC<br>23801 CALABASAS ROAD<br>SUITE 1024<br>CALABASAS, CA 91302 | | 03/04/2024 | Other- Rent | $26,384.74 |
| | | 03/29/2024 | Other- Rent | $26,384.74 |
| | | 04/30/2024 | Other- Rent | $26,384.74 |
| | | | SUBTOTAL | **$79,154.22** |
| VANCO COMMERCIAL SERVICE LLC<br>DBA VANCO<br>8025 CASTLEWAY DRIVE<br>INDIANAPOLIS, IN 46250 | | 02/23/2024 | Suppliers or Vendors | $11,921.30 |
| | | 03/04/2024 | Suppliers or Vendors | $3,772.01 |
| | | 03/13/2024 | Suppliers or Vendors | $18,408.90 |
| | | 03/28/2024 | Suppliers or Vendors | $7,561.61 |
| | | 04/25/2024 | Suppliers or Vendors | $40,456.74 |
| | | 05/02/2024 | Suppliers or Vendors | $272.99 |
| | | | SUBTOTAL | **$82,393.55** |
| VASILIKI LLC<br>8 HILLCREST DR<br>OLYPHANT, PA 18447-1304 | | 02/29/2024 | Other- Rent | $8,903.33 |
| | | 04/01/2024 | Other- Rent | $8,903.33 |
| | | 04/30/2024 | Other- Rent | $8,903.33 |
| | | | SUBTOTAL | **$26,709.99** |
| VERA CRUZ PROPERTIES LP<br>PO BOX 10326<br>PORTLAND, OR 97296-0326 | | 03/04/2024 | Other- Rent | $20,228.30 |
| | | 03/29/2024 | Other- Rent | $20,228.30 |
| | | 04/30/2024 | Other- Rent | $20,228.30 |
| | | | SUBTOTAL | **$60,684.90** |
| VERA LLC<br>7704 MAPLERIDGE DRIVE<br>PLANO, TX 75024 | | 03/04/2024 | Other- Rent | $21,181.09 |
| | | 03/29/2024 | Other- Rent | $21,181.09 |
| | | 04/30/2024 | Other- Rent | $21,181.09 |
| | | | SUBTOTAL | **$63,543.27** |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| VEREIT OPERATING PARTNERSHIP LP<br>PO BOX 103127<br>PASADENA, CA 91189-0153 | | 03/04/2024 | Other- Rent | $3,993,986.95 |
| | | 03/29/2024 | Other- Rent | $3,993,986.95 |
| | | 04/12/2024 | Other- Rent | $22,387.66 |
| | | 04/30/2024 | Other- Rent | $3,895,712.78 |
| | | | **SUBTOTAL** | **$11,906,074.34** |
| VERMILION VALLEY PRODUCE INC<br>DBA CENTRAL ILLINOIS PRODUCE<br>2055 NELSON MILLER PKWY<br>LOUISVILLE, KY 40223-2185 | | 02/20/2024 | Suppliers or Vendors | $741.16 |
| | | 02/23/2024 | Suppliers or Vendors | $694.46 |
| | | 02/27/2024 | Suppliers or Vendors | $532.88 |
| | | 03/04/2024 | Suppliers or Vendors | $362.36 |
| | | 03/06/2024 | Suppliers or Vendors | $582.08 |
| | | 03/08/2024 | Suppliers or Vendors | $356.52 |
| | | 03/12/2024 | Suppliers or Vendors | $653.18 |
| | | 03/14/2024 | Suppliers or Vendors | $388.68 |
| | | 03/18/2024 | Suppliers or Vendors | $625.84 |
| | | 03/21/2024 | Suppliers or Vendors | $432.12 |
| | | 03/25/2024 | Suppliers or Vendors | $364.34 |
| | | 03/28/2024 | Suppliers or Vendors | $410.24 |
| | | 04/01/2024 | Suppliers or Vendors | $633.04 |
| | | 04/04/2024 | Suppliers or Vendors | $325.22 |
| | | 04/08/2024 | Suppliers or Vendors | $459.50 |
| | | 04/11/2024 | Suppliers or Vendors | $462.78 |
| | | 04/15/2024 | Suppliers or Vendors | $542.62 |
| | | 04/18/2024 | Suppliers or Vendors | $255.00 |
| | | 04/22/2024 | Suppliers or Vendors | $434.31 |
| | | 04/25/2024 | Suppliers or Vendors | $492.07 |
| | | 04/29/2024 | Suppliers or Vendors | $443.47 |
| | | 05/02/2024 | Suppliers or Vendors | $392.16 |
| | | 05/06/2024 | Suppliers or Vendors | $286.28 |
| | | 05/09/2024 | Suppliers or Vendors | $485.22 |
| | | 05/13/2024 | Suppliers or Vendors | $530.40 |
| | | 05/16/2024 | Suppliers or Vendors | $326.27 |
| | | | **SUBTOTAL** | **$12,212.20** |

Debtor Name: Red Lobster Management LLC                                                Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| VESTAR BOWLES CROSSING LLC<br>PO BOX 30412<br>TAMPA, FL 33630-3412 | | 02/28/2024 | Other- Rent | $14,632.87 |
| | | 04/01/2024 | Other- Rent | $14,632.87 |
| | | 04/10/2024 | Other- Rent | $584.60 |
| | | 05/01/2024 | Other- Rent | $14,632.87 |
| | | | **SUBTOTAL** | **$44,483.21** |
| VESTAR CROSSROADS GILBERT LLC<br>C/O VESTAR PROPERTY MANAGEMENT<br>PO BOX 30412<br>TAMPA, FL 33630-3412 | | 03/04/2024 | Other- Rent | $16,285.33 |
| | | 03/29/2024 | Other- Rent | $16,285.33 |
| | | 04/01/2024 | Other- Rent | $15,608.40 |
| | | 04/30/2024 | Other- Rent | $16,285.33 |
| | | | **SUBTOTAL** | **$64,464.39** |
| VETERANS PLUMBING SERVICE AND SUPPLIES INC<br>DBA VETERANS WORLDWIDE MAINTENANCE<br>105 MAIN ST STE 3<br>HACKENSACK, NJ 07601-8103 | | 02/23/2024 | Suppliers or Vendors | $24,348.56 |
| | | 03/11/2024 | Suppliers or Vendors | $24,554.64 |
| | | | **SUBTOTAL** | **$48,903.20** |
| VILLAGES / ACORN INVESTMENTS LTD<br>C/O THE VILLAGES COMMERCIAL PROPERTY MANAGEMENT<br>3597 KIESSEL RD<br>THE VILLAGES, FL 32163 | | 03/04/2024 | Other- Rent | $15,705.54 |
| | | 03/29/2024 | Other- Rent | $15,705.54 |
| | | 04/30/2024 | Other- Rent | $15,705.54 |
| | | | **SUBTOTAL** | **$47,116.62** |
| VINSUE CORP<br>5 GLENMARE MEWS<br>NYACK, NY 10960 | | 03/04/2024 | Other- Rent | $31,611.46 |
| | | 03/29/2024 | Other- Rent | $31,611.46 |
| | | | **SUBTOTAL** | **$63,222.92** |
| WA DEPT OF REVENUE | | 02/21/2024 | Other- Government / Regulatory | $16,191.81 |
| | | 03/08/2024 | Other- Government / Regulatory | $2,856.00 |
| | | 03/18/2024 | Other- Government / Regulatory | $1,856.00 |
| | | 03/19/2024 | Other- Government / Regulatory | $14,010.10 |
| | | 03/22/2024 | Other- Government / Regulatory | $8,355.00 |
| | | 03/26/2024 | Other- Government / Regulatory | $18,672.05 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/26/2024 | Other- Government / Regulatory | $22,425.97 |
| | | 05/01/2024 | Other- Government / Regulatory | $1,155.13 |
| | | | **SUBTOTAL** | **$85,522.06** |
| WA STATE DEPARTMENT OF LABOR & INDUSTRIES EMPLOYMENT STANDARDS PROGRAM PO BOX 44510 OLYMPIA, WA 985044510 | | 05/08/2024 | Other- Government / Regulatory | $67,193.05 |
| | | | **SUBTOTAL** | **$67,193.05** |
| WAGEWORKS | | 02/21/2024 | Suppliers or Vendors | $2,755.54 |
| | | 02/27/2024 | Suppliers or Vendors | $6,631.87 |
| | | 02/27/2024 | Suppliers or Vendors | $1,029.00 |
| | | 03/05/2024 | Suppliers or Vendors | $4,700.37 |
| | | 03/12/2024 | Suppliers or Vendors | $2,854.16 |
| | | 03/19/2024 | Suppliers or Vendors | $3,972.51 |
| | | 03/26/2024 | Suppliers or Vendors | $1,025.00 |
| | | 03/26/2024 | Suppliers or Vendors | $5,415.45 |
| | | 04/02/2024 | Suppliers or Vendors | $3,063.06 |
| | | 04/09/2024 | Suppliers or Vendors | $3,013.67 |
| | | 04/16/2024 | Suppliers or Vendors | $5,539.28 |
| | | 04/23/2024 | Suppliers or Vendors | $2,246.91 |
| | | 04/26/2024 | Suppliers or Vendors | $13,044.20 |
| | | 04/26/2024 | Suppliers or Vendors | $938.25 |
| | | 04/30/2024 | Suppliers or Vendors | $4,653.28 |
| | | 05/06/2024 | Suppliers or Vendors | $278.50 |
| | | 05/07/2024 | Suppliers or Vendors | $1,575.44 |
| | | 05/14/2024 | Suppliers or Vendors | $2,734.92 |
| | | | **SUBTOTAL** | **$65,471.41** |
| WAGEWORKS INC DBA CONEXIS A DIVISION OF WAGEWORKS INC PO BOX 8363 PASADENA, CA 91109-8363 | | 02/28/2024 | Suppliers or Vendors | $3,561.00 |
| | | 03/26/2024 | Suppliers or Vendors | $3,561.00 |
| | | 04/23/2024 | Suppliers or Vendors | $3,561.00 |
| | | 05/14/2024 | Suppliers or Vendors | $3,561.00 |
| | | | **SUBTOTAL** | **$14,244.00** |
| WALSTER LLC 222 GRAND AVE ENGLEWOOD, NJ 07631 | | 03/04/2024 | Other- Rent | $14,930.29 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $14,930.29 |
| | | 04/30/2024 | Other- Rent | $14,930.29 |
| | | | **SUBTOTAL** | **$44,790.87** |
| WASHINGTON MALL- JCP ASSOC LTD C/O MOSITES DEVELOPMENT COMPANY 400 MOSITES WAY SUITE 100 PITTSBURGH, PA 15205 | | 03/04/2024 | Other- Rent | $11,636.35 |
| | | 04/04/2024 | Other- Rent | $11,636.35 |
| | | 05/02/2024 | Other- Rent | $11,636.35 |
| | | | **SUBTOTAL** | **$34,909.05** |
| WASHINGTON PRIME PROPERTY LP DBA GEORGESVILLE SQUARE 180 E BROAD ST COLUMBUS, OH 43215-3707 | | 02/27/2024 | Other- Rent | $15,578.86 |
| | | 04/01/2024 | Other- Rent | $15,578.86 |
| | | | **SUBTOTAL** | **$31,157.72** |
| WATER CONDITIONING OF MS LLC DBA CULLIGAN OF MS 1205 NELLE ST TUPELO, MS 38801-3415 | | 03/19/2024 | Suppliers or Vendors | $6,904.76 |
| | | 04/22/2024 | Suppliers or Vendors | $9,274.69 |
| | | | **SUBTOTAL** | **$16,179.45** |
| WAYNE A BELLEAU DBA MANOR HOUSE DEVELOPMENT 1412 S LEGEND HILLS DR STE 100 CLEARFIELD, UT 84015-1588 | | 03/04/2024 | Other- Rent | $100,702.65 |
| | | 03/29/2024 | Other- Rent | $100,702.65 |
| | | 04/30/2024 | Other- Rent | $100,702.65 |
| | | | **SUBTOTAL** | **$302,107.95** |
| WDH SOLUTIONS INC PO BOX 1734 TROY, MI 48099-1734 | | 02/23/2024 | Suppliers or Vendors | $73,420.54 |
| | | 03/08/2024 | Suppliers or Vendors | $1,852.62 |
| | | 03/28/2024 | Suppliers or Vendors | $3,051.21 |
| | | 04/25/2024 | Suppliers or Vendors | $102.63 |
| | | | **SUBTOTAL** | **$78,427.00** |
| WEATHERBY ENTERPRISES 39629 N 106TH ST SCOTTSDALE, AZ 85262-3384 | | 03/04/2024 | Other- Rent | $27,439.46 |
| | | 03/29/2024 | Other- Rent | $27,439.46 |
| | | 04/30/2024 | Other- Rent | $27,439.46 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$82,318.38** |
| WEATHERITE CORPORATION 21211 COMMERCE POINT DRIVE WALNUT, CA 91789-3056 | | 02/20/2024 | Suppliers or Vendors | $8,241.50 |
| | | 03/08/2024 | Suppliers or Vendors | $8,539.48 |
| | | 03/22/2024 | Suppliers or Vendors | $9,565.00 |
| | | 03/28/2024 | Suppliers or Vendors | $393.00 |
| | | 05/02/2024 | Suppliers or Vendors | $106.00 |
| | | | **SUBTOTAL** | **$26,844.98** |
| WEIL GOTSHAL & MANGES LLP 767 FIFTH AVENUE NEW YORK, NY 10153-0119 | | 02/23/2024 | Suppliers or Vendors | $477,560.07 |
| | | 03/29/2024 | Suppliers or Vendors | $772,641.25 |
| | | | **SUBTOTAL** | **$1,250,201.32** |
| WEISER HEATING-AIR CONDITIONING 385 STONY HILL RD WEST MIDDLESEX, PA 16159-2439 | | 03/08/2024 | Suppliers or Vendors | $17,713.59 |
| | | 03/28/2024 | Suppliers or Vendors | $1,609.13 |
| | | | **SUBTOTAL** | **$19,322.72** |
| WELLS FARGO BANK NA ACCOUNT ANALYSIS NW 7091 PO BOX 1450 MINNEAPOLIS, MN 55485 | | 03/21/2024 | Suppliers or Vendors | $55,418.98 |
| | | 04/09/2024 | Suppliers or Vendors | $52,170.43 |
| | | 04/23/2024 | Suppliers or Vendors | $49,311.89 |
| | | | **SUBTOTAL** | **$156,901.30** |
| WELLS FARGO N.A. | | 02/29/2024 | Other- Government / Regulatory | $100,000.00 |
| | | 03/01/2024 | Other- Government / Regulatory | $1,711.72 |
| | | 03/12/2024 | Other- Government / Regulatory | $11,233.00 |
| | | 03/15/2024 | Other- Government / Regulatory | $469,234.88 |
| | | 04/01/2024 | Other- Government / Regulatory | $311,658.11 |
| | | 04/02/2024 | Other- Government / Regulatory | $33,397.71 |
| | | 04/10/2024 | Other- Government / Regulatory | $2,126.16 |
| | | 04/15/2024 | Other- Government / Regulatory | $536,441.70 |
| | | 05/15/2024 | Other- Government / Regulatory | $895,706.98 |
| | | 05/17/2024 | Other- Government / Regulatory | $238,740.97 |
| | | | **SUBTOTAL** | **$2,600,251.23** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| WESTRIDGE PARK INVESTORS L P<br>ATTN: MR TOM TAIT<br>3131 E CAMELBACK ROAD<br>SUITE 310<br>PHOENIX, AZ 85016 | | 03/05/2024 | Other- Rent | $16,264.00 |
| | | 04/08/2024 | Other- Rent | $16,264.00 |
| | | 05/02/2024 | Other- Rent | $16,264.00 |
| | | | **SUBTOTAL** | **$48,792.00** |
| WEX BANK<br>PO BOX 6293<br>CAROL STREAM, IL 601976293 | | 03/05/2024 | Other- Government / Regulatory | $37,261.90 |
| | | 03/15/2024 | Other- Government / Regulatory | $36,354.99 |
| | | 04/16/2024 | Other- Government / Regulatory | $28,834.29 |
| | | 05/13/2024 | Other- Government / Regulatory | $36,330.53 |
| | | | **SUBTOTAL** | **$138,781.71** |
| WHALEY FOODSERVICE REPAIRS INC<br>DBA WHALEY PARTS & SUPPLY<br>PO BOX 615<br>LEXINGTON, SC 29071-0615 | | 03/21/2024 | Suppliers or Vendors | $17,054.77 |
| | | 03/22/2024 | Suppliers or Vendors | $2,342.66 |
| | | | **SUBTOTAL** | **$19,397.43** |
| WHRL STONY BROOK LLC<br>C/O GRANITO & EPSTEIN LLP<br>100 MERRICK RD STE 202E<br>ROCKVILLE CENTRE, NY 11570-4807 | | 03/04/2024 | Other- Rent | $9,360.96 |
| | | 03/29/2024 | Other- Rent | $9,360.96 |
| | | | **SUBTOTAL** | **$18,721.92** |
| WIDEWATERS GROUP INC<br>ATTN LEASE ADMINISTRATION<br>5845 WIDEWATERS PARKWAY<br>STE 100<br>EAST SYRACUSE, NY 13057-3078 | | 03/04/2024 | Other- Rent | $9,325.80 |
| | | 03/29/2024 | Other- Rent | $7,059.74 |
| | | 04/03/2024 | Other- Rent | $3,185.42 |
| | | | **SUBTOTAL** | **$19,570.96** |
| WILD REALTY 1 LLC<br>C/O WILDENSTEIN & CO INC<br>689 5TH AVE FL 4<br>NEW YORK, NY 10022-3155 | | 02/23/2024 | Other- Rent | $20,184.35 |
| | | 03/29/2024 | Other- Rent | $20,184.35 |
| | | 04/30/2024 | Other- Rent | $20,184.35 |
| | | | **SUBTOTAL** | **$60,553.05** |
| WILD REALTY 3 LLC<br>C/O WILDENSTEIN & CO INC<br>ATTN KARI HOROWITZ CFO<br>689 5TH AVE FL 4<br>NEW YORK, NY 10022-3155 | | 02/23/2024 | Other- Rent | $20,127.92 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 03/29/2024 | Other- Rent | $20,127.92 |
| | | 04/30/2024 | Other- Rent | $20,127.92 |
| | | | **SUBTOTAL** | **$60,383.76** |
| WILDWOOD MARKETING INC<br>PO BOX 80<br>LAVONIA, GA 30553-0080 | | 02/29/2024 | Suppliers or Vendors | $2,697.88 |
| | | 03/22/2024 | Suppliers or Vendors | $120,606.24 |
| | | 04/09/2024 | Suppliers or Vendors | $6,373.93 |
| | | 05/17/2024 | Suppliers or Vendors | $13,275.37 |
| | | | **SUBTOTAL** | **$142,953.42** |
| WILKINSON DEKALB LAND COMPANY LLC<br>C/O WILKINSON DEVELOPMENT CORP<br>106 COMMERCE STREET SUITE 110<br>LAKE MARY, FL 32746 | | 02/27/2024 | Other- Rent | $18,437.55 |
| | | 03/05/2024 | Other- Rent | $4,710.21 |
| | | 03/29/2024 | Other- Rent | $2,110.79 |
| | | 04/01/2024 | Other- Rent | $16,326.76 |
| | | 04/19/2024 | Other- Rent | $4,089.81 |
| | | 04/29/2024 | Other- Rent | $16,326.76 |
| | | 05/06/2024 | Other- Rent | $2,110.79 |
| | | | **SUBTOTAL** | **$64,112.67** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $18,489.67 |
| | | 03/29/2024 | Other- Rent | $18,489.67 |
| | | 04/30/2024 | Other- Rent | $18,489.67 |
| | | | **SUBTOTAL** | **$55,469.01** |
| WILLIAM J CIRIELLO PLUMBING CO INC<br>PO BOX 468<br>BEECH GROVE, IN 46107-0468 | | 03/04/2024 | Suppliers or Vendors | $19,899.83 |
| | | 03/13/2024 | Suppliers or Vendors | $3,026.64 |
| | | 03/28/2024 | Suppliers or Vendors | $2,073.38 |
| | | 04/25/2024 | Suppliers or Vendors | $969.04 |
| | | | **SUBTOTAL** | **$25,968.89** |
| NAME ON FILE<br>ADDRESS ON FILE | | 03/04/2024 | Other- Rent | $4,372.52 |
| | | 03/29/2024 | Other- Rent | $4,372.52 |
| | | 04/30/2024 | Other- Rent | $4,372.52 |
| | | | **SUBTOTAL** | **$13,117.56** |
| NAME ON FILE<br>ADDRESS ON FILE | | 02/20/2024 | Suppliers or Vendors | $11,445.98 |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 02/21/2024 | Suppliers or Vendors | $1,291.47 |
| | | 02/22/2024 | Suppliers or Vendors | $26.05 |
| | | 02/23/2024 | Suppliers or Vendors | $5,587.44 |
| | | 02/26/2024 | Suppliers or Vendors | $3,901.92 |
| | | 02/27/2024 | Suppliers or Vendors | $17,616.26 |
| | | 02/28/2024 | Suppliers or Vendors | $1,345.57 |
| | | 02/29/2024 | Suppliers or Vendors | $454.62 |
| | | 03/04/2024 | Suppliers or Vendors | $6,838.18 |
| | | 03/06/2024 | Suppliers or Vendors | $12,719.53 |
| | | 03/07/2024 | Suppliers or Vendors | $340.23 |
| | | 03/08/2024 | Suppliers or Vendors | $5,270.71 |
| | | 03/11/2024 | Suppliers or Vendors | $2,226.42 |
| | | 03/12/2024 | Suppliers or Vendors | $15,405.65 |
| | | 03/14/2024 | Suppliers or Vendors | $5,952.04 |
| | | 03/15/2024 | Suppliers or Vendors | $483.94 |
| | | 03/18/2024 | Suppliers or Vendors | $16,601.81 |
| | | 03/19/2024 | Suppliers or Vendors | $6.50 |
| | | 03/20/2024 | Suppliers or Vendors | $566.75 |
| | | 03/21/2024 | Suppliers or Vendors | $3,569.80 |
| | | 03/22/2024 | Suppliers or Vendors | $908.03 |
| | | 03/25/2024 | Suppliers or Vendors | $13,281.22 |
| | | 03/26/2024 | Suppliers or Vendors | $290.14 |
| | | 03/27/2024 | Suppliers or Vendors | $338.67 |
| | | 03/28/2024 | Suppliers or Vendors | $5,036.79 |
| | | 03/29/2024 | Suppliers or Vendors | $966.21 |
| | | 04/01/2024 | Suppliers or Vendors | $12,420.45 |
| | | 04/02/2024 | Suppliers or Vendors | $1,772.70 |
| | | 04/03/2024 | Suppliers or Vendors | $77.26 |
| | | 04/04/2024 | Suppliers or Vendors | $5,139.84 |
| | | 04/05/2024 | Suppliers or Vendors | $1,014.60 |
| | | 04/08/2024 | Suppliers or Vendors | $14,875.60 |
| | | 04/11/2024 | Suppliers or Vendors | $4,654.71 |
| | | 04/12/2024 | Suppliers or Vendors | $581.12 |
| | | 04/15/2024 | Suppliers or Vendors | $12,667.73 |
| | | 04/16/2024 | Suppliers or Vendors | $1,575.50 |
| | | 04/17/2024 | Suppliers or Vendors | $1,204.39 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/18/2024 | Suppliers or Vendors | $3,948.82 |
| | | 04/19/2024 | Suppliers or Vendors | $1,128.90 |
| | | 04/22/2024 | Suppliers or Vendors | $11,477.67 |
| | | 04/23/2024 | Suppliers or Vendors | $301.32 |
| | | 04/24/2024 | Suppliers or Vendors | $504.94 |
| | | 04/25/2024 | Suppliers or Vendors | $4,151.21 |
| | | 04/26/2024 | Suppliers or Vendors | $978.88 |
| | | 04/29/2024 | Suppliers or Vendors | $10,047.63 |
| | | 04/30/2024 | Suppliers or Vendors | $1,577.69 |
| | | 05/01/2024 | Suppliers or Vendors | $239.40 |
| | | 05/02/2024 | Suppliers or Vendors | $3,599.39 |
| | | 05/03/2024 | Suppliers or Vendors | $1,151.42 |
| | | 05/06/2024 | Suppliers or Vendors | $11,650.58 |
| | | 05/07/2024 | Suppliers or Vendors | $570.28 |
| | | 05/08/2024 | Suppliers or Vendors | $896.37 |
| | | 05/09/2024 | Suppliers or Vendors | $4,185.70 |
| | | 05/10/2024 | Suppliers or Vendors | $1,119.10 |
| | | 05/13/2024 | Suppliers or Vendors | $10,500.40 |
| | | 05/14/2024 | Suppliers or Vendors | $1,065.75 |
| | | 05/15/2024 | Suppliers or Vendors | $975.58 |
| | | 05/16/2024 | Suppliers or Vendors | $3,711.31 |
| | | | **SUBTOTAL** | **$262,238.17** |
| WINCH PLUMBING HEATING & MECHANICAL INC<br>PO BOX 4678<br>TOMS RIVER, NJ 087544678 | | 03/04/2024 | Suppliers or Vendors | $4,024.38 |
| | | 03/08/2024 | Suppliers or Vendors | $1,015.89 |
| | | 03/28/2024 | Suppliers or Vendors | $3,020.08 |
| | | 04/25/2024 | Suppliers or Vendors | $8,762.97 |
| | | | **SUBTOTAL** | **$16,823.32** |
| WINCHESTER SEAFOOD LLC<br>15942 SHADY GROVE RD<br>GAITHERSBURG, MD 20877-1315 | | 03/04/2024 | Other- Rent | $11,829.25 |
| | | 03/29/2024 | Other- Rent | $11,829.25 |
| | | 04/30/2024 | Other- Rent | $11,829.25 |
| | | | **SUBTOTAL** | **$35,487.75** |
| WIND RIVER SERVICES INC<br>7172 REGIONAL STREET 283<br>DUBLIN, CA 94568-2324 | | 04/25/2024 | Suppliers or Vendors | $8,762.00 |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | | **SUBTOTAL** | **$8,762.00** |
| WINDSOR REALTY LTD PARTNERSHIP DBA NAVESINK FAMILY PARTNERS LLC 2 WARRENTON LANE COLTS NECK, NJ 077221065 | | 03/04/2024 | Other- Rent | $23,407.85 |
| | | 03/29/2024 | Other- Rent | $23,407.85 |
| | | 04/30/2024 | Other- Rent | $23,407.85 |
| | | | **SUBTOTAL** | **$70,223.55** |
| WOODBRIDGE HEIGHTS ASSOCIATES LLC C/O TONY HUANG 369 E 62ND ST NEW YORK, NY 10065-7705 | | 03/04/2024 | Other- Rent | $35,148.24 |
| | | 03/29/2024 | Other- Rent | $35,148.24 |
| | | 04/30/2024 | Other- Rent | $35,148.24 |
| | | | **SUBTOTAL** | **$105,444.72** |
| WORLD CLASS INVESTMENTS LLC 9241 SW 140 STREET MIAMI, FL 33176 | | 03/06/2024 | Other- Rent | $40,980.63 |
| | | 04/03/2024 | Other- Rent | $40,980.63 |
| | | 05/07/2024 | Other- Rent | $40,980.63 |
| | | | **SUBTOTAL** | **$122,941.89** |
| WPE INVESTMENT 10 LLC C/O HOWARD J POWERS II 2900 W BAY TO BAY BLVD UNIT 1003 TAMPA, FL 33629-8130 | | 03/04/2024 | Other- Rent | $32,206.97 |
| | | 03/29/2024 | Other- Rent | $32,206.97 |
| | | 04/30/2024 | Other- Rent | $32,206.97 |
| | | | **SUBTOTAL** | **$96,620.91** |
| WYOMING LIQUOR DIVISION 6601 CAMPSTOOL ROAD CHEYENNE, WY 820020110 | | 02/27/2024 | Suppliers or Vendors | $775.37 |
| | | 03/04/2024 | Suppliers or Vendors | $1,952.36 |
| | | 03/06/2024 | Suppliers or Vendors | $1,370.71 |
| | | 03/12/2024 | Suppliers or Vendors | $598.39 |
| | | 03/15/2024 | Suppliers or Vendors | $526.49 |
| | | 03/18/2024 | Suppliers or Vendors | $620.57 |
| | | 03/22/2024 | Suppliers or Vendors | $807.12 |
| | | 03/25/2024 | Suppliers or Vendors | $424.21 |
| | | 04/01/2024 | Suppliers or Vendors | $1,079.89 |
| | | 04/08/2024 | Suppliers or Vendors | $254.42 |

Debtor Name:  Red Lobster Management LLC                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/15/2024 | Suppliers or Vendors | $1,210.57 |
| | | 04/22/2024 | Suppliers or Vendors | $585.70 |
| | | 04/26/2024 | Suppliers or Vendors | $544.90 |
| | | 04/29/2024 | Suppliers or Vendors | $829.52 |
| | | 05/06/2024 | Suppliers or Vendors | $165.90 |
| | | 05/13/2024 | Suppliers or Vendors | $999.57 |
| | | | **SUBTOTAL** | **$12,745.69** |
| YASMON 19 GROUP LLC ATTN KHOSROW YAZHARI 1316 BYRON NELSON PKWY SOUTHLAKE, TX 76092-9557 | | 03/04/2024 | Other- Rent | $37,444.58 |
| | | 03/29/2024 | Other- Rent | $37,444.58 |
| | | 04/30/2024 | Other- Rent | $37,444.58 |
| | | | **SUBTOTAL** | **$112,333.74** |
| NAME ON FILE ADDRESS ON FILE | | 03/01/2024 | Other- Rent | $6,461.95 |
| | | 04/03/2024 | Other- Rent | $6,461.95 |
| | | 05/01/2024 | Other- Rent | $7,008.82 |
| | | | **SUBTOTAL** | **$19,932.72** |
| NAME ON FILE ADDRESS ON FILE | | 02/27/2024 | Other- Employee Expense Reimbursement | $1,699.17 |
| | | 03/20/2024 | Other- Employee Expense Reimbursement | $3,707.69 |
| | | 04/03/2024 | Other- Employee Expense Reimbursement | $842.33 |
| | | 04/29/2024 | Other- Employee Expense Reimbursement | $2,593.52 |
| | | 05/08/2024 | Other- Employee Expense Reimbursement | $1,495.86 |
| | | | **SUBTOTAL** | **$10,338.57** |
| NAME ON FILE ADDRESS ON FILE | | 02/27/2024 | Other- Employee Expense Reimbursement | $2,775.39 |
| | | 03/21/2024 | Other- Employee Expense Reimbursement | $2,497.22 |
| | | 04/01/2024 | Other- Employee Expense Reimbursement | $3,909.20 |
| | | 04/04/2024 | Other- Employee Expense Reimbursement | $3,451.53 |
| | | 04/22/2024 | Other- Employee Expense Reimbursement | $5,557.70 |
| | | 04/24/2024 | Other- Employee Expense Reimbursement | $1,489.76 |
| | | | **SUBTOTAL** | **$19,680.80** |
| YOUR ENVIRONMENTS SOLUTION INC 428 5TH STREET ORLANDO, FL 32824 | | 02/20/2024 | Suppliers or Vendors | $3,391.80 |
| | | 03/04/2024 | Suppliers or Vendors | $6,677.00 |
| | | 03/21/2024 | Suppliers or Vendors | $3,028.12 |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/18/2024 | Suppliers or Vendors | $1,897.95 |
| | | | **SUBTOTAL** | **$14,994.87** |
| YOUR MAINTENANCE DEPT INC<br>9656 VISTA LANE<br>COMMERCE TWP, MI 48382 | | 03/21/2024 | Suppliers or Vendors | $29,164.17 |
| | | 03/22/2024 | Suppliers or Vendors | $12,910.54 |
| | | 04/04/2024 | Suppliers or Vendors | $1,078.50 |
| | | 04/25/2024 | Suppliers or Vendors | $2,620.59 |
| | | | **SUBTOTAL** | **$45,773.80** |
| ZAFAR PRODUCE INC<br>115 CORPORATE DRIVE<br>NEW WINDSOR, NY 12553 | | 02/20/2024 | Suppliers or Vendors | $5,349.67 |
| | | 02/21/2024 | Suppliers or Vendors | $5,593.40 |
| | | 02/23/2024 | Suppliers or Vendors | $3,705.76 |
| | | 02/26/2024 | Suppliers or Vendors | $7,233.05 |
| | | 02/27/2024 | Suppliers or Vendors | $1,321.16 |
| | | 02/28/2024 | Suppliers or Vendors | $4,527.04 |
| | | 03/04/2024 | Suppliers or Vendors | $6,335.17 |
| | | 03/06/2024 | Suppliers or Vendors | $7,694.97 |
| | | 03/08/2024 | Suppliers or Vendors | $2,394.60 |
| | | 03/11/2024 | Suppliers or Vendors | $4,617.46 |
| | | 03/12/2024 | Suppliers or Vendors | $8,191.06 |
| | | 03/14/2024 | Suppliers or Vendors | $2,386.18 |
| | | 03/15/2024 | Suppliers or Vendors | $3,036.80 |
| | | 03/18/2024 | Suppliers or Vendors | $2,181.68 |
| | | 03/19/2024 | Suppliers or Vendors | $5,288.65 |
| | | 03/21/2024 | Suppliers or Vendors | $2,466.10 |
| | | 03/22/2024 | Suppliers or Vendors | $3,570.38 |
| | | 03/25/2024 | Suppliers or Vendors | $2,126.47 |
| | | 03/26/2024 | Suppliers or Vendors | $4,802.05 |
| | | 03/28/2024 | Suppliers or Vendors | $1,969.90 |
| | | 03/29/2024 | Suppliers or Vendors | $3,766.51 |
| | | 04/01/2024 | Suppliers or Vendors | $2,742.13 |
| | | 04/02/2024 | Suppliers or Vendors | $4,960.61 |
| | | 04/04/2024 | Suppliers or Vendors | $903.37 |
| | | 04/05/2024 | Suppliers or Vendors | $4,660.56 |
| | | 04/08/2024 | Suppliers or Vendors | $2,156.87 |
| | | 04/09/2024 | Suppliers or Vendors | $4,995.19 |

Debtor Name:  Red Lobster Management LLC                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| | | 04/11/2024 | Suppliers or Vendors | $1,746.74 |
| | | 04/12/2024 | Suppliers or Vendors | $3,603.74 |
| | | 04/15/2024 | Suppliers or Vendors | $2,396.57 |
| | | 04/16/2024 | Suppliers or Vendors | $5,083.87 |
| | | 04/18/2024 | Suppliers or Vendors | $1,110.14 |
| | | 04/19/2024 | Suppliers or Vendors | $2,789.73 |
| | | 04/22/2024 | Suppliers or Vendors | $2,227.02 |
| | | 04/23/2024 | Suppliers or Vendors | $5,437.99 |
| | | 04/25/2024 | Suppliers or Vendors | $1,992.70 |
| | | 04/26/2024 | Suppliers or Vendors | $3,632.85 |
| | | 04/29/2024 | Suppliers or Vendors | $2,008.52 |
| | | 04/30/2024 | Suppliers or Vendors | $5,103.67 |
| | | 05/02/2024 | Suppliers or Vendors | $1,356.75 |
| | | 05/03/2024 | Suppliers or Vendors | $3,722.54 |
| | | 05/06/2024 | Suppliers or Vendors | $2,243.30 |
| | | 05/07/2024 | Suppliers or Vendors | $4,853.88 |
| | | 05/09/2024 | Suppliers or Vendors | $1,655.50 |
| | | 05/10/2024 | Suppliers or Vendors | $3,125.40 |
| | | 05/13/2024 | Suppliers or Vendors | $1,740.39 |
| | | 05/14/2024 | Suppliers or Vendors | $5,677.75 |
| | | 05/16/2024 | Suppliers or Vendors | $2,165.74 |
| | | | **SUBTOTAL** | **$172,651.58** |
| ZIPRECRUITER INC<br>PO BOX 102827<br>PASADENA, CA 91189-0132 | | 03/04/2024 | Suppliers or Vendors | $10,000.00 |
| | | | **SUBTOTAL** | **$10,000.00** |
| ZURICH AMERICAN INSURANCE COMPANY<br>ZURICH NORTH AMERICA<br>3059 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0001 | | 02/20/2024 | Suppliers or Vendors | $921,400.20 |
| | | 03/20/2024 | Suppliers or Vendors | $1,091,783.32 |
| | | 03/25/2024 | Suppliers or Vendors | $288,235.00 |
| | | 04/03/2024 | Suppliers or Vendors | $85,560.00 |
| | | 04/17/2024 | Suppliers or Vendors | $1,204,098.94 |
| | | | **SUBTOTAL** | **$3,591,077.46** |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 05/19/2023 | Benefits |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 05/19/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 05/19/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 05/19/2023 | Phone allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 05/19/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 05/19/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 05/19/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 05/19/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 05/19/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 05/19/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 05/19/2023 | Phone allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 05/19/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 05/19/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 05/19/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 05/19/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 05/19/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 05/19/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75.00 | 05/19/2023 | Phone allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 05/19/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 05/19/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC                                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 05/19/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 05/19/2023 | Phone allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 05/19/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 05/19/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 05/19/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,326.92 | 05/19/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 05/19/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 05/19/2023 | Phone allowance |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 05/19/2023 | Salary |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 4,615.38 | 05/19/2023 | Salary |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 149.04 | 05/19/2023 | Car allowance |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 356.99 | 05/19/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 05/19/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 05/19/2023 | Phone allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 05/19/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 05/19/2023 | Benefits |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 05/19/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 05/19/2023 | Salary |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 05/19/2023 | Benefits |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 05/19/2023 | Salary |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 05/26/2023 | Benefits |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 05/26/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 05/26/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 51.53 | 05/26/2023 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 05/26/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 05/26/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 05/26/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 05/26/2023 | Phone allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 05/26/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 05/26/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 05/26/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 05/26/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 05/26/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 05/26/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 05/26/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 05/26/2023 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 05/26/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 05/26/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 05/26/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 05/26/2023 | Salary |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 05/26/2023 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 05/26/2023 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 05/26/2023 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 05/26/2023 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 05/26/2023 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 05/26/2023 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 05/26/2023 | Phone allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,326.92 | 05/26/2023 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 05/26/2023 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 05/26/2023 | Salary |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 4,615.38 | 05/26/2023 | Salary |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 149.04 | 05/26/2023 | Car allowance |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 356.99 | 05/26/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 05/26/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 05/26/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 05/26/2023 | Benefits |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 05/26/2023 | Car allowance |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 05/26/2023 | Salary |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 05/26/2023 | Benefits |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 612.94 | 05/26/2023 | Reimbursement of business expenses |

Debtor Name:  Red Lobster Management LLC                                                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 05/26/2023 | Salary |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 1,305.35 | 05/30/2023 | Reimbursement of business expenses |
| KENNY, PAUL ADDRESS ON FILE | Former Interim Chief Executive Officer; former director/manager of affiliate | $ 12,041.41 | 05/30/2023 | Reimbursement of business expenses |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 34.32 | 06/01/2023 | Reimbursement of business expenses |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 06/02/2023 | Benefits |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 06/02/2023 | Severance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 06/02/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 06/02/2023 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 600.00 | 06/02/2023 | Dining card allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 06/02/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 06/02/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 06/02/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 600.00 | 06/02/2023 | Dining card allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 06/02/2023 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 06/02/2023 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 06/02/2023 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 600.00 | 06/02/2023 | Dining card allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 06/02/2023 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 06/02/2023 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 06/02/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 600.00 | 06/02/2023 | Dining card allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 06/02/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 06/02/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 06/02/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 600.00 | 06/02/2023 | Dining card allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 06/02/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 06/02/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 06/02/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 06/02/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 06/02/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 06/02/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 600.00 | 06/02/2023 | Dining card allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 06/02/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,326.92 | 06/02/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 06/02/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 06/02/2023 | Salary |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 4,615.38 | 06/02/2023 | Salary |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 149.04 | 06/02/2023 | Car allowance |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 356.99 | 06/02/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 06/02/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 06/02/2023 | Car allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 600.00 | 06/02/2023 | Dining card allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 06/02/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 06/02/2023 | Benefits |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 06/02/2023 | Car allowance |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 600.00 | 06/02/2023 | Dining card allowance |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 06/02/2023 | Salary |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 06/02/2023 | Benefits |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 06/02/2023 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 7,678.28 | 06/06/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 2,117.25 | 06/06/2023 | Reimbursement of business expenses |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 4,657.18 | 06/06/2023 | Reimbursement of business expenses |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 06/09/2023 | Benefits |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 06/09/2023 | Severance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 06/09/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 06/09/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 06/09/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 06/09/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 06/09/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 06/09/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 06/09/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 06/09/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 06/09/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 06/09/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 06/09/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 06/09/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 06/09/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 06/09/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 06/09/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 240.00 | 06/09/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 06/09/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 06/09/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 06/09/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 06/09/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 06/09/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 06/09/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,326.92 | 06/09/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 06/09/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 06/09/2023 | Salary |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 4,615.38 | 06/09/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development &<br>Facilities Officer | $ 149.04 | 06/09/2023 | Car allowance |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development &<br>Facilities Officer | $ 356.99 | 06/09/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 06/09/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 06/09/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 06/09/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 06/09/2023 | Benefits |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 06/09/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 240.00 | 06/09/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 06/09/2023 | Salary |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept<br>Development & International | $ 361.68 | 06/09/2023 | Benefits |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept<br>Development & International | $ 4,800.00 | 06/09/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 1,013.14 | 06/12/2023 | Reimbursement of business<br>expenses |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating<br>Officer | $ 287.90 | 06/16/2023 | Benefits |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating<br>Officer | $ 5,249.04 | 06/16/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 693.94 | 06/16/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 75.00 | 06/16/2023 | Phone allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 7,320.98 | 06/16/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 06/16/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 06/16/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 06/16/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 06/16/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 06/16/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 06/16/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 06/16/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 06/16/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 846.59 | 06/16/2023 | Reimbursement of business expenses |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 06/16/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 06/16/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 06/16/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75.00 | 06/16/2023 | Phone allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 06/16/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 06/16/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 06/16/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 600.00 | 06/16/2023 | Dining card allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 567.62 | 06/16/2023 | Reimbursement of business expenses |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 06/16/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 06/16/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 06/16/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,326.92 | 06/16/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 06/16/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 06/16/2023 | Salary |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 4,615.38 | 06/16/2023 | Salary |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 149.04 | 06/16/2023 | Car allowance |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 356.99 | 06/16/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 06/16/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 06/16/2023 | Phone allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 06/16/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 06/16/2023 | Benefits |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 06/16/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 75.00 | 06/16/2023 | Phone allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 06/16/2023 | Salary |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 06/16/2023 | Benefits |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 06/16/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 265.00 | 06/20/2023 | Reimbursement of business expenses |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 368.28 | 06/20/2023 | Reimbursement of business expenses |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 06/23/2023 | Benefits |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 06/23/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 06/23/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 28,379.56 | 06/23/2023 | Incentive compensation |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 100,000.00 | 06/23/2023 | Retention payment |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 7,320.95 | 06/23/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 06/23/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 06/23/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 10,007.82 | 06/23/2023 | Incentive compensation |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75,000.00 | 06/23/2023 | Retention payment |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 06/23/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 06/23/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 06/23/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 06/23/2023 | Phone allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 06/23/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 9,734.38 | 06/23/2023 | Incentive compensation |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 06/23/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 06/23/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 06/23/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 10,007.82 | 06/23/2023 | Incentive compensation |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75,000.00 | 06/23/2023 | Retention payment |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 06/23/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial<br>Officer | $ 389.28 | 06/23/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial<br>Officer | $ 225.96 | 06/23/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial<br>Officer | $ 19,784.19 | 06/23/2023 | Incentive compensation |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75,000.00 | 06/23/2023 | Retention payment |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 06/23/2023 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 06/23/2023 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 06/23/2023 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 06/23/2023 | Phone allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 06/23/2023 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 13,044.51 | 06/23/2023 | Incentive compensation |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75,000.00 | 06/23/2023 | Retention payment |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 06/23/2023 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 06/23/2023 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 06/23/2023 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 9,486.99 | 06/23/2023 | Incentive compensation |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,326.92 | 06/23/2023 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 06/23/2023 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 06/23/2023 | Phone allowance |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 06/23/2023 | Salary |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 4,615.38 | 06/23/2023 | Salary |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 14,316.34 | 06/23/2023 | Incentive compensation |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 75,000.00 | 06/23/2023 | Retention payment |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 149.04 | 06/23/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 356.99 | 06/23/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 06/23/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 12,616.07 | 06/23/2023 | Incentive compensation |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 75,000.00 | 06/23/2023 | Retention payment |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 06/23/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 06/23/2023 | Benefits |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 06/23/2023 | Car allowance |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 28,630.53 | 06/23/2023 | Incentive compensation |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 100,000.00 | 06/23/2023 | Retention payment |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 06/23/2023 | Salary |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 06/23/2023 | Benefits |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 14,951.08 | 06/23/2023 | Incentive compensation |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 06/23/2023 | Salary |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 06/30/2023 | Benefits |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 06/30/2023 | Severance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 06/30/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 48.32 | 06/30/2023 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 06/30/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 06/30/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 06/30/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC                                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 06/30/2023 | Phone allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 06/30/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 06/30/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 06/30/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 06/30/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 06/30/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 06/30/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 06/30/2023 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 06/30/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 06/30/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 06/30/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 06/30/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 06/30/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 06/30/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 06/30/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 06/30/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 06/30/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 06/30/2023 | Phone allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 06/30/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 25,000.00 | 06/30/2023 | Retention payment |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 06/30/2023 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 06/30/2023 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 06/30/2023 | Salary |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 4,615.38 | 06/30/2023 | Salary |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 149.04 | 06/30/2023 | Car allowance |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 356.99 | 06/30/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 06/30/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 06/30/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 06/30/2023 | Benefits |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 06/30/2023 | Car allowance |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 06/30/2023 | Salary |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 06/30/2023 | Benefits |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 06/30/2023 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 437.72 | 07/04/2023 | Reimbursement of business expenses |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 07/07/2023 | Benefits |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 07/07/2023 | Severance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 07/07/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 07/07/2023 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 07/07/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 07/07/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 07/07/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 07/07/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 07/07/2023 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 07/07/2023 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 07/07/2023 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 07/07/2023 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 07/07/2023 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 07/07/2023 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 07/07/2023 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 07/07/2023 | Salary |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 07/07/2023 | Benefits |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 07/07/2023 | Car allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 240.00 | 07/07/2023 | Car allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 07/07/2023 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 07/07/2023 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 07/07/2023 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 07/07/2023 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 07/07/2023 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 07/07/2023 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 07/07/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing;<br>director/manager of affiliate | $ 169.62 | 07/07/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing;<br>director/manager of affiliate | $ 5,630.59 | 07/07/2023 | Incentive compensation |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing;<br>director/manager of affiliate | $ 2,433.27 | 07/07/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 07/07/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 07/07/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 07/07/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 07/07/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 07/07/2023 | Benefits |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 07/07/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 240.00 | 07/07/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 07/07/2023 | Salary |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept<br>Development & International | $ 361.68 | 07/07/2023 | Benefits |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept<br>Development & International | $ 4,800.00 | 07/07/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 28.38 | 07/11/2023 | Reimbursement of business<br>expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 86.25 | 07/11/2023 | Reimbursement of business<br>expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 45.59 | 07/11/2023 | Reimbursement of business<br>expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5.80 | 07/11/2023 | Reimbursement of business<br>expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 254.28 | 07/11/2023 | Reimbursement of business<br>expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,177.70 | 07/11/2023 | Reimbursement of business<br>expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 4,600.41 | 07/11/2023 | Reimbursement of business<br>expenses |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 2,463.15 | 07/11/2023 | Reimbursement of business expenses |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 398.39 | 07/13/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,752.23 | 07/13/2023 | Reimbursement of business expenses |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 3,755.48 | 07/13/2023 | Reimbursement of business expenses |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 07/14/2023 | Benefits |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 07/14/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 07/14/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 07/14/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 07/14/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 07/14/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 07/14/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 07/14/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 07/14/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 07/14/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 07/14/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 07/14/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 07/14/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 07/14/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 07/14/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 07/14/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 07/14/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 07/14/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 07/14/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 07/14/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 07/14/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 07/14/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 07/14/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 07/14/2023 | Salary |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 9,230.77 | 07/14/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 07/14/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 07/14/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 07/14/2023 | Benefits |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 07/14/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 07/14/2023 | Salary |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 07/14/2023 | Benefits |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 07/14/2023 | Salary |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 07/21/2023 | Benefits |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 07/21/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 07/21/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 07/21/2023 | Phone allowance |

Debtor Name: Red Lobster Management LLC                                                          Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 07/21/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 07/21/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 07/21/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 07/21/2023 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 07/21/2023 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 07/21/2023 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 07/21/2023 | Phone allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 07/21/2023 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 07/21/2023 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 07/21/2023 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 07/21/2023 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 07/21/2023 | Salary |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 07/21/2023 | Benefits |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 07/21/2023 | Car allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75.00 | 07/21/2023 | Phone allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 07/21/2023 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 07/21/2023 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 07/21/2023 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 07/21/2023 | Phone allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 07/21/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 07/21/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 07/21/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 07/21/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 07/21/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 07/21/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 07/21/2023 | Phone allowance |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 07/21/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 07/21/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 07/21/2023 | Phone allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 07/21/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 205.86 | 07/21/2023 | Benefits |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 07/21/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 75.00 | 07/21/2023 | Phone allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 07/21/2023 | Salary |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 07/21/2023 | Benefits |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 07/21/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 3,116.15 | 07/24/2023 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 120.89 | 07/26/2023 | Reimbursement of business expenses |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 07/28/2023 | Benefits |
| CHICK, JOEL B<br>ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 07/28/2023 | Severance |

Debtor Name:  Red Lobster Management LLC                                           Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 693.94 | 07/28/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 195.04 | 07/28/2023 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 7,320.98 | 07/28/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 07/28/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 07/28/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 07/28/2023 | Phone allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 07/28/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 07/28/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 07/28/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 07/28/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 07/28/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 07/28/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 07/28/2023 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 07/28/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial<br>Officer | $ 389.28 | 07/28/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial<br>Officer | $ 225.96 | 07/28/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial<br>Officer | $ 6,250.00 | 07/28/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources<br>Officer | $ 134.15 | 07/28/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources<br>Officer | $ 149.04 | 07/28/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources<br>Officer | $ 4,615.38 | 07/28/2023 | Salary |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 07/28/2023 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 07/28/2023 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 07/28/2023 | Phone allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 07/28/2023 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 07/28/2023 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 07/28/2023 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,433.27 | 07/28/2023 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 07/28/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 07/28/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 76.15 | 07/28/2023 | Benefits |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 07/28/2023 | Car allowance |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 4,482.69 | 07/28/2023 | Salary |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 07/28/2023 | Benefits |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 07/28/2023 | Salary |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 287.90 | 08/04/2023 | Benefits |
| CHICK, JOEL B ADDRESS ON FILE | Former EVP, Chief Operating Officer | $ 5,249.04 | 08/04/2023 | Severance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 08/04/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 08/04/2023 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 08/04/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 08/04/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 08/04/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 08/04/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 08/04/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 08/04/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 08/04/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 08/04/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 08/04/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 08/04/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 08/04/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 08/04/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 08/04/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 08/04/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 240.00 | 08/04/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 08/04/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 08/04/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 08/04/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 08/04/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 08/04/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 08/04/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 08/04/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing;<br>director/manager of affiliate | $ 169.62 | 08/04/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing;<br>director/manager of affiliate | $ 2,433.27 | 08/04/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 08/04/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 08/04/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 08/04/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 08/04/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 08/04/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 29,884.62 | 08/04/2023 | Unused vacation |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept<br>Development & International | $ 361.68 | 08/04/2023 | Benefits |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept<br>Development & International | $ 4,800.00 | 08/04/2023 | Salary |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept<br>Development & International | $ 1,341.08 | 08/07/2023 | Reimbursement of business<br>expenses |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 582.77 | 08/08/2023 | Reimbursement of business<br>expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 693.94 | 08/11/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 7,320.98 | 08/11/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 08/11/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 08/11/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 08/11/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 13,932.00 | 08/11/2023 | Performance Unit Awards |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 08/11/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 08/11/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,466.35 | 08/11/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 9,287.50 | 08/11/2023 | Performance Unit Awards |
| KENNY, PAUL<br>ADDRESS ON FILE | Former Interim Chief Executive Officer; former director/manager of affiliate | $ 11,092.73 | 08/11/2023 | Reimbursement of business expenses |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 08/11/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 08/11/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 08/11/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 13,932.00 | 08/11/2023 | Performance Unit Awards |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 08/11/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 08/11/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 08/11/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 08/11/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 08/11/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 08/11/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 9,287.50 | 08/11/2023 | Performance Unit Awards |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 08/11/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 08/11/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 08/11/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 9,287.50 | 08/11/2023 | Performance Unit Awards |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 08/11/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 08/11/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 08/11/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 08/11/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 149.04 | 08/11/2023 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 29,884.62 | 08/11/2023 | Unused vacation |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 361.68 | 08/11/2023 | Benefits |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 08/11/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 323.89 | 08/15/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 9,464.58 | 08/15/2023 | Reimbursement of business expenses |
| KENNY, PAUL<br>ADDRESS ON FILE | Former Interim Chief Executive Officer; former director/manager of affiliate | $ 11,784.52 | 08/16/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 08/18/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 08/18/2023 | Phone allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 08/18/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 08/18/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 08/18/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 08/18/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 08/18/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 08/18/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 08/18/2023 | Phone allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 08/18/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,466.35 | 08/18/2023 | Salary |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 08/18/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 08/18/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 08/18/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 08/18/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 08/18/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75.00 | 08/18/2023 | Phone allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 08/18/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 08/18/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 08/18/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 08/18/2023 | Phone allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 08/18/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 08/18/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 08/18/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 08/18/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 08/18/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 08/18/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 08/18/2023 | Phone allowance |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 08/18/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 08/18/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 08/18/2023 | Phone allowance |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 08/18/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 22,413.45 | 08/18/2023 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 50.14 | 08/18/2023 | Benefits |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 2,880.00 | 08/18/2023 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 250.90 | 08/24/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 08/25/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 55.36 | 08/25/2023 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 08/25/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 08/25/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 08/25/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 08/25/2023 | Phone allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 08/25/2023 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 08/25/2023 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 08/25/2023 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,466.35 | 08/25/2023 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 08/25/2023 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 08/25/2023 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 08/25/2023 | Phone allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 08/25/2023 | Salary |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 08/25/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC                                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 08/25/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 08/25/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 08/25/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 08/25/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 08/25/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 08/25/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 08/25/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 08/25/2023 | Phone allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 08/25/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 08/25/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 08/25/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 08/25/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,240.50 | 08/25/2023 | Performance Unit Awards |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 08/25/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 08/25/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 08/25/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 1,920.00 | 08/25/2023 | Salary |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 08/25/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 1,381.72 | 08/30/2023 | Reimbursement of business expenses |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 388.04 | 08/30/2023 | Reimbursement of business expenses |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 349.66 | 08/30/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 09/01/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 09/01/2023 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 600.00 | 09/01/2023 | Dining card allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 09/01/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 09/01/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 09/01/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 600.00 | 09/01/2023 | Dining card allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 09/01/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 09/01/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 09/01/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 09/01/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 600.00 | 09/01/2023 | Dining card allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,365.38 | 09/01/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 09/01/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 09/01/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 600.00 | 09/01/2023 | Dining card allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 09/01/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 09/01/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 09/01/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 09/01/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 600.00 | 09/01/2023 | Dining card allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 240.00 | 09/01/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 09/01/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 09/01/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 09/01/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 09/01/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 09/01/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 09/01/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 600.00 | 09/01/2023 | Dining card allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 09/01/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 09/01/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 09/01/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 09/01/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 09/01/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 600.00 | 09/01/2023 | Dining card allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 09/01/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 09/01/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 09/01/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 09/01/2023 | Severance |

Debtor Name:  Red Lobster Management LLC                                                  Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,985.64 | 09/06/2023 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 46.86 | 09/06/2023 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 344.87 | 09/06/2023 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 769.18 | 09/06/2023 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 114.99 | 09/06/2023 | Reimbursement of business expenses |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 822.56 | 09/07/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 693.94 | 09/08/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 7,320.98 | 09/08/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 09/08/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 09/08/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 09/08/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 09/08/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 09/08/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,466.35 | 09/08/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 09/08/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 09/08/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 09/08/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 09/08/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 09/08/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 09/08/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 09/08/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 09/08/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 09/08/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 09/08/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 09/08/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 09/08/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 09/08/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 09/08/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 09/08/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 09/08/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 09/08/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 09/08/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 48,000.00 | 09/08/2023 | Unused vacation |
| KENNY, PAUL<br>ADDRESS ON FILE | Former Interim Chief Executive Officer; former director/manager of affiliate | $ 11,074.41 | 09/12/2023 | Reimbursement of business expenses |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 8,895.02 | 09/12/2023 | Reimbursement of business expenses |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 249.61 | 09/12/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 09/15/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 09/15/2023 | Phone allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 09/15/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 09/15/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 09/15/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 09/15/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 09/15/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 09/15/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 09/15/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 100.97 | 09/15/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,466.35 | 09/15/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 09/15/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 09/15/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 09/15/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 09/15/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 09/15/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75.00 | 09/15/2023 | Phone allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 09/15/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 09/15/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 09/15/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 600.00 | 09/15/2023 | Dining card allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 09/15/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 09/15/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 09/15/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 09/15/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 09/15/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 09/15/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 09/15/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 09/15/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 09/15/2023 | Phone allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 09/15/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 09/15/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 09/15/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 09/22/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 7,320.98 | 09/22/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 09/22/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 09/22/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 09/22/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 09/22/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 09/22/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 09/22/2023 | Phone allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,466.35 | 09/22/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 09/22/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 09/22/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 906.38 | 09/22/2023 | Reimbursement of business expenses |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 09/22/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 09/22/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 09/22/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 09/22/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 09/22/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 09/22/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 09/22/2023 | Phone allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 09/22/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 09/22/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 09/22/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 09/22/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 09/22/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 09/22/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 09/22/2023 | Phone allowance |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 09/22/2023 | Salary |
| STAMM, ROBERT<br>ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 62,984.85 | 09/22/2023 | Deferred compensation |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 09/22/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 09/22/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 09/22/2023 | Severance |

Debtor Name:  Red Lobster Management LLC                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 09/22/2023 | Severance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,606.46 | 09/27/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 2,454.74 | 09/27/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 09/29/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 87.55 | 09/29/2023 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 09/29/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 09/29/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 09/29/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 09/29/2023 | Phone allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 09/29/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 09/29/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 09/29/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 09/29/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,466.35 | 09/29/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 09/29/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 09/29/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 09/29/2023 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 09/29/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 09/29/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 09/29/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 09/29/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 240.00 | 09/29/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 09/29/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 09/29/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 09/29/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 09/29/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 09/29/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 09/29/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 09/29/2023 | Phone allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 09/29/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 09/29/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 09/29/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 09/29/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 09/29/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 09/29/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 09/29/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 09/29/2023 | Severance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,102.65 | 10/02/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 4,650.80 | 10/02/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,239.76 | 10/02/2023 | Reimbursement of business expenses |

Debtor Name: Red Lobster Management LLC                                                                 Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 501.06 | 10/02/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 388.23 | 10/03/2023 | Reimbursement of business expenses |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,717.52 | 10/05/2023 | Reimbursement of business expenses |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 34.00 | 10/05/2023 | Reimbursement of business expenses |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,853.38 | 10/05/2023 | Reimbursement of business expenses |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6.60 | 10/05/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 2,011.50 | 10/05/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 10/06/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 10/06/2023 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 10/06/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 10/06/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 10/06/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 10/06/2023 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 10/06/2023 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 10/06/2023 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 3,466.35 | 10/06/2023 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 10/06/2023 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 10/06/2023 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 10/06/2023 | Salary |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 10/06/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC                                                                 Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 10/06/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 10/06/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 10/06/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 10/06/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 10/06/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 10/06/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 10/06/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 10/06/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 10/06/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 10/06/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 10/06/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 10/06/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 10/06/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 10/06/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 10/06/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 2,915.43 | 10/11/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 10/13/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 10/13/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 10/13/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 149.04 | 10/13/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 4,230.77 | 10/13/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 10/13/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 10/13/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 10/13/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 10/13/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 10/13/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 149.04 | 10/13/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 4,230.77 | 10/13/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 10/13/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 10/13/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 10/13/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 10/13/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149.04 | 10/13/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 10/13/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 4,615.38 | 10/13/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 10/13/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 10/13/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 10/13/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 10/13/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 10/13/2023 | Salary |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 10/13/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,265.38 | 10/13/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 1,130.39 | 10/13/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 10/13/2023 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 10/13/2023 | Severance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 225.81 | 10/17/2023 | Reimbursement of business expenses |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 60.06 | 10/17/2023 | Reimbursement of business expenses |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 129.70 | 10/17/2023 | Reimbursement of business expenses |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 294.87 | 10/17/2023 | Reimbursement of business expenses |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 83.40 | 10/17/2023 | Reimbursement of business expenses |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 42.36 | 10/17/2023 | Reimbursement of business expenses |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,716.66 | 10/18/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 10/20/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 10/20/2023 | Phone allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 10/20/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 10/20/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 10/20/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 10/20/2023 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 10/20/2023 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 10/20/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 10/20/2023 | Phone allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 10/20/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 10/20/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 10/20/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 10/20/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 10/20/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 10/20/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75.00 | 10/20/2023 | Phone allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 10/20/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 10/20/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 10/20/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 10/20/2023 | Phone allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 10/20/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 10/20/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 10/20/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 10/20/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 10/20/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 10/20/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 10/20/2023 | Phone allowance |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 10/20/2023 | Salary |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 10/20/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 10/20/2023 | Phone allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 10/20/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 10/20/2023 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 10/20/2023 | Severance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 1,469.95 | 10/23/2023 | Reimbursement of business expenses |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 1,720.56 | 10/25/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 10/27/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 61.94 | 10/27/2023 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 10/27/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 10/27/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 10/27/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 10/27/2023 | Phone allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 10/27/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 46.86 | 10/27/2023 | Reimbursement of business expenses |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 10/27/2023 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 10/27/2023 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 126.92 | 10/27/2023 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 10/27/2023 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 10/27/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 10/27/2023 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 10/27/2023 | Phone allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 10/27/2023 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 10/27/2023 | Salary |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 10/27/2023 | Benefits |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 10/27/2023 | Car allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 240.00 | 10/27/2023 | Car allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 10/27/2023 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 10/27/2023 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 10/27/2023 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 10/27/2023 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 10/27/2023 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 10/27/2023 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 10/27/2023 | Phone allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 10/27/2023 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 10/27/2023 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 10/27/2023 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 10/27/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 10/27/2023 | Car allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 10/27/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                                         Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 10/27/2023 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 10/27/2023 | Severance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 11/03/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 11/03/2023 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 49.96 | 11/03/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 11/03/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 11/03/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 11/03/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 11/03/2023 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 11/03/2023 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 146.16 | 11/03/2023 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 11/03/2023 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 11/03/2023 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 11/03/2023 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 11/03/2023 | Salary |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 11/03/2023 | Benefits |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 11/03/2023 | Car allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 11/03/2023 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 11/03/2023 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 11/03/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 11/03/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 11/03/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 11/03/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 11/03/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 11/03/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 11/03/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 11/03/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 11/03/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 11/03/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 11/03/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 11/03/2023 | Severance |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,074.16 | 11/06/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 2,190.82 | 11/07/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 11/10/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 11/10/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 11/10/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 11/10/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 11/10/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 11/10/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 11/10/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 11/10/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 11/10/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 11/10/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 11/10/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 11/10/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 11/10/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 11/10/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 11/10/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 11/10/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 11/10/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 11/10/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 11/10/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 11/10/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 11/10/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 11/10/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 11/10/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 11/10/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 11/10/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 11/10/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 11/10/2023 | Severance |

Debtor Name:  Red Lobster Management LLC                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 11/10/2023 | Severance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 96.76 | 11/14/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 825.60 | 11/15/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 11/17/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 11/17/2023 | Phone allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 11/17/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 11/17/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 11/17/2023 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 11/17/2023 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 11/17/2023 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 11/17/2023 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 11/17/2023 | Phone allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 11/17/2023 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 11/17/2023 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 11/17/2023 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 11/17/2023 | Salary |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 11/17/2023 | Benefits |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 11/17/2023 | Car allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75.00 | 11/17/2023 | Phone allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 11/17/2023 | Salary |

Debtor Name: Red Lobster Management LLC                                    Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 11/17/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 11/17/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 11/17/2023 | Phone allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 11/17/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 11/17/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 11/17/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 11/17/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 11/17/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 11/17/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 11/17/2023 | Phone allowance |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 11/17/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 11/17/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 11/17/2023 | Phone allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 11/17/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 11/17/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 11/17/2023 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 11/24/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 119.23 | 11/24/2023 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 11/24/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 11/24/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC                                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 11/24/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 11/24/2023 | Phone allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 11/24/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 11/24/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 11/24/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 11/24/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 11/24/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 11/24/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 11/24/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 11/24/2023 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 11/24/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 11/24/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 11/24/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 11/24/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 240.00 | 11/24/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 11/24/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 11/24/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 11/24/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 11/24/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 11/24/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 11/24/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 11/24/2023 | Phone allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 11/24/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 11/24/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 11/24/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 11/24/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 11/24/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 11/24/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 11/24/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 11/24/2023 | Severance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 939.82 | 11/30/2023 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 46.86 | 11/30/2023 | Reimbursement of business expenses |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 24.42 | 11/30/2023 | Reimbursement of business expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 3,255.14 | 11/30/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 12/01/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 12/01/2023 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 600.00 | 12/01/2023 | Dining card allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 12/01/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 12/01/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 12/01/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC                                                                                 Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 600.00 | 12/01/2023 | Dining card allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 12/01/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 12/01/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 12/01/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 600.00 | 12/01/2023 | Dining card allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 12/01/2023 | Salary |
| KENNY, PAUL<br>ADDRESS ON FILE | Former Interim Chief Executive Officer; former director/manager of affiliate | $ 11,510.48 | 12/01/2023 | Reimbursement of business expenses |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 12/01/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 12/01/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 600.00 | 12/01/2023 | Dining card allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 12/01/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 12/01/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 12/01/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 600.00 | 12/01/2023 | Dining card allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 144,002.50 | 12/01/2023 | Retention payment |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 12/01/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 12/01/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 12/01/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 12/01/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 12/01/2023 | Benefits |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 12/01/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 600.00 | 12/01/2023 | Dining card allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 12/01/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 12/01/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 12/01/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 12/01/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 12/01/2023 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 600.00 | 12/01/2023 | Dining card allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 12/01/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 12/01/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 12/01/2023 | Severance |
| KENNY, PAUL<br>ADDRESS ON FILE | Former Interim Chief Executive Officer; former director/manager of affiliate | $ 346,841.00 | 12/06/2023 | Director fees |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 12/08/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 12/08/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 12/08/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 12/08/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 12/08/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 12/08/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 12/08/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 12/08/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 12/08/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 12/08/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 12/08/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 12/08/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 12/08/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 12/08/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 12/08/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 12/08/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 12/08/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 12/08/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 12/08/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 12/08/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 12/08/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 12/08/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 12/08/2023 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 12/08/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 12/08/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 12/08/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 12/08/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 12/08/2023 | Severance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 143.75 | 12/11/2023 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 809.75 | 12/11/2023 | Reimbursement of business expenses |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 1,809.57 | 12/12/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 693.94 | 12/15/2023 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 75.00 | 12/15/2023 | Phone allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 11,538.46 | 12/15/2023 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 12/15/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 12/15/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 12/15/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 12/15/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 12/15/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 12/15/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 12/15/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 12/15/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 12/15/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 12/15/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 12/15/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75.00 | 12/15/2023 | Phone allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 12/15/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 12/15/2023 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 12/15/2023 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 600.00 | 12/15/2023 | Dining card allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 12/15/2023 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 12/15/2023 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 12/15/2023 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 12/15/2023 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 4,807.69 | 12/15/2023 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 12/15/2023 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 12/15/2023 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 12/15/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 12/15/2023 | Phone allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 12/15/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 12/15/2023 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 12/15/2023 | Severance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 4,655.22 | 12/18/2023 | Reimbursement of business expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 46.14 | 12/21/2023 | Reimbursement of business expenses |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 46.86 | 12/21/2023 | Reimbursement of business expenses |
| BLANCHETTE, RAY ADDRESS ON FILE | Former Interim Chief Transformation Officer | $ 52,126.38 | 12/22/2023 | Contractor fees and expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 12/22/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 12/22/2023 | Salary |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 12/22/2023 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 12/22/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 12/22/2023 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 12/22/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 12/22/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 12/22/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 12/22/2023 | Phone allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 12/22/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 12/22/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 12/22/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 12/22/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 12/22/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 12/22/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 12/22/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 240.00 | 12/22/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 12/22/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 12/22/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 12/22/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 12/22/2023 | Phone allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 12/22/2023 | Salary |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 12/22/2023 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 12/22/2023 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 12/22/2023 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 12/22/2023 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 12/22/2023 | Phone allowance |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 12/22/2023 | Salary |
| STAMM, ROBERT ADDRESS ON FILE | Former Chief Development & Facilities Officer | $ 64,092.46 | 12/22/2023 | Deferred compensation |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 12/22/2023 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 12/22/2023 | Car allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 12/22/2023 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 6,333.14 | 12/22/2023 | Deferred compensation |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 12/22/2023 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 417,614.39 | 12/22/2023 | Deferred compensation |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 12/22/2023 | Severance |
| HIRSH, LAWRENCE R 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Director | $ 50,000.00 | 12/28/2023 | Director fees |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 693.94 | 12/29/2023 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 62.32 | 12/29/2023 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 12/29/2023 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 12/29/2023 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 12/29/2023 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 12/29/2023 | Phone allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 12/29/2023 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 12/29/2023 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 12/29/2023 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 12/29/2023 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 92.98 | 12/29/2023 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 12/29/2023 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 12/29/2023 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 12/29/2023 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 12/29/2023 | Benefits |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 12/29/2023 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 12/29/2023 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 12/29/2023 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 12/29/2023 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 12/29/2023 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 12/29/2023 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 12/29/2023 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 12/29/2023 | Phone allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 12/29/2023 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 12/29/2023 | Benefits |

Debtor Name: Red Lobster Management LLC                                                          Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 12/29/2023 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 12/29/2023 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 12/29/2023 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 12/29/2023 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 12/29/2023 | Severance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 63.00 | 01/01/2024 | Reimbursement of business expenses |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 799.77 | 01/01/2024 | Reimbursement of business expenses |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 958.29 | 01/05/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 01/05/2024 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 01/05/2024 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 112.44 | 01/05/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 01/05/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 01/05/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 356.99 | 01/05/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 01/05/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 01/05/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 01/05/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 138.50 | 01/05/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 01/05/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 01/05/2024 | Salary |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 389.28 | 01/05/2024 | Benefits |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 225.96 | 01/05/2024 | Car allowance |
| MCCLAIN, PHILIP B ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 6,250.00 | 01/05/2024 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 134.15 | 01/05/2024 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 01/05/2024 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 01/05/2024 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 01/05/2024 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 168.24 | 01/05/2024 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 131.73 | 01/05/2024 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 01/05/2024 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 01/05/2024 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 01/05/2024 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 158.35 | 01/05/2024 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 01/05/2024 | Car allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 01/05/2024 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 183.01 | 01/05/2024 | Car allowance |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 01/05/2024 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 01/05/2024 | Severance |
| BLANCHETTE, RAY ADDRESS ON FILE | Former Interim Chief Transformation Officer | $ 54,585.66 | 01/10/2024 | Contractor fees and expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 01/12/2024 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 375,000.00 | 01/12/2024 | Retention payment |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 11,538.46 | 01/12/2024 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 01/12/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 01/12/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 50.00 | 01/12/2024 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 131,000.00 | 01/12/2024 | Retention payment |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 01/12/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 01/12/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 01/12/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 01/12/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.35 | 01/12/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 01/12/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 131,000.00 | 01/12/2024 | Retention payment |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 01/12/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 01/12/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 01/12/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 149,000.00 | 01/12/2024 | Retention payment |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 01/12/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 189.04 | 01/12/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 200.97 | 01/12/2024 | Car allowance |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 01/12/2024 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 150,000.00 | 01/12/2024 | Retention payment |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 01/12/2024 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 01/12/2024 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 01/12/2024 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 01/12/2024 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 70,000.00 | 01/12/2024 | Retention payment |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 01/12/2024 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 01/12/2024 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 01/12/2024 | Severance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 250.00 | 01/15/2024 | Reimbursement of business expenses |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 274.02 | 01/17/2024 | Reimbursement of business expenses |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 256.47 | 01/18/2024 | Reimbursement of business expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 01/19/2024 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 01/19/2024 | Phone allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 01/19/2024 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 01/19/2024 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 01/19/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 01/19/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 01/19/2024 | Salary |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 01/19/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 01/19/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 01/19/2024 | Phone allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 24,723.00 | 01/19/2024 | Retention payment |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 01/19/2024 | Salary |
| HIRSH, LAWRENCE R<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Director | $ 35,000.00 | 01/19/2024 | Director fees |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 01/19/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 01/19/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 01/19/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 01/19/2024 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 75.00 | 01/19/2024 | Phone allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 240.00 | 01/19/2024 | Car allowance |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 31,250.00 | 01/19/2024 | Unused vacation |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 01/19/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 01/19/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 01/19/2024 | Phone allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 01/19/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 01/19/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 01/19/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 01/19/2024 | Salary |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 169.62 | 01/19/2024 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 01/19/2024 | Phone allowance |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 01/19/2024 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 01/19/2024 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 01/19/2024 | Phone allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 01/19/2024 | Car allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 01/19/2024 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 01/19/2024 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 01/19/2024 | Severance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 1,147.71 | 01/24/2024 | Reimbursement of business expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 01/26/2024 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 35.69 | 01/26/2024 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 01/26/2024 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 01/26/2024 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 01/26/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 01/26/2024 | Phone allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 01/26/2024 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 01/26/2024 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 01/26/2024 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 01/26/2024 | Salary |

Debtor Name:  Red Lobster Management LLC                                                           Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 01/26/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 01/26/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 01/26/2024 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 01/26/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 01/26/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 01/26/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 01/26/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 01/26/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 01/26/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 01/26/2024 | Phone allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 01/26/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 01/26/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 01/26/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 01/26/2024 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 01/26/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 01/26/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 01/26/2024 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 427.10 | 01/30/2024 | Reimbursement of business expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 100,000.00 | 02/02/2024 | Sign-on payment |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 02/02/2024 | Benefits |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 02/02/2024 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 02/02/2024 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 02/02/2024 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 02/02/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 02/02/2024 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 02/02/2024 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 02/02/2024 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 02/02/2024 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 02/02/2024 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 02/02/2024 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 02/02/2024 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 02/02/2024 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 02/02/2024 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 02/02/2024 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 02/02/2024 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 02/02/2024 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 02/02/2024 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 02/02/2024 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 02/02/2024 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 02/02/2024 | Benefits |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 02/02/2024 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 02/02/2024 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 02/02/2024 | Car allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 02/02/2024 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 02/02/2024 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 351.82 | 02/02/2024 | Deferred compensation |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 02/02/2024 | Severance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 2,153.24 | 02/05/2024 | Reimbursement of business expenses |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 1,235.23 | 02/05/2024 | Reimbursement of business expenses |
| BITTORF, SARA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 504.61 | 02/07/2024 | Reimbursement of business expenses |
| BARTELS, PATRICK ADDRESS ON FILE | Director/manager of affiliate | $ 50,000.00 | 02/09/2024 | Director fees |
| BITTORF, SARA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 02/09/2024 | Salary |
| BLANCHETTE, RAY ADDRESS ON FILE | Former Interim Chief Transformation Officer | $ 54,726.86 | 02/09/2024 | Contractor fees and expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 02/09/2024 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 02/09/2024 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 02/09/2024 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 02/09/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 02/09/2024 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 02/09/2024 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 02/09/2024 | Car allowance |

Debtor Name: Red Lobster Management LLC                                                    Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 02/09/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 02/09/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 02/09/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 02/09/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 02/09/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 02/09/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 02/09/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 02/09/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 02/09/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 02/09/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 20.00 | 02/09/2024 | Reimbursement of business expenses |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 02/09/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 02/09/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 02/09/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 02/09/2024 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 02/09/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 02/09/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 02/09/2024 | Severance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 02/16/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 02/16/2024 | Benefits |

Debtor Name: Red Lobster Management LLC                                                Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 02/16/2024 | Phone allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 02/16/2024 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 02/16/2024 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 02/16/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 02/16/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 02/16/2024 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 02/16/2024 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 02/16/2024 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 02/16/2024 | Phone allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 02/16/2024 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 02/16/2024 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 02/16/2024 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 02/16/2024 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 02/16/2024 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 02/16/2024 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 02/16/2024 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 02/16/2024 | Phone allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 02/16/2024 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 02/16/2024 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 02/16/2024 | Car allowance |

Debtor Name: Red Lobster Management LLC
Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 02/16/2024 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 02/16/2024 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 02/16/2024 | Phone allowance |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 02/16/2024 | Salary |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 02/16/2024 | Benefits |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 02/16/2024 | Phone allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 02/16/2024 | Car allowance |
| TAPANYA, TRIN ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 02/16/2024 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 02/16/2024 | Severance |
| WHITLOW, JARRETT C ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 02/16/2024 | Severance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 825.70 | 02/21/2024 | Reimbursement of business expenses |
| HIRSH, LAWRENCE R 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Director | $ 35,000.00 | 02/22/2024 | Director fees |
| HIRSH, LAWRENCE R 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Director | $ 455.00 | 02/22/2024 | Reimbursement of business expenses |
| BITTORF, SARA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 02/23/2024 | Benefits |
| BITTORF, SARA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 02/23/2024 | Car allowance |
| BITTORF, SARA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 02/23/2024 | Salary |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 02/23/2024 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 87.90 | 02/23/2024 | Car allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 02/23/2024 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 02/23/2024 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 02/23/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 02/23/2024 | Phone allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 02/23/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 02/23/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 02/23/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 02/23/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 02/23/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 02/23/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 02/23/2024 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 02/23/2024 | Salary |
| MEDLEY, STEPHANIE B<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Financial Officer; former Interim Chief Financial Officer | $ 22,500.00 | 02/23/2024 | Contractor fees and expenses |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 02/23/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 02/23/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 02/23/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 02/23/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 02/23/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 02/23/2024 | Phone allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 02/23/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 02/23/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 02/23/2024 | Salary |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 02/23/2024 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 02/23/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 02/23/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 02/23/2024 | Severance |
| MEDLEY, STEPHANIE B<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Financial Officer; former Interim Chief Financial Officer | $ 16,500.00 | 02/29/2024 | Contractor fees and expenses |
| MEDLEY, STEPHANIE B<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Financial Officer; former Interim Chief Financial Officer | $ 22,500.00 | 02/29/2024 | Contractor fees and expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 03/01/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 03/01/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 600.00 | 03/01/2024 | Dining card allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 240.00 | 03/01/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 03/01/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 03/01/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 03/01/2024 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 03/01/2024 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 03/01/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 03/01/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 03/01/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 03/01/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 03/01/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 03/01/2024 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 03/01/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 03/01/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 03/01/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 03/01/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 03/01/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 03/01/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 03/01/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 03/01/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 03/01/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 03/01/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 03/01/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 03/01/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 03/01/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 03/01/2024 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 1,617.23 | 03/01/2024 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 03/01/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 03/01/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 03/01/2024 | Severance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,594.00 | 03/05/2024 | Reimbursement of business expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 1,209.70 | 03/06/2024 | Reimbursement of business expenses |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 815.66 | 03/06/2024 | Reimbursement of business expenses |
| BARTELS, PATRICK<br>ADDRESS ON FILE | Director/manager of affiliate | $ 50,000.00 | 03/07/2024 | Director fees |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,567.89 | 03/07/2024 | Reimbursement of business expenses |
| KENNY, PAUL<br>ADDRESS ON FILE | Former Interim Chief Executive Officer; former director/manager of affiliate | $ 12,742.57 | 03/07/2024 | Reimbursement of business expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 03/08/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 03/08/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 1,800.00 | 03/08/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 03/08/2024 | Salary |
| DASHIELL, JO ANN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Director/manager of affiliate | $ 2,500.00 | 03/08/2024 | Director fees |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 03/08/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 1,800.00 | 03/08/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 03/08/2024 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 03/08/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 03/08/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 03/08/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 03/08/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 03/08/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 03/08/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 03/08/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 03/08/2024 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 03/08/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 03/08/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 03/08/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 03/08/2024 | Salary |
| PEÑA, CARLOS<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Director/manager of affiliate | $ 3,500.00 | 03/08/2024 | Director fees |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 03/08/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 03/08/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 03/08/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 03/08/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 03/08/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 03/08/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 03/08/2024 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 369.00 | 03/08/2024 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 03/08/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 03/08/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 03/08/2024 | Severance |
| BLANCHETTE, RAY<br>ADDRESS ON FILE | Former Interim Chief Transformation Officer | $ 53,865.18 | 03/11/2024 | Contractor fees and expenses |
| FARREN, MIRANDA M<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Director/manager of affiliate | $ 1,500.00 | 03/11/2024 | Director fees |
| GREENBERG, MICHAEL A<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Director/manager of affiliate | $ 2,500.00 | 03/11/2024 | Director fees |
| HIRSH, LAWRENCE R<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Director | $ 35,000.00 | 03/13/2024 | Director fees |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| BITTORF, SARA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 03/15/2024 | Benefits |
| BITTORF, SARA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 03/15/2024 | Car allowance |
| BITTORF, SARA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 03/15/2024 | Salary |
| BLANCHETTE, RAY ADDRESS ON FILE | Former Interim Chief Transformation Officer | $ 150,000.00 | 03/15/2024 | Contractor fees and expenses |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 03/15/2024 | Benefits |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 03/15/2024 | Phone allowance |
| DAWSON III, HORACE G ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 03/15/2024 | Salary |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 03/15/2024 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 03/15/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 03/15/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 03/15/2024 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 03/15/2024 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 03/15/2024 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 03/15/2024 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 03/15/2024 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 03/15/2024 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 03/15/2024 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 03/15/2024 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 03/15/2024 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 03/15/2024 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 03/15/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 03/15/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 03/15/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 03/15/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 03/15/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 03/15/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 03/15/2024 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 369.00 | 03/15/2024 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 75.00 | 03/15/2024 | Phone allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 03/15/2024 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 03/15/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 03/15/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 03/15/2024 | Severance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 3,609.59 | 03/19/2024 | Reimbursement of business expenses |
| MEDLEY, STEPHANIE B<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Financial Officer; former Interim Chief Financial Officer | $ 31,759.16 | 03/20/2024 | Contractor fees and expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 03/22/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 03/22/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 75.00 | 03/22/2024 | Phone allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 03/22/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 03/22/2024 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 03/22/2024 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 03/22/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 03/22/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 03/22/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 03/22/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 03/22/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 03/22/2024 | Phone allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 03/22/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 03/22/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 03/22/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 03/22/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 03/22/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 03/22/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 03/22/2024 | Phone allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 03/22/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 03/22/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 03/22/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 03/22/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 03/22/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 03/22/2024 | Phone allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 03/22/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 03/22/2024 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 369.00 | 03/22/2024 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 03/22/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 03/22/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 03/22/2024 | Severance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 03/29/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 03/29/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 240.00 | 03/29/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 03/29/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 03/29/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 2,835.00 | 03/29/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 73.17 | 03/29/2024 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 03/29/2024 | Salary |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 03/29/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 03/29/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 03/29/2024 | Phone allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 03/29/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 03/29/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 03/29/2024 | Car allowance |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 03/29/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 03/29/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 03/29/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 03/29/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 03/29/2024 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 03/29/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 03/29/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 03/29/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 03/29/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 03/29/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 03/29/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 03/29/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 03/29/2024 | Phone allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 03/29/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 03/29/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 03/29/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 185.05 | 03/29/2024 | Benefits |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 369.00 | 03/29/2024 | Car allowance |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 5,769.23 | 03/29/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 61,382.30 | 03/29/2024 | Severance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 40,384.62 | 03/29/2024 | Unused vacation |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 03/29/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 11,045.60 | 03/29/2024 | Deferred compensation |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 03/29/2024 | Severance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 04/05/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 04/05/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 3,890.13 | 04/05/2024 | Reimbursement of business expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 04/05/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 04/05/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 586.90 | 04/05/2024 | Car allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 04/05/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 300,000.00 | 04/05/2024 | Severance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 04/05/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 04/05/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 600.00 | 04/05/2024 | Dining card allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 3,028.87 | 04/05/2024 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 639.27 | 04/05/2024 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 04/05/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 04/05/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 04/05/2024 | Car allowance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 600.00 | 04/05/2024 | Dining card allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 04/05/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 04/05/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 04/05/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 600.00 | 04/05/2024 | Dining card allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 04/05/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 04/05/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 04/05/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 04/05/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 04/05/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 04/05/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 600.00 | 04/05/2024 | Dining card allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 240.00 | 04/05/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 04/05/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 04/05/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 04/05/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 600.00 | 04/05/2024 | Dining card allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 04/05/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 04/05/2024 | Severance |
| MEDLEY, STEPHANIE B<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Financial Officer; former Interim Chief Financial Officer | $ 27,737.54 | 04/08/2024 | Contractor fees and expenses |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 48.61 | 04/11/2024 | Reimbursement of business expenses |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 249.73 | 04/11/2024 | Reimbursement of business expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 04/12/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 04/12/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 04/12/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 04/12/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 04/12/2024 | Severance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 115,384.62 | 04/12/2024 | Unused vacation |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 04/12/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 04/12/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 04/12/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 04/12/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 04/12/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 04/12/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 24,723.00 | 04/12/2024 | Retention payment |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 04/12/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 04/12/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 04/12/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 04/12/2024 | Salary |
| MCCLAIN, PHILIP B<br>ADDRESS ON FILE | Former EVP, Chief Financial Officer | $ 16,886.34 | 04/12/2024 | Deferred compensation |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| MEDLEY, STEPHANIE B<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Financial Officer; former Interim Chief Financial Officer | $ 25,973.41 | 04/12/2024 | Contractor fees and expenses |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 04/12/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 04/12/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 04/12/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 04/12/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 04/12/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 04/12/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 04/12/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 04/12/2024 | Salary |
| TAPANYA, TRIN<br>ADDRESS ON FILE | Former Chief Operating Officer | $ 240.00 | 04/12/2024 | Car allowance |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 04/12/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 04/12/2024 | Severance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 04/19/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 04/19/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 75.00 | 04/19/2024 | Phone allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 04/19/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 961.22 | 04/19/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 75.00 | 04/19/2024 | Phone allowance |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 04/19/2024 | Severance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 04/19/2024 | Benefits |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 04/19/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,406.26 | 04/19/2024 | Reimbursement of business expenses |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 04/19/2024 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 04/19/2024 | Benefits |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 04/19/2024 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 75.00 | 04/19/2024 | Phone allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 04/19/2024 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 04/19/2024 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 04/19/2024 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 3,407.50 | 04/19/2024 | Reimbursement of business expenses |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 04/19/2024 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 04/19/2024 | Benefits |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 04/19/2024 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 04/19/2024 | Phone allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 600.00 | 04/19/2024 | Dining card allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 04/19/2024 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 04/19/2024 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 04/19/2024 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 04/19/2024 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 04/19/2024 | Benefits |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing;<br>director/manager of affiliate | $ 75.00 | 04/19/2024 | Phone allowance |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing;<br>director/manager of affiliate | $ 2,506.27 | 04/19/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 04/19/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept<br>Development & International | $ 4,800.00 | 04/19/2024 | Severance |
| HIRSH, LAWRENCE R<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Director | $ 35,000.00 | 04/22/2024 | Director fees |
| MEDLEY, STEPHANIE B<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Financial Officer; former<br>Interim Chief Financial Officer | $ 24,366.43 | 04/23/2024 | Contractor fees and expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 04/26/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 04/26/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 240.00 | 04/26/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 04/26/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 961.22 | 04/26/2024 | Benefits |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 11,538.46 | 04/26/2024 | Severance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 04/26/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 04/26/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 75.00 | 04/26/2024 | Phone allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 04/26/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 04/26/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 04/26/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 240.00 | 04/26/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 04/26/2024 | Salary |

Debtor Name: Red Lobster Management LLC                                    Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 04/26/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 75.00 | 04/26/2024 | Phone allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 04/26/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 181.01 | 04/26/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 04/26/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 240.00 | 04/26/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 04/26/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 04/26/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 04/26/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 75.00 | 04/26/2024 | Phone allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 04/26/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 04/26/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 04/26/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 04/26/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 04/26/2024 | Severance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,684.52 | 05/01/2024 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,884.42 | 05/01/2024 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,170.61 | 05/01/2024 | Reimbursement of business expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 05/03/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 05/03/2024 | Car allowance |

Debtor Name:  Red Lobster Management LLC                                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 05/03/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate;<br>former Chief Executive Officer;<br>former EVP, General Counsel | $ 11,538.46 | 05/03/2024 | Severance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 05/03/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 05/03/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 05/03/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 375.43 | 05/03/2024 | Benefits |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 05/03/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 05/03/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 05/03/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 05/03/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 05/03/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources<br>Officer | $ 181.01 | 05/03/2024 | Benefits |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources<br>Officer | $ 158.65 | 05/03/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources<br>Officer | $ 6,153.85 | 05/03/2024 | Salary |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim<br>Chief Financial Officer | $ 190.35 | 05/03/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim<br>Chief Financial Officer | $ 149.04 | 05/03/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim<br>Chief Financial Officer | $ 240.00 | 05/03/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim<br>Chief Financial Officer | $ 6,730.77 | 05/03/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing;<br>director/manager of affiliate | $ 178.07 | 05/03/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing;<br>director/manager of affiliate | $ 2,506.27 | 05/03/2024 | Salary |

Debtor Name:  Red Lobster Management LLC                                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 05/03/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 05/03/2024 | Severance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 116.53 | 05/09/2024 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 107.46 | 05/09/2024 | Reimbursement of business expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 05/10/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 05/10/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 05/10/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 05/10/2024 | Severance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 219.67 | 05/10/2024 | Benefits |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 05/10/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 240.00 | 05/10/2024 | Car allowance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 5,384.62 | 05/10/2024 | Salary |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 05/10/2024 | Car allowance |
| HERON, TONYA T<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 4,230.77 | 05/10/2024 | Salary |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 160.98 | 05/10/2024 | Benefits |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 05/10/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 240.00 | 05/10/2024 | Car allowance |
| LIVESAY, MATTHEW P<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 5,384.62 | 05/10/2024 | Salary |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 05/10/2024 | Car allowance |
| PAVEL, SUSAN K<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 6,153.85 | 05/10/2024 | Salary |

Debtor Name:  Red Lobster Management LLC                                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 190.35 | 05/10/2024 | Benefits |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 05/10/2024 | Car allowance |
| PEREIRA, MEERA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 6,730.77 | 05/10/2024 | Salary |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 05/10/2024 | Benefits |
| RIVERA, NORMA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 2,506.27 | 05/10/2024 | Salary |
| TREVINO, PATRICIA A<br>ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 05/10/2024 | Severance |
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 05/10/2024 | Severance |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 108.86 | 05/13/2024 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 1,856.51 | 05/13/2024 | Reimbursement of business expenses |
| MEDLEY, STEPHANIE B<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Financial Officer; former Interim Chief Financial Officer | $ 5,089.20 | 05/14/2024 | Contractor fees and expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 1,222.67 | 05/15/2024 | Reimbursement of business expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 9,184.39 | 05/15/2024 | Reimbursement of business expenses |
| HARRS, SHAWN<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Information Officer | $ 443.60 | 05/15/2024 | Reimbursement of business expenses |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 496.27 | 05/17/2024 | Benefits |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 158.65 | 05/17/2024 | Car allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 75.00 | 05/17/2024 | Phone allowance |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 8,000.00 | 05/17/2024 | Incentive compensation |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 7,692.31 | 05/17/2024 | Salary |
| BITTORF, SARA<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Chief Experience Officer | $ 15,384.62 | 05/17/2024 | Salary |
| DAWSON III, HORACE G<br>ADDRESS ON FILE | Director/manager of affiliate; former Chief Executive Officer; former EVP, General Counsel | $ 11,538.46 | 05/17/2024 | Severance |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 439.34 | 05/17/2024 | Benefits |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 158.65 | 05/17/2024 | Car allowance |
| HARRS, SHAWN 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Information Officer | $ 10,769.24 | 05/17/2024 | Salary |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 131.73 | 05/17/2024 | Car allowance |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 24,723.00 | 05/17/2024 | Retention payment |
| HERON, TONYA T 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | VP, Division General Counsel | $ 8,461.54 | 05/17/2024 | Salary |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 191.61 | 05/17/2024 | Benefits |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 158.65 | 05/17/2024 | Car allowance |
| LIVESAY, MATTHEW P 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Supply Chain Officer | $ 10,769.24 | 05/17/2024 | Salary |
| MEDLEY, STEPHANIE B 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Financial Officer; former Interim Chief Financial Officer | $ 10,384.62 | 05/17/2024 | Salary |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 158.65 | 05/17/2024 | Car allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 75.00 | 05/17/2024 | Phone allowance |
| PAVEL, SUSAN K 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | EVP, Chief Human Resources Officer | $ 12,307.70 | 05/17/2024 | Salary |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 380.70 | 05/17/2024 | Benefits |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 149.04 | 05/17/2024 | Car allowance |
| PEREIRA, MEERA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | SVP, Controller; former Interim Chief Financial Officer | $ 13,461.54 | 05/17/2024 | Salary |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 178.07 | 05/17/2024 | Benefits |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 75.00 | 05/17/2024 | Phone allowance |
| RIVERA, NORMA 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Senior Manager, Licensing; director/manager of affiliate | $ 5,012.54 | 05/17/2024 | Salary |
| TREVINO, PATRICIA A ADDRESS ON FILE | Former Chief Marketing Officer | $ 7,471.15 | 05/17/2024 | Severance |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| WHITLOW, JARRETT C<br>ADDRESS ON FILE | Former SVP, Concept Development & International | $ 4,800.00 | 05/17/2024 | Severance |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,060.38 | 05/19/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,561.11 | 05/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,162.44 | 05/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,712.96 | 05/19/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 78,310.26 | 05/20/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 257,697.81 | 05/22/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,282.99 | 05/22/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,416.02 | 05/22/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,175.81 | 05/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,577.15 | 05/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 23,428.68 | 05/22/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 305,135.24 | 05/23/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,201.60 | 05/23/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 847.44 | 05/23/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,197.68 | 05/23/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,750.47 | 05/23/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 78,271.78 | 05/23/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,770.57 | 05/23/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,065.43 | 05/23/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,305.37 | 05/23/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,091.78 | 05/23/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 116,681.94 | 05/24/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,411.79 | 05/24/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 24,682.44 | 05/24/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 948.65 | 05/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,845.41 | 05/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 22,474.27 | 05/24/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 365,665.77 | 05/25/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,604.49 | 05/25/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 65,078.70 | 05/25/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 599.09 | 05/25/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,107.42 | 05/25/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,279.28 | 05/25/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 333,245.84 | 05/26/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,885.70 | 05/26/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 53,309.11 | 05/26/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 702.39 | 05/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,570.29 | 05/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,604.78 | 05/26/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 80,578.62 | 05/27/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 304,473.58 | 05/29/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 352,200.04 | 05/30/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,532.32 | 05/30/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 35,150.73 | 05/30/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,686.28 | 05/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,459.15 | 05/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 27,142.08 | 05/30/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 113,587.02 | 05/31/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,668.03 | 05/31/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 744.68 | 05/31/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 66,350.26 | 05/31/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,150.21 | 05/31/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 74,696.56 | 05/31/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,857.05 | 05/31/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,503.45 | 05/31/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,969.56 | 05/31/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,385.56 | 05/31/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 301,731.34 | 06/01/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,667.93 | 06/01/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 74,306.18 | 06/01/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,570.62 | 06/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,133.98 | 06/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,308.62 | 06/01/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 283,622.12 | 06/02/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,321.94 | 06/02/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,533.62 | 06/02/2023 | Liquor account funding |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 105,210.25 | 06/02/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 216.99 | 06/02/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,666.48 | 06/02/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 61,703.12 | 06/02/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 79,835.42 | 06/03/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 307,525.53 | 06/05/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 16,146.97 | 06/05/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 48,472.11 | 06/05/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,675.86 | 06/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,203.34 | 06/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,935.80 | 06/05/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 334,203.01 | 06/06/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,704.93 | 06/06/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,526.98 | 06/06/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 35,023.50 | 06/06/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 67,144.28 | 06/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,776.93 | 06/06/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,735.32 | 06/06/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,580.76 | 06/06/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,998.63 | 06/06/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 112,317.42 | 06/07/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,097.39 | 06/07/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,318.19 | 06/07/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,496.14 | 06/07/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 759.16 | 06/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,189.39 | 06/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,774.03 | 06/07/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 356,417.19 | 06/08/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,641.07 | 06/08/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 60,443.45 | 06/08/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 243.17 | 06/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,355.02 | 06/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,585.09 | 06/08/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 290,173.49 | 06/09/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,562.10 | 06/09/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 81,274.74 | 06/09/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 730.21 | 06/09/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,936.57 | 06/09/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,014.33 | 06/09/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 65,142.12 | 06/10/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 286,785.67 | 06/12/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,101.79 | 06/12/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 69,861.18 | 06/12/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 442.80 | 06/12/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,821.81 | 06/12/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 35,541.33 | 06/12/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 363,713.87 | 06/13/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,956.32 | 06/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 781.52 | 06/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,656.70 | 06/13/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 69,723.50 | 06/13/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,081.12 | 06/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,243.27 | 06/13/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,889.16 | 06/13/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,356.70 | 06/13/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 165,428.10 | 06/14/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,822.42 | 06/14/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,657.45 | 06/14/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,468.46 | 06/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,492.59 | 06/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,209.27 | 06/14/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 405,714.76 | 06/15/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,732.19 | 06/15/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 50,687.90 | 06/15/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,338.53 | 06/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,866.97 | 06/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,513.86 | 06/15/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 306,791.93 | 06/16/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC                                                   Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,978.83 | 06/16/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,586.06 | 06/16/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,662.51 | 06/16/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 23,185.36 | 06/16/2023 | Liquor account funding |
| RL CARES, INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 5,881.37 | 06/16/2023 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 73,275.79 | 06/17/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 277,270.43 | 06/19/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 341,646.46 | 06/20/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,091.72 | 06/20/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,681.83 | 06/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,874.37 | 06/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,881.40 | 06/20/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 115,077.86 | 06/21/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 17,185.48 | 06/21/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 821.42 | 06/21/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,364.97 | 06/21/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 666.21 | 06/21/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 99,430.24 | 06/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,842.38 | 06/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 27,707.78 | 06/21/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,052.72 | 06/21/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,953.01 | 06/21/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 380,862.15 | 06/22/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,775.76 | 06/22/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 54,318.42 | 06/22/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,677.32 | 06/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,573.69 | 06/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,846.83 | 06/22/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 366,680.32 | 06/23/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,600.52 | 06/23/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 269.91 | 06/23/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 69,678.77 | 06/23/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,736.31 | 06/23/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,093.20 | 06/23/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 88,983.57 | 06/24/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 317,931.72 | 06/26/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,953.20 | 06/26/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,948.14 | 06/26/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 284.45 | 06/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,197.18 | 06/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,674.85 | 06/26/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 372,705.63 | 06/27/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,324.14 | 06/27/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 448.16 | 06/27/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,772.47 | 06/27/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 120.72 | 06/27/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 80,748.67 | 06/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,075.45 | 06/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,757.11 | 06/27/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,348.51 | 06/27/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,730.74 | 06/27/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 114,825.73 | 06/28/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,284.76 | 06/28/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,423.78 | 06/28/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,985.43 | 06/28/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 689.74 | 06/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,461.13 | 06/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 23,501.72 | 06/28/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 404,932.38 | 06/29/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,814.16 | 06/29/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 414.36 | 06/29/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,778.46 | 06/29/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,107.85 | 06/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,101.95 | 06/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,662.26 | 06/29/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 267,230.09 | 06/30/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,525.86 | 06/30/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,816.77 | 06/30/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 76,554.70 | 06/30/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 934.46 | 06/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,063.76 | 06/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,334.01 | 06/30/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 74,319.98 | 07/01/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 323,364.74 | 07/03/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,814.67 | 07/03/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 88,124.36 | 07/03/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,271.04 | 07/03/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,619.10 | 07/03/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,666.25 | 07/03/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 382,591.86 | 07/04/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 129,811.69 | 07/05/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,195.57 | 07/05/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,579.14 | 07/05/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,990.03 | 07/05/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 79,736.29 | 07/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,665.09 | 07/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,977.56 | 07/05/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,846.30 | 07/05/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,633.20 | 07/05/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 412,214.78 | 07/06/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,530.65 | 07/06/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 59,879.55 | 07/06/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,709.21 | 07/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,179.56 | 07/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,269.72 | 07/06/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 348,678.23 | 07/07/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,009.51 | 07/07/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 79,777.33 | 07/07/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 806.92 | 07/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,994.82 | 07/07/2023 | Liquor account funding |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,796.69 | 07/07/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 97,892.99 | 07/08/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 326,106.11 | 07/10/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,015.16 | 07/10/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,684.11 | 07/10/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 59,979.76 | 07/10/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,010.65 | 07/10/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,327.56 | 07/10/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,312.45 | 07/10/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 374,205.13 | 07/11/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,859.91 | 07/11/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,635.22 | 07/11/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 35,331.28 | 07/11/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 157.92 | 07/11/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 80,941.11 | 07/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,061.26 | 07/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,501.14 | 07/11/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,009.94 | 07/11/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,580.55 | 07/11/2023 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 130,181.25 | 07/12/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,175.31 | 07/12/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,312.17 | 07/12/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 526.63 | 07/12/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,436.19 | 07/12/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 23,326.42 | 07/12/2023 | Liquor account funding |
| RL CARES, INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 13,197.78 | 07/12/2023 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 417,556.34 | 07/13/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,160.68 | 07/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,096.52 | 07/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,443.26 | 07/13/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,648.91 | 07/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,850.94 | 07/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS<br>LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,018.73 | 07/13/2023 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 322,298.07 | 07/14/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC                                           Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,834.46 | 07/14/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 50,466.19 | 07/14/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,697.62 | 07/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,560.39 | 07/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,075.61 | 07/14/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 66,987.93 | 07/15/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 266,105.20 | 07/17/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,971.49 | 07/17/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 53,360.63 | 07/17/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 606.49 | 07/17/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,057.34 | 07/17/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,203.38 | 07/17/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 321,541.19 | 07/18/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,048.86 | 07/18/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 525.73 | 07/18/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,608.33 | 07/18/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 84,493.87 | 07/18/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,371.65 | 07/18/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,986.60 | 07/18/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,266.23 | 07/18/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,132.87 | 07/18/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 117,475.76 | 07/19/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,188.06 | 07/19/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 24,281.15 | 07/19/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,308.84 | 07/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,553.81 | 07/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 17,654.29 | 07/19/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 386,834.79 | 07/20/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,613.30 | 07/20/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,330.44 | 07/20/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 279.46 | 07/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,764.73 | 07/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,352.62 | 07/20/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 326,428.26 | 07/21/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC                                                                  Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,587.71 | 07/21/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 63,395.38 | 07/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,153.74 | 07/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,085.89 | 07/21/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 61,671.88 | 07/22/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 298,289.85 | 07/24/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,909.91 | 07/24/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 59,371.09 | 07/24/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,563.75 | 07/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,013.43 | 07/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,860.17 | 07/24/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 337,370.79 | 07/25/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,091.27 | 07/25/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,285.76 | 07/25/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,058.89 | 07/25/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 94.39 | 07/25/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 82,568.54 | 07/25/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,038.88 | 07/25/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,336.12 | 07/25/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,807.18 | 07/25/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,144.22 | 07/25/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 99,620.26 | 07/26/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,373.68 | 07/26/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,551.70 | 07/26/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 582.70 | 07/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,304.39 | 07/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 16,287.49 | 07/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 450.00 | 07/26/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 363,184.75 | 07/27/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,428.21 | 07/27/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,373.05 | 07/27/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,945.92 | 07/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,060.08 | 07/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,444.31 | 07/27/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 290,638.29 | 07/28/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,252.97 | 07/28/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 60,356.23 | 07/28/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 331.68 | 07/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,769.65 | 07/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,251.57 | 07/28/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 68,885.60 | 07/29/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 324,891.96 | 07/31/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,603.90 | 07/31/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,153.25 | 07/31/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,381.27 | 07/31/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,850.87 | 07/31/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,842.43 | 07/31/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,873.04 | 07/31/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 365,948.39 | 08/01/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,823.16 | 08/01/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 23,154.51 | 08/01/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 80,750.62 | 08/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,208.68 | 08/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,074.08 | 08/01/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,126.99 | 08/01/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,013.64 | 08/01/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 120,171.33 | 08/02/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,224.14 | 08/02/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,575.25 | 08/02/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,269.88 | 08/02/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,867.58 | 08/02/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 400,767.24 | 08/03/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,351.31 | 08/03/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,218.89 | 08/03/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,149.23 | 08/03/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,569.10 | 08/03/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,859.24 | 08/03/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 312,252.01 | 08/04/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,911.47 | 08/04/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,740.34 | 08/04/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 79,823.20 | 08/04/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,187.89 | 08/04/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,556.15 | 08/04/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,782.23 | 08/04/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 60,812.86 | 08/05/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 220,481.30 | 08/07/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,945.40 | 08/07/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 89,546.53 | 08/07/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 911.27 | 08/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,962.58 | 08/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,825.58 | 08/07/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 283,611.34 | 08/08/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,393.21 | 08/08/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 760.55 | 08/08/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,886.17 | 08/08/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 84,400.06 | 08/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,770.65 | 08/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,665.82 | 08/08/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,842.92 | 08/08/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,880.40 | 08/08/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 84,784.67 | 08/09/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,063.31 | 08/09/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,461.65 | 08/09/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 195.84 | 08/09/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,206.53 | 08/09/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 24,211.67 | 08/09/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 366,067.65 | 08/10/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,097.54 | 08/10/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,113.21 | 08/10/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 85,058.51 | 08/10/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 863.49 | 08/10/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,360.43 | 08/10/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 48,462.61 | 08/10/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 319,521.21 | 08/11/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,540.93 | 08/11/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,639.63 | 08/11/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 57,158.21 | 08/11/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,411.26 | 08/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,842.24 | 08/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,663.71 | 08/11/2023 | Liquor account funding |
| THAI UNION GROUP PUBLIC COMPANY LTD<br>72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT<br>MUEANG SAMUT SAKHON<br>SAMUT SAKHON, 74000<br>THAILAND | Affiliate entity | $ 47,503.61 | 08/11/2023 | Inventory food purchase |
| THAI UNION SEAFOOD COMPANY LIMITED<br>72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT<br>MUEANG SAMUT SAKHON<br>SAMUT SAKHON, 74000<br>THAILAND | Affiliate entity | $ 14,609.85 | 08/11/2023 | Inventory food purchase |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 94,798.97 | 08/12/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 375,189.96 | 08/14/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,441.46 | 08/14/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,285.42 | 08/14/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,756.59 | 08/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,158.97 | 08/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 41,557.52 | 08/14/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 446,963.11 | 08/15/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,148.17 | 08/15/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 950.39 | 08/15/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,365.40 | 08/15/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 82,069.62 | 08/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,311.90 | 08/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,856.35 | 08/15/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,266.20 | 08/15/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,809.57 | 08/15/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 146,086.26 | 08/16/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,521.79 | 08/16/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,274.09 | 08/16/2023 | Liquor account funding |

Debtor Name: Red Lobster Management LLC                                        Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,951.83 | 08/16/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,210.20 | 08/16/2023 | Liquor account funding |
| RL CARES, INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 6,351.77 | 08/16/2023 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 590,817.04 | 08/17/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,534.86 | 08/17/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,744.06 | 08/17/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 64,983.92 | 08/17/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,971.27 | 08/17/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,449.39 | 08/17/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 60,609.67 | 08/17/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 481,453.70 | 08/18/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,052.62 | 08/18/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 72,417.64 | 08/18/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 32.83 | 08/18/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,441.34 | 08/18/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,964.68 | 08/18/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| THAI UNION GROUP PUBLIC COMPANY LTD 72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT MUEANG SAMUT SAKHON SAMUT SAKHON, 74000 THAILAND | Affiliate entity | $ 615.34 | 08/18/2023 | Reimbursement of employee-related expenses |
| THAI UNION GROUP PUBLIC COMPANY LTD 72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT MUEANG SAMUT SAKHON SAMUT SAKHON, 74000 THAILAND | Affiliate entity | $ 3,087.72 | 08/18/2023 | Reimbursement of employee-related expenses |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 111,320.09 | 08/19/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 427,959.29 | 08/21/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,801.22 | 08/21/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,021.48 | 08/21/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 516.09 | 08/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,128.28 | 08/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,246.33 | 08/21/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 595,746.42 | 08/22/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,448.26 | 08/22/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,409.60 | 08/22/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,433.19 | 08/22/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 86,269.44 | 08/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,600.54 | 08/22/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 16,433.43 | 08/22/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,561.89 | 08/22/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,130.19 | 08/22/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 212,199.29 | 08/23/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,990.61 | 08/23/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 89.90 | 08/23/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,418.84 | 08/23/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,580.18 | 08/23/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,517.47 | 08/23/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,008.97 | 08/23/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 686,463.71 | 08/24/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,580.06 | 08/24/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 62,126.15 | 08/24/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,892.71 | 08/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,659.40 | 08/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,231.35 | 08/24/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 540,912.25 | 08/25/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,510.82 | 08/25/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 107.88 | 08/25/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,566.46 | 08/25/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,046.95 | 08/25/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,288.95 | 08/25/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 104,136.64 | 08/26/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 257.31 | 08/27/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 521,457.02 | 08/28/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,943.51 | 08/28/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 49,223.19 | 08/28/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 133.92 | 08/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,123.16 | 08/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,115.17 | 08/28/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 613,732.25 | 08/29/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,182.96 | 08/29/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 626.09 | 08/29/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,671.66 | 08/29/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 83,378.23 | 08/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,919.71 | 08/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,770.27 | 08/29/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,018.86 | 08/29/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,878.47 | 08/29/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 220,019.48 | 08/30/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,868.97 | 08/30/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 48,643.63 | 08/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,405.94 | 08/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,156.80 | 08/30/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 679,607.66 | 08/31/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,125.29 | 08/31/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,784.60 | 08/31/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,679.44 | 08/31/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,354.56 | 08/31/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,259.73 | 08/31/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 565,884.68 | 09/01/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,382.54 | 09/01/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 87,077.68 | 09/01/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 440.13 | 09/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,827.29 | 09/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,363.93 | 09/01/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 142,077.24 | 09/02/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 544,323.15 | 09/04/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 558,118.37 | 09/05/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,939.20 | 09/05/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 62,777.60 | 09/05/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 781.97 | 09/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,558.93 | 09/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,568.99 | 09/05/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 211,035.26 | 09/06/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,900.84 | 09/06/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,949.21 | 09/06/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 72,036.04 | 09/06/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,456.04 | 09/06/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 84,029.79 | 09/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,236.19 | 09/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,899.09 | 09/06/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,866.47 | 09/06/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,861.97 | 09/06/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 622,399.09 | 09/07/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,870.57 | 09/07/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,220.95 | 09/07/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,919.97 | 09/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,551.03 | 09/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,420.71 | 09/07/2023 | Liquor account funding |
| RL CARES, INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 5,867.23 | 09/07/2023 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 520,571.43 | 09/08/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,418.50 | 09/08/2023 | Liquor account funding |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,328.95 | 09/08/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 61,396.27 | 09/08/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 975.86 | 09/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,108.40 | 09/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 41,884.41 | 09/08/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 131,327.13 | 09/09/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 513,972.27 | 09/11/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,405.18 | 09/11/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 77,748.09 | 09/11/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 138.24 | 09/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,895.25 | 09/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,616.40 | 09/11/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 581,032.40 | 09/12/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,280.80 | 09/12/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 46,183.04 | 09/12/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,397.58 | 09/12/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 80,978.71 | 09/12/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,567.67 | 09/12/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 17,626.46 | 09/12/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,467.71 | 09/12/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,595.52 | 09/12/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 248,294.75 | 09/13/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,811.45 | 09/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,030.76 | 09/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,962.17 | 09/13/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,743.61 | 09/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,571.98 | 09/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 24,883.19 | 09/13/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 688,978.10 | 09/14/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,246.80 | 09/14/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 50,200.20 | 09/14/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,356.25 | 09/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,717.50 | 09/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 46,812.43 | 09/14/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RL CARES, INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 6,304.00 | 09/14/2023 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 593,310.13 | 09/15/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,762.17 | 09/15/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 906.91 | 09/15/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 63,836.44 | 09/15/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 886.53 | 09/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,139.51 | 09/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,988.23 | 09/15/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 125,167.69 | 09/16/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 522,032.08 | 09/18/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,950.61 | 09/18/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,171.54 | 09/18/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,084.88 | 09/18/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,575.55 | 09/18/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,616.48 | 09/18/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 614,530.42 | 09/19/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,022.09 | 09/19/2023 | Liquor account funding |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 818.20 | 09/19/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,015.76 | 09/19/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 80,195.58 | 09/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,864.32 | 09/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,195.46 | 09/19/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,733.43 | 09/19/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,577.83 | 09/19/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 254,920.08 | 09/20/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,352.20 | 09/20/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 295.82 | 09/20/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,019.54 | 09/20/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,186.45 | 09/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,841.77 | 09/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,690.36 | 09/20/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 621,974.14 | 09/21/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,547.24 | 09/21/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 56,586.35 | 09/21/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 740.17 | 09/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,797.43 | 09/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,048.25 | 09/21/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 526,273.92 | 09/22/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,382.70 | 09/22/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 805.18 | 09/22/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 63,093.05 | 09/22/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 867.50 | 09/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,372.85 | 09/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,952.73 | 09/22/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 90,360.83 | 09/23/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 760.66 | 09/24/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 388,129.04 | 09/25/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,100.42 | 09/25/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,852.97 | 09/25/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 485.44 | 09/25/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,817.38 | 09/25/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,801.21 | 09/25/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 470,385.70 | 09/26/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,153.02 | 09/26/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 787.64 | 09/26/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,191.94 | 09/26/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,692.21 | 09/26/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 82,905.59 | 09/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,673.16 | 09/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,448.03 | 09/26/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,173.41 | 09/26/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,146.28 | 09/26/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 199,107.44 | 09/27/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,724.33 | 09/27/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,848.41 | 09/27/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 753.95 | 09/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,124.50 | 09/27/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                             Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,301.51 | 09/27/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 459,533.22 | 09/28/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,450.81 | 09/28/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 70,089.98 | 09/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,600.33 | 09/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,487.88 | 09/28/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 356,906.32 | 09/29/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 16,443.66 | 09/29/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,259.44 | 09/29/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 96,124.89 | 09/29/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 558.23 | 09/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,914.62 | 09/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,460.19 | 09/29/2023 | Liquor account funding |
| THAI UNION GROUP PUBLIC COMPANY LTD 72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT MUEANG SAMUT SAKHON SAMUT SAKHON, 74000 THAILAND | Affiliate entity | $ 5,797.90 | 09/29/2023 | Reimbursement of employee-related expenses |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 111,638.73 | 09/30/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 802.33 | 10/01/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 323,068.77 | 10/02/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,214.15 | 10/02/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 56,419.09 | 10/02/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,645.67 | 10/02/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,030.74 | 10/02/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,212.43 | 10/02/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 356,469.16 | 10/03/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,648.19 | 10/03/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,653.47 | 10/03/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,619.94 | 10/03/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 89,206.37 | 10/03/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,681.83 | 10/03/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,706.87 | 10/03/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,746.64 | 10/03/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,601.27 | 10/03/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 174,721.22 | 10/04/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,205.26 | 10/04/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,822.56 | 10/04/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,787.31 | 10/04/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,268.15 | 10/04/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 27,364.44 | 10/04/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 419,314.04 | 10/05/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,225.00 | 10/05/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,438.08 | 10/05/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,644.04 | 10/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,177.57 | 10/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,234.13 | 10/05/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 351,043.00 | 10/06/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,228.38 | 10/06/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,772.24 | 10/06/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 80,872.02 | 10/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,368.83 | 10/06/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 51,602.54 | 10/06/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 91,498.46 | 10/07/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 336,289.56 | 10/09/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 489,968.55 | 10/10/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,131.49 | 10/10/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,622.31 | 10/10/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 523.97 | 10/10/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 22,572.96 | 10/10/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,930.54 | 10/10/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 223,897.91 | 10/11/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,165.51 | 10/11/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 249.25 | 10/11/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 97,972.88 | 10/11/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,162.12 | 10/11/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 82,742.16 | 10/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,431.62 | 10/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,612.02 | 10/11/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,321.37 | 10/11/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,936.01 | 10/11/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 444,193.52 | 10/12/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,799.34 | 10/12/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 65,967.40 | 10/12/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,506.33 | 10/12/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,221.39 | 10/12/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 431,409.13 | 10/13/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,444.39 | 10/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,275.96 | 10/13/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 390.86 | 10/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,917.60 | 10/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,077.07 | 10/13/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 105,006.39 | 10/14/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 343,405.26 | 10/16/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,320.07 | 10/16/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 88,804.16 | 10/16/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 693.21 | 10/16/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,788.15 | 10/16/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,404.23 | 10/16/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 456,108.94 | 10/17/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,224.40 | 10/17/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,524.97 | 10/17/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,722.93 | 10/17/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 81,568.56 | 10/17/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,599.36 | 10/17/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,502.59 | 10/17/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,710.54 | 10/17/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,009.41 | 10/17/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 187,154.90 | 10/18/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,751.61 | 10/18/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,678.96 | 10/18/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 41,487.12 | 10/18/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,152.81 | 10/18/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,198.40 | 10/18/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,359.52 | 10/18/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 450.00 | 10/18/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 392,385.06 | 10/19/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,869.78 | 10/19/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 56,344.88 | 10/19/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,384.93 | 10/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,442.64 | 10/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,423.06 | 10/19/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 357,572.50 | 10/20/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,867.31 | 10/20/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,438.47 | 10/20/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 53,656.23 | 10/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,911.13 | 10/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,795.16 | 10/20/2023 | Liquor account funding |
| RL CARES, INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 10,069.26 | 10/20/2023 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 106,347.15 | 10/21/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 279,970.60 | 10/23/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,256.30 | 10/23/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 58,600.46 | 10/23/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 823.06 | 10/23/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,124.73 | 10/23/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,011.59 | 10/23/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 359,479.46 | 10/24/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,388.94 | 10/24/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,638.62 | 10/24/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,338.20 | 10/24/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 745.38 | 10/24/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 88,676.38 | 10/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 16,942.34 | 10/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,394.53 | 10/24/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,476.36 | 10/24/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,632.67 | 10/24/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 174,746.48 | 10/25/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,243.00 | 10/25/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,486.14 | 10/25/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,698.51 | 10/25/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,539.96 | 10/25/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 19,616.66 | 10/25/2023 | Liquor account funding |
| THAI UNION GROUP PUBLIC COMPANY LTD 72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT MUEANG SAMUT SAKHON SAMUT SAKHON, 74000 THAILAND | Affiliate entity | $ 878.21 | 10/25/2023 | Reimbursement of employee-related expenses |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 322,170.72 | 10/26/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,176.31 | 10/26/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,738.99 | 10/26/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 985.17 | 10/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 16,862.41 | 10/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,360.66 | 10/26/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 302,976.55 | 10/27/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,883.62 | 10/27/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 70,588.08 | 10/27/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 285.87 | 10/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,415.21 | 10/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,310.71 | 10/27/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 75,933.48 | 10/28/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 250,778.50 | 10/30/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,238.00 | 10/30/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 60,848.85 | 10/30/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 985.92 | 10/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,641.60 | 10/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,953.12 | 10/30/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 373,591.13 | 10/31/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,263.30 | 10/31/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 865.58 | 10/31/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 35,944.93 | 10/31/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 83,737.40 | 10/31/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,214.44 | 10/31/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,433.50 | 10/31/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,630.55 | 10/31/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,669.02 | 10/31/2023 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 148,859.57 | 11/01/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,048.06 | 11/01/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,996.88 | 11/01/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 293.96 | 11/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,709.10 | 11/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,997.18 | 11/01/2023 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 336,635.79 | 11/02/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,714.69 | 11/02/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 78,011.46 | 11/02/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,046.94 | 11/02/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,391.70 | 11/02/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,782.15 | 11/02/2023 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 303,855.65 | 11/03/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,336.26 | 11/03/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 105,704.09 | 11/03/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 477.67 | 11/03/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 17,750.09 | 11/03/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,490.86 | 11/03/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 71,661.20 | 11/04/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 241,321.12 | 11/06/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,716.17 | 11/06/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 53,301.40 | 11/06/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 962.23 | 11/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,146.68 | 11/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 41,788.44 | 11/06/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 336,937.13 | 11/07/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,168.44 | 11/07/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,558.21 | 11/07/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,790.44 | 11/07/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 84,190.79 | 11/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,823.67 | 11/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 24,689.54 | 11/07/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                                     Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,852.78 | 11/07/2023 | Liquor account funding |
| RL CARES, INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 26,278.37 | 11/07/2023 | Remittance of employee charitable contributions |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,819.58 | 11/07/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 142,687.77 | 11/08/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,105.69 | 11/08/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,779.44 | 11/08/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,646.91 | 11/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,528.03 | 11/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,779.78 | 11/08/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 359,078.48 | 11/09/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,484.34 | 11/09/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,561.05 | 11/09/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,989.03 | 11/09/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 561.01 | 11/09/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,885.95 | 11/09/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 54,060.66 | 11/09/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 302,554.16 | 11/10/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,671.81 | 11/10/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 114,696.12 | 11/10/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 550.46 | 11/10/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,788.32 | 11/10/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 51,917.53 | 11/10/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 72,775.43 | 11/11/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,500.94 | 11/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,347.72 | 11/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 65,214.09 | 11/13/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 418.73 | 11/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,661.58 | 11/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,825.63 | 11/13/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 223,855.24 | 11/14/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,380.90 | 11/14/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,006.86 | 11/14/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 83,026.62 | 11/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,344.27 | 11/14/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,382.45 | 11/14/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,379.85 | 11/14/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,863.68 | 11/14/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 125,532.05 | 11/15/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,312.51 | 11/15/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,191.28 | 11/15/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,070.45 | 11/15/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 217.22 | 11/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,396.64 | 11/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,543.46 | 11/15/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 280,157.19 | 11/16/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,597.41 | 11/16/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 64,139.42 | 11/16/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,662.22 | 11/16/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,846.46 | 11/16/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 35,199.56 | 11/16/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 287,360.27 | 11/17/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,403.38 | 11/17/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 63,166.72 | 11/17/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,130.01 | 11/17/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,585.04 | 11/17/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,371.15 | 11/17/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 64,748.16 | 11/18/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 48,868.21 | 11/19/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 194,473.24 | 11/20/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,635.30 | 11/20/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 68,514.31 | 11/20/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 277.76 | 11/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,606.76 | 11/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,707.66 | 11/20/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 304,580.18 | 11/21/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,542.60 | 11/21/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,517.21 | 11/21/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 17,374.09 | 11/21/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,869.92 | 11/21/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 79,423.56 | 11/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,115.27 | 11/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,494.19 | 11/21/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,620.18 | 11/21/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,448.46 | 11/21/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 187,462.37 | 11/22/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,763.45 | 11/22/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,366.17 | 11/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,077.21 | 11/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,631.01 | 11/22/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 7,098.87 | 11/23/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 253,567.81 | 11/24/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,697.97 | 11/24/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,838.96 | 11/24/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 62,026.24 | 11/24/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,319.60 | 11/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,913.21 | 11/24/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,835.29 | 11/24/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 86,558.56 | 11/25/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 167,833.04 | 11/27/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,370.06 | 11/27/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,329.28 | 11/27/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 114,345.25 | 11/27/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,242.09 | 11/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,056.07 | 11/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,480.28 | 11/27/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 226,141.60 | 11/28/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,166.01 | 11/28/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,082.69 | 11/28/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,703.57 | 11/28/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,176.84 | 11/28/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 69,289.92 | 11/28/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,158.77 | 11/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,859.46 | 11/28/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,355.46 | 11/28/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,560.65 | 11/28/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 90,936.93 | 11/29/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,395.36 | 11/29/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,208.89 | 11/29/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,458.05 | 11/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,058.58 | 11/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 23,778.17 | 11/29/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 169,273.56 | 11/30/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,418.56 | 11/30/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 93,505.91 | 11/30/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 352.07 | 11/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,168.69 | 11/30/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 58,409.42 | 11/30/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 154,883.43 | 12/01/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,717.29 | 12/01/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 60,996.57 | 12/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,033.46 | 12/01/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,256.16 | 12/01/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 37,930.13 | 12/02/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 127,469.19 | 12/04/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,291.28 | 12/04/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 769.54 | 12/04/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,459.90 | 12/04/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 327.63 | 12/04/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,823.47 | 12/04/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,705.89 | 12/04/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 191,986.41 | 12/05/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,817.46 | 12/05/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,013.36 | 12/05/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,010.20 | 12/05/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 942.49 | 12/05/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 73,944.28 | 12/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,515.00 | 12/05/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,014.02 | 12/05/2023 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,485.13 | 12/05/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,646.33 | 12/05/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 80,889.79 | 12/06/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,719.58 | 12/06/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,768.62 | 12/06/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,279.93 | 12/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,666.31 | 12/06/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,523.11 | 12/06/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 175,208.48 | 12/07/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,243.07 | 12/07/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,482.64 | 12/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,283.40 | 12/07/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,836.91 | 12/07/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 162,723.88 | 12/08/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,325.11 | 12/08/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,065.33 | 12/08/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 77,152.07 | 12/08/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 173.64 | 12/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,776.32 | 12/08/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,380.48 | 12/08/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 38,958.81 | 12/09/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 143,343.67 | 12/11/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,287.42 | 12/11/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 68,052.46 | 12/11/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,573.78 | 12/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,692.69 | 12/11/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,003.03 | 12/11/2023 | Liquor account funding |
| RL CARES, INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 26,109.95 | 12/11/2023 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 206,587.75 | 12/12/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,927.74 | 12/12/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 646.60 | 12/12/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,349.29 | 12/12/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 766.79 | 12/12/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 80,442.03 | 12/12/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,966.80 | 12/12/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,051.35 | 12/12/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,044.55 | 12/12/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,578.48 | 12/12/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 91,265.09 | 12/13/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,332.36 | 12/13/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,224.13 | 12/13/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,170.95 | 12/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,061.88 | 12/13/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,143.78 | 12/13/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 208,729.04 | 12/14/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,494.00 | 12/14/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,376.37 | 12/14/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 889.56 | 12/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,703.42 | 12/14/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,885.93 | 12/14/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 195,967.62 | 12/15/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,416.49 | 12/15/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 65,822.23 | 12/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,988.49 | 12/15/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,102.15 | 12/15/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 47,399.01 | 12/16/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 175,717.18 | 12/18/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,914.85 | 12/18/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 35,480.59 | 12/18/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,212.39 | 12/18/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,568.20 | 12/18/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,247.12 | 12/18/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 227,962.02 | 12/19/2023 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,168.17 | 12/19/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,059.78 | 12/19/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,397.68 | 12/19/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 82,413.95 | 12/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,907.35 | 12/19/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,339.73 | 12/19/2023 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,136.55 | 12/19/2023 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,003.74 | 12/19/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 107,136.32 | 12/20/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,968.83 | 12/20/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,059.38 | 12/20/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,108.64 | 12/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,456.35 | 12/20/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,343.71 | 12/20/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 245,429.69 | 12/21/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,183.64 | 12/21/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,270.10 | 12/21/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 791.42 | 12/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,170.45 | 12/21/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,418.02 | 12/21/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 204,671.37 | 12/22/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,795.15 | 12/22/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 745.56 | 12/22/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,710.41 | 12/22/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 814.26 | 12/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,318.81 | 12/22/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,055.52 | 12/22/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 66,066.12 | 12/23/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 46,991.31 | 12/24/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 227,540.80 | 12/26/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,402.51 | 12/26/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 27,949.03 | 12/26/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 529.09 | 12/26/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,764.65 | 12/26/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 27,339.78 | 12/26/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 156,385.75 | 12/27/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,774.91 | 12/27/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,424.81 | 12/27/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,322.55 | 12/27/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 681.62 | 12/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,744.49 | 12/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,269.50 | 12/27/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 225.00 | 12/27/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 219,750.66 | 12/28/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,865.92 | 12/28/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,525.71 | 12/28/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,214.43 | 12/28/2023 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 83,892.87 | 12/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,103.56 | 12/28/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,679.57 | 12/28/2023 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,229.94 | 12/28/2023 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,382.46 | 12/28/2023 | Liquor account funding |
| THAI UNION GROUP PUBLIC COMPANY LTD<br>72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT<br>MUEANG SAMUT SAKHON<br>SAMUT SAKHON, 74000<br>THAILAND | Affiliate entity | $ 5,923.95 | 12/28/2023 | Reimbursement of employee-related expenses |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 232,498.22 | 12/29/2023 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,322.50 | 12/29/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,247.13 | 12/29/2023 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 68,500.31 | 12/29/2023 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,611.85 | 12/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,965.41 | 12/29/2023 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,249.06 | 12/29/2023 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 72,625.04 | 12/30/2023 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 172,589.01 | 01/01/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 282,744.35 | 01/02/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,518.86 | 01/02/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 48,113.78 | 01/02/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,409.44 | 01/02/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,116.05 | 01/02/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,787.92 | 01/02/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 120,948.87 | 01/03/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,150.00 | 01/03/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,690.95 | 01/03/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 73,053.69 | 01/03/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 742.06 | 01/03/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 104,667.29 | 01/03/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 23,640.02 | 01/03/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,524.02 | 01/03/2024 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,919.37 | 01/03/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,679.91 | 01/03/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 246,228.59 | 01/04/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,296.70 | 01/04/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 59,270.20 | 01/04/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 61.94 | 01/04/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,451.02 | 01/04/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,202.13 | 01/04/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 233,764.43 | 01/05/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,889.67 | 01/05/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 897.89 | 01/05/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 72,737.61 | 01/05/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,910.46 | 01/05/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,367.24 | 01/05/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 56,420.24 | 01/05/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 58,746.16 | 01/06/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 204,274.92 | 01/08/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,752.79 | 01/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,591.72 | 01/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 57,390.68 | 01/08/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,018.44 | 01/08/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,706.24 | 01/08/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,507.03 | 01/08/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 262,507.83 | 01/09/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,520.31 | 01/09/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 697.60 | 01/09/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,274.33 | 01/09/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 77,050.90 | 01/09/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 16,276.15 | 01/09/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 19,198.11 | 01/09/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,001.39 | 01/09/2024 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,121.28 | 01/09/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 108,986.77 | 01/10/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,217.90 | 01/10/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,984.61 | 01/10/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,270.88 | 01/10/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,077.03 | 01/10/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,481.68 | 01/10/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 211,627.69 | 01/11/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,247.34 | 01/11/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,167.74 | 01/11/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 575.22 | 01/11/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,361.15 | 01/11/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,390.43 | 01/11/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 204,130.95 | 01/12/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,829.71 | 01/12/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 61,939.96 | 01/12/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,203.73 | 01/12/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,446.68 | 01/12/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 51,681.55 | 01/13/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 177,632.89 | 01/15/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 241,082.16 | 01/16/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,042.84 | 01/16/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 57,628.38 | 01/16/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,007.65 | 01/16/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,968.34 | 01/16/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,848.37 | 01/16/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 94,391.37 | 01/17/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,659.01 | 01/17/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,390.72 | 01/17/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,134.91 | 01/17/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 67,332.62 | 01/17/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,764.31 | 01/17/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,234.83 | 01/17/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,538.03 | 01/17/2024 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,732.40 | 01/17/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 184,720.23 | 01/18/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,102.68 | 01/18/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,900.57 | 01/18/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,449.71 | 01/18/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 841.00 | 01/18/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,516.85 | 01/18/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,116.43 | 01/18/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 181,872.43 | 01/19/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,664.26 | 01/19/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 323.64 | 01/19/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 71,407.92 | 01/19/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 512.22 | 01/19/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,210.33 | 01/19/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,958.96 | 01/19/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 43,620.60 | 01/20/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 928.56 | 01/21/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 180,237.69 | 01/22/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,766.23 | 01/22/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 51,472.97 | 01/22/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,801.96 | 01/22/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,539.95 | 01/22/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 188,802.40 | 01/23/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,433.82 | 01/23/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,080.92 | 01/23/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,847.86 | 01/23/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 192.54 | 01/23/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 68,375.52 | 01/23/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,177.98 | 01/23/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,003.16 | 01/23/2024 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,771.40 | 01/23/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,251.78 | 01/23/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 99,549.05 | 01/24/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,860.53 | 01/24/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,802.73 | 01/24/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 711.08 | 01/24/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,454.84 | 01/24/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,206.93 | 01/24/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 204,720.63 | 01/25/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,845.78 | 01/25/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 22,894.84 | 01/25/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 623.44 | 01/25/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,199.50 | 01/25/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,604.69 | 01/25/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 181,035.80 | 01/26/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,387.72 | 01/26/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,595.23 | 01/26/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 537.47 | 01/26/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,146.94 | 01/26/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,639.03 | 01/26/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 45,687.27 | 01/27/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 178,412.11 | 01/29/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,687.84 | 01/29/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,456.78 | 01/29/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,238.08 | 01/29/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,348.56 | 01/29/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,474.92 | 01/29/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 226,228.98 | 01/30/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,470.14 | 01/30/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,695.67 | 01/30/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,265.01 | 01/30/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 760.83 | 01/30/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 77,538.95 | 01/30/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,735.66 | 01/30/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 16,418.07 | 01/30/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,090.30 | 01/30/2024 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,464.76 | 01/30/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 123,977.66 | 01/31/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,759.28 | 01/31/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,270.00 | 01/31/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,333.39 | 01/31/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,122.80 | 01/31/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 28,903.76 | 01/31/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 241,556.60 | 02/01/2024 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,093.37 | 02/01/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,671.52 | 02/01/2024 | Liquor account funding |
| RED LOBSTER MASTER HOLDINGS<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,000.00 | 02/01/2024 | Intercompany funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,620.47 | 02/01/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,896.29 | 02/01/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,007.30 | 02/01/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 225.00 | 02/01/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 218,173.62 | 02/02/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,687.39 | 02/02/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,002.40 | 02/02/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 122,844.36 | 02/02/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,697.05 | 02/02/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,214.43 | 02/02/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,006.17 | 02/02/2024 | Liquor account funding |
| RL CARES, INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 28,703.63 | 02/02/2024 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 51,021.16 | 02/03/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 211,082.59 | 02/05/2024 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,918.36 | 02/05/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 554.71 | 02/05/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 101,146.09 | 02/05/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 908.66 | 02/05/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,887.11 | 02/05/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,796.12 | 02/05/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 309,142.13 | 02/06/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,874.48 | 02/06/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,446.46 | 02/06/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,897.47 | 02/06/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 82,944.26 | 02/06/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,111.88 | 02/06/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,495.99 | 02/06/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,114.17 | 02/06/2024 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,031.91 | 02/06/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 166,862.14 | 02/07/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,318.57 | 02/07/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,522.70 | 02/07/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,120.55 | 02/07/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,173.22 | 02/07/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 19,357.75 | 02/07/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 413,910.55 | 02/08/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,674.85 | 02/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 49,566.17 | 02/08/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 357.42 | 02/08/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,509.45 | 02/08/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,150.65 | 02/08/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 365,017.66 | 02/09/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,824.39 | 02/09/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,238.88 | 02/09/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 672.75 | 02/09/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,867.06 | 02/09/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 48,436.61 | 02/09/2024 | Liquor account funding |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 80,166.00 | 02/10/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 158.70 | 02/11/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 313,590.00 | 02/12/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,028.74 | 02/12/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 67,592.31 | 02/12/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,690.72 | 02/12/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,753.56 | 02/12/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 41,259.40 | 02/12/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 431,284.54 | 02/13/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,170.86 | 02/13/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,087.75 | 02/13/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 27,489.50 | 02/13/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 74,712.24 | 02/13/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 22,005.64 | 02/13/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,372.01 | 02/13/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,891.00 | 02/13/2024 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,037.27 | 02/13/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                          Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 150,600.98 | 02/14/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,773.00 | 02/14/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,231.56 | 02/14/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,283.66 | 02/14/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,361.46 | 02/14/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,630.05 | 02/14/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 270,890.65 | 02/15/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,276.67 | 02/15/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 48,079.00 | 02/15/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,998.66 | 02/15/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,785.87 | 02/15/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,963.30 | 02/15/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 249,052.53 | 02/16/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,567.64 | 02/16/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,417.48 | 02/16/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,417.48 | 02/16/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 57,741.34 | 02/16/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,200.69 | 02/16/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,521.51 | 02/16/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,277.46 | 02/16/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 61,590.49 | 02/17/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 191,896.15 | 02/19/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 248,070.28 | 02/20/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,072.53 | 02/20/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,942.68 | 02/20/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,682.66 | 02/20/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,632.77 | 02/20/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 107,887.78 | 02/21/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,818.22 | 02/21/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 220.79 | 02/21/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 220.79 | 02/21/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 63,947.40 | 02/21/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,929.78 | 02/21/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 146,669.29 | 02/21/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,242.08 | 02/21/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,956.61 | 02/21/2024 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,446.18 | 02/21/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,983.03 | 02/21/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 218,152.93 | 02/22/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,347.45 | 02/22/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,808.58 | 02/22/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,564.35 | 02/22/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,686.20 | 02/22/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,223.81 | 02/22/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 192,029.26 | 02/23/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,526.91 | 02/23/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 946.40 | 02/23/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 946.40 | 02/23/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,874.41 | 02/23/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,609.38 | 02/23/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,914.77 | 02/23/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 42,108.07 | 02/24/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,652.03 | 02/24/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 155,367.29 | 02/26/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,110.21 | 02/26/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 638.15 | 02/26/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,387.13 | 02/26/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 27,763.51 | 02/26/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 240,414.37 | 02/27/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,588.07 | 02/27/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,810.40 | 02/27/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,810.40 | 02/27/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,714.50 | 02/27/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 103,052.09 | 02/27/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,097.84 | 02/27/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,677.20 | 02/27/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,142.29 | 02/27/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,305.89 | 02/27/2024 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 117,814.03 | 02/28/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,917.38 | 02/28/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,523.11 | 02/28/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,696.06 | 02/28/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,422.20 | 02/28/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,740.56 | 02/28/2024 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 210,528.37 | 02/29/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,171.10 | 02/29/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 67,084.89 | 02/29/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,718.01 | 02/29/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,330.68 | 02/29/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 57,461.82 | 02/29/2024 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 208,664.26 | 03/01/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,388.80 | 03/01/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 98,244.77 | 03/01/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 361.67 | 03/01/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,141.18 | 03/01/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,216.37 | 03/01/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 45,639.33 | 03/02/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 283.71 | 03/03/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 181,511.39 | 03/04/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,231.43 | 03/04/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,735.62 | 03/04/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,735.62 | 03/04/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 49,467.02 | 03/04/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,242.30 | 03/04/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,608.53 | 03/04/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,415.04 | 03/04/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 250,068.72 | 03/05/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,010.51 | 03/05/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 788.41 | 03/05/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 788.41 | 03/05/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,742.37 | 03/05/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 99,415.42 | 03/05/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,716.47 | 03/05/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,653.54 | 03/05/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,983.84 | 03/05/2024 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,027.49 | 03/05/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 108,262.61 | 03/06/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,270.68 | 03/06/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,133.35 | 03/06/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,133.35 | 03/06/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,916.01 | 03/06/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,356.05 | 03/06/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,964.57 | 03/06/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,011.79 | 03/06/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 233,155.07 | 03/07/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,623.09 | 03/07/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 68,734.17 | 03/07/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,745.17 | 03/07/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,704.78 | 03/07/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,382.70 | 03/07/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 215,473.73 | 03/08/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,073.97 | 03/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,986.31 | 03/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,986.31 | 03/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,559.99 | 03/08/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 74.36 | 03/08/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,076.75 | 03/08/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 40,481.46 | 03/08/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 47,721.00 | 03/09/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 428.62 | 03/10/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 180,952.19 | 03/11/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,673.05 | 03/11/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 64,944.74 | 03/11/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 631.80 | 03/11/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 90,939.90 | 03/11/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,009.16 | 03/11/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,356.89 | 03/11/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,733.06 | 03/11/2024 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,432.84 | 03/11/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 245,197.56 | 03/12/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,779.31 | 03/12/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 798.03 | 03/12/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 798.03 | 03/12/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,824.17 | 03/12/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 157.92 | 03/12/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,445.03 | 03/12/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 22,257.33 | 03/12/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 100,610.76 | 03/13/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,292.43 | 03/13/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                                 Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,549.92 | 03/13/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 871.64 | 03/13/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,517.90 | 03/13/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 23,209.79 | 03/13/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 190,891.68 | 03/14/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,211.35 | 03/14/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,527.33 | 03/14/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,386.97 | 03/14/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,165.00 | 03/14/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,244.01 | 03/14/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 175,166.41 | 03/15/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,426.97 | 03/15/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 86,584.27 | 03/15/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 200.51 | 03/15/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,365.67 | 03/15/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,585.77 | 03/15/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 38,658.15 | 03/16/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 148,319.11 | 03/18/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,726.42 | 03/18/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,359.21 | 03/18/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,036.97 | 03/18/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 91,933.27 | 03/18/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,754.98 | 03/18/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,056.05 | 03/18/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,000.44 | 03/18/2024 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,574.43 | 03/18/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 210,597.87 | 03/19/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,467.34 | 03/19/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,251.12 | 03/19/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,251.12 | 03/19/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,971.78 | 03/19/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,061.98 | 03/19/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,726.84 | 03/19/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 113,172.02 | 03/20/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,127.67 | 03/20/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,386.43 | 03/20/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,386.43 | 03/20/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,065.81 | 03/20/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 134.16 | 03/20/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,729.33 | 03/20/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 24,439.45 | 03/20/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 193,833.65 | 03/21/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,865.52 | 03/21/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,038.38 | 03/21/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,560.18 | 03/21/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,769.96 | 03/21/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,476.38 | 03/21/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 171,326.29 | 03/22/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,686.27 | 03/22/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 54,290.06 | 03/22/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,545.80 | 03/22/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,139.19 | 03/22/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 42,867.83 | 03/23/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 151,596.21 | 03/25/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,677.63 | 03/25/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,677.37 | 03/25/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 881.96 | 03/25/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 82,915.28 | 03/25/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,605.86 | 03/25/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,204.63 | 03/25/2024 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,156.68 | 03/25/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,356.97 | 03/25/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 235,928.26 | 03/26/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,630.31 | 03/26/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,507.60 | 03/26/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,507.60 | 03/26/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                        Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,702.65 | 03/26/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,133.90 | 03/26/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,519.18 | 03/26/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 129,984.35 | 03/27/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,760.41 | 03/27/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 451.28 | 03/27/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 451.28 | 03/27/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,501.10 | 03/27/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,651.98 | 03/27/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,762.54 | 03/27/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 21,173.19 | 03/27/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 219,076.31 | 03/28/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,564.43 | 03/28/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 51,532.89 | 03/28/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,059.42 | 03/28/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,951.41 | 03/28/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 179,571.36 | 03/29/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,859.16 | 03/29/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 99,909.01 | 03/29/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,478.21 | 03/29/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,198.31 | 03/29/2024 | Liquor account funding |
| THAI UNION GROUP PUBLIC COMPANY LTD 72/1 MOO 7, SETHAKIT 1 ROAD, TARSRAI SUB-DISTRICT MUEANG SAMUT SAKHON SAMUT SAKHON, 74000 THAILAND | Affiliate entity | $ 8,593.85 | 03/29/2024 | Reimbursement of employee-related expenses |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 40,613.82 | 03/30/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 314.97 | 03/31/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 140,649.86 | 04/01/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,549.95 | 04/01/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 684.05 | 04/01/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 684.05 | 04/01/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 50,718.45 | 04/01/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,000.61 | 04/01/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 86,061.78 | 04/01/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,561.05 | 04/01/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,770.31 | 04/01/2024 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,661.33 | 04/01/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,503.49 | 04/01/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 227,387.96 | 04/02 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,999.07 | 04/02/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 372.59 | 04/02/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 372.59 | 04/02/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,467.61 | 04/02/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,324.27 | 04/02/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,747.57 | 04/02/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 116,468.32 | 04/03/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,160.07 | 04/03/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 25,317.30 | 04/03/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,416.71 | 04/03/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,216.75 | 04/03/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,122.49 | 04/03/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 185,973.61 | 04/04/2024 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,719.32 | 04/04/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 60,260.39 | 04/04/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,089.42 | 04/04/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,117.49 | 04/04/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,446.54 | 04/04/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 189,537.24 | 04/05/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,409.58 | 04/05/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 76,570.13 | 04/05/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,515.80 | 04/05/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 61,047.25 | 04/05/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 34,348.63 | 04/06/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 141,456.12 | 04/08/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,519.92 | 04/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,311.19 | 04/08/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,097.71 | 04/08/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 72,019.48 | 04/08/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,611.20 | 04/08/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,562.72 | 04/08/2024 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,607.74 | 04/08/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,452.61 | 04/08/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 216,148.36 | 04/09/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,613.39 | 04/09/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,263.92 | 04/09/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,263.92 | 04/09/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 32,793.55 | 04/09/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,062.90 | 04/09/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,770.28 | 04/09/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 98,672.31 | 04/10/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,280.52 | 04/10/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 51,393.60 | 04/10/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 587.85 | 04/10/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,119.48 | 04/10/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 26,070.12 | 04/10/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 225.00 | 04/10/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 169,204.39 | 04/11/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,804.10 | 04/11/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 59,830.00 | 04/11/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,025.08 | 04/11/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,060.97 | 04/11/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 42,562.12 | 04/11/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 183,832.87 | 04/12/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,759.03 | 04/12/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 366.80 | 04/12/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 366.80 | 04/12/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 61,859.28 | 04/12/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 905.27 | 04/12/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,703.01 | 04/12/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 50,772.15 | 04/12/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 33,353.40 | 04/13/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 122,525.45 | 04/15/2024 | Inventory food purchase (through custom distribution arrangement) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,794.94 | 04/15/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 46,714.86 | 04/15/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,264.01 | 04/15/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 75,046.97 | 04/15/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,106.85 | 04/15/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,131.65 | 04/15/2024 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,055.28 | 04/15/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,430.86 | 04/15/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 201,725.71 | 04/16/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,090.60 | 04/16/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 566.06 | 04/16/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 566.06 | 04/16/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 36,480.38 | 04/16/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,030.06 | 04/16/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,041.34 | 04/16/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 115,142.64 | 04/17/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,321.03 | 04/17/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,507.13 | 04/17/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,507.13 | 04/17/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,375.38 | 04/17/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 214.73 | 04/17/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,400.91 | 04/17/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,689.88 | 04/17/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 168,473.20 | 04/18/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,234.34 | 04/18/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 58,195.48 | 04/18/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 930.18 | 04/18/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,207.26 | 04/18/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,674.87 | 04/18/2024 | Liquor account funding |
| RL CARES, INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 24,194.31 | 04/18/2024 | Remittance of employee charitable contributions |
| RL CARES, INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 23,900.11 | 04/18/2024 | Remittance of employee charitable contributions |
| RL CARES, INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 20,108.48 | 04/18/2024 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 159,809.28 | 04/19/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,485.98 | 04/19/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,115.61 | 04/19/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 556.50 | 04/19/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,824.81 | 04/19/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 30,304.22 | 04/19/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 32,358.41 | 04/20/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 718.43 | 04/21/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 108,129.56 | 04/22/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,579.31 | 04/22/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,120.86 | 04/22/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,741.69 | 04/22/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 74,304.76 | 04/22/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,464.98 | 04/22/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,278.94 | 04/22/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,856.08 | 04/22/2024 | Liquor account funding |
| RL OF JONESBORO INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,384.41 | 04/22/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 175,490.38 | 04/23/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,099.06 | 04/23/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 19,177.98 | 04/23/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,611.94 | 04/23/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,631.93 | 04/23/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 101,773.94 | 04/24/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,721.76 | 04/24/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 521.70 | 04/24/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 521.70 | 04/24/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 17,803.55 | 04/24/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,188.27 | 04/24/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,972.41 | 04/24/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 19,501.41 | 04/24/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 167,485.08 | 04/25/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,592.31 | 04/25/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 43,786.23 | 04/25/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 752.29 | 04/25/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,715.00 | 04/25/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                                                  Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,604.45 | 04/25/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 154,572.60 | 04/26/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,820.00 | 04/26/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 801.46 | 04/26/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 801.46 | 04/26/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 50,062.67 | 04/26/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,835.20 | 04/26/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 31,911.37 | 04/26/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 31,467.18 | 04/27/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 136,264.85 | 04/29/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,758.64 | 04/29/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 44,188.59 | 04/29/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 198.73 | 04/29/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 73,995.96 | 04/29/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,676.04 | 04/29/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 24,872.20 | 04/29/2024 | Liquor account funding |
| RL BILLINGS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,774.00 | 04/29/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,418.56 | 04/29/2024 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 203,050.95 | 04/30/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,068.96 | 04/30/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,844.35 | 04/30/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,844.35 | 04/30/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 13,431.92 | 04/30/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 140.69 | 04/30/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,411.54 | 04/30/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,313.16 | 04/30/2024 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 142,165.81 | 05/01/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,478.77 | 05/01/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 35,323.29 | 05/01/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 445.00 | 05/01/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,913.74 | 05/01/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,390.98 | 05/01/2024 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 205,458.86 | 05/02/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,899.40 | 05/02/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 63,516.52 | 05/02/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 1,116.62 | 05/02/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,930.13 | 05/02/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 39,896.42 | 05/02/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 186,936.06 | 05/03/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,050.74 | 05/03/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 103,409.73 | 05/03/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 9,571.13 | 05/03/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 45,082.38 | 05/03/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 36,897.22 | 05/04/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 188,026.79 | 05/06/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,375.43 | 05/06/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 52,662.41 | 05/06/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,055.43 | 05/06/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 68,290.29 | 05/06/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,653.68 | 05/06/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 29,922.27 | 05/06/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,626.12 | 05/06/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,778.40 | 05/06/2024 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 301,889.22 | 05/07/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,896.70 | 05/07/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,204.64 | 05/07/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 4,204.64 | 05/07/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 38,780.18 | 05/07/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,305.35 | 05/07/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,946.51 | 05/07/2024 | Liquor account funding |
| CHICKEN OF THE SEA<br>FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 198,805.19 | 05/08/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,887.90 | 05/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 528.70 | 05/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 528.70 | 05/08/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,541.40 | 05/08/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,171.23 | 05/08/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,818.72 | 05/08/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 33,467.48 | 05/08/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 257,042.36 | 05/09/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,744.03 | 05/09/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 57,425.26 | 05/09/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,768.49 | 05/09/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,845.62 | 05/09/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 55,266.98 | 05/09/2024 | Liquor account funding |
| RL CARES, INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 582.57 | 05/09/2024 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 237,467.37 | 05/10/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 10,484.67 | 05/10/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 66,385.67 | 05/10/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 486.77 | 05/10/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 8,111.92 | 05/10/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 47,258.24 | 05/10/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 34,793.35 | 05/11/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 147.47 | 05/12/2024 | Inventory food purchase (through custom distribution arrangement) |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 80,443.52 | 05/13/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,203.22 | 05/13/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 59,471.32 | 05/13/2024 | Liquor account funding |
| RED LOBSTER OF KANSAS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 171.97 | 05/13/2024 | Liquor account funding |
| RED LOBSTER OF TEXAS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 116,953.41 | 05/13/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 11,145.89 | 05/13/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 37,238.89 | 05/13/2024 | Liquor account funding |
| RL BILLINGS INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,169.94 | 05/13/2024 | Liquor account funding |
| RL OF JONESBORO INC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,730.73 | 05/13/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 164,359.40 | 05/14/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 14,162.98 | 05/14/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,931.58 | 05/14/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,931.58 | 05/14/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 34,142.54 | 05/14/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,268.74 | 05/14/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 20,136.93 | 05/14/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS<br>2150 E. GRAND AVE<br>EL SEGUNDO, CA 90245 | Affiliate entity | $ 87,255.45 | 05/15/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 12,541.23 | 05/15/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVE STE 800<br>ORLANDO, FL 32801-3344 | Affiliate entity | $ 15,520.44 | 05/15/2024 | Liquor account funding |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name and Address | Relationship to Debtor | Total Amount or Value | Dates | Reason for Payment or Transfer |
|---|---|---|---|---|
| RED LOBSTER OF KANSAS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 3,138.33 | 05/15/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,879.36 | 05/15/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 22,532.08 | 05/15/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 73,053.51 | 05/16/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 6,210.41 | 05/16/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 292,333.21 | 05/16/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 5,446.15 | 05/16/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 93,242.31 | 05/16/2024 | Liquor account funding |
| RL CARES, INC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Non-Debtor not-for-profit entity | $ 12,655.46 | 05/16/2024 | Remittance of employee charitable contributions |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 71,928.47 | 05/17/2024 | Inventory food purchase (through custom distribution arrangement) |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 7,987.37 | 05/17/2024 | Liquor account funding |
| RED LOBSTER HOSPITALITY LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 16,182.80 | 05/17/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 2,938.01 | 05/17/2024 | Liquor account funding |
| RED LOBSTER RESTAURANTS LLC 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Affiliate entity | $ 18,846.76 | 05/17/2024 | Liquor account funding |
| CHICKEN OF THE SEA FROZEN FOODS 2150 E. GRAND AVE EL SEGUNDO, CA 90245 | Affiliate entity | $ 11,270.67 | 05/18/2024 | Inventory food purchase (through custom distribution arrangement) |

**Debtor Name: Red Lobster Management LLC**

SOFA Question 4: Payments or other transfers of property made within 1 year before filing
Net Annual Activity

Case Number: 24-02486

| Debtor | Description | Trading Partner | Period | Beginning Balance | Ending Balance | Net Annual Activity Receivable / (Payable) |
|--------|-------------|-----------------|--------|-------------------|----------------|-----------------------------|
| Red Lobster Management LLC | Intercompany receivable from | Red Lobster Canada, Inc. | 4/30/2023 - 4/28/2024 | $ 25,227,732.89 | $ 13,192,404.72 | $ (12,035,328.17) |
| Red Lobster Management LLC | Intercompany receivable from | Red Lobster Hospitality LLC | 4/30/2023 - 4/28/2024 | $ 93,084,211.95 | $ 150,814,214.00 | $ 57,730,002.04 |
| Red Lobster Management LLC | Intercompany receivable from | Red Lobster International Holdings LLC | 4/30/2023 - 4/28/2024 | $ 6,071,288.78 | $ 5,823,485.40 | $ (247,803.38) |
| Red Lobster Management LLC | Intercompany receivable from | Red Lobster of Bel Air, Inc. | 4/30/2023 - 4/28/2024 | $ 350,794.54 | $ 556,778.22 | $ 205,983.68 |
| Red Lobster Management LLC | Intercompany receivable from | Red Lobster of Texas, Inc. | 4/30/2023 - 4/28/2024 | $ 1,958,494.27 | $ 401,541.55 | $ (1,556,952.72) |
| Red Lobster Management LLC | Intercompany receivable from | Red Lobster Restaurants LLC | 4/30/2023 - 4/28/2024 | $ 32,520,526.13 | $ 96,456,506.10 | $ 63,935,979.97 |
| Red Lobster Management LLC | Intercompany receivable from | Red Lobster Sourcing LLC | 4/30/2023 - 4/28/2024 | $ 58,778,786.43 | $ 24,854,784.93 | $ (33,924,001.51) |
| Red Lobster Management LLC | Intercompany receivable from | Red Lobster Supply LLC | 4/30/2023 - 4/28/2024 | $ 4,025,691.38 | $ - | $ (4,025,691.38) |
| Red Lobster Management LLC | Intercompany receivable from | RL Billings, Inc. | 4/30/2023 - 4/28/2024 | $ 28,045.10 | $ 41,938.51 | $ 13,893.41 |
| Red Lobster Management LLC | Intercompany receivable from | RL Columbia LLC | 4/30/2023 - 4/28/2024 | $ 903,295.34 | $ 1,149,659.55 | $ 246,364.21 |
| Red Lobster Management LLC | Intercompany receivable from | RL Intermediate Holdings | 4/30/2023 - 4/28/2024 | $ 640,782.00 | $ 683,353.92 | $ 42,571.92 |
| Red Lobster Management LLC | Intercompany receivable from | RL Kansas LLC | 4/30/2023 - 4/28/2024 | $ 1,584,179.28 | $ 2,745,518.47 | $ 1,161,339.19 |
| Red Lobster Management LLC | Intercompany receivable from | RL Maryland, Inc. | 4/30/2023 - 4/28/2024 | $ 374,880.07 | $ 876,509.77 | $ 501,629.70 |
| Red Lobster Management LLC | Intercompany receivable from | RL of Frederick, Inc. | 4/30/2023 - 4/28/2024 | $ 470,029.94 | $ 435,177.36 | $ (34,852.58) |
| Red Lobster Management LLC | Intercompany receivable from | RL of Jonesboro, Inc. | 4/30/2023 - 4/28/2024 | $ 92,763.88 | $ 202,370.82 | $ 109,606.94 |
| Red Lobster Management LLC | Intercompany payable to | Red Lobster Cares, Inc. | 4/30/2023 - 4/28/2024 | $ (1,102.37) | $ (7,354.78) | $ (6,252.41) |
| Red Lobster Management LLC | Intercompany payable to | RL Salisbury, LLC | 4/30/2023 - 4/28/2024 | $ (400,079.86) | $ (355,580.41) | $ 44,499.45 |
| Red Lobster Management LLC | Intercompany payable to | RLSV, Inc. | 4/30/2023 - 4/28/2024 | $ (79,724,777.34) | $ (82,852,382.34) | $ (3,127,605.00) |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| CONNORS, RICHARD V. RED LOBSTER MANAGEMENT LLC | | ADA Dispute | OFFICE OF THE ARIZONA ATTORNEY GENERAL CIVIL LITIGATION DIVISION, DIVISION OF CIVIL RIGHTS SECTION 400 WEST CONGRESS, SOUTH BUILDING, STE. S-315 TUCSON, AZ 85701 | Concluded |
| IPSOS V. RED LOBSTER MANAGEMENT LLC | 651226 / 2024 | ADA Dispute | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK 60 CENTRE ST. NEW YORK, NY 10007 | Pending |
| ALVEAR, ENRIQUE V. RED LOBSTER MANAGEMENT LLC | 1:24-CV-20601 | ADA Dispute | U.S. DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA 400 N. MIAMI AVE. MIAMI, FL 33128 | Pending |
| DEZZIE RAE MARSHALL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED V. RED LOBSTER MANAGEMENT LLC AND RED LOBSTER HOSPITALITY LLC | 2:21-CV-04789-JAK-MAR | Advertising Dispute | U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA 255 EAST TEMPLE STREET SUITE 180 LOS ANGELES, CA 90012 | Pending |
| DEZZI RAE MARSHALL V. RED LOBSTER MANAGEMENT LLC | 2:21-CV-04786-JAK-MAR | Class Action | U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA 350 W. 1ST ST., STE. 4311 LOS ANGELES, CA 90012 | Pending |
| IPSOS-INSIGHT, LLC VS. RED LOBSTER MANAGEMENT LLC | 651226/2024 | Collection Action | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK 60 CENTRE ST. NEW YORK, NY 10007 | Pending |
| ALEJANDRO RIOS V. RED LOBSTER MANAGEMENT LLC | 23PDSC02848 | General Liability | SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, SMALL CLAIMS 600 S COMMONWEALTH AVE. LOS ANGELES, CA 90005 | Concluded |
| SHYANNE RIOS V. RED LOBSTER MANAGEMENT LLC | 23PDSC02861 | General Liability | SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, SMALL CLAIMS 600 S COMMONWEALTH AVE. LOS ANGELES, CA 90005 | Concluded |
| PFS GROUP LLC V. RED LOBSTER MANAGEMENT LLC | 2022CV371730 | Landlord Breach of Contract | FULTON COUNTY SUPERIOR COURT 136 PRYOR ST., STE. C155 ATLANTA, GA 30303 | Concluded |
| BERNARD KERSHNER V. RED LOBSTER MANAGEMENT LLC | 2021-CA-013307 | Personal Injury | 15H JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FL 205 NORTH DIXIE HIGHWAY 3RD FLOOR WEST PALM BEACH, FL 33401 | Pending |
| ANGEL MORALES V. RED LOBSTER MANAGEMENT LLC | 2023CA003238 | Personal Injury | 18TH JUDICIAL CIRCUIT IN AND FOR SEMINOLE COUNTY 301 N PARK AVE SANFORD, FL 32771 | Pending |
| TRACY WALKER V. RED LOBSTER HOSPITALITY, LLC; RED LOBSTER MANAGEMENT, LLC; RED LOBSTER RESTAURANTS, LLC | 2022L007631 | Personal Injury | CIRCUIT COURT OF COOK COUNTY, IL 50 W. WASHINGTON SUITE 1001 CHICAGO, IL 60602 | Pending |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| GERALD GREGORY AND ALICICA GREGORY V. RED LOBSTER MANAGEMENT LLC | 22-LA-0934 | Personal Injury | CIRCUIT COURT TWENTIETH JUDICIAL CIRCUIT, ST. CLAIR COUNTY, IL 10 PUBLIC SQ BELLEVILLE, IL 62220 | Concluded |
| MYRA FIELDS-ROUSE V. THE RED LOBSTER; RED LOBSTER HOSPITALITY, LLC; RED LOBSTER RESTAURANTS, LLC; RED LOBSTER MANAGEMENT, LLC D/B/A RED LOBSTER; GOLDEN GATE PRIVATE EQUITY, INC. D/B/A GOLDEN STATE CAPITAL D/B/A RED LOBSTER | L-000106-21 | Personal Injury | COURT OF COMMON PLEAS LAW DIVISION, CAMDEN COUNTY 101 SOUTH 5TH STREET CAMDEN, NJ 08103 | Concluded |
| SANDRA GILL V. RED LOBSTER HOSPITALITY LLC; RED LOBSTER MANAGEMENT LLC; AND THAI UNION NORTH AMERICA INC. | GD 23-14071 | Personal Injury | COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PA 414 GRANT ST PITTSBURGH, PA 15219 | Pending |
| AISHA MCINTOSH V. RED LOBSTER RESTAURANTS LLC AND RED LOBSTER MANAGEMENT LLC | 200901779 | Personal Injury | COURT OF COMMON PLEAS PHILADELPHIA COUNTY, CIVIL ACTION 1400 JOHN F KENNEDY BLVD PHILADELPHIA, PA 19107 | Concluded |
| TADGRICK PEART V. RED LOBSTER RESTAURANTS LLC AND RED LOBSTER MANAGEMENT LLC | 200201974 | Personal Injury | COURT OF COMMON PLEAS PHILADELPHIA COUNTY, CIVIL ACTION 1400 JOHN F KENNEDY BLVD PHILADELPHIA, PA 19107 | Concluded |
| LUISA PEREZ V. RED LOBSTER MANAGEMENT LLC | 202202163 | Personal Injury | DISTRICT COURT OF HARRIS COUNTY, TX - 80TH JUDICIAL DISTRICT 201 CAROLINE ST. HOUSTON, TX 77002 | Concluded |
| HOWARD GARRETT V. RED LOBSTER HOSPITALITY LLC AND RED LOBSTER MANAGEMENT LLC | CJ-2022-01384 | Personal Injury | DISTRICT COURT OF TULSA COUNTY, STATE OF OKLAHOMA 500 S DENVER AVE TULSA, OK 74103 | Concluded |
| ROBERT WALKER V. RED LOBSTER MANAGEMENT LLC | 05-2021-CA-034389 | Personal Injury | EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FL 2825 JUDGE FRAN JAMIESON WAY MELBOURNE, FL 32940 | Pending |
| MELVIN SCOTT V. RED LOBSTER MANAGEMENT LLC | 35-2023-CA-001679 | Personal Injury | FIFTH JUDICIAL CIRCUIT IN AND FOR LAKE COUNTY, FL 550 W. MAIN ST. TAVARES, FL 32778 | Pending |
| KIMBERLY SEARCY V. RED LOBSTER MANAGEMENT LLC AND RED LOBSTER RESTAURANTS LLC | 1-390-20 | Personal Injury | FIRST CIRCUIT COURT OF KNOX COUNTY, TN AT KNOXVILLE 300 W MAIN ST KNOXVILLE, TN 37902 | Concluded |
| MARY JANE DAVIS AND CLETIS DAVIS V. RED LOBSTER RESTAURANTS LLC AND RED LOBSTER MANAGEMENT LLC | LACV 099157 | Personal Injury | IOWA DISTRICT COURT FOR LINN COUNTY 50 3RD AVENUE BRG CEDAR RAPIDS, IA 52401 | Concluded |

Debtor Name: Red Lobster Management LLC

Case Number: 24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| JOHN RAMALHO AND KRISITE RAMALHO V. RED LOBSTER RESTAURANTS, LLC; ARCP RL PORTFOLIO IV, LLC; RED LOBSTER HOSPITALITY, LLC; RED LOBSTER MANAGEMENT, LLC; FCPT HOLDINGS, LLC; GMRI, INC.; JOHN DOE/JANE DOE | 22-CI-000705 | Personal Injury | JEFFERSON CIRCUIT COURT, DIVISION 7, KY 700 W. JEFFERSON ST. LOUISVILLE, KY 40202 | Pending |
| KAREN SANSONE V. 5950 NORTH FEDERAL INVESTMENTS LLC, RED LOBSTER MANAGEMENT LLC, AND RED LOBSTER HOSPITALITY LLC | CACE-22-015270 | Personal Injury | SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FL 201 SE 6TH ST FORT LAUDERDALE, FL 33301 | Concluded |
| LINDA BROWN V. RED LOBSTER MANAGEMENT LLC | 21-SCCV-093685 | Personal Injury | STATE COURT OF BIBB COUNTY, GA 601 MULBERRY ST STE 101 MACON, GA 31201 | Concluded |
| ESPERANZA CARR V. RED LOBSTER RESTAURANTS LLC AND RED LOBSTER MANAGEMENT LLC | 21-A-3726 | Personal Injury | STATE COURT OF COBB COUNTY, GA 32 WADDELL STREET MARIETTA, GA 30090 | Pending |
| WILLIAM DENNINGHAM V. RED LOBSTER INTERMEDIATE HOLDINGS LLC; RED LOBSTER MANAGEMENT LLC; RED LOBSTER RESTAURANTS LLC D/B/A RED LOBSTER #34; JOHN DOES 1-10 | STSV2023000385 | Personal Injury | STATE COURT OF DOUGHERTY COUNTY, GA 225 PINE AVE STE 311 ALBANY, GA 31701 | Pending |
| SAUNDRIA STUBBS V. ARCP RL PORTFOLIO VII, LLC; RED LOBSTER HOSPITALITY, LLC; RED LOBSTER MANAGEMENT, LLC; AND RED LOBSTER #389 | 2022-197925-NO | Personal Injury | STATE OF MICHIGAN IN THE OAKLAND COUNTY CIRCUIT COURT 1200 N TELEGRAPH RD PONTIAC, MI 48341 | Concluded |
| JACQUELINE MACK FOR MARCELLUS MOFFIT 7 YO GRANDSON V. RED LOBSTER MANAGEMENT LLC | SC-000511-20/KI | Personal Injury | STATE OF NEW YORK, COUNTY OF KINGS, CIVIL COURT OF THE CITY OF NEW YORK SMALL CLAIM PART 141 LIVINGSTON ST. BROOKLYN, NY 11201 | Concluded |
| ERNEST VASQUEZ V. RED LOBSTER HOSPITALITY, LLC; RED LOBSTER MANAGEMENT, LLC; LEONA TUCK | CIVDS2102294 | Personal Injury | SUPERIOR CORUT OF THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO 655 W 2ND ST SAN BERNARDINO, CA 92410 | Concluded |
| FAYE PORTER V. RED LOBSTER MANAGEMENT LLC | CIV DS2009563 | Personal Injury | SUPERIOR CORUT OF THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO 655 W 2ND ST SAN BERNARDINO, CA 92410 | Concluded |
| SMOKEY SPARKS V. RED LOBSTER MANAGEMENT LLC | CIV SB 2317839 | Personal Injury | SUPERIOR CORUT OF THE STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO 655 W 2ND ST SAN BERNARDINO, CA 92410 | Pending |

Debtor Name:  Red Lobster Management LLC                                              Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| ERICH WHITEFORD V. RED LOBSTER HOSPITALITY LLC, CHAVAN KB & KK LIVING TRUST, RED LOBSTER MANAGEMENT, LLC, AND DOES 1 TO 25 | CIVSB2324052 | Personal Injury | SUPERIOR COURT OF CA, COUNTY OF SAN BERNARDINO, SAN BERNARDINO DISTRICT 247 WEST THIRD STREET SAN BERNARDINO, CA 92415 | Pending |
| TAMELIA DOWELL V. GMRI, INC., RED LOBSTER RESTAURANTS LLC, RED LOBSTER MANAGEMENT LLC | SU2023CV000547 | Personal Injury | SUPERIOR COURT OF MUSCOGEE COUNTY, GA 100 10TH ST STE 2 COLUMBUS, GA 31901 | Pending |
| DOROTHY SMERKO V. RED LOBSTER MANAGEMENT LLC, RED LOBSTER RESTAURANTS, LLC, JOHN DOES, XYZ CORPORATIONS | MID-L-7067-19 | Personal Injury | SUPERIOR COURT OF NEW JERSEY LAW DIVISION MIDDLESEX COUNTY 56 PATERSON ST NEW BRUNSWICK, NJ 08901 | Concluded |
| MIA ALERS-ALVIRA V. RED LOBSTER RESTAURANT, INC. (D.B.A. RED LOBSTER # 6314); RED LOBSTER HOSPITALITY, LLC; RED LOBSTER MANAGEMENT, LLC; THE PLAZA AT HARMON MEADOW; HARTZ MOUNTAIN INDUSTRIES; ABC CORP. 1-20; ABC MAINTENANCE 1-20; JOHN/JANE DOES 1-20 | HUD-L-3263-16 | Personal Injury | SUPERIOR COURT OF NEW JERSEY, HUDSON COUNTY 595 NEWARK AVENUE JERSEY CITY, NJ 07306 | Concluded |
| ADRIENNE SIMMONS V. RED LOBSTER MANAGEMENT LLC, JOHN DOES, ABC COS, AND XYZ CORPS | HUD-L-2583-21 | Personal Injury | SUPERIOR COURT OF NEW JERSEY, HUDSON COUNTY - LAW DIVISION 595 NEWARK AVENUE JERSEY CITY, NJ 07306 | Concluded |
| MACKENZIE PRATE, A MINOR BY HER MOTHER AND GUARDIAN AD LITEM, CAITLIN PRATE V. RED LOBSTER, RED LOBSTER MANAGEMENT LLC, RED LOBSTER HOSPITALITY, LLC, JOHN DOES 1-10, JACK ROES 1-10, RL EMPLOYEE 1 AND MARY DOES 1-10 | GLO-L-974-23 | Personal Injury | SUPERIOR COURT OF NEW JERSEY, LAW DIVISION, GLOUCESTER COUNTY 70 HUNTER ST WOODBURY, NJ 08096 | Pending |
| MELISSA RANDAZZO AND DAVID ONTIVEROS V. RFP RED LOBSTER, LLC; RED LOBSTER HOSPITALITY, LLC; RED LOBSTER MANAGEMENT, LLC; TERRY BAINBRIDGE; DOES | 21STCV40424 | Personal Injury | SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES 600 S COMMONWEALTH AVE LOS ANGELES, CA 90005 | Pending |
| VIESA BROWN ONUNKWO V. RED LOBSTER MANAGEMENT LLC | 21STCV24303 | Personal Injury | SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CENTRAL DISTRICT 600 S COMMONWEALTH AVE LOS ANGELES, CA 90005 | Concluded |
| CHRISTINE SALAMATIN V. RED LOBSTER HOSPITALITY LLC; RED LOBSTER MANAGEMENT LLC; FCPT HOLDINGS, LLC | N23C-07-140 TBA | Personal Injury | SUPERIOR COURT OF THE STATE OF DELAWARE 500 N KING ST WILMINGTON, DE 19801 | Pending |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| ELEASIA BLACKMAN V. RED LOBSTER HOSPITALITY LLC AND RED LOBSTER MANAGEMENT LLC | 901908/2017 | Personal Injury | SUPREME COURT OF THE STATE OF NEW YORK, ALBANY COUNTY ALBANY COUNTY COURTHOUSE ROOM 102 16 EAGLE STREET ALBANY, NY 12207 | Pending |
| WILLIAM COLLAZO AS ADMINISTRATOR OF THE GOODS CHATTLES AND CREDITS OF THE ESTATE OF MIGDALIA COLON AND WILLIAM COLLAZO INDIVIDUALLY V. RED LOBSTER HOSPITALITY LLC, RED LOBSTER MANAGEMENT LLC, AND RED LOBSTER | 31779/2018E | Personal Injury | SUPREME COURT OF THE STATE OF NEW YORK, BRONX COUNTY 851 GRAND CONCOURSE BRONX, NY 10451 | Pending |
| KENNETH SCHEBEN V. RED LOBSTER HOSPITALITY LLC D/B/A RED LOBSTER MANAGEMENT, LLC; KIR COPIAGUE, L.P., AND KIMCO REALTY CORPORATION | 611909-18 | Personal Injury | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF SUFFOLK 1 COURT ST RIVERHEAD, NY 11901 | Pending |
| TIFFANY FRISBY V. RED LOBSTER HOSPITALITY LLC AND RED LOBSTER MANAGEMENT LLC | 605395/2021 | Personal Injury | SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF SUFFOLK 1 COURT ST RIVERHEAD, NY 11901 | Concluded |
| DAMARYS GUZMAN-PIZZARO A/K/A DAMARIS GUZMAN PIZZARO V. GREEN ACRES MALL, L.L.C., RED LOBSTER HOSPITALITY, LLC; RED LOBSTER MANAGEMENT LLC; AND RED LOBSTER INTERMEDIATE HOLDINGS | 526066/2018 | Personal Injury | SUPREME COURT OF THE STATE OF NEW YORK, KINGS COUNTY 360 ADAMS ST BROOKLYN, NY 11201 | Pending |
| ANATRA D. MAHONEY V. RED LOBSTER MANAGEMENT LLC AND RED LOBSTER HOSPITALITY, LLC | 21-CA-006372 | Personal Injury | THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FL 800 E TWIGGS ST TAMPA, FL 33602 | Concluded |
| MADISON WILLIAMS V. RED LOBSTER HOSPITALITY LLC; RED LOBSTER MANAGEMENT LLC; ESUE, LLC, FLORIDA SE, INC.; FLORIDA SE, LLC | 41-2020-CA-001025-CAAXMA | Personal Injury | TWELFTH JUDICIAL CIRCUIT IN AND FOR MANATEE COUNTY, FL 1111 6TH AVE W BRADENTON, FL 34205 | Concluded |
| GUY-POWELL, ET AL. V. RED LOBSTER MANAGEMENT LLC | 2022CH08365 | Privacy Dispute | COOK COUNTY, ILLINOIS CIRCUIT COURT, CHANCERY DIVISION 50 W. WASHINGTON ST., ROOM 802 CHICAGO, IL 60602 | Concluded |
| ENRIQUE ALVEAR VS. RED LOBSTER MANAGEMENT LLC | 24-CV-20601 | Regulatory | US DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA 400 NORTH MIAMI AVE. MIAMI, FL 33128 | Pending |

Debtor Name:  Red Lobster Management LLC                                                                      Case Number:   24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of Case | Court Name and Address | Status |
|---|---|---|---|---|
| W VENTURES I LLC D/B/A FISH WINDOW CLEANING V. RED LOBSTER MANAGEMENT LLC | MDJ-24-1-02 | Vendor Dispute | MAGISTERIAL DISTRICT COURT COMMONWEALTH OF PENNSYLVANIA COUNTY OF BLAIR 2601 5TH AVE. ALTOONA, PA 16602 | Pending |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 9:** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

| Recipient Name and Address | Relationship to Debtor | Description | Date | Value |
|---|---|---|---|---|
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | June 2022 | $ 146.60 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | August 2022 | $ 256.85 |
| MAKE-A-WISH FOUNDATION OF AMERICA<br>1702 E HIGHLAND AVE STE 400<br>PHOENIX, AZ 85016-4630 | | Cash Donations | 08/12/2022 | $ 10,000.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | November 2022 | $ 185.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | December 2022 | $ 253.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | January 2023 | $ 790.54 |
| HEART OF FLORIDA UNITED WAY*<br>1940 TRAYLOR BLVD<br>ORLANDO, FL 328044714 | | Cash Donations | 01/03/2023 | $ 5,000.00 |
| UNIVERSITY OF MAINE FOUNDATION<br>TWO ALUMNI PLACE<br>ORONO, ME 04469-5792 | | Cash Donations | 01/26/2023 | $ 75,000.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | February 2023 | $ 243.14 |

Debtor Name:  Red Lobster Management LLC                                                           Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 9:** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

| Recipient Name and Address | Relationship to Debtor | Description | Date | Value |
|---|---|---|---|---|
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | March 2023 | $ 61.25 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | April 2023 | $ 75.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | May 2023 | $ 25.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | June 2023 | $ 146.60 |
| MAKE-A-WISH FOUNDATION OF AMERICA<br>1702 E HIGHLAND AVE STE 400<br>PHOENIX, AZ 85016-4630 | | Cash Donations | 07/24/2023 | $ 266,497.77 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | August 2023 | $ 256.85 |
| WORLD WILDLIFE FUND INC<br>1250 24TH ST NW<br>WASHINGTON, DC 20037-1193 | | Cash Donations | 08/01/2023 | $ 30,000.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | October 2023 | $ 10.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | November 2023 | $ 438.00 |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 9:** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

| Recipient Name and Address | Relationship to Debtor | Description | Date | Value |
|---|---|---|---|---|
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | December 2023 | $ 175.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | January 2024 | $ 108.68 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | February 2024 | $ 900.00 |
| RL CARES<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | Horace G. Dawson III, Former Chief Executive Officer and General Counsel of Red Lobster Management LLC, is a Director and Treasurer. Susan Pavel, EVP and Chief People Officer of Red Lobster Management LLC, is a Director and the President. | Cash Donations | March 2024 | $ 101.25 |
| MAKE-A-WISH FOUNDATION OF AMERICA<br>1702 E HIGHLAND AVE STE 400<br>PHOENIX, AZ 85016-4630 | | Cash Donations | 03/29/2024 | $559.25 |
| MAKE-A-WISH FOUNDATION OF AMERICA<br>1702 E HIGHLAND AVE STE 400<br>PHOENIX, AZ 85016-4630 | | Cash Donations | 04/15/2024 | $ 30,000.00 |
| MAKE-A-WISH FOUNDATION OF AMERICA<br>1702 E HIGHLAND AVE STE 400<br>PHOENIX, AZ 85016-4630 | | Cash Donations | 05/19/2024 | $30,000.00 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 10:**  All losses from fire, theft, or other casualty within 1 year before filing this case.

| Description of Property | Amount of Payments | Date of Loss | Value |
|---|---|---|---|
| Property Damage - Vehicle (Accident) at RL Store #No Site Code | | 07/20/2023 | Undetermined |
| Property Damage - Vehicle (Accident) at RL Store #No Site Code | | 11/03/2023 | Undetermined |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Who was paid or who received the transfer? | Email or website | Who made payment, if not the debtor? | If not money, describe any property transferred | Date | Amount |
|---|---|---|---|---|---|
| ALIXPARTNERS LLP<br>909 3RD AVE<br>NEW YORK, NY 10022 | https://www.alixpartners.com/ | | | 11/13/2023 | $ 750,000.00 |
| WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153-0119 | https://www.weil.com/ | | | 11/22/2023 | $ 749,913.00 |
| WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153-0119 | https://www.weil.com/ | | | 12/01/2023 | $ 700,000.00 |
| WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153-0119 | https://www.weil.com/ | | | 12/11/2023 | $ 802,163.40 |
| WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153-0119 | https://www.weil.com/ | | | 12/18/2023 | $ 509,864.28 |
| WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153-0119 | https://www.weil.com/ | | | 12/22/2023 | $ 791,628.63 |
| WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153-0119 | https://www.weil.com/ | | | 12/29/2023 | $ 428,252.83 |
| ALVAREZ & MARSAL NORTH AMERICA LLC<br>600 MADISON AVE FL 8<br>NEW YORK, NY 10022-1758 | https://www.alvarezandmarsal.com/ | | | 02/07/2024 | $ 500,000.00 |
| ALVAREZ & MARSAL NORTH AMERICA LLC<br>600 MADISON AVE FL 8<br>NEW YORK, NY 10022-1758 | https://www.alvarezandmarsal.com/ | | | 02/15/2024 | $ 374,792.28 |
| ALIXPARTNERS LLP<br>909 3RD AVE<br>NEW YORK, NY 10022 | https://www.alixpartners.com/ | | | 02/16/2024 | $ 517,071.90 |
| ALIXPARTNERS LLP<br>909 3RD AVE<br>NEW YORK, NY 10022 | https://www.alixpartners.com/ | | | 02/21/2024 | $ 402,479.37 |
| ALVAREZ & MARSAL NORTH AMERICA LLC<br>600 MADISON AVE FL 8<br>NEW YORK, NY 10022-1758 | https://www.alvarezandmarsal.com/ | | | 02/21/2024 | $ 473,880.86 |
| ALIXPARTNERS LLP<br>909 3RD AVE<br>NEW YORK, NY 10022 | https://www.alixpartners.com/ | | | 02/28/2024 | $ 682,239.83 |
| ALVAREZ & MARSAL NORTH AMERICA LLC<br>600 MADISON AVE FL 8<br>NEW YORK, NY 10022-1758 | https://www.alvarezandmarsal.com/ | | | 02/28/2024 | $ 248,708.95 |
| ALVAREZ & MARSAL NORTH AMERICA LLC<br>600 MADISON AVE FL 8<br>NEW YORK, NY 10022-1758 | https://www.alvarezandmarsal.com/ | | | 03/07/2024 | $ 291,704.71 |
| ALIXPARTNERS LLP<br>909 3RD AVE<br>NEW YORK, NY 10022 | https://www.alixpartners.com/ | | | 03/08/2024 | $ 376,792.05 |
| ALIXPARTNERS LLP<br>909 3RD AVE<br>NEW YORK, NY 10022 | https://www.alixpartners.com/ | | | 03/14/2024 | $ 348,429.00 |
| ALVAREZ & MARSAL NORTH AMERICA LLC<br>600 MADISON AVE FL 8<br>NEW YORK, NY 10022-1758 | https://www.alvarezandmarsal.com/ | | | 03/14/2024 | $ 265,648.23 |
| KING & SPALDING LLP<br>1180 PEACHTREE STREET, NE<br>SUITE 1600<br>ATLANTA, GA 30309 | https://www.kslaw.com/ | | | 03/18/2024 | $ 1,000,000.00 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Who was paid or who received the transfer? | Email or website | Who made payment, if not the debtor? | If not money, describe any property transferred | Date | Amount |
|---|---|---|---|---|---|
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarez andmarsal.com/ | | | 03/22/2024 | $ 246,271.29 |
| BERGER SINGERMAN LLP 300 SOUTH ORANGE AVENUE SUITE 1000 ORLANDO, FL 32801 | https://www.bergers ingerman.com/ | | | 03/27/2024 | $ 350,000.00 |
| ALIXPARTNERS LLP 909 3RD AVE NEW YORK, NY 10022 | https://www.alixpart ners.com/ | | | 03/29/2024 | $ 614,882.68 |
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarez andmarsal.com/ | | | 03/29/2024 | $ 313,587.80 |
| KING & SPALDING LLP 1180 PEACHTREE STREET, NE SUITE 1600 ATLANTA, GA 30309 | https://www.kslaw.c om/ | | | 04/03/2024 | $ 481,952.00 |
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarez andmarsal.com/ | | | 04/04/2024 | $ 323,857.15 |
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarez andmarsal.com/ | | | 04/10/2024 | $ 412,221.55 |
| BLAKE, CASSELS & GRAYDON LLP 199 BAY STREET SUITE 4000 COMMERCE COURT WEST TORONTO, ON MGL 1A9 CANADA | https://www.blakes. com/ | | | 04/10/2024 | 50,000.00 |
| KING & SPALDING LLP 1180 PEACHTREE STREET, NE SUITE 1600 ATLANTA, GA 30309 | https://www.kslaw.c om/ | | | 04/11/2024 | $ 208,445.50 |
| HILCO GLOBAL 5 REVERE DR SUITE 206 NORTHBROOK, IL 60062 | https://hilcoglobal.c om/ | | | 04/11/2024 | $ 100,000.00 |
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarez andmarsal.com/ | | | 04/15/2024 | $ 291,012.37 |
| KING & SPALDING LLP 1180 PEACHTREE STREET, NE SUITE 1600 ATLANTA, GA 30309 | https://www.kslaw.c om/ | | | 04/18/2024 | $ 467,658.22 |
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarez andmarsal.com/ | | | 04/18/2024 | $ 370,035.06 |
| KING & SPALDING LLP 1180 PEACHTREE STREET, NE SUITE 1600 ATLANTA, GA 30309 | https://www.kslaw.c om/ | | | 04/25/2024 | $ 200,577.50 |
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarez andmarsal.com/ | | | 04/25/2024 | $ 322,316.52 |

Debtor Name:  Red Lobster Management LLC                                                            Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 11:** Payments related to bankruptcy

| Who was paid or who received the transfer? | Email or website | Who made payment, if not the debtor? | If not money, describe any property transferred | Date | Amount |
|---|---|---|---|---|---|
| BERGER SINGERMAN LLP 300 SOUTH ORANGE AVENUE SUITE 1000 ORLANDO, FL 32801 | https://www.bergersingerman.com/ | | | 04/25/2024 | $ 81,495.93 |
| HILCO GLOBAL 5 REVERE DR SUITE 206 NORTHBROOK, IL 60062 | https://hilcoglobal.com/ | | | 04/25/2024 | $ 100,000.00 |
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarezandmarsal.com/ | | | 05/02/2024 | $ 366,328.24 |
| KING & SPALDING LLP 1180 PEACHTREE STREET, NE SUITE 1600 ATLANTA, GA 30309 | https://www.kslaw.com/ | | | 05/02/2024 | $ 298,628.37 |
| EPIQ CORPORATE RESTRUCTURING LLC 777 THIRD AVENUE 12TH FLOOR NEW YORK, NY 10017 | https://www.epiqglobal.com/en-us | | | 05/02/2024 | $ 25,000.00 |
| KING & SPALDING LLP 1180 PEACHTREE STREET, NE SUITE 1600 ATLANTA, GA 30309 | https://www.kslaw.com/ | | | 05/09/2024 | $ 360,825.00 |
| BERGER SINGERMAN LLP 300 SOUTH ORANGE AVENUE SUITE 1000 ORLANDO, FL 32801 | https://www.bergersingerman.com/ | | | 05/09/2024 | $ 79,421.16 |
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarezandmarsal.com/ | | | 05/10/2024 | $ 372,264.55 |
| BERGER SINGERMAN LLP 300 SOUTH ORANGE AVENUE SUITE 1000 ORLANDO, FL 32801 | https://www.bergersingerman.com/ | | | 05/16/2024 | $ 285,112.18 |
| KING & SPALDING LLP 1180 PEACHTREE STREET, NE SUITE 1600 ATLANTA, GA 30309 | https://www.kslaw.com/ | | | 05/16/2024 | $ 1,237,656.75 |
| ALVAREZ & MARSAL NORTH AMERICA LLC 600 MADISON AVE FL 8 NEW YORK, NY 10022-1758 | https://www.alvarezandmarsal.com/ | | | 05/16/2024 | $ 1,001,659.58 |
| EPIQ CORPORATE RESTRUCTURING LLC 777 THIRD AVENUE 12TH FLOOR NEW YORK, NY 10017 | https://www.epiqglobal.com/en-us | | | 05/16/2024 | $ 75,000.00 |
| HILCO GLOBAL 5 REVERE DR SUITE 206 NORTHBROOK, IL 60062 | https://hilcoglobal.com/ | | | 05/16/2024 | $ 9,397.06 |
| BLAKE, CASSELS & GRAYDON LLP 199 BAY STREET SUITE 4000 COMMERCE COURT WEST TORONTO, ON MGL 1A9 CANADA | https://www.blakes.com/ | | | 05/17/2024 | 187,333.39 |

Debtor Name:  Red Lobster Management LLC                                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 13:** Transfers not already listed on this statement

| Creditor Name and Address | Description of Property | Relationship to Debtor | Date | Amount |
|---|---|---|---|---|
| WELLS FARGO BANK NA<br>ACCOUNT ANALYSIS<br>NW 7091 PO BOX 1450<br>MINNEAPOLIS, MN 55485 | Sale of investments in brokerage account | None/Financial Institution | 09/22/2023 | $ 5,457,605.11 |

Debtor Name:  Red Lobster Management LLC                                                     Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 17:** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

| Name of Plan | EIN | Terminated? |
| --- | --- | --- |
| Deferred Compensation | 46-5136889 | No |
| Management Incentive Unit Plan | 46-5136889 | No |
| Red Lobster 401K Plan | 46-5136889 | No |
| Red Lobster Performance Unit Plan (RLPU) | 46-5136889 | No |

Debtor Name:  Red Lobster Management LLC                                                      Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 20:** Off-premises storage

| Storage Facility Name and Address | Access Names | Address | Contents | Still Have It |
|---|---|---|---|---|
| 3B2<br>55 A Concourse Way<br>Greer, SC 29650 United States | Steven Lovely | 55 A Concourse Way<br>Greer, SC 29650 United States | POS Terminals, Kitchen Display Systems | Yes |
| 3B2<br>35 B Concourse Way<br>Greer, SC 29650 United States | Steven Lovely | 35 B Concourse Way<br>Greer, SC 29650 United States | POS Terminals, Kitchen Display Systems | Yes |
| Ingenico<br>6190 Shiloh Crossing<br>Alpharetta, GA 30005 United States | General Manager | 6190 Shiloh Crossing<br>Alpharetta, GA 30005 United States | Payment Devices | Yes |
| Iron Mountain<br>2 Sun Court<br>Norcross, GA 30092 United States | General Manager | 2 Sun Court Norcross, GA 30092 United States | Paper records | Yes |
| SSI - Oak Brook<br>122 W 22nd St<br>Oat Brook, IL 60527 United States | Jon Leech | 122 W 22nd St Oat Brook, IL 60527 United States | Computer Equipment | Yes |
| SSI- Montogomery<br>2251 Cornell Ave<br>Montgomery, IL 60538 United States | Greg McArdle | 2251 Cornell Ave<br>Montgomery, IL 60538 United States | Computer Equipment | Yes |
| Suddath Orlando Warehouse<br>4850 LB McLeod Rd<br>Orlando, FL 32811 United States | Must contact warehouse for access | 4850 LB McLeod Rd<br>Orlando, FL 32811 United States | Kitchen Equipment, Samples and RSC / Non Restaurant Furniture | Yes |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 25:** Other businesses in which the debtor has or has had an interest

| Business Name and Address | Nature of Business Operation | EIN | Existed From | Existed To |
|---|---|---|---|---|
| RED LOBSTER CANADA, INC.<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 46-5304569 | 05/20/2018 | Present |
| RED LOBSTER HOSPITALITY LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 46-5125297 | 05/20/2018 | Present |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 47-1204661 | 05/20/2018 | Present |
| RED LOBSTER OF BEL AIR, INC.<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 52-1832240 | 05/20/2018 | Present |
| RED LOBSTER OF TEXAS, INC.<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 75-1421424 | 05/20/2018 | Present |
| RED LOBSTER RESTAURANTS LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 46-5134308 | 05/20/2018 | Present |
| RED LOBSTER SOURCING LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 46-5503075 | 05/20/2018 | Present |
| RL COLUMBIA LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 46-5377825 | 05/20/2018 | Present |
| RL KANSAS LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 46-5132396 | 05/20/2018 | Present |
| RL MARYLAND, INC.<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 52-1757185 | 05/20/2018 | Present |
| RL OF FREDERICK, INC.<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 52-1989184 | 05/20/2018 | Present |
| RL SALISBURY, LLC<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 47-1407836 | 05/20/2018 | Present |
| RLSV, INC.<br>450 S ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | International Seafood Restaurant Chain | 46-5146180 | 05/20/2018 | Present |

Debtor Name:  Red Lobster Management LLC

Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 26a:** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Name and Address | From | To |
|---|---|---|
| SCHMIDT,DAVID<br>450 SOUTH ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | 05/20/2022 | 09/09/2022 |
| CAPUTO,ADELE TAYLOR<br>450 SOUTH ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | 05/20/2022 | 09/16/2022 |
| MCCLAIN,PHILIP B<br>450 SOUTH ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | 05/20/2022 | 12/15/2023 |
| PEREIRA,MEERA<br>450 SOUTH ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | 05/20/2022 | Present |
| MEDLEY, STEPHANIE<br>450 SOUTH ORANGE AVENUE<br>SUITE 800<br>ORLANDO, FL 32801 | 02/05/2024 | Present |

Debtor Name:  Red Lobster Management LLC                                    Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 26d:** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issues a financial statement within 2 years before filing this case.

| Name and Address |
| --- |
| |

The Debtors have historically provided financial statements to various interested parties over the past two years, including, but not limited to, insurance carriers, lenders and financial institutions, landlords, material vendors, advisors and others. The Debtors do not maintain records of the parties who have requested or obtained copies.

Debtor Name:  Red Lobster Management LLC                                                                                   Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 28:** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position | % Interest |
|---|---|---|---|
| RED LOBSTER INTERMEDIATE HOLDINGS LLC | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Member | 100 |
| HIRSH, LAWRENCE R | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Independent Director | |
| TIBUS, JONATHAN | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Executive Officer | |
| HAUGHEY, NICHOLAS | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Chief Restructuring Officer | |
| MEDLEY, STEPHANIE B | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Executive Vice President, Chief Financial Officer and Treasurer | |
| BITTORF, SARA | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Executive Vice President, Chief Experience Officer | |
| HARRS, SHAWN | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Executive Vice President, Chief Information Officer | |
| LIVESAY, MATTHEW P | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Executive Vice President, Chief Procurement Officer | |
| PAVEL, SUSAN K | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Executive Vice President, Human Resources | |
| HERON, TONYA T | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Vice President, Division General Counsel and Secretary | |
| PEREIRA, MEERA | 450 S ORANGE AVE STE 800 ORLANDO, FL 32801-3344 | Vice President, Controller and Assistant Treasurer | |

Debtor Name:  Red Lobster Management LLC                                                                Case Number:  24-02486

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**SOFA Question 29:** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Name | Address | Position | Start | End |
|------|---------|----------|-------|-----|
| Kenny, Paul | 450 South Orange Avenue Suite 800 Orlando, FL | Interim Chief Executive Officer | 09/30/2022 | 09/06/2023 |
| Kenny, Paul | 450 South Orange Avenue Suite 800 Orlando, FL | Director / Manager | 09/30/2022 | 12/23/2023 |
| Tapanya, Trin | 450 South Orange Avenue Suite 800 Orlando, FL | Chief Operating Officer | 01/30/2022 | 03/24/2024 |
| Dawson, Horace G. III | 450 South Orange Avenue Suite 800 Orlando, FL | Chief Executive Officer; Former EVP, General Counsel | 09/18/2023 | 03/31/2024 |
| McClain, Philip | 450 South Orange Avenue Suite 800 Orlando, FL | EVP, Chief Financial Officer | 08/29/2022 | 12/15/2023 |
| Trevino, Patricia | 450 South Orange Avenue Suite 800 Orlando, FL | Chief Marketing Officer | 01/31/2022 | 05/12/2024 |
| Whitlow, Jarrett | 450 South Orange Avenue Suite 800 Orlando, FL | SVP Concept Development & International | 05/31/2021 | 08/13/2023 |
| Blanchette, Ray | 450 South Orange Avenue Suite 800 Orlando, FL | Chief Transformation Officer | 12/01/2023 | 03/15/2024 |
| Stamm, Robert | 450 South Orange Avenue Suite 800 Orlando, FL | SVP, Chief Development and Facilities Officer | 10/01/2018 | 06/22/2023 |
| Wentz, Douglas | 450 S Orange Avenue Suite 800 Orlando, FL | VP, General Counsel | 04/09/2001 | 10/01/2023 |