**ORDERED.**

**Dated: July 17, 2024**

*Grace E. Robson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER<br>Lead Case |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| Debtors. / | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

## **ORDER TO SHOW CAUSE WHY PLEADING SHOULD NOT BE UNSEALED**

THIS MATTER comes before the Court for entry of an appropriate order. On July 12, 2024, Wilkinson DeKalb Land Company, LLC ("Wilkinson") filed the *Objection of Wilkinson DeKalb Land Company, LLC to Cure Amount and Adequate Assurance* (the "Objection") (Doc. No. 552) under seal. The *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Enter into Stalking Horse Agreement and to Provide Bidding Protections Thereunder, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (VI) Granting Related Relief* (Doc. No. 386) provides that:

> Any Adequate Assurance Objection that includes confidential, non-public Adequate Assurance Information shall be filed under seal without the need to file a separate motion or obtain a further order of this Court pursuant to Local Bankruptcy Rule 5005-4 as this Order shall be deemed to grant the applicable Counterparty permission to file such objection under seal; provided, however, the Counterparty shall not be required to file its Adequate Assurance Objection under seal if disclosure of such confidential, non-public information is authorized by the Debtors and the Bidder with respect to which the Adequate Assurance Information pertains.

However, the Court, having reviewed the Objection, finds it appropriate for Wilkinson to provide an explanation as to what confidential, non-public Adequate Assurance information is contained therein such that it is appropriate to keep the pleading under seal. Accordingly, it is

**ORDERED** that by **July 26, 2024**, Wilkson shall file a pleading with the Court to show cause why the Objection (Doc. No. 552) should not be unsealed.

# # #

The Clerk's Office is directed to serve a copy of this Order on interested parties.