# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC. | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| Debtors._____/ | |

## NOTICE OF (I) CANCELLATION OF
## AUCTION AND (II) DESIGNATION OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that on May 20, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases filed a motion [ECF No. 49] with the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court") seeking entry of an order (the "Sale Procedures Order")[2] that, among other things, (i)(a) approves the Sale Procedures, (b) authorizes the Debtors to enter into the Stalking Horse Agreement and provide bidding protections thereunder, (c) schedules the Auction and approves

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Procedures Order.

13156700-1

the form and manner of notice thereof, (d) approves assumption and assignment procedures, and (e) schedules a Sale Hearing and approves the form and manner of notice thereof; (ii)(a) approves the Sale of the Debtors' assets free and clear of liens, claims, interests, and encumbrances and (b) approves the assumption and assignment of executory contracts and unexpired leases; and (iii) grants related relief.

**PLEASE TAKE FURTHER NOTICE** that on May 19, 2024, the Debtors entered into the Stalking Horse Agreement with RL Purchaser LLC (the "Stalking Horse Bidder"). *See* ECF No. 49.

**PLEASE TAKE FURTHER NOTICE** that on June 14, 2024, the Court entered the Sale Procedures Order. *See* ECF No. 386. Pursuant to the Sale Procedures Order, an Auction for the Assets was scheduled for July 23, 2024, at 10:00 a.m. (prevailing Eastern Time) if at least two Qualified Bids were received by the Bid Deadline with regard to any particular Assets.

**PLEASE TAKE FURTHER NOTICE** that except for the Qualified Bid received from the Stalking Horse Bidder, no Qualified Bids were received by the Bid Deadline. Accordingly, the Debtors have cancelled the Auction and selected the Stalking Horse Bidder as the Successful Bidder in accordance with the Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, as previously noticed, the Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder will be held before the Honorable Grace E. Robson at the George C. Young Federal Courthouse, 400 W. Washington Street, Courtroom 6D, Orlando, Florida 32801 on **July 29, 2024, at 1:30 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, as previously noticed, except as otherwise set forth in the Sale Procedures Order with respect to any objections to proposed cure amounts or the assumption and assignment of Contracts, objections to the relief requested in the Sale Motion, including, without limitation, objections to adequate assurance of future performance with respect to the Stalking Horse Bidder, must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (d) be filed with the Court and served so as to be *actually received* by **July 12, 2024, at 5:00 p.m. (prevailing Eastern Time)** by the following parties (the "Objection Notice Parties"):

| **Counsel to the Debtors** | **Co-Counsel to the Debtors** |
|---|---|
| King & Spalding LLP<br>1180 Peachtree Street NE, Suite 1600<br>Atlanta, Georgia 30309<br>Attn: W. Austin Jowers<br>Jeffrey R. Dutson<br>Sarah L. Primrose<br>Email: ajowers@kslaw.com<br>jdutson@kslaw.com<br>sprimrose@kslaw.com | Berger Singerman LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Attn: Paul Steven Singerman<br>Email: singerman@bergersingerman.com |

13156700-1

| | |
|---|---|
| King & Spalding LLP<br>1110 Louisiana Street #4100<br>Houston, Texas 77002<br>Attn.: Michael Fishel<br>Email: mfishel@kslaw.com | |
| **Counsel to the Committee** | **The United States Trustee** |
| Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017-2024<br>Attn: Bradford J. Sandler; Robert J. Feinstein;<br>Paul J. Labov; Maxim B. Litvak;<br>Theodore S. Heckel<br>bsandler@pszjlaw.com; rfeinstein@pszjlaw.com;<br>plabov@pszjlaw.com; mlitvak@pszjlaw.com;<br>theckel@pszjlaw.com | Office of the United States Trustee<br>for the Middle District of Florida<br>400 West Washington Street, Suite 1100<br>Orlando, Florida 32801<br>Attn.: Scott E. Bomkamp, Esq.<br>scott.e.bomkamp@usdoj.gov |
| **Counsel to the Stalking Horse Bidder** | **Co-Counsel to the Stalking Horse Bidder** |
| Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts 02110-2600<br>Attn.: Charles A. Dale<br>Michael M. Mezzacappa<br>Email: cdale@proskauer.com<br>mmezzacappa@proskauer.com | Trenam Law<br>101 East Kennedy Boulevard, Suite 2700<br>Tampa, Florida 33602<br>Attn: Lara Roeske Fernandez<br>Email: lfernandez@trenam.com |

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:   July 22, 2024 | Respectfully submitted, |
| | /s/ Paul Steven Singerman |
| W. Austin Jowers (*pro hac vice* admitted)<br>Jeffrey R. Dutson (*pro hac vice* admitted)<br>Sarah L. Primrose (FL Bar No. 98742)<br>Christopher K. Coleman (*pro hac vice* admitted)<br>Brooke L. Bean (*pro hac vice* admitted)<br>**KING & SPALDING LLP**<br>1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309<br>Telephone:  (404) 572-4600<br>Email:  ajowers@kslaw.com<br>          jdutson@kslaw.com<br>          sprimrose@kslaw.com<br>          christopher.coleman@kslaw.com<br>          bbean@kslaw.com | Paul Steven Singerman<br>Florida Bar No. 378860<br>**BERGER SINGERMAN LLP**<br>1450 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Telephone:  (305) 755-9500<br>Email:  singerman@bergersingerman.com<br><br>- and – <br><br>Nicolette C. Vilmos<br>Florida Bar No. 469051<br>**BERGER SINGERMAN LLP**<br>111 North Magnolia Avenue<br>Suite 1450 Orlando, FL 32801<br>Telephone: (407) 743-7900<br>Email: nvilmos@bergersingerman.com |
| – and – | |
| Michael Fishel (*pro hac vice* admitted)<br>**KING & SPALDING LLP**<br>1100 Louisiana, Suite 4100<br>Houston, TX 77002<br>Telephone:  (713) 751-3200<br>Email:  mfishel@kslaw.com | *Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Paul Steven Singerman attests that concurrence in the filing of this paper has been obtained.* |

*Counsel for Debtors and Debtors-in-Possession*