

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/26/2024 10:00 AM

COURTROOM   6D, 6th Floor

**HONORABLE GRACE ROBSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-02486-GER** | **11** | **05/19/2024** |

**Chapter 11**

**DEBTOR:**   Red Lobster Management LLC

**DEBTOR ATTY:**   Katherine Haire

**TRUSTEE:**   NA

**HEARING:**

1)   Debtor's Expedited Motion for Approval (I) Conditionally Approving Disclosure Statement for the Proposed Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Proposed Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates, and (III) Granting Related Relief (Doc #634)
Disclosure Statement (Doc #633)
Exhibit B to Disclosure Statement (Doc #651)
-Zurich American's Response to and Reservation of Rights of the Zurich Companies with Respect to Joint Chapter 11 Plan for Red Lobster Management LLC and its Debtor Affiliates and Disclosure Statement for the Joint Chapter 11 Plan of Red Lobster Management LLC and its Debtor Affiliates   (Doc #660)
-US Trustee's Limited Objection (Doc #681)
2)   Debtor's Expedited Motion for Entry of an Order (I) Approving Claims Objection Procedures and (II) Authorizing Additional Claim Objection Categories For Omnibus Claims Objections   (Doc #652)
Note: 5/21/24; 7/10/24 (7/25 zoom a**APPEARANCES:**)
Plan/DS Due: 9/16/24
Claims Deadline: 7/28/24
Case Summary (Doc 55)
Future Hearing:
8/8/24 @ 9:30
9/5/24 @ 10:00
Related Cases:
24-ap-48 Zakowicz v. Red Lobster (PTC 9/10/24 @ 9:30)
24-ap-49 Lowe v. Red Lobster (PTC 9/10/24 @ 9:30)
24-ap-50 Parker v. Red Lobster (PTC 9/10/24 @ 9:30)

APPEARANCES::   Paul Singerman, Jeffrey Dutson (Debtor Atty); William Siminitch (US Trustee Atty); Lara Fernandez (Fortress Atty); Kelsey Burgess (Wells Fargo Atty); Bradford Sandler (UCC Atty);

**RULING:**
1)   Debtor's Expedited Motion for Approval (I) Conditionally Approving Disclosure Statement for the Proposed Joint Chapter 11

Plan of Red Lobster Management LLC and Its Debtor Affiliates, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Proposed Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates, and (III) Granting Related Relief   (Doc #634) - Approved as modified on the record:Order by DUTSON;


2)   Debtor's Expedited Motion for Entry of an Order (I) Approving Claims Objection Procedures and (II) Authorizing Additional Claim Objection Categories For Omnibus Claims Objections    (Doc #652) - Granted:Order by SINGERMAN;

(gww).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.