**ORDERED.**

**Dated: August 12, 2024**

_Grace E. Robson_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC, [1] | Case No. 6:24-bk-02486-GER<br>Lead Case |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

13194167-2

| | |
|---|---|
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

Debtors.
_____/

## SCHEDULING ORDER WITH RESPECT TO CURE OBJECTIONS

**THIS CASE** came before the Court on August 8, 2024, at 9:30 a.m., in Orlando, Florida, upon the hearing (the "Hearing") to consider objections (the "Cure Objections") to the cure amounts listed in the *Notice to Contract Parties of Potentially Assumed and Assigned Executory Contracts and Unexpired Leases and Any Cure Costs Associated Therewith in Connection With Sale of Debtors' Assets* [ECF No. 476] (the "Initial Cure Notice") and the *First Supplemental Notice to Contract Parties of Potentially Assumed and Assigned Executory Contracts and Unexpired Leases and Any Cure Costs Associates Therewith in Connection With Sale of Debtors' Assets* [ECF No. 484] (the "Supplemental Cure Notice," and, together with the Initial Cure Notice, the "Cure Notices"). The Court, having considered the *Debtors' Notice Regarding August 8, 2024 Hearing* [ECF No. 769] filed on August 1, 2024, and the *Debtors' Status Report Regarding Cure Objections* [ECF No. 813] filed on August 7, 2024, having been advised at the Hearing by counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors") of the status of the Cure Objections, the Court finds it appropriate to enter this Scheduling Order with respect to the setting of deadlines and an evidentiary hearing to consider the Cure Objections. Accordingly, it is

**ORDERED** as follows:

1. On or before **August 16, 2024**, the Debtors shall file a notice/status report advising the Court and the applicable counterparties that the unresolved docketed Cure Objections will be

2

going forward for a final evidentiary hearing on September 3, 2024, at 9:00 a.m. unless resolved prior to such date.

2. On or before **August 28, 2024**, the Debtors and the applicable counterparties shall each file exhibit and witness lists, affidavits and/or fact stipulations, and the Debtors shall file an updated status report advising the Court on which docketed Cure Objections will proceed for a final evidentiary hearing on September 3, 2024, at 9:00 a.m.

3. The Court will conduct a final evidentiary hearing on **September 3, 2024, at 9:00 a.m. (EDT)**, at the **George C. Young Federal Courthouse, 400 W. Washington Street, Courtroom 6D, 6th Floor, Orlando, FL 32801**, to consider all remaining, unresolved docketed Cure Objections.

4. The Debtors and the applicable counterparties are directed to work together in order to make the final evidentiary hearing most efficient, including in respect of discovery. The parties may seek direction from the Court should there be any discovery disputes that need to be resolved in advance of the September 3, 2024, final evidentiary hearing.

5. The Court reserves jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

*(Attorney Paul Steven Singerman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.)*