

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/29/2024 10:00 AM

COURTROOM   6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-02486-GER** | **11** | **05/19/2024** |

**Chapter 11**

**DEBTOR:**       Red Lobster Management LLC

**DEBTOR ATTY:**   Katherine Haire

**TRUSTEE:**       NA

**HEARING:**

Debtor's Fifth Omnibus Motion to Reject (A) Unexpired Leases of Non-Residential Real Property Effective as of the Rejection Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties (Doc #940)

Note: GER
341 concluded 6/28/24
Plan/DS Due: 9/16/24
Case Summary (Doc #55)
MOR:
May 2024 (Doc #693-707)
June 2024 (Doc #709-723)
Future Hearings:
9/3 9am: Trial
9/5 10am: Confirmation
10/1 10am: Objections to Claims

**APPEARANCES:**:
Michael Fishel & Nicolette Vilmos: Debtor; with NicholasHaughey CRO; Scott Bomkamp: UST; Lara Fernandez: Fortress Investment Group; Nicholas Bangos: Hendrie Family Properties

 **RULING:**
Debtor's Fifth Omnibus Motion to Reject (A) Unexpired Leases of Non-Residential Real Property Effective as of the Rejection Date, (B) Abandonment of Any Remaining Personal Property Located at the Leased Premises, and (C) Fixing a Bar Date for Claims of Counterparties   (Doc #940) - Granted; order by Fishel.

 (aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.