**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC, | Case No. 6:24-bk-02486-GER |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

Debtors.
______________________________________/

**SUPPLEMENT TO FIRST AND FINAL APPLICATION FOR COMPENSATION OF PACK LAW AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pack Law, P.A. ("Pack Law" or "Applicant"), as Florida counsel to the Official Committee of Unsecured Creditors (the "Committee") in the bankruptcy cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby submits this supplement (the "Fee Supplement") to the *First and Final Application for Compensation of Pack Law as Local Counsel to the Official Committee of Unsecured Creditors* [Docket No. 923] (the "Application") for an order, pursuant to sections 328 and 330 of the Bankruptcy Code,[1] Bankruptcy Rule 2016, and

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Local Rule 2016-1, authorizing and approving the compensation for fees for services rendered and costs incurred by the Applicant for the period of June 4, 2024 through September 5, 2024 on a final basis, and respectfully states as follows:

1. On August 21, 2024, consistent with the terms of the Order of this Court setting certain dates and deadlines in connection with confirmation of the Debtors' proposed plan of reorganization [Docket No. 736] (the "Confirmation Scheduling Order"), Pack Law submitted the Application for approval by the Court.

2. In the Application, Pack Law requested final approval of $158,479.00 in professional fees ($137,479.00 plus $21,000.00 estimated prior to Confirmation Hearing) and $22,827.54 in out-of-pocket expenses ($18,827.54 plus $4,000.00 estimated prior to the Confirmation Hearing), for a total award of $181,306.54 ($156,306.54 plus $25,000.00 estimated prior to the Confirmation Hearing).

3. In the Confirmation Scheduling Order, the Court ordered that "[a]ny applicant including estimates of additional time and costs must file a supplement before the Confirmation Hearing with documentation supporting the estimated time and costs." Confirmation Scheduling Order at ¶ 51. Because the Application included an estimate of time and costs incurred between August 21, 2024 and September 5, 2024, Pack Law submits this Fee Supplement in accordance with the Confirmation Scheduling Order.

4. Pack Law has incurred $26,777.00 in fees and $1,468.79 in expenses (for a total of $28,245.79) for the period from August 22, 2024 through and including September 4, 2024. A detailed statement of fees and expenses incurred during this period is attached hereto as **Exhibit A**. By this Fee Supplement, as a supplement to the Application, Pack Law hereby requests approval of such fees and expenses, as well as an additional estimate of fees and expenses for

September 5, 2024, which Pack Law estimates to be no more than $9,887.52, as set forth on **Exhibit B** attached hereto.

**WHEREFORE**, the Pack Law respectfully requests the Bankruptcy Court enter an order granting the Application, as supplemented by this Fee Supplement, (i) awarding the Applicant, on a final basis, the sum of $170,216.00,[2] as compensation for services rendered during the Compensation Period, and the sum of $22,123.85,[3] as reimbursement for actual and necessary expenses incurred during the Compensation Period; (ii) authorizing and directing the Debtors' estates to pay to the Applicant, upon entry of an Order awarding the fees and expenses requested in this Application, all such fees and expenses; and (iii) granting such other and further relief as the Bankruptcy Court deems appropriate.

Dated: September 4, 2024

**PACK LAW**
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By: *_/s/ Jessey J. Krehl_*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

[2] Comprising the $137,479.00 set forth in the Application for the period of June 4, 2024 through August 21, 2024, plus the $26,777.00 supplemented by this Fee Supplement for the period of August 22, 2024 through and including September 4, 2024, plus the $8,060.00 supplemented by Exhibit B of this Fee Supplement for fees reasonably certain to be incurred on September 5, 2024, less $2,100.00 which the Applicant has reduce by agreement with the Office of the United States Trustee.

[3] Comprising the $18,827.54 set forth in the Application for the period of June 4, 2024 through August 21, 2024, plus the $1,468.79 supplemented by this Fee Supplement for the period of August 22, 2024 through and including September 4, 2024, plus the $1,827.52 supplemented by Exhibit B of this Fee Supplement for expenses reasonably certain to be incurred on September 5, 2024.

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this September 4, 2024 to all interested parties registered to receive e-mail notice/service for this case via CM/ECF Notice of Electronic Filing.

By: /s/ *Jessey J. Krehl*
Jessey J. Krehl, Esq.

**CERTIFICATION REQUIRED BY THE GUIDELINES AND REVISED UST GUIDELINES**

1. I have been designated by the Applicant as the professional with responsibility in this case for compliance with the Revised UST Guidelines.

2. I have read the Applicant's Application, as supplemented by the Fee Supplement, for compensation and reimbursement of expenses. The Application, as supplemented by the Fee Supplement, complies with the Revised UST Guidelines, and the fees and expenses sought fall within the Revised UST Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described in the Exhibits attached to the Application and the Fee Supplement, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Revised UST Guidelines.

5. Furthermore, I make the following in statements in compliance with the Revised UST Guidelines:

a. to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b. except to the extent disclosed in the Application, the fees and disbursements sought in the Application, as supplemented by the Fee Supplement, are billed at rates customarily employed by the Applicant and generally accepted by the Applicant's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' cases;

c. The Applicant is seeking compensation with respect to approximately 0.0 hours and $0.00 in fees spent reviewing or revising time records and preparing, reviewing, and revising invoices, including to redact privileged or confidential information;[4]

d. The Application, as supplemented by the Fee Supplement, does not include any rate increases since retention;

[4] This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.

e. in providing a reimbursable expense, the Applicant does not make a profit on that expense, whether the service is performed by the Applicant in-house or through a third party;

f. in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between the Applicant and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Rules; and

g. All services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

6. The following are the variances with the provisions of the Revised UST Guidelines, the date of the specific Court order approving the variance, and the justification for the variance: None.

I HEREBY CERTIFY the foregoing is true and correct this 4th day of September, 2024.

By: */s/ Jessey J. Krehl*
Jessey J. Krehl, Esq.

# <u>Exhibit A</u>

**Fee and Expense Records for the Period of**
**August 22, 2024 Through and Including September 4, 2024**

PACK LAW

51 NE 24th Street, Suite 108
Miami, FL 33137
Phone: 305-916-4500
Email: info@packlaw.com
packlaw.com

# INVOICE

Invoice # 9424RLSupp
Date: 09/04/2024
Due On: 09/05/2024

Red Lobster

# UCC

| Type | Date | Attorney | Notes | Time | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 08/22/2024 | JK | Fee and Employment Applications: Review LEDES files and provide time and application information to UST (.2); confer with Committee professionals RE submission of LEDES files (.4); review PSZJ correspondences RE the same (.1). | 0.70 | $490.00 | $343.00 |
| Service | 08/22/2024 | JK | Asset Disposition: Review asset purchase agreement and cross-reference debtor and committee comments (.7); review multiple debtor cure resolutions and motions (.4). | 1.10 | $490.00 | $539.00 |
| Service | 08/22/2024 | JK | Plan and Disclosure Statement: Attend to various creditor calls RE plan solicitation and balloting (.9); review K&S plan revisions, discuss the same, and review PSZJ responses to debtors (.7); review trust agreement redline (.2); review schedule of retained causes of action (.2); review as-filed proposed confirmation order and plan supplement (1.1). | 3.10 | $490.00 | $1,519.00 |
| Service | 08/22/2024 | JP | Fee and Employment Applications: Attention to Pack Law time entries/UST time conversion formats and confer and correspond with working group re: same. | 1.00 | $750.00 | $750.00 |
| Service | 08/22/2024 | JP | Plan and Disclosure Statement: Review plan related documents and trust agreement and confer and correspond with B. Sandler re: same. | 2.60 | $750.00 | $1,950.00 |
| Service | 08/23/2024 | JK | Plan and Disclosure Statement: Attend to various creditor calls RE plan solicitation and balloting (.7); revise and review Kelley Drye comments to plan and confirmation order and Proskauer responses (.6). | 1.30 | $490.00 | $637.00 |
| Service | 08/23/2024 | JK | Case Administration: Discuss 2004 matters with and research and provide precedent documents to B. Wilson (.7). | 0.70 | $490.00 | $343.00 |
| Service | 08/23/2024 | JK | Claims Administration and Objections to Claims: Review correspondence from D. Hembree RE response to debtor objection to deferred compensation claim (.2); review multiple debtor claim objections (.8). | 1.00 | $490.00 | $490.00 |
| Service | 08/26/2024 | JK | Fee and Employment Applications: Review OCP quarterly report form (.1); correspond with GCP RE time entries and send full GCP time records to UST (.3). | 0.40 | $490.00 | $196.00 |
| Service | 08/26/2024 | JK | Asset Disposition: Review multiple debtor cure resolutions and motions (.3). | 0.30 | $490.00 | $147.00 |
| Service | 08/26/2024 | JK | Plan and Disclosure Statement: Review correspondences with all counsel RE plan amendments (.2); review as-filed plan supplement exhibits (.2). | 0.40 | $490.00 | $196.00 |
| Service | 08/26/2024 | JP | Plan and Disclosure Statement: Review plan related filings. | 0.50 | $750.00 | $375.00 |
| Service | 08/27/2024 | JK | Fee and Employment Applications: Provide LEDES time entries to analyst at UST request (.1). | 0.10 | $490.00 | $49.00 |
| Service | 08/27/2024 | JK | Plan and Disclosure Statement: Attend to creditor call RE plan solicitation and balloting (.5). | 0.50 | $490.00 | $245.00 |
| Service | 08/27/2024 | JP | Claims Administration and Objection to Claims: Confer and correspond with claimants re: balloting and claims objection procedures. | 0.40 | $750.00 | $300.00 |
| Service | 08/28/2024 | JK | Plan and Disclosure Statement: Review UST objection (.9); correspond with B. Sandler RE reply deadlines (.1). | 1.00 | $490.00 | $490.00 |
| Service | 08/28/2024 | JK | Case Administration: Review updated committee notice (.1). | 0.10 | $490.00 | $49.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/28/2024 | JK | Asset Disposition: Review multiple debtor cure resolutions and motions (.4). | 0.40 | $490.00 | $196.00 |
| Service | 08/29/2024 | JK | Plan and Disclosure Statement: Review follow-up RE schedule of retained causes of action (.1); review as-filed plan supplement (.1); review debtor confirmation memo and supporting declarations (.9). | 1.10 | $490.00 | $539.00 |
| Service | 08/29/2024 | JK | Asset Disposition: Review multiple debtor resolutions to cure matters (.4). | 0.40 | $490.00 | $196.00 |
| Service | 08/29/2024 | JK | Claims Administration and Objections to Claims: Review order granting Fifth Omnibus Claim Objection (.2); review debtors' late-filed claim response (.1). | 0.30 | $490.00 | $147.00 |
| Service | 08/29/2024 | JP | Plan and Disclosure Statement: Review debtor filed documents/briefing in support of plan and email correspondence related to same. | 1.30 | $750.00 | $975.00 |
| Service | 08/29/2024 | JP | Case Administration: Review Committee update correspondence and confer and correspond with J. Krehl re: hearing logistics and local rules. | 0.30 | $750.00 | $225.00 |
| Service | 08/30/2024 | JK | Asset Disposition: Review debtor and landlord cure resolution (.1); review debtor's equity sale notice (.2). | 0.30 | $490.00 | $147.00 |
| Service | 08/30/2024 | JK | Claims Administration and Objections to Claims: Review multiple debtor claim objections and associated claim register entries (.7). | 0.70 | $490.00 | $343.00 |
| Service | 08/30/2024 | JK | Fee and Employment Applications: Review OCP statement (.2). | 0.20 | $490.00 | $98.00 |
| Service | 08/30/2024 | JK | Case Administration: Review debtor MORS (.3). | 0.30 | $490.00 | $147.00 |
| Service | 08/30/2024 | JP | Claims Administration and Objection to Claims: Address creditor intake calls and confer and correspond with J. Krehl re: same. | 0.80 | $750.00 | $600.00 |
| Service | 08/31/2024 | JK | Case Administration: Coordinate remote appearances for September 5 hearing (.1). | 0.10 | $490.00 | $49.00 |
| Service | 09/01/2024 | JK | Fee and Employment Applications: Discuss fee supplement matters with committee professionals (.3). | 0.30 | $490.00 | $147.00 |
| Service | 09/02/2024 | JK | Case Administration: Travel from Naples FL to Orlando FL for hearings (4.0) - Halved to 2 Hours. | 2.00 | $490.00 | $980.00 |
| Expense | 09/02/2024 | JP | Travel: Travel Expenses - JK - ORL Hearing | 1.00 | $154.77 | $154.77 |
| Service | 09/03/2024 | JP | Fee and Employment Applications: Attention to Pack Law supplement fee application and correspondence with UST re: expense matters. | 3.70 | $750.00 | $2,775.00 |
| Service | 09/03/2024 | JP | Fee and Employment Applications: Call with PSZJ re: fee application supplement and local rules re: same. | 0.30 | $750.00 | $225.00 |
| Service | 09/03/2024 | JP | Plan and Disclosure Statement: Review plan confirmation documents and confer and correspond with PSJZ re: edits to same; confer with J. Krehl re: revising and filing related documents. | 0.90 | $750.00 | $675.00 |
| Service | 09/03/2024 | JK | Case Administration: Prepare and file JE PHV application (.3). | 0.30 | $490.00 | $147.00 |
| Service | 09/03/2024 | JK | Plan and Disclosure Statement: Revise and review UCC reply to UST confirmation objection (2.0); review Zurich response to claimant plan objection (.5); review solicitation declaration and ballot tabulation (.4); finalize UCC reply for filing and file the same (.3); review Debtor's memorandum reply to confirmation objections (.5); review debtor exhibits for confirmation/DS approval (1.1). | 4.80 | $490.00 | $2,352.00 |
| Service | 09/03/2024 | JK | Fee and Employment Applications: Call with A. Bates RE fee supplement (.2); discuss committee fee matters with J. Pack (.4); call with J. Gonzalez RE GCP fee supplement (.2); prepare Pack Law fee supplement (.3); correspond with C. Mackle RE fee supplement dorms (.1); draft GCP fee supplement (.2); review debtor professional fee supplements (.4). | 1.80 | $490.00 | $882.00 |
| Service | 09/03/2024 | JP | Plan and Disclosure Statement: Review plan confirmation documents and confer and correspond with PSJZ re: edits to same; confer with J. Krehl re: revising and filing related documents. | 1.10 | $750.00 | $825.00 |
| Expense | 09/04/2024 | JP | Litigation Materials: Hearing Materials for Confirmation Hearing | 1.00 | $290.21 | $290.21 |
| Service | 09/04/2024 | JP | Plan and Disclosure Statement: Prepare for confirmation hearing and confer and correspond with PSZJ re: same. | 2.80 | $750.00 | $2,100.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Expense | 09/04/2024 | JP | Travel: Travel Expenses from MIA to Orlando for hearing. | 1.00 | $177.82 | $177.82 |
| Service | 09/04/2024 | JK | Case Administration: Attend to JE PHV matters (.2); coordinate remote appearance at confirmation hearing for PSZJ (.1). | 0.30 | $490.00 | $147.00 |
| Service | 09/04/2024 | JK | Plan and Disclosure Statement: Review calendar and pull documents for hearing binder preparation (.3). | 0.30 | $490.00 | $147.00 |
| Service | 09/04/2024 | JK | Fee and Employment Applications: Finalize fee supplements for filing and confer with committee professionals RE the same (.5). | 0.50 | $490.00 | $245.00 |
| Expense | 09/04/2024 | JP | Litigation Materials: Hearing Binder Materials | 1.00 | $101.46 | $101.46 |
| Expense | 09/04/2024 | JP | Printing and Photocopying: Printing - Confirmation Hearing Materials | 2,871.00 | $0.15 | $430.65 |
| Service | 09/04/2024 | JP | Fee and Employment Applications: Confer and correspond with GCP re: time entries; prepare for Pack Law fee app presentation. | 1.20 | $750.00 | $900.00 |
| Service | 09/04/2024 | JP | Plan and Disclosure Statement: Travel to Orlando for Confirmation Hearing (MIA to ORL) (Halved) | 2.60 | $750.00 | $1,950.00 |
| Expense | 09/04/2024 | JP | Travel: Orlando Travel Expense | 1.00 | $313.88 | $313.88 |

**Total** **$28,245.79**

Please make all amounts payable to: Pack Law, P.A.

**Exhibit B**

**Estimated Fees and Expenses for September 5, 2024**

| **Estimated Fees** | | | |
|---|---|---|---|
| **Professional** | **Rate** | **Projected Hours** | **Projected Fee** |
| Joseph A. Pack | $750.00 | 4.0 | $3,000.00 |
| Jessey J. Krehl | $490.00 | 4.0 | $1,960.00 |
| Joseph A. Pack (Travel) | $375.00 | 5.0 | $1,875.00 |
| Jessey J. Krehl (Travel) | $245.00 | 5.0 | $1,225.00 |
| **TOTAL** | **-** | **18** | **$8,060.00** |

| **Estimated Expenses** | | |
|---|---|---|
| **Expense Type** | **Expense Description** | **Projected Expense** |
| Mailing and Service | Service of Committee Professional Fee Orders | $1,550.74 |
| Travel | JP Travel Expenses 9/5 Hearing | $120.00 |
| Travel | JK Travel Expenses 9/5 Hearing | $156.78 |
| **TOTAL** | **-** | **$1,827.52** |