**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

Debtors.
_________________________________________/

**SUPPLEMENT TO FIRST AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS LEAD COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), lead counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases commenced by the above-captioned debtors and debtors in possession (collectively, the "Debtors")

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

hereby files this supplement (the "Fee Supplement") to the *First and Final Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Lead Counsel for the Official Committee of Unsecured Creditors* [Docket No. 925] (the "Application") for an order, pursuant to sections 328 and 330 of the Bankruptcy Code[2], Bankruptcy Rule 2016, and Local Rule 2016-1, authorizing and approving the compensation for fees for services rendered and costs incurred by PSZJ for the period of June 3, 2024 through September 5, 2024 on a final basis, and respectfully states as follows:

1. On August 21, 2024, PSZJ filed their Application for approval by the Court, consistent with the terms of the Order of this Court setting certain dates and deadlines in connection with confirmation of the Debtors' proposed plan of reorganization [Docket No. 736] (the "Confirmation Scheduling Order").

2. In the Application, PSZJ requested final approval of professional fees in the amount of $1,032,520.50 ($832,520.50 plus $200,000.00 for estimated fees for services rendered and out-of-pocket expenses incurred on behalf of the Committee between August 22, 2024 through the Confirmation Hearing).

3. In the Confirmation Scheduling Order, the Court ordered that "[a]ny applicant including estimates of additional time and costs must file a supplement before the Confirmation Hearing with documentation supporting the estimated time and costs." Confirmation Scheduling Order at ¶ 51. Because the Application included an estimate of time and costs incurred between

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

August 22, 2024 and September 5, 2024, PSZJ submits this Fee Supplement in accordance with the Confirmation Scheduling Order.

4. PSZJ has incurred $290,048.50 in fees and $542.00 in expenses (for a total of $290,590.50) for the period from August 22, 2024 through and including September 3, 2024[3]. A detailed statement of fees and expenses incurred during this period is attached hereto as **Exhibit A**. By this Fee Supplement, as a supplement to the Application, PSZJ hereby requests approval of such fees and expenses, as well as an additional estimate of fees and expenses for September 4-5, 2024, which PSZJ estimates to be no more than $77,075.00, as set forth on **Exhibit B**.

**WHEREFORE**, PSZJ respectfully requests the Bankruptcy Court enter an order (i) granting the Application, as supplemented by this Fee Supplement, (i) awarding PSZJ, on a final basis, the sum of $1,177,196.50[4], as compensation for services rendered during the Compensation Period, and the sum of $7,766.50[5], as reimbursement for actual and necessary expenses incurred during the Compensation Period; (ii) authorizing and directing the Debtors' estates to pay PSZJ, upon entry of an Order awarding the fees and expenses requested in this Fee Supplement, all such fees and expenses; and (iii) granting such other and further relief as the Bankruptcy Court deems appropriate.

---

[3] Certain time entries between August 1, 2024 and August 21, 2024 were not included in the Application but are included in this Fee Supplement.

[4] This total comprises the $832,520.50 for actual fees set forth in the Application for the period covering June 3, 2024 through August 21, 2024, less a write-off of $21,262.50 to reflect time on account of travel billed at ½ rates, plus the $290,048.50 for actual fees supplemented by this Fee Supplement for the period August 22, 2024 through September 3, 2024, plus the $75,890.00 supplemented by Exhibit B of this Fee Supplement for fees reasonably certain to be incurred on September 4-5, 2024.

[5] This total comprises the $6,039.50 for actual expenses set forth in the Application for the period covering June 3, 2024 through August 21, 2024, plus the $542.00 for actual expenses supplemented by this Fee Supplement for the period covering August 22, 2024 through September 3, 2024, plus the $1,185.00 supplemented by Exhibit B of this Fee Supplement for expenses reasonably certain to be incurred on September 4-5, 2024.

Dated: September 4, 2024

Respectfully submitted,

*/s/ Bradford J. Sandler*

**PACHULSKI STANG ZIEHL & JONES LLP**
Bradford J. Sandler, Esq. (admitted *pro hac vice*)
Robert J. Feinstein, Esq. (admitted *pro hac vice*)
Cia H. Mackle, Esq. (Florida Bar No. 26471)
Theodore S. Heckel, Esq. (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
cmackle@pszjlaw.com
theckel@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

***Submitted by:***

PACK LAW
51 Northeast 24th Street, Suite 108
Miami, Florida 33137
Telephone: (305) 916-4500

By: */s/ Jessey J. Krehl*
Joseph A. Pack
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Local Counsel to the Official Committee of Unsecured Creditors*

*Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Jessey J. Krehl, Esq. attests that concurrence in the filing of this paper has been obtained.*

## <u>Certificate of Service</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this September 4, 2024 to all interested parties registered to receive e-mail notice/service for this case via CM/ECF Notice of Electronic Filing.

By: *<u>/s/ Jessey J. Krehl</u>*
Jessey J. Krehl, Esq.

**CERTIFICATION REQUIRED BY**
**THE GUIDELINES AND REVISED UST GUIDELINES**

1. I have been designated by the Applicant as the professional with responsibility in this case for compliance with the Guidelines and Revised UST Guidelines.

2. I have read the Applicant's Application for compensation and reimbursement of expenses. The Application complies with the Revised UST Guidelines, and the fees and expenses sought fall within the Revised UST Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described in the Exhibits attached hereto, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Revised UST Guidelines.

5. Furthermore, I make the following in statements in compliance with the Revised UST Guidelines:

a. to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b. except to the extent disclosed in the Application, the fees and disbursements sought in the Application are billed at rates customarily employed by the Applicant and generally accepted by the Applicant's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' cases;

c. The Applicant is seeking compensation with respect to approximately 1.0 hours and $595.00 in fees spent reviewing or revising time records and preparing, reviewing, and revising invoices, including to redact privileged or confidential information;[1]

d. The Application does not include any rate increases since retention;

[1] This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.

e. in providing a reimbursable expense, the Applicant does not make a profit on that expense, whether the service is performed by the Applicant in-house or through a third party;

f. in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between the Applicant and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Rules; and

g. All services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

6. The following are the variances with the provisions of the Revised UST Guidelines, the date of the specific Court order approving the variance, and the justification for the variance: None.

I HEREBY CERTIFY the foregoing is true and correct this 4th day of September, 2024.

By: */s/ Bradford J. Sandler*
Bradford J. Sandler

# Exhibit A

## Fee and Expense Records for the Period of August 22, 2024 Through and Including September 3, 2024

PACHULSKI STANG ZIEHL & JONES

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Red Lobster Hospitality O.C.C.
-

September 3, 2024
Invoice 141305
Client 73557.00002

RE: Committee Representation

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/03/2024**

| | |
|---|---|
| FEES | $290,048.50 |
| EXPENSES | $542.00 |
| **TOTAL CURRENT CHARGES** | **$290,590.50** |
| **BALANCE FORWARD** | **$838,560.00** |
| **TOTAL BALANCE DUE** | **$1,129,150.50** |

**Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BJS | Sandler, Bradford J. | Partner | 1,725.00 | 28.00 | $48,300.00 |
| CHM | Mackle, Cia H. | Partner | 1,050.00 | 7.70 | $8,085.00 |
| JWW | Walker, Jim W. | Partner | 1,825.00 | 46.50 | $84,862.50 |
| MBL | Litvak, Maxim B. | Partner | 1,525.00 | 0.90 | $1,372.50 |
| PJL | Labov, Paul J. | Partner | 1,450.00 | 6.00 | $8,700.00 |
| RJF | Feinstein, Robert J. | Partner | 1,850.00 | 11.00 | $20,350.00 |
| SLH | Hazan, Scott L. | Partner | 1,695.00 | 0.40 | $678.00 |
| SSC | Cho, Shirley S. | Partner | 1,395.00 | 8.60 | $11,997.00 |
| ZMB | Bomrind, Zev M. | Partner | 1,525.00 | 2.00 | $3,050.00 |
| BEL | Levine, Beth E. | Counsel | 1,225.00 | 5.10 | $6,247.50 |
| JE | Elkin, Judith | Counsel | 1,595.00 | 40.50 | $64,597.50 |
| AK | Kodabash, Amanda | Associate | 525.00 | 11.30 | $5,932.50 |
| BEW | Wilson, Brooke E. | Associate | 650.00 | 17.60 | $11,440.00 |
| BLW | Wallen, Ben L. | Associate | 975.00 | 3.70 | $3,607.50 |
| TSH | Heckel, Theodore S. | Associate | 1,075.00 | 8.80 | $9,460.00 |
| ATB | Bates, Andrea T. | Paralegal | 595.00 | 2.30 | $1,368.50 |
| | | | 200.40 | | $290,048.50 |

**Summary of Services by Task Code**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 3.10 | $4,947.50 |
| BL | Bankruptcy Litigation | 72.20 | $107,891.00 |
| CA | Case Administration | 13.10 | $7,565.50 |
| CO | Claims Administration and Objections | 8.90 | $15,365.00 |
| CP | PSZJ Compensation | 7.70 | $8,204.50 |
| CPO | Other Professional Compensation | 2.20 | $2,512.50 |
| FN | Financing/Cash Collateral/Cash Management | 0.20 | $357.50 |
| GC | General Creditors' Committee | 0.30 | $555.00 |
| OP | Operations | 0.60 | $1,035.00 |
| PD | Plan and Disclosure Statement | 92.10 | $141,615.00 |
| | | 200.40 | $290,048.50 |

**Summary of Expenses**

| Description | Amount |
|---|---|
| Court Fees | $450.00 |
| Pacer - Court Research | $59.60 |
| Reproduction Expense | $32.40 |
| | $542.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 08/19/2024 | BJS | AD | Review Triple Bar motion | 0.10 | 1,725.00 | $172.50 |
| 08/20/2024 | BJS | AD | Review draft APA regarding Red Lobster Investor/Fortress | 0.80 | 1,725.00 | $1,380.00 |
| 08/21/2024 | BJS | AD | Various emails with Debtors regarding APA and various emails with Z Bomrind regarding same | 0.20 | 1,725.00 | $345.00 |
| 08/22/2024 | ZMB | AD | Review Asset Purchase Agreement and provide comments to same to Brad Sandler. | 2.00 | 1,525.00 | $3,050.00 |
| | | | | **3.10** | | **$4,947.50** |
| **Bankruptcy Litigation** | | | | | | |
| 08/01/2024 | BEW | BL | Conference call with J. Walker, B. Levine, and R. Feinstein re: investigation into director and officer liability | 0.30 | 650.00 | $195.00 |
| 08/01/2024 | BJS | BL | Attention to Thai Union investigation | 0.50 | 1,725.00 | $862.50 |
| 08/01/2024 | JWW | BL | Review research conducted to date on Thai union and draft complaint received from Mr. Dutson and participate in conference call with Mr. Dutson and his team to discuss investigation into Thai union and related individuals and status of investigation completed by Debtors' counsel and Weil before them (3.9); teleconference with Mr. Feinstein and Ms. Levine regarding what we learned from conference with Debtors' counsel and next steps (.4) | 4.30 | 1,825.00 | $7,847.50 |
| 08/07/2024 | JWW | BL | Discuss status of investigation with Ms. Levine and legal and factual issues requiring further analysis on Thai union claims. | 0.40 | 1,825.00 | $730.00 |
| 08/07/2024 | JWW | BL | Review research received on Delaware law governing controlling shareholder duty and available claims for breach of same and review cases cited in recent memo from Ms. Kodabash. | 2.80 | 1,825.00 | $5,110.00 |
| 08/07/2024 | JWW | BL | Teleconference with Mr. Radi of Genesis regarding status of his investigation and exchange of data and information with Debtors' financial advisor. | 0.60 | 1,825.00 | $1,095.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/07/2024 | JWW | BL | Teleconference with Ms. Levine regarding segregation of equity between three Thai union entities and potential effect on affixing fiduciary duty owed by controlling shareholder to the three entities. | 0.20 | 1,825.00 | $365.00 |
| 08/07/2024 | JWW | BL | Review memo on parties and relevant individuals received from Ms. Levine and compare to allegations in the draft complaint. | 1.20 | 1,825.00 | $2,190.00 |
| 08/08/2024 | JWW | BL | Research Thai union and entities and individuals identified in Ms. Levine's memorandum. | 2.80 | 1,825.00 | $5,110.00 |
| 08/08/2024 | JWW | BL | Review additional research received on Hague convention and Delaware law governing service of discovery on foreign entities and foreign nationals received from Ms. Kodabash. | 0.70 | 1,825.00 | $1,277.50 |
| 08/08/2024 | JWW | BL | Draft and respond to communications with Ms. Levine and Ms. Kodabash regarding private process server and consideration of deposition format. | 0.80 | 1,825.00 | $1,460.00 |
| 08/09/2024 | JWW | BL | Draft and respond to communications with Mr. Sandler, Mr. Feinstein, Ms. Levine and Ms. Wilson regarding status conference and related issues. | 0.50 | 1,825.00 | $912.50 |
| 08/12/2024 | BEW | BL | Conference call with B. Sandler, R. Feinstein, B. Levine, and J. Walker re: status of investigation of directors and officers | 0.20 | 650.00 | $130.00 |
| 08/12/2024 | BJS | BL | Telephone conference with PSZJ litigation team regarding TU investigation and various emails with B Levine regarding discovery | 0.40 | 1,725.00 | $690.00 |
| 08/12/2024 | JWW | BL | Research Thai union and entities and individuals identified in Ms. Levine's memorandum. | 2.80 | 1,825.00 | $5,110.00 |
| 08/12/2024 | JWW | BL | Review additional research received on Hague convention and Delaware law governing service of discovery on foreign entities and foreign nationals received from Ms. Kodabash. | 0.70 | 1,825.00 | $1,277.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/13/2024 | JWW | BL | Continue and finalize research into Thai union and entities and individuals identified in Ms. Levine's memorandum and compare to draft complaint allegations received from Debtors' counsel. | 3.40 | 1,825.00 | $6,205.00 |
| 08/13/2024 | JWW | BL | Finalize review of case authority relating to research received on Hague convention and Delaware law governing service of discovery on foreign entities and foreign nationals received from Ms. Kodabash and chart initial discovery plan and preliminary target determination. | 2.70 | 1,825.00 | $4,927.50 |
| 08/15/2024 | BEW | BL | Search for certain claimants and whether they filed a POC and email to B. Levine and J. Walker re: same | 0.60 | 650.00 | $390.00 |
| 08/15/2024 | BEW | BL | Review select proofs of claims and email to J. Walker re: same | 0.50 | 650.00 | $325.00 |
| 08/15/2024 | BJS | BL | Various emails with J Walker regarding Thai Union investigaiton | 0.20 | 1,725.00 | $345.00 |
| 08/15/2024 | JWW | BL | Review proofs of claim filed by various Thai union entities, memo from Ms. Levine re potential discovery targets and research corporate entity information and tie in to Debtors' draft complaint. | 3.80 | 1,825.00 | $6,935.00 |
| 08/15/2024 | JWW | BL | Review and respond to communications with Ms. Bates regarding information needed for pro hac vice application and review and approve draft of same. | 0.70 | 1,825.00 | $1,277.50 |
| 08/16/2024 | BEW | BL | Conference call with J. Walker and B. Levine re: investigation. | 0.60 | 650.00 | $390.00 |
| 08/16/2024 | JWW | BL | Review materials and memoranda received from Ms. Levine and Ms. Wilson to prepare for conference call with them to discuss immediate future course of action. | 1.90 | 1,825.00 | $3,467.50 |
| 08/16/2024 | JWW | BL | Participate in conference call to discuss information gleaned to date and future course of action. | 0.60 | 1,825.00 | $1,095.00 |
| 08/19/2024 | BEW | BL | Draft 2004 notice and request for documents and email to B. Levine re: same. | 5.80 | 650.00 | $3,770.00 |
| 08/20/2024 | BEL | BL | Review and revise draft discovery requests. | 2.70 | 1,225.00 | $3,307.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/20/2024 | BEL | BL | Emails with B. Wilson regarding draft discovery requests. | 0.20 | 1,225.00 | $245.00 |
| 08/20/2024 | BEL | BL | Review and revise draft document requests to Thai Union. | 1.10 | 1,225.00 | $1,347.50 |
| 08/20/2024 | BEW | BL | Revise 2004 notices to incorporate B. Levine's comments. | 0.70 | 650.00 | $455.00 |
| 08/20/2024 | BEW | BL | Draft 2004 notice for non-debtor entity | 0.10 | 650.00 | $65.00 |
| 08/20/2024 | BEW | BL | Draft 2004 notice for a non-debtor entity | 0.50 | 650.00 | $325.00 |
| 08/20/2024 | BEW | BL | Revise 2004 notices to incorporate edits consistently to other 2004 requests. | 0.50 | 650.00 | $325.00 |
| 08/20/2024 | BEW | BL | Draft 2004 subpoena and requests for non-debtor entity and email to J. Walker and B. Levine re: same. | 0.70 | 650.00 | $455.00 |
| 08/20/2024 | BEW | BL | Draft 2004 to non-debtor parties and email to B. Levine re: same. | 1.80 | 650.00 | $1,170.00 |
| 08/20/2024 | BEW | BL | Confer with B. Levine re: 2004 notices | 0.10 | 650.00 | $65.00 |
| 08/20/2024 | JWW | BL | Review and respond to communications with Ms. Levine and Ms. Wilson regarding draft 2004 requests for documents and related issues governing the focus for such requests. | 1.20 | 1,825.00 | $2,190.00 |
| 08/21/2024 | BEL | BL | Review revised discovery requests. | 0.60 | 1,225.00 | $735.00 |
| 08/21/2024 | BEW | BL | Confer with J. Walker re: 2004 notices. | 0.10 | 650.00 | $65.00 |
| 08/21/2024 | JWW | BL | Review and revise draft 2004 document requests to the Debtors, Thai union, Tuina, RL Master Holdings, and RL Co Investor Blocker dba Seafood Alliance and review Mr. Tibus' first day declaration and draft petition received from Debtors' counsel in connection with making certain of the revisions (6.9); discuss revisions and next steps with ms. Wilson (.3). | 7.20 | 1,825.00 | $13,140.00 |
| 08/21/2024 | JWW | BL | Forward revised 2004 requests to Ms. Wilson for further handling and finalization. | 0.20 | 1,825.00 | $365.00 |
| 08/22/2024 | BEW | BL | Revise 2004 notices to incorporate J. Walker's comments. | 0.90 | 650.00 | $585.00 |
| 08/22/2024 | BEW | BL | Confer with J. Walker re: 2004 notices | 0.60 | 650.00 | $390.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/22/2024 | JWW | BL | Review revised Rule 2004 document requests and questions from Ms. Wilson regarding same and discuss answers to the issues she has raised. | 2.30 | 1,825.00 | $4,197.50 |
| 08/23/2024 | BEW | BL | Revise 2004 notices and email to J. Walker re: same. | 2.90 | 650.00 | $1,885.00 |
| 08/23/2024 | BEW | BL | Confer with J. Krehl re: local procedures for 2004 notices | 0.10 | 650.00 | $65.00 |
| 08/23/2024 | BEW | BL | Update versions of 2004 documents on the system. | 0.10 | 650.00 | $65.00 |
| 08/23/2024 | JWW | BL | Review and revise Rule 2004 document requests directed to Debtors, Thai Union Group Public Company Ltd., Thai Union Investments N.A. LLC ("TUINA"), RL Co-investor Blocker LLC d/b/a Seafood Alliance, and Red Lobster Master Holdings, LP. and forward same to Messrs Sandler and Feinstein with attendant comments | 2.40 | 1,825.00 | $4,380.00 |
| 08/23/2024 | RJF | BL | Telephone conference with landlord's counsel regarding pre petition transactions | 0.50 | 1,850.00 | $925.00 |
| 08/23/2024 | SLH | BL | Call with Marvin Sicherman regarding potential causes of action for committee/landlord prosecution. | 0.30 | 1,695.00 | $508.50 |
| 08/24/2024 | BJS | BL | Various emails with PSZJ regarding litigation claims/Golden gate | 0.20 | 1,725.00 | $345.00 |
| 08/24/2024 | JWW | BL | Review and respond to communications with Messrs. Feinstein and Sandler regarding recent contact suggesting potential liability theory adverse to Golden Gate Equity (.2); teleconference with Mr. Feinstein regarding same (.2) | 0.40 | 1,825.00 | $730.00 |
| 08/24/2024 | RJF | BL | Telephone conference with Waller regarding investigation | 0.30 | 1,850.00 | $555.00 |
| 08/27/2024 | BEL | BL | Conference call with R. Feinstein. J. Walker, B. Wilson, and counsel for landlord regarding potential causes of action | 0.50 | 1,225.00 | $612.50 |
| 08/28/2024 | BEW | BL | Conference call with M. Sicherman and PSZJ team re: potential avenues of investigation. | 0.50 | 650.00 | $325.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/28/2024 | RJF | BL | Call with landlord attorney regarding investigation with J. Walker, B. Levine, and B. Wilson | 0.50 | 1,850.00 | $925.00 |
| 08/28/2024 | RJF | BL | Updated retained cause of action list | 0.10 | 1,850.00 | $185.00 |
| 08/31/2024 | JWW | BL | Revise and finalize 2004 requests to be served upon counsel for meet and confer process (1.8); draft internal communication regarding approval for service of same (.1) | 1.90 | 1,825.00 | $3,467.50 |
| | | | | **72.20** | | **$107,891.00** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/05/2024 | AK | CA | Meeting with B.Levine to discuss Red Lobster research. | 0.20 | 525.00 | $105.00 |
| 08/05/2024 | AK | CA | Red Lobster Research. | 4.50 | 525.00 | $2,362.50 |
| 08/07/2024 | AK | CA | Meeting with B.Levine to discuss new Red Lobster research. | 0.10 | 525.00 | $52.50 |
| 08/07/2024 | AK | CA | Red Lobster Research. | 3.00 | 525.00 | $1,575.00 |
| 08/07/2024 | BJS | CA | Various emails with Committee regarding update | 0.40 | 1,725.00 | $690.00 |
| 08/08/2024 | AK | CA | Further research for Red Lobster. | 2.00 | 525.00 | $1,050.00 |
| 08/09/2024 | AK | CA | Finished Red Lobster research for B.Levine. | 1.50 | 525.00 | $787.50 |
| 08/19/2024 | ATB | CA | Draft pro hac vice for B. Levine and B. Wilson; coordinate filing of same. | 0.70 | 595.00 | $416.50 |
| 08/21/2024 | ATB | CA | Process check request for pro hac vice orders and forward to court. | 0.30 | 595.00 | $178.50 |
| 08/23/2024 | SLH | CA | Email to R. Feinstein /B. Sandler on Sicherman call. | 0.10 | 1,695.00 | $169.50 |
| 08/27/2024 | ATB | CA | Update contact list and committee list serv. | 0.30 | 595.00 | $178.50 |
| | | | | **13.10** | | **$7,565.50** |

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/01/2024 | BJS | CO | Attention to WARN claims | 0.30 | 1,725.00 | $517.50 |
| 08/01/2024 | BJS | CO | Telephone conference with PFG regarding claims and 503b9 issues | 0.40 | 1,725.00 | $690.00 |
| 08/02/2024 | BJS | CO | Attention to claim objections | 0.30 | 1,725.00 | $517.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/02/2024 | BJS | CO | Attention to WARN settlement | 0.50 | 1,725.00 | $862.50 |
| 08/03/2024 | BJS | CO | Attention to WARN Claimants and settlement and various emails with Debtors regarding same | 0.50 | 1,725.00 | $862.50 |
| 08/05/2024 | BJS | CO | Telephone conference with S Miller regarding WARN settlement and various emails with Debtors regarding same | 0.50 | 1,725.00 | $862.50 |
| 08/06/2024 | BJS | CO | Attention to WARN settlement and various emails with Debtors regarding same | 5.00 | 1,725.00 | $8,625.00 |
| 08/07/2024 | BJS | CO | Attention to WARN settlement | 0.30 | 1,725.00 | $517.50 |
| 08/09/2024 | BJS | CO | Various emails with Debtors regarding Parker | 0.30 | 1,725.00 | $517.50 |
| 08/11/2024 | BJS | CO | Various emails with Debtors regarding WARN | 0.20 | 1,725.00 | $345.00 |
| 08/12/2024 | BJS | CO | Telephone conference with Debtors regarding WARN | 0.30 | 1,725.00 | $517.50 |
| 08/19/2024 | BJS | CO | Various emails with J Dutson regarding WARN claims | 0.10 | 1,725.00 | $172.50 |
| 08/26/2024 | RJF | CO | Review terms of proposed WARN settlement | 0.10 | 1,850.00 | $185.00 |
| 08/31/2024 | BJS | CO | Various emails with R Rubens regarding late filed claims | 0.10 | 1,725.00 | $172.50 |
| | | | | **8.90** | | **$15,365.00** |

## PSZJ Compensation

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/06/2024 | BJS | CP | Review and revise PSZJ fee app | 0.20 | 1,725.00 | $345.00 |
| 08/14/2024 | BJS | CP | Various emails with PSZJ regarding final fee apps | 0.30 | 1,725.00 | $517.50 |
| 08/21/2024 | BJS | CP | Review and revise fee app and various emails with C.Mackle regarding same | 0.30 | 1,725.00 | $517.50 |
| 08/21/2024 | CHM | CP | Draft final fee application (5.5); review summary notice and email Berger Singerman re same (.3). | 5.80 | 1,050.00 | $6,090.00 |
| 08/21/2024 | SSC | CP | Telephone conference with C. Mackle re fee application. | 0.10 | 1,395.00 | $139.50 |
| 09/03/2024 | ATB | CP | Draft supplement to final fee application. | 1.00 | 595.00 | $595.00 |
| | | | | **7.70** | | **$8,204.50** |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Other Professional Compensation** | | | | | | |
| 08/05/2024 | BJS | CPO | Various emails with GCP regarding fees | 0.10 | 1,725.00 | $172.50 |
| 08/14/2024 | BJS | CPO | Review BCG's fee statement | 0.10 | 1,725.00 | $172.50 |
| 08/19/2024 | BJS | CPO | Review K&S fee statement | 0.10 | 1,725.00 | $172.50 |
| 08/21/2024 | CHM | CPO | Review applications of Pack Law and Genesis (.9); review applications of Debtors' professionals (1.0). | 1.90 | 1,050.00 | $1,995.00 |
| | | | | **2.20** | | **$2,512.50** |
| **Financing/Cash Collateral/Cash Management** | | | | | | |
| 08/20/2024 | BJS | FN | Review Proskauer fee app | 0.10 | 1,725.00 | $172.50 |
| 08/29/2024 | RJF | FN | Review genesis email regarding recovery analysis | 0.10 | 1,850.00 | $185.00 |
| | | | | **0.20** | | **$357.50** |
| **General Creditors' Committee** | | | | | | |
| 08/28/2024 | RJF | GC | Review and comment on materials for next committee meeting | 0.30 | 1,850.00 | $555.00 |
| | | | | **0.30** | | **$555.00** |
| **Operations** | | | | | | |
| 08/16/2024 | BJS | OP | Various emails with GCP regarding cash variances and forecast | 0.30 | 1,725.00 | $517.50 |
| 08/20/2024 | BJS | OP | Review GCP report | 0.30 | 1,725.00 | $517.50 |
| | | | | **0.60** | | **$1,035.00** |
| **Plan and Disclosure Statement** | | | | | | |
| 08/11/2024 | BJS | PD | Various emails with Debtors regarding plan issues | 0.30 | 1,725.00 | $517.50 |
| 08/12/2024 | BJS | PD | Review Transcript from 8/8 hearing regarding adequate assurance | 0.40 | 1,725.00 | $690.00 |
| 08/12/2024 | BJS | PD | Telephone conference with Proskauer regarding TU investigation | 0.40 | 1,725.00 | $690.00 |
| 08/12/2024 | BJS | PD | Various emails with M Breen regarding plan issues | 0.30 | 1,725.00 | $517.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/12/2024 | BJS | PD | Telephone conference with B Lehane regarding plan issues | 0.20 | 1,725.00 | $345.00 |
| 08/13/2024 | BJS | PD | Telephone conference with Meta Advisors regarding plan issues | 0.40 | 1,725.00 | $690.00 |
| 08/14/2024 | BJS | PD | Various emails with Committee regarding update | 0.50 | 1,725.00 | $862.50 |
| 08/14/2024 | BJS | PD | Various emails with Pepsi regarding plan issues and store count | 0.20 | 1,725.00 | $345.00 |
| 08/16/2024 | BJS | PD | Telephone conference with J Dutson regarding plan issues and litigation claims | 0.20 | 1,725.00 | $345.00 |
| 08/19/2024 | BJS | PD | Attention to plan issues | 0.50 | 1,725.00 | $862.50 |
| 08/19/2024 | BJS | PD | Review confirmation order | 0.40 | 1,725.00 | $690.00 |
| 08/19/2024 | BJS | PD | Review PA agreement | 0.30 | 1,725.00 | $517.50 |
| 08/20/2024 | BJS | PD | Various emails with P.Labov regarding plan/trust; review trust; various emails with PSZJ regarding same and telephone conference with P.Labov regarding trust | 1.00 | 1,725.00 | $1,725.00 |
| 08/20/2024 | BJS | PD | Review revised plan and various emails with Debtors regarding same | 0.50 | 1,725.00 | $862.50 |
| 08/20/2024 | BJS | PD | Telephone conference with B Lehane regarding plan | 0.30 | 1,725.00 | $517.50 |
| 08/20/2024 | BJS | PD | Various emails with A Simons regarding plan | 0.10 | 1,725.00 | $172.50 |
| 08/20/2024 | BJS | PD | Various emails with Debtors regarding post-reorg org chart | 0.10 | 1,725.00 | $172.50 |
| 08/20/2024 | BJS | PD | Review draft confirmation order and various emails with Debtors regarding same | 0.40 | 1,725.00 | $690.00 |
| 08/20/2024 | BJS | PD | Review PA Agreement and various emails with Debtors regarding same | 0.30 | 1,725.00 | $517.50 |
| 08/20/2024 | BJS | PD | Various emails with Committee regarding update | 0.40 | 1,725.00 | $690.00 |
| 08/20/2024 | RJF | PD | Review collective comments to draft GUC trust agreement. | 0.30 | 1,850.00 | $555.00 |
| 08/20/2024 | RJF | PD | Internal emails regarding GUC trust agreement. | 0.50 | 1,850.00 | $925.00 |
| 08/20/2024 | SSC | PD | Correspond with M. Litvak re plan documents. | 0.10 | 1,395.00 | $139.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/20/2024 | SSC | PD | Review and revise plan administrator agreement. | 0.50 | 1,395.00 | $697.50 |
| 08/20/2024 | SSC | PD | Telephone conference with P. Labov re confirmation order. | 0.20 | 1,395.00 | $279.00 |
| 08/20/2024 | SSC | PD | Review and revise confirmation order. | 1.30 | 1,395.00 | $1,813.50 |
| 08/20/2024 | SSC | PD | Correspond with M. Litvak re confirmation order. | 0.20 | 1,395.00 | $279.00 |
| 08/20/2024 | SSC | PD | Telephone conference with B. Bean re plan administrator agreement. | 0.10 | 1,395.00 | $139.50 |
| 08/20/2024 | SSC | PD | Correspond with K. Cavins, Kelley Drye, re confirmation order. | 0.10 | 1,395.00 | $139.50 |
| 08/21/2024 | BJS | PD | Attention to plan documents | 2.00 | 1,725.00 | $3,450.00 |
| 08/21/2024 | BJS | PD | Various emails with T Sant regarding plan issues | 0.20 | 1,725.00 | $345.00 |
| 08/21/2024 | MBL | PD | Emails with team and debtor counsel re ancillary plan documents and comments thereto. | 0.20 | 1,525.00 | $305.00 |
| 08/21/2024 | PJL | PD | Review Debtors' and Lenders' changes to Trust Agreement and internal discussion regarding same | 2.20 | 1,450.00 | $3,190.00 |
| 08/21/2024 | PJL | PD | Review Confirmation Order and discuss Trust Agreement with Trustee | 1.60 | 1,450.00 | $2,320.00 |
| 08/21/2024 | RJF | PD | Internal emails regarding plan administrator agreement. | 0.30 | 1,850.00 | $555.00 |
| 08/21/2024 | RJF | PD | Review plan supplement. | 0.30 | 1,850.00 | $555.00 |
| 08/21/2024 | SSC | PD | Review revised plan administrator agreement. | 0.10 | 1,395.00 | $139.50 |
| 08/21/2024 | SSC | PD | Correspond with R. Feinstein re plan administrator agreement. | 0.10 | 1,395.00 | $139.50 |
| 08/21/2024 | SSC | PD | Review and revise plan administrator agreement. | 0.20 | 1,395.00 | $279.00 |
| 08/21/2024 | SSC | PD | Review and reply to B. Bean re plan administrator agreement. | 0.10 | 1,395.00 | $139.50 |
| 08/21/2024 | SSC | PD | Review and analysis re revised confirmation order. | 0.50 | 1,395.00 | $697.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/21/2024 | TSH | PD | Prepare for call with Debtors re: GUC Trust Agreement (.3); Call with B. Sandler, P. Labov, and Counsel to the Debtors re: GUC Trust Agreement (.3); | 0.60 | 1,075.00 | $645.00 |
| 08/21/2024 | TSH | PD | Draft revisions to GUC Trust Agreement (2.7); Correspond with B. Sandler re: GUC Trust Agreement (.2). | 2.90 | 1,075.00 | $3,117.50 |
| 08/22/2024 | BJS | PD | Attention to plan issues, jurisidction, equityholder litigation and GUC trust agreement | 2.00 | 1,725.00 | $3,450.00 |
| 08/22/2024 | BJS | PD | Various emails with GCP regarding post-ED cap structure | 0.20 | 1,725.00 | $345.00 |
| 08/22/2024 | MBL | PD | Emails with team re amended plan and ancillary documents. | 0.30 | 1,525.00 | $457.50 |
| 08/22/2024 | PJL | PD | Review of GUC Trust language, Confirmation Order and Plan. | 1.00 | 1,450.00 | $1,450.00 |
| 08/22/2024 | RJF | PD | Review list of retained causes of action | 0.20 | 1,850.00 | $370.00 |
| 08/22/2024 | RJF | PD | Review plan modifications | 0.30 | 1,850.00 | $555.00 |
| 08/22/2024 | RJF | PD | Emails regarding proposed plan modifications | 0.40 | 1,850.00 | $740.00 |
| 08/22/2024 | SSC | PD | Correspond with B. Sandler re confirmation order. | 0.10 | 1,395.00 | $139.50 |
| 08/22/2024 | SSC | PD | Review revised plan edits and revise same. | 0.40 | 1,395.00 | $558.00 |
| 08/22/2024 | SSC | PD | Correspond with B. Sandler re plan edits. | 0.20 | 1,395.00 | $279.00 |
| 08/22/2024 | SSC | PD | Review revised plan edit. | 0.10 | 1,395.00 | $139.50 |
| 08/22/2024 | SSC | PD | Review further revised confirmation order. | 0.20 | 1,395.00 | $279.00 |
| 08/22/2024 | SSC | PD | Telephone conference with J. Raviele re confirmation order edits. | 0.20 | 1,395.00 | $279.00 |
| 08/22/2024 | SSC | PD | Correspond with King & Spaulding re confirmation order edits. | 0.10 | 1,395.00 | $139.50 |
| 08/22/2024 | SSC | PD | Telephone conference with D. Kane, META Advisors, re edits to plan related documents. | 0.30 | 1,395.00 | $418.50 |
| 08/22/2024 | SSC | PD | Telephone conference with B. Bean, King & Spaulding re GUC Trust agreement. | 0.10 | 1,395.00 | $139.50 |
| 08/22/2024 | SSC | PD | Correspond with T. Heckel re GUC Trust agreement. | 0.20 | 1,395.00 | $279.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/22/2024 | SSC | PD | Correspond with D. Kane, META Advisors, re GUC Trust agreement. | 0.10 | 1,395.00 | $139.50 |
| 08/22/2024 | SSC | PD | Review and analysis re schedule of retained causes of action. | 0.20 | 1,395.00 | $279.00 |
| 08/22/2024 | TSH | PD | Review and analyze Debtors' revisions to GUC Trust Agreement (.4); Draft revisions to GUC Trust Agreement (1.1); Call with B. Sandler re: GUC Trust Agreement (.1); Call with P. Labov re: GUC Trust Agreement (.2); Correspond with D. Kane (Meta) re: GUC Trust Agreement (.3); Review and analyze Confirmation Order (.5); Correspond with S. Cho re: GUC Trust Agreement (.3). | 2.90 | 1,075.00 | $3,117.50 |
| 08/23/2024 | PJL | PD | Review open issues on Plan, Confirmation Order, and GUC Trust. | 1.20 | 1,450.00 | $1,740.00 |
| 08/23/2024 | SSC | PD | Review edits to confirmation order. | 0.10 | 1,395.00 | $139.50 |
| 08/23/2024 | SSC | PD | Review emails re confirmation order revisions from Kelley Drye, King & Spalding. | 0.10 | 1,395.00 | $139.50 |
| 08/25/2024 | BJS | PD | Attention to plan voting issues | 0.30 | 1,725.00 | $517.50 |
| 08/26/2024 | RJF | PD | Review plan supplement | 0.30 | 1,850.00 | $555.00 |
| 08/26/2024 | SSC | PD | Review and analysis re potential edits to confirmation order. | 0.40 | 1,395.00 | $558.00 |
| 08/26/2024 | SSC | PD | Telephone conference with K. Cairns re confirmation order edits. | 0.10 | 1,395.00 | $139.50 |
| 08/27/2024 | BLW | PD | Review background information regarding Plan and voting (.8); call with Mr. Heckle re: same and creditor voting (.9); calls (12X) with creditors re: plan and voting deadline (1.7). | 3.40 | 975.00 | $3,315.00 |
| 08/27/2024 | SSC | PD | Review emails from landlord counsel re confirmation order edits. | 0.10 | 1,395.00 | $139.50 |
| 08/27/2024 | TSH | PD | Call with B. Wallen re: Plan and Disclosure Statement (.8); Calls (6x) with Committee constituents re: Plan and Disclosure (1.3); Correspond with Counsel to the Debtors re: Plan and Disclosure Statement (.1); Correspond with B. Wallen and B. Sandler re: Plan and Disclosure Statement (.2). | 2.40 | 1,075.00 | $2,580.00 |
| 08/28/2024 | BLW | PD | Correspond with Creditor and Debtors re: missing ballot/voting information. | 0.30 | 975.00 | $292.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/28/2024 | JE | PD | Various correspondence with Robert Feinstein and Bradford Sandler regarding objection of UST to plan confirmation | 0.50 | 1,595.00 | $797.50 |
| 08/28/2024 | JE | PD | Review UST objection and annotate for response | 1.50 | 1,595.00 | $2,392.50 |
| 08/28/2024 | JE | PD | Review various research on issues raised by UST | 1.60 | 1,595.00 | $2,552.00 |
| 08/28/2024 | MBL | PD | Review retained actions schedule; coordinate with team re same. | 0.10 | 1,525.00 | $152.50 |
| 08/28/2024 | MBL | PD | Call with S. Cho re landlord issues. | 0.10 | 1,525.00 | $152.50 |
| 08/28/2024 | RJF | PD | Review UST objections to confirmation | 0.20 | 1,850.00 | $370.00 |
| 08/28/2024 | RJF | PD | Internal emails regarding reply | 0.30 | 1,850.00 | $555.00 |
| 08/28/2024 | RJF | PD | Emails regarding retained causes of action list | 0.10 | 1,850.00 | $185.00 |
| 08/28/2024 | RJF | PD | Review objections to confirmation | 0.50 | 1,850.00 | $925.00 |
| 08/28/2024 | SSC | PD | Review revised schedule of retained causes of action. | 0.10 | 1,395.00 | $139.50 |
| 08/28/2024 | SSC | PD | Call with Debtor counsel and landlord counsel re confirmation order final revisions. | 0.50 | 1,395.00 | $697.50 |
| 08/28/2024 | SSC | PD | Review revised confirmation order edits from C. Coleman. | 0.20 | 1,395.00 | $279.00 |
| 08/28/2024 | SSC | PD | Correspond with PSZJ internal re confirmation order status. | 0.10 | 1,395.00 | $139.50 |
| 08/29/2024 | JE | PD | Conference call with B. Sandler, Mr. Coleman and Mr. Dutson regarding UST objection to plan | 0.40 | 1,595.00 | $638.00 |
| 08/29/2024 | JE | PD | Various correspondence with counsel for debtors regarding UST objection | 0.30 | 1,595.00 | $478.50 |
| 08/29/2024 | JE | PD | Review case law from UST objection | 1.30 | 1,595.00 | $2,073.50 |
| 08/29/2024 | JE | PD | Work on response to objection | 3.20 | 1,595.00 | $5,104.00 |
| 08/29/2024 | JE | PD | Correspondence with Mr. Singerman, Mr. Dutson, Mr. Feinstein and B. Sandler regarding debtors' call with UST and issues remaining from objection | 0.40 | 1,595.00 | $638.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/29/2024 | JE | PD | Review proposed changes to certain language in plan to accommodate UST and responses to same | 0.50 | 1,595.00 | $797.50 |
| 08/29/2024 | MBL | PD | Emails with team retained actions schedule. | 0.10 | 1,525.00 | $152.50 |
| 08/29/2024 | RJF | PD | Review UST objections to confirmation | 0.20 | 1,850.00 | $370.00 |
| 08/29/2024 | RJF | PD | Telephone conference with B. Sandler regarding same | 0.10 | 1,850.00 | $185.00 |
| 08/29/2024 | RJF | PD | Emails with Singerman regarding UST objection | 0.30 | 1,850.00 | $555.00 |
| 08/29/2024 | SSC | PD | Review confirmation order edits from C. Coleman. | 0.10 | 1,395.00 | $139.50 |
| 08/29/2024 | SSC | PD | Review several emails from landlord counsel re plan edits. | 0.20 | 1,395.00 | $279.00 |
| 08/30/2024 | BJS | PD | Attention to plan issues | 1.50 | 1,725.00 | $2,587.50 |
| 08/30/2024 | BJS | PD | Various emails with M Waterman regarding voting | 0.30 | 1,725.00 | $517.50 |
| 08/30/2024 | BJS | PD | Various emails with J Elkin regarding plan issues | 0.10 | 1,725.00 | $172.50 |
| 08/30/2024 | JE | PD | Review various correspondence from Mr. Dutson and B. Sandler regarding plan revisions to address UST issues | 0.40 | 1,595.00 | $638.00 |
| 08/30/2024 | JE | PD | Work on objection to UST Plan Objection | 8.70 | 1,595.00 | $13,876.50 |
| 08/30/2024 | MBL | PD | Call with B. Sandler re UST plan objections. | 0.10 | 1,525.00 | $152.50 |
| 08/30/2024 | RJF | PD | Telephone conference with B. Sandler regarding UST issues | 0.30 | 1,850.00 | $555.00 |
| 08/31/2024 | BJS | PD | Various emails with J Elkin regarding plan issues | 0.40 | 1,725.00 | $690.00 |
| 08/31/2024 | BJS | PD | Review Memo of Law regarding confirmation | 0.40 | 1,725.00 | $690.00 |
| 09/01/2024 | JE | PD | Review GUC Trust Agreement | 0.50 | 1,595.00 | $797.50 |
| 09/01/2024 | JE | PD | Review and revise Response to UST Objection to Confirmation | 2.80 | 1,595.00 | $4,466.00 |
| 09/01/2024 | JE | PD | Review comments of B. Sandler to draft Response and revise accordingly | 1.70 | 1,595.00 | $2,711.50 |
| 09/01/2024 | JE | PD | Correspondence with B. Sandler and R. Feinstein regarding Response | 0.20 | 1,595.00 | $319.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/01/2024 | JE | PD | Review draft confirmation order | 1.40 | 1,595.00 | $2,233.00 |
| 09/02/2024 | JE | PD | Review and revise Response to UST Objection to Confirmation per various comments | 1.80 | 1,595.00 | $2,871.00 |
| 09/02/2024 | JE | PD | Correspondence with B. Sandler, S. Cho and R. Feinstein regarding Response and confirmation order | 0.50 | 1,595.00 | $797.50 |
| 09/02/2024 | JE | PD | Various correspondence with debtors' counsel regarding revisions to confirmation order and response to UST objection | 0.50 | 1,595.00 | $797.50 |
| 09/02/2024 | JE | PD | Prepare pro hac motion and distribute to local counsel | 0.60 | 1,595.00 | $957.00 |
| 09/02/2024 | JE | PD | Correspondence with B. Sandler regarding confirmation hearing strategy | 0.50 | 1,595.00 | $797.50 |
| 09/02/2024 | JE | PD | Work on argument | 1.20 | 1,595.00 | $1,914.00 |
| 09/02/2024 | JE | PD | Correspondence with Mr. Pack and B. Sandler regarding hearing | 0.20 | 1,595.00 | $319.00 |
| 09/02/2024 | JE | PD | Correspondence with Ms. Bean regarding confirmation objections | 0.20 | 1,595.00 | $319.00 |
| 09/02/2024 | JE | PD | Review plan update | 0.50 | 1,595.00 | $797.50 |
| 09/02/2024 | RJF | PD | Review and comment on draft and response to UST objection | 0.70 | 1,850.00 | $1,295.00 |
| 09/02/2024 | RJF | PD | Review and comment on draft confirmation order | 0.80 | 1,850.00 | $1,480.00 |
| 09/02/2024 | RJF | PD | Draft confirmation order | 0.80 | 1,850.00 | $1,480.00 |
| 09/02/2024 | RJF | PD | Review debtors' draft reply to confirmation objectives | 0.50 | 1,850.00 | $925.00 |
| 09/02/2024 | SSC | PD | Review and analysis re UST reply. | 0.20 | 1,395.00 | $279.00 |
| 09/02/2024 | SSC | PD | Review and analysis re confirmation order edits. | 0.20 | 1,395.00 | $279.00 |
| 09/02/2024 | SSC | PD | Email to R. Feinstein re revised confirmation order. | 0.10 | 1,395.00 | $139.50 |
| 09/03/2024 | JE | PD | Review Debtors' Memorandum in Support of Confirmation | 1.40 | 1,595.00 | $2,233.00 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/03/2024 | JE | PD | Correspondence with B. Sandler and R. Feinstein regarding Debtors' Memorandum | 0.20 | 1,595.00 | $319.00 |
| 09/03/2024 | JE | PD | Correspondence with Ms. Bean regarding Debtors' Memorandum | 0.40 | 1,595.00 | $638.00 |
| 09/03/2024 | JE | PD | Review UST objection as to debtors and reorganized debtors | 0.20 | 1,595.00 | $319.00 |
| 09/03/2024 | JE | PD | Review revised confirmation order provisions on UST Fees | 0.30 | 1,595.00 | $478.50 |
| 09/03/2024 | JE | PD | Call with Ms. Bean and Mr. Dotson regarding Memorandum handling of UST fee issues | 0.30 | 1,595.00 | $478.50 |
| 09/03/2024 | JE | PD | Review, revise and assemble exhibits for Response to UST objection | 1.10 | 1,595.00 | $1,754.50 |
| 09/03/2024 | JE | PD | Correspondence with Mr. Krehl regarding filing of pro hac motion and Response | 0.30 | 1,595.00 | $478.50 |
| 09/03/2024 | JE | PD | Call with Ms. Bean regarding debtors' memorandum | 0.20 | 1,595.00 | $319.00 |
| 09/03/2024 | JE | PD | Call with Mr. Krehl regarding filing of response | 0.20 | 1,595.00 | $319.00 |
| 09/03/2024 | JE | PD | Prepare for hearing on confirmation | 2.80 | 1,595.00 | $4,466.00 |
| 09/03/2024 | JE | PD | Various correspondence with Mr. Sandler regarding hearing and discussions with UST to attempt resolution | 0.30 | 1,595.00 | $478.50 |
| 09/03/2024 | JE | PD | Review Debtors' Memorandum | 1.20 | 1,595.00 | $1,914.00 |
| 09/03/2024 | JE | PD | Correspondence with B. Sandler and R. Feinstein regarding cram down | 0.20 | 1,595.00 | $319.00 |
| 09/03/2024 | RJF | PD | Review and comment on revised draft confirmation order | 1.00 | 1,850.00 | $1,850.00 |
| 09/03/2024 | RJF | PD | Emails with Debtors' counsel, B. Sandler and J. Elkin regarding confirmation order | 0.50 | 1,850.00 | $925.00 |
| 09/03/2024 | RJF | PD | Telephone conference with B. Sandler, Bomkamp regarding UST plan objection | 0.20 | 1,850.00 | $370.00 |
| 09/03/2024 | SSC | PD | Review J. Elkin comments to plan brief. | 0.10 | 1,395.00 | $139.50 |
| 09/03/2024 | SSC | PD | Review revised plan confirmation order. | 0.10 | 1,395.00 | $139.50 |
| 09/03/2024 | SSC | PD | Review email from L. Roglen, C. Coleman re confirmation order edits. | 0.10 | 1,395.00 | $139.50 |

| | | |
|---|---|---|
| | **92.10** | **$141,615.00** |

**TOTAL SERVICES FOR THIS MATTER:** **$290,048.50**

**Expenses**

| | | | |
|---|---|---|---|
| 08/05/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 08/12/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 08/20/2024 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 08/20/2024 | RE | SCAN/COPY ( 195 @0.10 PER PG) | 19.50 |
| 08/20/2024 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/20/2024 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 08/20/2024 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 08/20/2024 | RE | SCAN/COPY ( 70 @0.10 PER PG) | 7.00 |
| 08/20/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 08/20/2024 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 08/21/2024 | FF | Clerk, U.S. District Court, pro hac vice fees for JIS | 450.00 |
| 09/03/2024 | PAC | Pacer - Court Research | 59.60 |

**Total Expenses for this Matter** **$542.00**

## A/R STATEMENT

**Outstanding Balance from prior invoices as of 09/03/2024** **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 141269 | 08/21/2024 | $832,520.50 | $6,039.50 | $838,560.00 |

**Total Amount Due on Current and Prior Invoices:** **$1,129,150.50**

# Exhibit B

## Estimated Fees and Expenses for September 4-5, 2024

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Judith Elkin | 10.00 | $1,595.00 | $15,950.00 |
| Shirley Cho | 0.50 | $1,395.00 | $697.50 |
| Cia Mackle | 8.00 | $1,050.00 | $8,400.00 |
| Brad Sandler | 14.00 | $1,725.00 | $24,150.00 |
| Rob Feinstein | 10.00 | $1,850.00 | $18,500.00 |
| Jim Walker | 4.00 | $1,825.00 | $7,300.00 |
| Andrea Bates | 1.50 | $595.00 | $892.50 |
| **Total Additional Fee Estimate** | | | **$75,890.00** |

| Expenses | |
|---|---|
| Travel | $500.00 |
| Car | $250.00 |
| Hotel | $350.00 |
| Transcript | $85.00 |
| **Total Additional Expense Estimate** | **$1,185.00** |