## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| | |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| | |
| Debtors | (Jointly Administered) |
| | |
| | **Ref. Docket Nos. 1083-1084, 1086-1097, 1100-1102, 1104-1107, 1110 & 1111** |

## CERTIFICATE OF SERVICE

I, JENNIFER NOBLE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

2.  On September 3, 2024, I caused to be served the:

a.  "Debtors' Response in Opposition Tara Richardson's Motion for Relief from Stay to Proceed Against Available Insurance," dated September 3, 2024 [Docket No. 1083], (the "Response"),

b.  "Debtors' *Ex Parte* Motion to Allow Linc Rogers of Blake, Cassels & Graydon LLP, as Special Counsel, to Appear Via Zoom at the September 5, 2024 Hearing," dated September 3, 2024 [Docket No. 1084], (the "Rogers Motion"),

c.  "Order Sustaining Debtors' Second Omnibus Objection to Certain Claim (Priority Wage Claims)," dated September 3, 2024 [Docket No. 1086], (the "2nd Objection Order"),

d.  "Order Sustaining Debtors' First Omnibus Objection to Certain Claims (Deferred Compensation Claims)," dated September 3, 2024 [Docket No. 1087], (the "1st Objection Order"),

e.  "Order Granting Debtors' *Ex Parte* Motion to Allow Linc Rogers of Blake, Cassels & Graydon LLP, as Special Counsel, to Appear Via Zoom at the September 5, 2024 Hearing," dated September 3, 2024 [Docket No. 1088], (the "Rogers Order"),

f.  "Order Sustaining Debtors' Objection to the Claim No. 11409," dated September 3, 2024 [Docket No. 1089], (the "Claim No. 11409 Order"),

g.  "Agreed Order Granting Debtors' Agreed *Ex Parte* Motion to Continue Claim Objection Hearing to October 1, 2024, at 10:00 A.M.," dated September 2, 2024 [Docket No. 1090], (the "Continued Hearing Order"),

h.  "Order Sustaining Debtors' Objection to Claim No. 872," dated September 3, 2024 [Docket No. 1091], (the "Claim No. 872 Order"),

i.  "Order Sustaining Debtors' Objection to Claim No. 10746 Filed by Silverbel Landscaping & Snowplowing Ltd.," dated September 3, 2024 [Docket No. 1092], (the "Silverbel Order"),

j.  "Order Sustaining Debtors' Third Omnibus Objection to Certain Claims (§ 507(a)(7) Priority Claims)," dated September 3, 2024 [Docket No. 1093], (the "3rd Objection Order"),

k.  "Order Sustaining Debtors' Fourth Omnibus Objection to Certain Claims (§ 503(b)(9) Administrative Expense Claims)," dated September 3, 2024 [Docket No. 1094], (the "4th Objection Order"),

l.  "Order Sustaining Debtors' Fifth Omnibus Objection to Certain Claims (Duplicate Claims)," dated September 3, 2024 [Docket No. 1095], (the "5th Objection Order"),

m.  "Order Sustaining Debtors' Seventh Omnibus Objection to Certain Claims (§ 507(a) Misclassified Claims - Other)," dated September 3, 2024 [Docket No. 1096], (the "7th Objection Order"),

n.  "Order Sustaining Debtors' Objection to Claim Nos. 10267, 10268 and 10269 Filed by Edward Brachman and/or Leora Friedman," dated September 3, 2024 [Docket No. 1097], (the "Brachman Order"),

o.  "Joint Motion of the Debtors and MP2 Energy NE LLC d/b/a Shell Energy Solutions for the Entry of an Order Resolving Cure Objection," dated September 3, 2024 [Docket No. 1100], (the "MP2 Motion"),

p.  "Declaration of Emily Young, on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast on Joint Chapter 11 Plan for Red Lobster Management LLC and its Debtor Affiliates," dated September 3, 2024 [Docket No. 1101], (the "Young Declaration"),

q.  "Memorandum of Law in Reply to Objections to Confirmation of Debtors' Amended Joint Chapter 11 Plan," dated September 3, 2024 [Docket No. 1102], (the "Memorandum"),

r.  "Supplement to First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of King & Spalding LLP, as Counsel to the Debtors," dated September 3, 2024 [Docket No. 1104], (the "King Application"),

s.  "Debtors' September 3, 2024 Status Report Regarding Cure Objections," dated September 3, 2024 [Docket No. 1105], (the "Status Report"),

t.  "Supplement to First and Final Application of Berger Singerman LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors, for Period of August 20, 2024, Through September 2, 2024," dated September 3, 2024 [Docket No. 1106], (the "Berger Singerman Application"),

u.  "Supplement to the Final Application of Alvarez & Marsal North America, LLC, for the Allowance and Payment of Fees and Expenses," dated September 3, 2024 [Docket No. 1107], (the "Alvarez Application"),

v.  "Debtors' Witness List in Connection with September 5, 2024, Confirmation Hearing," dated September 3, 2024 [Docket No. 1110], (the "Witness List"), and

w. "Supplement to First and Final Application for Compensation for Services Rendered and Reimbursement of Expenses of Blake, Cassels & Graydon LLP, as Special Counsel to the Debtors," dated September 3, 2024 [Docket No. 1111], (the "Blakes Application"),

by causing true and correct copies of the:

    i.  Response, Rogers Motion, 2nd Objection Order, 1st Objection Order, Rogers Order, Claim No. 11409 Order, Continued Hearing Order, Claim No. 872 Order, Silverbel Order, 3rd Objection Order, 4th Objection Order, 5th Objection Order, 7th Objection Order, Brachman Order, MP2 Motion, Young Declaration, Memorandum, King Application, Status Report, Berger Singerman Application, Alvarez Application, Witness List, and Blakes Application to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  Response to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit B</u>,

    iii.  Claim No. 11409 Order to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>,

    iv.  Continued Hearing Order to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to one party whose name and address are confidential and therefore not included,

    v.  Claim No. 872 Order to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to one party whose name and address are confidential and therefore not included,

    vi.  Silverbel Order to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit D</u>,

    vii.  3rd Objection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>, and to one party whose name and address are confidential and therefore not included,

    viii.  4th Objection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>, and to one party whose name and address are confidential and therefore not included,

    ix.  5th Objection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

    x.  7th Objection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>,

xi.  Brachman Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>,

xii.  MP2 Motion to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit J</u>,

xiii.  Status Report to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit K</u>,

xiv.  Response, Rogers Motion, 2nd Objection Order, 1st Objection Order, Rogers Order, Claim No. 11409 Order, Continued Hearing Order, Claim No. 872 Order, Silverbel Order, 3rd Objection Order, 4th Objection Order, 5th Objection Order, 7th Objection Order, Brachman Order, MP2 Motion, Young Declaration, Memorandum, King Application, Status Report, Berger Singerman Application, Alvarez Application, Witness List, and Blakes Application to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit L</u>,

xv.  MP2 Motion to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit M</u>,

xvi.  Status Report to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit N</u>, and

xvii.  Response to be delivered via electronic mail to: *ratnala@ratnalalaw.com*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Jennifer Noble*
Jennifer Noble

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST MONTGOMERY AL 36130 |
| ALASKA DEPT OF REVENUE | 550 W 7TH AVE STE 500 ANCHORAGE AK 99501-3555 |
| ARIZONA DEPT OF REVENUE | 1600 W. MONROE PHOENIX AZ 85007-2650 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94267-0001 |
| CONNECTICUT DEPT OF REVENUE SERVICES | 450 COLUMBUS BLVD., STE 1 HARTFORD CT 06103 |
| COSTA DO SOESTO LLC | ATTN: PABLO GUSTAVO LEIS, MANAGER C/O WILLIAM H ALBORNOZ PA 901 PONCE DE LEON BLVD., SUITE 204 CORAL GABLES FL 33134-3070 |
| CURTIS R BARTELLS | ADDRESS ON FILE |
| DC OFFICE OF TAX AND REVENUE | 1101 4TH STREET, SW SUITE 270 WEST WASHINGTON DC 20024 |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST WILMINGTON DE 19801 |
| ENTERPRISE FLEET MANAGEMENT CANADA INC | 709 MILNER AVE SCARBOROUGH ON M1B 6B6 CANADA |
| ENTERPRISE FLEET MANAGEMENT CANADA INC | 77 BELFIELD RD, STE 100 TORONTO ON M9W 1G6 CANADA |
| FAR HORIZONS TRAILER VILLAGE LLC | ATTN: CHARLES HAYS JR, PARTNER 7682 CALLAWAY DR RANCHO MURIETA CA 95683-9268 |
| GEORGIA DEPT OF REVENUE | 1800 CENTURY CENTER BLVD., NE STE 12000 ATLANTA GA 30345-3205 |
| GREATAMERICAN FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401 |
| HAWAII DEPT OF TAXATION | DIRECTOR OF TAXATION ROOM 221 830 PUNCHBOWL STREET HONOLULU HI 96813-5094 |
| ILLINOIS DEPT OF REVENUE | WILLARD ICE BLDG 101 W JEFFERSON ST. SPRINGFIELD IL 62702 |
| INDIANA DEPARTMENT OF REVENUE | 100 N SENATE IGCN RM N105 INDIANAPOLIS IN 46204 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPT OF REVENUE | 1305 E WALNUT ST, 4TH FL DES MOINES IA 50319 |
| KENTUCKY DEPARTMENT OF REVENUE | 501 HIGH ST, STATION 38 FRANKFORT KY 40601-2103 |
| LOUISIANA DEPARTMENT OF REVENUE | 617 N THIRD ST BATON ROUGE LA 70802 |
| LUXONE LLC | ATTN: MIRCEA VOSKERICIAN, OWNER 572 CHIMALUS DR PALO ALTO CA 94306 |
| MARYLAND OFFICE OF THE COMPTROLLER | REVENUE ADMINISTRATION CENTER TAXPAYER SERVICES DIVISION 110 CARROL ST ANNAPOLIS MD 21411-0001 |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES 100 CAMBRIDGE ST, 6TH FL BOSTON MA 02114-9569 |
| MERKLE INC | 7001 COLUMBIA GATEWAY DR COLUMBIA MD 21046 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | (COUNSEL TO PRINCE GEORGE'S COUNTY, MARYLAND) ATTN: NICOLE C. KENWORTHY 6801 KENILWORTH AVENUE, SUITE 400 RIVERDALE MD 20737-1385 |
| MICHIGAN DEPARTMENT OF TREASURY | PO BOX 30324 LANSING MI 48909-7824 |
| MINNESOTA DEPARTMENT OF REVENUE | 600 N ROBERT ST. N SAINT PAUL MN 55101 |
| MISSISSIPPI STATE TAX COMMISSION | 500 CLINTON CTR DR CLINTON MS 39056 |
| MONTANTA DEPARTMENT OF REVENUE | PO BOX 5805 HELENA MT 59604-5805 |
| NEVADA DEPT OF TAXATION | 3850 ARROWHEAD DRIVE 2ND FLOOR CARSON CITY NV 89706 |
| NEW HAMPSHIRE DEPT OF REVENUE ADMIN | 109 PLEASANT ST CONCORD NH 03301 |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION PO BOX 211 TRENTON NJ 08625-0211 |
| NEW MEXICO TAXATION & REVENUE DEPT | 1200 S ST FRANCIS DRIVE SANTA FE NM 87504-0630 |
| NEW YORK DEPT. OF FINANCE | CORRESPONDENCE UNIT ONE CENTRE ST, 22ND FL NEW YORK NY 10007 |
| NORTH CAROLINA DEPT OF REVENUE | 501 N WILMINGTON ST RALEIGH NC 27604 |
| OFFICE OF SEC. OF STATE OF ALASKA | HON. NANCY DAHLSTROM LIEUTENANT GOVERNOR -E PO BOX 110015 JUNEAU AK 99811-0001 |
| OFFICE OF SEC. OF STATE OF ARIZONA | HON. ADRIAN FONTES 1700 W WASHINGTON ST, FL 7 PHOENIX AZ 85007-2808 |
| OFFICE OF SEC. OF STATE OF ARKANSAS | HON. JOHN THURSTON STATE CAPITOL 500 WOODLANE ST, STE 256 LITTLE ROCK AR 72201 |
| OFFICE OF SEC. OF STATE OF CALIFORNIA | HON. SHIRELY N WEBER 1500 11TH ST SACRAMENTO CA 95814 |
| OFFICE OF SEC. OF STATE OF CT. | HON. STEPHANIE THOMAS PO BOX 150470 STE 1000 HARTFORD CT 06115-0470 |
| OFFICE OF SEC. OF STATE OF DELAWARE | HON. JEFFREY W. BULLOCK 820 N FRENCH ST, 10TH FL WILMINGTON DE 19801 |
| OFFICE OF SEC. OF STATE OF DELAWARE | HON. JEFFREY W. BULLOCK 401 FEDERAL ST DOVER DE 19901 |
| OFFICE OF SEC. OF STATE OF GEORGIA | HON. BRAD RAFFENSPERGER 214 STATE CAPITOL ATLANTA GA 30334 |
| OFFICE OF SEC. OF STATE OF HAWAII | HON. SYLVIA LUKE LIEUTENANT GOVERNOR -E STATE CAPITOL HONOLULU HI 96813 |
| OFFICE OF SEC. OF STATE OF IDAHO | HON. PHIL MCGRANE 450 N 4TH ST BOISE ID 83702 |
| OFFICE OF SEC. OF STATE OF ILLINOIS | HON. ALEXI GIANNOULIAS 213 STATE CAPITOL SPRINGFIELD IL 62756 |

| Claim Name | Address Information |
|---|---|
| OFFICE OF SEC. OF STATE OF INDIANA | HON. DIEGO MORALES 200 W WASHINGTON ST, ROOM 201 INDIANAPOLIS IN 46204 |
| OFFICE OF SEC. OF STATE OF KENTUCKY | HON. MICHAEL G ADAMS 700 CAPITAL AVE, STE 152 FRANKFORT KY 40601 |
| OFFICE OF SEC. OF STATE OF LOUISIANA | HON. R. KYLE ARDOIN PO BOX 94125 BATON ROUGE LA 70804-9125 |
| OFFICE OF SEC. OF STATE OF MARYLAND | HON. SUSAN C LEE 16 FRANCIS ST ANNAPOLIS MD 21401 |
| OFFICE OF SEC. OF STATE OF MICHIGAN | HON. JOCELYN BENSON 3315 E MICHIGAN AVE LANSING MI 48912 |
| OFFICE OF SEC. OF STATE OF MS. | HON. MICHAEL WATSON 125 S CONGRESS ST JACKSON MS 39201 |
| OFFICE OF SEC. OF STATE OF NEBRASKA | HON. ROBERT B EVNEN PO BOX 94608 LINCOLN NE 68509-4608 |
| OFFICE OF SEC. OF STATE OF NEW JERSEY | HON. SHEILA Y. OLIVER LIEUTENANT GOVERNOR -E PO BOX 001 TRENTON NJ 08625 |
| OFFICE OF SEC. OF STATE OF NORTH DAKOTA | HON. MICHAEL HOWE 600 E BLVD AVE DEPT 108 BISMARCK ND 58505-0500 |
| OFFICE OF SEC. OF STATE OF OHIO | HON. FRANK LAROSE 22 N FOURTH ST, 16TH FL COLUMBUS OH 43215 |
| OFFICE OF SEC. OF STATE OF OREGON | HON. SHEMIA FAGAN 255 CAPITAL ST NE STE 151 SALEM OR 97310-0722 |
| OFFICE OF SEC. OF STATE OF PENNSYLVANIA | HON. AL SCHMIDT 302 N OFFICE BLDG 401 N ST HARRISBURG PA 17120 |
| OFFICE OF SEC. OF STATE OF S.C. | HON. MARK HAMMOND 1205 PENDLETON ST, STE 525 COLUMBIA SC 29201 |
| OFFICE OF SEC. OF STATE OF S.D. | HON. MONAE L JOHNSON 500 E CAPITOL AVE, STE 204 PIERRE SD 57501-5070 |
| OFFICE OF SEC. OF STATE OF TEXAS | HON. JANE NELSON 1100 CONGRESS CAPITOL BLDG, ROOM 1E.8 AUSTIN TX 78701 |
| OFFICE OF SEC. OF STATE OF UTAH | HON. DEIDRE HENDERSON 350 N STATE ST, STE 220 PO BOX 142325 SALT LAKE CITY UT 84114-2325 |
| OFFICE OF SEC. OF STATE OF VERMONT | HON. COPELAND HANZAS 128 STATE ST MONTPELIER VT 05633-1101 |
| OFFICE OF SEC. OF STATE OF VIRGINIA | HON. KAY COLE JAMES PO BOX 1475 RICHMOND VA 23218 |
| OFFICE OF SEC. OF STATE OF W.V. | HON. MAC WARNER STATE CAPITAL BUILDING CHARLESTON WV 25305-0770 |
| OHIO DEPARTMENT OF TAXATION | PO BOX 182131 COLUMBUS OH 43218-2131 |
| OKLAHOMA TAX COMMISSION | 300 N BROADWAY AVE OKLAHOMA CITY OK 73102 |
| OP OAKHURST REALTY LLC | ATTN: PRIYANK SINGHAL, LANDLORD 46 FLEMMING DR HILLSBOROUGH NJ 08844-5281 |
| PREECHA NARKSUWAN | ADDRESS ON FILE |
| PREMIER PRODUCE CENTRAL FLORIDA INC | ATTN: DEMETRIOS CHLEBOGIANNIS, PRESIDENT PREMIER PRODUCE CENTRAL FLORIDA INC PO BOX 7829 CAROL STREAM IL 60197-7829 |
| RHODE ISLAND DIVISION OF TAXATION | ONE CAPITOL HILL PROVIDENCE RI 02908-5800 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 300 N HOGAN ST, STE 700 JACKSONVILLE FL 32202 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 W WASHINGTON ST, STE 3100 ORLANDO FL 32801 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 N TAMPA ST, STE 3200 TAMPA FL 33602 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 35 SE 1ST AVE, STE 300 OCALA FL 34471 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 2110 FIRST ST, STE 3-137 FT. MYERS FL 33901 |
| ROWORTH ENTERPRISES LLC | ATTN: MELINDA ROWORTH, MEMBER 99-129 HOLO PLACE AIEA HI 96701 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| SOUTH CAROLINA DEPT OF REVENUE | 300A OUTLET POINTE BOULEVARD COLUMBIA SC 29210 |
| SOUTH MIDTOWN PROPERTIES LLC | ATTN: WEIYE LIN, MANAGER 1155 SWEETWATER DRIVE RENO NV 89509-5250 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |

| Claim Name | Address Information |
|---|---|
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 |
| THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C. | (COUNSEL TO MANSFIELD OIL COMPANY) ATTN: MICHAEL B. PUGH 2 SUN COURT, SUITE 400 PEACHTREE CORNERS GA 30092 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| VERMONT DEPT OF TAXES | 133 STATE ST MONTPELIER VT 05602 |
| VIRGINIA DEPT OF TAXATION | 1957 WESTMORELAND STREET RICHMOND VA 23230 |
| WELLS FARGO BANK, NA | AS ADMINISTRATIVE AGENT 1800 CENTURY PARK E, STE 1100 LOS ANGELES CA 90067 |

**Total Creditor count  106**

**EXHIBIT B**

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
First Class Mail Additional Party List

RAVI PATRICK RATNALA
PO BOX 430973
HOUSTON, TX 77243-0973

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| KATHRYN HESSLER, ET AL | C/O KINGSLEY & KINGSLEY APC ATTN DARREN M COHEN, ESQ 16133 VENTURA BLVD, STE 1200 ENCINO CA 91436 |

**Total Creditor count  1**

**EXHIBIT D**

RED LOBSTER
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SILVERBEL LANDSCAPING & SNOWPLOWING LTD | 9A GARDEN AVE BRAMPTON ON L6X 1M4 CANADA |

**Total Creditor count  1**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ADJ LANDSCAPING SERVICE | ATTN AGUSTIN ALTAMIRANO 2791 SW 26TH ST MIAMI FL 33133 |
| CITYWIDE WINDOW CLEANING | ATTN MICHAEL SMITH 643 STONEY CREEK CIR CORONA CA 92879 |
| CLASSY CLEANING | 13660 COULTHART RD CHESTERVILLE ON K0C 1H0 CANADA |
| SHELTON'S WATER INC | ATTN SHERYL FRANK 2708 E RANDOL MILL RD ARLINGTON TX 76011 |
| WHITLOCKS PRESSURE WASH | PO BOX 391 5649 INDUSTRIAL AVE S CONNERSVILLE IN 47331 |

**Total Creditor count  5**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| AIRSHIP GROUP INC | 1225 W BURNSIDE ST, STE 401 PORTLAND OR 97209 |
| ALL OVER LOCKSMITH & GARAGE DOORS INC | 22335 MOBILE ST WOODLAND HILLS CA 91303 |
| ARROWHEAD OUTDOOR SERVICES LLC | 2662 CARRIE LN WOOSTER OH 44691 |
| CARD FULFILLMENT SERVICES | ATTN ELIZABETH WOOD 5601 E RIVER RD FRIDLEY MN 55432 |
| COPPER MOUNTAIN PLUMBING | 103 W 12TH ST YUMA AZ 85364 |
| CORPORATE RELOCATION INTERNATIONAL | 301 INTERNATIONAL PKWY, STE 410 FLOWER MOUND TX 75022 |
| EAB GROUP INC | 1 E NORTHWEST HWY, STE 204 CITY OF PALATINE IL 60067 |
| EAB GROUP INC | ATTN EDDIE BRACHMAN 508 KENNETH CIR CITY OF ELGIN IL 60120 |
| GOLDEN-TECH INTERNATIONAL INC | 11120 NE 2ND ST, STE 200 BELLEVUE WA 98004 |
| GOOLDY & SONS INC | 926 W 17TH ST BLOOMINGTON IN 47404 |
| HARVARD MAINTENANCE INC | 201 S BISCAYNE BLVD, 24TH FL MIAMI FL 33131 |
| HENTHORN PLUMBING | ATTN MATTHEW HENTHORN PO BOX 610086 REDWOOD CITY CA 94061 |
| INTEGRATIVE ELECTRIC | 3153 MADDIE CT GRAND JUNCTION CO 81503 |
| J & M MAINTENANCE AND REPAIRS CORP | 13105 SW 108TH PL MIAMI FL 33176 |
| JAY'S LAWN & LANDSCAPE SERVICES | PO BOX 137 OXFORD MI 48371 |
| JLS BUILDING SERVICES LLC | 930 E WATER ST CHILLICOTHE OH 45601 |
| LDI COMMERCIAL KITCHEN REPAIR LTD | ATTN TAMMY LANG 9 - 3600 21 STREET NE CALGARY AB T2E 6V6 CANADA |
| LDI COMMERCIAL KITCHEN REPAIR LTD | 12004 149 STREET NW EDMONTON AB T5V 1P2 CANADA |
| LUNDS HANDYMAN SERVICES | ATTN STEVEN LUND 10662 KARSTON AVE NE ALBERTVILLE MN 55301 |
| MA LANDSCAPING SERVICE LLC | 324 S HORNE, #2015 MESA AZ 85204 |
| MORNING DEW LANDSCAPING INC | 2684 E HUNTINGTON DR FLAGSTAFF AZ 86004 |
| OMAHA PUBLIC POWER DISTRICT | PO BOX 3995 OMAHA NE 68103 |
| PACIFIC REFRIGERATION OPERATING LLC | PO BOX 1953 TACOMA WA 98401 |
| PUGET SOUND ENERGY | ATTN VENDOR COLLECTIONS BOT-01O PO BOX 97034 BELLEVUE WA 98009-7034 |
| ROTO ROOTER SERVICES COMPANY | 283 D CAHABA VALLEY PKWY N PELHAM AL 35124 |
| ROTO ROOTER SERVICES COMPANY | 4615 TOWN CENTER DR, STE 100 COLORADO SPRINGS CO 80916 |
| ROYAL ELECTRICAL SERVICES INC | 800 W 2ND ST PUEBLO CO 81003 |
| SEELBACH DESIGN INC | 2087 OTTER WAY PALM HARBOR FL 34685 |
| VALLIER PROPERTY MAINTENANCE INC | 20883 REBECCA RD THORNDALE ON N0M 2P0 CANADA |
| YOUNG DEVELOPMENT LLC | 2643 DUCK LAKE RD WHITEHALL MI 49461 |

> **Total Creditor count  30**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| 1ST CALL MAINTENANCE LTD | 7319 WHALEN DR REGINA SK S4X 3W8 CANADA |
| SAN BERNARDINO COUNTY | ATTN OFFICE OF THE TAX COLLECTOR 248 W HOSPITALITY LN, 1ST FL SAN BERNARDINO CA 92415 |
| SAN BERNARDINO COUNTY | ATTN OFFICE OF THE TAX COLLECTOR 268 W HOSPITALITY LN, 1ST FL SAN BERNARDINO CA 92415 |
| VESTIS SERVICES LLC | F/K/A ARAMARK C/O HAWLEY TROXELL ENNIS & HAWLEY LLP ATTN DEVIN G BRAY, PO BOX 1617 BOISE ID 83701-1617 |
| VICTORIA COUNTY | C/O LINEBARGER GOGGAN BLAIR & SAMPSON PO BOX 17428 AUSTIN TX 78760-7428 |

**Total Creditor count  5**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| 1ST CALL MAINTENANCE LTD | ATTN AARON BURBACK 7319 WHELAN DR REGINA SK S4X 3W8 CANADA |
| JUDSON'S INC | ATTN ACCT RECEIVABLES 1390 13TH ST SE PO BOX 12669 SALEM OR 97309-0669 |
| LEON, EMMANUEL | ADDRESS ON FILE |
| NORTH COUNTRY PROPERTY MAINTENANCE INC | ATTN PATRICK CORRADO 3 KNICELY RD BARRIE ON L4N 6T8 CANADA |
| NORTH COUNTRY PROPERTY MAINTENANCE INC | 1945 LOCKHART RD INNISFIL ON L9S 3G1 CANADA |
| WESTON MECHANICAL LLC | 6990 N 1000 E LAFAYETTE IN 47905 |

**Total Creditor count  6**

**EXHIBIT I**

| Claim Name | Address Information |
|---|---|
| BRACHMAN, EDWARD | ADDRESS ON FILE |
| BRACHMAN, EDWARD | ADDRESS ON FILE |
| BRACHMAN, EDWARD | ADDRESS ON FILE |
| LEORA FRIEDMAN AND/OR EDDIE BRACHMAN | ADDRESS ON FILE |

**Total Creditor count  4**

**EXHIBIT J**

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
First Class Mail Additional Parties List

ZIMMERMAN, KISER & SUTCLIFFE, P.A.
(COUNSEL FOR MP2 ENERGY NE LLC D/B/A SHELL ENERGY SOLUTIONS)
ATTN: BRADLEY J. ANDERSON & NICHOLAS J. MARI
315 E. ROBINSON STREET, STE. 600
ORLANDO, FL 32801

COKINOS | YOUNG
(COUNSEL FOR MP2 ENERGY NE LLC D/B/A SHELL ENERGY SOLUTIONS)
ATTN: REAGAN H. "TRES" GIBBS, III & EMMA P. MYLES, CRAIG E. POWER
1221 LAMAR STREET, 16TH FLOOR
HOUSTON, TEXAS 77010-3039

**EXHIBIT K**

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
First Class Mail Additional Parties List

AKERMAN LLP
(COUNSEL TO SMART CARE & REMCO)
ATTN: EYAL BERGER
201 EAST LAS OLAS BOULEVARD, SUITE 1800
FT. LAUDERDALE, FL 33301

UNDERWOOD MURRAY, P.A
(COUNSEL TO JOHNSON CONTROLS, INC)
ATTN: MEGAN W. MURRAY
100 N. TAMPA ST., SUITE 2325
TAMPA, FL 33602

VENABLE LLP
(Counsel to Thai Union Group Public Company Limited &
Chicken of the Sea Frozen Foods)
Attn: Paul J. Battista
100 S.E. Second Street, 44th Floor
Miami, FL 33131

LATHAM & WATKINS LLP
(Counsel to Thai Union Group Public Company Limited &
Chicken of the Sea Frozen Foods)
Attn: David A. Hammerman & Andrew D. Sorkin
1271 Avenue of the Americas
New York, NY 10020

FAEGRE DRINKER BIDDLE & REATH LLP
(Counsel to Rubin Postaer and Associates, Inc.)
Attn: Richard J. Bernard
1177 Avenue of the Americas, 41st Floor
New York, NY 10036

ROGERS, MORRIS & ZIEGLER LLP
(Counsel to R & H Properties L.P)
1401 East Broward Boulevard
Victoria Park Centre, Suite 300
Fort Lauderdale, FL 33301

**EXHIBIT L**

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| A O SMITH WATER PRODUCTS | stephenshafer@aosmith.com |
| AGENTIS PLLC | rpc@agentislaw.com; jrc@agentislaw.com |
| ARKANSAS DEPT OF FINANCE & ADMIN | mandy.endsley@dfa.arkansas.gov |
| BAKER & HOSTETLER LLP | kshaughnessy@bakerlaw.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com; shahbazis@ballardspahr.com; ganzc@ballardspahr.com; myersm@ballardspahr.com |
| BANKRUPTCY LAW OFFICES OF REHAN N. KHAWAJA | administration@coloradosos.gov |
| BARCLAY DAMON LLP | imarkus@barclaydamon.com; nferland@barclaydamon.com; sfleischer@barclaydamon.com; knewman@barclaydamon.com |
| BARNES & THORNBURG LLP | Rob.Folland@btlaw.com |
| BARRY S. TURNER, P.A. | bt@bstpa.com |
| BERGER SINGERMAN LLP | singerman@bergersingerman.com |
| BDG SUFKA LLC | eblumenfeld@bdg.net |
| BOSWELL & DUNLAP LLP | FJMEFILING@BOSDUN.COM; SETH@BOSDUN.COM |
| BRANSONLAW PLLC | jacob@bransonlaw.com; tammy@bransonlaw.com |
| BROWARD COUNTY | sandron@broward.org |
| BRINKLEY MORGAN | mark.levy@brinkleymorgan.com |
| BRYAN EDGAR BUENAVENTURA | Bryan.Buenaventura@usdoj.gov |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BURR & FORMAN LLP | mlucca-cruz@burr.com; egolden@burr.com; crthompson@burr.com; Esummers@burr.com; drobbins@burr.com; mguerra@burr.com |
| BUSH ROSS, P.A. | kdisanto@bushross.com; aalpert@bushross.com |
| CLARK HILL PLC | bfranke@clarkhill.com; ahornisher@clarkhill.com |
| COLORADO DEPT OF REVENUE | dor_taxpayerservice@state.co.us |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE | ckatsaouni@pa.gov |
| CREDERA ENTERPRISES COMPANY LLC | jbell@credera.com |
| CROWELL & MORING LLP | slayman@crowell.com |
| DAVIDOFF HUTCHER & CITRON LLP | jsp@dhclegal.com |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| DEAN, MEAD, EGERTON, BLOODWORTH, CAPOUANO & BOZARTH, P.A. | jtimko@deanmead.com; mgodek@deanmead.com |
| DINOVA INC | vicmacchio@dinova.com |
| DINSMORE & SHOHL LLP | michael.paasch@dinsmore.com; nancy.darville@dinsmore.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DOORDASH INC | daisy.fernandez@doordash.com |
| ENVIRO MASTER SERVICES LLC | tbierling@enviro-master.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | richard.bernard@faegredrinker.com |
| FLORIDA DEPT OF REVENUE | emaildor@floridarevenue.com |
| FORTRESS CREDIT CORP. | dean@fortress.com |
| FORTRESS CREDIT CORP. | mmcclure@fortress.com |
| FORTRESS CREDIT CORP. | gc.credit@fortress.com |
| FORTRESS CREDIT CORP. | cdale@proskauer.com |
| FORTRESS CREDIT CORP. | dmarker@proskauer.com |
| FRANKGECKER LLP | jfrank@fgllp.com; jkleinman@fgllp.com |
| FROST BROWN TODD LLP | rgold@fbtlaw.com; eseverini@fbtlaw.com; sodonnell@fbtlaw.com |
| FTI CONSULTING CA, INFORMATION OFFICER | sbrotman@fasken.com; mstephenson@fasken.com; mlicari@fasken.com |
| FURR AND COHEN, P.A. | jcrane@furrcohen.com |
| GORDON FOOD SERVICE CANADA LTD | dean.noble@gfs.com |
| GRAYROBINSON, P.A. | steven.solomon@gray-robinson.com |
| GUNSTER, YOAKLEY & STEWART, P.A. | kmather@gunster.com; tbacchus@gunster.com |
| HAHN LOESER & PARKS LLP | jhyatt@hahnlaw.com; dademarco@hahnlaw.com; cbaxter@hahnlaw.com |
| HARRIS COUNTY | taxbankruptcy.cao@harriscountytx.gov |
| HATCH RAY OLSEN CONANT LLC | bray@hatchlawyers.com |
| HESSLER, KATHRYN | EMAIL ADDRESS ON FILE |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com |
| HILLSBOROUGH COUNTY TAX COLLECTOR | fitzgeraldb@hcfl.gov; stroupj@hcfl.gov; connorsa@hcfl.gov |
| HINSHAW & CULBERTSON LLP | rsmith@hinshawlaw.com; cdyson@hinshawlaw.com; sgrant@hinshawlaw.com; lleon@hinshawlaw.com; kcongdon@hinshawlaw.com |
| HUNTON ANDREWS KURTH LLP | jisani@huntonAK.com; jharbour@huntonAK.com; jwuebker@huntonAK.com |
| IDAHO STATE TAX COMMISSION | taxcompliancecobbankruptcy@tax.idaho.gov |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Electronic Mail Master Service List

| Name | Email Address |
|------|---------------|
| INFORMATION OFFICER | jeffrey.rosenberg@fticonsulting.com; hrvoje.muhek@fticonsulting.com; adsaran.vithiyananthan@fticonsulting.com |
| IPSOS INSIGHT LLC | michael.link@ipsos.com |
| KANSAS DEPARTMENT OF REVENUE | kdor_tac@ks.gov |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com; syachik@kelleydrye.com |
| KENNETH O LESTER COMPANY INC | bking@pfgc.com |
| KERRICK BACHERT PSC | sbachert@kerricklaw.com |
| KING & SPALDING LLP | bankruptcy@kerncounty.com |
| KURTZMAN STEADY LLC | sprimrose@kslaw.com |
| KURTZMAN STEADY LLC | kurtzman@kurtzmansteady.com |
| LATHAM, LUNA, EDEN & BEAUDINE LLP | Bknotice1@lathamluna.com; dvelasquez@lathamluna.com |
| LATHAM & WATKINS LLP | david.hammerman@lw.com; andrew.sorkin@lw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | dallas.bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; sanantonio.bankruptcy@lgbs.com |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A. | michael.provenzale@lowndes-law.com; |
| MAINE REVENUE SERVICES | taxpayerassist@maine.gov |
| MANATEE COUNTY TAX COLLECTOR | legal@taxcollector.com |
| MANNING GROSS & MASSENBURG LLP | sselman@mgmlaw.com |
| MARSHALL, DEZZIE RAY | EMAIL ADDRESS ON FILE |
| MARTYN AND ASSOCIATES CO. | mamendola@martynlawfirm.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | jparsons@mvbalaw.com; |
| MISSOURI DEPARTMENT OF REVENUE | businesstaxregister@dor.mo.gov |
| NICHOLAS B. BANGOS, P.A. | nick@nbbpa.com |
| N.D. OFFICE OF STATE TAX COMMISSIONER | taxinfo@nd.gov |
| NEBRASKA DEPT OF REVENUE | rev.bnc@nebraska.gov |
| Ocean Bank | mzaki@oceanbank.com |
| OFFICE OF SEC. OF STATE OF ALABAMA | wes.allen@sos.alabama.gov |
| OFFICE OF SEC. OF STATE OF COLORADO | administration@coloradosos.gov |
| OFFICE OF SEC. OF STATE OF D.C. | secretary@dc.gov |
| OFFICE OF SEC. OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| OFFICE OF SEC. OF STATE OF IOWA | sos@sos.iowa.gov |
| OFFICE OF SEC. OF STATE OF KANSAS | kssos@ks.gov |
| OFFICE OF SEC. OF STATE OF MA. | cis@sec.state.ma.us |
| OFFICE OF SEC. OF STATE OF MAINE | sos.office@maine.gov |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| OFFICE OF SEC. OF STATE OF MINNESOTA | secretary.state@state.mn.us |
| OFFICE OF SEC. OF STATE OF MISSOURI | info@sos.mo.gov |
| OFFICE OF SEC. OF STATE OF MONTANA | sosbusiness@mt.gov |
| OFFICE OF SEC. OF STATE OF N.C. | corpinfo@sosnc.gov |
| OFFICE OF SEC. OF STATE OF N.H. | corporate@sos.nh.gov |
| OFFICE OF SEC. OF STATE OF NEVADA | sosmail@sos.nv.gov |
| OFFICE OF SEC. OF STATE OF NEW MEXICO | business.services@sos.nm.gov |
| OFFICE OF SEC. OF STATE OF NEW YORK | info@dos.ny.gov |
| OFFICE OF SEC. OF STATE OF OKLAHOMA | executivelegislative@sos.ok.gov |
| OFFICE OF SEC. OF STATE OF RHODE ISLAND | secretaryamore@sos.ri.gov |
| OFFICE OF SEC. OF STATE OF TENNESSEE | tre.hargett@tn.gov |
| OFFICE OF SEC. OF STATE OF WASHINGTON | secretaryofstate@sos.wa.gov |
| OFFICE OF SEC. OF STATE OF WISCONSIN | statesec@wi.gov |
| OFFICE OF SEC. OF STATE OF WYOMING | secofstate@wyo.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | Bryan.Buenaventura@usdoj.gov; Scott.E.bomkamp@usdoj.gov; William.J.Simonitsch@usdoj.gov |
| OKLAHOMA COUNTY TREASURER | tammy.jones@oklahomacounty.org |
| ORACLE AMERICA INC | safra.catz@oracle.com |
| OREGON DEPARTMENT OF REVENUE | questions.dor@oregon.gov |
| PACK LAW | jessey@packlaw.com; joe@packlaw.com |
| PAINT FOLKS | mrose@academysg.com |
| PAPERNICK & GEFSKY, LLC. | rmurphy@papernick-gefsky.com |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com; plabov@pszjlaw.com; mlitvak@pszjlaw.com; theckel@pszjlaw.com |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ra-rv-bet-hbg-ta-em@pa.gov |
| PEPSI CO. INC | matthew.neibart@pepsico.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | lmbkr@pbfcm.com; edinburgbankruptcy@pbfcm.com; ebcalvo@pbfcm.com; lreece@pbfcm.com |
| PRESTO AUTOMATION INC | jditolla@presto.com |
| PROCTOR & GAMBLE DISTRIBUTING LLC | woelfel.d@pg.com |
| QUATTLEBAUM, GROOMS & TULL PLLC | gtreece@qgtlaw.com |
| RAINBOW INVESTMENT COMPANY | williams@scmv.com; hickingbottom@scmv.com |
| REALTY INCOME CORPORATION | dlahanas@realtyincome.com |
| RED LOBSTER CANADA, INC. | nhaughey@redlobster.com |
| RED LOBSTER HOSPITALITY LLC | nhaughey@redlobster.com |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| RED LOBSTER INTERNATIONAL HOLDINGS LLC | nhaughey@redlobster.com |
| RED LOBSTER MANAGEMENT LLC | nhaughey@redlobster.com |
| RED LOBSTER MANAGEMENT LLC | ajowers@kslaw.com; jdutson@kslaw.com; christopher.coleman@kslaw.com; bbean@kslaw.com |
| RED LOBSTER MANAGEMENT LLC | nvilmos@bergersingerman.com |
| RED LOBSTER MANAGEMENT LLC | singerman@bergersingerman.com |
| RED LOBSTER MANAGEMENT LLC | mfishel@kslaw.com |
| RED LOBSTER OF BEL AIR, INC. | nhaughey@redlobster.com |
| RED LOBSTER OF TEXAS, INC. | nhaughey@redlobster.com |
| RED LOBSTER RESTAURANTS LLC | nhaughey@redlobster.com |
| RED LOBSTER SOURCING LLC | nhaughey@redlobster.com |
| RED LOBSTER SUPPLY LLC | nhaughey@redlobster.com |
| RISCASSI & DAVIS, P.C. | choulihan@riscassidavis.com |
| RL COLUMBIA LLC | nhaughey@redlobster.com |
| RL KANSAS LLC | nhaughey@redlobster.com |
| RL MARYLAND, INC. | nhaughey@redlobster.com |
| RL OF FREDERICK, INC. | nhaughey@redlobster.com |
| RL SALISBURY, LLC | nhaughey@redlobster.com |
| RLSV, INC. | nhaughey@redlobster.com |
| RONALD M. TUCKER, ESQ. | rtucker@simon.com |
| ROTTENBERG LIPMAN RICH, P.C. | jkreder@rlrpclaw.com |
| SCOTT E. BOMKAMP, ESQ | scott.e.bomkamp@usdoj.gov |
| SEQUOR LAW, P.A. | lblanco@sequorlaw.com |
| SEYFARTH SHAW LLP | jsowka@seyfarth.com |
| SEVERSON & WERSON | dhc@severson.com |
| SHAPIRO LAW | pshapiro@shapirolawpa.com |
| SHRAIBERG PAGE, P.A. | bss@slp.law |
| SHUKER & DORRIS, P.A. | rshuker@shukerdorris.com; bankruptcy@shukerdorris.com |
| SHUTTS & BOWEN LLP | rreinert@shutts.com; bdennis@shutts.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SOUTH DAKOTA DEPT OF REVENUE | bustax@state.sd.us |
| SPAIN & GILLON, LLC | dmaxey@spain-gillon.com; fgarfield@spain-gillon.com |
| SQUIRE PATTON BOGGS (US) LLP | mark.salzberg@squirepb.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | bankruptcy@ag.idaho.gov |
| STATE OF INDIANA ATTORNEY GENERAL | Heather.Crockett@atg.in.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | agbankcal@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojbankruptcynoticegroup@doj.state.wi.us |

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Electronic Mail Master Service List

| Name | Email Address |
|------|---------------|
| STOREY LAW GROUP, P.A. | cgendreau@storeylawgroup.com; nramirez@storeylawgroup.com |
| TAYMAN LANE CHAVERRI LLP | kchaverri@tlclawfirm.com; jrhodes@tlclawfirm.com |
| TENNESSEE DEPT OF REVENUE | tdor.bankruptcy@tn.gov; stuart.wilson-patton@ag.tn.gov |
| TRAVIS COUNTY | Jason.Starks@traviscountytx.gov |
| THAMES & MARKEY | brm@thamesmarkey.law |
| THE CITY OF DAYTONA BEACH | honsekira@codb.us; hamptonaimee@codb.us |
| THE WASSERSTROM COMPANY | bradwasserstrom@wasserstrom.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A. | lfernandez@trenam.com |
| TUCKER ELLIS LLP | jason.torf@tuckerellis.com; edet.nsemo@tuckerellis.com |
| TURNER PADGET GRAHAM & LANEY, P.A. | jkelchner@turnerpadget.com |
| UNDERWOOD MURRAY, P.A. | mmurray@underwoodmurray.com |
| UTAH STATE TAX COMMISSION | taxmaster@utah.gov |
| VENABLE LLP | pjbattista@venable.com; cascavone@venable.com; heburke@venable.com |
| VORYS, SATER, SEYMOUR AND PEASE LLP | tscobb@vorys.com |
| WASHINGTON STATE DEPT OF REVENUE | dormedia@dor.wa.gov |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | egolden@burr.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | randall.klein@goldbergkohn.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | danielle.m.baldinelli@wellsfargo.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | kim.delpozzo@wellsfargo.com |
| WEST VIRGINIA STATE TAX DEPT | taxhelp@wv.gov |
| WILLIAM J. SIMONITSCH, ESQ | William.j.simonitsch@usdoj.gov |
| WILKINSON DEKALB LAND COMPANY LLC | Richard@Wilkinsondevelopment.com rlemisch@klehr.com |
| WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A. | rdavis@whww.com |
| WISCONSIN DEPT OF REVENUE | dorincome@wisconsin.gov |
| WYOMING DEPARTMENT OF REVENUE | directorofrevenue@wyo.gov |
| ZIMMERMAN, KISER & SUTCLIFFE, P.A. | banderson@zkslaw.com; jwenhold@zkslaw.com; service@zkslaw.com; nmari@zkslaw.com; kgoodman@zkslaw.com |

**EXHIBIT M**

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Electronic Mail Additional Parties List

banderson@zkslaw.com

mvincik@zkslaw.com

nmari@zkslaw.com

kgoodman@zkslaw.com

service@zkslaw.com

tgibbs@cokinoslaw.com

emyles@cokinoslaw.com

cpower@cokinoslaw.com

**EXHIBIT N**

RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER
Electronic Mail Additional Parties List

eyal.berger@akerman.com
mmurray@underwoodmurray.com
pjbattista@venable.com
david.hammerman@lw.com
andrew.sorkin@lw.com
richard.bernard@faegredrinker.com
mfbooth@RMZlaw.com
don@RMZlaw.com