# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| Debtors | (Jointly Administered) |
| | **Ref. Docket No. 1109** |

## CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

2. I caused to be served the "Debtors' Exhibit List," filed on September 3, 2024 [Docket No. 1109],

by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on September 3, 2024, and

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, on September 4, 2024.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Wing Lai-Chan*
Wing Lai-Chan

**EXHIBIT A**

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486-GER
Email Master Service List

| Name | Email Address |
|---|---|
| A O SMITH WATER PRODUCTS | stephenshafer@aosmith.com |
| AGENTIS PLLC | rpc@agentislaw.com; jrc@agentislaw.com |
| ARKANSAS DEPT OF FINANCE & ADMIN | mandy.endsley@dfa.arkansas.gov |
| BAKER & HOSTETLER LLP | kshaughnessy@bakerlaw.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com; shahbazis@ballardspahr.com; ganzc@ballardspahr.com; myersm@ballardspahr.com |
| BANKRUPTCY LAW OFFICES OF REHAN N. KHAWAJA | administration@coloradosos.gov |
| BARCLAY DAMON LLP | imarkus@barclaydamon.com; nferland@barclaydamon.com; sfleischer@barclaydamon.com; knewman@barclaydamon.com |
| BARNES & THORNBURG LLP | rob.folland@btlaw.com |
| BARRY S. TURNER, P.A. | bt@bstpa.com |
| BERGER SINGERMAN LLP | singerman@bergersingerman.com |
| BDG SUFKA LLC | eblumenfeld@bdg.net |
| BOSWELL & DUNLAP LLP | fjmefiling@bosdun.com; seth@bosdun.com |
| BRANSONLAW PLLC | jacob@bransonlaw.com; tammy@bransonlaw.com |
| BROWARD COUNTY | sandron@broward.org |
| BRINKLEY MORGAN | mark.levy@brinkleymorgan.com |
| BRYAN EDGAR BUENAVENTURA | bryan.buenaventura@usdoj.gov |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| BURR & FORMAN LLP | mlucca-cruz@burr.com; egolden@burr.com; crthompson@burr.com; esummers@burr.com; drobbins@burr.com; mguerra@burr.com |
| BUSH ROSS, P.A. | kdisanto@bushross.com; aalpert@bushross.com |
| CLARK HILL PLC | bfranke@clarkhill.com; ahornisher@clarkhill.com |
| COLORADO DEPT OF REVENUE | dor_taxpayerservice@state.co.us |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE | ckatsaouni@pa.gov |
| CREDERA ENTERPRISES COMPANY LLC | jbell@credera.com |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486-GER
Email Master Service List

| Name | Email Address |
|---|---|
| CROWELL & MORING LLP | slayman@crowell.com |
| DAVIDOFF HUTCHER & CITRON LLP | jsp@dhclegal.com |
| DEAN, MEAD, EGERTON, BLOODWORTH, CAPOUANO & BOZARTH, P.A. | jtimko@deanmead.com; mgodek@deanmead.com |
| DINOVA INC | vicmacchio@dinova.com |
| DINSMORE & SHOHL LLP | michael.paasch@dinsmore.com; nancy.darville@dinsmore.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DOORDASH INC | daisy.fernandez@doordash.com |
| ENVIRO MASTER SERVICES LLC | tbierling@enviro-master.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | richard.bernard@faegredrinker.com |
| FLORIDA DEPT OF REVENUE | emaildor@floridarevenue.com |
| FORTRESS CREDIT CORP. | dean@fortress.com |
| FORTRESS CREDIT CORP. | mmcclure@fortress.com |
| FORTRESS CREDIT CORP. | gc.credit@fortress.com |
| FORTRESS CREDIT CORP. | cdale@proskauer.com |
| FORTRESS CREDIT CORP. | dmarker@proskauer.com |
| FRANKGECKER LLP | jfrank@fgllp.com; jkleinman@fgllp.com |
| FROST BROWN TODD LLP | rgold@fbtlaw.com; eseverini@fbtlaw.com; sodonnell@fbtlaw.com |
| FTI CONSULTING CA, INFORMATION OFFICER | sbrotman@fasken.com; mstephenson@fasken.com; mlicari@fasken.com |
| FURR AND COHEN, P.A. | jcrane@furrcohen.com |
| GORDON FOOD SERVICE CANADA LTD | dean.noble@gfs.com |
| GRAYROBINSON, P.A. | steven.solomon@gray-robinson.com |
| GUNSTER, YOAKLEY & STEWART, P.A. | kmather@gunster.com; tbacchus@gunster.com |
| HAHN LOESER & PARKS LLP | jhyatt@hahnlaw.com; dademarco@hahnlaw.com; cbaxter@hahnlaw.com |
| HARRIS COUNTY | taxbankruptcy.cao@harriscountytx.gov |
| HATCH RAY OLSEN CONANT LLC | bray@hatchlawyers.com |
| HESSLER, KATHRYN | EMAIL ADDRESS ON FILE |
| HILL WARD HENDERSON | patrick.mosley@hwhlaw.com; tricia.elam@hwhlaw.com |
| HILLSBOROUGH COUNTY TAX COLLECTOR | fitzgeraldb@hcfl.gov; stroupj@hcfl.gov; connorsa@hcfl.gov |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486-GER
Email Master Service List

| Name | Email Address |
| --- | --- |
| HINSHAW & CULBERTSON LLP | rsmith@hinshawlaw.com; cdyson@hinshawlaw.com; sgrant@hinshawlaw.com; lleon@hinshawlaw.com; kcongdon@hinshawlaw.com |
| HUNTON ANDREWS KURTH LLP | jisani@huntonak.com; jharbour@huntonak.com; jwuebker@huntonak.com |
| IDAHO STATE TAX COMMISSION | taxcompliancecobbankruptcy@tax.idaho.gov |
| INFORMATION OFFICER | jeffrey.rosenberg@fticonsulting.com; hrvoje.muhek@fticonsulting.com; adsaran.vithiyananthan@fticonsulting.com |
| IPSOS INSIGHT LLC | michael.link@ipsos.com |
| KANSAS DEPARTMENT OF REVENUE | kdor_tac@ks.gov |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com; syachik@kelleydrye.com |
| KENNETH O LESTER COMPANY INC | bking@pfgc.com |
| KERRICK BACHERT PSC | sbachert@kerricklaw.com |
| KING & SPALDING LLP | bankruptcy@kerncounty.com |
| KURTZMAN STEADY LLC | sprimrose@kslaw.com |
| KURTZMAN STEADY LLC | kurtzman@kurtzmansteady.com |
| LATHAM, LUNA, EDEN & BEAUDINE LLP | bknotice1@lathamluna.com; dvelasquez@lathamluna.com |
| LATHAM & WATKINS LLP | david.hammerman@lw.com; andrew.sorkin@lw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | dallas.bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; sanantonio.bankruptcy@lgbs.com |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A. | michael.provenzale@lowndes-law.com |
| MAINE REVENUE SERVICES | taxpayerassist@maine.gov |
| MANATEE COUNTY TAX COLLECTOR | legal@taxcollector.com |
| MANNING GROSS & MASSENBURG LLP | sselman@mgmlaw.com |
| MARSHALL, DEZZIE RAY | EMAIL ADDRESS ON FILE |
| MARTYN AND ASSOCIATES CO. | mamendola@martynlawfirm.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | jparsons@mvbalaw.com |
| MISSOURI DEPARTMENT OF REVENUE | businesstaxregister@dor.mo.gov |
| NICHOLAS B. BANGOS, P.A. | nick@nbbpa.com |
| N.D. OFFICE OF STATE TAX COMMISSIONER | taxinfo@nd.gov |
| NEBRASKA DEPT OF REVENUE | rev.bnc@nebraska.gov |
| OCEAN BANK | mzaki@oceanbank.com |
| OFFICE OF SEC. OF STATE OF ALABAMA | wes.allen@sos.alabama.gov |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486-GER
Email Master Service List

| Name | Email Address |
|---|---|
| OFFICE OF SEC. OF STATE OF COLORADO | administration@coloradosos.gov |
| OFFICE OF SEC. OF STATE OF D.C. | secretary@dc.gov |
| OFFICE OF SEC. OF STATE OF FLORIDA | secretaryofstate@dos.myflorida.com |
| OFFICE OF SEC. OF STATE OF IOWA | sos@sos.iowa.gov |
| OFFICE OF SEC. OF STATE OF KANSAS | kssos@ks.gov |
| OFFICE OF SEC. OF STATE OF MA. | cis@sec.state.ma.us |
| OFFICE OF SEC. OF STATE OF MAINE | sos.office@maine.gov |
| OFFICE OF SEC. OF STATE OF MINNESOTA | secretary.state@state.mn.us |
| OFFICE OF SEC. OF STATE OF MISSOURI | info@sos.mo.gov |
| OFFICE OF SEC. OF STATE OF MONTANA | sosbusiness@mt.gov |
| OFFICE OF SEC. OF STATE OF N.C. | corpinfo@sosnc.gov |
| OFFICE OF SEC. OF STATE OF N.H. | corporate@sos.nh.gov |
| OFFICE OF SEC. OF STATE OF NEVADA | sosmail@sos.nv.gov |
| OFFICE OF SEC. OF STATE OF NEW MEXICO | business.services@sos.nm.gov |
| OFFICE OF SEC. OF STATE OF NEW YORK | info@dos.ny.gov |
| OFFICE OF SEC. OF STATE OF OKLAHOMA | executivelegislative@sos.ok.gov |
| OFFICE OF SEC. OF STATE OF RHODE ISLAND | secretaryamore@sos.ri.gov |
| OFFICE OF SEC. OF STATE OF TENNESSEE | tre.hargett@tn.gov |
| OFFICE OF SEC. OF STATE OF WASHINGTON | secretaryofstate@sos.wa.gov |
| OFFICE OF SEC. OF STATE OF WISCONSIN | statesec@wi.gov |
| OFFICE OF SEC. OF STATE OF WYOMING | secofstate@wyo.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | bryan.buenaventura@usdoj.gov; scott.e.bomkamp@usdoj.gov; william.j.simonitsch@usdoj.gov |
| OKLAHOMA COUNTY TREASURER | tammy.jones@oklahomacounty.org |
| ORACLE AMERICA INC | safra.catz@oracle.com |
| OREGON DEPARTMENT OF REVENUE | questions.dor@oregon.gov |
| PACK LAW | jessey@packlaw.com; joe@packlaw.com |
| PAINT FOLKS | mrose@academysg.com |
| PAPERNICK & GEFSKY, LLC. | rmurphy@papernick-gefsky.com |
| PACHULSKI STANG ZIEHL & JONES LLP | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; cmackle@pszjlaw.com; plabov@pszjlaw.com; mlitvak@pszjlaw.com; theckel@pszjlaw.com |
| PENNSYLVANIA DEPARTMENT OF REVENUE | ra-rv-bet-hbg-ta-em@pa.gov |
| PEPSI CO. INC | matthew.neibart@pepsico.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | lmbkr@pbfcm.com; edinburgbankruptcy@pbfcm.com; ebcalvo@pbfcm.com; lreece@pbfcm.com |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486-GER
Email Master Service List

| Name | Email Address |
|---|---|
| PRESTO AUTOMATION INC | jditolla@presto.com |
| PROCTOR & GAMBLE DISTRIBUTING LLC | woelfel.d@pg.com |
| QUATTLEBAUM, GROOMS & TULL PLLC | gtreece@qgtlaw.com |
| RAINBOW INVESTMENT COMPANY | williams@scmv.com; hickingbottom@scmv.com |
| REALTY INCOME CORPORATION | dlahanas@realtyincome.com |
| RED LOBSTER CANADA, INC. | nhaughey@redlobster.com |
| RED LOBSTER HOSPITALITY LLC | nhaughey@redlobster.com |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC | nhaughey@redlobster.com |
| RED LOBSTER MANAGEMENT LLC | nhaughey@redlobster.com |
| RED LOBSTER MANAGEMENT LLC | ajowers@kslaw.com; jdutson@kslaw.com; christopher.coleman@kslaw.com; bbean@kslaw.com |
| RED LOBSTER MANAGEMENT LLC | nvilmos@bergersingerman.com |
| RED LOBSTER MANAGEMENT LLC | singerman@bergersingerman.com |
| RED LOBSTER MANAGEMENT LLC | mfishel@kslaw.com |
| RED LOBSTER OF BEL AIR, INC. | nhaughey@redlobster.com |
| RED LOBSTER OF TEXAS, INC. | nhaughey@redlobster.com |
| RED LOBSTER RESTAURANTS LLC | nhaughey@redlobster.com |
| RED LOBSTER SOURCING LLC | nhaughey@redlobster.com |
| RED LOBSTER SUPPLY LLC | nhaughey@redlobster.com |
| RISCASSI & DAVIS, P.C. | choulihan@riscassidavis.com |
| RL COLUMBIA LLC | nhaughey@redlobster.com |
| RL KANSAS LLC | nhaughey@redlobster.com |
| RL MARYLAND, INC. | nhaughey@redlobster.com |
| RL OF FREDERICK, INC. | nhaughey@redlobster.com |
| RL SALISBURY, LLC | nhaughey@redlobster.com |
| RLSV, INC. | nhaughey@redlobster.com |
| RONALD M. TUCKER, ESQ. | rtucker@simon.com |
| ROTTENBERG LIPMAN RICH, P.C. | jkreder@rlrpclaw.com |
| SCOTT E. BOMKAMP, ESQ | scott.e.bomkamp@usdoj.gov |
| SEQUOR LAW, P.A. | lblanco@sequorlaw.com |
| SEYFARTH SHAW LLP | jsowka@seyfarth.com |
| SEVERSON & WERSON | dhc@severson.com |
| SHAPIRO LAW | pshapiro@shapirolawpa.com |
| SHRAIBERG PAGE, P.A. | bss@slp.law |
| SHUKER & DORRIS, P.A. | rshuker@shukerdorris.com; bankruptcy@shukerdorris.com |
| SHUTTS & BOWEN LLP | rreinert@shutts.com; bdennis@shutts.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SOUTH DAKOTA DEPT OF REVENUE | bustax@state.sd.us |
| SPAIN & GILLON, LLC | dmaxey@spain-gillon.com; fgarfield@spain-gillon.com |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486-GER
Email Master Service List

| Name | Email Address |
|---|---|
| SQUIRE PATTON BOGGS (US) LLP | mark.salzberg@squirepb.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | bankruptcy@ag.idaho.gov |
| STATE OF INDIANA ATTORNEY GENERAL | heather.crockett@atg.in.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | agbankcal@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | bankruptcy@agutah.gov |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486-GER
Email Master Service List

| Name | Email Address |
|---|---|
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojbankruptcynoticegroup@doj.state.wi.us |
| STOREY LAW GROUP, P.A. | cgendreau@storeylawgroup.com; nramirez@storeylawgroup.com |
| TAYMAN LANE CHAVERRI LLP | kchaverri@tlclawfirm.com; jrhodes@tlclawfirm.com |
| TENNESSEE DEPT OF REVENUE | tdor.bankruptcy@tn.gov; stuart.wilson-patton@ag.tn.gov |
| TRAVIS COUNTY | jason.starks@traviscountytx.gov |
| THAMES & MARKEY | brm@thamesmarkey.law |
| THE CITY OF DAYTONA BEACH | honsekira@codb.us; hamptonaimee@codb.us |
| THE WASSERSTROM COMPANY | bradwasserstrom@wasserstrom.com |
| TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A. | lfernandez@trenam.com |
| TUCKER ELLIS LLP | jason.torf@tuckerellis.com; edet.nsemo@tuckerellis.com |
| TURNER PADGET GRAHAM & LANEY, P.A. | jkelchner@turnerpadget.com |
| UNDERWOOD MURRAY, P.A. | mmurray@underwoodmurray.com |
| UTAH STATE TAX COMMISSION | taxmaster@utah.gov |
| VENABLE LLP | pjbattista@venable.com; cascavone@venable.com; heburke@venable.com |
| VORYS, SATER, SEYMOUR AND PEASE LLP | tscobb@vorys.com |
| WASHINGTON STATE DEPT OF REVENUE | dormedia@dor.wa.gov |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | egolden@burr.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | randall.klein@goldbergkohn.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | danielle.m.baldinelli@wellsfargo.com |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | kim.delpozzo@wellsfargo.com |
| WEST VIRGINIA STATE TAX DEPT | taxhelp@wv.gov |
| WILLIAM J. SIMONITSCH, ESQ | william.j.simonitsch@usdoj.gov |
| WILKINSON DEKALB LAND COMPANY LLC | richard@wilkinsondevelopment.com; rlemisch@klehr.com |
| WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A. | rdavis@whww.com |
| WISCONSIN DEPT OF REVENUE | dorincome@wisconsin.gov |
| WYOMING DEPARTMENT OF REVENUE | directorofrevenue@wyo.gov |

RED LOBSTER MANAGEMENT LLC,
Case No. 6:24-bk-02486-GER
Email Master Service List

| Name | Email Address |
|---|---|
| ZIMMERMAN, KISER & SUTCLIFFE, P.A. | banderson@zkslaw.com; jwenhold@zkslaw.com; service@zkslaw.com; nmari@zkslaw.com; kgoodman@zkslaw.com |

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST MONTGOMERY AL 36130 |
| ALASKA DEPT OF REVENUE | 550 W 7TH AVE STE 500 ANCHORAGE AK 99501-3555 |
| ARIZONA DEPT OF REVENUE | 1600 W. MONROE PHOENIX AZ 85007-2650 |
| CALIFORNIA FRANCHISE TAX BOARD | PO BOX 942857 SACRAMENTO CA 94267-0001 |
| CONNECTICUT DEPT OF REVENUE SERVICES | 450 COLUMBUS BLVD., STE 1 HARTFORD CT 06103 |
| COSTA DO SOESTO LLC | ATTN: PABLO GUSTAVO LEIS, MANAGER C/O WILLIAM H ALBORNOZ PA 901 PONCE DE LEON BLVD., SUITE 204 CORAL GABLES FL 33134-3070 |
| CURTIS R BARTELLS | ADDRESS ON FILE |
| DC OFFICE OF TAX AND REVENUE | 1101 4TH STREET, SW SUITE 270 WEST WASHINGTON DC 20024 |
| DELAWARE DIVISION OF REVENUE | 820 N FRENCH ST WILMINGTON DE 19801 |
| ENTERPRISE FLEET MANAGEMENT CANADA INC | 709 MILNER AVE SCARBOROUGH ON M1B 6B6 CANADA |
| ENTERPRISE FLEET MANAGEMENT CANADA INC | 77 BELFIELD RD, STE 100 TORONTO ON M9W 1G6 CANADA |
| FAR HORIZONS TRAILER VILLAGE LLC | ATTN: CHARLES HAYS JR, PARTNER 7682 CALLAWAY DR RANCHO MURIETA CA 95683-9268 |
| GEORGIA DEPT OF REVENUE | 1800 CENTURY CENTER BLVD., NE STE 12000 ATLANTA GA 30345-3205 |
| GREATAMERICAN FINANCIAL SERVICES CORP | 625 FIRST ST CEDAR RAPIDS IA 52401 |
| HAWAII DEPT OF TAXATION | DIRECTOR OF TAXATION ROOM 221 830 PUNCHBOWL STREET HONOLULU HI 96813-5094 |
| ILLINOIS DEPT OF REVENUE | WILLARD ICE BLDG 101 W JEFFERSON ST. SPRINGFIELD IL 62702 |
| INDIANA DEPARTMENT OF REVENUE | 100 N SENATE IGCN RM N105 INDIANAPOLIS IN 46204 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| IOWA DEPT OF REVENUE | 1305 E WALNUT ST, 4TH FL DES MOINES IA 50319 |
| KENTUCKY DEPARTMENT OF REVENUE | 501 HIGH ST, STATION 38 FRANKFORT KY 40601-2103 |
| LOUISIANA DEPARTMENT OF REVENUE | 617 N THIRD ST BATON ROUGE LA 70802 |
| LUXONE LLC | ATTN: MIRCEA VOSKERICIAN, OWNER 572 CHIMALUS DR PALO ALTO CA 94306 |
| MARYLAND OFFICE OF THE COMPTROLLER | REVENUE ADMINISTRATION CENTER TAXPAYER SERVICES DIVISION 110 CARROL ST ANNAPOLIS MD 21411-0001 |
| MASSACHUSETTS DEPT OF REVENUE | DIVISION OF LOCAL SERVICES 100 CAMBRIDGE ST, 6TH FL BOSTON MA 02114-9569 |
| MERKLE INC | 7001 COLUMBIA GATEWAY DR COLUMBIA MD 21046 |
| MEYERS, RODBELL & ROSENBAUM, P.A. | (COUNSEL TO PRINCE GEORGE'S COUNTY, MARYLAND) ATTN: NICOLE C. KENWORTHY 6801 KENILWORTH AVENUE, SUITE 400 RIVERDALE MD 20737-1385 |
| MICHIGAN DEPARTMENT OF TREASURY | PO BOX 30324 LANSING MI 48909-7824 |
| MINNESOTA DEPARTMENT OF REVENUE | 600 N ROBERT ST. N SAINT PAUL MN 55101 |
| MISSISSIPPI STATE TAX COMMISSION | 500 CLINTON CTR DR CLINTON MS 39056 |
| MONTANA DEPARTMENT OF REVENUE | PO BOX 5805 HELENA MT 59604-5805 |
| NEVADA DEPT OF TAXATION | 3850 ARROWHEAD DRIVE 2ND FLOOR CARSON CITY NV 89706 |
| NEW HAMPSHIRE DEPT OF REVENUE ADMIN | 109 PLEASANT ST CONCORD NH 03301 |
| NEW JERSEY DEPT OF THE TREASURY | DIVISION OF ADMINISTRATION PO BOX 211 TRENTON NJ 08625-0211 |
| NEW MEXICO TAXATION & REVENUE DEPT | 1200 S ST FRANCIS DRIVE SANTA FE NM 87504-0630 |
| NEW YORK DEPT. OF FINANCE | CORRESPONDENCE UNIT ONE CENTRE ST, 22ND FL NEW YORK NY 10007 |
| NORTH CAROLINA DEPT OF REVENUE | 501 N WILMINGTON ST RALEIGH NC 27604 |
| OFFICE OF SEC. OF STATE OF ALASKA | HON. NANCY DAHLSTROM LIEUTENANT GOVERNOR -E PO BOX 110015 JUNEAU AK 99811-0001 |
| OFFICE OF SEC. OF STATE OF ARIZONA | HON. ADRIAN FONTES 1700 W WASHINGTON ST, FL 7 PHOENIX AZ 85007-2808 |
| OFFICE OF SEC. OF STATE OF ARKANSAS | HON. JOHN THURSTON STATE CAPITOL 500 WOODLANE ST, STE 256 LITTLE ROCK AR 72201 |
| OFFICE OF SEC. OF STATE OF CALIFORNIA | HON. SHIRELY N WEBER 1500 11TH ST SACRAMENTO CA 95814 |
| OFFICE OF SEC. OF STATE OF CT. | HON. STEPHANIE THOMAS PO BOX 150470 STE 1000 HARTFORD CT 06115-0470 |
| OFFICE OF SEC. OF STATE OF DELAWARE | HON. JEFFREY W. BULLOCK 820 N FRENCH ST, 10TH FL WILMINGTON DE 19801 |
| OFFICE OF SEC. OF STATE OF DELAWARE | HON. JEFFREY W. BULLOCK 401 FEDERAL ST DOVER DE 19901 |
| OFFICE OF SEC. OF STATE OF GEORGIA | HON. BRAD RAFFENSPERGER 214 STATE CAPITOL ATLANTA GA 30334 |
| OFFICE OF SEC. OF STATE OF HAWAII | HON. SYLVIA LUKE LIEUTENANT GOVERNOR -E STATE CAPITOL HONOLULU HI 96813 |
| OFFICE OF SEC. OF STATE OF IDAHO | HON. PHIL MCGRANE 450 N 4TH ST BOISE ID 83702 |
| OFFICE OF SEC. OF STATE OF ILLINOIS | HON. ALEXI GIANNOULIAS 213 STATE CAPITOL SPRINGFIELD IL 62756 |

| Claim Name | Address Information |
|---|---|
| OFFICE OF SEC. OF STATE OF INDIANA | HON. DIEGO MORALES 200 W WASHINGTON ST, ROOM 201 INDIANAPOLIS IN 46204 |
| OFFICE OF SEC. OF STATE OF KENTUCKY | HON. MICHAEL G ADAMS 700 CAPITAL AVE, STE 152 FRANKFORT KY 40601 |
| OFFICE OF SEC. OF STATE OF LOUISIANA | HON. R. KYLE ARDOIN PO BOX 94125 BATON ROUGE LA 70804-9125 |
| OFFICE OF SEC. OF STATE OF MARYLAND | HON. SUSAN C LEE 16 FRANCIS ST ANNAPOLIS MD 21401 |
| OFFICE OF SEC. OF STATE OF MICHIGAN | HON. JOCELYN BENSON 3315 E MICHIGAN AVE LANSING MI 48912 |
| OFFICE OF SEC. OF STATE OF MS. | HON. MICHAEL WATSON 125 S CONGRESS ST JACKSON MS 39201 |
| OFFICE OF SEC. OF STATE OF NEBRASKA | HON. ROBERT B EVNEN PO BOX 94608 LINCOLN NE 68509-4608 |
| OFFICE OF SEC. OF STATE OF NEW JERSEY | HON. SHEILA Y. OLIVER LIEUTENANT GOVERNOR -E PO BOX 001 TRENTON NJ 08625 |
| OFFICE OF SEC. OF STATE OF NORTH DAKOTA | HON. MICHAEL HOWE 600 E BLVD AVE DEPT 108 BISMARCK ND 58505-0500 |
| OFFICE OF SEC. OF STATE OF OHIO | HON. FRANK LAROSE 22 N FOURTH ST, 16TH FL COLUMBUS OH 43215 |
| OFFICE OF SEC. OF STATE OF OREGON | HON. SHEMIA FAGAN 255 CAPITAL ST NE STE 151 SALEM OR 97310-0722 |
| OFFICE OF SEC. OF STATE OF PENNSYLVANIA | HON. AL SCHMIDT 302 N OFFICE BLDG 401 N ST HARRISBURG PA 17120 |
| OFFICE OF SEC. OF STATE OF S.C. | HON. MARK HAMMOND 1205 PENDLETON ST, STE 525 COLUMBIA SC 29201 |
| OFFICE OF SEC. OF STATE OF S.D. | HON. MONAE L JOHNSON 500 E CAPITOL AVE, STE 204 PIERRE SD 57501-5070 |
| OFFICE OF SEC. OF STATE OF TEXAS | HON. JANE NELSON 1100 CONGRESS CAPITOL BLDG, ROOM 1E.8 AUSTIN TX 78701 |
| OFFICE OF SEC. OF STATE OF UTAH | HON. DEIDRE HENDERSON 350 N STATE ST, STE 220 PO BOX 142325 SALT LAKE CITY UT 84114-2325 |
| OFFICE OF SEC. OF STATE OF VERMONT | HON. COPELAND HANZAS 128 STATE ST MONTPELIER VT 05633-1101 |
| OFFICE OF SEC. OF STATE OF VIRGINIA | HON. KAY COLE JAMES PO BOX 1475 RICHMOND VA 23218 |
| OFFICE OF SEC. OF STATE OF W.V. | HON. MAC WARNER STATE CAPITAL BUILDING CHARLESTON WV 25305-0770 |
| OHIO DEPARTMENT OF TAXATION | PO BOX 182131 COLUMBUS OH 43218-2131 |
| OKLAHOMA TAX COMMISSION | 300 N BROADWAY AVE OKLAHOMA CITY OK 73102 |
| OP OAKHURST REALTY LLC | ATTN: PRIYANK SINGHAL, LANDLORD 46 FLEMMING DR HILLSBOROUGH NJ 08844-5281 |
| PREECHA NARKSUWAN | ADDRESS ON FILE |
| PREMIER PRODUCE CENTRAL FLORIDA INC | ATTN: DEMETRIOS CHLEBOGIANNIS, PRESIDENT PREMIER PRODUCE CENTRAL FLORIDA INC PO BOX 7829 CAROL STREAM IL 60197-7829 |
| RHODE ISLAND DIVISION OF TAXATION | ONE CAPITOL HILL PROVIDENCE RI 02908-5800 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 300 N HOGAN ST, STE 700 JACKSONVILLE FL 32202 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 W WASHINGTON ST, STE 3100 ORLANDO FL 32801 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 400 N TAMPA ST, STE 3200 TAMPA FL 33602 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 35 SE 1ST AVE, STE 300 OCALA FL 34471 |
| ROGER B. HANDBERG | US ATTORNEYS OFFICE 2110 FIRST ST, STE 3-137 FT. MYERS FL 33901 |
| ROWORTH ENTERPRISES LLC | ATTN: MELINDA ROWORTH, MEMBER 99-129 HOLO PLACE AIEA HI 96701 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET, NE WASHINGTON DC 20549 |
| SOUTH CAROLINA DEPT OF REVENUE | 300A OUTLET POINTE BOULEVARD COLUMBIA SC 29210 |
| SOUTH MIDTOWN PROPERTIES LLC | ATTN: WEIYE LIN, MANAGER 1155 SWEETWATER DRIVE RENO NV 89509-5250 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |

| Claim Name | Address Information |
|---|---|
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 |
| THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C. | (COUNSEL TO MANSFIELD OIL COMPANY) ATTN: MICHAEL B. PUGH 2 SUN COURT, SUITE 400 PEACHTREE CORNERS GA 30092 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| VERMONT DEPT OF TAXES | 133 STATE ST MONTPELIER VT 05602 |
| VIRGINIA DEPT OF TAXATION | 1957 WESTMORELAND STREET RICHMOND VA 23230 |
| WELLS FARGO BANK, NA | AS ADMINISTRATIVE AGENT 1800 CENTURY PARK E, STE 1100 LOS ANGELES CA 90067 |

**Total Creditor count  106**