UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER<br>Lead Case |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

Debtors.
_____/

## DEBTORS' EXHIBIT LIST[2]

**Nature of Hearing:** Hearing to Consider Final Approval of the Disclosure Statement for the Joint Chapter 11 Plan of Red Lobster Management LLC and Its Debtor Affiliates [ECF No. 734] and Confirmation of Debtors' Amended Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates [ECF No. 941, Exhibit H]

**Hearing Date:** September 5, 2024, at 10:00 a.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

[2] The Debtors reserve the right to amend or supplement this Exhibit List in advance of the September 5, 2024, confirmation hearing.

13243450-3

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1. | Notice of Filing Plan Supplement [ECF No. 941]<br><br>Exhibit A<br>Amended and Restated Purchase Agreement<br><br>Exhibit B<br>New Organizational Documents<br><br>Exhibit C<br>Schedule of Retained Causes of Action<br><br>Exhibit D<br>Amended Assumed Executory Contracts and Unexpired Leases Lists<br><br>Exhibit E<br>Form of Plan Administrator Agreement<br><br>Exhibit F<br>Form of GUC Trust Agreement<br><br>Exhibit G<br>Schedule of Updated Cure Amounts<br><br>Exhibit H<br>Amended Joint Plan of Reorganization<br><br>Exhibit I<br>Identities of the Members of the New Board<br><br>Exhibit J<br>Takeback Loan Documentation | 9/5/24 | 9/6/24 | w/o |
| 2. | Notice of Filing Amended Exhibit C to Plan Supplement [ECF No. 1030] | | | w/o |
| 3. | Notice of Filing Exhibit I to Plan Supplement [ECF No. 972] | | | w/o |
| 4. | Declaration of Nicholas Haughey in Support of the Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates [ECF No. 1039] | | | w/o |

2

13243450-3

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 5. | Declaration of Teri Stratton in Support of the Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates [ECF No. 1040] | 9/5/24 | 9/5/24 | W/O |
| 6. | Declaration of Emily Young on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast on Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates [ECF No. 1101] | | | W/O |
| 7. | Any other document listed on the Court's docket in these Chapter 11 cases. | | | |
| 8. | Any exhibit listed or used by any other party. | | | |
| 9. | Any exhibit used for the purposes of foundation, rebuttal or impeachment. | | | |
| 10. | Any document of which the existence or significance was not known at the time of this disclosure. | | | |

FILED IN OPEN COURT
THIS 5 DAY OF Sept ,20 24.
CLERK, U.S. BANKRUPTCY COURT

BY _Jena N. Whitsett_
    Deputy Clerk.

3

13243450-3