UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:6:24-bk-02486-GER
Lead Case

IN RE:

RED LOBSTER MANAGEMENT LLC,

Jointly Administered with
RED LOBSTER RESTAURANTS LLC,    CASE NO.:6:24-bk-02487-GER
RLSV, INC.,                     CASE NO.:6:24-bk-02488-GER
RED LOBSTER CANADA, INC.,       CASE NO.:6:24-bk-02489-GER
RED LOBSTER HOSPITALITY LLC,    CASE NO.:6:24-bk-02490-GER
RL KANSAS LLC,                  CASE NO.:6:24-bk-02491-GER
RED LOBSTER SOURCING LLC,       CASE NO.:6:24-bk-02492-GER
RED LOBSTER SUPPLY LLC,         CASE NO.:6:24-bk-02493-GER
RL COLUMBIA LLC,                CASE NO.:6:24-bk-02494-GER
RL OF FREDERICK, INC.,          CASE NO.:6:24-bk-02495-GER
RED LOBSTER OF TEXAS, INC.,     CASE NO.:6:24-bk-02496-GER
RL MARYLAND, INC.,              CASE NO.:6:24-bk-02497-GER
RED LOBSTER OF BEL AIR, INC.,   CASE NO.:6:24-bk-02498-GER
RL SALISBURY, LLC,              CASE NO.:6:24-bk-02499-GER
RED LOBSTER INTERNATIONAL       CASE NO.:6:24-bk-02500-GER
HOLDINGS LLC,

Debtors.
_____


SEPTEMBER 5, 2024

TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE GRACE E. ROBSON
UNITED STATES BANKRUPTCY JUDGE

GEORGE C. YOUNG COURTHOUSE
400 WEST WASHINGTON STREET
ORLANDO, FLORIDA




Proceedings recorded by electronic sound recording
Transcript provided by ACCREDITED COURT REPORTERS
acreporters@embarqmail.com
(407) 443-9289

2

A P P E A R A N C E S:

PAUL STEVEN SINGERMAN, ESQUIRE
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, Florida
     Appearing on behalf of Red Lobster
     Management LLC, et al

NICOLETTE CORSO VILMOS, ESQUIRE
Berger Singerman LLP
300 South Orange Avenue
Suite 1000
Orlando, Florida
     Appearing on behalf of Red Lobster
     Management LLC, et al

JEFFREY R. DUTSON, ESQUIRE
BROOKE L. BEAN, ESQUIRE
CHRISTOPHER K. COLEMAN, ESQUIRE
King & Spalding LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia
     Appearing on behalf of Red Lobster
     Management LLC, et al

MICHAEL FISHEL, ESQUIRE
King & Spalding LLP
1100 Louisiana
Suite 4100
Houston, Texas
     Appearing on behalf of Red Lobster
     Management LLC, et al

ERIN M. HOSKINS, ESQUIRE
Berger Singerman LLP
201 East Las Olas Boulevard
Suite 1500
Ft. Lauderdale, Florida
     Appearing on behalf of Red Lobster
     Management LLC, et al

3

```
 1   APPEARANCES CONTINUED:
 2
 3   BRADFORD J. SANDLER, ESQUIRE
 4   ROBERT J. FEINSTEIN, ESQUIRE - Zoom
 5   Pachulski, Stang, Ziehl & Jones LLP
 6   780 Third Avenue
 7   34th Floor
 8   New York, New York
 9        Appearing on behalf of Official Committee of
10        Unsecured Creditors
11
12   JOSEPH A. PACK, ESQUIRE
13   JESSEY J. KREHL, ESQUIRE
14   Pack Law, P.A.
15   51 Northeast 24th Street
16   Suite 108
17   Miami, Florida
18        Appearing as Local Counsel on behalf of
19        Official Committee of Unsecured Creditors
20
21   SCOTT E. BOMKAMP, TRIAL ATTORNEY
22   Office of the United States Trustee
23   400 West Washington Street
24   Suite 1100
25   Orlando, Florida
26        Appearing on behalf of United States Trustee
27
28   CHARLES A. DALE, ESQUIRE
29   Proskauer Rose LLP
30   One International Place
31   Boston, Massachusetts
32        Appearing on behalf of Fortress Credit Corp.
33
34   LARA ROESKE FERNANDEZ, ESQUIRE - Zoom
35   Trenam, Kemker, Scharf, Barkin, Frye,
36   O'Neill & Mullis, P.A.
37   101 East Kennedy Boulevard
38   Suite 2700
39   Tampa, Florida
40        Appearing on behalf of Fortress Credit Corp.
41
42   KELSEY BURGESS, ESQUIRE
43   Burr & Forman LLP
44   200 South Orange Avenue
45   Suite 800 Orlando, Florida
46        Appearing on behalf of Wells Fargo Bank N.A.
47
48
```

4

```
 1    APPEARANCES CONTINUED:
 2
 3    LINC ROGERS, ATTORNEY - Zoom
 4    Blake, Cassels & Graydon LLP
 5    199 Bay Street
 6    Suite 4000
 7    Commerce Court West
 8    Toronto, Canada
 9         Appearing as Proposed Special Counsel to
10         Debtors
11
12    ANDREW SORKIN, ESQUIRE - Zoom
13    Latham & Watkins LLP
14    555 Eleventh Street Northwest
15    Washington, D.C.
16         Appearing on behalf of Thai Union Group
17         Public Company Limited
18
19    PAUL J. BATTISTA, ESQUIRE - Zoom
20    DAVID HAMMERMAN, ESQUIRE - Zoom
21    Venable LLP
22    100 S.E. 2nd Street
23    Miami, Florida
24         Appearing on behalf of Thai Union Group
25         Public Company Limited as Local Counsel
26
27    ELISA HYDER, ESQUIRE - Zoom
28    PHILLIP HUDSON, ESQUIRE
29    Duane Morris, LLP
30    201 South Biscayne Boulevard
31    Miami, Florida
32         Appearing on behalf of Zurich Insurance
33         Company
34
35    ESTHER MCKEAN, ESQUIRE
36    Akerman LLP
37    420 East Orange Avenue
38    Orlando, Florida
39         Appearing on behalf of EEC Acquisition
40
41    JAMES A. TIMKO, ESQUIRE - Zoom
42    Dean, Mead, Egerton, Bloodworth,
43    Capouano & Bozarth, P.A.
44    Post Office Box 2346
45    Orlando, Florida
46         Appearing on behalf of Taylor & Monroe LLC,
47         Seungha Hong and Peter Moon, Trustee of 2015
48         Hong Family Trust
```

5

1                        I N D E X
2

3

4    PROCEEDINGS BEFORE JUDGE ROBSON:                    6

5

6    1) Confirmation - Chapter 11 Plan

7

8    2) Disclosure Statement

9

10   3) First and Final Application for Compensation
11      for Services Rendered and Reimbursement of
12      Expenses Of Blake, Cassels & Graydon LLP as
13      Special Counsel to Debtors

14

15   4) First and Final Application for Compensation
16      for Services Rendered and Reimbursement of
17      Expenses to Berger Singerman

18

19   5) Summary of First and Final Application for
20      Compensation for Services Rendered and
21      Reimbursement of Expenses of Hilco Corporate
22      Finance, LLC

23

24   6) Summary of First and Final Application for
25      Compensation of Pack Law as Local Counsel to
26      Official Committee of Unsecured Creditors

27

28   7) Summary of First and Final Application for
29      Compensation of Pachulski, Stang, Ziehl &
30      Jones LLP as Lead Counsel to Official Committee
31      of Unsecured Creditors

32

33   8) Summary of First and Final Application for
34      Compensation and Reimbursement of Expenses of
35      King & Spalding LLP as Counsel to the Debtors

36

37   9) Supplement to Final Application of Alvarez &
38      Marsal North America, LLC for Allowance and
39      Payment of fees and Expenses

40

41   10) Summary of First and Final Application for
42       Compensation of Genesis Credit Partners LLC

43

44

45   11) Motion for Entry of Order Granting
46       Related Relief by Debtor

47

48

1    12) Motion fo Leave to File Late Claim by Nancy
2        Vanderbosch
3
4    13) Motion for Prospective Relief from Stay
5        Re: Personal Injury Lawsuit
6
7    14) Amended Motion for Relief from Stay by
8        Frank Olsson
9
10   15) Renewed Amended Motion for Relief from Stay by
11       David Ontiveros
12
13   16) Motion for Relief from Stay by Garcia
14
15   17) Motion for Relief from Stay by Tara Richardson
16
17   18) Sixth Omnibus Objection to Claim
18
19   19) Omnibus Objection to Various Claims filed
20       with Claims Agent, Epiq Corporate
21       Restructuring
22
23   20) Debtor's Notice to Contract Parties of
24       Potentially Assumed and Assigned Executory
25       Contracts and Unexpired Leases and Any Cure
26       Costs Associated therewith in connection with
27       Sale of Debtors' Assets
28
29
30
31   CERTIFICATE OF REPORTER:                        76
32
33   WORD INDEX:                                     77
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48

7

1       ORLANDO, FLORIDA, SEPTEMBER 5, 2024, 10:00 A.M.

2                    P R O C E E D I N G S

3               COURTROOM DEPUTY: All rise.

4               The United States Bankruptcy Court for the

5       Middle District of Florida is now in session.

6               The Honorable Grace E. Robson presiding.  God

7       save the United States and this Honorable Court.

8               THE COURT: Okay.  Good morning.  Please be

9       seated everyone.

10              All right.  So for those on Zoom, just kind of

11      keep your videos turned off and your microphones muted

12      until you are going to speak at the lectern or when

13      called upon.

14              Okay.  So we're on Red Lobster Management LLC

15      and the related Debtors, Case Number 24-2486.  Everyone

16      should have signed in or registered through Zoom.  So I'm

17      not going to go through the process of asking everyone to

18      step up to the podium other than to say when the Debtors

19      want to make -- start their presentation, we'll go ahead

20      and do that.

21              So welcome everybody.  Thank you for coming in

22      on a rainy day.  I wish I could have done something more

23      for the weather for you but hopefully we'll move along

24      pretty well and get everyone going on their day.

25              So, okay.  So, Mr. Singerman, I see you're

8

1  here.  Okay.  I received the suggested order of

2  proceeding and the binders for which I thank you and the

3  team for.  So, how do you want to proceed?

4          MR. SINGERMAN: Thank you, Judge Robson.  May it

5  please the Court.  I'm Paul Singerman from Berger

6  Singerman, and our firm is co-counsel along with our

7  colleagues from King & Spalding to the Debtors.

8          In accordance with the suggested order of

9  proceedings, I'm going to ask Your Honor for just a

10  couple of minutes for an overview of what's before you

11  today.  And first, if I may, Your Honor, for the record,

12  I'd like to introduce or reintroduce, Your Honor, to the

13  Debtors' senior management team who's present, Mr.

14  Jonathan Tibus, the Debtors' chief executive officer.

15          THE COURT: Good morning.

16          MR. SINGERMAN: And next to him and now rising

17  Mr. Nicholas Haughey, the Debtors' chief restructuring

18  officer.

19          THE COURT: Okay.  Good morning.

20          MR. SINGERMAN: So I will offer just a couple of

21  remarks and then defer to my colleague Mr. Dutson to

22  present the case overview and our confirmation case in

23  accordance with the suggested order of proceedings.

24          But first, Judge, if I may, on behalf of the

25  Debtors and all of their advisors, I want to begin the

1   end of what we think will be the end of the

2   administrative proceedings in this case by going back to

3   the beginning on May 21st, the first day hearings, two

4   days after the petitions were filed commencing these

5   cases on May 19th, and thank you for the access to the

6   Court that you've provided and to Ms. Moore and Ms.

7   Townsend, your law clerks, who have we know frequently

8   when we've been before the Court stuck around long after

9   traditional office hours to help with getting time-

10  sensitive orders entered and the overall administration

11  of the case, and also to Ms. Whitsett who has been

12  unfailingly cooperative and helpful in the administration

13  of these cases, and also back to prior to the

14  commencement of these cases to express again on behalf of

15  the Debtors our gratitude to Ms. Loesch, the Clerk of

16  this Court, and her Chief Deputy who has assisted us, Ms.

17  Deetz.

18          Thanks to our colleagues from the Office of the

19  United States Trustee.  Like the Office of the Clerk of

20  the Court, Mr. Bomkamp and Mr. Simonitsch and Mr. Lynch

21  have worked with us before these cases were filed to

22  ensure a smooth entry into Chapter 11, and they have

23  stuck with us literally -- well, not daily but certainly

24  daily before every major hearing and in the case of this

25  confirmation hearing for more than a week and far

1   exceeding traditional office hours and weekend time and

2   of course again last night.  So our thanks to the Office

3   of the United States Trustee.

4           We wouldn't be here, Your Honor, especially in

5   a consensual confirmation without the extraordinary

6   collaboration and assistance not only financial but in

7   the administration and crafting of the case and the plan

8   without our lenders and their advisors, our thanks to

9   them and to the Official Committee of Unsecured Creditors

10  and its advisors.  Peace broke out early in this case,

11  and I think that is in large part due to committee

12  counsel and the incumbent relationships that we've had,

13  all of us, with committee counsel, both the lenders,

14  advisors, and the Debtors' advisors, and I think that

15  that dynamic has saved months and millions in terms of

16  administrative expense and time and a substantial amount

17  of time that we would otherwise have had to impose upon

18  you and your court for absent the collaborative approach

19  to these cases.

20          Thanks to the companies, principal creditors,

21  and landlords, and other stakeholders who've stuck with

22  us through the administrative period, continued to be

23  trading partners and to provide credit, and certainly to

24  the management of the Debtors and 32,000 employees, most

25  of whom are unfamiliar with Chapter 11 proceedings, and

1  they too stuck with us notwithstanding the inherent

2  uncertainties in the Chapter 11 process.

3          So I'm certain that I'm leaving out key players

4  for which I apologize but we want all of the Debtors and

5  their management wish and their advisors wish there to be

6  no question but for our awareness of and gratitude to

7  all.

8          So that collaborative approach to this case has

9  resulted in a hundred and nine days after the petitions

10  were filed and about eleven hundred and thirty docket

11  entries later, we're here for a consensual confirmation

12  hearing that will ensure that this iconic brand continues

13  and we think regrows, regains profitability, and will

14  continue to be an important employer to 32,000 plus

15  employees and trading partner to thousands of vendors.

16  We will emerge, if Your Honor confirms the plan before

17  you, with 545 stores operating throughout the United

18  States and Canada.

19          Every substantive objection to confirmation

20  except what we refer to as the sodium objection that was

21  filed in the docket at -- or I won't dignify it with a

22  docket number, but it was addressed, the letter, the

23  sodium objection letter was addressed to Judge Delano and

24  we didn't think having read it that you would have any

25  problem with Judge Delano addressing that objection

12

1    instead of you.

2            THE COURT: That's fine by me.  So, yes.

3            MR. SINGERMAN: So, Judge, every substantive

4    objection to confirmation has been resolved.  There may

5    be some --

6            THE COURT: Including with the U.S. Trustee?

7            MR. SINGERMAN: Yes, Your Honor.

8            THE COURT: Okay.  All right.

9            MR. SINGERMAN: And Mr. Dutson will elaborate.

10   There may be a few comments that Mr. Bomkamp will offer,

11   and Mr. Dutson will address in connection with his

12   presentation to confirmation case, Judge, and his

13   presentation to you of the proposed Confirmation Order

14   that incorporates the resolution of the objections to

15   which I've -- to which I've referred.

16           Mr. Dutson will introduce the Declarations in

17   support of confirmation for Ms. Stratton, who's present

18   in the courtroom from Hilco Corporate Finance, our

19   investment bankers, and from Mr. Haughey.  We don't

20   expect there will be any creditor or party in interest

21   who will seek to cross examine either of the declarants,

22   but they will be prepared should I be -- should I be

23   wrong.

24           As set forth in the proposed order of

25   proceedings, after the confirmation case is presented,

1   Judge, we'll take up with your permission the balance of

2   the items on the calendar, and thereafter we will take up

3   the professional fee applications before the Court.  In

4   respect of those there -- as of the commencement of this

5   hearing, there have been no written objections filed to

6   any of the applications for confirmation -- for

7   compensation.  Mr. Bomkamp may have comments.  We will

8   address them if he does.  And were Your Honor to award

9   all of the fees that the professionals are requesting

10  before you today, we will be substantially below the

11  professional fees budgeted for this case and the budget

12  pertaining to the final DIP order.

13          So unless you have questions for me, Your

14  Honor, about the overview, I will thank you once again

15  and defer to Mr. Dutson.

16          THE COURT: Okay.  No.  Thank you very much that

17  was very thorough and helpful, and I will hear from Mr.

18  Dutson now.  Thank you.

19          MR. SINGERMAN: Thank you, Judge Robson.

20          THE COURT: Okay.

21          MR. DUTSON: Thank you, Your Honor.  Jeff Dutson

22  of King & Spalding on behalf of the Debtors.

23          Just a very brief case update.  Mr. Singerman I

24  think did an excellent job of setting the stage for what

25  we are here to do today.  I think in terms of an update,

14

1    the major things to note for the Court; one, as Mr.

2    Singerman said, we are now poised to confirm this Chapter

3    11 Plan should the Court rule that way.  We've worked

4    very hard with many of the people in this room over the

5    past several weeks to achieve consensus around some of

6    the objections and issues that have been raised and

7    you'll hear more about that.

8           When the Debtors filed these cases on May 19th,

9    we did so for the purpose of selling -- selling the

10   business, selling substantially all the assets as a going

11   concern to maximize the value of the Debtors' estates and

12   to preserve over 30,000 jobs of the folks that work at

13   Red Lobster.  We filed these cases with the support of

14   our term lenders, serving as a stalking horse bidder.  We

15   knew that we would have a bidder for this business at the

16   end of these cases.  But what we did not know is how the

17   administration of the cases would ultimately end.  At the

18   final DIP hearing, as the Court will recall, we announced

19   a resolution that we believed would pave the path for the

20   Debtors to confirm a Chapter 11 Plan of Reorganization,

21   and that of course is why we're here today.

22          The Debtors, with the assistance of Hilco,

23   their investment banker, commenced a sale process even

24   prior to the case of starting and have continued that

25   sale and marketing process pursuant to the Court's order

1    on bidding procedures.   Notwithstanding the robustness of

2    that process, there were not any other qualified bidders

3    that submitted a bid higher than the stalking horse

4    bidder.   But our term lenders, the stalking horse bidder,

5    stands ready to consummate the transaction that's

6    provided for in the Plan now.

7         Two other brief updates.   One, in connection

8    with negotiations with third-party purchaser, the Debtors

9    have secured additional investment from the purchaser

10   that will help put the Debtors on stable financial

11   footing as they emerge from bankruptcy.   We're very

12   pleased about that.   Secondly, Debtors have recently

13   announced their new CEO when the Plan goes effective, Mr.

14   Damola Adamolekun, and the company is very excited about

15   the path forward and emerging from these cases.   On the

16   effective date the Plan that is before the Court today

17   will allow for the ongoing success of the Debtors'

18   business and the retention of over 30,000 employees

19   across approximately 545 of the remaining locations.

20        Again, this is a result of a lot of hard work

21   and cooperation from the folks, many of the folks in this

22   room, and we are grateful.   We are also grateful to the

23   Court.   The Debtors believe that the Plan that's in front

24   of the Court today is the best path forward for the

25   business.   And absent any questions that the Court may

1   have regarding an update, I'll yield the podium to Mr.

2   Fishel, who will provide a status report on the various

3   cure objections.

4          THE COURT: Okay.  All right.  That's fine.

5   Thank you.

6          MR. DUTSON: Thank you.

7          MR. FISHEL: Good morning, Your Honor.

8          THE COURT: Good morning.

9          MR. FISHEL: I'll serve as the Cheddar Bay

10   biscuits today before we get to the main course so.

11          THE COURT: Okay.

12          MR. FISHEL: I thought it would be helpful to

13   provide Your Honor with an update.  I know last -- last

14   week we were -- had a smaller update.  This week, I want

15   to -- I'd like to go through what we've been able to

16   accomplish with our counterparties, with our landlord

17   counterparties.

18          I know, before I get to that, there was one

19   emergency motion which you saw from MP2 Energy and Shell.

20   The motion was filed at ECF Number 1014.  We ultimately

21   were able to resolve the motion at ECF 1100, and Your

22   Honor entered the order at ECF 1113.  It was updated.

23   Unfortunately, we were not able to update the cure status

24   report which we filed with the Court.  That status report

25   is at ECF 1105.

1          So, in summary, we've been able to resolve

2    collectively, effectively 50 cures, 50 filed objections,

3    in I think about three weeks.  I want to say it was a --

4    it was a Herculean effort, spent a lot of time.

5          THE COURT: Yeah, I wasn't sure it was going to

6    be able to get done but it's --

7          MR. FISHEL: Yeah.

8          THE COURT: -- good job.

9          MR. FISHEL: And I couldn't have done it without

10   our colleague Brooke Bean who's in the court today.  We

11   spent a lot of time with folks and with the assistance of

12   A & M, Mr. Kelly Puls, he was absolutely vital and, you

13   know, I think the theme of this case has been consensus

14   and we obviously worked with counterparties to reach as

15   many deals as possible.

16         There were three other cure objections; one

17   from Thai Union at ECF 533, one from RPA at ECF 559, one

18   from R & H Properties at 584.  Because those contracts

19   will be rejected, they will not -- they're not on the

20   assumption list.  We view that those cure objections as

21   moot and no longer needed to address.

22         There are, unfortunately, two outstanding

23   cures.  We don't expect them to be contentious or

24   litigious.  They're simply outstanding because there are

25   hundreds of invoices that we are still continuing to

1   reconcile.  We believe we are very close on one.  I think

2   Your Honor, you know, we had talked about another

3   evidentiary hearing.  We'd like to coincide that hearing

4   with the post confirmation status report, I think -- I

5   think 30 -- October 16th.

6           THE COURT: Okay.

7           MR. FISHEL: We fully intend to resolve these

8   remaining two cure objections before then, and we'll

9   update the report as necessary and get the joint motions

10  and orders on file.  And once again, we greatly

11  appreciate your cooperation in getting the orders entered

12  as quickly as possible, as that definitely brings

13  assurance to the counterparties.

14          So with that, I will turn it back over to Mr.

15  Dutson who is going to present the case.  Thank you, your

16  Honor.

17          THE COURT: Okay.  Thank you.

18          MR. DUTSON: Mr. Fishel's portion went faster

19  than I expected.

20          THE COURT: He's fast at getting things

21  resolved, so –

22          MR. DUTSON: That's right.

23          THE COURT: -- I guess.  Okay.

24          MR. DUTSON: That's right.  Again, Your Honor,

25  Jeff Dutson with King & Spalding on behalf of the

19

1   Debtors.

2          Pursuant to our proposed order of proceedings,

3   we'd like to move forward now with approval of the

4   Disclosure Statement on a final basis and confirmation of

5   the Plan.  In order to do that, what we would propose is

6   that we would first enter exhibits into evidence.

7   Second, I will make some brief remarks about both the

8   Disclosure Statement and the Plan.

9          The way the proposed order is formulated,

10  approval of the Disclosure Statement on a final basis is

11  included within the same order as the order confirming

12  the Plan.  So we thought it made sense to essentially

13  treat those as one.  I'll provide remarks regarding both.

14         And then next I would propose that we announce

15  the various resolutions to the confirmation objections

16  that we've been able to achieve along with some other

17  changes that have been made to the Confirmation Order.

18  And then we have -- we do have a few additional changes.

19  We filed a revised order yesterday.  There's a few more

20  changes.  So I would address those as well.  And then

21  would be pleased to answer any questions the Court may

22  have regarding the Plan or the order.  And again, at this

23  point in time, we don't anticipate opposition, but that's

24  -- that's our proposed way of dealing with those two

25  pending items.

1          THE COURT: Okay.  All right.  So I have no

2     objection to the method you propose to go forward.  So

3     first do

4     you want to deal with the exhibits?

5          MR. DUTSON: Yes, Your Honor.

6          THE COURT: Okay.

7          MR. DUTSON: So we filed, as Mr. Singerman

8     mentioned, an exhibit register at ECF Number 1109.  There

9     are also three Declarations referenced that are

10    referenced in the register, which we would like to move

11    into evidence.  Those are the Declarations of Mr.

12    Haughey, Ms. Stratton, and Ms. Young.

13          THE COURT: Okay.

14          MR. DUTSON: Ms. Young is appearing by Zoom, and

15    Mr. Haughey and Mrs. Stratton -- Ms. Stratton are

16    available in the courtroom.  Their Declarations are filed

17    at ECF Number 1039, 1040 and 1101.

18          THE COURT: Okay.  So, all right.  So all of the

19    documents that are in the exhibit register are documents

20    that were filed with the Court as well, which I see.

21          So did anyone have any objection to the, I

22    guess, admission of the six exhibits which are Documents

23    941, 1030, 972, 1039, 1040, and 1101?

24          Okay.  I see nobody raising any objections.  So

25    those will be admitted without objection.

1          MR. DUTSON: Thank you very much, Your Honor.

2          THE COURT: Okay.

3          MR. DUTSON: I will endeavor to move efficiently

4    through this next portion.

5          The Disclosure Statement, as the Court is

6    aware, the primary purpose of the Disclosure Statement

7    that we filed and that was conditionally approved at the

8    conditional -- at the hearing to conditionally approve

9    it, the primary purpose is to provide information that is

10   reasonably practical, practicable to permit an informed

11   judgment by creditors and interest holders entitled to

12   vote on the Plan.

13         Bankruptcy courts have broad discretion in

14   determining whether a disclosure statement contains

15   adequate information based upon the facts and

16   circumstances of each case.  The Debtors believe that

17   their Disclosure Statement has done that and was

18   conditionally approved by the Court.  We used it for

19   purposes of solicitation, and there are no objections

20   that we know of to a final approval of the Disclosure

21   Statement.

22         THE COURT: Okay.  All right.

23         MR. DUTSON: According to the Plan, the Debtors

24   are again very pleased to present the Court with this

25   proposed Plan for Confirmation.  The proposed Plan was

22

1   filed at ECF Number 631 with a revised version filed on

2   July 29th at ECF 733.  On August 27th, with our Plan

3   Supplement, we did file a slightly Amended Plan.  The

4   main thrust of those changes was due to our preparation

5   for confirmation realizing that it would be more

6   appropriate for RL Management to be a reorganization

7   debtor rather than a wind-down debtor.  So those are the

8   changes that are reflected primarily in that

9   modification.

10          THE COURT: Okay.

11          MR. DUTSON: And then we have filed yesterday at

12  ECF Number 1124 a further revised Plan at the request of

13  our insurer Zurich that addresses the resolution with

14  Zurich that I'll discuss momentarily.

15          The Plan Supplement was filed at ECF Number 941

16  on August 22nd, which was the time set pursuant to the

17  Disclosure Statement order.  We also filed supplements to

18  that, which included the identification of directors and

19  officers and certain other documents related to the Plan

20  Supplement.

21          The Plan as a whole is the culmination of the

22  Debtors' substantial efforts to bring these Chapter 11

23  cases to a value maximizing close through either the

24  election of the purchaser of sale of all the assets or a

25  sale of certain assets and primarily a reorganization of

1   the Debtors.  We filed a notice at ECF Number 1055

2   notifying the Court and parties in interest the purchaser

3   has elected to consummate the restructuring transactions

4   through the reorganized equity sale which the parties

5   believe will be the most efficient path forward for the

6   company.

7           As described in the Plan, the purchaser will be

8   acquiring certain assets of Red Lobster Management,

9   acquiring substantially all of the assets of RLSV and Red

10  Lobster International Holdings, and the remainder of the

11  Debtors will be reorganized and the purchaser will

12  acquire the reorganized equity for those entities.

13          Our purchaser intends to credit bid as was set

14  forth in the Stalking Horse Agreement that was filed in

15  connection with the commencement of the cases, and the

16  Plan also contemplates the creation of a GUC Trust which

17  will be established to receive what's referred to as the

18  GUC Fund in the Plan, as well as certain equity holder

19  litigation claims which will be transferred upon

20  effective date to that trust.

21          The holders of allowed Class 4, general

22  unsecured claims will receive their pro rata share of 40

23  percent of the net proceeds of that trust, and our

24  lenders will receive the balance, the 60 percent of the

25  net proceeds of that trust.

1          The plan also contains releases from the

2     Debtors' consensual third-party releases, which we

3     addressed at the last hearing, exculpation provisions,

4     discharge and injunction provisions.  Importantly, the

5     Debtors are not releasing any of the equity holder

6     litigation.  And although the new organization docs for

7     the reorganized Debtors contain very typical

8     indemnification provisions for D's & O's, I want to make

9     clear that those indemnification provisions as set forth

10    in the documents don't apply to former directors and

11    officers.

12          Your Honor, pursuant to the Solicitation

13    Procedures Order, the Debtors solicited votes from

14    holders of Class 3, our secured -- our term lenders, and

15    Class 4, our general unsecured creditors.

16          As stated in Ms. Young's affidavit, and

17    discussed in our reply brief filed at ECF 1102, the Plan

18    does have broad and substantial support among all

19    creditors.  Class 3 has voted to accept the Plan.

20    Although, the holders of claims in Class 4 overwhelmingly

21    voted in support of the Plan by numerosity, we did not

22    achieve the requirement for acceptance in terms of the

23    amount of the claims voted.  This is primarily due to

24    votes cast by Thai Union as described in our reply brief.

25    They hold, they've asserted, substantial claims related

1   to a management fee, the delivery of certain shrimp, as

2   well as a guaranteed fee.  The Debtors of course and the

3   GUC Trust reserve the right to object to those claims.

4   For purposes of these proceedings, the Debtors determined

5   that it would be most efficient to proceed with the

6   cramdown approach rather than seeking to disallow those

7   claims at this time.

8           The tabulation, if you exclude Thai Union's

9   votes, reflects broad support and consensus for the Plan

10  and the aggregate votes to accept the Plan represented

11  over 90 percent in number, I believe.  Nine Hundred voted

12  in favor and one hundred voted to reject, and over 70

13  percent again in the aggregate of the amount of the

14  claims if you exclude the Thai Union votes.

15          Your Honor, the Plan the Debtors believe

16  qualifies for confirmation under the applicable

17  provisions of the code.  Our confirmation memorandum and

18  our reply brief walked through those points in detail.

19  Given that we don't have anyone contesting to

20  confirmation, it's probably, if the Court is okay with

21  it, I will skip over the usual recitation of each and

22  every one of those factors because they are set forth in

23  our brief.

24          THE COURT: Okay.  I agree.  Go ahead.  You can

25  skip over those, the discussion of the factors, which I

1    have reviewed the memo as well.

2              MR. DUTSON: Thank you very much.

3              THE COURT: Um-hum.

4              MR. DUTSON: Your Honor, I think that leaves us

5    with the discussion of the resolution of confirmation

6    objections.  We did receive six formal objections and

7    informal outreaches from various parties.

8              We were having some logistical issues with our

9    printing process this morning.  So I just want to make

10   sure I have the right orders in front of me.

11             THE COURT: Okay.

12             MR. DUTSON: But I can start with the objections

13   that were filed.

14             One was filed by tort claimants Randazzo and

15   Ontiveros.  This was filed at ECF Number 1001.  The

16   Debtors have added language to the Confirmation Order

17   preserving any direct actions, if any, against certain

18   insurance providers, and based on our discussions with

19   their counsel, that resolves their objection.  That's at

20   Paragraph 71 of the Confirmation Order that was filed.

21             We also received an objection from Taylor &

22   Monroe LLC and Peter Moon and Seungha Hong related to

23   those parties' concerns about their ability to sue non-

24   debtor guarantors under leases.  This is not reflected in

25   the order that was filed yesterday but we have agreed to

1   add language making it clear that those parties are not

2   releasing parties under the Plan, and also nothing in the

3   Plan precludes them from asserting claims against Red

4   Lobster Intermediate Holdings who is the guarantee --

5   guarantor on certain leases and is not a debtor in these

6   Chapter 11 cases.

7           The next objection, ECF Number 1023, filed by

8   Optium Fund 4, LLC.  The Debtors have added language to

9   the Confirmation Order resolving these concerns.

10  Essentially, there's a dispute, potential dispute between

11  the Debtors and Optium regarding ownership of certain

12  claims related to interchange fee litigation, anti-trust

13  litigation that's ongoing, and I believe it's been

14  settled.  That, that dispute, the parties are reserving

15  their rights.  They wanted to make clear that nothing in

16  the Plan was determinative on that front.

17          THE COURT: Okay.

18          MR. DUTSON: The Debtors assert that they own

19  those claims, and I think Optium may take issue with

20  that.

21          THE COURT: Well, I think it looked like there

22  was a date where the purchase by Optium or whatever, its

23  predecessor, and then after that the Debtor asserted

24  they're entitled to additional fees for those periods

25  after the purchase date or something like that.

1          MR. DUTSON: And the Debtors' position, at least

2    right now, is the Debtors are not -- are actually not

3    aware of any documents suggesting that the Debtors

4    conveyed the claims even prior to the purchase.

5          THE COURT: Okay.

6          MR. DUTSON: So --

7          THE COURT: So whatever their rights are

8    their rights are.

9          MR. DUTSON: Whatever their rights are their

10   rights are.

11         THE COURT: Okay.

12         MR. DUTSON: Next is the Zurich objection, Your

13   Honor, and just a brief overview of this.

14         The order that was filed yesterday did not

15   include the language that Zurich has requested, and I can

16   hand up a redline that does include that language if that

17   will be helpful.

18         THE COURT: Okay.  Okay.  So you want me to --

19   you want to go over it right now and then --

20         MR. DUTSON: I think probably the --

21         THE COURT: Are you required to announce it?

22         MR. DUTSON: -- easiest thing might be for me to

23   just give an overview of it.

24         THE COURT: Okay.

25         MR. DUTSON: The parties have agreed to the

1   language, and we'll of course submit the revised order.

2   There are a few other tweaks that we have to make based

3   on some additional comments from the U.S. Trustee's

4   Office.

5              THE COURT: Okay.  So what you're holding in

6   your hand is not the final version at the moment.

7              MR. DUTSON: Not the final.  Not the final

8   final, that's correct.

9              THE COURT: Okay.

10             MR. DUTSON: So just to give the Court a brief

11  overview of the Zurich resolution.  As the Court may

12  recall, at the beginning of these cases, the Debtors did

13  two things; one, they assumed their insurance policies

14  with Zurich.  That was a requirement under the policy in

15  order for the Debtors to maintain those insurance

16  policies which was very important to the operations of

17  the business.

18             In connection with the restructuring and the

19  effectiveness of the Plan, the agreement is that the

20  Debtors will assign that insurance policy to the

21  purchaser, which will still provide coverage and benefits

22  to the subsidiaries of the purchaser, i.e., the business

23  and the Reorganized Debtors.

24             THE COURT: Okay.

25             MR. DUTSON:  That Assignment and Assumption

1  Agreement was filed at ECF Number 1123.  The parties have

2  been working diligently to resolve the various concerns

3  about this important issue, and we were able to get

4  resolution yesterday.  We apologize that we were not able

5  to file it sooner, but we did want to get that document

6  on the docket.  The proposed -- the changes to the

7  proposed order will provide that that agreement is

8  attached to the Confirmation Order and is approved by the

9  order and the order will authorize the Debtors to enter

10 into it.

11        Again, the policies will be transferred to the

12 purchaser, and certain collateral held by Zurich will be

13 withdrawn, their letters of credit, and that collateral

14 will be transferred to the benefit of the purchaser.  So

15 Zurich will continue to hold it but it will secure the

16 purchaser's obligations under the insurance policies.  It

17 does provide a release of claims against Zurich, as well

18 as very clear language that that doesn't release any

19 obligations of Zurich under the insurance policies.

20        The language in the order will also make it

21 clear that although the Debtors are seeking a discharge

22 for the Reorganized Debtors, the discharge in and of

23 itself and the agreement in and of itself does not

24 necessarily prevent a party from coming back to this

25 Court and seeking relief from that.  The Debtors of

1  course reserve the right to argue that no relief should

2  be granted.

3          THE COURT: Okay.

4          MR. DUTSON: But that that language will be set

5  forth in the order.

6          Your Honor, the next objection that I'll

7  address is the objection filed by the United States

8  Trustee.  There are a number of issues that the Office of

9  the U.S. Trustee raised and we've been working, as Mr.

10  Singerman said, over the past week or more to resolve

11  those, and I'm pleased to report that we believe we've

12  resolved each and every one of them.

13          The first is to make clear that the Court --

14  the post confirmation entities remain subject to the

15  quarterly U.S. Trustee fees, and this language was

16  reflected in the order that we filed yesterday at

17  Paragraph 50.  The order also sets forth certain funding

18  amounts that will be provided for those fees, but I think

19  from the U.S. Trustee's standpoint the main -- the main

20  resolution is the headline note that those entities will

21  remain obligated.

22          Related to that issue, Your Honor, is an issue

23  you may have seen briefing on from the committee related

24  to the issue of whether the GUC Trust and future

25  distributions from the GUC Trust should be subject to

32

1   U.S. Trustee fees.  The parties have resolved that issue,

2   that essentially reserves everyone's rights on that

3   point.  We'll include language in the proposed final

4   order that does just that.

5        The U.S. Trustee's Office also asserted that

6   both the Plan Administrator and the GUC Trustee should be

7   bonded.  After additional discussions with the parties in

8   interest, including the Debtors and the committee, the

9   U.S. Trustee's Office has decided to withdraw that

10  request and that objection.

11       Similarly, there was a portion in the objection

12  that asserted that the Plan Administrator and the GUC

13  Trustee and their professionals should file retention

14  applications and fee applications and things of that

15  nature.  Again, after discussions with parties in

16  interest, the Office of the United States Trustee has

17  withdrawn that request as well.

18       Your Honor, the releases that are set forth in

19  the Plan for third parties are of course consensual

20  releases and that would include creditors that vote to

21  accept the Plan as well as certain specified parties that

22  have been very active and involved in the case like the

23  committee, the Plan Administrator, GUC Trustee, the DIP

24  lenders, people like that.  I think the Office of the

25  United States Trustee wanted to ensure that those parties

1    did in fact consent, and so that objection was noted in

2    the pleading that they filed.  To resolve that, we

3    offered to obtain written by email consent from each one

4    of those parties that set forth in the releasing party

5    definition and we do have those emails now.

6              THE COURT: Okay.

7              MR. DUTSON: So again, the parties, the

8    creditors that voted to accept that vote constitutes

9    their consent, but all of the other enumerated parties

10   set forth therein are only releasing parties if we have

11   that email consent.

12             THE COURT: Okay.  So I presume there's a file

13   somewhere with all the emails you printed out.

14             MR. DUTSON: That's exactly right.

15             THE COURT: Okay.

16             MR. DUTSON: It's -- it's, I think, it's around

17   five or six emails.

18             THE COURT: Okay.

19             MR. DUTSON: The United States Trustee raised an

20   issue regarding the potential discharge for certain of

21   the Debtors.  After the filing of Mr. Haughey's

22   Declaration and further discussions among the parties,

23   they agreed to withdraw that objection as well.

24             Similarly, there was an issue raised as to

25   whether undelivered payments should be remitted to the

1    Clerk of the Court.  They agreed to withdraw that

2    objection.

3         There was one that we briefed in our reply and

4    that the U.S. Trustee raised regarding the Plan

5    Supplement and the way that that's incorporated into the

6    Plan, I think after discussing with the Debtors and the

7    purchaser and other parties, the Debtors are comfortable

8    modifying that language.  So the Plan Supplement will no

9    longer be incorporated into the Plan.  The provisions in

10   the order saying that the Plan Supplement is incorporated

11   will be revised so that that's not there, that content

12   isn't there, but we will make it crystal clear that the

13   Debtors are -- that the documents and the Plan Supplement

14   are approved should the Court grant the order and the

15   Debtors are authorized to enter into those agreements on

16   the effective date.

17        Related to that, the U.S. Trustee raised

18   concerns regarding limitations of liability and

19   exculpation provisions that are set forth in the GUC

20   Trust Agreement and the Plan Administration Agreement,

21   and we've agreed to add language for the GUC Trust making

22   it clear that the exculpation provisions in there are

23   intended to be and deemed to be consistent with the Plan

24   exculpation provisions, and also language limiting the

25   Plan Administrator's limitation of liability would not

1   apply to things that constitute actual fraud, wilful

2   misconduct or gross negligence by the -- by the parties.

3   And that, that has resolved that objection.  This was not

4   in their formal objection, but upon review of our

5   Confirmation Order, they requested two other changes.

6   One was to delete Paragraph 27 of the order, which we

7   agreed to do, and that will be reflected in the final

8   order.

9            THE COURT: So which version of the order are

10  you deleting the paragraph 27,or is it the same?

11           MR. DUTSON: It should be the same, Your Honor.

12           THE COURT: Okay.

13           MR. DUTSON: It's entitled Discharge of Claims,

14  Termination of Interests.

15           THE COURT: Okay.  Okay.  So the version that

16  I'm looking at, which is Document 1120, that paragraph is

17  28.  So you said it's called Discharge of Claims and

18  Termination of Interests?

19           MR. DUTSON: Yes, Your Honor.

20           THE COURT: Okay.

21           MR. DUTSON: So that paragraph will be deleted.

22  And one other tweak to the order.  In the injunction

23  provisions, there's a reference to the purchaser or its

24  designee.  The U.S. Trustee's counsel pointed out that

25  that could be read very broadly such that the purchaser

1    could designate whoever it wanted to to become part of

2    the injunction, and that certainly was not our intent.

3          Under the purchase agreement, as is very typical,

4    a buyer has the right to designate its rights under the

5    Asset Purchase Agreement to other entities.  So the

6    Debtors coming into this case had a reasonably complex

7    corporate order structure and the purchaser has the

8    ability to form new entities when it's buying assets from

9    certain of the Debtors and put those in there and those

10   would be the designees.  So the language will be revised

11   to refer to the purchaser or its assignees under the

12   purchase agreement.

13          THE COURT: Okay.

14          MR. DUTSON: And that I believe addresses the

15   objection filed by the U.S. Trustee and all of the

16   docketed objections but for the sodium objection.

17          THE COURT: Okay.  So, all right.  So let me

18   make sure Mr. Bomkamp has heard everything, the

19   representations by Mr. Dutson.  And do you have any

20   corrections or other statements to make regarding the

21   representation regarding the resolution of the objection?

22   As to your office anyway.

23          MR. BOMKAMP: Your Honor, Mr. Dutson did a very

24   thorough job.  I just want to run through how we saw it

25   from our perspective.

1          First of all, we were concerned about what we

2    viewed as potentially U.S. Trustee fee avoidance

3    provisions in the -- in the order.  This was both as to

4    the possible channeling of U.S. Trustee fee obligations

5    to an entity that may or may not end up being solvent.

6    So it was very important to us that the Reorganized

7    Debtors also be liable for U.S. Trustee fees.

8          The issue of whether a GUC Trust is liable for

9    U.S. Trustee fees, I'm sure you've seen from the papers

10   that it's a national issue, it's a hotly-contested issue.

11   In this case, it may or may not be an actual issue

12   depending on how the case plays out.  So that remains

13   unresolved, but it's probably efficient in terms of this

14   Court's resources, in terms of, you know, not having an

15   appeal of an issue that turns out to be moot and that

16   kind of thing, to push that issue until when and if the

17   GUC Trust distributes litigation proceeds.

18         With regard to the Plan Supplement, we were

19   concerned that the wholesale incorporation of just all

20   that language in the Plan Supplement would tend to

21   elevate language that was intended as an agreement

22   between, you know, two parties and read it against the

23   world and for to take on a different meaning; and we were

24   also concerned that there was additional exculpatory

25   language in there and then overall it would -- it would

1  constitute an impermissible plan modification that's been

2  addressed by simply saying that the Debtor is approved,

3  enter into these agreements and substantially the form.

4       In the Plan Supplement, there was I think a

5  concern in general about expansion of releases.  Your

6  Honor very carefully calibrated those releases at the

7  prior hearing on conditional approval of the Disclosure

8  Statement.  We've addressed those issues within the Plan

9  Supplement.

10      And as Mr. Dutson mentioned, we thought that

11 Paragraph 27 -- and just to be clear because there's been

12 several versions of orders circulating -- it's Plan 27,

13 or rather Paragraph 27 as reflected on Docket 733 which

14 is the Amended Plan that was -- which was solicited.

15 It's been renumbered a bit as things have been revised,

16 but that's the one.  I thought that was a release that

17 was kind of -- I won't bang the drum on this because it's

18 been resolved -- but a release that was kind of created

19 out of whole cloth that wasn't solicited to the parties,

20 and so we're pleased that that's come out.  And we have

21 withdrawn our various objection to the administration of

22 the post confirmation trust, and we are satisfied that RL

23 Management post confirmation will be engaged in non-

24 liquidation type business activities.

25      THE COURT: Okay.  Thank you.

39

1          MR. BOMKAMP: Thank you.

2          THE COURT: All right.  Mr. Sandler.  Good

3     morning.

4          MR. SANDLER: Good morning, Your Honor.  Brad

5     Sandler for Pachulski, Stang, Ziehl and Jones on behalf

6     of the committee.  And I rise only to address one issue

7     and I'll, after Mr. Dutson is finished with his overall

8     presentation, I'll come back up.

9          THE COURT: Okay.

10          MR. SANDLER: I did want to address the one

11     issue on the U.S. Trustee fees, as it's related to the

12     GUC Trust.  And, as you've heard, it is a hot button

13     issue not only for the Office of the United States

14     Trustee but also for those of us who represent committees

15     and who often represent GUC Trusts.  Because as we read

16     the statute, and there's case law to support this, and

17     admittedly some of the law is different around the

18     country, but we view that a GUC Trust is not responsible

19     for the U.S. Trustee fees.

20          So to the point we decided when it comes to the

21     equity holder litigation, that has not yet been

22     monetized.  The cash that's going into the GUC Trust,

23     fees will be paid on that by the Debtors, so that's not

24     the issue.  It's dealing with the equity holder

25     litigation.  It's not monetized.  At some point it may be

1  monetized.  We don't know if it will be monetized, all

2  right, at this point.  There has to be an investigation

3  to understand whether there is a claim there or whether

4  that claim should be pursued, and to the extent it's

5  pursued it's successful, and if it's successful, what is

6  the recovery.  And to the extent there is a disbursement

7  by the GUC Trust, we will reserve our rights just like

8  the U.S. Trustee has.  Until we know all of that

9  information, it didn't make sense to take up the Court's

10  time today with that issue and essentially litigate that

11  issue today and no doubt, because it's a hot button

12  issues on both sides, it would end up on appeal as it did

13  recently in the Charismatic case in New Jersey.

14          So I just wanted to kind of lay that out, that

15  it's not just a hot button issue for the U.S. Trustee but

16  also for committees and for GUC Trusts.

17          THE COURT: Understood.  But in the meanwhile,

18  during the administration of the case and before it's

19  closed, the Debtors, Reorganized Debtors are liable --

20          MR. SANDLER: Correct.

21          THE COURT: -- for all of the fees that come due

22  during that time --

23          MR. SANDLER: Correct, Your Honor.

24          THE COURT: -- anyway.

25          MR. SANDLER: We're only talking about the GUC

1    Trust right now.

2              THE COURT: Okay.

3              MR. SANDLER: Yes.  Thank you.

4              THE COURT: Thank you.  Okay.

5              MR. DUTSON: Your Honor, again Jeff Dutson with

6    King & Spalding on behalf of the Debtors.

7              During Mr. Bomkamp's comments, I realized that

8    I did misspeak earlier about the paragraph number that we

9    were deleting.

10             THE COURT: Okay.

11             MR. DUTSON: So to be perfectly clear, it should

12   be 27 and the version that the Court likely has before

13   you right now that starts, except as otherwise provided

14   in the Plan or this Confirmation Order, all persons shall

15   be precluded from asserting claims.

16             THE COURT: Oh, okay.  That is Paragraph 27.

17             MR. DUTSON: That is Paragraph 27.

18             THE COURT: Okay.  All right.

19             MR. DUTSON: I slipped up there.

20             THE COURT: Okay.

21             MR. DUTSON: But glad to correct that one.

22             Your Honor, those were the formal objections

23   filed.  We did receive a lot of outreach from various

24   counsel representing landlords, and the changes that were

25   made to the order addressing those issues are set forth

1    in the redline that was filed yesterday.

2            The one that I would draw the Court's attention

3    to is there are certain leases that we are continuing to

4    negotiate with, the lease modification agreements.  Those

5    parties have consented to us continuing that they -- I

6    wish we can reject those leases to after this date.  We

7    have their written consent.  Everyone is working toward

8    getting those document -- documented so that the leases

9    can go forward in that time.  But you'll see that

10   language in the order that was filed yesterday.

11           THE COURT: So that's the 45-day extension of

12   time or I think it was something like that?

13           MR. FISHEL: Yes, Your Honor.  It's some are

14   forty-five days, some are as short as ten days.

15           THE COURT: Okay.

16           MR. FISHEL: Some are fifteen days.  So

17   whichever party consented to the amount of days, and it's

18   laid out in --

19           THE COURT: In the exhibit?

20           MR. FISHEL: -- the far right column --

21           THE COURT: Okay.

22           MR. FISHEL: -- for the deadline.

23           THE COURT: Okay.

24           MR. DUTSON: Paragraph 70, Your Honor, in the

25   redline that was filed yesterday is additional language

1    requested by the Texas taxing authorities.  They did

2    reach out on a -- on an informal basis in lieu of filing

3    an objection, and we agreed on language with them that

4    addresses their concern.

5            Just a few other items that I would draw the

6    Court's attention to.  Paragraph 43 in the redline, we

7    believe that it will financially and operationally

8    advantageous for the Plan to go effective on a Sunday.

9    And so the language there permits the Debtors -- that

10   certain payments are to be made on the effective date, it

11   allows them to be made on the next business day if the

12   effective date is a weekend.

13           Paragraph 73, we added, I think consistent with

14   the Court's past practice, we included language regarding

15   a post confirmation status conference, which I believe we

16   now have a date for and we will add that to the final

17   order.

18           THE COURT: Okay.

19           MR. DUTSON: Your Honor, the one other item that

20   is not reflected in the order that we would seek relief

21   from is with respect to notice of the Plan and

22   Confirmation Order.  Under local rules the Debtors are

23   required to serve both the full Plan and the full

24   Confirmation Order on a pretty broad set of parties and

25   we, in discussions last night with our claims agent,

44

1    realized that that would be a very material amount of

2    money to the tune of upwards of $200,000 or even more.

3    And consistent with practice in other cases, what we're

4    proposing is that the Court authorize us to deviate from

5    that local rule and serve a form of notice that's two

6    pages long, approximately two or three.  It will be much

7    more efficient and save the estate substantial amounts of

8    money.  It will make clear that the Plan has been

9    confirmed and provide notices -- or email address as well

10   as the website where those documents can be pulled down

11   if a party wishes to receive them.

12           THE COURT: Okay.  So to the extent that that's

13   an ore tenus request to modify the requirement under the

14   local rules, that will be granted.

15           MR. DUTSON: Thank you, Your Honor.

16           That does leave the sodium brief, or the sodium

17   objection, which we would just observe is not --

18           THE COURT: Well, isn't Judge Delano going to

19   handle that so --

20           MR. DUTSON: Exactly.

21           THE COURT: Okay.

22           MR. DUTSON: But we of course --

23           THE COURT: But it was just -- I saw it as a

24   letter.

25           MR. DUTSON: If you don't view it as an

1    objection, I will not address it.

2          THE COURT: I think it's just a general

3    objection to the type -- the business and the food it

4    serves.  So I don't think it's a confirmation objection.

5          MR. DUTSON: We agree, Your Honor.

6          THE COURT: Okay.  All right.  So to the extent

7    that's an objection to the Plan, it's overruled.

8          Okay.  So I have some questions I guess about

9    the form of order, the redline, I guess, that I saw at

10   1120.  I don't know if it's questions or just

11   clarifications.

12         MR. DUTSON: Okay, Your Honor.  If you can just

13   give me one minute --

14         THE COURT: Yes.

15         MR. DUTSON: -- to make sure I have the right

16   redline of the one --

17         THE COURT: Okay.

18         MR. DUTSON: -- that's on the docket, the

19   redline that was filed yesterday.

20         THE COURT: And if someone can take notes.  If

21   someone can take notes.

22         MR. DUTSON: We'll take very good notes.

23         THE COURT: Okay.  All right.  So the first is

24   just a simple on the title of the order, I'd like to

25   include a Paragraph 3 and 4, or numeral III and IV, that

1   will indicate that the order is also setting deadlines.

2   So, for example, there's reference to rejection claims

3   have to be filed by a certain date, which I know you

4   bolded and everything, but I'd like to include that in

5   the header of an order just so people know that there's

6   something in there.  And then a Paragraph Roman IV for

7   setting a status conference.  So that should just be the

8   title --

9        MR. DUTSON: Setting deadlines and for setting

10  a status conference.

11       THE COURT: Yes.  Setting deadlines and setting

12  status conference.  So that's just in the caption.

13       Paragraph N, I guess, I think referred to the

14  cure hearing which we're going to schedule on October

15  16th as well.  So you'll just insert that date.  Yeah.

16  So the cure.

17       Then there was in Paragraph -- okay, hold on.

18  The recitation of the items considered at confirmation

19  but starts on the first Page 15 or XV references the

20  memorandum of law in support, there's just a typo in

21  Debtors.

22       MR. DUTSON: Yes.

23       THE COURT: Fix that.  Okay.  Paragraph double

24  D.  Let's see.  Okay.  All right.  So that's resolved,

25  the payment of the fees.  Okay.

1          Okay.  Then Paragraph PP, there's references to

2   363(n) and (m).  So are proffers regarding those

3   protections in the Declarations that were admitted?

4          MR. DUTSON: The factual support for those --

5          THE COURT: Yes.

6          MR. DUTSON: -- should be in the dec -- is in

7   the Declarations.

8          THE COURT: All right.  All right.  Then there's

9   TT, and in Paragraph 10 of that order there's reference

10  to continuity of enterprise, where it says by

11  consummating the sale transaction there's no continuity

12  or identity of ownership, which I read that -- and no

13  continuity of enterprise.  So I presume that's a term of

14  art that I don't know if I feel comfortable in making a

15  finding, you know, whether it's for tax purposes or

16  otherwise.  Because to me, I read that as isn't the buyer

17  going to continue the Debtors' operation?

18         MR. DUTSON: I think what I would propose,

19  subject to any input or buyer's counsel may have, is that

20  we clarify that no continuity been apprised -- applies

21  with respect to the wind-down Debtors and RL Management.

22  Those are the three entities that are selling

23  substantially all their assets.

24         THE COURT: Right.  Okay.  So, okay.  Well,

25  however you want to clarify that, I'm not sure.  Like I

1   don't necessarily want to say I'm making a finding for

2   purposes of taxes or something else.  But I understand

3   that, you know, because I understand the Reorganized

4   Debtors, right, are going to be other than RL Management,

5   are going to be continuing to operate the same type of

6   business as before.  So one way or the other.  I don't

7   want to --

8           MR. DUTSON: Understood.

9           THE COURT: Okay.

10          MR. DUTSON: Thank you, Your Honor.

11          THE COURT: So that was in Paragraph TT and

12  Paragraph 10 of Document 1120.

13          Okay.  So then Paragraph 48, there is reference

14  to the administrative claims bar date but it doesn't say

15  what that is.  I mean, I know you can look back in the

16  Plan and find it.  So can we just, you know, add in there

17  that it's -- I read it as 30 days from the effective

18  date.

19          MR. DUTSON: Yes, Your Honor.

20          THE COURT: If you could just add that into that

21  paragraph.

22          MR. DUTSON: Would you like -- I guess we'll

23  need to say 30 days after the effective date.

24          THE COURT: Yeah, because you're going to file a

25  separate notice of the effective date --

1        MR. DUTSON: That's right.

2        THE COURT: -- so that will at least be another

3   reference point so.

4        Okay.  And then, all right.  And then the last

5   issue or question I had was Paragraph -- Paragraphs 54

6   and 56 seem to deal with the transfer of the licenses.

7        MR. DUTSON: Um-hum.

8        THE COURT: And 54 says each of the governmental

9   and regulatory agencies with jurisdiction, and I'm

10  skipping over some of the language, shall not interrupt

11  the operations conducted at the retained locations,

12  including the purchase and sale of alcohol without first

13  obtaining relief from this Court.  And then there's, you

14  know, reference later on to let, you know, them not being

15  about to interrupt the business.

16       So I'm just concerned that you're asking me to

17  tell a government agency not to enforce a police power.

18  So I don't know if that was intended to be that broad or

19  if it just really means something else.  Meaning, if it's

20  an issue of post violation of the discharge injunction,

21  that's one thing.  But I don't know that I feel

22  comfortable saying that a government agency cannot tell a

23  restaurant that it can't serve liquor, you know, I don't

24  know, without coming to me first so.

25       MR. DUTSON: Your Honor, one proposal would be

1   to include a very clear carve out saying, except to the

2   extent pursuant to their police powers under applicable

3   law.

4          THE COURT: Okay.

5          MR. DUTSON: Making it clear that we're not --

6   the Court's not trying to stop that.

7          THE COURT: Okay.  So, yeah.  Because, I mean, I

8   understand if it's to aid the buyer in acquiring licenses

9   and all those things we would want the cooperation, but

10   to the extent that it's a police power issue, I'm not

11   going to enjoin a government authority from exercising

12   that.  So look at Paragraphs 54 and 56, and if you want

13   to tweak the language there.

14          MR. DUTSON: Absolutely.

15          THE COURT: Okay.

16          MR. DUTSON: Thank you, Your Honor.

17          THE COURT: Yeah.  Because 56 says, This Court

18   shall retain exclusive jurisdiction over any action to

19   revoke or suspend any permit or license.  And it does say

20   later on, account of the filing or the pendency of the

21   cases.  But that may be a little broad.  And then, you

22   know, like I said, I'm okay with the idea if it's a

23   violation of the discharge injunction or something like

24   that but not to the extent that it's an exercise of a

25   government agency's police power.

1      Okay.  All right.  Well, those are the comments

2   that I had.  So, okay.  So then with that, did I cut you

3   off in the middle of your --

4      MR. DUTSON: No, Your Honor.  What we would

5   simply request that with the changes that we announced

6   today and the changes that the Court requested that we be

7   permitted to upload a revised order to the Court

8   reflecting those changes and that we would -- we'd ask

9   that the Court for the reasons stated in our briefs and

10  during the hearing today as well as other documents in

11  the record confirm our Plan.

12      THE COURT: Okay.  All right.  So does anybody

13  in the courtroom want to be heard in connection with the

14  Disclosure Statement or confirmation of the Plan?  No.

15  And then is anyone on Zoom asking to be heard?  I can't

16  tell.

17      COURTROOM DEPUTY: No, Judge.

18      THE COURT: Okay.  All right.  So then based

19  upon the evidence admitted into the record, the

20  uncontested proffers, and the modifications or amendments

21  announced on the record, I find that the Disclosure

22  Statement does contain adequate information under 1125

23  and the Plan is confirmable under Section 1129(a) and (b)

24  as on a cramdown basis.  So I will go ahead and confirm

25  the Plan.

1          So congratulations to all of the parties.  I

2  know it was not easy.  I know a lot of work was put into

3  all of the negotiations with a team of skilled

4  professionals which I'm very grateful for.  I know that

5  it's only been less than four months since the case was

6  filed and to get here with a consensual Plan -- well,

7  considered a consensual Plan -- I think is pretty

8  amazing.  So I would commend all of the parties involved

9  in getting us here, or you all here, on their efforts,

10  and I do appreciate it.

11          I know, like I said, a lot of it was behind the

12  scenes.  So you may not have been in court, you know, a

13  bunch of times but that's probably good.  That means that

14  everyone was doing what they should be doing outside of

15  the courtroom.  So I appreciate the efforts, and

16  congratulations to all for a job well done.

17          MR. DUTSON: Thank you very much, Your Honor.

18          THE COURT: All right.  So what does that leave

19  then?

20          MR. DUTSON: That leaves the -- the next item is

21  the sale motion, which we will ask permission to

22  withdraw.

23          THE COURT: Okay.  Permission granted.

24          MR. DUTSON: And I will yield the podium to Ms.

25  Hoskins.

53

1          THE COURT: Okay.

2          MR. DUTSON: If I can gather my copious amounts

3     of --

4          THE COURT: Yeah.  Take your time.

5          THE COURT: Good morning.

6          MS. HOSKINS: Good morning, Your Honor.  Erin

7     Hoskins on behalf of the Debtors.

8          I'm here on the motion for relief to file a

9     late claim.  That was filed on behalf Nancy Vanderbosch.

10    I'm just here -- I'm sorry.  The motion is at ECF Number

11    849, the response of the Debtors is at ECF Number 1035,

12    and I'm just here to announce to the Court the resolution

13    that the parties have reached.

14         THE COURT: Okay.  And what's the resolution?

15         MS. HOSKINS: The parties have agreed that the

16    motion will be granted to the extent that Ms.

17    Vanderbosch's claim that was filed on August 9th in 2024,

18    which is Claim Number 11,716, it will be allowed as

19    timely filed.  All other objections to the proof of claim

20    or assertion by either the Debtors or the GUC Trustee are

21    preserved.

22         Ms. Vanderbosch has agreed not to move for

23    relief from stay to seek recovery against the Debtors'

24    insurance policies or otherwise in these Chapter 11

25    cases.  And the parties have prepared an agreed order,

54

1    and if the Court is agreeable, we will submit it after

2    the hearing today.

3              THE COURT: All right.  Does anybody have any

4    objection to the entry of an order consistent with what

5    Ms. Hoskins has announced?  No.

6              Okay.  So then that will be granted, and you

7    can go ahead and upload the order.

8              MS. HOSKINS: Thank you, Your Honor.

9              THE COURT: Okay.  Thank you.  Okay.  Ms.

10   Vilmos.

11             MS. VILMOS: Good morning, Your Honor.

12   Nicolette Vilmos with Berger Singerman on behalf of the

13   Debtors.

14             Your Honor, I'll be handling Items 9 through 13

15   on the proposed order of presentation, and I am happy to

16   report that all of the stay relief objections have been

17   resolved.

18             THE COURT: Okay.  And what's the resolution?

19   Is it different for each?

20             MS. VILMOS: There's one different one and

21   that's Item Number 9, which is ECF 649 and ECF 802.

22   That's related also to the confirmation objection that's

23   at ECF 1001 that Mr. Dutson had already spoken about, and

24   so they're both -- confirmation objection and the stay

25   relief objection will be resolved and the stay relief

1   motion will be withdrawn based upon that.

2            THE COURT: Okay.  Because the language dealing

3   with the -- there directly that's in the Confirmation

4   Order.

5            MS. VILMOS: Yes, Your Honor.

6            THE COURT: Okay.

7            MS. VILMOS: For the other items listed on the

8   agenda, 10, 11, 12, and 13, the resolutions, the parties

9   have agreed that we will prepare orders denying the

10  motions for the stay relief as moot without prejudice to

11  seek leave from the discharge injunction, and with all

12  parties reserving all rights.

13           THE COURT: Okay.

14           MS. VILMOS: So we were negotiating this late

15  until last night, so we have not yet circulated the

16  proposed orders but will do so starting today after the

17  hearing.

18           THE COURT: So do you think you'll do one order

19  on those or will it be one for each motion?  I don't care

20  either way but.

21           MS. VILMOS: Whatever is -- probably an order

22  for each just for clarity on the docket.

23           THE COURT: Okay.  I just want to know what to

24  look for so.  Whatever it is, it's fine.

25           MS. VILMOS: Okay.

1          THE COURT: Okay.

2          MS. VILMOS: Thank you, Your Honor.

3          THE COURT: Thank you.

4          MR. SINGERMAN: May it please the Court, Your

5    Honor.  Paul Singerman from Berger Singerman, co-counsel

6    for the Debtors, here now on behalf of our firm and our

7    first and final fee application and the supplements

8    thereto.

9          Your Honor, we filed our first and final

10   application for compensation in the record at Docket

11   Entry 927 on August 21st, and that was in the manner

12   prescribed by Your Honor in the order conditionally

13   approving the Disclosure Statement and setting forth the

14   fee application process for estate professionals.

15         In that application, we sought fees, a final

16   award of fees in the amount of $713,770 and costs in the

17   amount of $15,598.45.  Pursuant to Your Honor's interim

18   compensation order, the fees and costs sought in the

19   first and final application had been paid in the amount

20   of $453,513.20 representing eighty percent of the fees

21   incurred during that period, and $14,981.60 representing

22   a hundred percent of the costs sought.

23         Pursuant to Paragraph 51 of Your Honor's order

24   conditionally approving the Disclosure Statement and

25   setting forth compensation and confirmation procedures,

1  the estate professionals who wish to have their fee

2  applications considered today at the confirmation hearing

3  were required to file or to include rather estimates of

4  the fees from the end date of the first and final

5  application through to today.  In our first and final

6  application, to which I referred, we estimated for our

7  firm 325,000 in forward fees and $20,000 in forward

8  expenses.

9          Paragraph 51 of the order conditionally

10  approving the Disclosure Statement and compensation and

11  confirmation procedures required a supplement to be filed

12  supporting, is the word in the order, the estimate that

13  was offered.  We filed that supplement in the record at

14  Docket Entry 1106 on September 3rd setting forth the

15  actual fees and costs incurred from the period commencing

16  on the day after the period covered by the first and

17  final application through to September 3rd, close of

18  business on September 3rd, and we included in that first

19  and final supplement, in the supplement to the first and

20  final application an estimate of the fees and costs to be

21  incurred on the 3rd, the 4th, and the 5th.

22          In our supplement that was filed at Docket

23  Entry 1106, we sought additional fees in the amount of

24  $277,166 and costs in the amount of $2,257.38.  Again,

25  Your Honor, for the period through September 2nd.  Actual

58

1  fees and costs through September 2nd.  And in that

2  supplement we estimated forward fees for the remaining

3  period in the amount of $128,000 and of costs in the

4  amount of $18,000.

5          Our actual fees and costs incurred in that

6  stub period, Your Honor, September 3rd through an

7  estimate of the fees and costs incurred today, which will

8  be provided for -- provided to the company for review

9  prior to the submission of an order awarding our fees, if

10  Your Honor is inclined to do so, for $110,732.50 and

11  costs in the amount of $3,748.39.

12          The total amount of fees and costs for which we

13  seek an order granting final approval and award is

14  $1,101,668.50 and costs in the amount of $21,604.22.  As

15  I indicated, Your Honor, we have been paid through the

16  interim compensation order to date $453,513.20, costs in

17  the amount of $14,981.

18          So, Your Honor, were you to award the fees and

19  costs that we are seeking, the proposed order would

20  provide for the final award of the fees and costs, it

21  would grant us authority to apply a $350,000 retainer

22  that we've had since the bankruptcy cases were filed and

23  which was disclosed in our initial retention application

24  and my Declaration supporting it, and then, Your Honor,

25  to pay the balance of the fees after application of our

1   retainer the order would provide for and be (sic)

2   authorized to withdraw from the professional fee trust

3   that our firm maintains for the benefit of all estate

4   professionals pursuant to Your Honor's DIP order the

5   amount of $298,155.30 in fees and $6,622.62 in costs.

6           I'm happy to answer any questions that you have

7   about the fees and costs that we are seeking a final

8   award and payment of.

9           THE COURT: Okay.  All right.  I guess my only

10  question is, have you received any objections or comments

11  to the fees requested?

12          MR. SINGERMAN: None to either, objection or

13  comment, Your Honor.

14          THE COURT: Okay.  All right.  So does the U.S.

15  Trustee have any objection to the fees requested by

16  Berger Singerman?

17          MR. BOMKAMP: No, Your Honor.  Given the

18  enormous amount of work, the fees are reasonable.

19          THE COURT: Okay.  All right.  Mr. Sandler, any

20  comment?

21          MR. SANDLER: No.

22          THE COURT: Okay.

23          MR. SANDLER: No objections, Your Honor.

24          THE COURT: All right.  Any other party?  Okay.

25          So then having reviewed the fees and the

1   proffers made and the lack of any objection, I will go

2   ahead and approve the fees and costs sought.  Just go

3   ahead and submit the order, and in the order just make

4   clear the amounts that were previously paid and subject

5   of the retainers so that we can do the math.

6          MR. SINGERMAN: We will do so, Your Honor.

7   Thank you very much, Judge.

8          THE COURT: Okay.  All right.

9          Okay.  So then, Ms. Hoskins.  Okay.

10          MS. HOSKINS: Good afternoon again, Your Honor.

11   Erin Hoskins on behalf of the Debtors.

12          The next matter before you today is the first

13   and final application for compensation for services

14   rendered and reimbursement of expenses of Blake, Cassels

15   & Graydon LLP, as special counsel to the Debtors, for the

16   period from May 19th, 2024 through August 13th, 2024,

17   which is at ECF Number 912.  The certificate of service

18   for that application is at ECF Number 962.

19          Blake also filed the application under the

20   terms of the order conditionally approving the Disclosure

21   Statement and that supplement was filed on September 3rd,

22   2024 and is at ECF Number 1111.  No objections have been

23   filed to this application.  And as supplemented, the fee

24   application covers the period from May 19th through

25   September 5th, 2024.

1          The application requests the final compensation

2     in the amount of $258,411.97; $7,975.67 in expenses; and

3     $32,094.64 in a harmonized sales tax that is applicable

4     to the legal services provided under the Canadian excise

5     tax act for the -- that was for the initial application

6     period.

7          In the supplement, there's an additional

8     request for $54,723 in actual fees and $5,600 -- I'm

9     sorry -- $5,638.75 in actual expenses, plus an additional

10    $45,000 in estimated fees and expenses that cover the

11    period from September 3rd to September 5th because the

12    supplement only went through the September 2nd, 2024.

13         I would like to make a note that the initial

14    application that was filed had estimated the fees and

15    expenses through hearing in the Canadian court that is

16    set for September 10th, but upon review of the terms of

17    Paragraph 51 at ECF 736 of the order conditionally

18    approving the Disclosure Statement and in the Plan at

19    Article II.B.3, which provide that the estimates were to

20    be through the confirmation hearing, and that post

21    confirmation and pre-effective date fees and costs did

22    not require court approval.  In the supplement Blake

23    adjusted that estimate to only cover through today.

24         Blake has expended 365.2 hours during that

25    initial application period, and an additional 86 hours as

1　further described in detail in the application.  They

2　have rendered necessary and beneficial legal services to

3　the Debtors in connection with the ancillary proceeding

4　in Canada where the Canadian court recognized these

5　Chapter 11 cases as foreign main proceeding in order to

6　stay proceedings against the Debtors' assets in Canada.

7　　　　　The legal services provided and the rates

8　charged for the services are comparable to those charged

9　by professionals of similar skill and experience in

10　Ontario.  Blakes (sic) has demonstrated substantial legal

11　skill and expertise in the areas of bankruptcy and

12　insolvency, and the services rendered were necessary for

13　the numerous, substantial and complex issues in the

14　recognition of these Chapter 11 cases in Canada, and they

15　have provided a significant benefit to the Debtors'

16　bankruptcy estate.

17　　　　　Unless the Court has any questions, I would

18　request the application be approved.

19　　　　　THE COURT: Okay.  All right.  Did anyone want

20　to be heard in connection with the consideration of

21　approval of the fee application and supplement of Blake,

22　Cassels & Graydon?  No.  Okay.

23　　　　　So then I will consider the matter unopposed

24　and approve the fees as represented in court.  And just

25　make sure, like I said with Mr. Singerman, that the order

1   reflects the actual amounts that are being sought so that

2   we can work out the math.

3          MS. HOSKINS: Yes, Your Honor.  And just one

4   thing I forgot to mention is Blakes does have a balance

5   in their retainer of $23,325.33 that will obviously be

6   applied to these fees.

7          THE COURT: Okay.  And that should be reflected

8   in the order as well.

9          MS. HOSKINS: Yes, Your Honor.

10          THE COURT: Okay.

11          MS. HOSKINS: Thank you.

12          THE COURT: Thank you.  Okay.  Mr. Fishel.

13          MR. FISHEL: Michael Fishel for the Debtors.

14          The next two items are the Hilco Corporate

15   Finance fee application and the Alvarez & Marsal

16   application.

17          I will start with Hilco.  They only filed one

18   application at ECF Number 922.  The certificate of

19   service was at 962.  As a preliminary matter, there were

20   no objections to the application.  The application is

21   relatively straightforward.  The fee structure was a

22   hundred thousand dollars a month with a sale fee tied to

23   a credit bid of 1.5 million.  The 1.5 million fee was

24   further reduced by crediting the months a hundred

25   thousand dollars a month.  So the sale fee ultimately

1  ended up being one million dollars plus the three month

2  hundred thousand dollar fee in bankruptcy.  So for a

3  total of 1.3 million.  Hilco Corporate Finance is also

4  seeking $12,966 in expenses, which includes $1500 in

5  estimated expenses through the confirmation of the Plan.

6          Hilco submits that the fees billed are

7  reasonable based upon the customary compensation charged

8  by similarly skilled practitioners in comparable

9  bankruptcy cases and non-bankruptcy matters in the

10  competitive national investment banking market.  Exhibits

11  are supported -- are attached to the application with

12  detailed time records, calculation of the requested fees,

13  and detailed expense reports, records.

14          So unless the Court has any questions, I

15  request that the application be approved.

16          THE COURT: Okay.  All right.  I don't have any

17  questions.

18          Does anyone want to be heard in connection with

19  the final fee application of Hilco Corporate Finance?

20  No.  Seeing none, okay.  So I will go ahead and approve

21  that.

22          MR. FISHEL: Thank you, Your Honor.

23          THE COURT: Okay.

24          MR. FISHEL: Lastly on my end is the Alvarez &

25  Marsal application.  There's an application filed at ECF

1   Number 927.  The certificate of service for that was at 9

2   -- ECF 962.  There was a supplement filed at 1107.

3              Ultimately, Alvarez & Marsal are seeking a

4   total amount of 6 -- $6,501,502.50 in fees, and the

5   expense reimbursement of $355,383.75.  The way this is

6   broken down is that the total amount of compensation, the

7   6.5 million dollar number includes 5.751 of actual fees

8   through August 31, and 750,000 of estimated fees through

9   September 5th.  The amount of total expenses equals

10  $355,383.75, which includes a hundred and fifty-five

11  approximately, 155,000 of actual expenses processed

12  through August 24th and $200,000 of estimated expenses

13  through September 5th.

14             It goes without saying, A & M was just

15  absolute, they're consistent with their national

16  reputation doing a rock star performance.  Mr. Tibus

17  served as the CEO.  Mr. Nick Haughey served as a CRO.  I

18  think it was his first CRO engagement, and he just

19  absolutely hit it out of the park.  He was available --

20  both Mr. Tibus and Mr. Haughey were available to us, to

21  vendors, the landlords, on a moments notice.  They were

22  incredibly vital to the case.  I can't imagine how/where

23  we would be without them.  So we're all incredibly

24  grateful and also the team behind them.  They worked

25  tirelessly.  I know spent a lot of nights and weekends

1    and days here.  So, and I know the Red Lobster employees

2    love them as well, as much as we do.

3            So no objections to their application as well.

4    So unless the Court has any questions, I request that the

5    application be approved.

6            THE COURT: Okay.  Does anyone have any -- want

7    to be heard in connection with the fee application for

8    Alvarez & Marsal, or the supplement?  No.  Okay.

9            All right.  So I will go ahead and approve the

10   Alvarez & Marsal fees and expenses as well, and then just

11   make sure the order clarifies the amounts that we're

12   talking about so that obviously to the extent there's an

13   estimate included and it ends up being that it's less

14   than the estimate we're going to obviously have the

15   Debtors only pay the actual.  Okay.

16           MR. FISHEL: Thank you, Your Honor.

17           THE COURT: All right.  Thank you.

18           MR. DUTSON: Your Honor, Jeff Dutson with King

19   & Spalding.  I believe, if I'm accurate on this point, I

20   think we're on Item Number 18 in our order of

21   proceedings.

22           THE COURT: Yes.

23           MR. DUTSON: Which is the first and final

24   application for compensation for King & Spalding.  We

25   filed this application on August 21st at ECF 926.  It

1  covered the actual fees and expenses from the petition

2  date of May 19th through August 11th, and the actual fees

3  for that period were requested at $5,578,719.50 with

4  actual expenses during that period of $27,034.86.

5        Pursuant to the Court's interim compensation

6  order, K & S has been paid $3,808,320 in fees which

7  represents 80 percent of our fees through July.  That is

8  slightly different than what was set forth in the

9  application because we did receive a payment on account

10  of our July invoice after the application was submitted.

11  So I wanted to clarify that we have now been paid that

12  amount by the escrowed funds.  And the expenses that have

13  been paid have been $14,383.25 representing a hundred

14  percent of the expenses through July 31st.

15        Our application included an estimate to cover

16  the period from August 12th through the confirmation

17  hearing of 2.25 million dollars of fees and costs.  We

18  also filed a supplemental fee application that set forth

19  our fees and estimated costs through August 25th, the

20  period of August 12th through the 25th in the amount of

21  $1,883,277 in fees, and again an estimated cost in the

22  amount of $10,000.  Finally, for the remaining stub

23  period, between that date and the confirmation hearing,

24  we included an estimate of $1,156,723 for fees and

25  expenses.

68

1          As with other parties, we intend to determine

2     our actuals through today, submit them to the Debtors,

3     and that's the amount that will be reflected in the

4     Court's order and we believe it will be in line with the

5     estimates that were set forth in our supplement.  There

6     have not been any objections filed with respect to the

7     application, and we have not heard from any parties in

8     interest.

9          THE COURT: Okay.  All right.  So does anybody

10    want to be heard in connection with the final fees and

11    supplement for King & Spalding?  No.  Okay.

12         I will go ahead and approve the fees and costs

13    as requested, and then as you indicated and as I said

14    earlier about the estimated amounts, just make sure the

15    math works in the order.

16         MR. DUTSON: Thank you, Your Honor.

17         THE COURT: Okay.  All right.  Okay.  Mr.

18    Sandler.

19         MR. SANDLER: Good morning again, Your Honor.

20    Brad Sandler for Pachulski, Stang, Ziehl & Jones on

21    behalf of the committee, and I'll handle the three

22    committee applications and I'll just go in order.

23         THE COURT: Okay.

24         MR. SANDLER: And I'll try to be as efficient as

25    I can.

69

1          All right.  So starting with Item 19 on the

2    agenda, we have Pachulski's first and final fee

3    application that was filed at Docket Number 925 with the

4    supplement at 1125.  The fees that are requested are

5    $1,177,196.50.  That is broken out into I'll call it

6    three periods, from June 4th which is when the committee

7    retained Pachulski to August 21st.  The next period which

8    was part of the estimate was August 22nd through 9/3, and

9    then we have a couple of -- a couple of extra days

10   through today.  And the expenses requested, Your Honor,

11   are $7,766.50, again for the similar time periods that I

12   just mentioned.

13          The one thing I do want to comment on and this

14   will be consistent through the three applications that

15   I'll go through is that we learned after we filed

16   our fee applications that the Debtors agreed to reduce

17   our non-working travel by 50 percent.  At the request of

18   the U.S. Trustee, we, too, agreed to do that.  So as a

19   reduction from the Pachulski application will be the sum

20   of $21,262, and we will submit an order, to the extent

21   Your Honor is inclined, with all of the math in there and

22   everything itemized and so that you or anybody will be

23   able to calculate it very easily.

24          THE COURT: Okay.

25          MR. SANDLER: But with that, Your Honor, we've

1  received no objections.

2          THE COURT: Okay.  All right.  So does anybody

3  want to be heard in connection with the final fee

4  application of Pachulski?  No.  Okay.

5          So then based upon your representations for the

6  reduced amount, I'll go ahead and approve the fees as

7  final.

8          MR. SANDLER: Thank you, Your Honor.

9          THE COURT: Okay.  You're welcome.  Okay.

10          MR. SANDLER: Moving to the next item which is

11  Item 20 and that would be for Mr. Pack's law firm who was

12  -- served as local counsel to the committee, and both Mr.

13  Pack and Mr. Krehl are in the courtroom, and I want to

14  thank them for their incredible efforts in these cases

15  assisting our firm to get the result that we got today

16  which is really remarkable.

17          Your Honor, they filed their first and final

18  fee application at Docket Number 923, supplemented it at

19  1121.  The very similar time periods to what I had

20  mentioned in the Pachulski application.

21          They are also requesting fees in the total

22  amount of $170,216 and expenses in the amount of

23  $22,123.85.  They, too, as I mentioned, agreed to reduce

24  non-working travel by 50 percent, which is a $2100

25  reduction.  And there have been no objections, Your

1  Honor, received to that application.  So we would ask

2  that you enter that.

3             THE COURT: Okay.  All right.  So does anybody

4  want to be heard in connection with the final fee

5  application for Pack Law?  No.  Okay.

6             So hearing so objection, I'll go ahead and

7  approve those as final as well.

8             MR. SANDLER: Thank you, Your Honor.

9             And then the last committee application, Your

10  Honor --

11             THE COURT: Okay.  Sorry.  Go ahead.  Proceed.

12  I'm sorry, I was making my notes.

13             MR. SANDLER: I didn't want to get ahead of you.

14             So the last application, committee application,

15  Your Honor, is for Genesis.  They were our -- the

16  committee's financial advisor and they, too, provided

17  tremendous effort that really assisted us in being able

18  to move as promptly as we did to make a global settlement

19  resolution early in the case and led to the success.

20             Similarly, to the time periods that I mentioned

21  for the other two applications.  They are seeking -- they

22  filed their application at Docket Number 928,

23  supplemented it at 1126.  They are seeking fees in the

24  amount of $1,143,770 and expenses in the amount of

25  $12,873.97, and similar to the other two committee

1    professionals have agreed to reduce their non-working

2    travel by 50 percent with the United States Trustee for a

3    reduction of $7900, and there have been no objections.

4    Again, we will lay all this out in a final order that

5    we'll submit to the court.

6              THE COURT: Okay.  So does anybody want to be

7    heard in connection with the final application for

8    compensation of Genesis Credit Partners?

9              Okay.  So, all right.  Seeing no objection,

10   I'll go ahead and approve that as final as well with the

11   deductions as stated on the record.

12             MR. SANDLER: Thank you, Your Honor.

13             THE COURT: All right.  Thank you.

14             All right.  So then, does that cover all of the

15   matters that were set for hearing today?  Yes.

16             MR. SINGERMAN: Greetings and good morning

17   again, Your Honor.  Paul Singerman from Berger Singerman

18   for the Debtors.

19             It does cover all of the matters that were

20   calendared for today.  We again are grateful to you and

21   your chambers staff and the Office of the Clerk and U.S.

22   Trustee, all of you, and all of the other constituents

23   and stakeholders to whom I referred in my introductory

24   remarks for everything that's resulted in making our way

25   through this confirmation hearing in less than an hour

1    and forty-five minutes.  So pretty extraordinary.  And I

2    will cherish your reference to the result also being

3    amazing and we'll take that.  Thanks, Judge.

4          We wanted to, in addition to thanking you all

5    again, confirm the time for a post confirmation status

6    conference so that can be included in the Confirmation

7    Order.  Ms. Whitsett has suggested 1:30 p.m. on October

8    16th which is perfect for the Debtors, and with Your

9    Honor's permission, we will include that day and time in

10   the order, and we have nothing further for the Court this

11   morning.

12         THE COURT: Okay.  All right.  So that's going

13   to be the same date that we're also going to hear the

14   cure objections as well is my understanding?  So --

15         MR. SINGERMAN: That's correct, Judge.

16         THE COURT: Will that be -- I guess if it's not

17   going to be enough time, you'll let me know and we'll

18   have to add another date.

19         MR. SINGERMAN: Okay.  And with Your Honor's

20   permission, for the status conference portion at least

21   and for the cure proceedings as well, if they are going

22   to be the announcements of settlements, may we ask Your

23   Honor's permission for that to be either a Zoom or hybrid

24   hearing to save fees and costs if we don't have matters

25   that we think will be subject to substantial argument or

1   evidentiary issues in terms of travel and post

2   confirmation expense?

3           THE COURT: Yes.  So to the extent that there

4   are just you anticipate either announcing settlements or

5   asking for a continuance or something to that effect,

6   it's fine for parties to appear by Zoom.  If there's

7   going to be an argument, obviously I prefer someone, you

8   know, folks in person.  But, like I said, if there's an

9   agreement that it will just be a preview and then we'll

10  probably set a further agreement, then that can be by

11  Zoom.  Will that help?

12          MR. FISHEL: And, Your Honor, if I may.  Michael

13  Fishel for the Debtors.  I think with the two outstanding

14  cures we would just proceed as we have with the joint

15  motion and the proposed order.  So I don't even think we

16  would need a hearing for that.

17          THE COURT: Okay.

18          MR. FISHEL: We hope we can get that on file.

19          THE COURT: Okay.  That's fine.  Thank you.

20          MR. FISHEL: Thank you.

21          THE COURT: All right.  I did have one question

22  about the -- I didn't see that Baker Hostetler had filed

23  a fee application ,and I can't recall whether they were

24  going to or if they were going to be on the ordinary

25  course of professionals.  I just don't want to leave them

1   out if --

2          MR. SINGERMAN: I'm sure that all of our

3   colleagues at Baker Hostetler thank you for your

4   attentiveness to their fees and costs, and they were an

5   OCP and did not, as I understand it, exceed the OCP cap.

6          THE COURT: Okay. All right. Just making sure

7   that they're covered.

8          So, okay. So then if there's nothing else,

9   then I'll congratulate you all again. Thank you all for

10  the tremendous efforts in getting here today, working

11  collaboratively, at least in the courtroom on all of the

12  matters. I know that not all of the issues were easy but

13  you obviously worked very hard to get it done in an

14  amazing time frame. I mean, it must be a record. I don't

15  know. So we'll look to this to be the trend for the

16  future then.

17         MR. SINGERMAN: There you go.

18         THE COURT: All right. Congratulations.

19         MR. SINGERMAN: Thank you again, Judge.

20         THE COURT: Court is adjourned.

21         MR. SANDLER: Thank you, Your Honor.

22         MR. DUTSON: Thank you.

23         COURTROOM DEPUTY: All rise.

24         (Thereupon, the taking of the proceedings were

25  concluded)

C E R T I F I C A T E

I certify that the foregoing is a correct transcript

from the electronic sound recording of the proceedings in

the above-styled matter.


*Cynthia D. Vachon*                    September 8, 2024

Cynthia D. Vachon

Notary Public-State of Florida

Commission Expires: 07/24/2026

Commission Number: HH291609

**A**

**A.m** 7:1
**ability** 26:23 36:8
**able** 16:15,21,23 17:1
  17:6 19:16 30:3,4
  69:23 71:17
**above-styled** 76:4
**absent** 10:18 15:25
**absolute** 65:15
**absolutely** 17:12
  50:14 65:19
**accept** 24:19 25:10
  32:21 33:8
**acceptance** 24:22
**access** 9:5
**accomplish** 16:16
**account** 50:20 67:9
**ACCREDITED** 1:48
**accurate** 66:19
**achieve** 14:5 19:16
  24:22
**acquire** 23:12
**acquiring** 23:8,9 50:8
**Acquisition** 4:39
**acreporters@emba...**
  1:49
**act** 61:5
**action** 50:18
**actions** 26:17
**active** 32:22
**activities** 38:24
**actual** 35:1 37:11
  57:15,25 58:5 61:8
  61:9 63:1 65:7,11
  66:15 67:1,2,4
**actuals** 68:2
**Adamolekun** 15:14
**add** 27:1 34:21 43:16
  48:16,20 73:18
**added** 26:16 27:8
  43:13
**addition** 73:4
**additional** 15:9 19:18
  27:24 29:3 32:7
  37:24 42:25 57:23
  61:7,9,25
**address** 12:11 13:8

17:21 19:20 31:7
  39:6,10 44:9 45:1
**addressed** 11:22,23
  24:3 38:2,8
**addresses** 22:13
  36:14 43:4
**addressing** 11:25
  41:25
**adequate** 21:15 51:22
**adjourned** 75:20
**adjusted** 61:23
**Administered** 1:10
**administration** 9:10
  9:12 10:7 14:17
  34:20 38:21 40:18
**administrative** 9:2
  10:16,22 48:14
**Administrator** 32:6
  32:12,23
**Administrator's**
  34:25
**admission** 20:22
**admitted** 20:25 47:3
  51:19
**admittedly** 39:17
**advantageous** 43:8
**advisor** 71:16
**advisors** 8:25 10:8,10
  10:14,14 11:5
**affidavit** 24:16
**afternoon** 60:10
**agencies** 49:9
**agency** 49:17,22
**agency's** 50:25
**agenda** 55:8 69:2
**agent** 6:20 43:25
**aggregate** 25:10,13
**agree** 25:24 45:5
**agreeable** 54:1
**agreed** 26:25 28:25
  33:23 34:1,21 35:7
  43:3 53:15,22,25
  55:9 69:16,18 70:23
  72:1
**agreement** 23:14
  29:19 30:1,7,23
  34:20,20 36:3,5,12

37:21 74:9,10
**agreements** 34:15
  38:3 42:4
**ahead** 7:19 25:24
  51:24 54:7 60:2,3
  64:20 66:9 68:12
  70:6 71:6,11,13
  72:10
**aid** 50:8
**AIR** 1:22
**Akerman** 4:36
**al** 2:9,17,27,35,43
**alcohol** 49:12
**allow** 15:17
**Allowance** 5:38
**allowed** 23:21 53:18
**allows** 43:11
**Alvarez** 5:37 63:15
  64:24 65:3 66:8,10
**amazing** 52:8 73:3
  75:14
**Amended** 6:7,10 22:3
  38:14
**amendments** 51:20
**America** 5:38
**amount** 10:16 24:23
  25:13 42:17 44:1
  56:16,17,19 57:23
  57:24 58:3,4,11,12
  58:14,17 59:5,18
  61:2 65:4,6,9 67:12
  67:20,22 68:3 70:6
  70:22,22 71:24,24
**amounts** 31:18 44:7
  53:2 60:4 63:1
  66:11 68:14
**ancillary** 62:3
**ANDREW** 4:12
**announce** 19:14
  28:21 53:12
**announced** 14:18
  15:13 51:5,21 54:5
**announcements**
  73:22
**announcing** 74:4
**answer** 19:21 59:6
**anti-trust** 27:12

**anticipate** 19:23 74:4
**anybody** 51:12 54:3
  68:9 69:22 70:2
  71:3 72:6
**anyway** 36:22 40:24
**apologize** 11:4 30:4
**appeal** 37:15 40:12
**appear** 74:6
**APPEARANCES** 3:1
  4:1
**appearing** 2:8,16,26
  2:34,42 3:9,18,26
  3:32,40,46 4:9,16
  4:24,32,39,46 20:14
**applicable** 25:16 50:2
  61:3
**application** 5:10,15
  5:19,24,28,33,37,41
  56:7,10,14,15,19
  57:5,6,17,20 58:23
  58:25 60:13,18,19
  60:23,24 61:1,5,14
  61:25 62:1,18,21
  63:15,16,18,20,20
  64:11,15,19,25,25
  66:3,5,7,24,25 67:9
  67:10,15,18 68:7
  69:3,19 70:4,18,20
  71:1,5,9,14,14,22
  72:7 74:23
**applications** 13:3,6
  32:14,14 57:2 68:22
  69:14,16 71:21
**applied** 63:6
**applies** 47:20
**apply** 24:10 35:1
  58:21
**appreciate** 18:11
  52:10,15
**apprised** 47:20
**approach** 10:18 11:8
  25:6
**appropriate** 22:6
**approval** 19:3,10
  21:20 38:7 58:13
  61:22 62:21
**approve** 21:8 60:2

62:24 64:20 66:9 68:12 70:6 71:7 72:10
**approved** 21:7,18 30:8 34:14 38:2 62:18 64:15 66:5
**approving** 56:13,24 57:10 60:20 61:18
**approximately** 15:19 44:6 65:11
**areas** 62:11
**argue** 31:1
**argument** 73:25 74:7
**art** 47:14
**Article** 61:19
**asking** 7:17 49:16 51:15 74:5
**assert** 27:18
**asserted** 24:25 27:23 32:5,12
**asserting** 27:3 41:15
**assertion** 53:20
**Asset** 36:5
**assets** 6:27 14:10 22:24,25 23:8,9 36:8 47:23 62:6
**assign** 29:20
**Assigned** 6:24
**assignees** 36:11
**Assignment** 29:25
**assistance** 10:6 14:22 17:11
**assisted** 9:16 71:17
**assisting** 70:15
**Associated** 6:26
**assumed** 6:24 29:13
**assumption** 17:20 29:25
**assurance** 18:13
**Atlanta** 2:25
**attached** 30:8 64:11
**attention** 42:2 43:6
**attentiveness** 75:4
**ATTORNEY** 3:21 4:3
**August** 22:2,16 53:17 56:11 60:16 65:8,12

**authorities** 43:1
**authority** 50:11 58:21
**authorize** 30:9 44:4
**authorized** 34:15 59:2
**available** 20:16 65:19 65:20
**Avenue** 2:5,13 3:6,44 4:37
**avoidance** 37:2
**award** 13:8 56:16 58:13,18,20 59:8
**awarding** 58:9
**aware** 21:6 28:3
**awareness** 11:6

**B**

**b** 51:23
**back** 9:2,13 18:14 30:24 39:8 48:15
**Baker** 74:22 75:3
**balance** 13:1 23:24 58:25 63:4
**bang** 38:17
**Bank** 3:46
**banker** 14:23
**bankers** 12:19
**banking** 64:10
**bankruptcy** 1:1,37 7:4 15:11 21:13 58:22 62:11,16 64:2 64:9
**bar** 48:14
**Barkin** 3:35
**Bay** 4:5 16:9
**Bean** 2:20 17:10
**beginning** 9:3 29:12
**behalf** 2:8,16,26,34

2:42 3:9,18,26,32 3:40,46 4:16,24,32 4:39,46 8:24 9:14 13:22 18:25 39:5 41:6 53:7,9 54:12 56:6 60:11 68:21
**BEL** 1:22
**believe** 15:23 18:1 21:16 23:5 25:11,15 27:13 31:11 36:14 43:7,15 66:19 68:4
**believed** 14:19
**beneficial** 62:2
**benefit** 30:14 59:3 62:15
**benefits** 29:21
**Berger** 2:4,12,38 5:17 8:5 54:12 56:5 59:16 72:17
**best** 15:24
**bid** 15:3 23:13 63:23
**bidder** 14:14,15 15:4 15:4
**bidders** 15:2
**bidding** 15:1
**billed** 64:6
**binders** 8:2
**Biscayne** 4:30
**biscuits** 16:10
**bit** 38:15
**Blake** 4:4 5:12 60:14 60:19 61:22,24 62:21
**Blakes** 62:10 63:4
**Bloodworth** 4:42
**bolded** 46:4
**Bomkamp** 3:21 9:20 12:10 13:7 36:18,23 39:1 59:17
**Bomkamp's** 41:7
**bonded** 32:7
**Boston** 3:31
**Boulevard** 2:39 3:37 4:30
**Box** 4:44
**Bozarth** 4:43
**Brad** 39:4 68:20

**BRADFORD** 3:3
**brand** 11:12
**Brickell** 2:5
**brief** 13:23 15:7 19:7 24:17,24 25:18,23 28:13 29:10 44:16
**briefed** 34:3
**briefing** 31:23
**briefs** 51:9
**bring** 22:22
**brings** 18:12
**broad** 21:13 24:18 25:9 43:24 49:18 50:21
**broadly** 35:25
**broke** 10:10
**broken** 65:6 69:5
**Brooke** 2:20 17:10
**budget** 13:11
**budgeted** 13:11
**bunch** 52:13
**BURGESS** 3:42
**Burr** 3:43
**business** 14:10,15 15:18,25 29:17,22 38:24 43:11 45:3 48:6 49:15 57:18
**button** 39:12 40:11 40:15
**buyer** 36:4 47:16 50:8
**buyer's** 47:19
**buying** 36:8

**C**

**C** 1:39 2:1 7:2 76:1,1
**calculate** 69:23
**calculation** 64:12
**calendar** 13:2
**calendared** 72:20
**calibrated** 38:6
**call** 69:5
**called** 7:13 35:17
**can't** 49:23 51:15 65:22 74:23
**Canada** 1:13 4:8 11:18 62:4,6,14

Canadian 61:4,15
  62:4
cap 75:5
Capouano 4:43
caption 46:12
care 55:19
carefully 38:6
carve 50:1
case 1:5,6,11,12,13
  1:14,15,16,17,18,19
  1:20,21,22,23,24
  7:15 8:22,22 9:2,11
  9:24 10:7,10 11:8
  12:12,25 13:11,23
  14:24 17:13 18:15
  21:16 32:22 36:6
  37:11,12 39:16
  40:13,18 52:5 65:22
  71:19
cases 9:5,13,14,21
  10:19 14:8,13,16,17
  15:15 22:23 23:15
  27:6 29:12 44:3
  50:21 53:25 58:22
  62:5,14 64:9 70:14
cash 39:22
Cassels 4:4 5:12
  60:14 62:22
cast 24:24
CEO 15:13 65:17
certain 11:3 22:19,25
  23:8,18 25:1 26:17
  27:5,11 30:12 31:17
  32:21 33:20 36:9
  42:3 43:10 46:3
certainly 9:23 10:23
  36:2
certificate 6:31 60:17
  63:18 65:1
certify 76:2
chambers 72:21
changes 19:17,18,20
  22:4,8 30:6 35:5
  41:24 51:5,6,8
channeling 37:4
Chapter 5:6 9:22
  10:25 11:2 14:2,20

22:22 27:6 53:24
  62:5,14
charged 62:8,8 64:7
Charismatic 40:13
CHARLES 3:28
Cheddar 16:9
cherish 73:2
chief 8:14,17 9:16
CHRISTOPHER
  2:21
circulated 55:15
circulating 38:12
circumstances 21:16
claim 6:1,17 40:3,4
  53:9,17,18,19
claimants 26:14
claims 6:19,20 23:19
  23:22 24:20,23,25
  25:3,7,14 27:3,12
  27:19 28:4 30:17
  35:13,17 41:15
  43:25 46:2 48:14
clarifications 45:11
clarifies 66:11
clarify 47:20,25
  67:11
clarity 55:22
Class 23:21 24:14,15
  24:19,20
clear 24:9 27:1,15
  30:18,21 31:13
  34:12,22 38:11
  41:11 44:8 50:1,5
  60:4
Clerk 9:15,19 34:1
  72:21
clerks 9:7
close 18:1 22:23
  57:17
closed 40:19
cloth 38:19
co-counsel 8:6 56:5
code 25:17
coincide 18:3
COLEMAN 2:21
collaboration 10:6
collaborative 10:18

11:8
collaboratively 75:11
collateral 30:12,13
colleague 8:21 17:10
colleagues 8:7 9:18
  75:3
collectively 17:2
COLUMBIA 1:18
column 42:20
come 38:20 39:8
  40:21
comes 39:20
comfortable 34:7
  47:14 49:22
coming 7:21 30:24
  36:6 49:24
commenced 14:23
commencement 9:14
  13:4 23:15
commencing 9:4
  57:15
commend 52:8
comment 59:13,20
  69:13
comments 12:10 13:7
  29:3 41:7 51:1
  59:10
Commerce 4:7
Commission 76:9,10
committee 3:9,19
  5:26,30 10:9,11,13
  31:23 32:8,23 39:6
  68:21,22 69:6 70:12
  71:9,14,25
committee's 71:16
committees 39:14
  40:16
companies 10:20
company 4:17,25,33
  15:14 23:6 58:8
comparable 62:8
  64:8
compensation 5:10
  5:15,20,25,29,34,42
  13:7 56:10,18,25
  57:10 58:16 60:13
  61:1 64:7 65:6

66:24 67:5 72:8
competitive 64:10
complex 36:6 62:13
concern 14:11 38:5
  43:4
concerned 37:1,19,24
  49:16
concerns 26:23 27:9
  30:2 34:18
concluded 75:25
conditional 21:8 38:7
conditionally 21:7,8
  21:18 56:12,24 57:9
  60:20 61:17
conducted 49:11
conference 43:15
  46:7,10,12 73:6,20
confirm 14:2,20
  51:11,24 73:5
confirmable 51:23
confirmation 5:6
  8:22 9:25 10:5
  11:11,19 12:4,12,13
  12:17,25 13:6 18:4
  19:4,15,17 21:25
  22:5 25:16,17,20
  26:5,16,20 27:9
  30:8 31:14 35:5
  38:22,23 41:14
  43:15,22,24 45:4
  46:18 51:14 54:22
  54:24 55:3 56:25
  57:2,11 61:20,21
  64:5 67:16,23 72:25
  73:5,6 74:2
confirmed 44:9
confirming 19:11
confirms 11:16
congratulate 75:9
congratulations 52:1
  52:16 75:18
connection 6:26
  12:11 15:7 23:15
  29:18 51:13 62:3,20
  64:18 66:7 68:10
  70:3 71:4 72:7
consensual 10:5

11:11 24:2 32:19
52:6,7
**consensus** 14:5 17:13
25:9
**consent** 33:1,3,9,11
42:7
**consented** 42:5,17
**consider** 62:23
**consideration** 62:20
**considered** 46:18
52:7 57:2
**consistent** 34:23
43:13 44:3 54:4
65:15 69:14
**constituents** 72:22
**constitute** 35:1 38:1
**constitutes** 33:8
**consummate** 15:5
23:3
**consummating** 47:11
**contain** 24:7 51:22
**contains** 21:14 24:1
**contemplates** 23:16
**content** 34:11
**contentious** 17:23
**contesting** 25:19
**continuance** 74:5
**continue** 11:14 30:15
47:17
**continued** 3:1 4:1
10:22 14:24
**continues** 11:12
**continuing** 17:25
42:3,5 48:5
**continuity** 47:10,11
47:13,20
**Contract** 6:23
**contracts** 6:25 17:18
**conveyed** 28:4
**cooperation** 15:21
18:11 50:9
**cooperative** 9:12
**copious** 53:2
**Corp** 3:32,40
**corporate** 5:21 6:20
12:18 36:7 63:14
64:3,19

**correct** 29:8 40:20,23
41:21 73:15 76:2
**corrections** 36:20
**CORSO** 2:11
**cost** 67:21
**costs** 6:26 56:16,18
56:22 57:15,20,24
58:1,3,5,7,11,12,14
58:16,19,20 59:5,7
60:2 61:21 67:17,19
68:12 73:24 75:4
**couldn't** 17:9
**counsel** 3:18 4:9,25
5:13,25,30,35 10:12
10:13 26:19 35:24
41:24 47:19 60:15
70:12
**counterparties** 16:16
16:17 17:14 18:13
**country** 39:18
**couple** 8:10,20 69:9,9
**course** 10:2 14:21
16:10 25:2 29:1
31:1 32:19 44:22
74:25
**court** 1:1,48 4:7 7:4,7
7:8 8:5,15,19 9:6,8
9:16,20 10:18 12:2
12:6,8 13:3,16,20
14:1,3,18 15:16,23
15:24,25 16:4,8,11
16:24 17:5,8,10
18:6,17,20,23 19:21
20:1,6,13,18,20
21:2,5,18,22,24
22:10 23:2 25:20,24
26:3,11 27:17,21
28:5,7,11,18,21,24
29:5,9,10,11,24
30:25 31:3,13 33:6
33:12,15,18 34:1,14
35:9,12,15,20 36:13
36:17 38:25 39:2,9
40:17,21,24 41:2,4
41:10,12,16,18,20
42:11,15,19,21,23
43:18 44:4,12,18,21

44:23 45:2,6,14,17
45:20,23 46:11,23
47:5,8,24 48:9,11
48:20,24 49:2,8,13
50:4,7,15,17,17
51:6,7,9,12,18
52:12,18,23 53:1,4
53:5,12,14 54:1,3,9
54:18 55:2,6,13,18
55:23 56:1,3,4 59:9
59:14,19,22,24 60:8
61:15,22 62:4,17,19
62:24 63:7,10,12
64:14,16,23 66:4,6
66:17,22 68:9,17,23
69:24 70:2,9 71:3
71:11 72:5,6,13
73:10,12,16 74:3,17
74:19,21 75:6,18,20
75:20
**Court's** 14:25 37:14
40:9 42:2 43:6,14
50:6 67:5 68:4
**COURTHOUSE**
1:39
**courtroom** 7:3 12:18
20:16 51:13,17
52:15 70:13 75:11
75:23
**courts** 21:13
**cover** 61:10,23 67:15
72:14,19
**coverage** 29:21
**covered** 57:16 67:1
75:7
**covers** 60:24
**crafting** 10:7
**cramdown** 25:6
51:24
**created** 38:18
**creation** 23:16
**credit** 3:32,40 5:42
10:23 23:13 30:13
63:23 72:8
**crediting** 63:24
**creditor** 12:20
**creditors** 3:10,19

5:26,31 10:9,20
21:11 24:15,19
32:20 33:8
**CRO** 65:17,18
**cross** 12:21
**crystal** 34:12
**culmination** 22:21
**cure** 6:25 16:3,23
17:16,20 18:8 46:14
46:16 73:14,21
**cures** 17:2,23 74:14
**customary** 64:7
**cut** 51:2
**Cynthia** 76:7

**D**

**D** 5:1 7:2 46:24 76:7
**D.C** 4:15
**D's** 24:8
**daily** 9:23,24
**DALE** 3:28
**Damola** 15:14
**date** 15:16 23:20
27:22,25 34:16 42:6
43:10,12,16 46:3,15
48:14,18,23,25 57:4
58:16 61:21 67:2,23
73:13,18
**David** 4:20 6:11
**day** 7:22,24 9:3 43:11
57:16 73:9
**days** 9:4 11:9 42:14
42:14,16,17 48:17
48:23 66:1 69:9
**deadline** 42:22
**deadlines** 46:1,9,11
**deal** 20:4 49:6
**dealing** 19:24 39:24
55:2
**deals** 17:15
**Dean** 4:42
**debtor** 5:46 22:7,7
26:24 27:5,23 38:2
**Debtor's** 6:23
**Debtors** 1:27 4:10
5:13,35 6:27 7:15
7:18 8:7,13,14,17

8:25 9:15 10:14,24
11:4 13:22 14:8,11
14:20,22 15:8,10,12
15:17,23 19:1 21:16
21:23 22:22 23:1,11
24:2,5,7,13 25:2,4
25:15 26:16 27:8,11
27:18 28:1,2,3
29:12,15,20,23 30:9
30:21,22,25 32:8
33:21 34:6,7,13,15
36:6,9 37:7 39:23
40:19,19 41:6 43:9
43:22 46:21 47:17
47:21 48:4 53:7,11
53:20,23 54:13 56:6
60:11,15 62:3,6,15
63:13 66:15 68:2
69:16 72:18 73:8
74:13
**dec** 47:6
**decided** 32:9 39:20
**declarants** 12:21
**Declaration** 33:22
58:24
**Declarations** 12:16
20:9,11,16 47:3,7
**deductions** 72:11
**deemed** 34:23
**Deetz** 9:17
**defer** 8:21 13:15
**definitely** 18:12
**definition** 33:5
**Delano** 11:23,25
44:18
**delete** 35:6
**deleted** 35:21
**deleting** 35:10 41:9
**delivery** 25:1
**demonstrated** 62:10
**denying** 55:9
**depending** 37:12
**Deputy** 7:3 9:16
51:17 75:23
**described** 23:7 24:24
62:1
**designate** 36:1,4

**designee** 35:24
**designees** 36:10
**detail** 25:18 62:1
**detailed** 64:12,13
**determinative** 27:16
**determine** 68:1
**determined** 25:4
**determining** 21:14
**deviate** 44:4
**didn't** 11:24 40:9
71:13 74:22
**different** 37:23 39:17
54:19,20 67:8
**dignify** 11:21
**diligently** 30:2
**DIP** 13:12 14:18
32:23 59:4
**direct** 26:17
**directly** 55:3
**directors** 22:18 24:10
**disallow** 25:6
**disbursement** 40:6
**discharge** 24:4 30:21
30:22 33:20 35:13
35:17 49:20 50:23
55:11
**disclosed** 58:23
**disclosure** 5:8 19:4,8
19:10 21:5,6,14,17
21:20 22:17 38:7
51:14,21 56:13,24
57:10 60:20 61:18
**discretion** 21:13
**discuss** 22:14
**discussed** 24:17
**discussing** 34:6
**discussion** 25:25 26:5
**discussions** 26:18
32:7,15 33:22 43:25
**dispute** 27:10,10,14
**distributes** 37:17
**distributions** 31:25
**District** 1:2 7:5
**DIVISION** 1:3
**docket** 11:10,21,22
30:6 38:13 45:18
55:22 56:10 57:14

57:22 69:3 70:18
71:22
**docketed** 36:16
**docs** 24:6
**document** 30:5 35:16
42:8 48:12
**documented** 42:8
**documents** 20:19,19
20:22 22:19 24:10
28:3 34:13 44:10
51:10
**doesn't** 30:18 48:14
**doing** 52:14,14 65:16
**dollar** 64:2 65:7
**dollars** 63:22,25 64:1
67:17
**don't** 12:19 17:23
19:23 24:10 25:19
40:1 44:25 45:4,10
47:14 48:1,6 49:18
49:21,23 55:19
64:16 73:24 74:15
74:25 75:14
**double** 46:23
**doubt** 40:11
**draw** 42:2 43:5
**drum** 38:17
**Duane** 4:29
**due** 10:11 22:4 24:23
40:21
**Dutson** 2:19 8:21
12:9,11,16 13:15,18
13:21,21 16:6 18:15
18:18,22,24,25 20:5
20:7,14 21:1,3,23
22:11 26:2,4,12
27:18 28:1,6,9,12
28:20,22,25 29:7,10
29:25 31:4 33:7,14
33:16,19 35:11,13
35:19,21 36:14,19
36:23 38:10 39:7
41:5,5,11,17,19,21
42:24 43:19 44:15
44:20,22,25 45:5,12
45:15,18,22 46:9,22
47:4,6,18 48:8,10

48:19,22 49:1,7,25
50:5,14,16 51:4
52:17,20,24 53:2
54:23 66:18,18,23
68:16 75:22
**dynamic** 10:15

---

## E

**E** 1:36 2:1,1 3:21 5:1
7:2,2,6 76:1,1
**earlier** 41:8 68:14
**early** 10:10 71:19
**easiest** 28:22
**easily** 69:23
**East** 2:39 3:37 4:37
**easy** 52:2 75:12
**ECF** 16:20,21,22,25
17:17,17 20:8,17
22:1,2,12,15 23:1
24:17 26:15 27:7
30:1 53:10,11 54:21
54:21,23 60:17,18
60:22 61:17 63:18
64:25 65:2 66:25
**EEC** 4:39
**effect** 74:5
**effective** 15:13,16
23:20 34:16 43:8,10
43:12 48:17,23,25
**effectively** 17:2
**effectiveness** 29:19
**efficient** 23:5 25:5
37:13 44:7 68:24
**efficiently** 21:3
**effort** 17:4 71:17
**efforts** 22:22 52:9,15
70:14 75:10
**Egerton** 4:42
**eighty** 56:20
**either** 12:21 22:23
53:20 55:20 59:12
73:23 74:4
**elaborate** 12:9
**elected** 23:3
**election** 22:24
**electronic** 1:47 76:3
**elevate** 37:21

**eleven** 11:10
**Eleventh** 4:14
**ELISA** 4:27
**email** 33:3,11 44:9
**emails** 33:5,13,17
**emerge** 11:16 15:11
**emergency** 16:19
**emerging** 15:15
**employees** 10:24
  11:15 15:18 66:1
**employer** 11:14
**endeavor** 21:3
**ended** 64:1
**ends** 66:13
**Energy** 16:19
**enforce** 49:17
**engaged** 38:23
**engagement** 65:18
**enjoin** 50:11
**enormous** 59:18
**ensure** 9:22 11:12
  32:25
**enter** 19:6 30:9 34:15
  38:3 71:2
**entered** 9:10 16:22
  18:11
**enterprise** 47:10,13
**entities** 23:12 31:14
  31:20 36:5,8 47:22
**entitled** 21:11 27:24
  35:13
**entity** 37:5
**entries** 11:11
**entry** 5:45 9:22 54:4
  56:11 57:14,23
**enumerated** 33:9
**Epiq** 6:20
**equals** 65:9
**equity** 23:4,12,18
  24:5 39:21,24
**Erin** 2:37 53:6 60:11
**escrowed** 67:12
**especially** 10:4
**ESQUIRE** 2:3,11,19
  2:20,21,29,37 3:3,4
  3:12,13,28,34,42
  4:12,19,20,27,28,35

  4:41
**essentially** 19:12
  27:10 32:2 40:10
**established** 23:17
**estate** 44:7 56:14
  57:1 59:3 62:16
**estates** 14:11
**ESTHER** 4:35
**estimate** 57:12,20
  58:7 61:23 66:13,14
  67:15,24 69:8
**estimated** 57:6 58:2
  61:10,14 64:5 65:8
  65:12 67:19,21
  68:14
**estimates** 57:3 61:19
  68:5
**et** 2:9,17,27,35,43
**everybody** 7:21
**everyone's** 32:2
**evidence** 19:6 20:11
  51:19
**evidentiary** 18:3 74:1
**exactly** 33:14 44:20
**examine** 12:21
**example** 46:2
**exceed** 75:5
**exceeding** 10:1
**excellent** 13:24
**excise** 61:4
**excited** 15:14
**exclude** 25:8,14
**exclusive** 50:18
**exculpation** 24:3
  34:19,22,24
**exculpatory** 37:24
**executive** 8:14
**Executory** 6:24
**exercise** 50:24
**exercising** 50:11
**exhibit** 20:8,19 42:19
**exhibits** 19:6 20:4,22
  64:10
**expansion** 38:5
**expect** 12:20 17:23
**expected** 18:19
**expended** 61:24

**expense** 10:16 64:13
  65:5 74:2
**expenses** 5:12,17,21
  5:34,39 57:8 60:14
  61:2,9,10,15 64:4,5
  65:9,11,12 66:10
  67:1,4,12,14,25
  69:10 70:22 71:24
**experience** 62:9
**expertise** 62:11
**Expires** 76:9
**express** 9:14
**extension** 42:11
**extent** 40:4,6 44:12
  45:6 50:2,10,24
  53:16 66:12 69:20
  74:3
**extra** 69:9
**extraordinary** 10:5
  73:1

**F**

**F** 76:1
**fact** 33:1
**factors** 25:22,25
**facts** 21:15
**factual** 47:4
**Family** 4:48
**far** 9:25 42:20
**Fargo** 3:46
**fast** 18:20
**faster** 18:18
**favor** 25:12
**fee** 13:3 25:1,2 27:12
  32:14 37:2,4 56:7
  56:14 57:1 59:2
  60:23 62:21 63:15
  63:21,22,23,25 64:2
  64:19 66:7 67:18
  69:2,16 70:3,18
  71:4 74:23
**feel** 47:14 49:21
**fees** 5:39 13:9,11
  27:24 31:15,18 32:1
  37:7,9 39:11,19,23
  40:21 46:25 56:15
  56:16,18,20 57:4,7

  57:15,20,23 58:1,2
  58:5,7,9,12,18,20
  58:25 59:5,7,11,15
  59:18,25 60:2 61:8
  61:10,14,21 62:24
  63:6 64:6,12 65:4,7
  65:8 66:10 67:1,2,6
  67:7,17,19,21,24
  68:10,12 69:4 70:6
  70:21 71:23 73:24
  75:4
**FEINSTEIN** 3:4
**FERNANDEZ** 3:34
**fifteen** 42:16
**fifty-five** 65:10
**file** 6:1 18:10 22:3
  30:5 32:13 33:12
  48:24 53:8 57:3
  74:18
**filed** 6:19 9:4,21
  11:10,21 13:5 14:8
  14:13 16:20,24 17:2
  19:19 20:7,16,20
  21:7 22:1,1,11,15
  22:17 23:1,14 24:17
  26:13,14,15,20,25
  27:7 28:14 30:1
  31:7,16 33:2 36:15
  41:23 42:1,10,25
  45:19 46:3 52:6
  53:9,17,19 56:9
  57:11,13,22 58:22
  60:19,21,23 61:14
  63:17 64:25 65:2
  66:25 67:18 68:6
  69:3,15 70:17 71:22
  74:22
**filing** 33:21 43:2
  50:20
**final** 5:10,15,19,24,28
  5:33,37,41 13:12
  14:18 19:4,10 21:20
  29:6,7,7,8 32:3 35:7
  43:16 56:7,9,15,19
  57:4,5,17,19,20
  58:13,20 59:7 60:13
  61:1 64:19 66:23

68:10 69:2 70:3,7
70:17 71:4,7 72:4,7
72:10
**Finally** 67:22
**Finance** 5:22 12:18
63:15 64:3,19
**financial** 10:6 15:10
71:16
**financially** 43:7
**find** 48:16 51:21
**finding** 47:15 48:1
**fine** 12:2 16:4 55:24
74:6,19
**finished** 39:7
**firm** 8:6 56:6 57:7
59:3 70:11,15
**first** 5:10,15,19,24,28
5:33,41 8:11,24 9:3
19:6 20:3 31:13
37:1 45:23 46:19
49:12,24 56:7,9,19
57:4,5,16,18,19
60:12 65:18 66:23
69:2 70:17
**Fishel** 2:29 16:2,7,9
16:12 17:7,9 18:7
42:13,16,20,22
63:12,13,13 64:22
64:24 66:16 74:12
74:13,18,20
**Fishel's** 18:18
**five** 33:17
**Fix** 46:23
**Floor** 3:7
**Florida** 1:2,41 2:7,15
2:41 3:17,25,39,45
4:23,31,38,45 7:1,5
76:8
**fo** 6:1
**folks** 14:12 15:21,21
17:11 74:8
**food** 45:3
**footing** 15:11
**foregoing** 76:2
**foreign** 62:5
**forgot** 63:4
**form** 36:8 38:3 44:5

45:9
**formal** 26:6 35:4
41:22
**Forman** 3:43
**former** 24:10
**formulated** 19:9
**forth** 12:24 23:14
24:9 25:22 31:5,17
32:18 33:4,10 34:19
41:25 56:13,25
57:14 67:8,18 68:5
**Fortress** 3:32,40
**forty-five** 42:14 73:1
**forward** 15:15,24
19:3 20:2 23:5 42:9
57:7,7 58:2
**four** 52:5
**frame** 75:14
**Frank** 6:8
**fraud** 35:1
**FREDERICK** 1:19
**frequently** 9:7
**front** 15:23 26:10
27:16
**Frye** 3:35
**Ft** 2:41
**full** 43:23,23
**fully** 18:7
**Fund** 23:18 27:8
**funding** 31:17
**funds** 67:12
**further** 22:12 33:22
62:1 63:24 73:10
74:10
**future** 31:24 75:16

## G

**G** 7:2
**Garcia** 6:13
**gather** 53:2
**general** 23:21 24:15
38:5 45:2
**Genesis** 5:42 71:15
72:8
**GEORGE** 1:39
**Georgia** 2:25
**getting** 9:9 18:11,20

42:8 52:9 75:10
**give** 28:23 29:10
45:13
**Given** 25:19 59:17
**glad** 41:21
**global** 71:18
**go** 7:17,19 16:15 20:2
25:24 28:19 42:9
43:8 51:24 54:7
60:1,2 64:20 66:9
68:12,22 69:15 70:6
71:6,11 72:10 75:17
**God** 7:6
**goes** 15:13 65:14
**going** 7:12,17,24 8:9
9:2 14:10 17:5
18:15 39:22 44:18
46:14 47:17 48:4,5
48:24 50:11 66:14
73:12,13,17,21 74:7
74:24,24
**good** 7:8 8:15,19 16:7
16:8 17:8 39:2,4
45:22 52:13 53:5,6
54:11 60:10 68:19
72:16
**government** 49:17,22
50:11,25
**governmental** 49:8
**Grace** 1:36 7:6
**grant** 34:14 58:21
**granted** 31:2 44:14
52:23 53:16 54:6
**granting** 5:45 58:13
**grateful** 15:22,22
52:4 65:24 72:20
**gratitude** 9:15 11:6
**Graydon** 4:4 5:12
60:15 62:22
**greatly** 18:10
**Greetings** 72:16
**gross** 35:2
**Group** 4:16,24
**guarantee** 27:4
**guaranteed** 25:2
**guarantor** 27:5
**guarantors** 26:24

**GUC** 23:16,18 25:3
31:24,25 32:6,12,23
34:19,21 37:8,17
39:12,15,18,22 40:7
40:16,25 53:20
**guess** 18:23 20:22
45:8,9 46:13 48:22
59:9 73:16

## H

**H** 17:18
**HAMMERMAN**
4:20
**hand** 28:16 29:6
**handle** 44:19 68:21
**handling** 54:14
**happy** 54:15 59:6
**hard** 14:4 15:20
75:13
**harmonized** 61:3
**Haughey** 8:17 12:19
20:12,15 65:17,20
**Haughey's** 33:21
**He's** 18:20
**header** 46:5
**headline** 31:20
**hear** 13:17 14:7
73:13
**heard** 36:18 39:12
51:13,15 62:20
64:18 66:7 68:7,10
70:3 71:4 72:7
**hearing** 9:24,25
11:12 13:5 14:18
18:3,3 21:8 24:3
38:7 46:14 51:10
54:2 55:17 57:2
61:15,20 67:17,23
71:6 72:15,25 73:24
74:16
**hearings** 9:3
**held** 30:12
**help** 9:9 15:10 74:11
**helpful** 9:12 13:17
16:12 28:17
**Herculean** 17:4
**HH291609** 76:10

**higher** 15:3
**Hilco** 5:21 12:18
  14:22 63:14,17 64:3
  64:6,19
**hit** 65:19
**hold** 24:25 30:15
  46:17
**holder** 23:18 24:5
  39:21,24
**holders** 21:11 23:21
  24:14,20
**holding** 29:5
**Holdings** 1:25 23:10
  27:4
**Hong** 4:47,48 26:22
**Honor** 8:9,11,12 10:4
  11:16 12:7 13:8,14
  13:21 16:7,13,22
  18:2,16,24 20:5
  21:1 24:12 25:15
  26:4 28:13 31:6,22
  32:18 35:11,19
  36:23 38:6 39:4
  40:23 41:5,22 42:13
  42:24 43:19 44:15
  45:5,12 48:10,19
  49:25 50:16 51:4
  52:17 53:6 54:8,11
  54:14 55:5 56:2,5,9
  56:12 57:25 58:6,10
  58:15,18,24 59:13
  59:17,23 60:6,10
  63:3,9 64:22 66:16
  66:18 68:16,19
  69:10,21,25 70:8,17
  71:1,8,10,15 72:12
  72:17 74:12 75:21
**Honor's** 56:17,23
  59:4 73:9,19,23
**Honorable** 1:36 7:6,7
**hope** 74:18
**hopefully** 7:23
**horse** 14:14 15:3,4
  23:14
**Hoskins** 2:37 52:25
  53:6,7,15 54:5,8
  60:9,10,11 63:3,9

63:11
**HOSPITALITY** 1:14
**Hostetler** 74:22 75:3
**hot** 39:12 40:11,15
**hotly-contested**
  37:10
**hour** 72:25
**hours** 9:9 10:1 61:24
  61:25
**Houston** 2:33
**how/where** 65:22
**HUDSON** 4:28
**hundred** 11:9,10
  25:11,12 56:22
  63:22,24 64:2 65:10
  67:13
**hundreds** 17:25
**hybrid** 73:23
**HYDER** 4:27

**I**

**i.e** 29:22
**I'd** 8:12 16:15 45:24
  46:4
**I'll** 16:1,9 19:13
  22:14 31:6 39:7,8
  54:14 68:21,22,24
  69:5,15 70:6 71:6
  72:10 75:9
**I'm** 7:16 8:5,9 11:3,3
  31:11 35:16 37:9
  47:25 48:1 49:9,16
  50:10,22 52:4 53:8
  53:10,10,12 59:6
  61:8 66:19 71:12
  75:2
**I've** 12:15,15
**iconic** 11:12
**idea** 50:22
**identification** 22:18
**identity** 47:12
**II.B.3** 61:19
**III** 45:25
**imagine** 65:22
**impermissible** 38:1
**important** 11:14
  29:16 30:3 37:6

**Importantly** 24:4
**impose** 10:17
**inclined** 58:10 69:21
**include** 28:15,16 32:3
  32:20 45:25 46:4
  50:1 57:3 73:9
**included** 19:11 22:18
  43:14 57:18 66:13
  67:15,24 73:6
**includes** 64:4 65:7,10
**including** 12:6 32:8
  49:12
**incorporated** 34:5,9
  34:10
**incorporates** 12:14
**incorporation** 37:19
**incredible** 70:14
**incredibly** 65:22,23
**incumbent** 10:12
**incurred** 56:21 57:15
  57:21 58:5,7
**indemnification** 24:8
  24:9
**INDEX** 6:33
**indicate** 46:1
**indicated** 58:15
  68:13
**informal** 26:7 43:2
**information** 21:9,15
  40:9 51:22
**informed** 21:10
**inherent** 11:1
**initial** 58:23 61:5,13
  61:25
**injunction** 24:4 35:22
  36:2 49:20 50:23
  55:11
**Injury** 6:5
**input** 47:19
**insert** 46:15
**insolvency** 62:12
**insurance** 4:32 26:18
  29:13,15,20 30:16
  30:19 53:24
**insurer** 22:13
**intend** 18:7 68:1
**intended** 34:23 37:21

49:18
**intends** 23:13
**intent** 36:2
**interchange** 27:12
**interest** 12:20 21:11
  23:2 32:8,16 68:8
**Interests** 35:14,18
**interim** 56:17 58:16
  67:5
**Intermediate** 27:4
**International** 1:24
  3:30 23:10
**interrupt** 49:10,15
**introduce** 8:12 12:16
**introductory** 72:23
**investigation** 40:2
**investment** 12:19
  14:23 15:9 64:10
**invoice** 67:10
**invoices** 17:25
**involved** 32:22 52:8
**isn't** 34:12 44:18
  47:16
**issue** 27:19 30:3
  31:22,22,24 32:1
  33:20,24 37:8,10,10
  37:11,15,16 39:6,11
  39:13,24 40:10,11
  40:15 49:5,20 50:10
**issues** 14:6 26:8 31:8
  38:8 40:12 41:25
  62:13 74:1 75:12
**it's** 17:6 25:20 27:13
  33:16,16,16 35:13
  35:17 36:8 37:10,10
  37:13 38:12,15,17
  39:11,24,25 40:4,5
  40:5,11,15,18 42:13
  42:17 45:2,4,7,10
  47:15 48:17 49:19
  50:8,10,22,24 52:5
  55:24 66:13 73:16
  74:6
**item** 43:19 52:20
  54:21 66:20 69:1
  70:10,11
**itemized** 69:22

**items** 13:2 19:25 43:5
46:18 54:14 55:7
63:14
**IV** 45:25 46:6

**J**

**J** 3:3,4,13 4:19
**JAMES** 4:41
**Jeff** 13:21 18:25 41:5
66:18
**JEFFREY** 2:19
**Jersey** 40:13
**JESSEY** 3:13
**job** 13:24 17:8 36:24
52:16
**jobs** 14:12
**joint** 18:9 74:14
**Jointly** 1:10
**Jonathan** 8:14
**Jones** 3:5 5:30 39:5
68:20
**JOSEPH** 3:12
**Judge** 1:37 5:4 8:4,24
11:23,25 12:3,12
13:1,19 44:18 51:17
60:7 73:3,15 75:19
**judgment** 21:11
**July** 22:2 67:7,10,14
**June** 69:6
**jurisdiction** 49:9
50:18

**K**

**K** 2:21 67:6
**KANSAS** 1:15
**keep** 7:11
**Kelly** 17:12
**KELSEY** 3:42
**Kemker** 3:35
**Kennedy** 3:37
**key** 11:3
**kind** 7:10 37:16
38:17,18 40:14
**King** 2:22,30 5:35
8:7 13:22 18:25
41:6 66:18,24 68:11
**knew** 14:15

**know** 9:7 14:16 16:13
16:18 17:13 18:2
21:20 37:14,22 40:1
40:8 45:10 46:3,5
47:14,15 48:3,15,16
49:14,14,18,21,23
49:24 50:22 52:2,2
52:4,11,12 55:23
65:25 66:1 73:17
74:8 75:12,15
**Krehl** 3:13 70:13

**L**

**L** 2:20
**lack** 60:1
**laid** 42:18
**landlord** 16:16
**landlords** 10:21
41:24 65:21
**language** 26:16 27:1
27:8 28:15,16 29:1
30:18,20 31:4,15
32:3 34:8,21,24
36:10 37:20,21,25
42:10,25 43:3,9,14
49:10 50:13 55:2
**LARA** 3:34
**large** 10:11
**Las** 2:39
**Lastly** 64:24
**late** 6:1 53:9 55:14
**Latham** 4:13
**Lauderdale** 2:41
**law** 3:14 5:25 9:7
39:16,17 46:20 50:3
70:11 71:5
**Lawsuit** 6:5
**lay** 40:14 72:4
**Lead** 1:6 5:30
**learned** 69:15
**lease** 42:4
**leases** 6:25 26:24
27:5 42:3,6,8
**leave** 6:1 44:16 52:18
55:11 74:25
**leaves** 26:4 52:20
**leaving** 11:3

**lectern** 7:12
**led** 71:19
**legal** 61:4 62:2,7,10
**lenders** 10:8,13 14:14
15:4 23:24 24:14
32:24
**Let's** 46:24
**letter** 11:22,23 44:24
**letters** 30:13
**liability** 34:18,25
**liable** 37:7,8 40:19
**license** 50:19
**licenses** 49:6 50:8
**lieu** 43:2
**limitation** 34:25
**limitations** 34:18
**Limited** 4:17,25
**limiting** 34:24
**LINC** 4:3
**line** 68:4
**liquidation** 38:24
**liquor** 49:23
**list** 17:20
**listed** 55:7
**literally** 9:23
**litigate** 40:10
**litigation** 23:19 24:6
27:12,13 37:17
39:21,25
**litigious** 17:24
**little** 50:21
**LLC** 1:9,11,14,15,16
1:17,18,23,25 2:9
2:17,27,35,43 4:46
5:22,38,42 7:14
26:22 27:8
**LLP** 2:4,12,22,30,38
3:5,29,43 4:4,13,21
4:29,36 5:12,30,35
60:15
**Lobster** 1:9,11,13,14
1:16,17,20,22,24
2:8,16,26,34,42
7:14 14:13 23:8,10
27:4 66:1
**local** 3:18 4:25 5:25
43:22 44:5,14 70:12

**locations** 15:19 49:11
**Loesch** 9:15
**logistical** 26:8
**long** 9:8 44:6
**longer** 17:21 34:9
**look** 48:15 50:12
55:24 75:15
**looked** 27:21
**looking** 35:16
**lot** 15:20 17:4,11
41:23 52:2,11 65:25
**Louisiana** 2:31
**love** 66:2
**Lynch** 9:20

**M**

**m** 2:37 17:12 47:2
65:14
**main** 16:10 22:4
31:19,19 62:5
**maintain** 29:15
**maintains** 59:3
**major** 9:24 14:1
**making** 27:1 34:21
47:14 48:1 50:5
71:12 72:24 75:6
**management** 1:9 2:9
2:17,27,35,43 7:14
8:13 10:24 11:5
22:6 23:8 25:1
38:23 47:21 48:4
**manner** 56:11
**market** 64:10
**marketing** 14:25
**Marsal** 5:38 63:15
64:25 65:3 66:8,10
**MARYLAND** 1:21
**Massachusetts** 3:31
**material** 44:1
**math** 60:5 63:2 68:15
69:21
**matter** 60:12 62:23
63:19 76:4
**matters** 64:9 72:15
72:19 73:24 75:12
**maximize** 14:11
**maximizing** 22:23

**MCKEAN** 4:35
**Mead** 4:42
**mean** 48:15 50:7
75:14
**meaning** 37:23 49:19
**means** 49:19 52:13
**memo** 26:1
**memorandum** 25:17
46:20
**mention** 63:4
**mentioned** 20:8
38:10 69:12 70:20
70:23 71:20
**method** 20:2
**Miami** 2:7 3:17 4:23
4:31
**Michael** 2:29 63:13
74:12
**microphones** 7:11
**middle** 1:2 7:5 51:3
**million** 63:23,23 64:1
64:3 65:7 67:17
**millions** 10:15
**minute** 45:13
**minutes** 8:10 73:1
**misconduct** 35:2
**misspeak** 41:8
**modification** 22:9
38:1 42:4
**modifications** 51:20
**modify** 44:13
**modifying** 34:8
**moment** 29:6
**momentarily** 22:14
**moments** 65:21
**monetized** 39:22,25
40:1,1
**money** 44:2,8
**Monroe** 4:46 26:22
**month** 63:22,25 64:1
**months** 10:15 52:5
63:24
**Moon** 4:47 26:22
**Moore** 9:6
**moot** 17:21 37:15
55:10
**morning** 7:8 8:15,19

16:7,8 26:9 39:3,4
53:5,6 54:11 68:19
72:16 73:11
**Morris** 4:29
**motion** 5:45 6:1,4,7
6:10,13,15 16:19,20
16:21 52:21 53:8,10
53:16 55:1,19 74:15
**motions** 18:9 55:10
**move** 7:23 19:3 20:10
21:3 53:22 71:18
**Moving** 70:10
**MP2** 16:19
**Mullis** 3:36
**muted** 7:11

---

**N**

**N** 2:1 5:1 7:2 46:13
**N.A** 3:46
**Nancy** 6:1 53:9
**national** 37:10 64:10
65:15
**nature** 32:15
**NE** 2:23
**necessarily** 30:24
48:1
**necessary** 18:9 62:2
62:12
**need** 48:23 74:16
**needed** 17:21
**negligence** 35:2
**negotiate** 42:4
**negotiating** 55:14
**negotiations** 15:8
52:3
**net** 23:23,25
**new** 3:8,8 15:13 24:6
36:8 40:13
**Nicholas** 8:17
**Nick** 65:17
**Nicolette** 2:11 54:12
**night** 10:2 43:25
55:15
**nights** 65:25
**nine** 11:9 25:11
**non-** 26:23 38:23
**non-bankruptcy** 64:9

**non-working** 69:17
70:24 72:1
**North** 5:38
**Northeast** 3:15
**Northwest** 4:14
**Notary** 76:8
**note** 14:1 31:20 61:13
**noted** 33:1
**notes** 45:20,21,22
71:12
**notice** 6:23 23:1
43:21 44:5 48:25
65:21
**notices** 44:9
**notifying** 23:2
**notwithstanding**
11:1 15:1
**number** 7:15 11:22
16:20 20:8,17 22:1
22:12,15 23:1 25:11
26:15 27:7 30:1
31:8 41:8 53:10,11
53:18 54:21 60:17
60:18,22 63:18 65:1
65:7 66:20 69:3
70:18 71:22 76:10
**numeral** 45:25
**numerosity** 24:21
**numerous** 62:13

---

**O**

**O** 7:2
**O'Neill** 3:36
**O's** 24:8
**object** 25:3
**objection** 6:17,19
11:19,20,23,25 12:4
20:2,21,25 26:19,21
27:7 28:12 31:6,7
32:10,11 33:1,23
34:2 35:3,4 36:15
36:16,21 38:21 43:3
44:17 45:1,3,4,7
54:4,22,24,25 59:12
59:15 60:1 71:6
72:9
**objections** 12:14 13:5

14:6 16:3 17:2,16
17:20 18:8 19:15
20:24 21:19 26:6,6
26:12 36:16 41:22
53:19 54:16 59:10
59:23 60:22 63:20
66:3 68:6 70:1,25
72:3 73:14
**obligated** 31:21
**obligations** 30:16,19
37:4
**observe** 44:17
**obtain** 33:3
**obtaining** 49:13
**obviously** 17:14 63:5
66:12,14 74:7 75:13
**OCP** 75:5,5
**October** 18:5 46:14
73:7
**offer** 8:20 12:10
**offered** 33:3 57:13
**office** 3:22 4:44 9:9
9:18,19 10:1,2 29:4
31:8 32:5,9,16,24
36:22 39:13 72:21
**officer** 8:14,18
**officers** 22:19 24:11
**Official** 3:9,19 5:26
5:30 10:9
**Oh** 41:16
**okay** 7:8,14,25 8:1,19
12:8 13:16,20 16:4
16:11 18:6,17,23
20:1,6,13,18,24
21:2,22 22:10 25:20
25:24 26:11 27:17
28:5,11,18,18,24
29:5,9,24 31:3 33:6
33:12,15,18 35:12
35:15,15,20 36:13
36:17 38:25 39:9
41:2,4,10,16,18,20
42:15,21,23 43:18
44:12,21 45:6,8,12
45:17,23 46:17,23
46:24,25 47:1,24,24
48:9,13 49:4 50:4,7

50:15,22 51:1,2,12
51:18 52:23 53:1,14
54:6,9,9,18 55:2,6
55:13,23,25 56:1
59:9,14,19,22,24
60:8,9,9 62:19,22
63:7,10,12 64:16,20
64:23 66:6,8,15
68:9,11,17,17,23
69:24 70:2,4,9,9
71:3,5,11 72:6,9
73:12,19 74:17,19
75:6,8
**Olas** 2:39
**Olsson** 6:8
**Omnibus** 6:17,19
**once** 13:14 18:10
**ongoing** 15:17 27:13
**Ontario** 62:10
**Ontiveros** 6:11 26:15
**operate** 48:5
**operating** 11:17
**operation** 47:17
**operationally** 43:7
**operations** 29:16
  49:11
**opposition** 19:23
**Optium** 27:8,11,19
  27:22
**Orange** 2:13 3:44
  4:37
**order** 5:45 8:1,8,23
  12:13,24 13:12
  14:25 16:22 19:2,5
  19:9,11,11,17,19,22
  22:17 24:13 26:16
  26:20,25 27:9 28:14
  29:1,15 30:7,8,9,9
  30:20 31:5,16,17
  32:4 34:10,14 35:5
  35:6,8,9,22 36:7
  37:3 41:14,25 42:10
  43:17,20,22,24 45:9
  45:24 46:1,5 47:9
  51:7 53:25 54:4,7
  54:15 55:4,18,21
  56:12,18,23 57:9,12

58:9,13,16,19 59:1
59:4 60:3,3,20
61:17 62:5,25 63:8
66:11,20 67:6 68:4
68:15,22 69:20 72:4
73:7,10 74:15
**orders** 9:10 18:10,11
  26:10 38:12 55:9,16
**ordinary** 74:24
**ore** 44:13
**organization** 24:6
**Orlando** 1:3,41 2:15
  3:25,45 4:38,45 7:1
**outreach** 41:23
**outreaches** 26:7
**outside** 52:14
**outstanding** 17:22,24
  74:13
**overall** 9:10 37:25
  39:7
**overruled** 45:7
**overview** 8:10,22
  13:14 28:13,23
  29:11
**overwhelmingly**
  24:20
**ownership** 27:11
  47:12

---

# P

**P** 2:1,1 7:2
**P.A** 3:14,36 4:43
**p.m** 73:7
**Pachulski** 3:5 5:29
  39:5 68:20 69:7,19
  70:4,20
**Pachulski's** 69:2
**Pack** 3:12,14 5:25
  70:13 71:5
**Pack's** 70:11
**Page** 46:19
**pages** 44:6
**paid** 39:23 56:19
  58:15 60:4 67:6,11
  67:13
**papers** 37:9
**paragraph** 26:20

31:17 35:6,10,16,21
38:11,13 41:8,16,17
42:24 43:6,13 45:25
46:6,13,17,23 47:1
47:9 48:11,12,13,21
49:5 56:23 57:9
61:17
**Paragraphs** 49:5
  50:12
**park** 65:19
**part** 10:11 36:1 69:8
**parties** 6:23 23:2,4
  26:7,23 27:1,2,14
  28:25 30:1 32:1,7
  32:15,19,21,25 33:4
  33:7,9,10,22 34:7
  35:2 37:22 38:19
  42:5 43:24 52:1,8
  53:13,15,25 55:8,12
  68:1,7 74:6
**partner** 11:15
**partners** 5:42 10:23
  72:8
**party** 12:20 30:24
  33:4 42:17 44:11
  59:24
**path** 14:19 15:15,24
  23:5
**Paul** 2:3 4:19 8:5
  56:5 72:17
**pave** 14:19
**pay** 58:25 66:15
**payment** 5:39 46:25
  59:8 67:9
**payments** 33:25
  43:10
**Peace** 10:10
**Peachtree** 2:23
**pendency** 50:20
**pending** 19:25
**people** 14:4 32:24
  46:5
**percent** 23:23,24
  25:11,13 56:20,22
  67:7,14 69:17 70:24
  72:2
**perfect** 73:8

**perfectly** 41:11
**performance** 65:16
**period** 10:22 56:21
  57:15,16,25 58:3,6
  60:16,24 61:6,11,25
  67:3,4,16,20,23
  69:7
**periods** 27:24 69:6,11
  70:19 71:20
**permission** 13:1
  52:21,23 73:9,20,23
**permit** 21:10 50:19
**permits** 43:9
**permitted** 51:7
**person** 74:8
**Personal** 6:5
**persons** 41:14
**perspective** 36:25
**pertaining** 13:12
**Peter** 4:47 26:22
**petition** 67:1
**petitions** 9:4 11:9
**PHILLIP** 4:28
**Place** 3:30
**plan** 5:6 10:7 11:16
  14:3,20 15:6,13,16
  15:23 19:5,8,12,22
  21:12,23,25,25 22:2
  22:3,12,15,19,21
  23:7,16,18 24:1,17
  24:19,21 25:9,10,15
  27:2,3,16 29:19
  32:6,12,19,21,23
  34:4,6,8,9,10,13,20
  34:23,25 37:18,20
  38:1,4,8,12,14
  41:14 43:8,21,23
  44:8 45:7 48:16
  51:11,14,23,25 52:6
  52:7 61:18 64:5
**players** 11:3
**plays** 37:12
**pleading** 33:2
**please** 7:8 8:5 56:4
**pleased** 15:12 19:21
  21:24 31:11 38:20
**plus** 11:14 61:9 64:1

**podium** 7:18 16:1
52:24
**point** 19:23 32:3
39:20,25 40:2 49:3
66:19
**pointed** 35:24
**points** 25:18
**poised** 14:2
**police** 49:17 50:2,10
50:25
**policies** 29:13,16
30:11,16,19 53:24
**policy** 29:14,20
**portion** 18:18 21:4
32:11 73:20
**position** 28:1
**possible** 17:15 18:12
37:4
**post** 4:44 18:4 31:14
38:22,23 43:15
49:20 61:20 73:5
74:1
**potential** 27:10 33:20
**potentially** 6:24 37:2
**power** 49:17 50:10,25
**powers** 50:2
**PP** 47:1
**practicable** 21:10
**practical** 21:10
**practice** 43:14 44:3
**practitioners** 64:8
**pre-effective** 61:21
**precluded** 41:15
**precludes** 27:3
**predecessor** 27:23
**prefer** 74:7
**prejudice** 55:10
**preliminary** 63:19
**preparation** 22:4
**prepare** 55:9
**prepared** 12:22 53:25
**prescribed** 56:12
**present** 8:13,22 12:17
18:15 21:24
**presentation** 7:19
12:12,13 39:8 54:15
**presented** 12:25

**preserve** 14:12
**preserved** 53:21
**preserving** 26:17
**presiding** 7:6
**presume** 33:12 47:13
**pretty** 7:24 43:24
52:7 73:1
**prevent** 30:24
**preview** 74:9
**previously** 60:4
**primarily** 22:8,25
24:23
**primary** 21:6,9
**principal** 10:20
**printed** 33:13
**printing** 26:9
**prior** 9:13 14:24 28:4
38:7 58:9
**pro** 23:22
**probably** 25:20 28:20
37:13 52:13 55:21
74:10
**problem** 11:25
**procedures** 15:1
24:13 56:25 57:11
**proceed** 8:3 25:5
71:11 74:14
**proceeding** 8:2 62:3
62:5
**proceedings** 1:34,47
5:4 8:9,23 9:2 10:25
12:25 19:2 25:4
62:6 66:21 73:21
75:24 76:3
**proceeds** 23:23,25
37:17
**process** 7:17 11:2
14:23,25 15:2 26:9
56:14
**processed** 65:11
**professional** 13:3,11
59:2
**professionals** 13:9
32:13 52:4 56:14
57:1 59:4 62:9 72:1
74:25
**proffers** 47:2 51:20

60:1
**profitability** 11:13
**promptly** 71:18
**proof** 53:19
**Properties** 17:18
**proposal** 49:25
**propose** 19:5,14 20:2
47:18
**proposed** 4:9 12:13
12:24 19:2,9,24
21:25,25 30:6,7
32:3 54:15 55:16
58:19 74:15
**proposing** 44:4
**Proskauer** 3:29
**Prospective** 6:4
**protections** 47:3
**provide** 10:23 16:2
16:13 19:13 21:9
29:21 30:7,17 44:9
58:20 59:1 61:19
**provided** 1:48 9:6
15:6 31:18 41:13
58:8,8 61:4 62:7,15
71:16
**providers** 26:18
**provisions** 24:3,4,8,9
25:17 34:9,19,22,24
35:23 37:3
**Public** 4:17,25
**Public-State** 76:8
**pulled** 44:10
**Puls** 17:12
**purchase** 27:22,25
28:4 36:3,5,12
49:12
**purchaser** 15:8,9
22:24 23:2,7,11,13
29:21,22 30:12,14
34:7 35:23,25 36:7
36:11
**purchaser's** 30:16
**purpose** 14:9 21:6,9
**purposes** 21:19 25:4
47:15 48:2
**pursuant** 14:25 19:2
22:16 24:12 50:2

56:17,23 59:4 67:5
**pursued** 40:4,5
**push** 37:16
**put** 15:10 36:9 52:2

**Q**

**qualified** 15:2
**qualifies** 25:16
**quarterly** 31:15
**question** 11:6 49:5
59:10 74:21
**questions** 13:13
15:25 19:21 45:8,10
59:6 62:17 64:14,17
66:4
**quickly** 18:12

**R**

**R** 2:1,19 7:2 17:18
76:1
**rainy** 7:22
**raised** 14:6 31:9
33:19,24 34:4,17
**raising** 20:24
**Randazzo** 26:14
**rata** 23:22
**rates** 62:7
**reach** 17:14 43:2
**reached** 53:13
**read** 11:24 35:25
37:22 39:15 47:12
47:16 48:17
**ready** 15:5
**realized** 41:7 44:1
**realizing** 22:5
**really** 49:19 70:16
71:17
**reasonable** 59:18
64:7
**reasonably** 21:10
36:6
**reasons** 51:9
**recall** 14:18 29:12
74:23
**receive** 23:17,22,24
26:6 41:23 44:11
67:9

**received** 8:1 26:21
  59:10 70:1 71:1
**recitation** 25:21
  46:18
**recognition** 62:14
**recognized** 62:4
**reconcile** 18:1
**record** 8:11 51:11,19
  51:21 56:10 57:13
  72:11 75:14
**recorded** 1:47
**recording** 1:47 76:3
**records** 64:12,13
**recovery** 40:6 53:23
**Red** 1:9,11,13,14,16
  1:17,20,22,24 2:8
  2:16,26,34,42 7:14
  14:13 23:8,9 27:3
  66:1
**redline** 28:16 42:1,25
  43:6 45:9,16,19
**reduce** 69:16 70:23
  72:1
**reduced** 63:24 70:6
**reduction** 69:19
  70:25 72:3
**refer** 11:20 36:11
**reference** 35:23 46:2
  47:9 48:13 49:3,14
  73:2
**referenced** 20:9,10
**references** 46:19 47:1
**referred** 12:15 23:17
  46:13 57:6 72:23
**reflected** 22:8 26:24
  31:16 35:7 38:13
  43:20 63:7 68:3
**reflecting** 51:8
**reflects** 25:9 63:1
**regains** 11:13
**regard** 37:18
**regarding** 16:1 19:13
  19:22 27:11 33:20
  34:4,18 36:20,21
  43:14 47:2
**register** 20:8,10,19
**registered** 7:16

**regrows** 11:13
**regulatory** 49:9
**reimbursement** 5:11
  5:16,21,34 60:14
  65:5
**reintroduce** 8:12
**reject** 25:12 42:6
**rejected** 17:19
**rejection** 46:2
**related** 5:46 7:15
  22:19 24:25 26:22
  27:12 31:22,23
  34:17 39:11 54:22
**relationships** 10:12
**relatively** 63:21
**release** 30:17,18
  38:16,18
**releases** 24:1,2 32:18
  32:20 38:5,6
**releasing** 24:5 27:2
  33:4,10
**relief** 5:46 6:4,7,10
  6:13,15 30:25 31:1
  43:20 49:13 53:8,23
  54:16,25,25 55:10
**remain** 31:14,21
**remainder** 23:10
**remaining** 15:19 18:8
  58:2 67:22
**remains** 37:12
**remarkable** 70:16
**remarks** 8:21 19:7,13
  72:24
**remitted** 33:25
**rendered** 5:11,16,20
  60:14 62:2,12
**Renewed** 6:10
**renumbered** 38:15
**reorganization** 14:20
  22:6,25
**reorganized** 23:4,11
  23:12 24:7 29:23
  30:22 37:6 40:19
  48:3
**reply** 24:17,24 25:18
  34:3
**report** 16:2,24,24

18:4,9 31:11 54:16
**REPORTER** 6:31
**REPORTERS** 1:48
**reports** 64:13
**represent** 39:14,15
**representation** 36:21
**representations**
  36:19 70:5
**represented** 25:10
  62:24
**representing** 41:24
  56:20,21 67:13
**represents** 67:7
**reputation** 65:16
**request** 22:12 32:10
  32:17 44:13 51:5
  61:8 62:18 64:15
  66:4 69:17
**requested** 28:15 35:5
  43:1 51:6 59:11,15
  64:12 67:3 68:13
  69:4,10
**requesting** 13:9
  70:21
**requests** 61:1
**require** 61:22
**required** 28:21 43:23
  57:3,11
**requirement** 24:22
  29:14 44:13
**reserve** 25:3 31:1
  40:7
**reserves** 32:2
**reserving** 27:14
  55:12
**resolution** 12:14
  14:19 22:13 26:5
  29:11 30:4 31:20
  36:21 53:12,14
  54:18 71:19
**resolutions** 19:15
  55:8
**resolve** 16:21 17:1
  18:7 30:2 31:10
  33:2
**resolved** 12:4 18:21
  31:12 32:1 35:3

38:18 46:24 54:17
  54:25
**resolves** 26:19
**resolving** 27:9
**resources** 37:14
**respect** 13:4 43:21
  47:21 68:6
**response** 53:11
**responsible** 39:18
**restaurant** 49:23
**RESTAURANTS**
  1:11
**restructuring** 6:21
  8:17 23:3 29:18
**result** 15:20 70:15
  73:2
**resulted** 11:9 72:24
**retain** 50:18
**retained** 49:11 69:7
**retainer** 58:21 59:1
  63:5
**retainers** 60:5
**retention** 15:18 32:13
  58:23
**review** 35:4 58:8
  61:16
**reviewed** 26:1 59:25
**revised** 19:19 22:1,12
  29:1 34:11 36:10
  38:15 51:7
**revoke** 50:19
**Richardson** 6:15
**right** 7:10 12:8 16:4
  18:22,24 20:1,18
  21:22 25:3 26:10
  28:2,19 31:1 33:14
  36:4,17 39:2 40:2
  41:1,13,18 42:20
  45:6,15,23 46:24
  47:8,8,24 48:4 49:1
  49:4 51:1,12,18
  52:18 54:3 59:9,14
  59:19,24 60:8 62:19
  64:16 66:9,17 68:9
  68:17 69:1 70:2
  71:3 72:9,13,14
  73:12 74:21 75:6,18

**rights** 27:15 28:7,8,9
  28:10 32:2 36:4
  40:7 55:12
**rise** 7:3 39:6 75:23
**rising** 8:16
**RL** 1:15,18,19,21,23
  22:6 38:22 47:21
  48:4
**RLSV** 1:12 23:9
**ROBERT** 3:4
**Robson** 1:36 5:4 7:6
  8:4 13:19
**robustness** 15:1
**rock** 65:16
**ROESKE** 3:34
**ROGERS** 4:3
**Roman** 46:6
**room** 14:4 15:22
**Rose** 3:29
**RPA** 17:17
**rule** 14:3 44:5
**rules** 43:22 44:14
**run** 36:24

**S**

**S** 2:1 7:2 67:6
**S.E** 4:22
**sale** 6:27 14:23,25
  22:24,25 23:4 47:11
  49:12 52:21 63:22
  63:25
**sales** 61:3
**SALISBURY** 1:23
**Sandler** 3:3 39:2,4,5
  39:10 40:20,23,25
  41:3 59:19,21,23
  68:18,19,20,24
  69:25 70:8,10 71:8
  71:13 72:12 75:21
**satisfied** 38:22
**save** 7:7 44:7 73:24
**saved** 10:15
**saw** 16:19 36:24
  44:23 45:9
**saying** 34:10 38:2
  49:22 50:1 65:14
**says** 47:10 49:8 50:17

**scenes** 52:12
**Scharf** 3:35
**schedule** 46:14
**SCOTT** 3:21
**seated** 7:9
**Second** 19:7
**Secondly** 15:12
**Section** 51:23
**secure** 30:15
**secured** 15:9 24:14
**see** 7:25 20:20,24
  42:9 46:24 74:22
**Seeing** 64:20 72:9
**seek** 12:21 43:20
  53:23 55:11 58:13
**seeking** 25:6 30:21,25
  58:19 59:7 64:4
  65:3 71:21,23
**seen** 31:23 37:9
**selling** 14:9,9,10
  47:22
**senior** 8:13
**sense** 19:12 40:9
**sensitive** 9:10
**separate** 48:25
**September** 1:32 7:1
  57:14,17,18,25 58:1
  58:6 60:21,25 61:11
  61:11,12,16 65:9,13
  76:6
**serve** 16:9 43:23 44:5
  49:23
**served** 65:17,17
  70:12
**serves** 45:4
**service** 60:17 63:19
  65:1
**services** 5:11,16,20
  60:13 61:4 62:2,7,8
  62:12
**serving** 14:14
**session** 7:5
**set** 12:24 22:16 23:13
  24:9 25:22 31:4
  32:18 33:4,10 34:19
  41:25 43:24 61:16
  67:8,18 68:5 72:15

  74:10
**sets** 31:17
**setting** 13:24 46:1,7,9
  46:9,11,11 56:13,25
  57:14
**settled** 27:14
**settlement** 71:18
**settlements** 73:22
  74:4
**Seungha** 4:47 26:22
**share** 23:22
**Shell** 16:19
**short** 42:14
**shrimp** 25:1
**sic** 59:1 62:10
**sides** 40:12
**signed** 7:16
**significant** 62:15
**similar** 62:9 69:11
  70:19 71:25
**similarly** 32:11 33:24
  64:8 71:20
**Simonitsch** 9:20
**simple** 45:24
**simply** 17:24 38:2
  51:5
**Singerman** 2:3,4,12
  2:38 5:17 7:25 8:4,5
  8:6,16,20 12:3,7,9
  13:19,23 14:2 20:7
  31:10 54:12 56:4,5
  56:5 59:12,16 60:6
  62:25 72:16,17,17
  73:15,19 75:2,17,19
**six** 20:22 26:6 33:17
**Sixth** 6:17
**skill** 62:9,11
**skilled** 52:3 64:8
**skip** 25:21,25
**skipping** 49:10
**slightly** 22:3 67:8
**slipped** 41:19
**smaller** 16:14
**smooth** 9:22
**sodium** 11:20,23
  36:16 44:16,16
**solicitation** 21:19

  24:12
**solicited** 24:13 38:14
  38:19
**solvent** 37:5
**sooner** 30:5
**SORKIN** 4:12
**sorry** 53:10 61:9
  71:11,12
**sought** 56:15,18,22
  57:23 60:2 63:1
**sound** 1:47 76:3
**SOURCING** 1:16
**South** 2:13 3:44 4:30
**Spalding** 2:22,30
  5:35 8:7 13:22
  18:25 41:6 66:19,24
  68:11
**speak** 7:12
**special** 4:9 5:13 60:15
**specified** 32:21
**spent** 17:4,11 65:25
**spoken** 54:23
**stable** 15:10
**staff** 72:21
**stage** 13:24
**stakeholders** 10:21
  72:23
**stalking** 14:14 15:3,4
  23:14
**standpoint** 31:19
**stands** 15:5
**Stang** 3:5 5:29 39:5
  68:20
**star** 65:16
**start** 7:19 26:12
  63:17
**starting** 14:24 55:16
  69:1
**starts** 41:13 46:19
**stated** 24:16 51:9
  72:11
**statement** 5:8 19:4,8
  19:10 21:5,6,14,17
  21:21 22:17 38:8
  51:14,22 56:13,24
  57:10 60:21 61:18
**statements** 36:20

**States** 1:1,37 3:22,26
7:4,7 9:19 10:3
11:18 31:7 32:16,25
33:19 39:13 72:2
**status** 16:2,23,24
18:4 43:15 46:7,10
46:12 73:5,20
**statute** 39:16
**stay** 6:4,7,10,13,15
53:23 54:16,24,25
55:10 62:6
**step** 7:18
**STEVEN** 2:3
**stop** 50:6
**stores** 11:17
**straightforward**
63:21
**Stratton** 12:17 20:12
20:15,15
**Street** 1:40 2:23 3:15
3:23 4:5,14,22
**structure** 36:7 63:21
**stub** 58:6 67:22
**stuck** 9:8,23 10:21
11:1
**subject** 31:14,25
47:19 60:4 73:25
**submission** 58:9
**submit** 29:1 54:1
60:3 68:2 69:20
72:5
**submits** 64:6
**submitted** 15:3 67:10
**subsidiaries** 29:22
**substantial** 10:16
22:22 24:18,25 44:7
62:10,13 73:25
**substantially** 13:10
14:10 23:9 38:3
47:23
**substantive** 11:19
12:3
**success** 15:17 71:19
**successful** 40:5,5
**sue** 26:23
**suggested** 8:1,8,23
73:7

**suggesting** 28:3
**Suite** 2:6,14,24,32,40
3:16,24,38,45 4:6
**sum** 69:19
**summary** 5:19,24,28
5:33,41 17:1
**Sunday** 43:8
**supplement** 5:37 22:3
22:15,20 34:5,8,10
34:13 37:18,20 38:4
38:9 57:11,13,19,19
57:22 58:2 60:21
61:7,12,22 62:21
65:2 66:8 68:5,11
69:4
**supplemental** 67:18
**supplemented** 60:23
70:18 71:23
**supplements** 22:17
56:7
**SUPPLY** 1:17
**support** 12:17 14:13
24:18,21 25:9 39:16
46:20 47:4
**supported** 64:11
**supporting** 57:12
58:24
**sure** 17:5 26:10 36:18
37:9 45:15 47:25
62:25 66:11 68:14
75:2,6
**suspend** 50:19

**T**

**T** 76:1,1
**tabulation** 25:8
**take** 13:1,2 27:19
37:23 40:9 45:20,21
45:22 53:4 73:3
**talked** 18:2
**talking** 40:25 66:12
**Tampa** 3:39
**Tara** 6:15
**tax** 47:15 61:3,5
**taxes** 48:2
**taxing** 43:1
**Taylor** 4:46 26:21

**team** 8:3,13 52:3
65:24
**tell** 49:17,22 51:16
**ten** 42:14
**tend** 37:20
**tenus** 44:13
**term** 14:14 15:4
24:14 47:13
**Termination** 35:14
35:18
**terms** 10:15 13:25
24:22 37:13,14
60:20 61:16 74:1
**Texas** 1:20 2:33 43:1
**Thai** 4:16,24 17:17
24:24 25:8,14
**thank** 7:21 8:2,4 9:5
13:14,16,18,19,21
16:5,6 18:15,17
21:1 26:2 38:25
39:1 41:3,4 44:15
48:10 50:16 52:17
54:8,9 56:2,3 60:7
63:11,12 64:22
66:16,17 68:16 70:8
70:14 71:8 72:12,13
74:19,20 75:3,9,19
75:21,22
**thanking** 73:4
**thanks** 9:18 10:2,8,20
73:3
**that's** 12:2 15:5,23
16:4 18:22,24 19:23
19:24 26:19 27:13
29:8 33:14 34:5,11
38:1,16,20 39:22,23
42:11 44:5,12 45:7
45:18 46:12,24
47:13 49:1,21 52:13
54:21,22,22 55:3
68:3 72:24 73:12,15
74:19
**theme** 17:13
**there's** 19:19 27:10
33:12 35:23 38:11
39:16 46:2,5,20
47:1,8,9,11 49:13

54:20 61:7 64:25
66:12 74:6,8 75:8
**thereto** 56:8
**therewith** 6:26
**they're** 17:19,24
27:24 54:24 65:15
75:7
**they've** 24:25
**thing** 28:22 37:16
49:21 63:4 69:13
**things** 14:1 18:20
29:13 32:14 35:1
38:15 50:9
**think** 9:1 10:11,14
11:13,24 13:24,25
17:3,13 18:1,4,5
26:4 27:19,21 28:20
31:18 32:24 33:16
34:6 38:4 42:12
43:13 45:2,4 46:13
47:18 52:7 55:18
65:18 66:20 73:25
74:13,15
**third** 3:6 32:19
**third-party** 15:8 24:2
**thirty** 11:10
**thorough** 13:17
36:24
**thought** 16:12 19:12
38:10,16
**thousand** 63:22,25
64:2
**thousands** 11:15
**three** 17:3,16 20:9
44:6 47:22 64:1
68:21 69:6,14
**thrust** 22:4
**Tibus** 8:14 65:16,20
**tied** 63:22
**time** 10:1,16,17 17:4
17:11 19:23 22:16
25:7 40:10,22 42:9
42:12 53:4 64:12
69:11 70:19 71:20
73:5,9,17 75:14
**time-** 9:9
**timely** 53:19

**times** 52:13
**TIMKO** 4:41
**tirelessly** 65:25
**title** 45:24 46:8
**today** 8:11 13:10,25
    14:21 15:16,24
    16:10 17:10 40:10
    40:11 51:6,10 54:2
    55:16 57:2,5 58:7
    60:12 61:23 68:2
    69:10 70:15 72:15
    72:20 75:10
**Toronto** 4:8
**tort** 26:14
**total** 58:12 64:3 65:4
    65:6,9 70:21
**Townsend** 9:7
**trading** 10:23 11:15
**traditional** 9:9 10:1
**transaction** 15:5
    47:11
**transactions** 23:3
**transcript** 1:34,48
    76:2
**transfer** 49:6
**transferred** 23:19
    30:11,14
**travel** 69:17 70:24
    72:2 74:1
**treat** 19:13
**tremendous** 71:17
    75:10
**Trenam** 3:35
**trend** 75:15
**TRIAL** 3:21
**trust** 4:48 23:16,20
    23:23,25 25:3 31:24
    31:25 34:20,21 37:8
    37:17 38:22 39:12
    39:18,22 40:7 41:1
    59:2
**Trustee** 3:22,26 4:47
    9:19 10:3 12:6 31:8
    31:9,15 32:1,6,13
    32:16,23,25 33:19
    34:4,17 36:15 37:2
    37:4,7,9 39:11,14

39:19 40:8,15 53:20
    59:15 69:18 72:2,22
**Trustee's** 29:3 31:19
    32:5,9 35:24
**Trusts** 39:15 40:16
**try** 68:24
**trying** 50:6
**TT** 47:9 48:11
**tune** 44:2
**turn** 18:14
**turned** 7:11
**turns** 37:15
**tweak** 35:22 50:13
**tweaks** 29:2
**two** 9:3 15:7 17:22
    18:8 19:24 29:13
    35:5 37:22 44:5,6
    63:14 71:21,25
    74:13
**type** 38:24 45:3 48:5
**typical** 24:7 36:3
**typo** 46:20

**U**

**U.S** 12:6 29:3 31:9,15
    31:19 32:1,5,9 34:4
    34:17 35:24 36:15
    37:2,4,7,9 39:11,19
    40:8,15 59:14 69:18
    72:21
**ultimately** 14:17
    16:20 63:25 65:3
**Um-hum** 26:3 49:7
**uncertainties** 11:2
**uncontested** 51:20
**undelivered** 33:25
**understand** 40:3 48:2
    48:3 50:8 75:5
**understanding** 73:14
**Understood** 40:17
    48:8
**Unexpired** 6:25
**unfailingly** 9:12
**unfamiliar** 10:25
**unfortunately** 16:23
    17:22
**Union** 4:16,24 17:17

24:24 25:14
**Union's** 25:8
**United** 1:1,37 3:22,26
    7:4,7 9:19 10:3
    11:17 31:7 32:16,25
    33:19 39:13 72:2
**unopposed** 62:23
**unresolved** 37:13
**unsecured** 3:10,19
    5:26,31 10:9 23:22
    24:15
**update** 13:23,25 16:1
    16:13,14,23 18:9
**updated** 16:22
**updates** 15:7
**upload** 51:7 54:7
**upwards** 44:2
**usual** 25:21

**V**

**Vachon** 76:7
**value** 14:11 22:23
**Vanderbosch** 6:2
    53:9,22
**Vanderbosch's** 53:17
**various** 6:19 16:2
    19:15 26:7 30:2
    38:21 41:23
**Venable** 4:21
**vendors** 11:15 65:21
**version** 22:1 29:6
    35:9,15 41:12
**versions** 38:12
**videos** 7:11
**view** 17:20 39:18
    44:25
**viewed** 37:2
**Vilmos** 2:11 54:10,11
    54:12,20 55:5,7,14
    55:21,25 56:2
**violation** 49:20 50:23
**vital** 17:12 65:22
**vote** 21:12 32:20 33:8
**voted** 24:19,21,23
    25:11,12 33:8
**votes** 24:13,24 25:9
    25:10,14

**W**

**walked** 25:18
**want** 7:19 8:3,25 11:4
    16:14 17:3 20:4
    24:8 26:9 28:18,19
    30:5 36:24 39:10
    47:25 48:1,7 50:9
    50:12 51:13 55:23
    62:19 64:18 66:6
    68:10 69:13 70:3,13
    71:4,13 72:6 74:25
**wanted** 27:15 32:25
    36:1 40:14 67:11
    73:4
**Washington** 1:40
    3:23 4:15
**wasn't** 17:5 38:19
**Watkins** 4:13
**way** 14:3 19:9,24
    34:5 48:6 55:20
    65:5 72:24
**we'd** 18:3 19:3 51:8
**we'll** 7:19,23 13:1
    18:8 29:1 32:3
    45:22 48:22 72:5
    73:3,17 74:9 75:15
**we're** 7:14 11:11
    14:21 15:11 38:20
    40:25 44:3 46:14
    50:5 65:23 66:11,14
    66:20 73:13
**we've** 9:8 10:12 14:3
    16:15 17:1 19:16
    31:9,11 34:21 38:8
    58:22 69:25
**weather** 7:23
**website** 44:10
**week** 9:25 16:14,14
    31:10
**weekend** 10:1 43:12
**weekends** 65:25
**weeks** 14:5 17:3
**welcome** 7:21 70:9
**Wells** 3:46
**went** 18:18 61:12
**West** 1:40 3:23 4:7
**what's** 8:10 23:17

53:14 54:18
**whichever** 42:17
**Whitsett** 9:11 73:7
**who's** 8:13 12:17
  17:10
**who've** 10:21
**wholesale** 37:19
**wilful** 35:1
**wind-down** 22:7
  47:21
**wish** 7:22 11:5,5 42:6
  57:1
**wishes** 44:11
**withdraw** 32:9 33:23
  34:1 52:22 59:2
**withdrawn** 30:13
  32:17 38:21 55:1
**won't** 11:21 38:17
**word** 6:33 57:12
**work** 14:12 15:20
  52:2 59:18 63:2
**worked** 9:21 14:3
  17:14 65:24 75:13
**working** 30:2 31:9
  42:7 75:10
**works** 68:15
**world** 37:23
**wouldn't** 10:4
**written** 13:5 33:3
  42:7
**wrong** 12:23

**X**

**X** 5:1
**XV** 46:19

**Y**

**yeah** 17:5,7 46:15
  48:24 50:7,17 53:4
**yesterday** 19:19
  22:11 26:25 28:14
  30:4 31:16 42:1,10
  42:25 45:19
**yield** 16:1 52:24
**York** 3:8,8
**you'll** 14:7 42:9
  46:15 55:18 73:17

**you're** 7:25 29:5
  48:24 49:16 70:9
**you've** 9:6 37:9 39:12
**Young** 1:39 20:12,14
**Young's** 24:16

**Z**

**Ziehl** 3:5 5:29 39:5
  68:20
**Zoom** 3:4,34 4:3,12
  4:19,20,27,41 7:10
  7:16 20:14 51:15
  73:23 74:6,11
**Zurich** 4:32 22:13,14
  28:12,15 29:11,14
  30:12,15,17,19

**0**

07/24/2026 76:9

**1**

**1** 5:6
**1,101,668.50** 58:14
**1,143,770** 71:24
**1,156,723** 67:24
**1,177,196.50** 69:5
**1,883,277** 67:21
**1.3** 64:3
**1.5** 63:23,23
**1:30** 73:7
**10** 5:41 47:9 48:12
  55:8
**10,000** 67:22
**10:00** 7:1
**100** 4:22
**1000** 2:14
**1001** 26:15 54:23
**101** 3:37
**1014** 16:20
**1023** 27:7
**1030** 20:23
**1035** 53:11
**1039** 20:17,23
**1040** 20:17,23
**1055** 23:1
**108** 3:16
**10th** 61:16

**11** 5:6,45 9:22 10:25
  11:2 14:3,20 22:22
  27:6 53:24 55:8
  62:5,14
**11,716** 53:18
**110,732.50** 58:10
**1100** 2:31 3:24 16:21
**1101** 20:17,23
**1102** 24:17
**1105** 16:25
**1106** 57:14,23
**1107** 65:2
**1109** 20:8
**1111** 60:22
**1113** 16:22
**1120** 35:16 45:10
  48:12
**1121** 70:19
**1123** 30:1
**1124** 22:12
**1125** 51:22 69:4
**1126** 71:23
**1129(a)** 51:23
**1180** 2:23
**11th** 67:2
**12** 6:1 55:8
**12,873.97** 71:25
**12,966** 64:4
**128,000** 58:3
**12th** 67:16,20
**13** 6:4 54:14 55:8
**13th** 60:16
**14** 6:7
**14,383.25** 67:13
**14,981** 58:17
**14,981.60** 56:21
**1450** 2:5
**15** 6:10 46:19
**15,598.45** 56:17
**1500** 2:40 64:4
**155,000** 65:11
**16** 6:13
**1600** 2:24
**16th** 18:5 46:15 73:8
**17** 6:15
**170,216** 70:22
**18** 6:17 66:20

**18,000** 58:4
**19** 6:19 69:1
**1900** 2:6
**199** 4:5
**19th** 9:5 14:8 60:16
  60:24 67:2

**2**

**2** 5:8
**2,257.38** 57:24
**2.25** 67:17
**20** 6:23 70:11
**20,000** 57:7
**200** 3:44
**200,000** 44:2 65:12
**201** 2:39 4:30
**2015** 4:47
**2024** 1:32 7:1 53:17
  60:16,16,22,25
  61:12 76:6
**21,262** 69:20
**21,604.22** 58:14
**2100** 70:24
**21st** 9:3 56:11 66:25
  69:7
**22,123.85** 70:23
**22nd** 22:16 69:8
**23,325.33** 63:5
**2346** 4:44
**24-2486** 7:15
**24th** 3:15 65:12
**258,411.97** 61:2
**25th** 67:19,20
**27** 35:6 38:11,12,13
  41:12,16,17
**27,034.86** 67:4
**27,or** 35:10
**2700** 3:38
**277,166** 57:24
**27th** 22:2
**28** 35:17
**298,155.30** 59:5
**29th** 22:2
**2nd** 4:22 57:25 58:1
  61:12

**3**

**3** 5:10 24:14,19 45:25
**3,748.39** 58:11
**3,808,320** 67:6
**30** 18:5 48:17,23
**30,000** 14:12 15:18
**300** 2:13
**31** 65:8
**31st** 67:14
**32,000** 10:24 11:14
**32,094.64** 61:3
**325,000** 57:7
**34th** 3:7
**350,000** 58:21
**355,383.75** 65:5,10
**363(n)** 47:2
**365.2** 61:24
**3rd** 57:14,17,18,21
  58:6 60:21 61:11

**4**

**4** 5:15 23:21 24:15,20
  27:8 45:25
**40** 23:22
**400** 1:40 3:23
**4000** 4:6
**407** 1:50
**4100** 2:32
**420** 4:37
**43** 43:6
**443-9289** 1:50
**45-day** 42:11
**45,000** 61:10
**453,513.20** 56:20
  58:16
**48** 48:13
**4th** 57:21 69:6

**5**

**5** 1:32 5:19 7:1
**5,578,719.50** 67:3
**5,600** 61:8
**5,638.75** 61:9
**5.751** 65:7
**50** 17:2,2 31:17 69:17
  70:24 72:2
**51** 3:15 56:23 57:9
  61:17

**533** 17:17
**54** 49:5,8 50:12
**54,723** 61:8
**545** 11:17 15:19
**555** 4:14
**559** 17:17
**56** 49:6 50:12,17
**584** 17:18
**5th** 57:21 60:25
  61:11 65:9,13

**6**

**6** 5:4,24 65:4
**6,501,502.50** 65:4
**6,622.62** 59:5
**6.5** 65:7
**6:24-bk-02486-GER**
  1:5
**6:24-bk-02487-GER**
  1:11
**6:24-bk-02488-GER**
  1:12
**6:24-bk-02489-GER**
  1:13
**6:24-bk-02490-GER**
  1:14
**6:24-bk-02491-GER**
  1:15
**6:24-bk-02492-GER**
  1:16
**6:24-bk-02493-GER**
  1:17
**6:24-bk-02494-GER**
  1:18
**6:24-bk-02495-GER**
  1:19
**6:24-bk-02496-GER**
  1:20
**6:24-bk-02497-GER**
  1:21
**6:24-bk-02498-GER**
  1:22
**6:24-bk-02499-GER**
  1:23
**6:24-bk-02500-GER**
  1:24
**60** 23:24

**631** 22:1
**649** 54:21

**7**

**7** 5:28
**7,766.50** 69:11
**7,975.67** 61:2
**70** 25:12 42:24
**71** 26:20
**713,770** 56:16
**73** 43:13
**733** 22:2 38:13
**736** 61:17
**750,000** 65:8
**76** 6:31
**77** 6:33
**780** 3:6
**7900** 72:3

**8**

**8** 5:33 76:6
**80** 67:7
**800** 3:45
**802** 54:21
**849** 53:11
**86** 61:25

**9**

**9** 5:37 54:14,21 65:1
**9/3** 69:8
**90** 25:11
**912** 60:17
**922** 63:18
**923** 70:18
**925** 69:3
**926** 66:25
**927** 56:11 65:1
**928** 71:22
**941** 20:23 22:15
**962** 60:18 63:19 65:2
**972** 20:23
**9th** 53:17