**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER<br>Lead Case |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |

Debtors.
_____/

**NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE OF THE DEBTORS'**
**SECOND AMENDED JOINT CHAPTER 11 PLAN, DATED SEPTEMBER 4, 2024**

**PLEASE TAKE NOTICE** that on September 6, 2024, the United States Bankruptcy Court for the Middle District of Florida entered *Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of the Disclosure Statement on a Final Basis and (II) Confirming the Joint Chapter 11 Plan for Red Lobster Management LLC and its Debtor Affiliates* (the "Confirmation Order") confirming the *Second Amended Joint Chapter 11 Plan for Red Lobster Management LLC and Its Debtor Affiliates* as of September 4, 2024 (the "Plan") filed by Red Lobster Management LLC and its debtor affiliates, as debtors and debtors-in-possession in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

above captioned chapter 11 cases (collectively, the "Debtors"). Copies of the Confirmation Order and the Plan may be obtained at https://dm.epiq11.com/RedLobster;

**PLEASE TAKE FURTHER NOTICE** that the Plan Effective Date[2] occurred on September 16, 2024.

**PLEASE TAKE FURTHER NOTICE** that, unless provided by a Final Order, Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan, if any, must be Filed with the Bankruptcy Court within thirty (30) days after the later of (1) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (2) the effective date of such rejection, or (3) the Plan Effective Date. **ANY ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM ARISING FROM THE REJECTION OF AN EXECUTORY CONTRACT OR AN UNEXPIRED LEASE THAT FAILS TO DO SO SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM, AND SUCH CLAIM SHALL NOT BE ENFORCEABLE, AGAINST THE DEBTORS, THEIR ESTATES, THE REORGANIZED DEBTORS, THE PURCHASER, THE WIND-DOWN DEBTORS, THE PLAN ADMINISTRATOR, THE GUC TRUST OR THE GUC TRUSTEE, OR ANY OF THEIR RESPECTIVE PROPERTY, SUCCESSORS OR ASSIGNS, AND SUCH CLAIMS SHALL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS AND LIABILITY WITH RESPECT TO SUCH CLAIM UNLESS OTHERWISE ORDERED BY THE BANKRUPTCY COURT OR AS OTHERWISE PROVIDED IN THE PLAN. ALL SUCH CLAIMS WILL, AS OF THE PLAN EFFECTIVE DATE, BE SUBJECT TO THE PERMANENT INJUNCTION SET FORTH IN ARTICLE VIII OF THE PLAN.**

**PLEASE TAKE FURTHER NOTICE** that, other than holders of (a) DIP Claims, (b) Professional Fee Claims, (c) Administrative Expense Claims Allowed by an order of the Bankruptcy Court on or before the Plan Effective Date, or (d) Administrative Expense Claims that arose in the ordinary course of business under assumed Unexpired Leases or Executory Contracts, holders of any Administrative Expense Claim must File and serve upon Debtors' counsel, Plan Administrator's counsel, and the GUC Trustee's counsel, as applicable, a request for allowance and payment of such Administrative Expense Claim by no later than the Administrative Expense Claims Bar Date, which shall be thirty (30) days after the Plan Effective Date, except as specifically set forth to the contrary in the Plan or a Final Order. **ANY PERSON WHO FAILS TO TIMELY FILE AND SERVE A REQUEST FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM WILL BE FOREVER BARRED FROM SEEKING PAYMENT OF SUCH ADMINISTRATIVE EXPENSE CLAIM BY THE DEBTORS, REORGANIZED DEBTORS, WIND-DOWN DEBTORS OR THE GUC TRUSTEE.**

[Remainder of Page Intentionally Left Blank]

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

Dated:   September 16, 2024

W. Austin Jowers (admitted *pro hac vice*)
Jeffrey R. Dutson (admitted *pro hac vice*)
Sarah L. Primrose (FL Bar No. 98742)
Christopher K. Coleman (admitted *pro hac vice*)
Brooke L. Bean (admitted *pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone:  (404) 572-4600
Email:  ajowers@kslaw.com
           jdutson@kslaw.com
           sprimrose@kslaw.com
           christopher.coleman@kslaw.com
           bbean@kslaw.com

-and-

Michael Fishel (admitted *pro hac vice*)
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, TX 77002
Telephone:  (713) 751-3200
Email:   mfishel@kslaw.com

Respectfully submitted,

*/s/ Paul Steven Singerman*
Paul Steven Singerman
Florida Bar No. 378860
**BERGER SINGERMAN LLP**
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Email:  singerman@bergersingerman.com

- and –

Nicolette C. Vilmos
Florida Bar No. 469051
**BERGER SINGERMAN LLP**
111 N. Magnolia Avenue
Suite 1450
Orlando, FL 32801
Telephone: (407) 743-7900
Email:  nvilmos@bergersingerman.com

*Filer's Attestation:  Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Paul Steven Singerman attests that concurrence in the filing of this paper has been obtained.*

*Counsel for Debtors and Debtors-in-Possession*