**ORDERED.**

**Dated: December 26, 2024**

*Grace E. Robson*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| | |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| | Lead Case |
| | |
| | Jointly Administered with |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

RED LOBSTER INTERNATIONAL HOLDINGS LLC,   Case No. 6:24-bk-02500-GER

    Debtors.

_____/

RED LOBSTER MANAGEMENT LLC,   Case No. 6:24-bk-02486-GER

    Applicable Debtor.

_____/

## FINAL DECREE AND ORDER CLOSING ALL CASES, EXCEPT FOR THE RLSV, INC. CASE, AND AMENDING THE CASE CAPTION TO REFLECT THE REMAINING CASE

**THIS CASE** came before the Court on December 19, 2024, at 1:30 p.m., in Orlando, Florida (the "Hearing"), upon the *Motion by Reorganized Debtors and Plan Administrator: (I) For Entry of Final Decrees Closing All Cases Except For The RLSV, Inc. Case By December 31, 2024, And Certificate of Substantial Consummation In Connection Therewith; (II) For Relief From Local Rule 3022-1; (III) To Amend Case Caption To Reflect Remaining Case; And (IV) Granting Related Relief* [ECF No. 1476] (the "Motion"). The Court, having considered the Motion and argument of counsel at the Hearing, finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, this matter is core pursuant to 28 U.S.C. § 157(b)(2), the Court may enter a final order consistent with Article III of the United States Constitution, notice of the Motion and the Hearing was sufficient under the circumstances and no other or further notice need be provided, the Court having determined that the legal and factual bases set forth in the Motion, the Plan,[2] and at the Hearing establish good and just cause warranting the relief granted herein, and it appearing that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their estates, their creditors, and all parties in interest, it is

**ORDERED** as follows:

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1. The Motion is **GRANTED**.

2. The following Chapter 11 Cases (the "Closed Cases") of the following Debtors (the "Closed Debtors") are closed and a final decree is granted, effective as of the date hereof, *provided* that the Court shall retain jurisdiction as provided in the Plan, Confirmation Order, and this Final Decree:

| **CLOSED DEBTORS** | **CLOSED CASES** |
|---|---|
| RED LOBSTER MANAGEMENT, LLC | Case No. 6:24-bk-02486-GER; |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER; |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER; |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER; |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER; |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER; |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER; |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER; |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER; |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER; |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER; |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER; |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER; and |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER. |

3. The Chapter 11 Case of RLSV, Inc. (the "Remaining Debtor"), Case No. 6:24-bk-02488-GER (the "Remaining Case"), shall remain open and, accordingly, the caption of these Chapter 11 Cases shall be amended as follows:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                                          Chapter 11

RLSV, INC.,[1]                                              Case No. 6:24-bk-02488-GER

    Wind-Down Debtor.
_____/

---

[1] The last four digits of RLSV, Inc.'s federal tax identification are 6180, and its mailing address is 450 S. Orange Avenue, Suite 800, Orlando, FL 32801. The Chapter 11 Cases of affiliates of RSLV, Inc. were closed effective as of _____, 2024. *See* Case No. 6:24-vk-02486-GER at ECF No. _____.

4.      Without limitation, any and all pending or future matters, whether they pertain to the Remaining Case or the Closed Cases, shall be filed, administered and adjudicated in the Remaining Case without the need to reopen the Closed Cases.

5.      Without limitation, any claims or interests that were filed against any of the Closed Debtors or the Remaining Debtor, may be objected to and filed, administered and adjudicated in the Remaining Case without the need to reopen the Closed Cases, and all such claims and interests shall, otherwise, remain unaffected by this Final Decree and Order.

6.      The failure by the Plan Administrator, GUC Trustee or Reorganized Debtors to file an objection to any claim or interest asserted against any Closed Debtors or the Remaining Debtor prior to the entry of this Final Decree and Order shall not constitute the allowance of the claim or interest and shall not result in such claim or interest being deemed Allowed (as defined in the Plan) against any of the Closed Debtors or the Remaining Debtor.

7.      Entry of this Final Decree and Order is without prejudice to (a) the rights of the Reorganized Debtors, Wind-Down Debtors, Plan Administrator, GUC Trustee, or any party in interest, to seek to reopen any of the Closed Cases for cause pursuant to section 350(b) of the Bankruptcy Code; (b) the right of the Reorganized Debtors, Wind-Down Debtors, Plan Administrator or GUC Trustee to dispute, object to, adjudicate or resolve any proofs of claims or interests that were filed against any of the Closed Debtors in the Remaining Case; and (c) the rights of the Reorganized Debtors, Wind-Down Debtors, Plan Administrator and GUC Trustee under the Plan and Confirmation Order.

8.      Quarterly disbursements for the Remaining Debtor will be reported and quarterly fees will be paid, in the ordinary course, pending the entry of a final decree by this Court closing the Remaining Case. Quarterly disbursements for each of the Closed Debtors will be reported and quarterly fees for each of the Closed Debtors will be paid, in the ordinary course, for disbursements

made before the entry of a final decree by this Court for each Closed Case. All further reporting concerning the administration of the assets and liabilities of the Closed Debtors or Remaining Debtor shall be filed in the Remaining Case.

9. The Reorganized Debtors, Wind-Down Debtors, Plan Administrator and GUC Trustee are authorized to take all actions necessary to effectuate the relief granted in this Final Decree and Order in accordance with the Motion.

10. Notwithstanding the entry of this Final Decree and Order, and pursuant to the Plan, the Court retains jurisdiction to hear and determine all matters arising from or related to the Chapter 11 Cases of the Closed Debtors and the Remaining Debtor, to the fullest extent permitted by law, including, without limitation, to enforce the Confirmation Order and this Final Decree and Order.

# # #

*(Attorney Robin J. Rubens is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order).*