**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| RED LOBSTER MANAGEMENT LLC,[1] | Case No. 6:24-bk-02486-GER |
| RED LOBSTER RESTAURANTS LLC, | Case No. 6:24-bk-02487-GER |
| RLSV, INC., | Case No. 6:24-bk-02488-GER |
| RED LOBSTER CANADA, INC., | Case No. 6:24-bk-02489-GER |
| RED LOBSTER HOSPITALITY LLC, | Case No. 6:24-bk-02490-GER |
| RL KANSAS LLC, | Case No. 6:24-bk-02491-GER |
| RED LOBSTER SOURCING LLC, | Case No. 6:24-bk-02492-GER |
| RED LOBSTER SUPPLY LLC, | Case No. 6:24-bk-02493-GER |
| RL COLUMBIA LLC, | Case No. 6:24-bk-02494-GER |
| RL OF FREDERICK, INC., | Case No. 6:24-bk-02495-GER |
| RED LOBSTER OF TEXAS, INC., | Case No. 6:24-bk-02496-GER |
| RL MARYLAND, INC., | Case No. 6:24-bk-02497-GER |
| RED LOBSTER OF BEL AIR, INC., | Case No. 6:24-bk-02498-GER |
| RL SALISBURY, LLC, | Case No. 6:24-bk-02499-GER |
| RED LOBSTER INTERNATIONAL HOLDINGS LLC, | Case No. 6:24-bk-02500-GER |
| Debtors | (Jointly Administered) |
| | **Ref. Docket Nos. 1549, 17, 19, 23 & 25** |

**CERTIFICATE OF SERVICE**

I, WING LAI-CHAN, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are Red Lobster Management LLC (6889); Red Lobster Sourcing LLC (3075); Red Lobster Supply LLC (9187); RL Kansas LLC (2396); Red Lobster Hospitality LLC (5297); Red Lobster Restaurants LLC (4308); RL Columbia LLC (7825); RL of Frederick, Inc. (9184); RL Salisbury, LLC (7836); RL Maryland, Inc. (7185); Red Lobster of Texas, Inc. (1424); Red Lobster of Bel Air, Inc. (2240); RLSV, Inc. (6180); Red Lobster Canada, Inc. (4569); and Red Lobster International Holdings LLC (4661). The Debtors' principal offices are located at 450 S. Orange Avenue, Suite 800, Orlando, FL 32801.

2. I understand that, in accordance with rules 1001-2 and 5005-1 of the Local Rules of the United States Bankruptcy Court for the Middle District of Florida (the "Court"), the below referenced documents were electronically filed with the Court using the established online case management and electronic case filing system ("CM/ECF") and the filing caused courtesy copies to be served on registered users of CM/ECF at the time of filing via electronic mail.

3. On December 27, 2024, I caused to be served the:

   a. "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02489,* [Docket No. 17],

   b. "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02491,* [Docket No. 17],

   c. "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02492,* [Docket No. 17],

   d. "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02493,* [Docket No. 17],

   e. "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02494,* [Docket No. 17],

   f. "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02495,* [Docket No. 17],

   g. "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02497,* [Docket No. 17],

   h. "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02498,* [Docket No. 17],

i.  "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02499,* [Docket No. 17],

j.  "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02500,* [Docket No. 17],

k.  "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02496,* [Docket No. 19],

l.  "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02487,* [Docket No. 23],

m.  "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024, *related to Case No. 24-02490,* [Docket No. 25], and

n.  "Final Decree and Order Closing All Cases, Except for the RLSV, Inc. Case, and Amending the Case Caption to Reflect the Remaining Case," dated December 27, 2024 [Docket No. 1549],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Wing Lai-Chan*
Wing Lai-Chan

**EXHIBIT A**

**RED LOBSTER MANAGEMENT LLC - Case No. 6:24-bk-02486-GER**
**Electronic Mail Limited Service List**

| Creditor Name | Email Address |
|---|---|
| KING & SPALDING LLP AS REORGANIZED DEBTORS' COUNSEL | ajowers@kslaw.com; jdutson@kslaw.com; sprimrose@kslaw.com; christopher.coleman@kslaw.com; bbean@kslaw.com; mfishel@kslaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP AS THE GUC TRUSTEE'S COUNSEL | bsandler@pszjlaw.com |
| OFFICE OF THE US TRUSTEE | Bryan.Buenaventura@usdoj.gov; Scott.E.bomkamp@usdoj.gov; William.J.Simonitsch@usdoj.gov |