**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA**

In re: Red Lobster Management LLC, et al.
Case No.: **24-02486** Chapter 11

FILED VIA MAIL

JAN 15 2026

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

**MOTION TO REOPEN CASE**

COMES NOW, Creditor and Movant, Dawn Smith, appearing pro se, and respectfully moves this
Court to reopen the above-captioned bankruptcy case pursuant to 11 U.S.C. § 350(b).

1. Movant holds a personal-injury claim from August 12, 2023 in Southaven, MS.
2. Movant received no notice of bankruptcy proceedings.
3. Movant previously filed Motion for Relief from Stay.
4. Case must be reopened to adjudicate that motion.

WHEREFORE, Movant respectfully requests reopening of this case.

Respectfully submitted,
Dawn Smith
3503 Daggett Road
Memphis, TN 38109

Signature: _Dawn Smith_ Date: 01·13·2026

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Reopen Case was served by U.S. Mail upon Debtor, Debtor's Counsel, and Trustee on the date written below.

Signature: _Dawn Smith_ Date: 01.13.2026

Motion to Recognize Claim as Not Discharged

*Dawn Smith* 01.13.2026

Creditor: Dawn Smith
Address: 3503 Daggett Road, Memphis TN 38109
Phone: 901-826-7508
Email: Dawnsmith955@gmail.com

Creditor requests the Court recognize the personal injury claim was not discharged due to lack of notice and opportunity to file a proof of claim.

**Exhibit A**

Although the Debtor scheduled Claimant as a creditor, the docket reflects only 'ADDRESS ON FILE,' while other creditors are listed with full mailing addresses. Claimant never received notice of the bankruptcy or bar date. Absent constitutionally adequate notice, Claimant's personal injury claim cannot be discharged.

**Exhibit B**



Debtor 24-02486  Red Lobster Management LLC

**Filed Amounts**

Claimed Secured  $1,353.66

**Current Values**

Secured Value  $1,353.66

**Creditor Address**

C/O PERDUE BRANDON FIELDER ET AL
ATTN ELIZABETH BANDA CALVO
500 E BORDER ST, STE 640
ARLINGTON, TX 76010

**Remarks**

CLAIMED PARTIALLY UNLIQUIDATED



## AFFIDAVIT OF MARILYN L. CLARK

STATE OF TENNESSEE        )

                                      )

COUNTY OF SHELBY        )

1.   I, Marilyn L. Clark, swear and affirm that I am a resident of Shelby County, Tennessee. I am an adult, and this affidavit is made upon my oath and upon my personal knowledge.

2.   On August 12, 2023, I was a witness to a fall that occurred at the Red Lobster restaurant in Southaven, Mississippi.

3.   I was with my co-worker, Dawn Smith, when her fall occurred.

4.   I was leaving the Red Lobster restaurant with Dawn and a few other co-workers. As we approached the receptionist area to exit the restaurant, I saw Dawn suddenly drop to the ground!

5.   Another male customer helped Dawn by lifting one of her arms to try to assist her, and I helped Dawn by lifting her other arm. However, Dawn continued to fall to the ground, and was not able to get up initially.

6.   After Dawn fell, I heard another female Red Lobster employee, who was close-by, state, "I told them that!" I asked her about her statement. The female employee stated that she had previously reported to her employer that their bus boys should not transport trays of food through this area, due to the danger that customers may slip on dropped food from their trays.

7.   After Dawn fell, it appeared that a mushy piece of food was stuck to the bottom of her shoes.

Page 1 of 2 Initials:

8. I also saw that a manager took Dawn to the rear of the restaurant and talked with her about what happened for several minutes. I think this manager filled out a report about Dawn's fall.

9. It appeared that Dawn was injured, and it is my understanding that she had to go to the emergency room for medical attention.

10. It is my opinion that the Red Lobster restaurant is wholly at fault for this injury to Dawn because they created a dangerous condition by not keeping their floors clean.

11. Red Lobster should have adequately protected their patrons and customers as a reasonable person could fall in these conditions, just as Dawn fell.

12. I do not think that Dawn did anything to cause her fall or her injury.

13. The above statements are made to the best of my knowledge and belief.

**FURTHER AFFIANT SAYTH NOT**

MARILYN L. CLARK, Affiant

STATE OF _Tennessee_

COUNTY OF _Shelby_

On this _13_ day of _September_, 2023, before me personally appeared Marilyn L. Clark, to me known to be the person who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

Notary Public

My Commission Expires: _5/5/2027_

Page 2 of 2 Initials

2:33    .ıl 5G 🔋

| Date | Diagnosis | Notes |
|---|---|---|
| 09/05/2025 | Major depressive disorder, recurrent, moderate (ICD-10 – F33.1) | Patient endorses moderate depressive symptoms including persistent low mood, crying episodes, decreased motivation and appetite impacting daily function. Resume bupropion HCl ER (XL) 150 mg orally once daily in the morning for depression management; monitor efficacy at one-month follow-up or sooner if |

History: 48 years Female

knee pain/fall

Reference
None

Findings
2 views of the left knee performed. There is medial joint space
narrowing identified. No acute fracture or dislocation is identified.
Bones, joints, and soft tissues are unremarkable. No radiopaque
foreign body is seen.

Impression
No acute bony abnormality

**ED Medication Administration from 08/12/2023 1948 to**

    None

**Follow-up Provider**

| Follow up With | Specialties | Details |
|---|---|---|
| Desoto Community Health Center | | Call in 1 day |
| BMH DeSoto Emergency Department | Emergency Medicine | Go to |

      🔍     

1:09

# Google

Q   medial joint soace narrowing

AI Mode   **All**   Images   Short videos   Videos   F(

These are results for medial joint *space* narrowing after fall
Search instead for medial joint soace narrowing after fall

✦ AI Overview                          +8   ⋮

Medial joint space narrowing after a fall **indicates cartilage damage or loss in the inner part of your knee**, often a sign of developing post-traumatic osteoarthritis (PTOA) or a cartilage injury from the impact, leading to pain, swelling, stiffness, and reduced mobility, diagnosed via X-rays or MRI, requiring prompt medical evaluation for treatment like PT, pain relief, or potential surgery.



## What It Means

- **Cartilage Damage:** A fall can directly iniure

AA  ⬇   🔒 Q medial joint soace narro   🎤





| | | | |
|---|---|---|---|
| **1:19** | | | ◀ Gmail |

| | | |
|---|---|---|
| Problem | Chronic kidney disease due to hypertension (10493I000119100) | Hypertensive chronic kidney disease with stage 1 through stage 4 chronic kidney disease, or unspecified chronic kidney disease (I12.9 |
| Problem | Osteoarthritis of knee (239873007) | Unilateral primary osteoarthritis, left knee (M17.12) |
| Problem | Hyperglycemia (80394007) | Hyperglycemia, unspecified (R73.9) |
| Problem | Dietary management surveillance (424928005) | Dietary counseling and surveillance (Z71.3) |
| Problem | Repeated prescription (182918009) | Encounter for issue o repeat prescription (Z76.0) |
| Problem | Pure hypercholesterolemia (267432004) | Pure hypercholesterolemia unspecified (E78.00) |
| Problem | Exercises teaching, guidance, and counseling (410289001) | Exercise counseling (Z71.82) |

AA    🔒 mycw188.ecwcloud.com    ↻

**1:15**
◄ Gmail

Referral List  >  Referral Details

 Print

## YOUR REFERRAL

### PATIENT DETAILS

**DAWN N SMITH**

DOB:
08/13/1974

Address:
3503
DAGGETT
RD,
MEMPHIS,
TN 38109-
3712

Contact:
901-826-
7508

Preferred Name :

Insurance Provider :
UNITED HEALTHCARE

Group Number :
708547

Subscriber No :
817621421

## Who Are You Seeing

**Results Physiotherapy,**

 AA  🔒 mycw188.ecwcloud.com  ↻

‹          ›          ⬆          📖          ⧉

**1:15**

◄ Gmail

## Who Are You Seeing



**Results Physiotherapy, Midtown**

Physical Therapist

,

1680 UNION AVE, Suite 106, MEMPHIS, TN38104

🌐 : 901-969-0297

See Driving Directions

## When Are You Being Seen

**Referral Details**

Start Date
*07/09/2025*

End Date
*07/09/2026*

Authorization ID:
0 Visits

**Angela Marshall, NP**
Wound Care | ID
Number: |

HMG - South Memphis
Address: 2245

🔒 mycw188.ecwcloud.com